# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:**   ☒ Under Seal   **Judge Assigned:**

City: Alexandria   Superseding Indictment:   **Criminal No.**

County:   Same Defendant:   New Defendant:

Magistrate Judge Case No.: 1:14-MJ-373   **Arraignment Date:**

Search Warrant Case No.:   R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Jesus Alejandro Chavez   **Alias(es):** Chuy   ☐ Juvenile   FBI No.

**Address:**

**Employment:**

**Birth Date:**   **SSN:**   **Sex:**   **Race:**   **Nationality:**

**Place of Birth:** XX/XX/1990   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**

☐ Interpreter   **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☒ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** Andrew Stewart   ☐ Court Appointed   **Counsel Conflicts:**

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell   **Phone:** (703)299-3885   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

FBI Washington Field Office, Special Agent Richard Baer (202)278-2000

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 922(g) | Felon in Possession of Firearm | 1 | Felony |
| Set 2: | | | | |

**Date:** 8/6/2014   **AUSA Signature:** [signature]   *may be continued on reverse*