IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

AUG - 6 2014

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>)<br>JESUS ALEJANDRO CHAVEZ,          )<br>a/k/a "CHUY", "TALIBAN," TALIMAN", )<br>)<br>Defendant                                 )<br>) | Criminal No. 1:14-MJ-373 |

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the complaint and affidavit in support of the complaint, the Motion to Seal, and proposed Order in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's *with respect to the affidavit in support of the complaint that* legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the ~~complaint and~~ affidavit in support of the complaint, and the Motion to Seal, ~~and this Order~~ be Sealed until ~~the defendant is arrested~~. Further order of the court, the remainder of the case is _not_ sealed. TRJ

/s/Thomas Rawles Jones, Jr.
_____
The Honorable T. Rawles Jones, Jr.
United States Magistrate Judge

Date: 8/6/14
Alexandria, Virginia