AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

JOSE DEL CID,
a/k/a Duende

Defendant

Case No. 1:14CR306

**UNDER SEAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSE DEL CID
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Murder in Aid of Racketeering, in Violation of Title 18 U.S.C. §§ 1959(a)(1) and 2

Date: 9/9/14

_____
Issuing officer's signature

City and state: Alexandria, Virginia

Kathy Roberts - Deputy Clerk
Printed name and title

---

### Return

This warrant was received on (date) 9/9/2014, and the person was arrested on (date) 9/22/2014
at (city and state) Arlington, VA

Date: 9/23/2014

_____
Arresting officer's signature

Fernando L. Uribe, Special Agent
Printed name and title