# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

SEP 24 2014

AUG − 6 2014

United States of America
v.
Jesus Alejandro Chavez
a/k/a "Chuy", "Taliban", "Taliman"

Defendant

Case No. 1:14-MJ-373

**UNDER SEAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jesus Alejandro Chavez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)

Date: August 6, 2014

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

City and state: Alexandria, Virginia

Th_____ strate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/6/14, and the person was arrested on *(date)* 9/23/2014
at *(city and state)* Arlington, VA.

Date: 9/24/2014

Fernando Uribe, Special Agent
*Arresting officer's signature*

Fernando Uribe, Special Agent
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____