UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES

VS

Jesus Alijandro Chavez
**DEFENDANT(S)**

JUDGE: Ivan D. Davis
CASE NO.: 1:14mj 373
HEARING: RS
DATE: 9.24.14
TIME: 2pm
REPORTER: FTR GOLD SYSTEM
CLERK: John Williams

COUNSEL FOR UNITED STATES: J. Martinez & S. Campbell
COUNSEL FOR DEFENDANT: w/o atty
INTERPRETER: A. Leflore    LANGUAGE: Spanish
(X)DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

(X) RULE 5 ADVISEMENT                          ( ) DEFT. ADMITS ( ) DENIES VIOLATION
(X) COURT TO APPOINT COUNSEL  · CJA-conflict list   ( ) COURT FINDS DEFT. IN VIOLATION
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
( ) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) GOVT NOT SEEKING DETENTION
( ) DEFT. ( ) REMANDED ( ) DETAINED          ( ) DEFT. CONTINUED ON BOND/PROBATION
( ) DEFT RELEASED WHEN CONDITIONS ARE SATISFIED

CONDITIONS OF RELEASE:
($    ) UNSECURED ($    ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

MINUTES:
( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____
( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

NEXT APPEARANCE: 9/26/14     AT   2:00     AM OR PM
(X) DH (X) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) INDENT ( ) OTHER JUDGE_____

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY
( ) RELEASE ORDER GIVEN TO USMS