AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

SEP 24 2014

United States of America
v.
Jesus Alejandro Chavez
_Defendant_

Case No. 1:14/mj 373

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | 401 Courthouse Square Alexandria, VA 22314 | Courtroom No.: | 400 |
|---|---|---|---|
| | | Date and Time: | 9/26/14 @ 2pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 24 Sep 14

/s/
Ivan D. Davis
United States Magistrate Judge

Ivan D. Davis U.S. Magistrate Judge
_Printed name and title_