| Criminal Case Cover Sheet | FILED: UNDER SEAL (E-GOVT ACT) | U.S. District Court |
|---|---|---|

**Place of Offense:** ☒ Under Seal

- City:
- County: Prince William
- Superseding Indictment: X
- Same Defendant: X
- Magistrate Judge Case No.:
- Search Warrant Case No.:
- Judge Assigned: Judge Lee
- Criminal No.: 1:14-cr-306
- New Defendant:
- Arraignment Date:
- R. 20/R. 40 From:

**Defendant Information:**

- Defendant Name: Pedro Anthony Romero Cruz
- Alias(es): Payaso
- ☐ Juvenile  FBI No. 946457HC6
- Address:
- Employment:
- Birth Date: xx/xx/1986
- SSN: xxx-xx-2184
- Sex: Male
- Race: Hispanic
- Nationality:
- Place of Birth:
- Height:
- Weight:
- Hair:
- Eyes:
- Scars/Tattoos:
- ☐ Interpreter  Language/Dialect:
- Auto Description:

**Location/Status:**

- Arrest Date:
- ☒ Already in Federal Custody as of: ___ in: ___
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**

- Name:
- ☐ Court Appointed
- Counsel Conflicts:
- Address:
- ☐ Retained
- Phone:
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

- AUSA(s): Stephen M. Campbell and Julia K. Martinez
- Phone: 703-299-3885
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(5) | Consp to Commit Murder/Racketeer | 1 | Felony |
| Set 2: | 18 USC 924(c)(1)(A)&2 | Use Firearm During Crime of Violenc | 3 | Felony |

Date: 09/25/2014   AUSA Signature: _[signature]_   —may be continued on reverse

| **Criminal Case Cover Sheet** | **FILED:** UNDER SEAL (E-GOVT ACT) | | **U.S. District Court** |
|---|---|---|---|
| **Place of Offense:** | ☒ Under Seal | **Judge Assigned:** | Judge Lee |
| City: | Superseding Indictment: X | **Criminal No.** | 1:14-cr-306 |
| County: Prince William | Same Defendant: X | New Defendant: | |
| | Magistrate Judge Case No. | **Arraignment Date:** | |
| | Search Warrant Case No. | R. 20/R. 40 From: | |

**Defendant Information:**

| Defendant Name: | Jose Lopez Torres | Alias(es): Grenas, Peluca, etc. | ☐ Juvenile  FBI No. |
|---|---|---|---|
| Address: | | | |
| Employment: | | | |

| Birth Date: xx/xx/1989 | SSN: | Sex: Male | Race: Hispanic | Nationality: |
|---|---|---|---|---|

| Place of Birth: | Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: |
|---|---|---|---|---|---|

☐ Interpreter  Language/Dialect:          Auto Description:

**Location/Status:**

| **Arrest Date:** | ☒ Already in Federal Custody as of: | in: |
|---|---|---|

☐ Already in State Custody        ☐ On Pretrial Release        ☐ Not in Custody
☐ Arrest Warrant Requested      ☐ Fugitive                   ☐ Summons Requested
☐ Arrest Warrant Pending         ☐ Detention Sought           ☐ Bond

**Defense Counsel Information:**

| Name: | ☐ Court Appointed | Counsel Conflicts: |
|---|---|---|
| Address: | ☐ Retained | |
| Phone: | ☐ Public Defender | ☐ Federal Public Conflicted Out |

**U.S. Attorney Information:**

| AUSA(s): Stephen M. Campbell and Julia K. Martinez | Phone: 703-299-3885 | Bar No. |
|---|---|---|

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | Consp to Commit Murder/Racketeer | 1 | Felony |
| Set 2: | 18 USC 1959(a)(5) & 2 | Attempted Murder/Racketeering | 2 | Felony |

| Date: | 09/25/2014 | AUSA Signature: [signature] | *may be continued on reverse* |
|---|---|---|---|

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

- City:
- County: Prince William
- Superseding Indictment: X
- Same Defendant: X
- Magistrate Judge Case No.:
- Search Warrant Case No.:

- Judge Assigned: Judge Lee
- Criminal No.: 1:14-cr-306
- New Defendant:
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** Jaime Rosales Villegas
- **Alias(es):** Demente
- ☐ Juvenile  FBI No.:
- **Address:**
- **Employment:**
- **Birth Date:** xx/xx/1984
- **SSN:** xxx-xx-2938
- **Sex:** Male
- **Race:** Hispanic
- **Nationality:**
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**
- **Auto Description:**

### Location/Status:

- **Arrest Date:**
- ☒ Already in Federal Custody as of:  in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

### Defense Counsel Information:

- **Name:**
- **Address:**
- **Phone:**
- ☐ Court Appointed
- ☐ Retained
- ☐ Public Defender
- **Counsel Conflicts:**
- ☐ Federal Public Conflicted Out

### U.S. Attorney Information:

- **AUSA(s):** Stephen M. Campbell and Julia K. Martinez
- **Phone:** 703-299-3885
- **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | Consp to Commit Murder/Racketeer | 1 | Felony |
| Set 2: | 18 USC 1959(a)(5) & 2 | Attempted Murder/Racketeering | 2 | Felony |

**Date:** 09/25/2014  **AUSA Signature:** [signature]  ~~may be continued on reverse~~

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 924(c)(1)(A)&2 | Use Firearm During Crime of Violenc | 3 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form] [Reset Form]

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

- City:
- County: Fairfax
- Superseding Indictment: X
- Same Defendant: X
- Magistrate Judge Case No.:
- Search Warrant Case No.:
- Judge Assigned: Judge Lee
- Criminal No.: 1:14-cr-306
- New Defendant:
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** Alvin Gaitan Benitez
- **Alias(es):** Pesadilla, Lil Pesadilla
- ☐ Juvenile   FBI No.:
- Address:
- Employment:
- **Birth Date:** xx/xx/1993
- SSN:
- **Sex:** Male
- **Race:** Hispanic
- Nationality:
- Place of Birth:
- Height:
- Weight:
- Hair:
- Eyes:
- Scars/Tattoos:
- ☐ Interpreter   Language/Dialect:
- Auto Description:

## Location/Status:

- **Arrest Date:**
- ☒ Already in Federal Custody as of:   in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name:
- ☐ Court Appointed
- Counsel Conflicts:
- Address:
- ☐ Retained
- Phone:
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Stephen M. Campbell and Julia K. Martinez
- **Phone:** 703-299-3885
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 2: | | | | |

**Date:** 9/25/2014   **AUSA Signature:** [signature]   *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

- **City:**
- **County:** Fairfax
- **Superseding Indictment:** X
- **Same Defendant:** X
- **Magistrate Judge Case No.:**
- **Search Warrant Case No.:**
- **Judge Assigned:** Judge Lee
- **Criminal No.:** 1:14-cr-306
- **New Defendant:**
- **Arraignment Date:**
- **R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Christian Lemus Cerna
- **Alias(es):** Leopardo
- ☐ Juvenile  **FBI No.:**
- **Address:**
- **Employment:**
- **Birth Date:** xx/xx/1996
- **SSN:**
- **Sex:** Male
- **Race:** Hispanic
- **Nationality:**
- **Place of Birth:**
- **Height:**
- **Weight:**
- **Hair:**
- **Eyes:**
- **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☒ Already in Federal Custody as of: ____ in: ____
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:**
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:**
- ☐ Retained
- **Phone:**
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Stephen M. Campbell and Julia K. Martinez
- **Phone:** 703-299-3885
- **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**
Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 2: | | | | |

**Date:** 09/25/2014  **AUSA Signature:** [signature]  _may be continued on reverse_

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Judge Lee

- City:
- County: Fairfax
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.
- Search Warrant Case No.

**Criminal No.** 1:14-cr-306
**New Defendant:**
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Omar Dejesus Castillo
- **Alias(es):** Lil Payaso, Lil Slow
- ☐ Juvenile   **FBI No.**
- **Address:**
- **Employment:**
- **Birth Date:** xx/xx/1989
- **SSN:** xxx-xx-3229
- **Sex:** Male
- **Race:** Hispanic
- **Nationality:**
- **Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**
- ☐ Interpreter   **Language/Dialect:**   **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☒ Already in Federal Custody as of:   in:
- ☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
- ☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
- ☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

- **Name:**   ☐ Court Appointed   **Counsel Conflicts:**
- **Address:**   ☐ Retained
- **Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Stephen M. Campbell and Julia K. Martinez
- **Phone:** 703-299-3885
- **Bar No.**

**Complaint Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 2: | | | | |

**Date:** 09/25/2014   **AUSA Signature:** [signature]   *may be continued on reverse*

# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** UNDER SEAL (E-GOVT ACT)

**Place of Offense:** ☒ Under Seal

- **City:**
- **County:** Fairfax

**Superseding Indictment:** X
**Same Defendant:** X
**Magistrate Judge Case No.:**
**Search Warrant Case No.:**

**Judge Assigned:** Judge Lee
**Criminal No.:** 1:14-cr-306
**New Defendant:** .
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Douglas Duran Cerritos
- **Alias(es):** Lil Poison, Guason
- ☐ Juvenile   **FBI No.:**
- **Address:**
- **Employment:**
- **Birth Date:** xx/xx/1996
- **SSN:**
- **Sex:** Male
- **Race:** Hispanic
- **Nationality:**
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☒ Already in Federal Custody as of:  **in:**
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:**
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:**
- ☐ Retained
- **Phone:**
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Stephen M. Campbell and Julia K. Martinez
- **Phone:** 703-299-3885
- **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

## U.S.C. Citations:

| | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 2: | | | | |

**Date:** 09/25/2014   **AUSA Signature:** [signature]

*may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Judge Lee

City:
Superseding Indictment: X
**Criminal No.** 1:14-cr-306

County: Fairfax
Same Defendant: X
New Defendant:

Magistrate Judge Case No.:
Arraignment Date:

Search Warrant Case No.:
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Manuel Ernesto Paiz Guevara   **Alias(es):** Solitario, Colita   ☐ Juvenile   FBI No.

Address:

Employment:

**Birth Date:** xx/xx/1995   **SSN:**   **Sex:** Male   **Race:** Hispanic   **Nationality:**

Place of Birth:   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   Language/Dialect:   Auto Description:

## Location/Status:

**Arrest Date:**   ☒ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name:   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez   **Phone:** 703-299-3885   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 2: | | | | |

**Date:** 09/25/2014   **AUSA Signature:** [signature]   —may be continued on reverse

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:**

☒ Under Seal

**Judge Assigned:** Judge Lee

City: Alexandria

Superseding Indictment: X

**Criminal No.** 1:14-cr-306

County: Fairfax

Same Defendant: X

New Defendant:

Magistrate Judge Case No.:

Arraignment Date:

Search Warrant Case No.:

R. 20/R. 40 From:

**Defendant Information:**

Defendant Name: Jose Del Cid    Alias(es): Duende    ☐ Juvenile    FBI No.

Address:

Employment:

Birth Date: xx/xx/1996    SSN:    Sex: Male    Race: Hispanic    Nationality:

Place of Birth:    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ Interpreter    Language/Dialect:    Auto Description:

**Location/Status:**

Arrest Date:    ☒ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

Name:    ☐ Court Appointed    Counsel Conflicts:

Address:    ☐ Retained

Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Stephen M. Campbell and Julia K. Martinez    Phone: 703-299-3885    Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 2: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 5 | Felony |

Date: 09/25/2014    AUSA Signature: [signature]    *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED  
**U.S. District Court**

**Place of Offense:**
- City: Alexandria
- County:

☒ Under Seal  
Superseding Indictment: X  
Same Defendant: X  
New Defendant:  
Magistrate Judge Case No.: 1:14-MJ-373  
Search Warrant Case No.:  

Judge Assigned: Judge Lee  
Criminal No.: 1:14CR306  
Arraignment Date:  
R. 20/R. 40 From:  

## Defendant Information:

- **Defendant Name:** Jesus Alejandro Chavez
- **Alias(es):** Chuy, Taliban, Taliman
- ☐ Juvenile   FBI No.:
- **Address:**
- **Employment:**
- **Birth Date:**   **SSN:**   **Sex:** Male   **Race:**   **Nationality:**
- **Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**
- ☐ Interpreter   **Language/Dialect:**   **Auto Description:**

## Location/Status:

- **Arrest Date:** Sep 23, 2014
- ☒ Already in Federal Custody as of: Sep 23, 2014   in: Alexandria Detention Center
- ☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
- ☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
- ☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

- **Name:**
- **Address:**
- **Phone:**
- ☐ Court Appointed
- ☐ Retained
- ☐ Public Defender
- **Counsel Conflicts:** Nina J. Ginsberg, Ellen M. Dague; Joseph J. McCarthy
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Stephen M. Campbell and Julia K. Martinez
- **Phone:** (703)299-3700
- **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**
FBI Washington Field Office, Special Agent Richard Baer

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1959(a)(1) & 2 | Murder in Aid of Racketeering | 5 | Felony |
| Set 2 | 18 USC 924(j)(1) | Firearm in Crime of Violence/Death | 6 | Felony |

**Date:** 9/25/2014   **AUSA Signature:** [signature]   _may be continued on reverse_

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 922(g) | Felon in Possession of Firearm | 7 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form     Reset Form