**UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
SEP 25 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No: 1:14-CR-306 |
| v. | ) | |
| | ) | **UNDER SEAL** |
| PEDRO ANTHONY ROMERO CRUZ, | ) | |
| et al., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER TO SEAL SUPERSEDING INDICTMENT

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the indictment, the Motion to Seal, and this Order in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the indictment, Motion to Seal, and this Order be Sealed until all defendants are arrested.

Date: 25 Sep 14
Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge