AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>MANUEL ERNESTO PAIZ GUEVARA,<br>a/k/a Solitario, a/k/a Colita<br>*Defendant* | ) ) ) ) ) ) Case No. 1:14CR306<br><br>**UNDER SEAL** |

SEP 26 2014

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MANUEL ERNESTO PAIZ GUEVARA,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Murder in Aid of Racketeering, in Violation of Title 18 U.S.C. §§ 1959(a)(1) and 2

Date: 9/9/14

*Issuing officer's signature*

Kathy Roberts - Deputy Clerk
*Printed name and title*

City and state: Alexandria, Virginia

---

### Return

This warrant was received on *(date)* 9/9/2014, and the person was arrested on *(date)* 9/26/2014
at *(city and state)* Fairfax, VA.

Date: 9/26/2014

*Arresting officer's signature*

Fernando Uribe, Special Agent
*Printed name and title*