UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES

JUDGE: Ivan D. Davis
CASE NO.: _1:14 cr 306_
HEARING: _RS_
DATE: _9.26.14_
TIME: _2pm_

VS

REPORTER: FTR GOLD SYSTEM

DEFENDANT(S) _Manuel Ernesto Ruiz Urucuva_

CLERK: John Williams

COUNSEL FOR UNITED STATES: _S. Campbell_
COUNSEL FOR DEFENDANT: _w/o Atty_
INTERPRETER: _E. Desrosier_   LANGUAGE: _Spanish_

(✓) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT
(X) COURT TO APPOINT COUNSEL – CJA – conflict  _2 Attys_  _1 death list_
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
( ) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) GOVT NOT SEEKING DETENTION
(X) DEFT. (X) REMANDED ( ) DETAINED

( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT FINDS DEFT. IN VIOLATION

( ) DEFT. CONTINUED ON BOND/PROBATION

CONDITIONS OF RELEASE:
($ ) UNSECURED ($ ) SECURED ( ) PTS ( ) 3ʳᴰ PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

MINUTES:
( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:____
( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:____

____
____
____
____
____

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

NEXT APPEARANCE:
____ _9/30/14_ AT _2:00_ _PM_ AM OR PM
(X) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) INDENT ( ) OTHER JUDGE _TRJ_

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS