IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

SEP 2 6 2014

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) Case No: 1:14-CR-306 |
| v. | )<br>) **UNDER SEAL** |
| PEDRO ANTHONY ROMERO CRUZ,<br>et al., | )<br>)<br>) |
| Defendants | ) |

### GOVERNMENT'S MOTION TO PROVIDE SEALED SUPERSEDING INDICTMENT TO DEFENSE COUNSEL PURSUANT TO LOCAL RULE 49(B)

The United States, by and through undersigned counsel, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, asks for an Order permitting the United States to provide a copy of the sealed superseding indictment to counsel for each defendant after said defendant is arrested.

Pursuant to Order of this Court dated September 25, 2014, the superseding indictment in the above-captioned matter is to remain sealed until all defendants are arrested. The United States expects the defendants to be arrested individually over the course of several weeks.

WHEREFORE, the United States respectfully requests an Order permitting the United States to provide a copy of the sealed superseding indictment to defense counsel for each defendant after said defendant is arrested. The United States further requests that this Motion and the Order be sealed until all defendants are arrested.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: /s/ Julia M.
Stephen M. Campbell
Julia K. Martinez
Assistant United States Attorneys