IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

SEP 2 6 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No: 1:14-CR-306 |
| v. | ) |
| | ) **UNDER SEAL** |
| PEDRO ANTHONY ROMERO CRUZ, | ) |
| et al., | ) |
| | ) |
| Defendants | ) |

## ORDER

On motion by the UNITED STATES, it is hereby ORDERED that the sealed Superseding Indictment in the above-captioned matter shall be provided to defense counsel for each defendant after said defendant is arrested.

It is further ORDERD that the Motion and this Order be sealed until all defendants are arrested.

Date: 26 Sep 14
Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge