UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES

vs

Jesus Alejandro Chavez
DEFENDANT(S)

JUDGE: Ivan D. Davis
CASE NO.: 1:14cr306
HEARING: DH
DATE: 9-26-14
TIME: 2:00 PM
REPORTER: FTR GOLD SYSTEM
CLERK: John Williams

COUNSEL FOR UNITED STATES: J. Martinez
COUNSEL FOR DEFENDANT: E. Amato
INTERPRETER: E. Desrosiers  LANGUAGE: Spanish
(X)DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT
(X) COURT TO APPOINT COUNSEL — CJA List / Death Eligible
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
( ) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) GOVT NOT SEEKING DETENTION
( ) DEFT. ( ) REMANDED ( ) DETAINED

( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT FINDS DEFT. IN VIOLATION

( ) DEFT. CONTINUED ON BOND/PROBATION

CONDITIONS OF RELEASE:
($    ) UNSECURED ($   ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

MINUTES:
( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____
( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____

Deft motion to continue DH for time to interview with PTS & family members. - Granted

( ) GOVT. (X) DEFT. ( ) JOINT MOTION TO CONTINUE (X) GRANTED ( ) DENIED

NEXT APPEARANCE: 10/1/14 AT 2:30 AM OR PM
(X) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) INDENT ( ) OTHER JUDGE ___TRJ___

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS