UNDERSEAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES

vs.

Manuel Ernesto Paiz Guevara
**DEFENDANT(S)**

JUDGE: THOMAS RAWLES JONES, JR.
CASE NO.: 14cr306
HEARING: DH
DATE: 10/3/14
TIME: 1:30 pm
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: Stephen Campbell + Julia Martinez
COUNSEL FOR DEFENDANT: Mike Chick
INTERPRETER: Mana Horvath    LANGUAGE: Spanish

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
( ) GOVT NOT SEEKING DETENTION
(X) U.S. REQUESTS DETENTION (X) GRANTED ( ) DENIED
( ) DEFT PLACED ON PR BOND WITH CONDITIONS    ( ) DEFT CONTINUED ON BOND
(X) DEFT. (X) REMANDED

( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT FINDS DEFT. IN VIOLATION
( ) DEFT CONTINUED ON PROBATION

**CONDITIONS OF RELEASE:**
($        ) UNSECURED ($        ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:**

( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____

( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____

Deft argued for bond - Denied

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

**NEXT APPEARANCE:**
_____ AT _____ AM OR PM
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) IDENTITY ( ) OTHER JUDGE _____

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS