# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:** ☒ Under Seal

| | | | | |
|---|---|---|---|---|
| City: | | Superseding Indictment: | X | Judge Assigned: Judge Lee |
| County: Prince William | | Same Defendant: | X | Criminal No. 1:14-cr-306 |
| | | Magistrate Judge Case No. | | New Defendant: |
| | | Search Warrant Case No. | | Arraignment Date: |
| | | | | R. 20/R. 40 From: |

**Defendant Information:**

- Defendant Name: Pedro Anthony Romero Cruz
- Alias(es): Payaso
- ☐ Juvenile   FBI No. 946457HC6
- Address:
- Employment:
- Birth Date: xx/xx/1986   SSN: xxx-xx-2184   Sex: Male   Race: Hispanic   Nationality:
- Place of Birth:   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:
- ☐ Interpreter   Language/Dialect:   Auto Description:

**Location/Status:**

- Arrest Date:   ☒ Already in Federal Custody as of:   in:
- ☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
- ☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
- ☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**

- Name:   ☐ Court Appointed   Counsel Conflicts:
- Address:   ☐ Retained
- Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

- AUSA(s): Stephen M. Campbell and Julia K. Martinez   Phone: 703-299-3885   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(5) | Consp to Commit Murder/Racketeer | 1 | Felony |
| Set 2: | 18 USC 924(c)(1)(A)&2 | Use Firearm During Crime of Violenc | 3 | Felony |
| Date: | 10/14/2014 | AUSA Signature: *[signature]* | | may be continued on reverse |

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Judge Lee

**City:**
**Superseding Indictment:** X
**Criminal No.** 1:14-cr-306

**County:** Prince William
**Same Defendant:** X
**New Defendant:**

**Magistrate Judge Case No.:**
**Arraignment Date:**

**Search Warrant Case No.:**
**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Jose Lopez Torres
**Alias(es):** Grenas, Peluca, etc.
☐ Juvenile  **FBI No.**

**Address:**

**Employment:**

**Birth Date:** xx/xx/1989  **SSN:**  **Sex:** Male  **Race:** Hispanic  **Nationality:**

**Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**

☐ Interpreter  **Language/Dialect:**  **Auto Description:**

## Location/Status:

**Arrest Date:**  ☒ Already in Federal Custody as of:  in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**  ☐ Court Appointed  **Counsel Conflicts:**
**Address:**  ☐ Retained
**Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez  **Phone:** 703-299-3885  **Bar No.**

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | Consp to Commit Murder/Racketeer | 1 | Felony |
| Set 2: | 18 USC 1959(a)(5) & 2 | Attempted Murder/Racketeering | 2 | Felony |

**Date:** 10/15/2014  **AUSA Signature:** [signature]  *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 924(c)(1)(A), | Possession of a Firearm in | 3 | Felony |
| Set 4: | (B)(i), and 2 | Furtherance of Crime of Violence | | |
| Set 5: | 18 USC 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form    Reset Form

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Judge Lee

**City:**  **Superseding Indictment:** X  **Criminal No.** 1:14-cr-306

**County:** Prince William  **Same Defendant:** X  **New Defendant:**

**Magistrate Judge Case No.**  **Arraignment Date:**

**Search Warrant Case No.**  **R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Jaime Rosales Villegas  **Alias(es):** Demente  ☐ Juvenile  **FBI No.**

**Address:**

**Employment:**

**Birth Date:** xx/xx/1984  **SSN:** xxx-xx-2938  **Sex:** Male  **Race:** Hispanic  **Nationality:**

**Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**

☐ **Interpreter**  **Language/Dialect:**  **Auto Description:**

## Location/Status:

**Arrest Date:**  ☒ Already in Federal Custody as of:  **in:**

☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody

☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:**  ☐ Court Appointed  **Counsel Conflicts:**

**Address:**  ☐ Retained

**Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez  **Phone:** 703-299-3885  **Bar No.**

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | Consp to Commit Murder/Racketeer | 1 | Felony |
| Set 2: | 18 USC 1959(a)(5) & 2 | Attempted Murder/Racketeering | 2 | Felony |
| Date: | 10/14/2014 | AUSA Signature: *[signature]* | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 924(c)(1)(A)&2 | Use Firearm During Crime of Violenc | 3 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form]   [Reset Form]

| Criminal Case Cover Sheet | | FILED: REDACTED | | U.S. District Court | |
|---|---|---|---|---|---|
| **Place of Offense:** | | ☒ Under Seal | | Judge Assigned: | Judge Lee |
| City: | | Superseding Indictment: | X | Criminal No. | 1:14-cr-306 |
| County: | Fairfax | Same Defendant: | X | New Defendant: | |
| | | Magistrate Judge Case No. | | Arraignment Date: | |
| | | Search Warrant Case No. | | R. 20/R. 40 From: | |

**Defendant Information:**

| Defendant Name: | Alvin Gaitan Benitez | Alias(es): | Pesadilla, Lil Pesadilla | ☐ Juvenile | FBI No. | 704557XD3 |
|---|---|---|---|---|---|---|
| Address: | | | | | | |
| Employment: | | | | | | |

| Birth Date: | 1993 | SSN: | | Sex: | Male | Race: | Hispanic | Nationality: | |
|---|---|---|---|---|---|---|---|---|---|
| Place of Birth: | | Height: | | Weight: | | Hair: | | Eyes: | | Scars/Tattoos: | |

☐ Interpreter   Language/Dialect: _____   Auto Description: _____

**Location/Status:**

| Arrest Date: | | ☒ Already in Federal Custody as of: | | In: | |
|---|---|---|---|---|---|

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody
☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

| Name: | | ☐ Court Appointed | Counsel Conflicts: | |
|---|---|---|---|---|
| Address: | | ☐ Retained | | |
| Phone: | | ☐ Public Defender | ☐ Federal Public Conflicted Out | |

**U.S. Attorney Information:**

| AUSA(s): | Stephen M. Campbell and Julia K. Martinez | Phone: | 703-299-3885 | Bar No. | |
|---|---|---|---|---|---|

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 3 | Accessory After the Fact | 5 | Felony |
| Set 2: | 18 USC 1959(a)(1) & 2 | Murder in Aid of Racketeering | 6 | Felony |
| Date: | 10/15/2014 | AUSA Signature: [signature] | | *may be continued on reverse* |

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal     **Judge Assigned:** Judge Lee

City: [ ]     Superseding Indictment: X     **Criminal No.** 1:14-cr-306

County: Fairfax     Same Defendant: X     New Defendant: [ ]

Magistrate Judge Case No.: [ ]     Arraignment Date: [ ]

Search Warrant Case No.: [ ]     R. 20/R. 40 From: [ ]

## Defendant Information:

**Defendant Name:** Christian Lemus Cerna     **Alias(es):** Leopardo     ☐ Juvenile   FBI No.: [ ]

**Address:** [ ]

**Employment:** [ ]

**Birth Date:** xx/xx/1996   **SSN:** [ ]   **Sex:** Male   **Race:** Hispanic   **Nationality:** [ ]

**Place of Birth:** [ ]   **Height:** [ ]   **Weight:** [ ]   **Hair:** [ ]   **Eyes:** [ ]   **Scars/Tattoos:** [ ]

☐ Interpreter   **Language/Dialect:** [ ]   **Auto Description:** [ ]

## Location/Status:

**Arrest Date:** [ ]   ☒ Already in Federal Custody as of: [ ] in: [ ]

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond [ ]

## Defense Counsel Information:

**Name:** [ ]   ☐ Court Appointed   **Counsel Conflicts:** [ ]

**Address:** [ ]   ☐ Retained

**Phone:** [ ]   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez   **Phone:** 703-299-3885   **Bar No.:** [ ]

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 6 | Felony |
| Set 2: | | | | |

**Date:** 10/15/2014     **AUSA Signature:** [signature]     —may be continued on reverse

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

- City:
- County: Fairfax
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.:
- Search Warrant Case No.:

**Judge Assigned:** Judge Lee
**Criminal No.** 1:14-cr-306
**New Defendant:**
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Omar Dejesus Castillo  **Alias(es):** Lil Payaso, Lil Slow  ☐ Juvenile  FBI No.:

**Address:**

**Employment:**

**Birth Date:** xx/xx/1989  **SSN:** xxx-xx-3229  **Sex:** Male  **Race:** Hispanic  **Nationality:**

**Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**

☐ Interpreter  **Language/Dialect:**  **Auto Description:**

## Location/Status:

**Arrest Date:**  ☒ Already in Federal Custody as of:  in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:**
**Address:**   ☐ Retained
**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez  **Phone:** 703-299-3885  **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 2: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 6 | Felony |

**Date:** 10/15/2014  **AUSA Signature:** [signature]  *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Judge Lee

City: 

Superseding Indictment: X

**Criminal No.** 1:14-cr-306

County: Fairfax

Same Defendant: X

New Defendant:

Magistrate Judge Case No.:

Arraignment Date:

Search Warrant Case No.:

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Douglas Duran Cerritos   **Alias(es):** Lil Poison, Guason   ☐ Juvenile   FBI No.:

**Address:**

**Employment:**

**Birth Date:** xx/xx/1996   **SSN:**   **Sex:** Male   **Race:** Hispanic   **Nationality:**

**Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**

☐ Interpreter   **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:**   ☒ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:**

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez   **Phone:** 703-299-3885   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 6 | Felony |
| Set 2: | | | | |

**Date:** 10/15/2014   **AUSA Signature:** [signature]   ~~may be~~ *continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

| | | |
|---|---|---|
| City: | Superseding Indictment: X | Judge Assigned: Judge Lee |
| County: Fairfax | Same Defendant: X | Criminal No. 1:14-cr-306 |
| | Magistrate Judge Case No. | New Defendant: |
| | Search Warrant Case No. | Arraignment Date: |
| | | R. 20/R. 40 From: |

**Defendant Information:**

- **Defendant Name:** Manuel Ernesto Paiz Guevara
- **Alias(es):** Solitario, Colita
- ☐ Juvenile   **FBI No.**
- **Address:**
- **Employment:**
- **Birth Date:** xx/xx/1995   **SSN:**   **Sex:** Male   **Race:** Hispanic   **Nationality:**
- **Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**
- ☐ Interpreter   **Language/Dialect:**   **Auto Description:**

**Location/Status:**

- **Arrest Date:**   ☒ Already in Federal Custody as of:   in:
- ☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
- ☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
- ☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**

- **Name:**   ☐ Court Appointed   **Counsel Conflicts:**
- **Address:**   ☐ Retained
- **Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

- **AUSA(s):** Stephen M. Campbell and Julia K. Martinez   **Phone:** 703-299-3885   **Bar No.**

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 6 | Felony |
| Set 2: | | | | |
| Date: | 10/15/2014 | AUSA Signature: [signature] | | _may be continued on reverse_ |

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**    ☒ Under Seal     **Judge Assigned:** Judge Lee

City: Alexandria    Superseding Indictment: X    **Criminal No.** 1:14-cr-306

County: Fairfax    Same Defendant: X    New Defendant:

Magistrate Judge Case No.:    Arraignment Date:

Search Warrant Case No.:    R. 20/R. 40 From:

**Defendant Information:**

Defendant Name: Jose Del Cid    Alias(es): Duende    ☐ Juvenile    FBI No.:

Address:

Employment:

Birth Date: xx/xx/1996    SSN:    Sex: Male    Race: Hispanic    Nationality:

Place of Birth:    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ Interpreter    Language/Dialect:    Auto Description:

**Location/Status:**

Arrest Date:    ☒ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

Name:    ☐ Court Appointed    Counsel Conflicts:

Address:    ☐ Retained

Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Stephen M. Campbell and Julia K. Martinez    Phone: 703-299-3885    Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 6 | Felony |
| Set 2: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 7 | Felony |

Date: 10/15/2014    AUSA Signature: [signature]    *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**    ☒ Under Seal    **Judge Assigned:** Judge Lee

City: Alexandria    Superseding Indictment: X    **Criminal No.** 1:14CR306

County:    Same Defendant: X    New Defendant:

Magistrate Judge Case No.: 1:14-MJ-373    Arraignment Date:

Search Warrant Case No.:    R. 20/R. 40 From:

**Defendant Information:**

Defendant Name: Jesus Alejandro Chavez    Alias(es): Chuy, Taliban, Taliman    ☐ Juvenile    FBI No.:

Address:

Employment:

Birth Date:    SSN:    Sex: Male    Race:    Nationality:

Place of Birth:    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ Interpreter    Language/Dialect:    Auto Description:

**Location/Status:**

Arrest Date: Sep 23, 2014    ☒ Already in Federal Custody as of: Sep 23, 2014    in: Alexandria Detention Center

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not In Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

Name:    ☐ Court Appointed    Counsel Conflicts: Nina J. Ginsberg, Ellen M. Dague

Address:    ☐ Retained    Joseph J. McCarthy

Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Stephen M. Campbell and Julia K. Martinez    Phone: (703)299-3700    Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI Washington Field Office, Special Agent Richard Baer

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(1) & 2 | Murder in Aid of Racketeering | 7 | Felony |
| Set 2: | 18 USC 924(c) & (j)(1) | Firearm in Crime of Violence/Death | 8 | Felony |

Date: 10/15/2014    AUSA Signature: [signature]    *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 922(g) | Felon in Possession of Firearm | 9 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form]   [Reset Form]

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- City:
- County: Fairfax

☒ Under Seal
Superseding Indictment: X
Same Defendant:
Magistrate Judge Case No.
Search Warrant Case No.

Judge Assigned: Judge Lee
Criminal No.: 1:14-cr-306
New Defendant: X
Arraignment Date:
R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** Juan Carlos Marquez Ayala
- **Alias(es):** Skinny
- ☐ Juvenile
- **FBI No.** 451815XD0
- **Address:**
- **Employment:**
- **Birth Date:** 1993
- **SSN:**
- **Sex:** Male
- **Race:** Hispanic
- **Nationality:**
- **Place of Birth:**
- **Height:**
- **Weight:**
- **Hair:**
- **Eyes:**
- **Scars/Tattoos:**
- ☐ Interpreter **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:   in:
- ☒ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:**
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:**
- ☐ Retained
- **Phone:**
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Stephen M. Campbell and Julia K. Martinez
- **Phone:** 703-299-3885
- **Bar No.**

**Complainant Agency - Address & Phone No. or Person & Title:**
Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 2: | | | | |

**Date:** 10/14/2014   **AUSA Signature:** [signature]   *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Judge Lee

City:

Superseding Indictment: X

**Criminal No.** 1:14-cr-306

County: Fairfax

Same Defendant:

New Defendant: X

Magistrate Judge Case No.

Arraignment Date:

Search Warrant Case No.

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Araely Santiago Villanueva
**Alias(es):** Slow
☐ Juvenile   **FBI No.** 992771ND7

**Address:**

**Employment:**

**Birth Date:** 1994   **SSN:**   **Sex:** Male   **Race:** Hispanic   **Nationality:**

**Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**

☐ Interpreter   **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   **in:**

☒ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:**

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez   **Phone:** 703-299-3885   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 924(c)( & (j)(1) | Use of a Firearm During a Crime… | 8 | Felony |
| Set 2: |  | …of Violence Causing Death |  |  |

**Date:** 10/15/2014   **AUSA Signature:** [signature]   ~~may be continued on reverse~~

# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:** ☒ Under Seal

Judge Assigned: Judge Lee

City:

Superseding Indictment: X

Criminal No. 1:14-cr-306

County: Fairfax

Same Defendant:

New Defendant: X

Magistrate Judge Case No.

Arraignment Date:

Search Warrant Case No.

R. 20/R. 40 From:

## Defendant Information:

Defendant Name: Genaro Estuardo Sen Garcia    Alias(es): Gatuso    ☐ Juvenile    FBI No. 512563TD6

Address:

Employment:

Birth Date: 1995    SSN:    Sex: Male    Race: Hispanic    Nationality:

Place of Birth:    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ Interpreter    Language/Dialect:    Auto Description:

## Location/Status:

Arrest Date:    ☐ Already in Federal Custody as of:    in:

☒ Already in State Custody    ☐ On Pretrial Release    ☐ Not In Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

## Defense Counsel Information:

Name:    ☐ Court Appointed    Counsel Conflicts:

Address:    ☐ Retained

Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

AUSA(s): Stephen M. Campbell and Julia K. Martinez    Phone: 703-299-3885    Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1) | Murder in Aid of Racketeering | 7 | Felony |
| Set 2: | | | | |
| Date: | 10/15/2014 | AUSA Signature: [signature] | | may be continued on reverse |