UNDER SEAL   IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
OCT 15 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>v. )<br><br>PEDRO ANTHONY ROMERO CRUZ, )<br>et al., )<br><br>Defendants ) | Case No: 1:14-CR-306<br><br>**UNDER SEAL** |

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the

United States District Court for the Eastern District of Virginia, having moved to seal the Second

Superseding Indictment, the Motion to Seal, and this Order in this matter; and

The COURT, having found that revealing the material sought to be sealed would

jeopardize an ongoing criminal investigation; having considered the available alternatives that are

less drastic than sealing, and finding none would suffice to protect the government's legitimate

interest in concluding the investigation; and finding that this legitimate government interest

outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the Second Superseding Indictment,

Motion to Seal, and this Order be Sealed until all defendants are arrested.

It is further ORDERD that the sealed Second Superseding shall be provided to counsel for

each defendant after said defendant is arrested and brought into federal custody.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
United States Magistrate Judge

Date: 10/15/14
Alexandria, Virginia