IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No: 1:14-CR-306 |
| v. | ) |
| | ) |
| PEDRO ANTHONY ROMERO CRUZ, | ) |
| et al., | ) |
| | ) |
| Defendants | ) |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENTS
## PURSUANT TO LOCAL RULE 49(B)

The United States, by and through undersigned counsel, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, asks for an Order to Unseal previously sealed documents.

On September 9, 2014, September 25, 2014, and September 15, 2014, respectively, this Court entered Orders sealing the Indictment, Superseding Indictment, and Second Superseding Indictment, as well as the Motions and Orders to Seal, in this matter until all defendants are arrested. At this time, all defendants are in either federal or state custody, and the United States has determined that unsealing the Indictments will no longer jeopardize the ongoing criminal investigation.

WHEREFORE, the United States respectfully requests that the Indictment, Superseding Indictment, Second Superseding Indictment and all related Motions and Orders to Seal be unsealed.

                Respectfully submitted,

                Dana J. Boente
                United States Attorney

By: _____
      Stephen M. Campbell
      Julia K. Martinez
      Assistant United States Attorneys