IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No: 1:14-CR-306 |
| v. | ) |
| | ) |
| PEDRO ANTHONY ROMERO CRUZ, | ) |
| et al., | ) |
| | ) |
| Defendants | ) |

## ORDER TO UNSEAL

On Motion of the UNITED STATES, and for the reasons stated therein, it is hereby

ORDERED, ADJUDGED, and DECREED that, the Indictment, Superseding Indictment, Second Superseding Indictment and all related Motions and Orders to Seal are hereby Unsealed.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

United States Magistrate Judge

Date: 10/17/14
Alexandria, Virginia

3