CJA 30 DEATH PENALTY PROCEEDINGS:   APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE VAE | 2. PERSON REPRESENTED CERRITOS, DOUGLAS | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 1:14-000306-007 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF   (Case Name) US v. CERRITOS | 8. TYPE PERSON REPRESENTED Adult Defendant | | 9. REPRESENTATION TYPE Federal Capital Prosecution |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
    1) 18 1959-7471.F -- RACKETEERING ACTIVITY - MURDER/KIDNAPPING

| 11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS | 12. COURT ORDER |
|---|---|
| CRAWLEY, DWIGHT EVERETTE Suite 900 601 Pennsylvania Ave. NW South Building Washington DC 20004 Telephone Number:   (202) 580-9794 | ☒ O  Appointing Counsel ☐ C  Co-Counsel ☐ F  Subs For Federal Defender ☐ R  Subs For Retained Attorney ☐ P  Subs For Panel Attorney ☐ Y  Standby Counsel Prior Attorney's Name: _____ Appointment Date: _____ (A) Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case. |
| 13. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions) | (B) The attorney named in Item 11 is appointed to serve as: ☐LEAD COUNSEL or ☐CO-COUNSEL. Name of Co-Counsel or Lead Counsel: _____ Appointment Date: _____ (C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel). ☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order. Signature of Presiding Judicial Officer or By Order of the Court 10/20/2014 _____ Date of Order                         Nunc Pro Tunc Date (E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO |

CLAIM FOR SERVICES AND EXPENSES

14. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX.   Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDING | |
|---|---|---|---|---|---|
| a. ☐ Pre-Trial | e. ☐ Appeal | g. ☐ Habeas Petition | k. ☐ Petition for the U.S. | l. ☐ Stay of Execution | o. ☐ Other (specify) |
| b. ☐ Trial | f. ☐ Petition for the U.S. | h. ☐ Evidentiary Hearing | Supreme Court | m. ☐ Appeal of Denial of Stay | |
| c. ☐ Sentencing | Supreme Court | i. ☐ Dispositive Motions | Writ of Certiorari | n. ☐ Petition for Writ of Certiorari to the U.S. | p. ☐ Clemency |
| d. ☐ Other Post Trial | Writ of Certiorari | j. ☐ Appeal | gg. ☐ State Court Appearance | Supreme Court Regarding Denial of Stay | |

| HOURS AND COMPENSATION CLAIMED | | | | FOR COURT USE ONLY. | | |
|---|---|---|---|---|---|---|
| 15. | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| | a. In-Court Hearings (Rate per Hour = $       ) | | | | IN COURT TOTAL (Category a) | IN COURT TOTAL (Category a) |
| | b. Interviews and Conferences with Client | | | | | |
| | c. Witness Interviews | | | | | |
| | d. Consultation with Investigators and Experts | | | | | |
| | e. Obtaining and Reviewing the Court Record | | | | | |
| | f. Obtaining and Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL (Categories b - j) | OUT OF COURT TOTAL (Categories b - j) |
| | g. Consulting with Expert Counsel | | | | | |
| | h. Legal Research and Writing | | | | | |
| | i. Travel | | | | | |
| | j. Other (Specify on additional sheets) | | | | | |
| | Totals: Categories b thru j (Rate per hour = $       ) | | | | | |

| CLAIM FOR TRAVEL AND EXPENSES (Attach itemization of expenses with dates) | | | | | | |
|---|---|---|---|---|---|---|
| 16. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 17. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

GRAND TOTALS (CLAIMED AND ADJUSTED):

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____ | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|

21. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____                                                                 Date: _____

APPROVED FOR PAYMENT -- COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 27a. JUDGE CODE |