IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

```
FILED
OCT 21 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA
```

UNITED STATES OF AMERICA,          )
                                   )
                                   )   Case No: 1:14-CR-306
           v.                      )
                                   )   **UNDER SEAL**
JOSE DEL CID,                      )
      a/k/a "Duende,"              )
      a/k/a "Gabriel De Jesus Cabrera,"   )
                                   )
           Defendant               )

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the

United States District Court for the Eastern District of Virginia, having moved to seal the Plea

Agreement, Statement of Facts, and plea hearing for defendant Jose Del Cid; and

The COURT, having found that revealing the material sought to be sealed would

jeopardize an ongoing criminal investigation and the safety of the defendant; having considered

the available alternatives that are less drastic than sealing, and finding none would suffice to

protect the government's legitimate interest in protecting the investigation and the defendant; and

finding that this legitimate government interest outweighs at this time any interest in the disclosure

of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the Plea Agreement, Statement of Facts,

plea hearing, Motion to Seal, and this Order be Sealed until all defendants are arrested.

/s/
Gerald Bruce Lee
United States District Judge

The Honorable Gerald Bruce Lee
United States District Judge

Date: _October 21, 2014_
      Alexandria, Virginia