IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:14-CR-306 |
| v. | ) | |
| | ) | The Honorable Gerald Bruce Lee |
| PEDRO ANTHONY ROMERO CRUZ, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ORDER

Before the Court is the Government's Motion to Certify Case as Complex under the Speedy Trial Act. In accordance with Section 3161(h)(7)(B)(ii) of the Speedy Trial Act, the Court has the authority to schedule the trial of this case beyond the 70-day time limit of the Speedy Trial Act when ". . . the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section." The Court agrees with the government that this case is of such a nature as described in 18 U.S.C. § 3161(h)(7)(B)(ii) that adequate preparation for trial by both sides cannot reasonably occur within the normal 70-day time limit mandated by the Speedy Trial Act. The Court notes that 1) this case involves a large number of defendants and multiple murders, 2) the Attorney General must conduct a thorough review to determine whether he will authorize the government to seek the death penalty for eleven of the defendants, 3) four defendants are charged as juveniles and entitled to adjudication of their

juvenile status in separate proceedings, and 4) there is a large volume of recorded conversations in Spanish that will require review and translation prior to trial.

Therefore, the Court GRANTS the Government's Motion and CERTIFIES this case as complex under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii).

/s/
Gerald Bruce Lee
United States District Judge
The Honorable Gerald Bruce Lee
United States District Judge

Date: ___October 29 2014___
Alexandria, Virginia

2