RECEIVED

2014 OCT 31  A 11: 48

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

CASE NO.   1:14CR306
CASE NAME:   <u>United States v. Pedro Romero Cruz, et al</u>

TO:   Fairfax County Adult Detention Center
10520 Judicial Drive
Fairfax, VA 22030
Phone: (703) 246-2100

YOU ARE HEREBY COMMANDED to surrender the body of: **Douglas Duran Cerritos, DOB:** ▆▆**/96, Prisoner No. 2059015, Race: Hispanic, Sex: Male**, under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, or any other authorized law enforcement officer, so that his body will be before the **Honorable Gerald Bruce Lee, United States District Judge for the Eastern District of Virginia**, at the Courtroom of said Court, **in the City of Alexandria at 10:00 a.m., on the 18th day of November, 2014,** or at such other time as the Court may direct, in order for the prisoner to be arraigned on charges pending against him in this district, namely, murder in aid of racketeering.  Upon completion of the arraignment on federal charges, the prisoner will be returned promptly to the custody of the Fairfax County Adult Detention Center.

WITNESS
The Honorable Gerald Bruce Lee
United States District Judge
at Alexandria, Virginia
This _____ day of _____, 2014

FERNANDO GALINDO
CLERK OF COURT

By: _____
      Deputy Clerk

(AUSA Julia K. Martinez:JKM)

Approved on October 30, 2014, by James Panagis, Assistant Commonwealth Attorney, Fairfax Office of the Commonwealth Attorney, 4110 Chain Bridge Road, Fairfax, VA 22030, Phone Number: (703) 246-2776.