*Minutes*

## ARRAIGNMENT CALENDAR – November 5, 2014

**Judge: Gerald Bruce Lee**
**6th Floor, Courtroom 601**
**Time: 2:30 p.m.**

WFA, PNG, JURY

(Renecia Wilson)
*(Spanish: Ana Lefebvre)

*8) GUEVARA,
    Manuel Ernesto Paiz
a/k/a "Solitario and Colita"

(Murder in Aid of Racketeering)

1:14cr306

8) In Custody

✓ Remanded

AUSA: Stephen M. Campbell
AUSA: Julia K. Martinez
Defense: David Baugh & W. Michael Chick, Jr.
Motions: NOT SET
Trial: NOT SET
Date Returned: 10/15/14 (2nd Superseding)
Speedy Trial: CERTIFIED COMPLEX

3-3-15 11:00 a.m. Status Conf. is set. Counsel to make a submission to the Justice Dept. on the Death Penalty issues.