IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:14-cr-00306-GBL-7 |
| ) | |
| DOUGLAS DURAN CERRITOS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Per request of defense counsel, the Court hereby permits Mitigation Specialist, Richard McGough, to interview Defendant Douglas Duran Cerritos at the Alexandria Detention Center without counsel present effective immediately.

**IT IS SO ORDERED.**

ENTERED this /2t day of November, 2014.

Alexandria, Virginia
11/ /2014

/s/
Gerald Bruce Lee
United States District Judge