UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.                                                                    Case No.: 1:14CR00306

DOUGLAS DURAN CERRITOS,

                                                                      Defendant.

## MOTION

Counsel for Douglas Duran Cerritos, John A. Rockecharlie and Dwight Crawley,

respectfully request permission to bring electronic devices, tablet and cell phone, into the

Courthouse on the dates counsel must appear in this matter.

                              Respectfully submitted,
                              DOUGLAS DURAN CERRITOS

                    By:  _____/s/_____
                                        Counsel


John A. Rockecharlie, Esq.
Bowen, Champlin, Foreman
& Rockecharlie, PLLC
1919 Huguenot Road
Richmond, Virginia 23235
VSB 27701
(804) 379-1900
(804)379-5407 (fax)
JRockecharlie@bowenlawfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2014, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system, which will send a

notification of such filing (NEF) to:

Julia K. Martinez, Esq.

Assistant United States Attorney

and

Stephen Campbell, Esq.

Assistant United States Attorney

United States Attorney's Office

Eastern District of Virginia

2100 Jamieson Avenue

Alexandria, Virginia 22314

_____/s/_____