IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cr-00306-GBL-7 |
| | ) | |
| DOUGLAS DURAN CERRITOS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is before the Court on defense counsel, Mr. John A. Rockecharlie and Mr. Dwight Crawley's, motion to bring their electronic devices into the Courthouse for Defendant Douglas Duran Cerritos's arraignment on November 18, 2014 (Doc. 127).

For good cause shown, **IT IS HEREBY ORDERED** that defense counsel's motion (Doc. 127) is **GRANTED**. Mr. Rockecharlie and Mr. Crawley shall be permitted to bring their electronic devices, including cell phones and tablets, into the Courthouse on November 18, 2014.

**IT IS SO ORDERED.**

ENTERED this 17th day of November, 2014.

Alexandria, Virginia
11/17/2014

                                                                                              /s/
                                                          Gerald Bruce Lee
                                                          United States District Judge