MINUTES
## ARRAIGNMENT CALENDAR – November 18, 2014

**Judge: Gerald Bruce Lee**
**6th Floor, Courtroom 601**
**Time: 9:30 a.m.**  9:31-9:34

*10) CHAVEZ, ✓       WFA, PNG,        1:14cr306
    Jesus Alejandro  JURY
a/k/a "Chuy, Taliban and Taliman"        10) **In Custody**
                                          REMANDED
(Murder in Aid of Racketeering, Use of    3-3-15  2:00
a Firearm During a Crime of Violence      P.M. Status
Causing Death and Felon in Possession     Set
of a Firearm)

\* Interpreter: Ana Lefebvre
(RPTR: R. Wilson)  (Spanish)

AUSA: Stephen M. Campbell ✓
AUSA: Julia K. Martinez ✓
Defense: Jerome Aquino & Elita Amato ✓
Motions: NOT SET
Trial: JURY, NOT SET
Date Returned: 10/15/14 (2nd Superseding)
Speedy Trial: CERTIFIED COMPLEX