MINUTES
ARRAIGNMENT CALENDAR – November 18, 2014

**Judge: Gerald Bruce Lee**
**6th Floor, Courtroom 601**

*Interpreter: Ana LeFebvre - Spanish
(Rptr: R. Wilson)

**Time: 10:00 a.m.** 9:59 - 10:03

*7) CERRITOS,    1:14cr306    AUSA: Stephen M. Campbell
   Douglas Duran             AUSA: Julia K. Martinez
   a/k/a "Lil Poison and Guason"   7) In State Custody   Defense: John Rockecharlie & Dwight Crawley
                            REMANDED
(Murder in Aid of Racketeering)        Motions: NOT SET
                         Trial: JURY, NOT SET
Status Conf.              Date Returned: 10/15/14 (2nd Superseding)
3/3/15 w/ some of         Speedy Trial: CERTIFIED COMPLEX
co-defts @
2:00 p.m. (instead
of 11:00).