# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF VIRGINIA

# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | Defendant **GUEVARA'S** |
| | ) | <u>MOTION NO. 1</u> |
| MANUEL E. PAIZ GUEVARA | ) | |

**ORDER**
(Defendant's Motion for Designation of Law Enforcement Agencies)

**CAME ON TO BE CONSIDERED,** this date, the motion of the defendant for the United States to designate those law enforcement agencies involved in the investigation and presentation of the prosecution's case.

The court having reviewed the pleadings and having heard the argument of counsel is of the opinion that the same should be, and hereby is, GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that the United States prepare, in writing for filing among the papers in this cause, a list of each government agency, and designate whether federal, state or local, involved in the investigation and presentation of this cause.

To enable the defendant to investigate and gather evidence, compliance will be required within FOURTEEN (14) DAYS from the date of this order.

ENTER:

Date:

We ask for this:

_____/s/_____
David P. Baugh, Esq.
W. Michael Chick, Est.
ATTORNEYS FOR DEFENDANT
MANUEL E. PAIZ GUEVARA