AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2014 NOV 20  P 2:38
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| United States of America<br>v.<br>DOUGLAS DURAN CERRITOS,<br>a/k/a Lil Poison, a/k/a Guason,<br>a/k/a Lunche, a/k/a Guadalupe<br>_Defendant_ | ) ) ) ) ) ) | Case No. 1:14CR306<br>**UNDER SEAL** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _(name of person to be arrested)_  DOUGLAS DURAN CERRITOS                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Murder in Aid of Racketeering, in Violation of Title 18 U.S.C. §§ 1959(a)(1) and 2

Date: 9/9/9

City and state: Alexandria, Virginia

_Issuing officer's signature_

Kathy Roberts, Deputy Clerk
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 9/9/14, and the person was arrested on _(date)_ 11/4/14
at _(city and state)_ FAIRFAX JAIL.

Date: 11/18/14

_Arresting officer's signature_

P. Thom, PJSCNAS
_Printed name and title_