# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

## DEFENDANT MANUEL E. PAIZ GUEVARA'S NOTICE OF HEARING DESIGNATION OF AGENCIES MOTION

BE ADVISED that a hearing on Defendant's Motion for Designation of Agencies has been set before the Hon. Gerald Bruce Lee at **10:00 AM** or as soon thereafter as time is available on **Friday, December 19, 2014.**

Respectfully submitted,

**MANUEL ERNESTO PAIZ GUEVARA**

By:    _____(s)_____

David P. Baugh, Esq.
Va. Bar No. 22528
2025 East Main Street, Suite 108
Richmond, Virginia  23224

1

804.743-8111
Email: dpbaugh@dpbaugh.com

W. Michael Chick, Jr. Esq.
Law Offices of W. Michael Chick, Jr.
10513 Judicial Drive, Suite 102
Fairfax, Virginia  22030
571.276.8279
Email:  mike@chichlawfirm.com
**ATTORNEYS FOR DEFENDANT**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Hearing Designation of Agencies Motion was duly served, December 10, 2014, upon:

Stephen M. Campbell, Esq.
Julia K Martinez, Esq.
Assistant United States Attorneys
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia  22314,

And all other defendants in this matter by the Court's electronic filing system.

/s/  David P. Baugh
**David P. Baugh**