# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF VIRGINIA

# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

## SCHEDULING ORDER

CAME ON TO BE CONSIDERED the Motion for Scheduling Order in Compliance with the Federal Death Penalty Protocol. The court having reviewed the pleadings of the parties is of the opinion that the motion should be, and hereby is GRANTED.

It is ORDERED that the pre-authorization procedures for determination of whether the Office of the United States Attorney for the Eastern District of Virginia will be permitted to seek death will proceed with the following schedule and proposed timelines, unless amended by further order of the court.

| | |
|---|---|
| Defense Presentation to the U.S. Attorney | May 1, 20156 |
| Defense Presentation to the CCU | June 15, 2015 |
| Filing of Government's Intent To Seek the Death Penalty | August 3, 2015 |
| Trial | At least six (6) months |

              Following the Notice of Intent

          ENTER /  /

         _____
         Judge

We ask for this:

_____
David P. Baugh, Esq.
Va. Bar No. 22528
2025 East Main Street, Suite 108
Richmond, Virginia 23224
804.743-8111
Email: dpbaugh@dpbaugh.com

W. Michael Chick, Jr. Esq.
Law Offices of W. Michael Chick, Jr.
10513 Judicial Drive, Suite 102
Fairfax, Virginia 22030
571.276.8279
Email: mike@chichlawfirm.com
**ATTORNEYS FOR DEFENDANT**