IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.:  1:14-cr-00306-GBL |
| JOSE LOPEZ TORRES, | : | |
| Accused. | : | |

**MOTION TO ADOPT CO-DEFENDANT'S
MOTION FOR DESIGNATION OF GOVERNMENT LAW ENFORCEMENT
AGENCIES INVOLVED IN THE INVESTIGATION AND PRESENTATION OF
THE PENDING CHARGES SUMMARY**

Comes now the defendant, JOSE LOPEZ TORRES, by and through counsel and moves this Honorable Court for leave to join co-defendant's motion for designation of government law enforcement agencies involved in the investigation and presentation of the pending charges summary.

       I ASK FOR THIS
       JOSE LOPEZ TORRES
       By Counsel

_____/s/_____
ROBERT L. JENKINS, JR.
Virginia State Bar No.:  39161
Bynum & Jenkins
1010 Cameron Street
Alexandria, VA  22314
703 309 0899 Telephone
703 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the JOSE LOPEZ TORRES

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via ECF to all counsel of record on December 15, 2014.


_____/s/_____
ROBERT L. JENKINS, JR.
Virginia State Bar No.:  39161
Bynum & Jenkins
1010 Cameron Street
Alexandria, VA  22314
703 309 0899 Telephone
703 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the JOSE LOPEZ TORRES