IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case no. 1:14-CR-306-GBL - 8 |
| ) | |
| ) | |
| MANUEL E. PAIZ GUEVARA ) | |

MOTION

COMES NOW, counsel for defendant, MANUEL E PAIZ GUEVARA, David P. Baugh, Esq., of Richmond, Virginia and W. Michael Chick, Jr., Esq., of Fairfax, Virginia and requests permission of the court to bring electronic devices: cellular telephones and computer tablets, into the Courthouse on the dates counsel must appear regarding this matter.

Respectfully submitted,

**MANUEL ERNESTO PAIZ GUEVARA**

By: _____(s)_____

David P. Baugh, Esq.
Va. Bar No. 22528
2025 East Main Street, Suite 108
Richmond, Virginia  23224
804.743-8111
Email: dpbaugh@dpbaugh.com

W. Michael Chick, Jr. Esq.
Law Offices of W. Michael Chick, Jr.
10513 Judicial Drive, Suite 102
Fairfax, Virginia 22030
571.276.8279
Email: mike@chichlawfirm.com
**COUNSEL FOR DEFENDANT**

CERTIFICATE OF SERVICE

The undersigned certifies that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which forwards a notification of such filing (NEF) to:

    Stephen M. Campbell, Esq.
    Julia K Martinez, Esq.
    Assistant United States Attorneys
    Eastern District of Virginia
    2100 Jamison Avenue
    Alexandria, Virginia 22314,

                  /s/ *David P. Baugh*
                  **David P. Baugh**