IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:14-cr00306-GBL-8 |
| ) | |
| MANUEL ERNESTO PAIZ GUEVARA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on defense counsel's motion requesting permission to bring their electronic devices into the courthouse (Doc. 170). For good cause shown,

**IT IS HEREBY ORDERED** that the motion (Doc. 170) is **GRANTED**.

**IT IS FURTHER ORDERED** that Attorneys David P. Baugh and Michael Chick are permitted to bring their electronic devices into the courthouse on Friday, December 19, 2014.

**IT IS SO ORDERED**.

ENTERED this 16th day of December, 2014.

Alexandria, Virginia
12/16/2014

/s/
Gerald Bruce Lee
United States District Judge