IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:14-CR-306 |
| v. | ) | |
| | ) | The Honorable Gerald Bruce Lee |
| PEDRO ANTHONY ROMERO CRUZ, | ) | |
| et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## **N O T I C E**

The United States hereby notifies the Court that the Attorney General has authorized and directed the government NOT TO SEEK the death penalty against the following defendants:

- Juan Carlos Marquez Ayala

- Araely Santiago Villanueva

- Manuel Ernesto Paiz Guevara

- Genaro Sen Garcia

As the death penalty review process at the Department of Justice continues, the government will notify the Court as soon as the Attorney General has made a decision with respect to each of the remaining defendants.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY


/s/
Stephen M. Campbell
Assistant United States Attorney

Virginia Bar No. 38584
Counsel for the Government
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703)299-3700
(703)739-9556 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will then send electronic notification of such filing (NEF) to defense counsel on the case.

/s/
_____
Stephen M. Campbell
Assistant United States Attorney
Virginia Bar No. 38584
Counsel for the Government
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703)299-3700
(703)739-9556 (fax)
