IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:14-cr-306-GBL-6 |
| | ) | |
| OMAR DE JESUS CASTILLO, | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO ADOPT
CO-DEFENDANT'S MOTION FOR DESIGNATION OF GOVERNMENT LAW
ENFORCEMENT AGENCIES INVOLVED IN THE INVESTIGATION AND
PRESENTATION OF THE PENDING CHARGES SUMMARY**

COMES NOW Defendant OMAR DE JESUS CASTILLO, by counsel, and moves this Honorable Court for leave to join co-defendant MANUEL E. PAIZ GUEVARA's Motion for Designation of Government Law Enforcement Agencies Involved in the Investigation and Presentation of the Pending Charges Summary (Dkt. 141).

                                                             Respectfully Submitted,
                                                             OMAR DE JESUS CASTILLO
                                                             By Counsel

FIRSTPOINT LAW GROUP P.C.

      /s/
Katherine Martell, VSB 77027
    kmartell@firstpointlaw.com
Meredith M. Ralls, VSB 82548
    mralls@firstpointlaw.com
10615 Judicial Drive, Suite 101
Fairfax, VA 22030
Tel:  703-385-6868
Fax:  703-385-7009

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2014 I will file the foregoing with the Clerk of Court via CM/ECF, which will then generate a Notice of Electronic Filing (NEF) for all counsel of record.

      /s/
Katherine Martell, VSB 77027
   kmartell@firstpointlaw.com
Meredith M. Ralls, VSB 82548
   mralls@firstpointlaw.com
10615 Judicial Drive, Suite 101
Fairfax, VA 22030
Tel: 703-385-6868
Fax: 703-385-7009