Date: 12-19-14   Judge: Lee   Reporter: Renecia Wilson
Time: 9:59 To 10:17   *Interpreter: Erin Gaston-Owen + Ana LeFebvre

UNITED STATES of AMERICA   Case Number: 1:14cr306

vs.

Manuel Ernesto Paiz Guevara   Julia Martinez/ Stephen Campbell
Defendant's Name   Counsel for Government

Counsel for Defendant: David Baugh / William Chick, Jr.

Matter called for: (✓) Motions ( ) Setting Trial Date ( ) Change of Plea Hrg. ( ) Rule 35 ( ) Arraignment
( ) Magistrate Appeal ( ) Sentencing ( ) Rule 20 & Plea ( ) Supervised Release Viol. Hrg.
( ) Pre-Indictment Plea ( ) Plea ( ) Other: _____

Defendant appeared: (✓) in person ( ) failed to Appear (✓) with Counsel ( ) without counsel ( ) through counsel

Filed in open court: ( ) Information ( ) Plea Agreement ( ) Statement of Facts ( ) Waiver of Indictment ( ) Discovery Order

Arraignment & Plea:
( ) WFA ( ) FA ( ) PG ( ) PNG   Trial by Jury: ( ) Demanded ( ) Waived
____ Days to file Motions with Argument on _____ at _____
Defendant entered Plea of Guilty as to Count(s) _____ Court Accepted Plea ( )
Motion for Dismissal of Count(s) _____ ( ) by U.S. ( ) by Deft. ( ) Order entered ( ) To Follow
Defendant directed to USPO for PSI: ( ) Yes ( ) No _____
Case continued to _____ at _____ for: ( ) Jury Trial ( ) Bench Trial ( ) Sentencing
Rule 35: US' Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____

Probation/Supervised Release Hrg: Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release; Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of : _____ Months; ( ) Supervised Release terminated

Discovery motion heard, findings stated, and denied. Order to follow.

All Exhibits must be filed with the Clerk _____ days prior to trial.

Bond Set at: $_____ ( ) Unsecured ( ) Surety ( ) Personal Recognizance
( ) Release Order Entered (✓) Deft. Remanded ( ) Deft. Released on Bond ( ) Deft. Continued on Bond
Defendant is: (✓) In Custody ( ) Summons Issued ( ) On Bond ( ) Warrant Issued ( ) 1st appearance