IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case Nos. 1:14-cr-00306-GBL-1 |
| PEDRO ANTHONY ROMERO CRUZ, | ) | 1:14-cr-00306-GBL-2 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-00306-GBL-3 |
| JAIME ROSALES VILLEGAS, | ) | 1:14-cr-00306-GBL-4 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-5 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-7 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-00306-GBL-8 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-10 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-11 |
| JUAN CARLOS MARQUEZ AYALA, | ) | 1:14-cr-00306-GBL-12 |
| ARAELY SANTIAGO VILLANUEVA, | ) | 1:14-cr-00306-GBL-13 |
| GENARO SEN GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court *sua sponte*. On October 30, 2014, the Court directed defense counsel appointed under the Criminal Justict Act to submit proposed budgets outlining the projected hours anticipated for the cost of this action. The Fourth Circuit Court of Appeals has reviewed those budgets and imposed budgetary limitations different from those previously authorized by this Court. The Court has concerns that the budget limitations imposed by the Fourth Circuit Court of Appeals for the pre-death penalty authorization phase of this case may compromise defense counsels' ability to adequately defend their clients pursuant to *Wiggins v. Smith*, 539 U.S. 510 (2003). Therefore, the Court is now seeking reconsideration of the budget limitations before the Fourth Circuit Court of Appeals.

Accordingly, **IT IS HEREBY ORDERED** that this case is **STAYED** as to Defendants Pedro Anthony Romero Cruz, Jose Lopez Torres, Jaime Rosales Villegas, Alvin Gaitan Benitez, Christian Lemus Cerna, Douglas Duran Cerritos, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, Juan Carlos Marquez Ayala, Araely Santiago Villanueva, Genaro Sen Garcia until such issues are resolved before the Fourth Circuit Court of Appeals. *See Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936) (the decision to stay a case is discretionary, and within the inherent power of the court "to control the disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants.");

**IT IS FURTHER ORDERED** that all hearings and deadlines that are currently scheduled are **CANCELED,** with the exception of the arraignment of Defendant Pedro Anthony Romero Cruz on January 6, 2015, which shall go forward; and

**IT IS FURTHER ORDERED** that all work in this case shall immediately cease, and any previous expenditure authorizations granted by the Court are suspended until further notice.

**IT IS SO ORDERED.**

ENTERED this 19th day of December, 2014.

Alexandria, Virginia
12/19/2014

/s/
Gerald Bruce Lee
United States District Judge