IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.  )<br>)   Case No. 1:14-cr-00306-GBL<br>MANUEL ERNESTO PAIZ GUEVARA, )<br>ALVIN GAITAN BENITEZ,  )<br>JUAN CARLOS MARQUEZ AYALA, )<br>GENARO SEN GARCIA,<br>OMAR DE JESUS CASTILLO<br><br>Defendants. | |

## ORDER

This matter is before the Court on Defendants Manuel Ernesto Paiz Guevara, Alvin Gaitan Benitez, Juan Carlos Marquez Ayala, Genaro Sen Garcia and Omar De Jesus Castillo's Motion for Designation of Government Law Enforcement Agencies Involved in the Investigation and Presentation of the Pending Charges Summary (Doc. 144). For the reasons stated in open court on December 19, 2014,

**IT IS HEREBY ORDERED** that Defendants' motion (Doc. 144) is **DENIED**.

**IT IS SO ORDERED.**

ENTERED this ___ day of December, 2014.

Alexandria, Virginia
12/19/2014

/s/
Gerald Bruce Lee
United States District Judge