IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case Nos. 1:14-cr-00306-GBL-1 |
| PEDRO ANTHONY ROMERO CRUZ, ) | 1:14-cr-00306-GBL-2 |
| JOSE LOPEZ TORRES, ) | 1:14-cr-00306-GBL-3 |
| JAIME ROSALES VILLEGAS, ) | 1:14-cr-00306-GBL-4 |
| ALVIN GAITAN BENITEZ, ) | 1:14-cr-00306-GBL-5 |
| CHRISTIAN LEMUS CERNA, ) | 1:14-cr-00306-GBL-7 |
| DOUGLAS DURAN CERRITOS, ) | 1:14-cr-00306-GBL-8 |
| MANUEL ERNESTO PAIZ GUEVARA, ) | 1:14-cr-00306-GBL-10 |
| JESUS ALEJANDRO CHAVEZ, ) | 1:14-cr-00306-GBL-11 |
| JUAN CARLOS MARQUEZ AYALA, ) | 1:14-cr-00306-GBL-12 |
| ARAELY SANTIAGO VILLANUEVA, ) | 1:14-cr-00306-GBL-13 |
| GENARO SEN GARCIA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court *sua sponte*. The stay in this action is hereby **LIFTED** and all case activity shall resume. The Court will enter a separate *ex parte* and under seal order in each individual case addressing the matter of expenditures for defense counsel appointed under the Criminal Justice Act.

**IT IS SO ORDERED.**

ENTERED this 7th day of January, 2015.

Alexandria, Virginia
1/7 / 2015

/s/
Gerald Bruce Lee
United States District Judge