IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:14-CR-306 |
| v. ) | |
| ) | The Honorable Gerald Bruce Lee |
| MANUEL ERNESTO PAIZ GUEVARA, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR SCHEDULING ORDER IN COMPLIANCE WITH FEDERAL DEATH PENALTY PROTOCOL

The United States hereby responds to the defendant's Motion for Scheduling Order in Compliance with Federal Death Penalty Protocol. On December 17, 2014, the Attorney General of the United States authorized and directed the government not to seek the death penalty against the defendant. On December 18, 2014, the government formally notified the Court of the Attorney General's decision. Consequently, the defendant's pending Motion for Scheduling Order in Compliance with Federal Death Penalty Protocol has been rendered moot. For this reason, the government asks the Court to deny the defendant's motion.

    Respectfully submitted,

    DANA J. BOENTE
    UNITED STATES ATTORNEY


    _____/s/_____
    Stephen M. Campbell
    Julia K. Martinez
    Assistant United States Attorneys
    Counsel for the Government

                                                United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703)299-3700
(703)739-9556 (fax)

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 7, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will then send electronic notification of such filing (NEF) to defense counsel on the case.

                                                                     /s/
                                          Stephen M. Campbell
                                          Assistant United States Attorney
                                          Counsel for the Government
                                          United States Attorney's Office
                                          2100 Jamieson Avenue
                                          Alexandria, VA 22314
                                          (703)299-3700
                                          (703)739-9556 (fax)