IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case Nos. 1:14-cr-00306-GBL-3 |
| ) | 1:14-cr-00306-GBL-8 |
| JAIME ROSALES VILLEGAS, ) | 1:14-cr-00306-GBL-11 |
| MANUEL ERNESTO PAIZ GUEVARA, ) | 1:14-cr-00306-GBL-12 |
| JUAN CARLOS MARQUEZ AYALA, ) | 1:14-cr-00306-GBL-13 |
| ARAELY SANTIAGO VILLANUEVA, ) | |
| GENARO SEN GARCIA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court *sua sponte*. A status conference is hereby set in this matter on **Tuesday, April 21, 2015** at **3:00 p.m.**

**IT IS SO ORDERED.**

ENTERED this /3th day of January, 2015.

Alexandria, Virginia
1/13 / 2015

_____/s/_____
Gerald Bruce Lee
United States District Judge