IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case Nos. 1:14-cr-00306-GBL-1 |
| PEDRO ANTHONY ROMERO CRUZ, | )           1:14-cr-00306-GBL-2 |
| JOSE LOPEZ TORRES, | )           1:14-cr-00306-GBL-4 |
| ALVIN GAITAN BENITEZ, | )           1:14-cr-00306-GBL-5 |
| CHRISTIAN LEMUS CERNA, | )           1:14-cr-00306-GBL-6 |
| OMAR DEJESUS CASTILLO, | )           1:14-cr-00306-GBL-7 |
| DOUGLAS DURAN CERRITOS, | )           1:14-cr-00306-GBL-10 |
| JESUS ALEJANDRO CHAVEZ, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court *sua sponte*. A status conference is hereby set in this matter on **Tuesday, April 21, 2015 at 11:00 a.m.**

**IT IS SO ORDERED.**

ENTERED this ___ day of January, 2015.

Alexandria, Virginia
1/__/2015

/s/
Gerald Bruce Lee
United States District Judge