IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
VIRGINIA ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

ORDER MOTION FOR LEAVE TO FILE EX PARTE AND UNDER SEAL

CAME ON TO BE CONSIDERED, the Motion of the Defendant, MANUEL E. PAIZ GUEVARA, for leave to file a pleading Ex Parte and Under Seal.

The court having reviewed the pleadings is of the opinion that the request is in compliance with local rules and that there exists no other less restrictive order to protect the interests of the defendant and that the same should be, and hereby is, **GRANTED.**

Defendant is granted leave to file Ex Parte and Under Seal.

ENTER   /       /                                                        _____/S/_____

We ask for this:

_____/S/_____
David P. Baugh, Esq.
W. Michael Chick, Jr. Esq.
ATTORNEY FOR DEFENDANT

1