IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

ORDER MOTION FOR LEAVE TO FILE EX PARTE AND UNDER SEAL

CAME ON TO BE CONSIDERED, the Motion of the Defendant, MANUEL E. PAIZ GUEVARA, for leave to file a pleading Ex Parte and Under Seal.

The court having reviewed the pleadings is of the opinion that the request is in compliance with local rules and that there exists no other less restrictive order to protect the interests of the defendant and that the same should be, and hereby is, **GRANTED.**

Defendant is granted leave to file Ex Parte and Under Seal.

ENTER 1/26/15                                           /S/

We ask for this:

_____/S/_____                                          /s/
David P. Baugh, Esq.                                    Gerald Bruce Lee
W. Michael Chick, Jr. Esq.                              United States District Judge
ATTORNEY FOR DEFENDANT

1