IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case no. 1:14-CR-306-GBL - 8 |
| ) | |
| ) | |
| MANUEL E. PAIZ GUEVARA ) | |

REQUEST TO BE EXCUSED FROM MARCH 3RD
STATUS CONFERENCE

DAVID P. BAUGH, counsel for defendant requests to be excused from the March 3, 2015 Status Conference with the Court. Co-counsel Michael Chick, will be available and attending on that date. Counsel has a conflict with a set two day trial in the Circuit Court for Culpeper County, Virginia.

In the alternative, counsel would move to continue the setting to a different time and date.

Respectfully submitted,

MANUEL ERNESTO PAIZ GUEVARA


By: _____(s)_____

David P. Baugh, Esq.
Va. Bar No. 22528
2025 East Main Street, Suite 108
Richmond, Virginia  23224
804.743-8111
Email: dpbaugh@dpbaugh.com

W. Michael Chick, Jr. Esq.
Law Offices of W. Michael Chick, Jr.
10513 Judicial Drive, Suite 102
Fairfax, Virginia  22030
571.276.8279
Email:  mike@chichlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Request to be Excused from March 3, 2015 Status Conference was duly served, January 28, 2015, upon:

>Stephen M. Campbell, Esq.
>Julia K Martinez, Esq.
>Assistant United States Attorneys
>Eastern District of Virginia
>2100 Jamison Avenue
>Alexandria, Virginia  22314,

And all other defendants in this matter by the Court's electronic filing system.

>/s/  David P. Baugh
>**David P. Baugh**