IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

ORDER
REQUEST TO BE EXCUSED FROM MARCH 3RD STATUS CONFERENCE

CAME ON TO BE CONSIDERED, this date, the Request of David P. Baugh, counsel for defendant, to be excused from the March 3, 2015 Status Conference due to conflicts.

The court having reviewed the pleading and giving the same due consideration is of the opinion that the request should be, and hereby is, GRANTED.

Co-Counsel, Michael Chick, is not excused.

ENTER   /       /                              _____
                                                JUDGE

We ask for this:

_____/S/_____
David P. Baugh, Esq.
W. Michael Chick, Jr. Esq.
**ATTORNEYS FOR DEFENDANT**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Order - Request to be Excused from March 3, 2015 Status Conference was duly served, January 28, 2015, upon:

Stephen M. Campbell, Esq.
Julia K Martinez, Esq.
Assistant United States Attorneys
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314,

And all other defendants in this matter by the Court's electronic filing system.

/s/ David P. Baugh
**David P. Baugh**