IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:14-CR-306 |
| | ) |
| GENARO SEN GARCIA, | ) **UNDER SEAL** |
| a/k/a "Gatuso," | ) |
| | ) **NOT TO BE PUT ON PUBLIC DOCKET** |
| Defendant | ) |

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the Plea Agreement, Statement of Facts, and plea hearing for defendant Genaro Sen Garcia, and that all docket entries for defendant Genaro Sen Garcia are to remain off the public docket until further Order of the Court; and

The COURT, having found that disclosure of the information sought to be sealed would jeopardize an ongoing criminal investigation and the safety of the defendant; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in protecting the investigation and the defendant; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that the Plea Agreement, Statement of Facts, plea hearing, Motion to Seal, and this Order be Sealed and that all docket entries for defendant Genaro Sen Garcia are to remain off the public docket until further Order of this Court.

/s/
Gerald Bruce Lee
United States District Judge
The Honorable Gerald Bruce Lee
United States District Judge

Date: February 2, 2015
Alexandria, Virginia