# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF VIRGINIA

# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | Defendant **GUEVARA'S** |
| | ) | <u>MOTION NO. 1</u> |
| MANUEL E. PAIZ GUEVARA | ) | |

NOTICE OF WITHDRAWAL OF MOTION
ECF DOCUMENT NO.  221

Defendant, Manuel E. Paiz Guevara, hereby withdraws from consideration counsel's request for request to be excused from the March 3, 2015 status conference.

Respectfully submitted,

**MANUAL ERNESTO PAIZ GUEVARA**


By: _____(s)_____


David P. Baugh, Esq.
Va. Bar No. 22528
2025 East Main Street, Suite 108
Richmond, Virginia  23224
804.743-8111
Email: dpbaugh@dpbaugh.com

1

W. Michael Chick, Jr. Esq.
Law Offices of W. Michael Chick, Jr.
10513 Judicial Drive, Suite 102
Fairfax, Virginia 22030
571.276.8279
Email: mike@chichlawfirm.com
**ATTORNEYS FOR DEFENDANT**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Appearance was duly served, June 4, 2013, upon:

    Stephen M. Campbell, Esq.
    Julia K Martinez, Esq.
    Assistant United States Attorneys
    Eastern District of Virginia
    2100 Jamison Avenue
    Alexandria, Virginia 22314,

And all other defendants in this matter by the Court's electronic filing system.

                                                                    */s/ David P. Baugh*
                                                                   **David P. Baugh**