Count 6 murder in aid of racketeering w/ a gang

# CRIMINAL MINUTES

DATE: 3-10-15  CASE NUMBER: 1:14cr306-12  START 9:30

JUDGE: Gerald Bruce Lee  REPORTER: R. Wilson  END 9:56

United States
v.
Araely Santoago Villanueva

Counsel for Government: Stephen Campbell / Julia Martinez
Counsel for Defendant(s): Lana Manitta

Defendant Appeared (✓) In person ( ) Failed to Appear
( ) Without Counsel (✓) With Counsel ( ) Through Counsel
Interpreter(s) Present ( ) _____
THIS MATTER CALLED FOR: ( ) Arraignment ( ) Motions ( ) R. 35

(✓) Change of Plea ( ) Pre-Indictment Plea ( ) R. 20 and Plea

( ) Set Trial Date ( ) Supervised Release/ Probation Violation

( ) Appeal from U.S. Magistrate Court ( ) Other _____

Motions heard / Details of Violation Hrg: (✓) Plea Agreement
(✓) Statement of Facts

ARRAIGNMENT AND PLEA: ( ) WFA ( ) FA (✓) PG ( ) PNG  w/drew NG plea +

Trial by Jury ( ) Demanded ( ) Waived ___ Days to file Motions with Argument

on _____ at _____

Defendant entered Guilty plea as to Count(s) ___ The charge in the juvenile case.
Motion to Dismiss as to Count(s) _____ ( ) By US ( ) Deft
Order ( ) entered ( ) to follow  Referred to USPO for PSI (✓) Yes ( ) No
Case continued to Friday at 9:00 for ( ) Jury Trial ( ) Bench Trial
6/26/15  a.m.  (✓) Sentencing

All exhibits to be filed w/ the Clerk ____ days prior to trial

BOND SET at: $_____ ( ) Unsecured ( ) Surety ( ) Pers. Recognizance

( ) Release Order entered (✓) Defendant Remanded ( ) Deft released on Bond

( ) Deft continued on Bond

DEFENDANT IS: (✓) In Custody ( ) Summons Issued ( ) On Bond
( ) Warrant Issued ( ) First Appearance

(✓) + Order entered
Gov't mot. to dismiss the Juvenile Information in 14cr348
(✓) Uncontested mot. to seal the plea and the documents.
+ Order entered