AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| UNITED STATES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:14-CR-306 |
| PEDRO ANTHONY ROMERO CRUZ, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                                       .

Date:   03/19/2015

/s/
*Attorney's signature*

Tobias D. Tobler
*Printed name and bar number*

Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314

*Address*

tobias.tobler@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3980
*FAX number*