IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No. 1:14-CR-306 |
| v. | ) ) | The Honorable Gerald Bruce Lee |
| PEDRO ANTHONY ROMERO CRUZ, et al., | ) ) ) |  |
| Defendants | ) ) |  |

**N O T I C E**

The United States hereby notifies the Court that the Attorney General has authorized and directed the government NOT TO SEEK the death penalty against the following defendants:

- Jose Lopez Torres
- Omar DeJesus Castillo
- Alvin Gaitan Benitez
- Douglas Duran Cerritos
- Christian Lemus Cerna
- Jesus Alejandro Chavez

At this point, the Attorney General has completed his review of all capital-eligible defendants in this case and communicated his decision NOT TO SEEK the death penalty against any of the defendants.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY


_____/s/_____

Stephen M. Campbell
Julia K. Martinez
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will then send electronic notification of such filing (NEF) to defense counsel on the case.

/s/
Stephen M. Campbell
Assistant United States Attorney
Virginia Bar No. 38584
Counsel for the Government
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703)299-3700
(703)739-9556 (fax)