IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEDRO ANTHONY ROMERO CRUZ, | ) | Case Nos. 1:14-cr-00306-GBL-1 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-00306-GBL-2 |
| JAIME ROSALES VILLEGAS, | ) | 1:14-cr-00306-GBL-3 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-4 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-5 |
| OMAR DEJESUS CASTILLO, | ) | 1:14-cr-00306-GBL-6 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-00306-GBL-7 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-8 |
| JOSE DEL CID, | ) | 1:14-cr-00306-GBL-9 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-10 |
| JUAN CARLOS MARQUEZ AYALA, | ) | 1:14-cr-00306-GBL-11 |
| ARAELY SANTIAGO VILLANUEVA, | ) | 1:14-cr-00306-GBL-12 |
| GENARO SEN GARCIA, | ) | 1:14-cr-00306-GBL-13 |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the trial setting and briefing schedule for pretrial motions in this action.

**IT IS HEREBY ORDERED** that a jury trial is scheduled for **March 21, 2016** to **April 28, 2016**;

**IT IS FURTHER ORDERED** that a hearing on all non-evidentiary pretrial motions is scheduled for **September 11, 2015 at 9:00 a.m.** The briefing schedule is as follows:

(1)   All non-evidentiary pretrial motions shall be filed by **July 24, 2015 at 5:00 p.m.**;

(2)   All oppositions to non-evidentiary pretrial motions shall be filed by **August 7, 2015 at 5:00 p.m.**; and

(3) All replies to non-evidentiary pretrial motions shall be filed by **August 14, 2015** at **5:00 p.m.**; and

**IT IS FURTHER ORDERED** that a hearing on all evidentiary pretrial motions is scheduled for **October 13-15, 2015** and **October 19-20, 2015** at **10:00 a.m.** The briefing schedule is as follows:

(1) All evidentiary pretrial motions shall be filed by **August 25, 2015** at **5:00 p.m.**;

(2) All oppositions to evidentiary pretrial motions shall be filed by **September 8, 2015** at **5:00 p.m.**; and

(3) All replies to evidentiary pretrial motions shall be filed by **September 14, 2015** at **5:00 p.m.**

**IT IS SO ORDERED.**

ENTERED this 2nd day of April, 2015.

Alexandria, Virginia
4/ 2 / 2015

                                            /s/
                              Gerald Bruce Lee
                              United States District Judge