IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case Nos. 1:14-cr-00306-GBL-1 |
| PEDRO ANTHONY ROMERO CRUZ, | ) | 1:14-cr-00306-GBL-2 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-00306-GBL-3 |
| JAIME ROSALES VILLEGAS, | ) | 1:14-cr-00306-GBL-4 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-5 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-6 |
| OMAR DEJESUS CASTILLO, | ) | 1:14-cr-00306-GBL-7 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-00306-GBL-8 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-9 |
| JOSE DEL CID, | ) | 1:14-cr-00306-GBL-10 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-11 |
| JUAN CARLOS MARQUEZ AYALA, | ) | 1:14-cr-00306-GBL-12 |
| ARAELY SANTIAGO VILLANUEVA, | ) | 1:14-cr-00306-GBL-13 |
| GENARO SEN GARCIA, | ) | |
| | ) | **EX PARTE** and **UNDER SEAL** |
| Defendants. | ) | |

## ORDER

This matter is before the Court on defense counsel's Ex Parte Joint Motion for Approval of Preliminary Budget for Translation of Recorded Telephone Calls (Doc. 266). Having reviewed the pleadings, and for good cause shown,

**IT IS HEREBY ORDERED** that defense counsel's motion (Doc. 266) is **GRANTED**.

**IT IS FURTHER ORDERED** that defense counsel is authorized to retain interpreter Patricia Michelsen-King to translate the recorded telephone calls and text messages from Spanish to English at the rates approved by the Administrative Office of the United States Court:

    a.    $52 per hour;

    b.    $223 for a half day; and

    c.    $412 for a full day.

**IT IS FURTHER ORDERED** that defense counsel is hereby authorized to spend no more than **$17,056**, which represents approximately 328 hours at the rate of $52 per hour, on the translation of recorded phone calls and text messages without further authorization. If defense counsel believes that exceeding this spending cap is justifiable and unavoidable, they must first petition the Court for authority to do so.

**IT IS SO ORDERED**.

ENTERED this 29th day of May, 2015.

Alexandria, Virginia
5/  / 2015

/s/
Leonie M. Brinkema
United States District Judge