IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

BRADY ORDER

CAME ON TO BE CONSIDERED, this date, the Motion for Brady Tender filed on behalf of defendant Manuel E. Paiz Guevara. The court having reviewed the pleadings and considered the argument of counsel is of the opinion that the same should be, and hereby is, GRANTED.

The United States is ORDERED to disclose to counsel for the defendant Manuel E. Paiz Guevara the following:

1. All reports and memorialization of interviews for all witnesses who have provided the government investigators or prosecutors with information that the defendant was not present and did not participate in the meeting or during the agreement during which

1

parties known or unknown to the defendant, agreed that the life of Gerson Martinez Aguilar should be taken and/or the decision made as to how or when he was to killed.

2. All reports and other memorialization of interviews for all witnesses stating directly or implicitly that at the time the victim, Gerson Martinez Aguilar encountered the defendant, the defendant had not been advised that Gerson Martinez was going to be killed.

3. All reports and other memorialization of interviews from all witnesses who stated directly or implicitly that prior to the time the defendant might have stabbed or stabbed at the person or body of the victim, Gerson Martinez Aguilar, that other persons, please include the names and numbers of such persons, had already stabbed Gerson Martinez Aguilar with a knife or knives.

4. The translated report of any recorded conversation or conversations indicating directly or implicitly that the physical safety or life of the defendant was in jeopardy if he did not stab the person or body of Gerson Martinez Aguilar at the time of the homicide.

5. All reports and other memorialization of interviews from all witnesses who stated directly or implicitly that some person, other

than the defendant, Manuel E. Paiz Guevara, severed the head from the dead body of Gerson Martinez Aguilar.

6. All reports or other memorialization of interviews wherein witnesses gave information consistent with statements made by the defendant concerning the facts and circumstances of the death of Gerson Martinez Aguilar.

ENTER    /    /                    _____
                                   Judge

We ask for this:

_____
David P. Baugh, Esq.
Va. Bar No. 22528
2025 East Main Street, Suite 108
Richmond, Virginia  23224
804.743-8111
Email: dpbaugh@dpbaugh.com

W. Michael Chick, Jr. Esq.
Law Offices of W. Michael Chick, Jr.
10513 Judicial Drive, Suite 102
Fairfax, Virginia  22030
571.276.8279
Email:  mike@chichlawfirm.com