# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Lee

- City:
- County: Prince William
- Superseding Indictment: X
- Same Defendant: X
- Magistrate Judge Case No.:
- Search Warrant Case No.:
- **Criminal No.:** 1:14-cr-306
- New Defendant:
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** Pedro Anthony Romero Cruz
- **Alias(es):** Payaso
- ☐ Juvenile  FBI No.:
- **Address:**
- **Employment:**
- **Birth Date:** xx/xx/1986
- **SSN:** xxx-xx-2184
- **Sex:** Male
- **Race:** Hispanic
- **Nationality:**
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☒ Already in Federal Custody as of:  in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name:   ☐ Court Appointed   Counsel Conflicts:
- Address:  ☐ Retained
- Phone:  ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Stephen M. Campbell and Julia K. Martinez
- **Phone:** 703-299-3885
- **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**
Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | Consp to Commit Murder/Racketeer | 1 | Felony |
| Set 2: | 18 USC 924(c)(1)(A)&2 | Use Firearm During Crime of Violenc | 3 | Felony |

**Date:** 06/25/2015  **AUSA Signature:** [signature]  _may be continued on reverse_

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Lee

City:

**Superseding Indictment:** X

**Criminal No.** 1:14-cr-306

County: Prince William

**Same Defendant:** X

**New Defendant:**

**Magistrate Judge Case No.:**

**Arraignment Date:**

**Search Warrant Case No.:**

**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Jose Lopez Torres   **Alias(es):** Grenas, Peluca   ☐ Juvenile  **FBI No.**

**Address:**

**Employment:**

**Birth Date:** xx/xx/1989   **SSN:**   **Sex:** Male   **Race:** Hispanic   **Nationality:**

**Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**

☐ Interpreter   **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:**   ☒ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:**

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez   **Phone:** 703-299-3885   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | Consp to Commit Murder/Racketeer | 1 | Felony |
| Set 2: | 18 USC 1959(a)(5) & 2 | Attempted Murder/Racketeering | 2 | Felony |

**Date:** 06/25/2015   **AUSA Signature:** [signature]   —may be continued on reverse

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 924(c)(1)(A)&2 | Use Firearm During Crime of Violenc | 3 | Felony |
| Set 4: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form]  [Reset Form]

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Lee

**City:**

**Superseding Indictment:** X

**Criminal No.:** 1:14-cr-306

**County:** Prince William

**Same Defendant:** X

**New Defendant:**

**Magistrate Judge Case No.:**

**Arraignment Date:**

**Search Warrant Case No.:**

**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Jaime Rosales Villegas  **Alias(es):** Demente  ☐ Juvenile  **FBI No.:**

**Address:**

**Employment:**

**Birth Date:** xx/xx/1984  **SSN:** xxx-xx-2938  **Sex:** Male  **Race:** Hispanic  **Nationality:**

**Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**

☐ **Interpreter**  **Language/Dialect:**  **Auto Description:**

## Location/Status:

**Arrest Date:**  ☒ Already in Federal Custody as of:  **in:**

☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody

☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:**  ☐ Court Appointed  **Counsel Conflicts:**

**Address:**  ☐ Retained

**Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez  **Phone:** 703-299-3885  **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC.1959(a)(5) | Consp to Commit Murder/Racketeer | 1 | Felony |
| Set 2: | 18 USC 1959(a)(5) & 2 | Attempted Murder/Racketeering | 2 | Felony |

**Date:** 06/25/2015  **AUSA Signature:** [signature]  —may be continued on reverse

| | **District Court Case Number (to be filled by deputy clerk):** | | | |
|---|---|---|---|---|
| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
| Set 3: | 18 USC 924(c)(1)(A)&2 | Use Firearm During Crime of Violenc | 3 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |



Print Form    Reset Form

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

City:  
County: Fairfax

Superseding Indictment: X  
Same Defendant: X  
Magistrate Judge Case No.:  
Search Warrant Case No.:

Judge Assigned: Lee  
Criminal No.: 1:14-cr-306  
New Defendant:  
Arraignment Date:  
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Alvin Gaitan Benitez  
**Alias(es):** Pesadilla, Lil Pesadilla  
☐ Juvenile  FBI No.:  
**Address:**  
**Employment:**  
**Birth Date:** xx/xx/1993  **SSN:**  **Sex:** Male  **Race:** Hispanic  **Nationality:**  
**Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**  
☐ Interpreter  **Language/Dialect:**  **Auto Description:**

## Location/Status:

**Arrest Date:**  ☒ Already in Federal Custody as of:  in:  
☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody  
☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested  
☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:**  ☐ Court Appointed  **Counsel Conflicts:**  
**Address:**  ☐ Retained  
**Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez  **Phone:** 703-299-3885  **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 3 | Accessory After the Fact | 5 | Felony |
| Set 2: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 6 | Felony |
| Date: | 06/25/2015 | AUSA Signature: [signature] | | _may be continued on reverse_ |

## Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:**
- ☒ Under Seal
- **Judge Assigned:** Lee

**City:**
- **Superseding Indictment:** X
- **Criminal No.:** 1:14-cr-306

**County:** Fairfax
- **Same Defendant:** X
- **New Defendant:**

**Magistrate Judge Case No.:**
**Arraignment Date:**

**Search Warrant Case No.:**
**R. 20/R. 40 From:**

### Defendant Information:

**Defendant Name:** Christian Lemus Cerna   **Alias(es):** Leopardo   ☐ Juvenile   **FBI No.:**

**Address:**

**Employment:**

**Birth Date:** xx/xx/1996   **SSN:**   **Sex:** Male   **Race:** Hispanic   **Nationality:**

**Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**

☐ **Interpreter**   **Language/Dialect:**   **Auto Description:**

### Location/Status:

**Arrest Date:**   ☒ Already in Federal Custody as of:   **In:**

- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

### Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:**

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

### U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez   **Phone:** 703-299-3885   **Bar No.:**

### Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 6 | Felony |
| Set 2: | | | | |

**Date:** 06/25/2015   **AUSA Signature:** [signature]   *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:**
- ☒ Under Seal
- **Judge Assigned:** Lee
- **City:** [blank]
- **Superseding Indictment:** X
- **Criminal No.:** 1:14-cr-306
- **County:** Fairfax
- **Same Defendant:** X
- **New Defendant:** [blank]
- **Magistrate Judge Case No.:** [blank]
- **Arraignment Date:** [blank]
- **Search Warrant Case No.:** [blank]
- **R. 20/R. 40 From:** [blank]

**Defendant Information:**
- **Defendant Name:** Omar Dejesus Castillo
- **Alias(es):** Lil Payaso, Lil Slow
- ☐ Juvenile  **FBI No.:** [blank]
- **Address:** [blank]
- **Employment:** [blank]
- **Birth Date:** xx/xx/1989
- **SSN:** xxx-xx-3229
- **Sex:** Male
- **Race:** Hispanic
- **Nationality:** [blank]
- **Place of Birth:** [blank]  **Height:** [blank]  **Weight:** [blank]  **Hair:** [blank]  **Eyes:** [blank]  **Scars/Tattoos:** [blank]
- ☐ Interpreter  **Language/Dialect:** [blank]
- **Auto Description:** [blank]

**Location/Status:**
- **Arrest Date:** [blank]
- ☒ Already in Federal Custody as of: [blank] in: [blank]
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond [blank]

**Defense Counsel Information:**
- **Name:** [blank]
- ☐ Court Appointed
- **Counsel Conflicts:** [blank]
- **Address:** [blank]
- ☐ Retained
- **Phone:** [blank]
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- **AUSA(s):** Stephen M. Campbell and Julia K. Martinez
- **Phone:** 703-299-3885
- **Bar No.:** [blank]

**Complainant Agency - Address & Phone No. or Person & Title:**
Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 2: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 6 | Felony |

**Date:** 06/25/2015  **AUSA Signature:** [signature]   *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:**

☒ Under Seal

**Judge Assigned:** Lee

City:

**Superseding Indictment:** X

**Criminal No.:** 1:14-cr-306

County: Fairfax

**Same Defendant:** X

**New Defendant:**

**Magistrate Judge Case No.:**

**Arraignment Date:**

**Search Warrant Case No.:**

**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Douglas Duran Cerritos   **Alias(es):** Lil Poison, Guason   ☐ Juvenile   **FBI No.:**

**Address:**

**Employment:**

**Birth Date:** xx/xx/1996   **SSN:**   **Sex:** Male   **Race:** Hispanic   **Nationality:**

**Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**

☐ Interpreter   **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:**   ☒ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:**

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez   **Phone:** 703-299-3885   **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 2: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 6 | Felony |

**Date:** 06/25/2015   **AUSA Signature:** [signature]   *may be continued on reverse*

| **Criminal Case Cover Sheet** | | **FILED:** | UNDER SEAL (E-GOVT ACT) | | **U.S. District Court** | |
|---|---|---|---|---|---|---|
| **Place of Offense:** | | ☒ Under Seal | | **Judge Assigned:** | Lee | |
| City: | | Superseding Indictment: | X | **Criminal No.** | 1:14-cr-306 | |
| County: | Fairfax | Same Defendant: | X | New Defendant: | | |
| | | Magistrate Judge Case No. | | Arraignment Date: | | |
| | | Search Warrant Case No. | | R. 20/R. 40 From: | | |

**Defendant Information:**

| Defendant Name: | Manuel Ernesto Paiz Guevara | Alias(es): | Solitario, Colita | ☐ Juvenile | FBI No. | 260763ND8 |
|---|---|---|---|---|---|---|
| Address: | | | | | | |
| Employment: | | | | | | |

| Birth Date: | xx/xx/1995 | SSN: | | Sex: | Male | Race: | Hispanic | Nationality: | |
|---|---|---|---|---|---|---|---|---|---|
| Place of Birth: | | Height: | | Weight: | | Hair: | | Eyes: | Scars/Tattoos: |
| ☐ Interpreter | Language/Dialect: | | | Auto Description: | | | | | |

**Location/Status:**

| Arrest Date: | | ☒ Already in Federal Custody as of: | | in: | |
|---|---|---|---|---|---|
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody | | | |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested | | | |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond | | | |

**Defense Counsel Information:**

| Name: | | ☐ Court Appointed | Counsel Conflicts: | |
|---|---|---|---|---|
| Address: | | ☐ Retained | | |
| Phone: | | ☐ Public Defender | | ☐ Federal Public Conflicted Out |

**U.S. Attorney Information:**

| AUSA(s): | Stephen M. Campbell and Julia K. Martinez | Phone: | 703-299-3885 | Bar.No. | |
|---|---|---|---|---|---|

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 6 | Felony |
| Set 2: | | | | |
| Date: | 06/25/2015 | AUSA Signature: [signature] | | may be continued on reverse |

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

- City: Alexandria
- County: Fairfax

**Judge Assigned:** Lee

**Superseding Indictment:** X  **Criminal No.:** 1:14-cr-306
**Same Defendant:** X  **New Defendant:**
**Magistrate Judge Case No.:**  **Arraignment Date:**
**Search Warrant Case No.:**  **R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Jose Del Cid
- **Alias(es):** Duende
- ☐ Juvenile  **FBI No.:**
- **Address:**
- **Employment:**
- **Birth Date:** xx/xx/1996
- **SSN:**
- **Sex:** Male
- **Race:** Hispanic
- **Nationality:**
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☒ Already in Federal Custody as of: _____ in: _____
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:**  ☐ Court Appointed  **Counsel Conflicts:**
- **Address:**  ☐ Retained
- **Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Stephen M. Campbell and Julia K. Martinez
- **Phone:** 703-299-3885
- **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 6 | Felony |
| Set 2: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 7 | Felony |

**Date:** 06/25/2015  **AUSA Signature:** [signature]  *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Lee

**City:**
**Superseding Indictment:** X
**Criminal No.:** 1:14-cr-306

**County:** Fairfax
**Same Defendant:** X
**New Defendant:**

**Magistrate Judge Case No.:**
**Arraignment Date:**

**Search Warrant Case No.:**
**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Jesus Alejandro Chavez
**Alias(es):** Chuy, Taliban, Taliman
☐ Juvenile **FBI No.:**

**Address:**

**Employment:**

**Birth Date:** xx/xx/1990
**SSN:**
**Sex:** Male
**Race:** Hispanic
**Nationality:**

**Place of Birth:**
**Height:**
**Weight:**
**Hair:**
**Eyes:**
**Scars/Tattoos:**

☐ Interpreter **Language/Dialect:**
**Auto Description:**

## Location/Status:

**Arrest Date:**
☒ Already in Federal Custody as of: 09/23/2014 in: ADC

☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody
☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested
☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:**
☐ Court Appointed  **Counsel Conflicts:**

**Address:**
☐ Retained

**Phone:**
☐ Public Defender
☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez
**Phone:** 703-299-3885
**Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 7 | Felony |
| Set 2: | 18 U.S.C. 924(c) & (j)(1) | Firearm in Crime of Violence/Death | 8 | Felony |
| Date: | 06/25/2015 | AUSA Signature: [signature] | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. 922(g) | Felon in Possession of a Firearm | 9 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form    Reset Form

**Criminal Case Cover Sheet**           FILED: UNDER SEAL (E-GOVT ACT)                    **U.S. District Court**

**Place of Offense:**   ☒ Under Seal                                    Judge Assigned: Lee

City:                   Superseding Indictment: X                      Criminal No.: 1:14-cr-306

County: Fairfax         Same Defendant: X                              New Defendant:

                        Magistrate Judge Case No.:                     Arraignment Date:

                        Search Warrant Case No.:                       R. 20/R. 40 From:

**Defendant Information:**

Defendant Name: Juan Carlos Marquez Ayala    Alias(es): Skinny    ☐ Juvenile   FBI No.:

Address:

Employment:

Birth Date: xx/xx/1993   SSN:              Sex: Male   Race: Hispanic   Nationality:

Place of Birth:   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter  Language/Dialect:                Auto Description:

**Location/Status:**

Arrest Date:            ☒ Already in Federal Custody as of:        in:

☐ Already in State Custody    ☐ On Pretrial Release     ☐ Not in Custody
☐ Arrest Warrant Requested    ☐ Fugitive               ☐ Summons Requested
☐ Arrest Warrant Pending      ☐ Detention Sought       ☐ Bond

**Defense Counsel Information:**

Name:                                    ☐ Court Appointed    Counsel Conflicts:
Address:                                 ☐ Retained
Phone:                                   ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Stephen M. Campbell and Julia K. Martinez    Phone: 703-299-3885    Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 4 | Felony |
| Set 2: | | | | |
| Date: | 06/25/2015 | AUSA Signature: [signed] | | *may be continued on reverse* |

# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Lee

**City:**

**Superseding Indictment:** X

**Criminal No.** 1:14-cr-306

**County:** Fairfax

**Same Defendant:** X

**New Defendant:**

**Magistrate Judge Case No.:**

**Arraignment Date:**

**Search Warrant Case No.:**

**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Araely Santiago Villaneuva  **Alias(es):** Slow  ☐ Juvenile  **FBI No.**

**Address:**

**Employment:**

**Birth Date:** xx/xx/1994  **SSN:**  **Sex:** Male  **Race:** Hispanic  **Nationality:**

**Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**

☐ **Interpreter**  **Language/Dialect:**  **Auto Description:**

## Location/Status:

**Arrest Date:**  ☒ Already in Federal Custody as of:  in:

☐ Already In State Custody  ☐ On Pretrial Release  ☐ Not In Custody

☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:**  ☐ Court Appointed  **Counsel Conflicts:**

**Address:**  ☐ Retained

**Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Stephen M. Campbell and Julia K. Martinez  **Phone:** 703-299-3885  **Bar No.**

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 6 | Felony |
| Set 2: | | | | |

**Date:** 06/25/2015  **AUSA Signature:** [signature]  *may be continued on reverse*

| Criminal Case Cover Sheet | | | | U.S. District Court | |
|---|---|---|---|---|---|
| | FILED: | UNDER SEAL (E-GOVT ACT) | | | |
| **Place of Offense:** | ☒ Under Seal | | Judge Assigned: | Lee | |
| City: | Superseding Indictment: | X | Criminal No. | 1:14-cr-306 | |
| County: Fairfax | Same Defendant: | X | New Defendant: | | |
| | Magistrate Judge Case No. | | Arraignment Date: | | |
| | Search Warrant Case No. | | R. 20/R. 40 From: | | |

**Defendant Information:**

| Defendant Name: | Genaro Estuardo Sen Garcia | Alias(es): | Gatuso | ☐ Juvenile   FBI No. | |
|---|---|---|---|---|---|
| Address: | | | | | |
| Employment: | | | | | |
| Birth Date: xx/xx/1995 | SSN: | Sex: Male | Race: Hispanic | Nationality: | |
| Place of Birth: | Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: |
| ☐ Interpreter  Language/Dialect: | | | Auto Description: | | |

**Location/Status:**

| Arrest Date: | | ☒ Already in Federal Custody as of: | | in: | |
|---|---|---|---|---|---|
| ☐ Already in State Custody | | ☐ On Pretrial Release | | ☐ Not in Custody | |
| ☐ Arrest Warrant Requested | | ☐ Fugitive | | ☐ Summons Requested | |
| ☐ Arrest Warrant Pending | | ☐ Detention Sought | | ☐ Bond | |

**Defense Counsel Information:**

| Name: | | ☐ Court Appointed | Counsel Conflicts: | |
|---|---|---|---|---|
| Address: | | ☐ Retained | | |
| Phone: | | ☐ Public Defender | ☐ Federal Public Conflicted Out | |

**U.S. Attorney Information:**

| AUSA(s): | Stephen M. Campbell and Julia K. Martinez | Phone: 703-299-3885 | Bar No. | |
|---|---|---|---|---|

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Fernando L. Uribe, FBI, (703) 686-6000, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1959(a)(1)&2 | Murder in Aid of Racketeering | 7 | Felony |
| Set 2: | | | | |
| Date: 06/25/2015 | AUSA Signature: [signature] | | | ~~may be~~ continued on reverse |