# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:14cr306 (GBL) |
| ) | |
| v. ) | |
| ) | |
| MANUEL E. PAIZ GUEVARA ) | |
| ) | |
| Accused. ) | |

## NOTICE OF WAIVER OF APPEARANCE AT ARRAIGNMENT FOR MANUEL ERNESTO PAIZ GUEVARA

The accused, Manuel Ernesto Paiz Guevara, by and through his counsel, W. Michael Chick, Jr. and David Baugh, hereby waives his appearance at the arraignment on the recently returned Third Superseding Indictment in this matter. The charges against Mr. Paiz Guevara in the Third Superseding Indictment remain the same as those against him in the Second Superseding Indictment. Accordingly, Mr. Paiz Guevara waives his appearance at the arraignment on the Third Superseding Indictment. His signature of waiver is below.

## WAIVER OF APPEARANCE AT ARRAIGNMENT FOR MANUEL ERNESTO PAIZ GUEVARA

I, Manuel Ernesto Paiz Guevara, by and through my attorneys W. Michael Chick, Jr. and David Baugh, hereby waive my appearance at the arraignment on the recently returned Third Superseding Indictment in this matter.

_____
MANUEL ERNESTO PAIZ GUEVARA

_____
Marivette Castellano (Interpreter)

                                Respectfully submitted,

                                MANUEL ERNESTO PAIZ GUEVARA

                                By: _____/s/_____
                                W. Michael Chick, Jr.

                                _____/s/_____
                                David P. Baugh

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above was duly served, by filing in compliance with the ECF directives of this district, on opposing counsel:

Stephen M. Campbell, Esq.
Julia K Martinez, Esq.
Assistant United States Attorneys
Eastern District of Virginia
2100 Jamison Avenue Alexandria, Virginia 22314

And all other defendants in this matter by the Court's electronic filing system.

_____/S/_____

**David P. Baugh**