IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case no. 1:14-CR-306-GBL - 8 |
| ) | |
| ) | |
| MANUEL E. PAIZ GUEVARA ) | |

ORDER
MOTION FOR ATTORNEY CONDUCT VOIR DIRE

CAME ON TO BE CONSIDERED defendant's Motion for Attorney Conducted Voir Dire.

The court having the same is of the opinion that the motion should be and hereby GRANTED. Counsel for defendant will be permitted to voir dire for, not more than, thirty (30) minutes following the court conducted voir dire.

Date _____                                    _____
                                                                                   Judge


We ask for this:

___/s/_____
David P. Baugh, Esq.
W. Michael Chick, Jr. Esq.
**ATTORNEYS FOR DEFENDANT**