Minutes

## ARRAIGNMENT CALENDAR – July 15, 2015

(Rptr: Renecia Wilson)

**Judge: Gerald Bruce Lee**
**6th Floor, Courtroom 601**
**Time: 3:00 p.m.**  WFA, PNG, JURY

*5) CERNA,
    Christian Lemus
a/k/a "Leopardo, Guepardo, Gatito,
Bago, Vago and Christian Josue Lemus
Alfaro"

1:14cr306

5) In Custody  Remanded
7) In Custody  Remanded

AUSA: Stephen M. Campbell ✓
AUSA: Julia K. Martinez
AUSA: Tobias D. Tobler
Defense: ✓
5) ~~Frank Salvato~~ and Keva McDonald
7) John Rockecharlie and Dwight Crawley
Motions: No Changes
Trial: ~~Jury~~ / No Changes
Date Returned: 06/25/15 (3rd Superseding)
Speedy Trial: 09/23/15

*7) CERRITOS,
    Douglas Duran
a/k/a "Lil Poison and Guason"

WFA, PNG to Cts. 4+6
JURY

(Murder in Aid of Racketeering)

Per Mr. Crawley, there may be some add'l. discovery to be produced. 5 wks. before the mot. are due on the evid. hrgs.

Dates remain as sched:
evid.
 mot. by 8-25-15
 opp. by 9-8-15
 replies by 9-14-15

non
evid. by 7-24-15
opp. by 8-7-15
all
replies by 8-14-15