IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA Alexandria Division

UNITED STATES OF AMERICA

v.   No. 1:14-CR-306 - GBL

**MANUEL ERNESTO PAIZ GUEVARA**,
    Defendant

## MOTION FOR LEAVE TO FILE EX PARTE

**COMES NOW, MANUEL ERNESTO PAIZ GUEVARA,** hereinafter referred to as defendant and files this, his Motion for Leave to File Ex Parte and Sealed Pleadings in compliance with the order of the court.

Respectfully submitted,

**MANUEL ERNESTO PAIZ GUEVARA**

By:   _____/S/_____

David P. Baugh, Learned Counsel
2025 East Main Street, Suite 108
Richmond, Virginia  23223
804.743.8111 dpbaugh@dpbaugh.com

W. Michael Chick, Jr.
Law Offices of W. Michael Chick, Jr
10513 Judicial Drive, Suite 102
Fairfax, Virginia  22030 571.276.8279
mike@chicklawfirm.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned HEREBY CERTIFIES that the above and foregoing was electronically filed on July 21, 2015, with the Clerk of the Court using the CM/ECF system, to be served electronically upon counsel for all defendants and the Office of the United States Attorney for the Eastern District of Virginia, Alexandria Division.

                                                                  */S/ David P. Baugh*

David P. Baugh, Learned Counsel
2025 East Main Street, Suite 108
Richmond, Virginia  23223
804.743.8111 dpbaugh@dpbaugh.com

W. Michael Chick, Jr.
Law Offices of W. Michael Chick, Jr
10513 Judicial Drive, Suite 102
Fairfax, Virginia  22030 571.276.8279
mike@chicklawfirm.com