IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

      v.                                    No. 1:14-CR-306 - GBL

**MANUEL ERNESTO PAIZ GUEVARA**,
     Defendant

## ORDER
## LEAVE TO FILE MOTION EX PARTE

**CAME ON TO BE CONSIDERED,** the motion of MANUAL ERNESTO PAIZ GUEVARA, defendant, for leave to file proposed budgeting pleadings ex parte. The court having reviewed the pleadings is of the opinion that the motion should be and hereby GRANTED. Counsel may file pleadings under seal and ex parte.

    ENTER   /       /                        _____
                                                              Judge

We ask for this:


_____/S/_____

David P. Baugh, Learned Counsel
2025 East Main Street, Suite 108
Richmond, Virginia  23223
804.743.8111
dpbaugh@dpbaugh.com

W. Michael Chick, Jr.
Law Offices of W. Michael Chick, Jr
10513 Judicial Drive, Suite 102
Fairfax, Virginia  22030
571.276.8279
mike@chicklawfirm.com

**ATTORNEYS FOR DEFENDANT**