IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>DOUGLAS DURAN CERRITOS, )<br>)<br>Defendant. ) | Criminal Number: 1:14-CR-00306<br>Honorable Gerald B. Lee |

### DEFENDANT'S MOTION TO USE A JURY QUESTIONAIRE

The defendant, Douglas Duran Cerritos, through undersigned counsel, respectfully requests that the Court administer a jury questionnaire to assist in the selection of a jury in the above referenced case.

Respectfully Submitted,
**DOUGLAS DURAN CERRITOS**


By: _____/s/_____
 Counsel

John A. Rockecharlie, Esq.
BOWEN CHAMPLIN FOREMAN ROCKECHARLIE, PLLC
1919 Huguenot Road, Suite 300
Richmond, Virginia 23235
T:	804.379.1900
F:	804.379.5407
jrockecharlie@bowenlawfirm.com
VA Bar No.: 27701

Dwight Crawley, Esq.
Va. Bar No.: 43969
601 Pennsylvania Ave., Suite 900
South Building
Washington, D.C. 20004
T: (202) 580-9794
vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Stephen M. Campbell, Esq.
Assistant U.S. Attorney
and
Julia K. Martinez, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
for Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Office: 703-299-3700
stephen.m.campbell@usdoj.gov
julia.k.martinez@usdoj.gov


and to counsel for all other defendant's in this matter.

                                                                                   /s/
                                              _____

John A. Rockecharlie, Esq.
BOWEN CHAMPLIN FOREMAN
ROCKECHARLIE, PLLC
VA Bar No.: 27701
1919 Huguenot Road, Suite 300
Richmond, Virginia 23235
T:     804.379.1900
F:     804.379.5407
jrockecharlie@bowenlawfirm.com

Dwight Crawley, Esq.
Va. Bar No.: 43969
601 Pennsylvania Ave., Suite 900
South Building
Washington, D.C. 20004
T: (202) 580-9794
vadclawyer@gmail.com