# THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

## ORDER
### DEFENDANT'S MOTION FOR EARLY DISCLOSURE OF GIGLIO INFORMATION

CAME ON TO BE CONSIDERED, this date, the motion of defendant MANUEL E. PAIZ GUEVARA for Early Disclosure of Giglio information.

The court having reviewed the pleadings and considered the argument of counsel is of the opinion that the same should be, and hereby is, GRANTED.

The United States is ORDERED to tender to the defense all information in the possession and knowledge of the United States and the federal, state and local law enforcement agencies involved in the investigation of the events alleged as a basis for the pending indictment on or before _____.

ENTER   /   /       _____
                                    Judge

We ask for this:

1

_____/s/_____
David P. Baugh, Esq.
Va. Bar No. 22528
2025 East Main Street, Suite 108
Richmond, Virginia  23224
804.743-8111
Email: dpbaugh@dpbaugh.com

W. Michael Chick, Jr. Esq.
**ATTORNEYS FOR DEFENDANT**