IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

      v.                                        No. 1:14-CR-306 - GBL

**MANUEL ERNESTO PAIZ GUEVARA**,
     Defendant

ORDER – RULE 404 (B)

CAME ON TO BE CONSIDERED, this date, the Motion for Immediate Tender of Rule 404 (b) materials.

The court, having reviewed the pleadings and argument of counsel, is of the opinion the same should be, and hereby is, GRANTED.

The United States will tender, in writing, all evidence and allegations of prior bad acts, crimes, which might be offered to prove motive, opportunity, intent, preparation, plan, knowledge, identity or absence of mistake or accident.

Such tender is to be no later than 60 days prior to trial.

Date: _____                                   _____

                                                                               Judge

We ask for this:

1

_____
David P. Baugh, Esq.
2025 E. Main Street, Ste. 108
Richmond, Virginia 23223
804.743.8111 - telephone
dpbaugh@dpbaugh.com

W. Michael Chick, Jr.
Law Offices of W. Michael Chick, Jr
10513 Judicial Drive, Suite 102
Fairfax, Virginia 22030 571.276.8279
mike@chicklawfirm.com