IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

           v.                         No. 1:14-CR-306 - GBL

PEDRO ANTHONY ROMERO CRUZ,
JOSE LOPEZ TORRES,
JAIME ROSALES VILLEGAS,
ALVIN GAITAN BENITEZ,
CHRISTIAN LEMUS CERNA,
OMAR DEJESUS CASTILLO,
DOUGLAS DURAN CERRITOS,
**MANUEL ERNESTO PAIZ GUEVARA**,
JOSE DEL CID,
JESUS ALEJANDRO CHAVEZ,
            Defendants

**ORDER RE:**
**MOTION FOR DESIGNATION OF RECORDED TELEPHONE CALLS**
**THAT THE GOVERNMENT INTENDS TO SEEK TO USE AT TRIAL**

CAME ON TO BE CONSIDERED defendant's Motion For Designation Of

Recorded Telephone Calls That The Government Intends To Seek To Use At Trial.

The Court having heard and considered the Motion, is of the opinion that the

Motion should be granted.  It is hereby GRANTED.  With respect to any phone

that it intends to introduce at trial, this Court Orders that the United States:

1. identify the alleged date and time of the call;

2. identify the alleged parties to the call; and

3.  provide transcripts (if in existence) of any of the recorded telephone calls,

and it is FURTHER ORDERED that the United States do so at least 60 days

prior to the commencement of trial.


Date _____                                  _____
                                                  Hon. Gerald Bruce Lee



We ask for this:

___/s/_____
David P. Baugh, Esq.
W. Michael Chick, Jr. Esq.
**ATTORNEYS FOR DEFENDANT**