## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:14cr306-004 (GBL) |
| | ) | |
| ALVIN GAITAN BENITEZ, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO ADOPT CO-DEFENDANT'S MOTIONS

COMES NOW, the defendant, Alvin Gaitan Benitez, by and through counsel, Amy L.

Austin and Jeffrey Daniel Zimmerman, and hereby moves this Honorable Court for leave to join

the following motions filed by co-defendants in this case:

1. Motion to Reveal Identity of Confidential Informants  (Dkt #328)

2. Motion to Prevent Unauthorized Government Contact (Dkt #327)

3. Motion to Authorize Reasonable Professional Visits (Dkt # 326)

4. Motion for Jencks Material and *Brady/Giglio* Material (Dkt #325)

5. Motion for 404(B) Evidence (Dkt # 324)

6. Motion Regarding Voir Dire and Jury Selection (Dkt #309)

7. Motion for Jury Questionnaire (Dkt # 338)

8. Motion for Discovery/Exculpatory Evidence (Dkt #340)

9. Motion for Disclosure of Rule 404 Evidence (Dkt 346)

10. Motion to Immediately Disclose Any All Contact Between Government Agents or
    Prosecutors and Potential Jailhouse Informants Incarcerated With Defendant (Dkt #

1

344), adopted as it specifically pertains to contact with Defendant Alvin Gaitan
Benitez

11. Motion To Inspect/Preserve Electronic Mail (Dkt # 332)

12. Motion to Produce Impeachment Evidence as to Hearsay Declarants (Dkt # 333)

13. Motion for a Bill of Particulars (Dkt #336), adopted as it specifically pertains to
Defendant Alvin Gaitan Benitez

14. Motion for Index of Recorded Calls (Dkt # 348)

15. Motion for Discovery and Exculpatory Evidence (Dkt # 357)

Defendant reserves his opportunity to join or adopt other motions filed in his case in

order to preserve all rights.  This motion promotes some measure of judicial economy given the

complexity of this case and the number of defendants charged.


Respectfully submitted,

ALVIN GAITAN BENITEZ
By Counsel


_____/s/_____
Amy L. Austin, Esquire
Virginia State Bar No. 46579
Counsel for Defendant Alvin Gaitan Benitez
The Law Office of Amy L. Austin, PLLC
101 Shockoe Slip, Suite M
Richmond, Virginia 23219
Telephone Number: (804) 343-1900
Facsimile Number: (804) 343-1901
Email Address: amyaustinlawyer@gmail.com


_____/s/_____
Jeffrey Zimmerman, Esquire
Virginia State Bar No. 38858
Counsel for Defendant Alvin Gaitan Benitez
Smith & Zimmerman, PLLC

108 N. Alfred Street
Alexandria, VA 22314
Telephone Number: (703) 548-8911
Facsimile Number: (703) 548-8935
Email Address: www.zimpacer.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July 2015, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record.

_____/s/_____
AMY L. AUSTIN