UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.: 1:14cr306-007 (GBL) |
| | ) | |
| | ) | |
| DOUGLAS DURAN CERRITOS, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO ADOPT CO-DEFENDANT'S MOTIONS

COMES NOW, the defendant, Douglas Duran Cerritos, by and through counsel, John Rockecharlie and Dwight Crawley, and hereby moves this Honorable Court for leave to join the following motions filed by co-defendants in this case:

1. Motion to Reveal Identity of Confidential Informants (Dkt #328)

2. Motion to Prevent Unauthorized Government Contact (Dkt #327)

3. Motion to Authorize Reasonable Professional Visits (Dkt # 326)

4. Motion for Jencks Material and *Brady/Giglio* Material (Dkt #325)

5. Motion for 404(B) Evidence (Dkt # 324)

6. Motion Regarding Voir Dire and Jury Selection (Dkt #309)

7. Motion for Jury Questionnaire (Dkt # 338)

8. Motion to Immediately Disclose Any All Contact Between Government Agents or Prosecutors and Potential Jailhouse Informants Incarcerated With Defendant (Dkt # 344), adopted as it pertains to contact with Defendant Douglas Duran Cerritos

9. Motion To Inspect/Preserve Electronic Mail (Dkt # 332)

10. Motion to Produce Impeachment Evidence as to Hearsay Declarants (Dkt # 333)

11. Motion for Index of Recorded Calls (Dkt # 348)

12. Motion for Discovery and Exculpatory Evidence (Dkt # 357)

Defendant reserves his opportunity to join or adopt other motions filed in his case in order to preserve all rights. This motion promotes some measure of judicial economy given the complexity of this case and the number of defendants charged.

Respectfully submitted
**DOUGLAS DURAN CERRITOS**

/s/

_____
Dwight E. Crawley, Esq.
VSB#43969
Attorney for Douglas Duran Cerritos
Law Office of Dwight E. Crawley
601 Pennsylvania Ave., NW
South Building-Suite 900
Washington, DC 20004
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com

and

/s/

_____
John A. Rockecharlie, Esq.
VSB#27701
Attorney for Douglas Duran Cerritos
Bowen, Champlin, Foreman and Rockecharlie, PLLC
1919 Hugenot Road
Richmond, VA 23235
(804) 379-1900 Phone

(804) 379-5407 Fax
Jrockecharlie@bowenlawfirm.com

## **CERTIFICATE**

I hereby certify that on this 24th day of July, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

/s/
_____
Dwight E. Crawley