IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> PEDRO ANTHONY ROMERO CRUZ, ) <br> ET AL., ) <br> ) <br> Defendants ) <br> ) | Criminal No. 1:14-CR-306 <br><br> The Honorable Gerald Bruce Lee |

## ORDER

Upon motion of the United States to extend the time within which the government must file response briefs, and for good cause shown, it is hereby

ORDERED that all oppositions to non-evidentiary pretrial motions be filed by 8/21/2015 and that all replies to non-evidentiary pretrial motions be filed by 8/28/2015;

It is further ORDERED that all oppositions to evidentiary pretrial motions be filed by 9/22/2015 and that all replies to evidentiary motions be filed by 9/29/2015.

July 29, 2015
Alexandria, VA

/s/
Gerald Bruce Lee
United States District Judge

The Honorable Gerald Bruce Lee
United States District Judge