IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case Nos. 1:14-cr-00306-GBL-1 |
| PEDRO ANTHONY ROMERO CRUZ, | ) | 1:14-cr-00306-GBL-2 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-00306-GBL-3 |
| JAIME ROSALES VILLEGAS, | ) | 1:14-cr-00306-GBL-4 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-5 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-7 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-00306-GBL-8 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-10 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-11 |
| JUAN CARLOS MARQUEZ AYALA, | ) | 1:14-cr-00306-GBL-12 |
| ARAELY SANTIAGO VILLANUEVA, | ) | 1:14-cr-00306-GBL-13 |
| GENARO SEN GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Defendants' Motions to Adopt Co-Defendants' Motions (Docs. 316, 342, 343, 345, 351, 363, 374, 376, 377, 378, 379, 380, 381, 382, 383, 384, 385, 387, 388 and 389). Having reviewed the pleadings and for good cause shown,

**IT IS HEREBY ORDERED** that the motions (Docs. 316, 342, 343, 345, 351, 363, 374, 376, 377, 378, 379, 380, 381, 382, 383, 384, 385, 387, 388 and 389) are **GRANTED**.

**IT IS SO ORDERED.**

ENTERED this 19th day of August, 2015.

Alexandria, Virginia
8/19/2015

/s/
Gerald Bruce Lee
United States District Judge