EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Case no. 1:14-CR-306-GBL - 8 |
| ) | |
| MANUEL E. PAIZ GUEVARA        ) | |

**DEFENDANT GUEVARA'S MOTION TO ADOPT CO-DEFENDANTS' MOTION TO EXTEND TIME FOR FILING EVIDENTIARY MOTIONS**

COMES NOW, MANUEL E. PAIZ GUEVARA and, by and through counsel files this, his Motion to Adopt the Motions to Extend Time for Filing Evidentiary Motions filed by co-defendants.

Respectfully submitted,

MANUAL ERNESTO PAIZ GUEVARA

By:   _____(s)_____

David P. Baugh, Esq.
Va. Bar No. 22528
2025 East Main Street, Suite 108
Richmond, Virginia  23224
804.743-8111
Email: dpbaugh@dpbaugh.com


W. Michael Chick, Jr. Esq.
Law Offices of W. Michael Chick, Jr.

1

10513 Judicial Drive, Suite 102
Fairfax, Virginia 22030
571.276.8279
Email: mike@chichlawfirm.com

## CERTIFICATE OF SERVICE

THE UNDERSIGNED CERTIFIES that on August 24, 2015, a copy of the above and foregoing was delivered to the Clerk of the Court using the CM/ECF system, which sends notification of such filing (NEF) to the following:

Stephan M. Campbell, Esq.
Assistant United States Attorney
Office of the United States Attorney
 for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Steve.Campbell@usdoj.gov

Julia Martinez, Esq.
Office of the United States Attorney
 for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Julia.Martinez@usdoj.gov

And to counsel for all co-defendants in this matter.

_____/s_____
David P. Baugh
Counsel for Defendant
MANUEL E. PAIZ-GUEVARA

2