EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

ORDER GRANTING

DEFENDANT GUEVARA'S MOTION TO ADOPT CO-DEFENDANTS'
MOTION TO EXTEND TIME FOR FILING EVIDENTIARY MOTIONS

CAME ON TO BE HEARD, this date, the Motion for the Defendant Manuel E. Paiz-Guevara, to adopt the Motion to Extend the Time of Filing for Evidentiary Motions. The court having reviewed the pleadings is of the opinion such should be, and hereby is, GRANTED.

DATE: _____                    _____

                                       Hon. Gerald Bruce Lee
                                       United States District Judge

We ask for this:

_____
David P. Baugh, Esq.
W. Michael Chick, Jr. Esq.
ATTORNEYS FOR DEFEDANT

1