IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Case Nos. 1:14-cr-00306-GBL-1 |
| PEDRO ANTHONY ROMERO CRUZ, | ) | 1:14-cr-00306-GBL-2 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-00306-GBL-3 |
| JAIME ROSALES VILLEGAS, | ) | 1:14-cr-00306-GBL-4 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-5 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-6 |
| OMAR DE JESUS CASTILLO, | ) | 1:14-cr-00306-GBL-7 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-00306-GBL-8 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-9 |
| JOSE DEL CID, | ) | 1:14-cr-00306-GBL-10 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-11 |
| JUAN CARLOS MARQUEZ AYALA, | ) | 1:14-cr-00306-GBL-12 |
| ARAELY SANTIAGO VILLANUEVA, | ) | 1:14-cr-00306-GBL-13 |
| GENARO SEN GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendants' Motions to Adopt Co-Defendants' Motions (Docs. 443, 444, 445, 446, 447, 449 and 450). Having reviewed the pleadings and for good cause shown,

**IT IS HEREBY ORDERED** that the motions (Docs. 443, 444, 445, 446, 447, 449 and 450) are **GRANTED**.

**IT IS SO ORDERED**.

ENTERED this _2nd_ day of September, 2015.

Alexandria, Virginia
9/ 2 / 2015

_____/s/_____
Gerald Bruce Lee
United States District Judge