IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALVIN GAITAN BENITEZ, | ) | Case Nos. 1:14-cr-00306-GBL-4 |
| OMAR DE JESUS CASTILLO, | ) | 1:14-cr-00306-GBL-6 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-8 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-10 |
| JUAN CARLOS MARQUEZ AYALA, | ) | 1:14-cr-00306-GBL-11 |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Defendants Jesus Alejandro Chavez, Juan Carlos Ayala, Manuel Ernesto Paiz Guevara, Alvin Gaitan Benitez and Omar Dejesus Castillo's Motion to Extend Time for Filing of Evidentiary Motions (Doc. 442). Defendants argue that they did not have adequate time to file evidentiary motions in this matter. Defendants, however, fail to acknowledge that discovery in this matter began ten months ago, and the Court set forth a briefing schedule for evidentiary and non-evidentiary motions more than five months ago. *See* Doc. 257. Additionally, Defendants' co-defendants in this action who were subject to identical deadlines had sufficient time to comply with the Court's briefing schedule, and in fact, timely filed evidentiary motions. *See* Docs. 415, 436, 452 and 453. Having reviewed the pleadings, the Court finds that Defendants have not demonstrated good cause to warrant an extension of time.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion (Doc. 442) is **DENIED**.

**IT IS SO ORDERED.**

ENTERED this 2nd day of September, 2015.

Alexandria, Virginia
9/2/2015

/s/
Gerald Bruce Lee
United States District Judge