IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) <br>v. )<br>)<br>)<br>PEDRO ANTHONY ROMERO CRUZ, )<br>et al., )<br>)<br>Defendants )<br>) | Criminal No. 1:14-CR-306<br><br>The Honorable Gerald Bruce Lee |

## PROTECTIVE ORDER

This matter comes before the Court upon the Motion of the United States for a Protective Order to prevent the unauthorized disclosure or dissemination of sensitive information produced by the government in accordance with its *Brady* obligations. Having found that the government has demonstrated good cause to justify a Protective Order for an excerpt of a transcript marked with page numbers 99 through 163 (hereafter "Protected Document"), it is hereby

ORDERED that the Protected Document shall be subject to the following protective measures:

1. The government shall disclose the Protected Document to the defendants' attorneys of record who will be responsible for safeguarding the Protected Document;

2. Access to the Protected Document shall be restricted to the attorneys of record, and any other attorneys, paralegals, investigators, experts, and support staff employees working for the attorneys of record on behalf of the defendant;

3. The attorneys may discuss the substance of the Protected Document with their client, but they shall not provide the client with direct access to the document;

4. No copies of any kind shall be made of the Protected Document;

5. The Protected Document shall not be used for any purpose other than preparing to defend the client against the charges filed in this case;

6. The attorneys of record shall inform any person to whom disclosure is made of the existence and terms of this Order;

7. The attorneys of record shall return the Protected Document to the government within at the conclusion of this case and any direct appeal.

It is further ORDERED that the government's motion shall be sealed until further order of the Court.

ENTERED this ___ day of _____, 2015
Alexandria, Virginia

_____/s/_____
Gerald Bruce Lee
United States District Judge

_____
The Honorable Gerald Bruce Lee
United States District Judge