IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

# ORDER
# LEAVE TO FILE MOTION EX PARTE

**CAME ON TO BE CONSIDERED,** the motion of MANUAL ERNESTO PAIZ GUEVARA, defendant, for leave to file pleadings relating to investigators and defense assistance ex parte.

The court having reviewed the pleadings is of the opinion that the motion should be and hereby GRANTED.

Counsel may file pleadings related to investigators and defense assistance ex parte.

ENTER   /      /          _____
                                                    Judge

We ask for this:

_____/S/_____

David P. Baugh, Learned Counsel
2025 East Main Street, Suite 108
Richmond, Virginia 23223
804.743.8111
dpbaugh@dpbaugh.com

W. Michael Chick, Jr.
Law Offices of W. Michael Chick, Jr
10513 Judicial Drive, Suite 102
Fairfax, Virginia 22030
571.276.8279
mike@chicklawfirm.com

**ATTORNEYS FOR DEFENDANT**