IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                         ) | Case no. 1:14-CR-306-GBL - 8 |
| ) | |
| ) | |
| MANUEL E. PAIZ GUEVARA   ) | |

BRADY THIRD - ORDER

CAME ON TO BE CONSIDERED, this date, the Motion for Brady Tender filed on behalf of defendant Manuel E. Paiz Guevara. The court having reviewed the pleadings and considered the argument of counsel is of the opinion that the same should be, and hereby is, GRANTED.

The United States is ORDERED to disclose to counsel for the defendant Manuel E. Paiz Guevara the following:

1. Any and all reports, not in total verbatim recitations of a witnesses information or reports which were, in total, adopted by signature or affirmation of the witness detailed, either in this instant case or in other Latin, Hispanic or Central American gang criminal files, all statements or

1

information indicating a pattern or practice of threats, force or intimidation being utilized to secure assistance or participation in gang related violent acts.

ENTER    /    /                          _____
                                          Judge

We ask for this:

_____

David P. Baugh, Esq.
Va. Bar No. 22528
2025 East Main Street, Suite 108
Richmond, Virginia  23224
804.743-8111
Email: dpbaugh@dpbaugh.com

W. Michael Chick, Jr. Esq.
Law Offices of W. Michael Chick, Jr.
10513 Judicial Drive, Suite 102
Fairfax, Virginia  22030
571.276.8279
Email:  mike@chichlawfirm.com