IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

## ORDER
## LEAVE TO FILE MOTION EX PARTE

**CAME ON TO BE CONSIDERED,** the motion of MANUAL ERNESTO PAIZ GUEVARA, defendant, for leave to file pleadings relating to investigators and defense assistance ex parte.

The court having reviewed the pleadings is of the opinion that the motion should be and hereby GRANTED.

Counsel may file pleadings related to investigators and defense assistance ex parte.

ENTER 9/8/2015

/s/
Gerald Bruce Lee
United States District Judge
**Judge**

We ask for this:

1