IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Case no. 1:14-CR-306-GBL - 8 |
| ) | |
| ) | |
| MANUEL E. PAIZ GUEVARA ) | |

**MOTION FOR LEAVE PERMITTING
ELECTRONIC DEVICES TO THE COURTROOM**

COMES NOW, counsel for defendant MANUEL E. PAIZ GUEVARA, David P. Baugh, Esq., of Richmond, Virginia and W. Michael Chick, Esq., of Fairfax, Virginia and requests permission of the court to bring electronic devices: cellular telephones and computer tablets, into the Courtroom on the dates counsel is set to argue motions in this matter: September 15, 2015, at 10:00 AM.

Respectfully submitted,

**MANUAL ERNESTO PAIZ GUEVARA**

By: _____(s)_____

David P. Baugh, Esq.

1

Va. Bar No. 22528
2025 East Main Street, Suite 108
Richmond, Virginia  23224
804.743-8111
Email: dpbaugh@dpbaugh.com

W. Michael Chick, Jr. Esq.
Law Offices of W. Michael Chick, Jr.
10513 Judicial Drive, Suite 102
Fairfax, Virginia  22030
571.276.8279
Email:  mike@chichlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will then send electronic notification of such filing (NEF) to all counsel on the case.

_____/S/_____

David P. Baugh, Esq.
Attorney for Defendant
Manuel E. Paiz Guevara