IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case no. 1:14-CR-306-GBL - 8 |
| ) | |
| ) | |
| MANUEL E. PAIZ GUEVARA ) | |

**ORDER PERMITTING
ELECTRONIC DEVICES TO THE COURTROOM**

This matter is before the Court on defense counsel's motion requesting permission to bring their electronic devices into the courthouse. For good cause shown,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

**IT IS FURTHER ORDERED** that Attorneys David P. Baugh and Michael Chick are permitted to bring their electronic devices into the courthouse on Tuesday, September 15, 2015.

**IT IS SO ORDERED.**

**ENTERED** this _____ day of September, 2015.

Alexandria, Virginia

9/    / 2015.                                    By: _____
                                                      Gerald Bruce Lee
                                                      United States District Judg