UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.  Case No.: 1:14CR00306

DOUGLAS DURAN CERRITOS,

                              Defendant.

## SECOND MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

Counsel for Douglas Duran Cerritos, John A. Rockecharlie and Dwight Crawley, respectfully request permission to bring electronic devices, tablet and cell phone, into the Courthouse on September 15, 2015 for a hearing in this matter.

                              Respectfully submitted,
                              DOUGLAS DURAN CERRITOS

By: _____/s/_____
              Counsel

John A. Rockecharlie, Esq.
Bowen, Champlin, Foreman
& Rockecharlie, PLLC
1919 Huguenot Road
Richmond, Virginia 23235
VSB 27701
(804) 379-1900
(804) 379-5407 (fax)
JRockecharlie@bowenlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

Julia K. Martinez, Esq.
Assistant United States Attorney
and
Stephen Campbell, Esq.
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

_____/s/_____