UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.                                                                      Case No.: 1:14CR00306

DOUGLAS DURAN CERRITOS,

                                                                        Defendant.

### ORDER

Upon motion of counsel to bring electronic devices into the courthouse and for good cause shown it is hereby

**ORDERED** that counsel for Douglas Duran Cerritos, John A. Rockecharlie, Esq. and Dwight Crawley, Esq., may bring electronic devices, tablet and cell phone, into the Courthouse on September 15, 2015 for a hearing in this matter.

Entered:       /       /

_____

Gerald Bruce Lee, Judge