UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.  Case No.: 1:14CR00306

DOUGLAS DURAN CERRITOS,

Defendant.

## SECOND MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

Counsel for Douglas Duran Cerritos, John A. Rockecharlie and Dwight Crawley, respectfully request permission to bring electronic devices, tablet and cell phone, into the Courthouse on September 15, 2015 for a hearing in this matter.

Respectfully submitted,
DOUGLAS DURAN CERRITOS

By: _____/s/_____
Counsel

John A. Rockecharlie, Esq.
Bowen, Champlin, Foreman
& Rockecharlie, PLLC
1919 Huguenot Road
Richmond, Virginia 23235
VSB 27701
(804) 379-1900
(804) 379-5407 (fax)
JRockecharlie@bowenlawfirm.com

**MOTION GRANTED.**

Entered this 11th day of Sept 2015
_____/s/_____
Gerald Bruce Lee
United States District Judge

Gerald Bruce Lee
United States District Judge