UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

**UNITED STATES OF AMERICA**

v.  Case No.: 1:14CR00306

**DOUGLAS DURAN CERRITOS,**

Defendant.

### ORDER

Upon motion of counsel to bring electronic devices into the courthouse and for good cause shown it is hereby

**ORDERED** that counsel for Douglas Duran Cerritos, John A. Rockecharlie, Esq. and Dwight Crawley, Esq., may bring electronic devices, tablet and cell phone, into the Courthouse on September 15, 2015 for a hearing in this matter.

Entered: 9 / 11 / 2015

/s/
Gerald Bruce Lee
United States District Judge

Gerald Bruce Lee, Judge