# Minutes

## 14cr306 USA v. CRUZ, et al.
### Pending Non-Evidentiary Motions
### Hearing on 9/15/15

*(RPR: R. Wilson)*

*Spanish Interpreters: Maria Horvath, Angeles Estrada, and Ana Lefebvre.*

10:20 - 11:40; 12:00-12:01

### *Defendants' Motions for Disclosure of Discovery Materials*

1. Defendant Alejandro Chavez's Motion for Discovery Under Rule 16 of the Federal Rules of Criminal Procedure & The Jencks Act & The Rule of Brady v. Maryland (Doc. No. 317) — *Jerome Aquino for Chavez - heard.*

2. Defendant Ayala Marquez's Motion for Early Disclosure of Jencks Material and Brady/Giglio Material (Doc. No. 325) — *Daniel Lopez for Juan Ayala heard.*

3. Defendant Paiz Guevara's Motion for Immediate Tender of Giglio Materials (Doc. Nos. 353, 354) — *David Baugh for Manuel Guevara.*

4. Defendant Rosales Villegas's Motion for the Production of Exculpatory Evidence (Doc. No. 340) — *Gretchen Taylor for Jaime Villegas.*

5. Defendant Alejandro Chavez's Motion for Order Directing the Government to Provide Impeachment Evidence as to All Hearsay Declarants (Doc. No. 333) — *Elita Amato - heard.*

6. Defendant Lemus Cerna's Motion for Index of All Recordings/Phone Calls the Government Intends to Use at Trial (Doc. No. 348) — *Frank Salvato - heard. Dwight Crawley for Cerna heard.*

7. Defendant Lemus Cerna's Motion for Discovery and Inspection and Exculpatory Evidence (Doc. No. 357) — *Frank Salvato heard.*

8. Defendants Paiz Guevara's Motion for Designation of Recorded Telephone Calls That the Government Intends to Seek to Use at Trial (Doc. Nos. 359, 360) — *David Baugh heard.*

9. Defendant Paiz Guevara's Brady Discovery Motion for Investigative Materials Pertaining to the Park View Locos Salvatruchas Clique of MS-13 (Doc. Nos. 361, 362) — *Mike Chick - heard. Burnam - heard: Cruz was in jail.*

10. Defendant Paiz Guevara's Motion for Provision or Access to PSI and Plea Agreements of Co-Defendants or Other Individuals Who Have Entered or Agreed to Enter Guilty Pleas in Exchange for Testimony (Doc. Nos. 367, 368) — *Heard. Mike Chick.*

11. Defendant Alejandro Chavez's Request for Preservation of Electronic Mail (Doc. No. 332) — *Elita Amato - heard.*

Elita Amato/Jerome Aquino for Jesus Chavez; Gretchen Taylor for Jaime Villegas; Dwight Crawley/Mr. RockCharlie for Douglas Cerritos, Pleasant Brodnax/Daniel Lopez for Christian Cerna; Robert Jenkins for Lopez Torres; Frank Salvato and Keva McDonald for Christian Cerna; David Baugh/Mike Chick for Paiz Guevara. Δ Cruz, through Charles Burnam, waived appearance in writing - filed. Oral mot. by Mr. Baugh for intelligence material as Brady. T.U.A. Order(s) to follow.