UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

FILED

2015 SEP 16 P 4:53

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Criminal No. 1:14-CR-306** |
| **PEDRO ANTHONY ROMERO CRUZ,** et al., | The Honorable Gerald Bruce Lee |
| **Defendants** | |

## NOTICE OF APPEAL

A Juvenile, through his undersigned counsel, hereby respectfully notes an appeal of the decision of the United States District Court to grant the Government's Motions to Release to the defendants in the instant case certain items related to him, namely a (1) Transcript, (2) a Report of Investigation ("FBI-302"); and (3) the Identity of the Juvenile. The Orders were filed Under Seal. Related Protective Orders appear on the Docket as ECF # 466 (9/2/15); #467 (9/2/15); and #477 (9/9/15), respectively. The Orders are appealable pursuant to 18 U.S.C. § 5032, et seq and the Collateral Order Doctrine.

Respectively submitted,

BY: _____/s/_____
Vernida R. Chaney
Virginia State Bar No. 72385
Chaney Law Firm PLLC
4031 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Phone: 703-879-6650
Fax: 703-776-9008
vrchaney@gmail.com

BY: _____/s/_____
Carmen D. Hernandez
Maryland State Bar No. 03366
Law Offices of Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777
Phone: 240-472-3391
Fax:   301-854-0076
chernan7@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was filed with the Clerk of Court and served on the following Government counsel via ECF this 16th day of September, 2015:

Julia K. Martinez, Esquire
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-739-9556
julia.martinez@usdoj.gov

Stephen M. Campbell, Esquire
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-739-9556
steve.campbell@usjoj.gov

Tobias D. Tobler, Esquire
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-739-9556
tobias.tobler@usdoj.gov

_____/s/_____
Vernida R. Chaney