# EXHIBIT B

# Incident Report

Case Number: 2014-1130210   FAIRFAX COUNTY POLICE DEPARTMENT   Date Approved: 04/29/2014

## Incident Information

| Date/Time | On ☑ | Date/Time | Date/Time | Officer | EIN |
|---|---|---|---|---|---|
| 04/23/2014 16:53 | Between ☐ | 04/23/2014 16:53 WED | 04/23/2014 16:53 WED | | |

| Incident Location | Supervising Officer | EIN | Date |
|---|---|---|---|
| | | | 04/29/2014 |

| Organization | Patrol | Sub |
|---|---|---|
| DEPUTY CHIEF FOR PATROL | 411 | 516.03 |

| Disposition | Case Status |
|---|---|
| CLOSED BY ARREST | CLOSED/CLEARED |

| Weather and Light Conditions | Case Closed | Time |
|---|---|---|
| CLEAR/DAYLIGHT | ☐ Juvenile ☑ Adult | Received: 16:53   Arrived: 16:53   Cleared: 16:53 |

**Nature of Case**
DRUGS - MARIJUANA POSSESS W/INT DIST

## Events

**1**

| Description | Code | IBR | |
|---|---|---|---|
| DRUGS - MARIJUANA POSSESS W/INT DIST | DRUG-35A-5 | 35A | ☐ Att ☑ Com |

| Alcohol, Drugs or Computers Used | Criminal Activity | Forced Entry | Weapons |
|---|---|---|---|
| ☐ Alcohol ☐ Drugs ☐ Computers | POSSESSING/CONCEALING | ☐ Yes ☑ No | 1. 2. 3. |

| Entry | Exit | How Left Scene | |
|---|---|---|---|

| Bias Motivation | Bias Target |
|---|---|

| Bias Circumstances | Hate Group |
|---|---|

| Security | Location Type |
|---|---|
| | APARTMENT/CONDO |

## Complainant

| Name Code | Seq. # | Name (Last, First, M) | Race | Sex | DOB | Age |
|---|---|---|---|---|---|---|
| Victim | 1 | Same as victim# 1 | | | | |

| Address | Home Phone | Cell Phone |
|---|---|---|
| | | |

| Employer Name/Address | Business Phone |
|---|---|
| | |

# Incident Report

Case Number: 2014-1130210  FAIRFAX COUNTY POLICE DEPARTMENT  Date Approved: 04/29/2014

## Victims

| Seq. # | Type | | Residency Status | | Ethnicity | |
|---|---|---|---|---|---|---|
| 1 | SOCIETY/ PUBLIC | | Resident | | | |

| Name(Last, First, M) | Race | Sex | DOB | Age |
|---|---|---|---|---|
| COMMON WEALTH OF VA | UNKNOWN | UNKNOWN | | |

| Address | Home Phone | Cell Phone |
|---|---|---|
| | | |

| Employer Name/Address | Business Phone |
|---|---|
| | |

| Victim of Events | Justifiable Homicide | Circumstances Homicide/Agg Assault |
|---|---|---|
| 1 | ☐ | |

**Injuries**
None

| Type of Assignment | Type of Activity | Body Armor |
|---|---|---|
| | | |

## Offender

| Seq. # | Arrest Number | Type | Name(Last, First, M) |
|---|---|---|---|
| 1 | 2014018734 | INDIVIDUAL | PAIZ GUEVARA, ERNESTO MANUEL |

| Race | Sex | DOB | Age | Height | Weight | Hair | Eye |
|---|---|---|---|---|---|---|---|
| WHITE | MALE | ▇▇▇ 1995 | 19 | 5'05" - 5'06" | 115 - 120 lbs | BLACK | BROWN |

**AKA**

| Address | Home Phone | Cell Phone |
|---|---|---|
| ▇▇▇ | | ▇▇▇ |

| Employer Name/Address | Occupation | Business Phone |
|---|---|---|
| | | |

| NOVARIS # | SSN |
|---|---|
| | |

**Scars, Marks, Tattoos or other distinguishing features**

**Physical Characteristics**

**Suspect Details**

# Incident Report

| Case Number: 2014-1130210 | FAIRFAX COUNTY POLICE DEPARTMENT | Date Approved: 04/29/2014 |
|---|---|---|

## Other Persons Involved

| Seq. # | Type | Name(Last, First, M) |
|---|---|---|
| 1 | INDIVIDUAL | LEMUS CERNA, CHRISTIAN JOSUE  JUVENILE |

| Race | Sex | DOB | Age | Height | Weight | Hair | Eye |
|---|---|---|---|---|---|---|---|
| WHITE | MALE | ▮996 | 17 | 5'06" | 135 lbs | BLACK | BROWN |

**AKA**

| Address | Home Phone | Cell Phone |
|---|---|---|
| ▮ | ▮ | |

| Employer Name/Address | Occupation | Business Phone |
|---|---|---|
| | | |

| NOVARIS # | SSN |
|---|---|
| | |

**Scars, Marks, Tattoos or other distinguishing features**

**Physical Characteristics**

| Seq. # | Type | Name(Last, First, M) |
|---|---|---|
| 2 | INDIVIDUAL | SANTIAGO VILLANUEVA, ARAELY  JUVENILE |

| Race | Sex | DOB | Age | Height | Weight | Hair | Eye |
|---|---|---|---|---|---|---|---|
| WHITE | MALE | ▮1996 | 17 | 5'04" | 130 lbs | BLACK | BROWN |

**AKA**
REAL NAME: VILLANUEVA, ARAELY

| Address | Home Phone | Cell Phone |
|---|---|---|
| ▮ | ▮ | |

| Employer Name/Address | Occupation | Business Phone |
|---|---|---|
| JEB STUART HS , 3301 PEACE VALLEY LANE | STUDENT | (703) 824-3900 |

| NOVARIS # | SSN |
|---|---|
| | |

**Scars, Marks, Tattoos or other distinguishing features**

**Physical Characteristics**

# Incident Report

Case Number: 2014-1130210     FAIRFAX COUNTY POLICE DEPARTMENT     Date Approved: 04/29/2014

## Other Persons Involved

| Seq. # | Type | Name(Last, First, M) |
|---|---|---|
| 3 | INDIVIDUAL | JUVENILE |

| Race | Sex | DOB | Age | Height | Weight | Hair | Eye |
|---|---|---|---|---|---|---|---|
| WHITE | MALE | 1998 | 15 | 5'02" | 120 lbs | BROWN | BROWN |

**AKA**

| Address | Home Phone | Cell Phone |
|---|---|---|

| Employer Name/Address | Occupation | Business Phone |
|---|---|---|

| NOVARIS # | SSN |
|---|---|

**Scars, Marks, Tattoos or other distinguishing features**

**Physical Characteristics**

## Related Name Relationships

| COMMON WEALTH OF VA | is | RELATIONSHIP UNKNOWN | to | PAIZ GUEVARA, ERNESTO MANUEL |
|---|---|---|---|---|

## Property

| | Item - 826814 | Description |
|---|---|---|
| | MARIJUANA | 7 SMALL BAGGIES OF GREEN LEAFY SUBSTANCE |

| Quantity | Units of Measure | Value | Recovery Date | Teletype No |
|---|---|---|---|---|
| 3.00 | GRAM | $1.00 | | |

| Status | Jurisdiction Stolen/Recovered |
|---|---|
| SEIZED - DRUGS | |

| | Item - 831710 | Description |
|---|---|---|
| | OTHER | CRICKET CELL PHONE IN BLUE CASE |

| Quantity | Units of Measure | Value | Recovery Date | Teletype No |
|---|---|---|---|---|
| 1.00 | | $1.00 | 05/15/2014 | |

| Status | Jurisdiction Stolen/Recovered |
|---|---|
| EVIDENCE | |

# Incident Report

| Case Number: 2014-1130210 | FAIRFAX COUNTY POLICE DEPARTMENT | Date Approved: 04/29/2014 |
|---|---|---|

## Narrative

GIU2231-Investigation

While in the listed area, I observed 4 subjects outside of ███ Vista Dr. I recognized one of them as Christian Lemus, and had previously stopped him back in January of this year on a subject stop. He was found in possession of cocaine and marijuana on that date (see Case # 2014-0100185), and had been observed selling narcotics to students getting off the school bus in the afternoon. I approached the group on this day, as Special Agent ███ (SA-FBI) along with Intelligence Analyst (IA) ███ acted as my cover officers. I was in a plain clothes capacity, with my badge of authority displayed on my belt. I first spoke to Lemus and inquired if he was in possession of any narcotics on this day. He denied that he was, and consented to a `pat down` of his person. The pat down yielded negative results. I then advised Lemus that I was done with him and he could leave the area if he wished. Lemus elected to walk away.

Next, I observed one subject that appeared to be keeping his arms/hands tight to his waist area in a manner to conceal something, or to keep something from falling out of his clothing. Due to the recent shooting, stabbings, and other malicious woundings in the area, and the mannerisms the subject displayed, I conducted a pat down of the outer area of the subject`s front stomach area. I patted the front, left side pocket of the subject`s sweatshirt first because it was potruding out slightly more than the right side pocket, and I felt a lumpy substance, and heard the noise of a plastic baggie. Through my training and experience, I immediately knew the object to be narcotic contraband consistent with how narcotics are packaged. I reached into the pocket and removed a ziplock baggie containing 7 individually wrapped baggies of a green leafy substance that eminated with the odor consistent with Marijuana. I obtain the subject`s information, and advised him that I would be allowing him to go home today, but that I will be obtaining a warrant at a later time. The subject was photographed and released, as was the final two subjects. I was familiar with all four subjects, and knew them to be MS13 associates/members.

I conducted a field test of the marijuana and it tested positive. On April 25, 2014, I obtained a Felony warrant for PWID within 1000 feet of the school on Ernesto Manuel Paiz Guevarra. An attempt for service was made in the evening of April 25th, but detectives were told that Paiz Guevarra does not reside there any longer. The warrant was turned over to the warrant desk and entered into the system.

The marijuana was packaged and placed in the designated after hour lockers.

Case held Inactive-Warrant on File

## Completed Forms

# Incident Report

| Case Number: 2014-1130210 | FAIRFAX COUNTY POLICE DEPARTMENT | Date Approved: 05/27/2014 |
|---|---|---|

## Supplement Information - Officer Supplement

| Supplement Date | On ☑ | Date/Time | Date/Time | Supplement Officer | EIN |
|---|---|---|---|---|---|
| 05/21/2014 12:52:47 | Between ☐ | 04/23/2014  16:53  WED | 04/23/2014  16:53  WED | | |

| Incident Location | Supervising Officer | EIN | Date |
|---|---|---|---|
| | | | |

| Organization | Patrol | Sub |
|---|---|---|
| DEPUTY CHIEF FOR PATROL | 411 | 516.03 |

| Disposition | Case Status |
|---|---|
| CLOSED BY ARREST | CLOSED/CLEARED |

| Weather and Light Conditions | Case Closed | Time |
|---|---|---|
| CLEAR/DAYLIGHT | ☐ Juvenile  ☑ Adult | Received: 16:53  Arrived: 16:53  Cleared: 16:53 |

**Nature of Case**
DRUGS - MARIJUANA POSSESS W/INT DIST

## Supplement Notes

On 05/15/14 Ernesto Paiz Guevara was extradited from the State of Missouri. Detective ▇▇▇▇▇, Detective ▇▇▇▇▇) and I picked Mr. Paiz Guevara (and Douglas Cerritos Duran) up at the Jackson County Detention Center (1300 Cherry St. Kansas City, MO.) and transported him back to Fairfax County. When we arrived back in Fairfax County both subjects where transported to the Massey Building. At this point Detective ▇▇ informed me that he wanted to talk to the subjects and would served the warrants.

# Incident Report

| Case Number: 2014-1130210 | FAIRFAX COUNTY POLICE DEPARTMENT | Date Approved: 07/11/2014 |
|---|---|---|

## Supplement Information - Investigator Supplement

| Supplement Date | On ☑ | Date/Time | Date/Time | Supplement Officer | EIN |
|---|---|---|---|---|---|
| 05/22/2014 16:06:41 | Between ☐ | 04/23/2014  16:53  WED | 04/23/2014  16:53  WED | | |
| **Incident Location** | | | | **Supervising Officer** | **EIN** **Date** |
| | | | | | 303547 07/11/2014 |
| **Organization** DEPUTY CHIEF FOR PATROL | | **Patrol** 411 | | **Sub** 516.03 | |
| **Disposition** CLOSED BY ARREST | | | **Case Status** CLOSED/CLEARED | | |
| **Weather and Light Conditions** CLEAR/DAYLIGHT | | | **Case Closed** ☐ Juvenile  ☑ Adult | **Time** Received: 16:53   Arrived: 16:53   Cleared: 16:53 | |
| **Nature of Case** DRUGS - MARIJUANA POSSESS W/INT DIST | | | | | |

## Supplement Notes

GIU2231-Investigation

On 5/15/14, Detective A███, Detective ██████ and I extradited Paiz Guevara back from Kansas City, MO. We brought Paiz Guevara to the Massey Building, and SA ██████ and I sat down with him for an interview at approximately 1855hrs. Paiz Guevara first discussed with us that he came to the United States a little over 2 yrs ago after his mom paid a coyote to bring him across the border. Paiz Guevara was caught by Immigration at the border, and put into a program since he was a juvenile. After he completed the program in California, ████████ picked him up and brought him to Fairfax County. He was enrolled at ████████████████ but was expelled. He is currently in a progam at a school in Annandale.

Paiz Guevara was asked about his employment, and he advised that he works construction in Kansas City, but could not remember the name of the company, or the name of his boss. He then changed his story and said that he went to Kansas City to work, and he only did it for 2-3 days before he was arrested. He also informed us that he used to work at Mashalls in Falls Church.

At this point, I eleced to Mirandize him before questioning him about his charge of PWID-Marijuana. With the assistance of SA ██████ Miranda was provided to Paiz Guevara in Spanish. Paiz Guevara agreed to speak with us, but as I inquired about his criminal activities, he refused to be honest. I explained to him that if he wanted to talk, I need him to be honest. At that point, Paiz Guevara said he would rather not talk at the moment. Although, he did not ask for a lawyer, I elected to end the interview.

Case Closed by Arrest.

# ARREST REPORT

**Fingerprinted:** [1] Yes  [X] No
**R84 Completed:** [1] Yes  [2] No

| | |
|---|---|
| 1 ORI # | VA0290100 |
| 2 AGENCY NAME | Fairfax County Police Department |
| 3a ARREST # | 2014018734 |
| 3b CASE # | 2014-1130210 |
| 4 SFX | |

**5 LAST, FIRST, MIDDLE NAME:** Paiz Guevara, Ernesto Manuel
**6 ALIAS AKA:**

**7 SEX:** [X] M  [ ] F
**8 RACE:** [X] W  [ ] B  [ ] A  [ ] I
**9 HGT.:** 5'05-5'06
**10 WGT.:** 115-120
**11 EYE:** BRO
**12 HAIR:** BLK
**13 SKIN:**
**14:** [ ] SCARS  [ ] MARKS  [ ] TATTOOS  [ ] AMPUTATIONS

**15 PLACE OF BIRTH:** El Salvador
**16 SSN:** —
**17 DATE OF BIRTH:** ███ 995
**18 AGE:** 19
**19 MISCELLANEOUS ID #:**

**20 SID #:**
**21 FINGERPRINT CLASS:** KEY, MAJOR, PRIMARY, SCDV, SUB-SECONDARY, FINAL
**22 DL #:**
**23 ST:**
**24 FBI #:** HENRY CLASS / NCIC CLASS
**25 IDENTIFICATION COMMENTS:**

**26:** [X] RESIDENT  [ ] NON-RESIDENT
**27 HOME ADDRESS:** ███
**28 RESIDENCE PHONE:**
**29 OCCUPATION:**

**30 EMPLOYER:**
**31 BUSINESS ADDRESS:**
**32 BUSINESS PHONE:**

**33 LOCATION OF ARREST:** 4110 Chain Bridge Rd Fairfax, Va 22030
**34 SECTOR #:**
**35 ARRESTED FOR YOUR JURISDICTION?** [ ] YES [ ] NO  [1] IN STATE  [2] OUT STATE AGENCY

**36 CONDITION OF ARRESTEE:** [ ] DRUNK  [ ] DRINKING  [X] SOBER  [ ] DRUGS
**37 RESIST ARREST?** [ ] YES  [X] NO
**38 INJURIES?** [X] NONE  [ ] OFFICER  [ ] ARRESTEE
**39 ARMED?** [ ] Y  [X] N
**40 DESCRIPTION OF WEAPON:**

**41 DATE OF ARREST:** 05/15/2014
**42 TIME OF ARREST:** 21:02  [ ] AM  [X] PM  [ ] MIL.
**43 DAY OF ARREST:** S M T W T [X]F S
**44 TYPE ARREST:** TAKEN INTO CUSTODY
**45 ARRESTED BEFORE?** [ ] YES  [ ] NO  [X] UNKNOWN

**46 CHARGE-1:** [X] FEL  [ ] MISD — Drug Sale On,near
**47 UCR CODE:** 35A
**50 STATE CODE/LOCAL ORD.:** 18.2-255.2
**51 WARRANT #:** 209066S
**DISPOSITION:** Guilty
**52 DATE ISSUED:**

**48 CHARGE-2:** [ ] FEL [ ] MISD
**49 UCR CODE:**
**53 STATE CODE/LOCAL ORD.:**
**54 WARRANT #:**
**DISPOSITION:**
**55 DATE ISSUED:**

**56 CHARGE-3:** [ ] FEL [ ] MISD
**57 UCR CODE:**
**60 STATE CODE/LOCAL ORD.:**
**61 WARRANT #:**
**DISPOSITION:**
**62 DATE ISSUED:**

**58 CHARGE-4:** [ ] FEL [ ] MISD
**59 UCR CODE:**
**63 STATE CODE/LOCAL ORD.:**
**64 WARRANT #:**
**DISPOSITION:**
**65 DATE ISSUED:**

**66 ARREST DISPOSITION:** Cleared By Arrest
**68 ARRESTED WITH (1) ACCOMPLICE:**
**69 ARRESTED WITH (2) ACCOMPLICE:**

**70 VYR:**  **71 VMA:**  **72 VMO:**  **73 VST:**  **74 VCO:** TOP / BOTTOM  **75 TAG #:**  **76 LIS:**  **77 LIY:**
**78 VIN:**
**79 IMPOUNDED?** [ ] YES [ ] NO
**80 STORAGE LOCATION/IMPOUND #:**
**VEHICLE RELATED TO:**  **VEHICLE RELATION:**

**81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED:** [ ] CONTINUED IN NARRATIVE

**82 JUVENILE DISPOSITION:** [ ] HANDLED AND RELEASED  [ ] REF. TO JUVENILE COURT  [ ] REF. TO WELFARE AGENCY  [ ] REF. TO OTHER POLICE AGENCY  [ ] REF. TO ADULT COURT
**83 RELEASED TO:**
**84 PARENT OR GUARDIAN:**
**85 ADDRESS:**
**86 PHONE:**
**87 PARENTS EMPLOYER:**
**88 OCCUPATION:**
**89 ADDRESS:**
**90 PHONE:**

**91 DATE AND TIME OF RELEASE:** [ ] AM [ ] PM [ ] MIL
**92 RELEASING OFFICER NAME:**
**93 AGENCY/DIVISION:**
**94 ID #:**
**95 RELEASED TO:**
**96 AGENCY/DIVISION:**
**97 AGENCY ADDRESS:**

**98 PERSONAL PROPERTY RELEASED TO ARRESTEE:** [ ] YES [ ] NO [ ] PARTIAL
**99 PROPERTY NOT RELEASED/HELD AT:**
**100 PROPERTY #:**

**101 REMARKS:**

**102 SIGNATURE OF RECEIVING OFFICER:**
**103 SIGNATURE OF RELEASING OFFICER:**
**LOCAL USE:**
**STATE USE:**

**MULTIPLE CASES CLOSED**
**104 CASE #:**  **105 SFX:**  **106 CASE #:**  **107 SFX:**  **108 CASE #:**  **109 SFX:**
**110 ADDITIONAL CASES CLOSE NARRATIVE** [ ] Y [ ] N

**111 ARRESTING OFFICER:** ███
**112 ID #:**
**113 ARRESTING OFFICER:**
**114 ID #:**
**115 SUPERVISOR:**
**116 WATCH CMDR.:** ███
**ID #:**

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST 05/15/2014  21:02 | 1 AM  2 PM  X MIL | 118a. CASE # 2014-1130210 | 119 SFX |
|---|---|---|---|---|
| | | | 118b. ARREST # 2014018734 | |

120 ADDITIONAL ARREST INFORMATION

14CR306-001743