IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

RECEIVED
d issued
2015 SEP 24 A 11: 46
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ) <br> PEDRO ROMERO CRUZ, ET AL ) <br> ) <br> ) | Criminal No. 1:14-CR-306 |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 9:15 a.m., on the 20th day of October, 2015, then and there to testify on behalf of the United States:

10 subpoenas (5 Sets).

This 24th day of September, 2015

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Stephen M. Campbell
Assistant United States Attorney

Subpoena issued:_____, 2015

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Pedro Romero Cruz, et al | ) | Case No. 1:14-CR-306 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 601 |
|---|---|
| | Date and Time: 10/20/2015 @ 9:15 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 09/24/2015

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America
_____, who requests this subpoena, are:

AUSA Stephen M. Campbell
United States Attorney's Office
Eastern District of Virginia
Justin W. Williams, U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
Steve.Campbell@usdoj.gov