FILED:  September 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4569
(1:14-cr-00306-GBL)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

UNDER SEAL

Party-in-Interest - Appellant

and

PEDRO ANTHONY ROMERO CRUZ, a/k/a Payaso; JOSE LOPEZ TORRES,
a/k/a Peluca, a/k/a Medio Polvo, a/k/a Peluquin, a/k/a Jose Alejandro Donez, a/k/a
Lopez Manuel Torres; JAIME ROSALES VILLEGAS, a/k/a Demente, a/k/a Lil
Demente; ALVIN GAITAN BENITEZ, a/k/a Pesadilla, a/k/a Lil Pesadilla, a/k/a
Lil Tuner, a/k/a Tooner, a/k/a Lil Tunnel; CHRISTIAN LEMUS CERNA, a/k/a
Leopardo, a/k/a Bago, a/k/a Vago, a/k/a Gatito, a/k/a Christian Josue Lemus
Alfaro; OMAR DEJESUS CASTILLO, a/k/a Lil Payaso, a/k/a Lil Slow;
DOUGLAS DURAN CERRITOS, a/k/a Lil Poison, a/k/a Guason, a/k/a Lunche,
a/k/a Guadalupe; MANUEL ERNESTO PAIZ GUEVARA, a/k/a Solitario, a/k/a
Colita; JOSE DEL CID, a/k/a Duende; JESUS ALEJANDRO CHAVEZ, a/k/a
Chuy; JUAN CARLOS MARQUEZ AYALA, a/k/a Skinny; ARAELY
SANTIAGO VILLANUEVA, a/k/a Slow, a/k/a Lil Slow, a/k/a Spider; GENARO
SEN GARCIA, a/k/a Gatuso

Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:14-cr-00306-GBL |
| Date notice of appeal filed in originating court: | 09/16/2015 |
| Appellant (s) | Under Seal |
| Appellate Case Number | 15-4569 |
| Case Manager | RJ Warren 804-916-2702 |