FILED: September 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 15-4569
(1:14-cr-00306-GBL)

———————

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

UNDER SEAL

    Party-in-Interest - Appellant

and

PEDRO ANTHONY ROMERO CRUZ, a/k/a Payaso; JOSE LOPEZ TORRES, a/k/a Peluca, a/k/a Medio Polvo, a/k/a Peluquin, a/k/a Jose Alejandro Donez, a/k/a Lopez Manuel Torres; JAIME ROSALES VILLEGAS, a/k/a Demente, a/k/a Lil Demente; ALVIN GAITAN BENITEZ, a/k/a Pesadilla, a/k/a Lil Pesadilla, a/k/a Lil Tuner, a/k/a Tooner, a/k/a Lil Tunnel; CHRISTIAN LEMUS CERNA, a/k/a Leopardo, a/k/a Bago, a/k/a Vago, a/k/a Gatito, a/k/a Christian Josue Lemus Alfaro; OMAR DEJESUS CASTILLO, a/k/a Lil Payaso, a/k/a Lil Slow; DOUGLAS DURAN CERRITOS, a/k/a Lil Poison, a/k/a Guason, a/k/a Lunche, a/k/a Guadalupe; MANUEL ERNESTO PAIZ GUEVARA, a/k/a Solitario, a/k/a Colita; JOSE DEL CID, a/k/a Duende; JESUS ALEJANDRO CHAVEZ, a/k/a Chuy; JUAN CARLOS MARQUEZ AYALA, a/k/a Skinny; ARAELY SANTIAGO VILLANUEVA, a/k/a Slow, a/k/a Lil Slow, a/k/a Spider; GENARO SEN GARCIA, a/k/a Gatuso

    Defendants

## ORDER

The court appoints Carmen D. Hernandez as lead counsel and Vernida Rochelle Chaney as co-counsel for the appellant pursuant to the provisions of 18 U.S.C. § 3599(c) and the Criminal Justice Act effective 09/16/2015.

Counsel is referred to the memorandum on **Case Budgeting and Payment of Court-Appointed Counsel Appointed in Appeals Arising Out of State or Federal Capital Convictions** for information on budgeting requirements, appointment terms, obtaining a fee exempt PACER account for electronic access to documents in CJA cases, redacting private and sensitive data from transcripts and other documents, and maintaining time and expense records. If counsel believes the costs of representation will exceed the court's average costs, as set forth in the memorandum, counsel must file a CJA budget proposal (ex parte) within 21 days of appointment using the entry Sealed Document. If counsel does not believe the costs of representation will exceed the court's average costs, counsel must file a statement to this effect within 21 days of appointment. If appointed counsel has not previously received CJA payments from the federal courts, or if their information has changed, counsel should complete the **CJA Taxpayer Identification Form**.

Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer, **www.ca4.uscourts.gov**.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk