# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

**UNITED STATES OF AMERICA**

v.                                                               Case No.: 1:14CR00306

**DOUGLAS DURAN CERRITOS,**

                                                                Defendant.

## DEFENDANT DOUGLAS DURAN CERRITOS'S THIRD MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

Counsel for Douglas Duran Cerritos, John A. Rockecharlie and Dwight Crawley, respectfully request permission to bring electronic devices, tablet and cell phone, into the Courthouse during the motion hearings currently scheduled for October 13, 14 and 15, 2015.

                                         Respectfully submitted,
                                         DOUGLAS DURAN CERRITOS

                        By: _____/s/_____
                                    Counsel

John A. Rockecharlie, Esq.
Bowen, Champlin, Foreman
& Rockecharlie, PLLC
1919 Huguenot Road
Richmond, Virginia 23235
VSB 27701
(804) 379-1900
(804)379-5407 (fax)
JRockecharlie@bowenlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

Julia K. Martinez, Esq.
Assistant United States Attorney
and
Stephen Campbell, Esq.
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

_____/s/_____