UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.  Case No.: 1:14CR00306

DOUGLAS DURAN CERRITOS,

Defendant.

### ORDER

Upon motion of counsel to bring electronic devices into the courthouse and for good cause shown it is hereby

**ORDERED** that counsel for Douglas Duran Cerritos, John A. Rockecharlie, Esq. and Dwight Crawley, Esq., may bring electronic devices, tablet and cell phone, into the Courthouse on October 13, 14 and 15, 2015 for hearings in this matter.

Entered:     /     /

_____
Gerald Bruce Lee, Judge