## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

UNITED STATES OF AMERICA

v.                                                   · Case No.: 1:14CR00306

DOUGLAS DURAN CERRITOS,

                                           Defendant.

### ORDER

Upon motion of counsel to bring electronic devices into the courthouse and for

good cause shown it is hereby

**ORDERED** that counsel for Douglas Duran Cerritos, John A. Rockecharlie, Esq.

and Dwight Crawley, Esq., may bring electronic devices, tablet and cell phone, into the

Courthouse on October 13, 14 and 15, 2015 for hearings in this matter.

Entered:  *10/ 1  , 2015*

                                            /s/
                        _____
                        Gerald Bruce Lee  .
                        United States District Judge
                        _____

                        Gerald Bruce Lee, Judge