IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



RECEIVED

2015 OCT -1 P 2: 22

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

CASE NO. 1:14CR306
CASE NAME: United States v. Pedro Romero Cruz, et al

TO: Prince William County Detention Center
9320 Lee Avenue
Manassas, VA 20110
Phone: (703) 792-6420
Fax: (703) 792-7576

YOU ARE HEREBY COMMANDED to surrender the body of: **Jaime Rosales Villegas, DOB: xx/xx/84, Prisoner No. 13-03934, Race: Hispanic, Sex: Male**, under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, or any other authorized law enforcement officer, so that his body will be before the **Honorable Gerald Bruce Lee, United States District Judge for the Eastern District of Virginia**, at the Courtroom of said Court, **in the City of Alexandria at 10:00 a.m., on the 13th day of October, 2015**, or at such other time as the Court may direct, in order for the prisoner to be present for a status hearing in this district. Upon completion of the hearing, the prisoner will be returned promptly to the custody of the Prince William County Detention Center.

1

WITNESS
The Honorable Gerald Bruce Lee
United States District Judge
at Alexandria, Virginia
This _____ day of _____, 2015

FERNANDO GALINDO
CLERK OF COURT

By: _____
Deputy Clerk

(AUSA Stephen M. Campbell: SMC)

Approved on September 30, 2015, by Bradley Marshall, Assistant Commonwealth Attorney, Prince William County Commonwealth Attorney's Office, 9311 Lee Avenue, #200, Manassas, VA 20110, Phone Number: (703) 792-6050.