AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Pedro Romero Cruz, et al<br>_____<br>*Defendant* | )<br>)<br>)  Case No. 1:14-CR-306<br>)<br>) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Vidal Jimenez Cedillo

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 601 |
|---|---|
| | Date and Time: 10/20/2015 @ 9:15 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   09/24/2015

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   United States of America
_____, who requests this subpoena, are:

AUSA Stephen M. Campbell
United States Attorney's Office
Eastern District of Virginia
Justin W. Williams, U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
Steve.Campbell@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:14-CR-306

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Vidal Jimenez Cedillo__
was received by me on *(date)* __9/24/15__.

☒ I served the subpoena by delivering a copy to the named person as follows: __Vidal Jimenez Cedillo__
on *(date)* __10/6/15__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/6/15__

__Vinct T. O'Neal__
Server's signature

__Vincent T. O'Neal, SDUSM__
Printed name and title

__E/VA, Alexandria__
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Pedro Romero Cruz, et al | ) | Case No. 1:14-CR-306 |
| | ) | |
| Defendant | ) | |

FILED
2015 OCT -7 P 1:34
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   David Jimenez

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 601 |
|---|---|
| | Date and Time: 10/20/2015 @ 9:15 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   09/24/2015

CLERK OF COURT

_____m C/ch_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   United States of America
_____, who requests this subpoena, are:

AUSA Stephen M. Campbell
United States Attorney's Office
Eastern District of Virginia
Justin W. Williams, U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
Steve.Campbell@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:14-CR-306

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: _Dennis Mersberger, Esq_ ___ _N. Pitt Street, Ste. 200, Alexandria, VA_ _____ on *(date)* _10/6/15_ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _10/6/15_

_Vincent T. O'Neal_
Server's signature

_Vincent T. O'Neal, SDUSM_
Printed name and title

_E/VA, Alexandria_
Server's address

Additional information regarding attempted service, etc: