IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

   v.         No. 1:14-CR-306 - GBL

**MANUEL ERNESTO PAIZ GUEVARA**,
   Defendant

## MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO COURTHOUSE

Manuel Ernesto Paiz Guevara, by counsel, moves this Court to enter an Order for defense attorneys W. Michael Chick, Jr. and David P. Baugh to bring electronic devices including computers, tablets and cell phones into the courthouse for the suppression hearing that will take place on **October 15, 2015**.

        Respectfully submitted,

        **MANUEL ERNESTO PAIZ GUEVARA**

   By: /s/ *W. Michael Chick, Jr.*
      W. Michael Chick, Jr. – VSB #70892
      *Attorney for the Accused*
      Law Offices of W. Michael Chick, Jr. PLLC
      10513 Judicial Drive, Suite 102
      Fairfax, Virginia  22030
      571.276.8279 (Phone)
      571.7484399 (Fax)
      mike@chicklawfirm.com

/s/            *David P. Baugh*
David P. Baugh, Learned Counsel
*Attorney for the Accused*
David P. Baugh, Esq., PLC
2025 East Main Street, Suite 108
Richmond, Virginia  23223
804.743.8111 (Phone)
804.477.3884 (Fax)
dpbaugh@dpbaugh.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was duly served via ECF, upon:

Stephen M. Campbell, Esq.
Julia K Martinez, Esq.
Tobias Tobler, Esq.
Assistant United States Attorneys
Eastern District of Virginia
2100 Jamison Avenue
Alexandria,Virginia 22314

And all other defendants in this matter by the Court's electronic filing system.

By: /s/        *W. Michael Chick, Jr.*
W. Michael Chick, Jr. – VSB #70892
*Attorney for the Accused*
Law Offices of W. Michael Chick, Jr. PLLC

10513 Judicial Drive, Suite 102
Fairfax, Virginia  22030
571.276.8279 (Phone)
571.7484399 (Fax)
mike@chicklawfirm.com