IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.                                                          No. 1:14-CR-306 - GBL

**MANUEL ERNESTO PAIZ GUEVARA,**
    Defendant

## MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO COURTHOUSE

Manuel Ernesto Paiz Guevara, by counsel, moves this Court to enter an Order for defense attorneys W. Michael Chick, Jr. and David P. Baugh to bring electronic devices including computers, tablets and cell phones into the courthouse for the suppression hearing that will take place on **October 15, 2015**.

Respectfully submitted,

**MANUEL ERNESTO PAIZ GUEVARA**

By:  /s/   *W. Michael Chick, Jr.*
W. Michael Chick, Jr. – VSB #70892
*Attorney for the Accused*
Law Offices of W. Michael Chick, Jr. PLLC
10513 Judicial Drive, Suite 102
Fairfax, Virginia  22030
571.276.8279 (Phone)
571.7484399 (Fax)
mike@chicklawfirm.com

MOTION GRANTED.

Entered this 13th day of Oct, 2015

/s/
Gerald Bruce Lee
United States District Judge