Date: 10-15-15   Judge: Lee   Reporter: Renecia Wilson

Time: 10:02 To 11:29; 11:46 –

*Interpreter: Ana Lefebvre, Maria Horvath, Angeles Estrada, Jaime de Castellvie — Spanish

UNITED STATES of AMERICA   Case Number: 1:14Cr306-008

vs.

Defendant's Name: Manuel Ernesto Paiz Guevara

Counsel for Government: Tobias Tobler, Stephen Campbell, Julia Martinez

Counsel for Defendant: David Baugh, William Chick

Matter called for: (✓) Motions   ( ) Setting Trial Date   ( ) Change of Plea Hrg.   ( ) Rule 35   ( ) Arraignment
D's Mot. to suppress evidence seized
( ) Magistrate Appeal   ( ) Sentencing   ( ) Rule 20 & Plea   ( ) Supervised Release Viol. Hrg.
( ) Pre-Indictment Plea   ( ) Plea   ( ) Other: _____

Defendant appeared: (✓) in person   ( ) failed to Appear (✓) with Counsel   ( ) without counsel   ( ) through counsel

Filed in open court: ( ) Information   ( ) Plea Agreement   ( ) Statement of Facts   ( ) Waiver of Indictment   ( ) Discovery Order

Arraignment & Plea:

( ) WFA   ( ) FA   ( )PG   ( )PNG   Trial by Jury: ( ) Demanded   ( ) Waived

___ Days to file Motions with Argument on ___ at ___

Defendant entered Plea of Guilty as to Count(s) ___ Court Accepted Plea ( )

Motion for Dismissal of Count(s) ___ ( ) by U.S.   ( ) by Deft.   ( ) Order entered   ( ) To Follow

Defendant directed to USPO for PSI: ( ) Yes   ( ) No

Case continued to ___ at ___ for: ( ) Jury Trial   ( ) Bench Trial   ( ) Sentencing

Rule 35: US' Rule 35 motion for reduction of sentence ( ) Granted   ( ) Denied;

Sentence of ___ months heretofore imposed is reduced to a term of ___

Probation/Supervised Release Hrg: Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release; Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.

Dft committed to custody of the US Atty General to serve a term of: ___ Months; ( ) Supervised Release terminated

US adduced evidence & rested. Heard, findings stated, and denied. Order to follow.

All Exhibits must be filed with the Clerk ___ days prior to trial.

Bond Set at: $___ ( ) Unsecured   ( ) Surety   ( ) Personal Recognizance
( ) Release Order Entered   (✓) Deft. Remanded   ( ) Deft. Released on Bond   ( ) Deft. Continued on Bond
Defendant is: (✓) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance