10-15-15

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST**

United States vs. Manuel Ernesto Paiz Guevara    CASE NO. 1:14cr306-008

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Gov't adduced evidence: |
| | | | | | 1. Raymond Eugene Betts, Fx. Co. P.D. Det. |
| | | | | | G1 + G2 marked |
| G1 | | | | | Photo - 7 small baggies seized |
| Obj overruled G2 | | 10/15/15 | ✓ | A | Photo of 7 small baggies inside the large bag |
| | | | | | Cross |
| | None | | No (part of) | | Affidavit ^for the search warrant used to refresh |
| ⊗ | | | ✓ | A | ("Report is attached to gov't response as Exhibit B") |
| ⊗ | | | ✓ | A | + Exhibit A |
| G3 | | | ✓ | | "Exhibit A" Affidavit in Support of Search Warrant |
| G4 | | | ✓ | | "Exhibit B" Incident Report |

Page 1 of 1 Pages