

GOVERNMENT
EXHIBIT



Case 1:14-cr-00306-GBL Document 495-1 Filed 09/22/15 Page 1 of 6 PageID# 2786

# EXHIBIT A



GOVERNMENT
EXHIBIT
3

# AFFIDAVIT
## IN SUPPORT OF A SEARCH WARRANT

Before the undersigned magistrate, in and for the County of Fairfax, Commonwealth of Virginia came this 15th day of August, **Detective R. E. Betts** of the Fairfax County Police Department, hereafter referred to as "Your Affiant". Your Affiant hereby swears and affirms that the information contained in this affidavit is true and correct to the best of his knowledge and belief.

Your Affiant is a duly appointed sworn police officer with the Fairfax County Police Department (FCPD), and has been as such since December 1999. Since 2007, Your Affiant has been assigned to the Gang Investigations Unit (GIU) which focuses on violent gangs operating in Fairfax County, Virginia. Your Affiant is also a deputized Task Force Officer with the Federal Bureau of Investigation (FBI) since 2009 and is assigned to a squad that investigates Criminal Enterprises and Violent Gangs for the Washington Field Office, Northern Virginia Resident Agency. Prior to joining the FCPD in 1999, Your Affiant attended Radford University earning a Bachelor of Science degree in Criminal Justice.

Your Affiant has received specialized training in the areas of search and seizure, search warrant preparation, and the gang/drug subculture throughout the 15 years with the police department. Your Affiant has participated in major criminal investigations related to gang/drug activity, including assault, destruction of property, firearm offenses, malicious wounding, narcotics trafficking, homicide, and numerous other criminal violations under state and federal law.

1

Your Affiant has conducted physical surveillance, interviewed informants and cooperating witnesses, prepared and executed search warrants and arrest warrants (both state and federal), analyzed phone and internet records, conducted court-authorized electronic surveillance, and participated in the arrest of gang members and drug traffickers. Through these investigations, Your Affiant has become knowledgeable about the enforcement of state and federal laws pertaining to gang/drug activities and racketeering enterprises. These criminal investigations have led to convictions in the Circuit Court, General District Court, and Juvenile Courts of Fairfax County, as well as the United States District Court for the Eastern District Court of Virginia.

Your Affiant is requesting a search warrant in relation to Section **18.2-255.2, Code of Virginia of 1950, as amended, to wit: Possession with the Intent to Distribute Marijuana within a School Zone.**

Your Affiant is requesting a search warrant for a cell phone found in possession of Ernesto Manuel Paiz Guevara aka Solitario. The cell phone is described as a CricKet cell phone, gray in color, Model #N8000, with MEID HEX# A0000037497153. Said phone is currently in the custody of the Fairfax County Police Department's property section after have been seized as evidence on May 15, 2014 at the time of Paiz Guevaras' extradition back to Fairfax County.

Your Affiant bases the request for a search warrant on the following material which constitutes probable cause. All information contained in this Search Warrant Affidavit is information which has either been spoken directly to Your Affiant or

2

information obtained by a Law Enforcement Official and relayed directly to Your Affiant.

On April 23, 2014, Your Affiant was in the area of 6024 Vista Dr, Falls Church (Fairfax County), VA, when Paiz Guevara was observed with 3 other known Mara Salvatrucha 13 member/associates. Your Affiant elected to conduct a consensual encounter with the group. Paiz Guevara was the second subject Your Affiant spoke to while dealing with the group. Your Affiant observed Paiz Guevara keeping his left arm suspiciously close to his left side as he walked towards me. Your Affiant also noticed a bulge in his left, sweatshirt pocket. Your Affiant believed Paiz Guevara to be armed with a weapon, so a Pat Down of the aforementioned area was conducted. As Your Affiant patted the area, Your Affiant felt hard lumpy objects, and heard the sound of plastic. Your Affiant immediately knew the item to be narcotics, and 7 jewelers' baggies containing marijuana was found inside a larger plastic ziplock baggie. The items were seized from Paiz Guevara's person. Paiz Guevara was informed that he would need to meet with Your Affiant at a later time for charging purposes. Paiz Guevara agreed, and was released on this date.

The narcotics were weighed, and field tested positive for marijuana. Your Affiant then packaged the items and met with a Fairfax County Magistrate to obtain an arrest warrant for Possession with the Intent to Distribute Marijuana within a School Zone due to the close proximity of school bus stops, and Bailey's Elementary School. The warrant was entered by the Warrant Desk. Paiz Guevara fled to Kansas City, MO, and was subsequently arrested at a later time. He was brought to the Jackson County Detention

Center in Kansas City, MO, and on May 15, 2014, Your Affiant (accompanied with Detective R. Allen with the Fugitive Task Force and Detective T. Heiden) picked up Paiz Guevara and extradited him back to Fairfax County, VA. Prior to leaving the detention center, Paiz Guevaras' possessions were turned over to Your Affiant. The aforementioned cell phone was one of the items, and it was determined that Paiz Guevara was in possession of said cell phone at the time of his arrest.

Based on Your Affiant's training and experience with narcotic distribution, along with those that are involved in this business, it is a known fact that drug dealers within these groups conspire and confederate to commit criminal actions with other members of their conspiracies. These members are also known to produce photographic images of their relationship with other distributors as well as documentary evidence in the form of telephone lists of clients and associates. In addition, it is Your Affiant's experience that drug dealers frequently utilize their cell phones to send text messages about criminal activity as opposed to talking on the phone due to their belief that law enforcement can not intercept such transmissions. This information would assist this investigation by confirming the subject's relationship and participation in the drug distribution business, and their criminal activities specifically related to the aforementioned violation of Section **18.2-255.2, Code of Virginia of 1950, as amended, to wit: Possession with the Intent to Distribute Marijuana within a School Zone.**

Based on the aforementioned facts and evidence, Your Affiant believes that there is evidence related to Section **18.2-255.2, Code of Virginia of 1950, as amended, to wit: Possession with the Intent to Distribute Marijuana within a School Zone**

4

located within the listed cell phone previously found in Ernesto Manuel Paiz Guevaras' possession at his arrest, and Your Affiant respectfully requests a search warrant be issued for the aforementioned described cell phone, as well as any related flash media, SIM card, or other media which is capable of storing magnetic, optical, and/or binary coding. Your Affiant further requests the search warrant include all electronic recordings including but not limited to photographs or video, voice recordings, text messages, call history, address books, account information, identifying numbers assigned to the device, email correspondence saved to the device, voice mails saved to the device, instant messages saved to the device, internet history or related web sites, notes, documents, backups, file systems, and the defeating of any electronic locks or internal safe guards designed to prevent any unauthorized user from accessing the electronic records. ~~It is further requested that permission be granted for the electronic device to be examined in it's entirety by the Fairfax County Police Department's Computer Forensics Unit, or other designate, to examine, capture, and produce any information contained within relative to criminal activity as referenced to the aforementioned facts.~~

_____
Detective R. E. Betts, Affiant

Subscribed and sworn before me this 15th day of August, 2014

_____          8/15/2014    1110
Magistrate                                              Date/ Time

5

# EXHIBIT B



# Incident Report

**Case Number: 2014-1130210**       **FAIRFAX COUNTY POLICE DEPARTMENT**       **Date Approved: 04/29/2014**

## Incident Information

| Date/Time | On ☑ | Date/Time | Date/Time | Officer | | EIN |
|---|---|---|---|---|---|---|
| 04/23/2014 16:53 | Between ☐ | 04/23/2014 16:53 WED | 04/23/2014 16:53 WED | | | |

| Incident Location | Supervising Officer | EIN | Date |
|---|---|---|---|
| ███████████████ | ███████████ | | 04/29/2014 |

| Organization | Patrol | Sub |
|---|---|---|
| DEPUTY CHIEF FOR PATROL | 411 | 516.03 |

| Disposition | Case Status |
|---|---|
| CLOSED BY ARREST | CLOSED/CLEARED |

| Weather and Light Conditions | Case Closed | Time |
|---|---|---|
| CLEAR/DAYLIGHT | ☐ Juvenile ☑ Adult | Received: 16:53  Arrived: 16:53  Cleared: 16:53 |

| Nature of Case |
|---|
| DRUGS - MARIJUANA POSSESS W/INT DIST |

## Events

**1**

| Description | Code | IBR | |
|---|---|---|---|
| DRUGS - MARIJUANA POSSESS W/INT DIST | DRUG-35A-5 | 35A | ☐ Att  ☑ Com |

| Alcohol, Drugs or Computers Used | Criminal Activity | Forced Entry | Weapons |
|---|---|---|---|
| ☐ Alcohol   ☐ Drugs   ☐ Computers | POSSESSING/CONCEALING | ☐ Yes ☑ No | 1. |
| | | | 2. |
| | | | 3. |

| Entry | Exit | | How Left Scene |
|---|---|---|---|
| | | | |

| Bias Motivation | Bias Target |
|---|---|
| | |

| Bias Circumstances | Hate Group |
|---|---|
| | |

| Security | Location Type |
|---|---|
| | APARTMENT/CONDO |

## Complaint

| Name Code | Seq. # | Name (Last, First, M) | Race | Sex | DOB | Age |
|---|---|---|---|---|---|---|
| Victim | 1 | Same as victim# 1 | | | | |

| Address | Home Phone | Cell Phone |
|---|---|---|
| | | |

| Employer Name/Address | Business Phone |
|---|---|
| | |

# Incident Report

**Case Number: 2014-1130210**       **FAIRFAX COUNTY POLICE DEPARTMENT**       **Date Approved: 04/29/2014**

## Victims

| Seq. # | Type | | | Residency Status | | Ethnicity | |
|---|---|---|---|---|---|---|---|
| 1 | SOCIETY/ PUBLIC | | | Resident | | | |

| Name(Last, First, M) | | Race | Sex | DOB | Age |
|---|---|---|---|---|---|
| COMMON WEALTH  OF VA | | UNKNOWN | UNKNOWN | | |

| Address | | Home Phone | Cell Phone |
|---|---|---|---|
| | | | |

| Employer Name/Address | Business Phone |
|---|---|
| | |

| Victim of Events | Justifiable Homicide ☐ | Circumstances Homicide/Agg Assault |
|---|---|---|
| 1 | | |

| Injuries |
|---|
| None |

| Type of Assignment | Type of Activity | Body Armor |
|---|---|---|
| | | |

## Offender

| Seq. # | Arrest Number | Type | Name(Last, First, M) |
|---|---|---|---|
| 1 | 2014018734 | INDIVIDUAL | PAIZ GUEVARA, ERNESTO MANUEL |

| Race | Sex | DOB | Age | Height | Weight | Hair | Eye |
|---|---|---|---|---|---|---|---|
| WHITE | MALE | ███ 1995 | 19 | 5'05" - 5'06" | 115 - 120 lbs | BLACK | BROWN |

| AKA |
|---|
| |

| Address | Home Phone | Cell Phone |
|---|---|---|
| ███████████████ | | ██████████ |

| Employer Name/Address | Occupation | Business Phone |
|---|---|---|
| | | |

| NOVARIS# | SSN |
|---|---|
| | |

| Scars, Marks, Tattoos or other distinguishing features |
|---|
| |

| Physical Characteristics |
|---|
| |

| Suspect Details |
|---|
| |

# Incident Report

**Case Number: 2014-1130210**        **FAIRFAX COUNTY POLICE DEPARTMENT**        **Date Approved: 04/29/2014**

## Other Persons Involved

| Seq. # | Type | | | | Name(Last, First, M) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INDIVIDUAL | | | | LEMUS CERNA, CHRISTIAN JOSUE  JUVENILE | | | | |

| Race | Sex | DOB | Age | Height | Weight | Hair | Eye |
|---|---|---|---|---|---|---|---|
| WHITE | MALE | 996 | 17 | 5'06" | 135 lbs | BLACK | BROWN |

**AKA**

| Address | Home Phone | Cell Phone |
|---|---|---|
|  |  |  |

| Employer Name/Address | Occupation | Business Phone |
|---|---|---|
|  |  |  |

| NOVARIS # | SSN |
|---|---|
|  |  |

**Scars, Marks, Tattoos or other distinguishing features**

**Physical Characteristics**

| Seq. # | Type | | | | Name(Last, First, M) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | INDIVIDUAL | | | | SANTIAGO VILLANUEVA, ARAELY  JUVENILE | | | | |

| Race | Sex | DOB | Age | Height | Weight | Hair | Eye |
|---|---|---|---|---|---|---|---|
| WHITE | MALE | 1996 | 17 | 5'04" | 130 lbs | BLACK | BROWN |

**AKA**
REAL NAME: VILLANUEVA, ARAELY

| Address | Home Phone | Cell Phone |
|---|---|---|
|  |  |  |

| Employer Name/Address | Occupation | Business Phone |
|---|---|---|
| JEB STUART HS      , 3301 PEACE VALLEY LANE | STUDENT | (703) 824-3900 |

| NOVARIS # | SSN |
|---|---|
|  |  |

**Scars, Marks, Tattoos or other distinguishing features**

**Physical Characteristics**

# Incident Report

**Case Number: 2014-1130210**  **FAIRFAX COUNTY POLICE DEPARTMENT**  **Date Approved: 04/29/2014**

## Other Persons Involved

| Seq. # | Type | | Name(Last, First, M) | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | INDIVIDUAL | | | | | JUVENILE | | |

| Race | Sex | DOB | Age | Height | Weight | Hair | Eye |
|---|---|---|---|---|---|---|---|
| WHITE | MALE | 1998 | 15 | 5'02" | 120 lbs | BROWN | BROWN |

**AKA**

| Address | | Home Phone | Cell Phone |
|---|---|---|---|
| | | | |

| Employer Name/Address | Occupation | Business Phone |
|---|---|---|
| | | |

| NOVARIS # | SSN |
|---|---|
| | |

**Scars, Marks, Tattoos or other distinguishing features**

**Physical Characteristics**

## Related Name Relationships

| COMMON WEALTH OF VA | is | RELATIONSHIP UNKNOWN | to | PAIZ GUEVARA, ERNESTO MANUEL |
|---|---|---|---|---|

## Property

| | Item - 826814 | | | Description | |
|---|---|---|---|---|---|
| | MARIJUANA | | | 7 SMALL BAGGIES OF GREEN LEAFY SUBSTANCE | |

| Quantity | Units of Measure | Value | Recovery Date | Teletype No |
|---|---|---|---|---|
| 3.00 | GRAM | $1.00 | | |

| Status | Jurisdiction Stolen/Recovered |
|---|---|
| SEIZED - DRUGS | |

| | Item - 831710 | | | Description | |
|---|---|---|---|---|---|
| | OTHER | | | CRICKET CELL PHONE IN BLUE CASE | |

| Quantity | Units of Measure | Value | Recovery Date | Teletype No |
|---|---|---|---|---|
| 1.00 | | $1.00 | 05/15/2014 | |

| Status | Jurisdiction Stolen/Recovered |
|---|---|
| EVIDENCE | |

# Incident Report

**Case Number: 2014-1130210**        **FAIRFAX COUNTY POLICE DEPARTMENT**        **Date Approved: 04/29/2014**

## Narrative

GIU2231-Investigation

While in the listed area, I observed 4 subjects outside of ▮▮▮ Vista Dr. I recognized one of them as Christian Lemus, and had previously stopped him back in January of this year on a subject stop. He was found in possession of cocaine and marijuana on that date (see Case # 2014-0100185), and had been observed selling narcotics to students getting off the school bus in the afternoon. I approached the group on this day, as Special Agent▮▮▮ (SA-FBI) along with Intelligence Analyst (IA)▮▮▮ acted as my cover officers. I was in a plain clothes capacity, with my badge of authority displayed on my belt. I first spoke to Lemus and inquired if he was in possession of any narcotics on this day. He denied that he was, and consented to a 'pat down' of his person. The pat down yielded negative results. I then advised Lemus that I was done with him and he could leave the area if he wished. Lemus elected to walk away.

Next, I observed one subject that appeared to be keeping his arms/hands tight to his waist area in a manner to conceal something, or to keep something from falling out of his clothing. Due to the recent shooting, stabbings, and other malicious woundings in the area, and the mannerisms the subject displayed, I conducted a pat down of the outer area of the subject's front stomach area. I patted the front, left side pocket of the subject's sweatshirt first because it was potruding out slightly more than the right side pocket, and I felt a lumpy substance, and heard the noise of a plastic baggie. Through my training and experience, I immediately knew the object to be narcotic contraband consistent with how narcotics are packaged. I reached into the pocket and removed a ziplock baggie containing 7 individually wrapped baggies of a green leafy substance that eminated with the odor consistent with Marijuana. I obtain the subject's information, and advised him that I would be allowing him to go home today, but that I will be obtaining a warrant at a later time. The subject was photographed and released, as was the final two subjects. I was familiar with all four subjects, and knew them to be MS13 associates/members.

I conducted a field test of the marijuana and it tested positive. On April 25, 2014, I obtained a Felony warrant for PWID within 1000 feet of the school on Ernesto Manuel Paiz Guevarra. An attempt for service was made in the evening of April 25th, but detectives were told that Paiz Guevarra does not reside there any longer. The warrant was turned over to the warrant desk and entered into the system.

The marijuana was packaged and placed in the designated after hour lockers.

Case held Inactive-Warrant on File

## Completed Forms

# Incident Report

**Case Number: 2014-1130210**          **FAIRFAX COUNTY POLICE DEPARTMENT**          **Date Approved: 05/27/2014**

## Supplement Information - Officer Supplement

| Supplement Date<br>05/21/2014 12:52:47 | On ☑<br>Between ☐ | Date/Time<br>04/23/2014  16:53  WED | Date/Time<br>04/23/2014  16:53  WED | Supplement Officer | | EIN |
|---|---|---|---|---|---|---|
| **Incident Location** | | | | **Supervising Officer** | EIN | Date |
| | | | | | | |
| **Organization**<br>DEPUTY CHIEF FOR PATROL | | **Patrol**<br>411 | | **Sub**<br>516.03 | | |

| Disposition<br>CLOSED BY ARREST | | Case Status<br>CLOSED/CLEARED | |
|---|---|---|---|
| **Weather and Light Conditions**<br>CLEAR/DAYLIGHT | | **Case Closed**<br>☐ Juvenile ☑ Adult | **Time**<br>Received: 16:53   Arrived: 16:53   Cleared: 16:53 |
| **Nature of Case**<br>DRUGS - MARIJUANA POSSESS W/INT DIST | | | |

## Supplement Notes

On 05/15/14 Ernesto Paiz Guevara was extradited from the State of Missouri. Detective ███████ , Detective ███████ ) and I picked Mr. Paiz Guevara (and Douglas Cerritos Duran) up at the Jackson County Detention Center (1300 Cherry St. Kansas City, MO.) and transported him back to Fairfax County. When we arrived back in Fairfax County both subjects where transported to the Massey Building. At this point Detective ███ informed me that he wanted to talk to the subjects and would served the warrants.

# Incident Report

**Case Number: 2014-1130210**   **FAIRFAX COUNTY POLICE DEPARTMENT**   **Date Approved: 07/11/2014**

## Supplement Information - Investigator Supplement

| Supplement Date 05/22/2014 16:06:41 | On ☑  Between ☐ | Date/Time 04/23/2014 16:53 WED | Date/Time 04/23/2014 16:53 WED | Supplement Officer | EIN |
|---|---|---|---|---|---|
| **Incident Location** | | | | **Supervising Officer** | EIN Date 303547 07/11/2014 |
| **Organization** DEPUTY CHIEF FOR PATROL | | **Patrol** 411 | | **Sub** 516.03 | |
| **Disposition** CLOSED BY ARREST | | | **Case Status** CLOSED/CLEARED | | |
| **Weather and Light Conditions** CLEAR/DAYLIGHT | | | **Case Closed** ☐ Juvenile ☑ Adult | **Time** Received: 16:53 Arrived: 16:53 Cleared: 16:53 | |
| **Nature of Case** DRUGS - MARIJUANA POSSESS W/INT DIST | | | | | |

## Supplement Notes

GIU2231-Investigation

On 5/15/14, Detective ____, Detective ____ and I extradited Paiz Guevara back from Kansas City, MO. We brought Paiz Guevara to the Massey Building, and SA ____ and I sat down with him for an interview at approximately 1855hrs. Paiz Guevara first discussed with us that he came to the United States a little over 2 yrs ago after his mom paid a coyote to bring him across the border. Paiz Guevara was caught by Immigration at the border, and put into a program since he was a juvenile. After he completed the program in California, ____ picked him up and brought him to Fairfax County. He was enrolled at ____ but was expelled. He is currently in a progam at a school in Annandale.

Paiz Guevara was asked about his employment, and he advised that he works construction in Kansas City, but could not remember the name of the company, or the name of his boss. He then changed his story and said that he went to Kansas City to work, and he only did it for 2-3 days before he was arrested. He also informed us that he used to work at Mashalls in Falls Church.

At this point, I eleced to Mirandize him before questioning him about his charge of PWID-Marijuana. With the assistance of SA ____ Miranda was provided to Paiz Guevara in Spanish. Paiz Guevara agreed to speak with us, but as I inquired about his criminal activities, he refused to be honest. I explained to him that if he wanted to talk, I need him to be honest. At that point, Paiz Guevara said he would rather not talk at the moment. Although, he did not ask for a lawyer, I elected to end the interview.

Case Closed by Arrest.

# ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| 1 ☐ Yes | 1 ☐ Yes |
| ☒ No | 2 ☐ No |

| 1 ORI # | 2 AGENCY NAME | 3a.ARREST # | 3b CASE # | 4 SFX |
|---|---|---|---|---|
| VA0290100 | Fairfax County Police Department | 2014018734 | 2014-1130210 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Paiz Guevara, Ernesto Manuel | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | 1 ☐ SCARS | 2 ☐ MARKS | 3 ☐ TATTOOS | 4 ☐ AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒M ☐F | 1☒W 2☐B 3☐A 4☐ | 5'05-5'06 | 115-120 | BRO | BLK | | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| El Salvador | _ _ _ | 995 | 19 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |
| | NCIC CLASS | | | | | | | | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO |
|---|---|---|
| 4110 Chain Bridge Rd Fairfax, Va 22030 | | ☐ IN STATE ☒ OUT STATE |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| 1☐DRUNK 3☐SOBER 2☒DRINKING 4☐DRUGS | 1☐YES 2☒NO | 1☐NONE 3☐OFFICER 2☐ARRESTEE | 1☐Y 2☒N | |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST TAKEN INTO CUSTODY | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 05/15/2014 | 21:02 1☐ 1.AM 2☐ 2.PM ☒MIL | S☐ M☐ T☐ W☒ T☐ F☐ S☐ | | 1☐YES 2☐NO ☐UNKNOWN |

| 46 CHARGE-1 ☒FEL 2☐MISD | 47 UCR CODE | 50 STATE CODE/LOCAL ORD. | 51 WARRANT # | DISPOSITION | 52 DATE ISSUED |
|---|---|---|---|---|---|
| Drug Sale On,near | 35A | 18.2-255.2 | 209066S | Guilty | |
| 48 CHARGE-2 1☐FEL 2☐MISD | 49 UCR CODE | 53 STATE CODE/LOCAL ORD. | 57 WARRANT # | DISPOSITION | 55 DATE ISSUED |
| 56 CHARGE-3 1☐FEL 2☐MISD | 57 UCR CODE | 60 STATE CODE/LOCAL ORD. | 61 WARRANT # | DISPOSITION | 62 DATE ISSUED |
| 58 CHARGE-4 1☐FEL 2☐MISD | 59 UCR CODE | 63 STATE CODE/LOCAL ORD. | 64 WARRANT # | DISPOSITION | 65 DATE ISSUED |

| 66 ARREST DISPOSITION | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|
| Cleared By Arrest | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|
| 78 VIN | | | | | 79 IMPOUNDED? 1☐YES 2☐NO | 80 STORAGE LOCATION/IMPOUND # | | |
| VEHICLE RELATED TO: | | | | | VEHICLE RELATION: | | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐CONTINUED IN NARRATIVE |
|---|---|

| 82 JUVENILE DISPOSITION: | 1☐ HANDLED AND RELEASED 2☐REF. TO JUVENILE COURT | 3☐ REF. TO WELFARE AGENCY 4☐ REF. TO OTHER POLICE AGENCY | 5☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 1☐AM 3☐MIL 2☐PM | | | |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE 1☐ YES 2☐ NO 3☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) | LOCAL USE |
|---|---|
| | STATE USE |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|
| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | | | |
| | | | | | | | ID # |

| | **117 DATE AND TIME OF ARREST** | | ☐ 1 AM | **118a. CASE #** | | **119 SFX** |
|---|---|---|---|---|---|---|
| **ADDITIONAL ARREST NARRATIVE CONTINUED** | 05/15/2014 | 21:02 | ☐ 2 PM ☒ MIL | 2014-1130210 | | |
| | | | | **118b. ARREST #** | | |
| | | | | 2014018734 | | |

**120 ADDITIONAL ARREST INFORMATION**