# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case no. 1:14-CR-306 GBL-8 |
| ) | |
| MANUEL E. PAIZ GUEVARA ) | |

## ORDER

### DEFENDANT'S MOTION FOR CERTIFIED SPANISH SPEAKING DEFENSE INTERPRETER AT TRIAL

CAME ON TO BE HEARD, the motion of defendant Manuel E. Paiz Guevara, for a certified Spanish interpreter to aid the defendant at trial. The court having reviewed the pleadings is of the opinion that the motion should be, and hereby is, GRANTED.

The interpreter is to be situated in the courtroom in a manner and position as to enable him or her to facilitate secure communications between counsel and defendant.

The interpreter is to be paid at the court's expense.

ENTER: _____        _____
                              United States District Judge

We ask for this :

_____
David P. Baugh, Esq.
W. Michael Chick, Jr. Esq.

**ATTORNEYS FOR DEFENDANT**