# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case no. 1:14-CR-306 GBL-8 |
| ) | |
| MANUEL E. PAIZ GUEVARA ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR CERTIFIED SPANISH SPEAKING DEFENSE INTERPRETER AT TRIAL**

DEFENDANT HAS MOVED for the appointment of a certified Spanish interpreter to assist the defendant during the course of the trial. The Spanish interpreter is to be under the rules of attorney and client privilege and all communications between defendant and his counsel are to be considered privileged.

A criminal defendant enjoys to right to effective assistance of counsel and the right to be secure in his communications with counsel.

A criminal defendant further enjoys the right to be present during all aspects of the trial pursuant to the Sixth Amendment of the United States Constitution and Rule 43 of the F. R. Crim. P. [i]

The defendant submits that the presence of the defendant while gagged by limitations of language and unable to communicate with his attorneys is a denial of his statutory and constitutional rights to be present and to effective assistance of counsel.

Defendant's motion should be, in all things, granted and leave be granted for defendant Manuel E. Paiz Guevara to secure the services of a certified Spanish interpreter, at court expense, with whatever communication devices necessary to permit the defendant and counsel to securely communicate during the trial.

Respectfully submitted,

**MANUEL E. PAIZ GUEVARA**

By: _____/S/_____


David P. Baugh, Esq.
Va. Bar No. 22528
2025 East Main Street, Suite 108
Richmond, Virginia 23224
804.743-8111
Email: dpbaugh@dpbaugh.com

W. Michael Chick, Jr. Esq.
Law Offices of W. Michael Chick, Jr.
10513 Judicial Drive, Suite 102
Fairfax, Virginia 22030
571.276.8279
Email: mike@chichlawfirm.com
**ATTORNEYS FOR DEFENDANT**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Motion for Designation of Law Enforcement Agencies was duly served, November 17, 2015, upon:

Stephen M. Campbell, Esq.
Julia K Martinez, Esq.
Assistant United States Attorneys
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314,

And all other defendants in this matter by the Court's electronic filing system.

/s/ David P. Baugh

**David P. Baugh**

---

[i] Rule 43, Defendant's Presence - (a) WHEN REQUIRED. Unless this rule, Rule 5 or Rule 10 provides otherwise, the defendant must be present at:
    (1) the initial appearance, the initial arraignment, and the plea:
    (2) every trail stage, including jury empanelment and the return of the verdict; and
    (3) sentencing.
      …