IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

      v.                                No. 1:14-CR-306 - GBL

PEDRO ANTHONY ROMERO CRUZ,
JOSE LOPEZ TORRES,
JAIME ROSALES VILLEGAS,
ALVIN GAITAN BENITEZ,
CHRISTIAN LEMUS CERNA,
OMAR DEJESUS CASTILLO,
DOUGLAS DURAN CERRITOS,
**MANUEL ERNESTO PAIZ GUEVARA**,
JOSE DEL CID,
JESUS ALEJANDRO CHAVEZ,
       Defendants

## MOTION TO SEVER AND CONTINUE

**CAME ON TO BE CONSIDERED**, the motion of defendant MANUEL ERNESTO PAIZ GUEVARA, for severance and continuance of this matter. The Court having considered the issue is of the opinion that the motion should be and hereby is GRANTED.

_____
Hon. Gerald Bruce Lee
United States District Court Judge

ENTERED THIS DATE OF: