EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION
FOR CONTINUANCE AND SEVERANCE
**UNDER SEAL**

**COMES NOW, MANUEL E. PAIZ GUEVARA,** hereinafter referred to as defendant and requests leave to file a Supplemental Motion for Continuance and Severance **UNDERSEAL.**

In support of the motion Movant would allege and prove the following:

1. Defendant has filed a Motion for Continuance and to Sever.

2. That the motivation for the motions is found in Learned Counsel's health issues.

3. That Defendant would desire to file the particulars of the health issues, medical evaluations, available procedures, scheduling issues for the medical procedure and reasonably predictable, reasonably foreseeable recuperative expectations and side effects.

1

4. That the anticipated or reasonably predictable period during which the side effects of the procedure and the description of the side effects might reveal to the court and record why Learned Counsel would not be able to provide defendant effective assistance of counsel for several months.

5. That the specifics and descriptions of the issues in paragraph 3, above, are indelicate and private, but necessary to the court and the record in assessing the requirement for continuance or, in the alternative, continuance and severance and the balancing calculus between the rights of the defendant, judicial economy and inconvenience to the United States.

6. That the rights of the defendant must supersede any issues of privacy or embarrassment of Learned Counsel.

**7.** Learned Counsel would feel more comfortable in accurately describing the available treatments and side effects, including the expected duration of such side effects if permitted to file **UNDER SEAL.**

8. That the specifics compelling the request for continuance or, in the alternative, continuance and severance would be necessary for appellate review.

WHEREFORE, premises considered, defendant moves for leave to file a Supplemental Motion for Continuance and Severance **UNDER SEAL.**

Respectfully submitted,

                                                MANUEL ERNESTO PAIZ GUEVARA

                              By:    _____(s)_____

David P. Baugh, Esq.
Va. Bar No. 22528
2025 East Main Street, Suite 108
Richmond, Virginia  23224
804.743-8111
Email: dpbaugh@dpbaugh.com


W. Michael Chick, Jr. Esq.
Law Offices of W. Michael Chick, Jr.
10513 Judicial Drive, Suite 102
Fairfax, Virginia  22030
571.276.8279
Email:  mike@chichlawfirm.com

## CERTIFICATE OF SERVICE

      THE UNDERSIGNED CERTIFIES that on February 1, 2016, a copy of the above and foregoing was delivered to the Clerk of the Court using the CM/ECF system, which sends notification of such filing (NEF) to the following:

    Stephan M. Campbell, Esq.
    Assistant United States Attorney
    Office of the United States Attorney
     for the Eastern District of Virginia
    2100 Jamieson Avenue
    Alexandria, Virginia  22314
    Steve.Campbell@usdoj.gov

    Julia Martinez, Esq.

Office of the United States Attorney
 for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia  22314
Julia.Martinez@usdoj.gov

And to counsel for all co-defendants in this matter.

                                      _____/s_____
                                      David P. Baugh
                                      Counsel for Defendant
                                      MANUEL E. PAIZ-GUEVARA