EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case no. 1:14-CR-306-GBL - 8 |
| ) | |
| MANUEL E. PAIZ GUEVARA ) | |

# ORDER
## MOTION FOR LEAVE TO FILE
## UNDER SEAL

**CAME ON THE BE HEARD,** The Motion for Leave to File a Supplemental Motion for Continuance and Severance UNDER SEAL.

The court having reviewed the pleadings is of the opinion that request for leave to file Under Seal should be, and hereby is, GRANTED.

Counsel for defendant may file such document UNDER SEAL, with such pleading plainly marked **"UNDER SEAL"** at beginning and end of such document, via United States Postal Service or similar posting to the Office of the Clerk for the Eastern District of Virginia, Alexandria Division.

ENTER _____              _____
                                                              Judge

We ask for this:

_____
David P. Baugh, Esq.
W. Michael Chick, Jr. Esq.
**ATTORNEYS FOR DEFENDANT**

1