EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

# ORDER

## MOTION FOR LEAVE TO FILE
## UNDER SEAL

**CAME ON THE BE HEARD,** The Motion for Leave to File a Supplemental

Motion for Continuance and Severance UNDER SEAL.

The court having reviewed the pleadings is of the opinion that request for

leave to file Under Seal should be, and hereby is, GRANTED.

Counsel for defendant may file such document UNDER SEAL, with such

pleading plainly marked **"UNDER SEAL"** at beginning and end of such document,

via United States Postal Service or similar posting to the Office of the Clerk for the

Eastern District of Virginia, Alexandria Division.

ENTER *February 2, 2016*

_____/s/_____

Gerald Bruce Lee

United States District Judge

Judge

We ask for this:

_____

David P. Baugh, Esq.

W. Michael Chick, Jr. Esq.

**ATTORNEYS FOR DEFENDANT**

1