IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Docket No.: 1:14-306-005 |
| | : | Hon. Gerald Bruce Lee |
| CHRISTIAN LEMUS CERNA, | : | Trial Date:  March 21, 2016 |
| | : | |
| Defendant | : | |

## MOTION TO ADOPT CO-DEFENDANT'S MOTIONS

COMES NOW the Defendant, Christian Lemus Cerna, by and through counsel, and hereby moves this Honorable Court for leave to join the following motions:

1. Motion to Sever Defendant or, Alternatively, Exclude Statements of Co-Defendants (Dkt. #627)

2. Motion for Disclosure of Recorded Calls and Corresponding Transcripts the Government Intends to Use at Trial (Dkt. #628)

3. Motion in Limine to Exclude Expert Testimony (Dkt. # 629).

                              Respectfully submitted,

                              CHRISTIAN LEMUS CERNA
                              By Counsel

                              _____/s/_____
                              CHRISTOPHER AMOLSCH
                              Virginia Bar No.: 43800
                              12005 Sunrise Valley Drive
                              Suite 200
                              Reston, Virginia 20191
                              (703) 969-2214
                              (703) 774-1201 (Fax)
                              chrisamolsch@yahoo.com

          _____/s/_____
KEVA J. MCDONALD
Virginia Bar No.: 72197
The Law Office of Keva J. McDonald
4000 Legato Road, Suite 1100
Fairfax, Virginia 22033
(703) 896-7669
(571) 335-0763 (fax)
kmcdonaldlaw@aol.com

          _____/s/_____
FRANK SALVATO
VirginiaBar No.: 30453
Salvato Law
1203 Duke Street
Alexandria, Virginia 22314
(703) 548-5000
(703) 739-0179 (fax)
frank@salvatolaw.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 12th day of February, 2016, I electronically filed the foregoing Motion to Adopt with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Stephen M. Campbell
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria Virginia 22314
Steve.Campbell@usdoj.gov

Julia Martinez
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria Virginia 22314
Julia.Martinez@usdoj.gov

2

Tobias Tobler
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria Virginia 22314
Tobias.Tobler@usdoj.gov