**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No.: 1:14cr306-007 (GBL) |
| ) | |
| ) | |
| DOUGLAS DURAN CERRITOS, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO ADOPT CO-DEFENDANTS' MOTIONS IN LIMINE

COMES NOW, the defendant, Douglas Duran Cerritos, by and through counsel, John Rockecharlie and Dwight Crawley, and hereby moves this Honorable Court for leave to join the following motions filed by co-defendants in this case:

1. Motion In Limine Other Crimes Evidence (Dkt # 626)

2. Motion to Sever Defendant or, Alternatively, Exclude Statements of Co-Defendants (Dkt # 627)

3. Motion for Disclosure of Recorded Calls and Corresponding Transcripts the Government Intends to Use at Trial (Dkt # 628)

4. Motion In Limine to Exclude Expert Testimony (Dkt # 629)

5. Motion 404(B) Evidence (Dkt # 630)

6. Motion for Disclosure (Dkt # 633)

Defendant reserves his opportunity to join or adopt other motions filed in his case in order to preserve all rights. This motion promotes some measure of judicial economy given the complexity of this case and the number of defendants charged.

          Respectfully submitted
          **DOUGLAS DURAN CERRITOS**

          /s/

          _____
          Dwight E. Crawley, Esq.
          VSB#43969
          Attorney for Douglas Duran Cerritos
          Law Office of Dwight E. Crawley
          601 Pennsylvania Ave., NW
          South Building-Suite 900
          Washington, DC 20004
          (202) 580-9794 Phone
          (202) 722-0246 Fax
          vadclawyer@gmail.com

          and

          /s/

          _____
          John A. Rockecharlie, Esq.
          VSB#27701
          Attorney for Douglas Duran Cerritos
          Bowen, Champlin, Foreman and Rockecharlie, PLLC
          1919 Hugenot Road
          Richmond, VA 23235
          (804) 379-1900 Phone
          (804) 379-5407 Fax
          **Jrockecharlie@bowenlawfirm.com**

## **CERTIFICATE**

I hereby certify that on this 12th day of February, 2016, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

/s/
_____
Dwight E. Crawley