IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | Case Nos. 1:14-cr-00306-GBL-5 |
| CHRISTIAN LEMUS CERNA, ) | 1:14-cr-00306-GBL-7 |
| DOUGLAS DURAN CERRITOS, ) | |
| ) | |
| Defendants. ) | |

# ORDER

This matter is before the Court on Defendants Christian Lemus Cerna and Douglas Duran Cerritos's Motions to Adopt Co-Defendants' Motions (Docs. 632, 642). Having reviewed the pleadings and for good cause shown,

**IT IS HEREBY ORDERED** that the motions (Docs. 632, 642) are **GRANTED**.

**IT IS SO ORDERED.**

ENTERED this ___ day of February, 2016.

Alexandria, Virginia
2/__/ 2016

/s/
Gerald Bruce Lee
United States District Judge