IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | Criminal Number: 1:14-CR-00306 |
| ) | Honorable Gerald B. Lee |
| DOUGLAS DURAN CERRITOS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This day came counsel for Douglas Duran Cerritos, John A. Rockecharlie, Esq., on his Motion to be relieved and it appearing proper so to do it is hereby

**ORDERED** that John A. Rockecharlie, Esq. is relieved of any further duties as counsel of record for Douglas Duran Cerritos.

**IT IS SO ORDERED.**

Entered this _16th_ day of February, 2016

Alexandria, Virginia

                                            /s/
                              Gerald Bruce Lee
                              United States District Judge
                                Gerald Bruce Lee
                                United States District Judge