# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> DOUGLAS DURAN CERRITOS ) <br> ) | Case No. 1:14-cr-00306-GBL-7 <br><br> NOTICE OF APPEARANCE |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant. Designation CJA Appointment.

Dated: February 17, 2016

                                                      Respectfully submitted,

                                                        /s/   *Joseph R. Conte*
                                                      Joseph R. Conte, Bar #21979
                                                      Counsel for Douglas Duran Cerritos
                                                      Law Office of J.R. Conte
                                                      400 Seventh St., N.W., #206
                                                      Washington, D.C. 20004
                                                      Phone:      202.638.4100
                                                      Fax:         202.628.0249
                                                      E-mail:     dcgunlaw@gmail.com

NOTICE OF APPEARANCE

Page No. 1

APPEARANCE EDVA.wpd 170547GMT-05 FEB16

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: (202) 638-4100
E-mail: dcgunlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing was served by the court's Case Management/Electronic Case Filing (CM/ECF) system this 17th day of February 2016.

    /s/ *Joseph R. Conte*
Joseph R. Conte, Bar #21979
Counsel for Douglas Duran Cerritos
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:		202.638.4100
Fax:		202.628.0249
E-mail:		dcgunlaw@gmail.com

NOTICE OF APPEARANCE

Page No. 2

APPEARANCE EDVA.wpd 170547GMT-05 FEB16

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: (202) 638-4100
E-mail: dcgunlaw@gmail.com