# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case no. 1:14-CR-306-GBL - 8 |
| | ) | |
| MANUEL E. PAIZ GUEVARA | ) | |

## ORDER

CAME ON TO BE CONSIDERED, this date, the Motion to Withdraw Nunc Pro Tunc filed by David P. Baugh, Esq., of Richmond, Virginia, learned counsel for the defendant. The court having considered the motion is of the opinion that the same should be, and hereby is, GRANTED.

MOVANT is permitted to withdraw as learned counsel for defendant, such order to be effective as of Thursday, February 4, 2016.

ENTER: February 19 2016

/s/
Gerald Bruce Lee
United States District Judge

I ask for this:

David P. Baugh, Movant

1