**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:14-cr-00306-GBL-7 |
| v. ) | |
| ) | **MOTION TO CONTINUE TRIAL AND ADOPT MOTIONS OF CODEFENDANTS** |
| DOUGLAS DURAN CERRITOS ) | |

COMES NOW, Douglas Duran Cerritos, through counsel, Dwight E. Crawley and Joseph R. Conte to respectfully request this Honorable Court to continue the current trial date and adopt the continuance motions by the codefendants specifically motions to continue the trial date filed by Omar De Jesus Castillo (Dkt No. 656), Jose Lopez Torres (Doc. No. 662) Pedro Anthony Romero Cruz (Doc. No. 666) and Alvin Gaitin Benitex (Dkt. No. 667). As grounds for this motion counsel would state:

1. The grounds for the continuance is spelled out in the above referenced motions.

2. Additionally undersigned counsel (Conte) has just recently (February 17, 2016) been added to the case and a new trial date will afford him additional time to prepare for trial.

WHEREFORE counsel respectfully requests that this motion be granted.

MOTION TO CONTINUE TRIAL DATE
AND ADOPT MOTIONS OF
CODEFENDANTS     Page 1

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: (202) 638-4100
Email: dcgunlaw@gmail.com

CONTINUE.wpd 251019GMT-05 FEB16

Respectfully submitted,

_____/s/   Dwight E. Crawley_____
Dwight E. Crawley
Counsel for Douglas Duran Cerritos
Law Office of Dwight Crawley
1300 I St NW
Suite 400
Washington, DC 20005
(703) 786-4004
Fax: (202) 722-0246
Email: vadclawyer@gmail.com


  _/s/   *Joseph R. Conte*_____
Joseph R. Conte, Bar #21979
Counsel for Douglas Duran Cerritos
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:       202.638.4100
Fax:          202.628.0249
E-mail:      dcgunlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing was served by the court's Case Management/Electronic Case Filing (CM/ECF) system this 25th day of February 2016.


   /s/ *Joseph R. Conte*_____
Joseph R. Conte, Bar #21979
Counsel for Douglas Duran Cerritos
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:       202.638.4100
Fax:          202.628.0249
E-mail:      dcgunlaw@gmail.com

MOTION TO CONTINUE TRIAL DATE
AND ADOPT MOTIONS OF
CODEFENDANTS     Page 2

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:  (202) 638-4100
Email: dcgunlaw@gmail.com

CONTINUE.wpd 251019GMT-05 FEB16

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26   MOTION TO CONTINUE TRIAL DATE                                    Joseph R. Conte
     AND ADOPT MOTIONS OF                                             400 Seventh St., N.W., #206
27   CODEFENDANTS     Page 3                                          Washington, D.C. 20004
                                                                      Phone:  (202) 638-4100
                                                                      Email: dcgunlaw@gmail.com
28   CONTINUE.wpd 251019GMT-05 FEB16