# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

UNITED STATES OF AMERICA    )
)
)    Case No. 1:14-cr-00306-GBL-7
v.    )
)
)
)    **ORDER**
)
DOUGLAS DURAN CERRITOS    )
_____ )

      This matter is before the Court on the defendant's <u>Motion to Continue Trial Date and Adopt Motions of Codefendants</u> and the court, having considered the motion and the record in the case it is this _____ day of _____ 2016,

      **ORDERED** that the defendant's motion should be and hereby is **GRANTED** and it is

      **FURTHER ORDERED** that the trial in this matter shall be continued until the _____ day of _____, 2016

      **SO ORDERED.**

_____
Gerald Bruce Lee
United States District Judge