IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:14-CR-306 |
| v. | ) | |
| | ) | The Honorable Gerald Bruce Lee |
| PEDRO ANTHONY ROMERO CRUZ, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ORDER

Upon motion of the government, and for good cause contained therein, it is hereby ORDERED that:

Counsel for the defendants may disclose the contents of any Jencks Act and Giglio materials produced by the government to their clients, but may not provide their clients with said documents or reproductions thereof.

At the request of the government and consistent with the ethical responsibilities of defense counsel, all Jencks Act, Giglio materials and reproductions thereof shall be returned to the United States Attorney's Office forthwith at the conclusion of the litigation of the case.

It is further ORDERED pursuant to FED. R. CRIM. P. 26.2, that no later than March 3, 2016, each defendant, by and through his counsel, shall produce to the government the statements of any witness, other than the defendant, who will testify on behalf of the defendant.

*February 26, 2016*

/s/
Gerald Bruce Lee
United States District Judge