IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case Nos. 1:14-cr-00306-GBL-1 |
| PEDRO ANTHONY ROMERO CRUZ, | ) | 1:14-cr-00306-GBL-2 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-00306-GBL-3 |
| JAIME ROSALES VILLEGAS, | ) | 1:14-cr-00306-GBL-4 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-5 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-6 |
| OMAR DE JESUS CASTILLO, | ) | 1:14-cr-00306-GBL-7 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-00306-GBL-8 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-9 |
| JOSE DEL CID, | ) | 1:14-cr-00306-GBL-10 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-11 |
| JUAN CARLOS MARQUEZ AYALA, | ) | 1:14-cr-00306-GBL-12 |
| ARAELY SANTIAGO VILLANUEVA, | ) | 1:14-cr-00306-GBL-13 |
| GENARO SEN GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendants' Motions to Adopt Defendant Omar Dejesus Castillo's Motion Continue Trial Date Motions (Docs. 662, 666, 667, 668 and 669). Having reviewed the pleadings and for good cause shown,

**IT IS HEREBY ORDERED** that the motions (Docs. 662, 666, 667, 668 and 669) are **GRANTED**.

**IT IS SO ORDERED.**

ENTERED this 26th day of February, 2016.

Alexandria, Virginia
2/26/2016

/s/
Gerald Bruce Lee
United States District Judge