IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>PEDRO ANTHONY ROMERO CRUZ, )<br>et al., )<br>)<br>Defendants )<br>)<br>) | Criminal No. 1:14-CR-306<br><br>The Honorable Gerald Bruce Lee |

## ORDER

Upon joint motion of the defendants, by and through their counsel, and the government, by and through its counsel, it is hereby,

ORDERED pursuant to FED. R. CRIM. P. 16(a), that:

The government shall permit the defendant to inspect and copy or photograph any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody, or control of the government, the existence of which is known, or by the exercise of due diligence may become known to the attorney for the government, and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at the trial.

It is further ORDERED that

The government shall disclose to the defendant no later than 15 business days before trial a written summary of testimony the government intends to use under Rules 702, 703, or 705, FEDERAL RULES OF EVIDENCE, at trial, unless the expert testimony is to be offered in response to a previously-noticed expert of a defendant, in which case the disclosure pursuant to this paragraph must be provided not later than ten business days prior to trial. This summary shall describe the witnesses' opinions, the bases and reasons therefor, and the witnesses' qualifications.

It is further ORDERED pursuant to FED. R. CRIM. P. 16(b), that upon government compliance with the foregoing,

The defendant shall permit the government to inspect and copy or photograph any results or reports of physical or mental examination and of scientific test or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends use in the defendant's case-in-chief at trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to his testimony.

The defendant shall disclose to the government no later than 15 business days before trial, a written summary of testimony the defendant intends to use under Rules 702, 703, and 705, FEDERAL RULES OF EVIDENCE, as evidence at trial unless the expert testimony is to be offered in response to a previously-noticed expert, in which case the disclosure pursuant to this paragraph must be provided not later than ten business days prior to trial. This summary shall

2

describe the witnesses' opinions, the bases and reasons therefor, and the witnesses' qualifications.

/s/
Gerald Bruce Lee
United States District Judge

The Honorable Gerald Bruce Lee
United States District Judge

Date: February 26, 2016
Alexandria, Virginia