**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:14-cr-00306-GBL-7 |
| v. ) | |
| ) | |
| ) | **MOTION FOR LEAVE TO BRING** |
| ) | **ELECTRONIC DEVICES TO** |
| DOUGLAS DURAN CERRITOS ) | **COURT** |

COMES NOW, counsel for Douglas Duran Cerritos, Dwight E. Crawley and Joseph R. Conte to respectfully request leave of this Honorable Court to bring electronic devices: computers, pads and cell phones into the courthouse/courtroom on March 2, 2016, for the motions hearing in this matter.  As grounds for this motion counsel would state that the devices will be used for note taking, reference and electronic calendars.

WHEREFORE counsel respectfully requests that this motion be granted.

MOTION FOR LEAVE TO BRING
ELECTRONIC DEVICES TO COURT
Page 1

CELL PHONES.wpd 010745GMT-05 MAR16

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:  (202) 638-4100
Email: dcgunlaw@gmail.com

Respectfully submitted,

\_\_\_\_/s/   Dwight E. Crawley_____
Dwight E. Crawley
Counsel for Douglas Duran Cerritos
Law Office of Dwight Crawley
1300 I St NW
Suite 400
Washington, DC 20005
(703) 786-4004
Fax: (202) 722-0246
Email: vadclawyer@gmail.com


  /s/   *Joseph R. Conte*_____
Joseph R. Conte, Bar #21979
Counsel for Douglas Duran Cerritos
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:        202.638.4100
Fax:            202.628.0249
E-mail:        dcgunlaw@gmail.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing was served by the court's Case Management/Electronic Case Filing (CM/ECF) system this 1st day of March 2016.


  /s/ *Joseph R. Conte*_____
Joseph R. Conte, Bar #21979
Counsel for Douglas Duran Cerritos
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:        202.638.4100
Fax:            202.628.0249
E-mail:        dcgunlaw@gmail.com

MOTION FOR LEAVE TO BRING
ELECTRONIC DEVICES TO COURT
Page 2

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:  (202) 638-4100
Email: dcgunlaw@gmail.com

CELL PHONES.wpd 010745GMT-05 MAR16