# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 1:14-cr-00306-GBL-7 |
| v. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| DOUGLAS DURAN CERRITOS ) | |

This matter is before the Court on the defendant's <u>Motion for Leave to Bring Electronic Devices to Court</u> and the court, having considered the motion and the record in the case it is this _____ day of _____ 2016,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the U.S. Marshals Service grant entry to the courthouse/courtroom to Mr. Dwight E. Crawley and Joseph R. Conte with electronic devices

**SO ORDERED.**

_____
Gerald Bruce Lee
United States District Judge