UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:14-cr-00306-GBL-7 |
| | ) |
| | ) **ORDER** |
| DOUGLAS DURAN CERRITOS | ) |
| | ) |

This matter is before the Court on the defendant's <u>Motion for Leave to Bring Electronic Devices to Court</u> and the court, having considered the motion and the record in the case it is this 1st day of March 2016,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the U.S. Marshals Service grant entry to the courthouse/courtroom to Mr. Dwight E. Crawley and Joseph R. Conte with electronic devices

**SO ORDERED.**

/s/
Gerald Bruce Lee
United States District Judge
Gerald Bruce Lee
United States District Judge