IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 14cr306 |
| | : | |
| JOSE LOPEZ TORRES, | : | |
| Defendant. | : | |

**MOTION TO JOIN DEFENDANT CHRISTIAN LEMUS CERNA'S RESPONSE TO GOVERNMENT'S NOTICE OF INTENT TO OFFER VIDEO GLORIFYING MS-13 AND GANG VIOLENCE**

Comes now the defendant, JOSE LOPEZ TORRES, by and through counsel and joins in the response of defendant Christian Lemus Cerna's in his objection (Dkt. 674) to the government's notice of intent to offer video glorifying MS-13 gang violence (Dkt. 639).

Respectfully submitted,
JOSE LOPEZ TORRES,
By Counsel

_____/S/_____
Robert L. Jenkins, Jr.
Bynum & Jenkins
901 North Pitt Street, Suite 320
Alexandria, VA  22314
703 309 0899 Telephone
703 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JOSE LOPEZ TORRES

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2016, I caused a true and accurate copy of the foregoing was not served on all counsel of record via ECF.

_____/S/_____
Robert L. Jenkins, Jr.
Bynum & Jenkins
901 North Pitt Street, Suite 320
Alexandria, VA  22314
703 309 0899 Telephone
703 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JOSE LOPEZ TORRES