*Portion held under seal @ Sidebar re: ∆ Torres.*

Date: 3-2-16   Judge: Lee   Reporter: Renecia Wilson
Time: 11:03 To 11:35   Interpreter: Maria Horvath & Eva DeRosiers } Spanish

UNITED STATES of AMERICA   Case Number: 1:14cr306-006

vs.

Omar DeJesus Castillo, et al.   Stephen Campbell, Julia Martinez, Tobias Tobler

Defendant's Name *joining in his motion.*   Counsel for Government *(Mr. Burnham to file a written waiver.)*

Counsel for Defendant: Charles Burnham / Robert Jenkins for Jose Lopez Torres *(present)*
Meredith Ralls / Katherine Martell for Omar DeJesus Castillo *see below*

Matter called for: (✓) Motions  ( ) Setting Trial Date  ( ) Change of Plea Hrg.  ( ) Rule 35  ( ) Arraignment
*(asks 6 mos. delay)*

( ) Magistrate Appeal  (✓) Sentencing  ( ) Rule 20 & Plea  ( ) Supervised Release Viol. Hrg.

( ) Pre-Indictment Plea  ( ) Plea  ( ) Other: _____

Defendant appeared: ( ) in person  ( ) failed to Appear  ( ) with Counsel  ( ) without counsel  ( ) through counsel

Filed in open court: ( ) Information  ( ) Plea Agreement  ( ) Statement of Facts  ( ) Waiver of Indictment  ( ) Discovery Order

Arraignment & Plea: Heard, findings stated, and granted as to exclusion of all the tapes by gov't (but ∆s can use them to the extent the ∆s can obtain transcripts that are translated & want to use them in their case. Mot. to cont. is denied.)

( ) WFA  ( ) FA  ( )PG  ( )PNG  Trial by Jury: ( ) Demanded  ( ) Waived

___ Days to file Motions with Argument on _____ at _____

Defendant entered Plea of Guilty as to Count(s) _____ Court Accepted Plea

Motion for Dismissal of Count(s) _____ ( ) by U.S. ( ) by Deft. ( ) Order entered ( ) To Follow

Defendant directed to USPO for PSI: ( ) Yes  (✓) No

Case continued to _____ at _____ for: ( ) Jury Trial ( ) Bench Trial ( ) Sentencing

Rule 35: US' Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____

Probation/Supervised Release Hrg: Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release; Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.

Dft committed to custody of the US Atty General to serve a term of: ___ Months; ( ) Supervised Release terminated

1) Motion to cont. the trial - denied.
2) Motion Regarding Recent Discovery - granted.

All Exhibits must be filed with the Clerk ___ days prior to trial.

Bond Set at: $ _____ ( ) Unsecured  ( ) Surety  ( ) Personal Recognizance
( ) Release Order Entered  (✓) Defts Remanded  ( ) Deft. Released on Bond  ( ) Deft. Continued on Bond
Defendants *are*: (✓) In Custody ( ) Summons Issued ( ) On Bond ( ) Warrant Issued ( ) 1st appearance

& Joseph Conte / Dwight Crawley for ∆ Douglas Duran Cerritos;  *(Asks to exclude phone calls)*
Amy Austin for ∆ Alvin Gaitan Benitez;
Christopher Amolsch, Frank Salvato & Keva McDonald for Christian Lemus Alfaro.
Jerome Aquino for ∆ Jesus Alejandro Chavez - Asks 90 days.