IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEDRO ANTHONY ROMERO CRUZ, | ) | Case Nos. 1:14-cr-00306-GBL-1 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-00306-GBL-2 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-4 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-5 |
| OMAR DEJESUS CASTILLO, | ) | 1:14-cr-00306-GBL-6 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-00306-GBL-7 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-10 |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AMENDED ORDER**

This matter is before the Court on Defendant Omar Dejesus Castillo, Pedro Romero Anthony Cruz, Jose Lopez Torres, Alvin Gaitan Benitez, Douglas Duran Cerritos, and Jesus Alejandro Chavez's Motion to Continue Trial (Doc. 656), Defendant Christian Lemus Cerna's Motion Regarding Recent Discovery (Doc. 686), and the Government's Requests for Clarification of Court Order (Docs. 701, 704). For the reasons stated in open court on March 2, 2016.

**IT IS HEREBY ORDERED** that Defendants' Motion to Continue Trial (Doc. 656) is **DENIED**;

**IT IS FURTHER ORDERED** that the Government's Request for Clarification of Court Order (Doc. 701) is **GRANTED**; and

**IT IS FURTHER ORDERED** that Defendant Christian Lemus Cerna's Motion Regarding Recent Discovery (Doc. 686) is **GRANTED**. Specifically, the Government may not

use any of the approximately 920 phone calls produced on February 12, 2016 in its case-in-chief, for cross-examination purposes, or in rebuttal. Defendants, however, may use these phone calls in their case-in-chief, for cross-examination purposes, and in rebuttal to the extent that the phone calls can be translated by the time of trial[1]. If Defendants use any of these phone calls during cross-examination, the Government may use these phone calls in rebuttal.

**IT IS FURTHER ORDERED** that the Government provide Defendants with transcripts of the approximately 920 phone calls involving Government witnesses it intends to call at trial.

**IT IS SO ORDERED**.

ENTERED this 2nd day of March, 2016.

Alexandria, Virginia
3/ 2/ 2016

                                               /s/
                                         Gerald Bruce Lee
                                         United States District Judge

---

[1] On February 23, 2016, the Court granted Defendant Gaitan Benitez's Motion for Additional Funds for Interpreters to translate the phone calls disclosed by the Government on February 15, 2016.