IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:14-CR-306 |
| v. ) | |
| ) | The Honorable Gerald Bruce Lee |
| PEDRO ANTHONY ROMERO CRUZ, *et al.* ) | |
| ) | Trial Date: March 21, 2016 |
| Defendants. ) | |
| ) | |

GOVERNMENT'S MOTION TO USE
ELECTRONIC COURTROOM PRESENTATION EQUIPMENT

The United States of America hereby moves this Honorable Court to allow the parties to use computer equipment, document camera equipment, audio devices, and/or TV/DVD combination equipment in the courtroom to publish admitted exhibits, as permitted by the Court, at the upcoming trial in the above-captioned matter.

Respectfully Submitted,

Dana J. Boente
United States Attorney

              /s/
Stephen M. Campbell
Julia K. Martinez
Tobias D. Tobler
Assistant United States Attorneys
Counsel for the Government
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314
(703) 299-3700
(703) 739-9556 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that on the 5th of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to counsel of record.

                                        /s/
                           Tobias D. Tobler
                           Assistant United States Attorney
                           Justin W. Williams U.S. Attorney's Building
                           2100 Jamieson Ave.
                           Alexandria, VA 22314
                           Tel: (703) 299-3700
                           Fax: (703) 299-3981
                           tobias.tobler@usdoj.gov