IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | No. 1:14-CR-306 |
| v. | ) ) | The Honorable Gerald Bruce Lee |
| PEDRO ANTHONY ROMERO CRUZ, *et al.* | ) ) | Trial Date: March 21, 2016 |
| Defendants. | ) ) |  |

## ORDER

The motion of the United States to allow the parties to use computer equipment, document camera equipment, audio devices, and/or TV/DVD combination equipment in the courtroom to publish admitted exhibits, as permitted by the Court, is hereby GRANTED.

The clerk shall send copies of this order to all counsel of record.

_____
The Honorable Gerald Bruce Lee
United States District Judge

Date: _____
Alexandria, Virginia