IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:14-CR-306 |
| v. ) | |
| ) | The Honorable Gerald Bruce Lee |
| PEDRO ANTHONY ROMERO CRUZ, *et al.* ) | |
| ) | Trial Date: March 21, 2016 |
| Defendants. ) | |
| ) | |

GOVERNMENT'S PROPOSED VOIR DIRE

In addition to the Court's standard *voir dire* questions, the United States of America respectfully requests that the Court pose the following questions to prospective jurors:

1.  Do any of you speak Spanish? If so, what is your ability level? (*i.e.*, proficient, fluent, or other)?

2.  In this case, you may hear testimony through Spanish-language interpreters, and you may hear recordings in Spanish that have been transcribed into English by interpreters. You may also view materials translated from Spanish into English by interpreters. Would you have any problem deferring to the interpretation provided by these interpreters, even if you can understand the Spanish-language testimony, recordings, and/or documents without the interpreter's assistance?

Respectfully Submitted,

Dana J. Boente
United States Attorney

           /s/
Stephen M. Campbell
Julia K. Martinez
Tobias D. Tobler
Assistant United States Attorneys
Counsel for the Government
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314
(703) 299-3700
(703) 739-9556 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 5th of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to counsel of record.

                                                  /s/
                                       Tobias D. Tobler
                                       Assistant United States Attorney
                                       Justin W. Williams U.S. Attorney's Building
                                       2100 Jamieson Ave.
                                       Alexandria, VA 22314
                                       Tel: (703) 299-3700
                                       Fax: (703) 299-3981
                                       tobias.tobler@usdoj.gov