IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:14-CR-306 |
| v. | ) | |
| | ) | Conspiracy to Commit Murder in Aid |
| PEDRO ANTHONY ROMERO CRUZ, | ) | of Racketeering |
|     a/k/a Payaso, | ) | 18 U.S.C. § 1959(a)(5) |
|     (Counts One, Three) | ) | (Count One) |
| | ) | |
| JOSE LOPEZ TORRES, | ) | Attempted Murder in Aid of Racketeering |
|     a/k/a Grenas, | ) | 18 U.S.C. §§ 1959(a)(5) and 2 |
|     a/k/a Peluca, | ) | (Count Two) |
|     a/k/a Peluquin, | ) | |
|     (Counts One, Two, Three, Four) | ) | Possession of a Firearm in Furtherance of |
| | ) | a Crime of Violence |
| OMAR DEJESUS CASTILLO, | ) | 18 U.S.C. §§ 924(c)(1)(A), (B)(i), and 2 |
|     a/k/a Lil Payaso, | ) | (Count Three) |
|     a/k/a Lil Slow, | ) | |
|     (Counts Four, Six) | ) | Murder in Aid of Racketeering |
| | ) | 18 U.S.C. §§ 1959(a)(1) and 2 |
| ALVIN GAITAN BENITEZ, | ) | (Count Four) |
|     a/k/a Pesadilla, | ) | |
|     a/k/a Lil Pesadilla, | ) | Accessory After the Fact |
|     a/k/a Lil Tuner, | ) | 18 U.S.C. § 3 |
|     a/k/a Tooner, | ) | (Count Five) |
|     a/k/a Lil Tunnel, | ) | |
|     (Counts Five, Six) | ) | Murder in Aid of Racketeering |
| | ) | 18 U.S.C. §§ 1959(a)(1) and 2 |
| DOUGLAS DURAN CERRITOS, | ) | (Count Six) |
|     a/k/a Lil Poison, | ) | |
|     a/k/a Guason, | ) | Murder in Aid of Racketeering |
|     (Counts Four, Six) | ) | 18 U.S.C. §§ 1959(a)(1) and 2 |
| | ) | (Count Seven) |
| CHRISTIAN LEMUS CERNA, | ) | |
|     a/k/a Leopardo, | ) | Use of a Firearm During a Crime of |
|     a/k/a Guepardo, | ) | Violence Causing Death |
|     a/k/a Gatito, | ) | 18 U.S.C. §§ 924(c) and (j)(1) |
|     a/k/a Bago, | ) | (Count Eight) |
|     a/k/a Vago, | ) | |
|     a/k/a Christian Josue Lemus Alfaro, | ) | Felon in Possession of a Firearm |
|     (Count Six) | ) | 18 U.S.C. § 922(g)(1) |
| | ) | (Count Nine) |

| | |
|---|---|
| MANUEL ERNESTO PAIZ GUEVARA, | ) |
|     a/k/a Solitario, | ) |
|     a/k/a Colita, | ) |
|     (Count Six) | ) |
| | ) |
| JESUS ALEJANDRO CHAVEZ, | ) |
|     a/k/a Chuy, | ) |
|     a/k/a Taliban, | ) |
|     a/k/a Taliman, | ) |
|     (Counts Seven, Eight, Nine) | ) |
| | ) |
|     Defendants. | ) |

## GOVERNMENT'S PROPOSED VERDICT FORM

### I.  Count One—Conspiracy to Commit Murder in Aid of Racketeering

As to Count One, Conspiracy to Commit Murder in Aid of Racketeering, we, the jury, find the defendant **PEDRO ANTHONY ROMERO CRUZ**, also known as "Payaso,"

_____		Guilty

_____		Not Guilty

As to Count One, Conspiracy to Commit Murder in Aid of Racketeering, we, the jury, find the defendant **JOSE LOPEZ TORRES**, also known as "Grenas," also known as "Peluca," also known as "Peluquin,"

_____		Guilty

_____		Not Guilty

## II. Count Two—Attempted Murder in Aid of Racketeering

As to Count Two, Attempted Murder in Aid of Racketeering, we, the jury, find the defendant **JOSE LOPEZ TORRES**, also known as "Grenas," also known as "Peluca," also known as "Peluquin,"

_____ Guilty

_____ Not Guilty

## III. Count Three—Possession of a Firearm in Furtherance of a Crime of Violence

As to Count Three, Possession of a Firearm in Furtherance of a Crime of Violence, we, the jury, find the defendant **PEDRO ANTHONY ROMERO CRUZ**, also known as "Payaso,"

_____ Guilty

_____ Not Guilty

As to Count Three, Possession of a Firearm in Furtherance of a Crime of Violence, we, the jury, find the defendant **JOSE LOPEZ TORRES**, also known as "Grenas," also known as "Peluca," also known as "Peluquin,"

_____ Guilty

_____ Not Guilty

## IV.     Count Four—Murder in Aid of Racketeering

As to Count Four, Murder in Aid of Racketeering, we, the jury, find the defendant **JOSE LOPEZ TORRES**, also known as "Grenas," also known as "Peluca," also known as "Peluquin,"

_____        Guilty

_____        Not Guilty

As to Count Four, Murder in Aid of Racketeering, we, the jury, find the defendant **OMAR DEJESUS CASTILLO**, also known as "Lil Payaso," also known as "Lil Slow,"

_____        Guilty

_____        Not Guilty

As to Count Four, Murder in Aid of Racketeering, we, the jury, find the defendant **DOUGLAS DURAN CERRITOS**, also known as "Lil Poison," also known as "Guason,"

_____        Guilty

_____        Not Guilty

## V.      Count Five—Accessory After the Fact

As to Count Five, Accessory After the Fact, we, the jury, find the defendant **ALVIN GAITAN BENITEZ**, also known as "Pesadilla," also known as "Lil Pesadilla," also known as "Lil Tuner," also known as "Tooner," also known as "Lil Tunnel,"

_____        Guilty

_____        Not Guilty

### VI.     Count Six—Murder in Aid of Racketeering

As to Count Six, Murder in Aid of Racketeering, we, the jury, find the defendant **OMAR DEJESUS CASTILLO**, also known as "Lil Payaso," also known as "Lil Slow,"

_____        Guilty

_____        Not Guilty

As to Count Six, Murder in Aid of Racketeering, we, the jury, find the defendant **ALVIN GAITAN BENITEZ**, also known as "Pesadilla," also known as "Lil Pesadilla," also known as "Lil Tuner," also known as "Tooner," also known as "Lil Tunnel,"

_____        Guilty

_____        Not Guilty

As to Count Six, Murder in Aid of Racketeering, we, the jury, find the defendant **DOUGLAS DURAN CERRITOS**, also known as "Lil Poison," also known as "Guason,"

_____        Guilty

_____        Not Guilty

As to Count Six, Murder in Aid of Racketeering, we, the jury, find the defendant **CHRISTIAN LEMUS CERNA**, also known as "Leopardo," also known as "Guepardo," also known as "Gatito," also known as "Bago," also known as "Vago," also known as "Christian Josue Lemus Alfaro,"'

_____        Guilty

_____        Not Guilty

5

As to Count Six, Murder in Aid of Racketeering, we, the jury, find the defendant **MANUEL ERNESTO PAIZ GUEVARA**, also known as "Solitario," also known as "Colita,"

_____        Guilty

_____        Not Guilty

### VII.    Count Seven—Murder in Aid of Racketeering

As to Count Seven, Murder in Aid of Racketeering, we, the jury, find the defendant **JESUS ALEJANDRO CHAVEZ**, also known as "Chuy," also known as "Taliban," also known as "Taliman,"

_____        Guilty

_____        Not Guilty

### VIII.    Count Eight—Use of a Firearm During a Crime of Violence Causing Death

As to Count Eight, Use of a Firearm During a Crime of Violence Causing Death, we, the jury, find the defendant **JESUS ALEJANDRO CHAVEZ**, also known as "Chuy," also known as "Taliban," also known as "Taliman,"

_____        Guilty

_____        Not Guilty

### IX.     Count Nine—Felon in Possession of a Firearm

As to Count Nine, Felon in Possession of a Firearm, we, the jury, find the defendant **JESUS ALEJANDRO CHAVEZ**, also known as "Chuy," also known as "Taliban," also known as "Taliman,"

_____		Guilty

_____		Not Guilty


_____		_____
FOREPERSON					DATE

Respectfully Submitted,

Dana J. Boente
United States Attorney

        /s/

Stephen M. Campbell
Julia K. Martinez
Tobias D. Tobler
Assistant United States Attorneys
Counsel for the Government
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314
(703) 299-3700
(703) 739-9556 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 5th of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to counsel of record.

/s/
Tobias D. Tobler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3700
Fax: (703) 299-3981
tobias.tobler@usdoj.gov