**BURNHAM & GOROKHOV, PLLC**

1424 K Street NW, Ste 500, Washington DC 20005
Telephone: 202-386-6920  Facsimile: 202-765-2173

Charles Burnham, Esq.

*Licensed to practice in Virginia and the District of Columbia*

March 11, 2016

Clerk's Office
US District Court
401 Courthouse Square
Alexandria, VA 22314

VIA COURIER

    Re: United States v. Cruz et al. 1:14cr306

Dear Sir or Madam:

We respectfully request the clerk to issue ten blank subpoenas in this case. I have enclosed thirty filled out copies of the subpoena form. Please return the subpoenas to the courier who has delivered this letter. Thank you and please contact me on my cell phone if you have any questions – 703-980-9066.

Sincerely,

Charles Burnham, Esq.
Burnham & Gorokhov, PLLC

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Cruz et al. | ) | Case No. 1:14cr306 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: US District Court<br>401 Courthouse Sq.<br>Alexandria, VA 22314 | Courtroom No.: 10 |
|---|---|
| | Date and Time: March 21, 2016 at 10am until the end |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Pedro Romero Cruz** _____, who requests this subpoena, are:

Charles Burnham
Burnham & Gorokhov, PLLC
1424 K Street NW
Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com
202-386-6920

Case No. 1:14cr306

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: