# EXHIBIT 2

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



601 4th Street NW
Washington, D.C. 20535

| | |
|---|---|
| File Number: | 245D-WF-3410065 |
| Requesting Official(s) and Office(s): | SA Fernando Uribe, WFO |
| Task Number(s) and Date Completed: | 419122, 7/8/2015 |
| Name and Office of Linguist(s): | CLM Vania Vargas, WFO |
| Name and Office of Reviewer(s): | CL Ramón Aguilar, WFO |
| Source Language(s): | Spanish |
| Target Language: | English |

Source File Information
  Name of Audio File or CD:        703-862-8582 2014-01-26 20-38-53 00192-001
        –Call Number:            192
        –Date, Time, Duration:    1/26/2014, 20:38:53, 11:46
        –Target Number:        703-855-2796
        –Direction, Number:     Outgoing to 703-855-2796

VERBATIM TRANSLATION

Participants:
      Junior          JR
      Omar de Jesus Castillo, a.k.a. Little Payaso  OC

UNCLASSIFIED

UNCLASSIFIED

Abbreviations:

| | |
|---|---|
| *Italics* | *Spoken in English* |
| [ ] | Translator's Note |
| PH | Phonetic |
| UI | Unintelligible |
| OV | Overlapping Conversation |

[TN: The voices of children are overheard in the background throughout the conversation.
]

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-26 20-38-53
Call number: 192

[phone rings]

[clears throat.]

JR:      Hello.

OC:     What's up?

JR:      What's up with you?

OC:     What are you doing?

JR:      Nothing, here at home and you?

OC:     Same thing, here at home.

JR:      Fuck that crazy shit - - those homies say that the police just came up on them, man.

OC:     No, look - - it showed up as we were passing by - - it was at the exact moment we moved, man.

JR:      Ooh.

OC:     You wouldn't believe that the homie said, "Wait for me here.  I'm going to get the car." He said - -

JR:      [OV] Uh-huh.

OC:     - - and he left, right? - - but - - since we had not gotten there, you know what I mean? - - and - - I told that homie, "no man - - If you want,  let's go over there." I told him, "It seems that, that homie is over there" - - and we left, right?.

JR:      Uh-huh.

OC:     And we started to walk, dude - - and we had already walked about - - about some, about some - - you know, a couple of meters, you know? - - and fuck - - wham . . . the police shows up right there, you know what I mean? - - and fuck, we picked up our pace, you know what I mean? - - and wham, we hid in the *building*, you know what I mean? - - and we waited there for the homie to show up, you know what I mean? - - and since the homie didn't see us out front he kept on going to look for us there - - around where he had the car.

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-26 20-38-53
Call number: 192

JR:     [OV]  The thing is - - the thing is that maybe the police saw too many from the Mara and that is why he stopped - - *man* - - that's what I say *man*.

OC:     Yeah man. The thing is that the whole group was out front.

JR:     Yes, man - - too many homies, too many.

OC:     Too, too much color, you know?

JR:     Fuck, yes - - that is why I, I said no man - - I stayed here - - it's even worse in those - - in those busy streets dude - - no man, I had to take off.

OC:     Yeah, man - - ah, then at that moment - - you know?  We were on our way back - - they had them there - - there, you know? - - Little Payaso - - know what I mean? They had other dudes there, you know? And they were checking - -

JR:     [OV] But they let everyone go, man.

OC:     - - him - - huh?

JR:      They let everybody go.

OC:     They let them go?

JR:     Yeah, man - - all of them.

OC:     [pause] Oh, okay.

JR:     Yes.

OC:     Alright.

JR:     Yeah, but fuck - - that's some crazy shit, man.

OC:     Yeah, man.

JR:     Crazy shit dude - - because - - fuck man . . . and that Payaso - - is just that Payaso - - you saw, right man? - - that, that - - no man - -you guys are messed up. Imagine, I jump and the dude jumps, don't fuck, he'll stab me. I mean, don't fuck around mother-fucker, you are a mess.

        [pause]

OC:     Homie, I was behind you homie.

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-26 20-38-53
Call number: 192

| | |
|---|---|
| JR: | Oh, you were behind me . . . Oh, behind me? |
| OC: | Yes man when you were there, you know, I stood up and went behind you and Guason was there too. |
| JR: | Oh, I didn't see you [plural] but.  But did you see? He didn't say anything to me, man? |
| OC: | No, that is why I - - that is why I said, you know what I mean? - - when you were talking there I said, "This is some real shit, take it away from him." I said. You know - - I was there, you know? . . . Any . . . if I - - If I saw that - - any dude - - , you know? . . . I - - I was going to stretch him - - and see what's up - - I was not just going to stay there - - you know? |
| JR: | [OV] Yeah - - yeah man, man.  Right. |
| OC: | [OV] Yeah, but there I was standing, right next to you. |
| JR: | Fuck - - but they took out a gun, man. |
| OC: | Yeah, man. |
| JR: | That is some serious shit.  Imagine - - saying that we wanted to - - that dude said - - we wanted to hit him, man. |
| OC: | Imagine the big lie those homies are making up, man. |
| JR: | Yeah, no man - - you know to kick a homeboy within the clique is one thing - - but at the general one is different - - you know what I mean? |
| OC: | Yeah. |
| JR: | Then that's another problem - - you know?  But, but - - that thing will backfire, you know what I mean?  You'll see, in the long run it will backfire, you know? |
| OC: | Yes, homie. |
| JR: | Yeah, man. But . . . it is fucked up. |
| OC: | Son of a bitch - - that mess is fucked. |
| JR: | [OV] Fuck and, and, and, and, and you [plural] - - how did you do  with - - with Lloron, man?  Did you ask down there for the okay or what? |

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-26 20-38-53
Call number: 192

| | |
|---|---|
| OC: | Huh? |
| JR: | How did you guys do with Lloron?  Did you ask for the okay down there or what? |
| OC: | Yeah man, we spoke about that thing, you know what I mean, from way back, you know what I mean?  There - - with Soya [PH] . . . we talked - - we did talk about it with over there, you know what I mean, about the entire problem, you know what I mean?  And the homies said yeah, right?  And that's when we took action. |
| JR: | Damn, because . . . [sniffs] watch out that after a while it doesn't come back to bite you in the ass.  Maybe it will for you guys too. |
| OC: | No, you know what I mean?  We spoke to that homie, you know what I mean, right?  About that shit - - you know what I mean? |
| JR: | Alright.  Nah, that's why it is fucked up. |
| OC: | You know what I mean.  Well, that is what - - what - - what I understood from that homie.  You know what I mean, right? |
| JR: | And what problems did you guys have, man? |
| OC: | Huh? |
| JR: | And what . . . Did you have papers or what  . . . or something? |
| OC: | No, well - -  you know what I mean? . . . and . . . since... since all of them . . .  you know what I mean?  It's like that homie . . . you know what I mean? And since you could send these homies . . . You know what I mean?  This homie…was always drinking, you know what I mean, and all that crap.  You know what I mean?  He wasn't paying attention, and he was brainwashing that one - - that other homie.  You know what I mean, right?  And then . . . and - - well, they were really suspicious about this dude, you know what I mean? |
| JR: | Ooh . . . |
| OC: | And supposedly, you know what I mean, the homie got caught . . . and they were asking him for the papers and he was never willing to give them. |
| JR: | Aah - - |

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-26 20-38-53
Call number: 192

OC:      [OV] Because he got caught - - he got caught, and they let him out.  You know what I mean?

JR:      Ooh.

OC:      So then the dude - - the dude - - was never willing to give the papers, you know what I mean?  I think it is because he was . . .  he had already screwed Peluca, the homie - - you know?

JR:      What homie?

OC:      Peluca.

JR:      Oh, Peluquin, man?  Because  - - that's true.

OC:      [OV] Yeah . . . I think that is why they had him really screwed, you know what I mean.

JR:      - - Oh - - ah okay.  It's just that you were locked up, dude - - you were locked up, right?

OC:      Yeah - - so . . . then I came . . . would come - - these dudes came and were asking him to give them the papers for him to show them, you know . . . and this dude was like, "No, no I don't have them, that this and that . . ." He never wanted to turn them in, you know what I mean?

JR:      [OV] [UI]

OC:      [OV] So then, it was around that time - - around that time - - that I - - I got out, you know what I mean - - and then - -

JR:      [OV] And when - -

OC:      - - Huh?

JR:      - - and when you came out, that dude didn't - - didn't tell you about that stuff? What - - what . . . and you didn't ask him for the papers again?

         [pause]

OC:      No, the homie, you know what I mean? The one who more or less paid for the mess was also that fucker Peluquin.  You know what I mean?

JR:      Oh.

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-26 20-38-53
Call number: 192

OC:  [OV] He paid for the mess and all that crap, you know?  Yeah, cool.  We - - we - - we - - we would call him when we had the meetings, and the homie . . . we would go and the dude didn't want to show up, you know what I mean?  You know . . . and there were like two that he didn't - - he didn't - - he didn't go to.  You know what I mean?  So that's when, you know what I mean . . . that's when we started to call and all that shit.

[pause]

JR:  Ooh - - but - - what did he tell you?

OC:  [OV] And I said - -

JR:  - - and - - and - - and - -

OC:  - - you see . . .

JR:  - - and when you gave him the beating - - did the dude not, not, not tell you anything - - when you beat him up?

OC:  [OV] No, you know . . . we spoke about the reason why.  You know what I mean?  As to why they had caught the homie there lighting-up  - - burning - - weed, you know what I mean . . . and they also caught him because of drinking.  You know what I mean . . . with beer. [pause] [noise] I also told him, you know what I mean - - that the dude had a . . . *26,* I told him like that , you know  - - and he says, "Why is it  26, it should only be a 13?," he told me.  Right? And I told him, "No, the thing is" I told him - - "that you fucked up twice, and - - you know what I mean, and it adds up," I told him, right? "You are going to have two - - two things.  So we are going to give you a 26 all at once." So then later on he said that I don't know what, and you know.  So then after that I just told him that was the thing, that this and that "We are going to go down there." We told him you know what I mean? So then we went there to the restaurant . . . where we cooked the chicken . . . we gave it to him.

JR:  And . . . but . . . there - - there he didn't listen after you gave him the 26 - - and the dude fucked up again?

OC:  No, that, that was when we were going to make the food and all - - almost everything was there and ready, you know.

JR:  Oh, when  . . . oh, the - - the . . . Oh, that's the time when you eat?

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-26 20-38-53
Call number: 192

| | |
|---|---|
| OC: | Uh-huh.  That was when we went to eat, you know.  That's the only time I saw him.  That's the only time that - - that - - that I've seen him. |
| JR: | Oh, alright. Because the dude is the one who jumped Guason. |
| OC: | [Clears throat] I don't know what the deal is, was he the one? |
| JR: | It seems that way, because it seems that before, Guason used to be a recruit from Silva - - before - - I think - - or for Oso - - I don't know what went on. |
| OC: | Oh, really? |
| JR: | It seems that way because Oso used to tell me about a recruit, Guason - - I don't know if it was the same one, homie. |
| OC: | Yeah - - who knows, maybe. |
| JR: | Yeah, because that dude, that dude would got along with Guason, I remember Guason used to mention him. |
| OC: | Oh. |
| JR: | At the beginning, because afterwards who knows what happened. |
| OC: | Yeah. |
| JR: | No, I'm only saying it so you don't have any consequences - - you know - - or anything. |
| OC: | Nah, yes.  That's why, you know what I mean?  The problem there, you know what I mean? Uh . . .  Poison knows about that problem, you know what I mean? It was with him that  . . . that we dealt with these people, you know. |
| JR: | Oh, okay.  So if the homie gave the . . . the okay, then there's no problem, you know? |
| OC: | Yeah. |
| JR: | Fuck man, it's a fucking mess man. |
| OC: | Yes. |
| JR: | Fuck, imagine me with that dude, saying that we were going to hit him and stuff. |

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-26 20-38-53
Call number: 192

OC:      Fuck, I - - I - - when they said that crap, I was like "And how so?" I said that these dudes, you know. This dude would have told me already, if that was the case. You know what I mean?

JR:      Yes, I would have already told you guys, you know or something, you know what I mean?

OC:      That is why, man. I said, "These dudes have to stop this shit. They are going around complaining and telling lies like that."

JR:      Yes . . . because . . . already, you know. It's just that I also think . . . I'm going to talk to Smiley, but that homie also has a . . . Or don't you - - don't you - - don't you think that - - that - - that - - that homie who keeps saying that he is going to hit has a bit of fault as well? That's - - what I say, that also - -

OC:      [OV] Yes, also, you know what I mean, right? Because fuck, shit like that, you know what I mean . . . also you shouldn't go around saying, you know what I mean? And if one is going to talk it's because the thing really has to be done. You know what I mean?

JR:      Because you guys - - you [plural], you . . . Well, I didn't even know, you know what I mean, until Payaso told me, man.

OC:      Yeah, you know. [pause] No, so it should be that way homie because it - - it - - sucks, you know what I mean? Going around - - going around saying . . . Because you know what I mean, after all, you know what I mean, then it reaches another level, you know what I mean, right? Fuck, it's just that these are going around here saying . . . That's how gossip gets started, and they are going around talking so much, you know what I mean . . . and they talk about the Mara and even add to it.

JR:      Yeah, man - - that is why I think so. I am going to talk to the homie, because there is an error there, you know, right? I would say there is an error, you know what I mean, in my opinion.

OC:      Yeah, you know.

JR:      Uh - - let's see what he says because imagine, a dude there saying about the papers here and there. But oh well, who knows what, you know.

OC:      Yes.

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-26 20-38-53
Call number: 192

[pause]

JR:     Well, but now make sure to be on the alert with - - with Guason, you know dude. That son of a bitch is kind of crazy, you know.

OC:     [aside] Huh? No man, just put it there right now [resumes conversation] Yeah, man.  No, I'm going to be here on the alert with this homie, in case of anything, you know?

JR:     Yeah man, because…

OC:     Yeah.

JR:     [OV] [UI] Take Guason, dude you know . . . the son of a bitch Guason is - - is - - is heavy.  The son of a bitch is crazy - - no shit.

OC:     Yeah, yeah.  No, the son of a bitch is like that, you know, hyper as well, the homie.

JR:     Yes, and at what time did you leave Culmore?  At what time did you take off?

OC:     Huh?

JR:     At what time did you come back from Culmore? Was it late?

OC:     When - - no . . . when I . . . when I came back?

JR:     Uh-huh. From Culmore or did you stay over there?

OC:     No, I - - I went there, you know what I mean, with Guason for a bit - - you know - -and, and later, you know - - at that same time I took advantage and got a ride here from Sombra, you know?

JR:     Oh, alright.

OC:     Because - - I didn't have a ride, I didn't have a way to get back - - that is why. No, because if I had a ride, you know - - I would have stayed a bit longer with that homie.

JR:     Alright, alright.

OC:     Uh-huh.

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-26 20-38-53
Call number: 192

JR:      No, man - - but later on we will talk to Smiley to see what  - - what he tells us, you know.

OC:      Yeah, okay.  We'll be there, you know what I mean. We'll talk if anything, you know what I mean.  What's up there [UI] and you tell me there what's up.

JR:      Yes dude, we keep in touch.

OC:      Okay, cool then.

JR:      Alright then man.

OC:      Alright then.

         [end of call]

UNCLASSIFIED