# EXHIBIT 3

UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



601 4th Street N.W.
Washington, D.C. 20535

| | |
|---|---|
| File Number: | 245D-WF-3410065 |
| Requesting Official(s) and Office(s): | SA Fernando Uribe, WFO |
| Task Number(s) and Date Completed: | 419122, 7/8/2015 |
| Name and Office of Linguist(s): | Vania Vargas, WFO |
| Name and Office of Reviewer(s): | CL Ramón Aguilar |
| Source Language(s): | Spanish |
| Target Language: | English |

Source File Information
  Name of Audio File or CD:   703-862-8582 2014-01-29 20-15-58 00234-001
    –Call Number:   234
    –Date, Time, Duration:   01/29/2014, 20:15:58, 12:00
    –Target Number:   703-862-8582
    –Direction, Number:   Incoming from 703-855-2796

VERBATIM TRANSLATION

Participants:
    Junior    JR
    Omar de Jesus Castillo, a.k.a. Little Payaso  OC

UNCLASSIFIED

UNCLASSIFIED

Abbreviations:
    *Italics*                        *Spoken in English*
    [ ]                           Translator's Note
    PH                         Phonetic
    UI                          Unintelligible
    OV                         Overlapping Conversation

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-29 20:15:58
Call number: 234

|      |                  |
|------|------------------|
|      | [ringtone]       |
| JR:  | What's up?       |
| OC:  | What's up, what are you doing? |
| JR:  | So what's up?    |
| OC:  | Nothing man, just here chilling, *man*. |
| JR:  | Fuck, man.       |
| OC:  | Yeah, and what's going with you? |
| JR:  | Same dude, chilling - - it is cold as a son of bitch, man. |
| OC:  | Yes, man - - and did you work today? |
| JR:  | Yeah, dude.      |
| OC:  | Man, that's great, that is why you have money man. |
| JR:  | What the fuck man, if I have one day of work and then I don't work - - son of a bitch you probably work more than I do. |
| OC:  | *Shit,* don't mess - - and I didn't work worth crap today, either. |
| JR:  | Why man?         |
| OC:  | Since it snowed, you know what I mean - - |
| JR:  | [OV] [snorts]    |
| OC:  | - - and the dude I'm working with owns his own job, you know what I mean, he goes when he wants to and when no, it's no and the son of a bitch is well off. |
| JR:  | And what do you work as? |
| OC:  | That dude is what you call spike [PH] something like that man - - they do everything you know, throw *mulch,* cut grass and to lay down grass. |
| JR:  | Ah, yeah, yeah, yeah, yeah. |
| OC:  | Yeah.            |

1
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-29 20:15:58
Call number: 234

| | |
|---|---|
| JR: | [coughs] Yeah man. Hey, today I spoke to Guason, he says that - - he says that - - that Little Thunder is already - - already kind of out, man. |
| OC: | Oh yeah, man. He already - - already supposedly came out, you know? He is outside. They have him with an ankle bracelet right now, you know? |
| JR: | But did he already drop by on the homies or what's up? |
| OC: | Huh? |
| JR: | Hasn't he dropped in on the homies yet? |
| OC: | No, and since they have him that that ankle bracelet you know? . . . on the leg, he can't go out, man. |
| JR: | Yes - - also - - the homie - - the homie says . . . I don't know for sure because according to Guason, they said that Silencio is out, man. Is that shit true? |
| OC: | Look, man. I don't know about that shit, man. |
| JR: | That is what he told me, that Peluca told him that he was out. You know? |
| OC: | Oh, really? |
| JR: | Yeah. |
| OC: | But that homie hasn't reported himself with anyone there, right man? |
| JR: | No man, but since Peluca once said that there are other issues with that homie . . . He once said that - - that if that homie got out, he sent out a message saying if that homie got out he was going to get I don't know who locked up, one whole mess. |
| OC: | Yes man. Uh-huh . . . that's more or less how I understood that mess. |
| JR: | Uh-huh and it is like what Guason says man, that - - that homie left them two Peluca and Guason, really fucked up man. That homie, Llorona, man . . . I didn't know that shit, dude. |
| OC: | Yeah, man . . . that homie left them homies rally canned, no shit . . . and - - and at first it was only three homies that were there - - so all the time, you know what I mean - - well, they were after him. |

2
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-29 20:15:58
Call number: 234

| | |
|---|---|
| JR: | Fuck man but - - but that's what I don't understand.  Why did these homies notice that about that homie so late, man? |
| OC: | I don't know what the fuck, you know.  It's like . . . It's just that mess was, you know? Like I told you last time, when he got canned, you know what I mean, right?  Then the homies, you know what I mean, started to ask him for the papers and the homie didn't want to let them go.  He was saying that he didn't have them, that I don't what, a bunch of excuses, you know, right? - - |
| JR: | [OV] Yes. |
| OC: | - - the homies started to think about that stuff, you know? [noise] And … from then on, they started to, you know, to - - to ride them homies hard. |
| JR: | Ooh, man. |
| OC: | Uh-huh. |
| JR: | Yeah, Guason told me how the homie left them, all fucked up.  He told me, "That homie left me all fucked up." "Fuck, homie . . . it's fucked up, man," I told him. |
| OC: | Yeah, man. |
| JR: | Yeah, those homies, they should - - they should use their heads, because with . . . the thing is - -  like you are saying to me, because there's a lot, homie, that - - that - - that - - that he doesn't know, you know?  But . . . fuck, you should have - - you should have used your head also, you know right?  Because you should have let the homie talk so that he could tell you who the other homies were man. |
| OC: | Yeah . . . no shit . . . if at that moment, you know, when the homie was there  - - you know - - saying that, "No, it's not me I swear that isn't me but I am - - I am - - going to tell you who I am - - who they are," he said and then . . . but us, you know - - with that craziness there - - right? . . . fuck . . . we just wanted to finish that thing quickly, man. |
| JR: | Fuck, but - - no man . . . you should have left the homie talk first, you know? |
| OC: | Yeah, when we got to thinking about that stuff he was - - you know what I mean, finished already. |
| JR: | He was already frozen stiff, man? |
| OC: | Yeah man, he was already frozen stiff. |

3
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-29 20:15:58
Call number: 234

| | |
|---|---|
| JR: | Son of a bitch man . . . and Pesadilla is bad as well, right man? He is crazy, right man? |
| OC: | Yeah, you know. |
| | [pause] |
| JR: | Pesadilla . . . that son of a bitch is bad - - yesterday he was talking as well - - that son of a bitch is bad, the son of a bitch, right man? |
| OC: | Yeah, he likes to talk when he's drunk, man. [laughs] |
| JR: | That son of a bitch is bad . . . and Peluca was saying that - - that - - what do you call it?  That - - it looked like the son of a bitch didn't have balls, right man? |
| OC: | Uh-huh. |
| JR: | That son of a bitch is bad dude . . . yesterday, they were also going to do something with a homie from my clique and they hadn't not told me, that son of a bitch is smart . . . Pesadilla was telling a son of a bitch that he wanted to go, homie, he wanted to go and hit a homie.  You know what I mean, but fuck . . . would you believe that I didn't even know? |
| OC: | Oh, okay. |
| JR: | Yeah dude, a homie from my clique had asked your homies for a favor and I didn't even know man, you get my drift. |
| OC: | That is some serious shit, I didn't know about that shit man. |
| JR: | No, wait . . . Guason called me yesterday with Pesadilla.  He said to me, "Did - - did you know about this?"  I said to him, "Nope."  I told them, "Going around spreading lies, because they were just going around making payments." No shit. |
| OC: | That's some serious shit, right man? |
| JR: | Yeah . . . Stone.  Do you not know Stone, man? |
| OC: | Nope, I don't know that homie, I have heard of him you know, but I don't know him. |

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-29 20:15:58
Call number: 234

| | |
|---|---|
| JR: | Yeah, the son of a bitch . . . it seems that a guy pulled a machete on him at the house. Do you know what I mean? And . . . what was I saying . . . and the homie . . . the homie got in trouble there, and he called these homies, Hansel [PH] and fuck, that's where they were going to go. Pesadilla was high, man, but who knows, homie? Just imagine I didn't even know about it, dude. |
| OC: | Maybe these homies were doing things without thinking about it. |
| JR: | Yes, man no shit . . . plus, that crazy Pesadilla is as hyper as Guason, right man? |
| OC: | Yeah. |
| JR: | That is why it's bullshit, you know what I mean? That - - that they need to ask me first to see what we are going to do something and . . . There - - and - - and everybody knows the homie, you know. You get my drift? |
| OC: | Yeah. |
| JR: | No - - no homie, one has to use his brain dude. |
| OC: | Yes, man. The thing is that - - |
| JR: | [OV] And . . . what's going on, dude? Have you spoken to that homie yet? |
| OC: | With . . . Soya? |
| JR: | Uh-huh. |
| OC: | Nah man, no - - no I have not spoken . . . I think last time was the last time that we spoke, I have not spoken again. |
| JR: | Oh. |
| OC: | Yeah. |
| JR: | Fuck man, we were now calling Smiley with Guason and the homie is not answering man. |
| OC: | Huh? |
| JR: | Yeah - - |
| OC: | [OV] Oh, who knows what's up. |

5
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-29 20:15:58
Call number: 234

| | |
|---|---|
| JR: | - - answers and is not returning calls, wonder what's up with that homie, man. |
| OC: | The homie . . . the one that we needed to show up the last time, right man? |
| JR: | Yeah, to see if he is going to show up. Has anyone of those homies called you? - - |
| OC: | [OV] None - - |
| JR: | - - from the side [PH] no one? |
| OC: | None of those homies has called me. |
| JR: | Oh. |
| OC: | Uh-huh. |
| JR: | Then Payaso must be holding a grudge, man. |
| OC: | He is holding a grudge . . . that same evening I called him you know what I mean? After - - |
| JR: | [OV] you called him? |
| OC: | - - yes, after I spoke to you - - yes after I spoke to you . . . |
| JR: | Uh-huh. |
| OC: | . . . I called to tell him that you had told me that they had let them go and all that shit, man. |
| JR: | Yeah. |
| OC: | So I call him and . . . "What's up?" I said. "What's up?" he said to me. "Here chilling." "And what's going on?" I said to him. "And how did you get out of there with that mess?" I told him. "Well, I was there, you know what I mean? they had them there just interrogating us, asking us questions but - - that was it." He told me. "and then they put the handcuffs on me." He told me. "But . . . you know? . . . They let me go man. So nobody lost then." So then I said to him, "Oh, cool, then that's great." |
| JR: | [OV] Uh-huh. |

6
UNCLASSIFIED

UNCLASSIFIED
File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-29 20:15:58
Call number: 234

| | |
|---|---|
| OC: | - - Supposedly the homie told me that they had told him - - that they had - - they had told him about - - about a fight that they had seen and that this and that . . . someone from down there, you know what I mean, maybe snitched on them and called the cops. |
| JR: | Maybe when I got up to the homie's face, man. |
| OC: | Nah, man. . . I think it was down there, homie . . . where - - where we went to give - - |
| JR: | [OV] Oh, down there . . . yeah that's true . . . when the son of a bitch got fucked up . . . that's true, it must have been that shit, man. |
| OC: | - - uh- huh and someone down there, you know? - - must have given the heads up and - - |
| JR: | Yes dude - - |
| OC: | [OV] [clears throat] |
| JR: | - - for sure . . . is just that . . . and Bling- Bling goes to ask you things, man? [laughs] |
| OC: | Yeah man, that homie. |
| JR: | No, that son is cool. That son of a bitch is crazy. That son of a bitch is crazy but the dude is cool because he is straight, the son of a bitch. |
| OC: | Yeah. No, that's what he told me, "Someone over there . . . you know what I mean? Told me, he just wants to mess around with whatever goes on in the neighborhood . . . and there he is." The homie told me, "It's free for the homies." |
| JR: | No man . . . no man, that son of a bitch - - no, that son of a bitch wanted to beat up that homie man of - - of Pensativo dude in one of the first thing we went to. |
| OC: | Oh, really? |
| JR: | Yes, dude [pause] and - - |
| OC: | [OV] Serious shit. |
| JR: | - - I - - I - - I told the homeboy, "Bullshit and it is bullshit, bullshit, man" I told him, you know . . . But yeah, he wanted to beat up the homie, you know what I mean? |

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-29 20:15:58
Call number: 234

| | |
|---|---|
| OC: | Yeah, man. |
| JR: | But what a fuck up man, take it easy, man . . . let's see what's up - - let's see what's up man.  Fuck, there are a bunch homies who are coming out from over there from you guys man, but yes let's see what's up and how it gets, right man? |
| OC: | Let's see man.  Fuck, let's hope that stuff gets better, you know. |
| JR: | Yes dude because it's fucked up and let's see what's up with the homie Silencio, right man.  Because he is out homie, right man? And with issues as well, right man? |
| OC: | Yeah and in any case, you know what I mean? . . . when we see him we have to ask him for the papers to see what's up with that dude. |
| JR: | Yeah that is why the papers, you know . . . are the ones that say everything, man. |
| OC: | Yeah. |
| JR: | The papers say everything . . . there isn't . . . anyone . . . how can anybody make it up, saying that they lost them, right man?  Bullshit man. |
| OC: | Yeah, bull shit, you know.  And besides, if he loses them . . . you know? He can go and ask for them there, you know, right? |
| JR: | Yes, dude.  That thing - - that thing  - - yes dude, that thing . . . |
| OC: | You can ask and . . . fuck they just give it to him, and then that's when he's going to have to pay to get them, too. |
| JR: | Yeah man.  Because . . . they got that homie out, we have to see what's up.  It means that the guys from Pinos ratted him out too, right man?  To - - to - - |
| OC: | [OV] Uh-huh. |
| JR: | - - Thunder, right man? |
| OC: | That too.  That's what he said, man. |
| JR: | Fine . . . [mumbles] . . . |
| OC: | I think you were the one that told me about that crap the last time. |

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-29 20:15:58
Call number: 234

| | |
|---|---|
| JR: | Yeah, don't-don't- don't you remember that I also told you about that issue there, that Samurai has not - - not . . . fuck . . . has not even sent 20 pesos to the *homeboys* . . . Do you remember that I said it there a the meeting . . . to that homie? |
| OC: | Yeah, right. |
| JR: | But yeah man - - we are going to have to see what's up. [pause]  Taking it easy . . . no shit. |
| OC: | Yes, man. |
| JR: | And - - and - - and - - and with that broad . . . didn't she call to you again, that homie's wife? |
| OC: | It's real weird that she didn't call me again, man. |
| JR: | Fuck that's really weird, right man? |
| OC: | Yes, man. |
| JR: | Knowing that the homie is going to be really mad, right man . . . when he calls, right man? |
| OC: | Who, Soya? |
| JR: | Um-huh. |
| OC: | Yeah. |
| JR: | But fuck, it - - it  is not our problem if he can't communicate with that son of a bitch, you know what I mean? |
| OC: | Yes. |
| JR: | No . . . but we'll see what's going on over there dude . . . if anything give me a call, man. |
| OC: | Okay, cool then we'll be here, you know what I mean.  You call me if anything, too. |
| JR: | Okay, man. |

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio File: 703-862-8582 2014-01-29 20:15:58
Call number: 234

OC:        Alright.

JR:        Alright.

OC:        Alright.

           [end of call]

10
UNCLASSIFIED