# EXHIBIT 4

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



9325 Discovery Blvd
Manassas, VA 29109

| | |
|---|---|
| File Number: | 245D-WF-3410065 |
| Requesting Official(s) and Office(s): | SA Fernando Uribe, WFO/NVRA |
| Task Number(s) and Date Completed: | 419121, 12/30/2015 |
| Name and Office of Linguist(s): | CLM Liliana Portwine, NVRA |
| Name and Office of Reviewer(s): | CL Ramón Aguilar, WF |
| Source Language(s): | Spanish/English |
| Target Language: | English |

Source File Information
   Name of Audio File or CD:      703-862-8582 2014-03-31 17-04-19 02712.001.wav
         −Call Number:             02712
         −Date, Time, Duration:     03/31/2014, 17:04:19, 00:21:32
         −Line, :               703-862-8582
         −Direction:          Incoming

VERBATIM TRANSLATION

Participants:

| | |
|---|---|
| Confidential Human Source | CHS |
| Gaitan Benitez, Alvin; a.k.a. Pesadilla, a.k.a. Little Tuner, a.k.a. Tren | AG |
| Cerritos, Douglas; a.k.a Poison, a.k.a Little Poison, a.k.a. Guadalupe, a.k.a. Lupe | DC |

UNCLASSIFFIED

UNCLASSIFIED

Abbreviations:

| | |
|---|---|
| TN | Translator's Note |
| PH | Phonetic |
| [ ] | Translator's notes / Noise Notations |
| VID | Voice Identification |
| OV | Overlapping Voices |
| IA | Inaudible |
| *Italics* | English |
| f | Female |

[TN: Format as Agent requested.]

[TN: Per case agent's request, CHS has been used in lieu of disclosing the name of the source.]

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

        [phone rings]

CHS:      What's up?

AG:       What's up, *homeboy*? I'm sorry it's been a while since I greeted you properly - - the *big* Mara Salvadoreña, brother.

CHS:      Alright cool same to you. What's up, did you see the picture already?

AG:       Yeah, I saw it already - - I saw that - - uh - - uh - - that - -

CHS:      [OV] And you see to - -

AG:       [OV] - - that home girl - -

CHS:      [OV] - - to - - that homie, I keep sending it and the homie is not getting it, *man*.

AG:       Huh?

CHS:      I keep sending it to that homie and he's not getting the picture - - to that homie; the - - the - - the - - the - - Poison, man.

AG:       Right. I got them pretty good; they can be seen there.

CHS:      Yeah. Alright then send them to the homie if you can then. I sent them to both of the phones and - - and - - that he's not getting them.

AG:       No man, I - - I'm going to send them then, you know, right? And look man - - what's the deal, you know, right? - - It's like - - looking for, you know, right? - - Uh - - something, you know, right? - - kind of? Let's see what's the deal with those people, right man? They will try and look for something that's true, you know, right? They shouldn't be there looking to, if - - if I belonged to the 'hood - - I was calm - - and that I took it easy - - I don't have nothing to say nor any anything to say and be fake, homie, you know?

CHS:      Yeah, that's true, you know?

AG:       So, I don't know what those people's problem is. If - - if he was - - they were, you know, right? But, you'll see that here, you know. We're the ones that have the real control of the 'hood here, and any person that is here in Virginia and says that they're from Parkview, you know, has to follow the same rule as us, *homeboy*, right, [noise].

CHS:      Yeah, but - - what's up - - they said that the homie was to - - they - - they - - who told you [p] to hit that homie - - the - - Karateca, man?

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

AG:         I don't know who it was, man. But - - oh - - it was Payaso that told him.

CHS:        Oh, it was him. So, what's up with that dude? So, you're going to hit that homie, or what?

AG:         Um-hum. Well yeah, I'm going to go to another *show* same as the one from - - from the night before last.

CHS:        What happened, man?

AG:         Oh, Poison hasn't told you anything?

CHS:        No, Don't you see, we have been busy with the homie talking about that mess because of these dudes from - - from [IA] - - all of these dudes from, what's it called - - from, well, here homie - - talking to over there - - fuck, what the [IA].

AG:         Oh, uh, alright. Look man, right? - - don't mention that issue to him; you know that those kinds of issues are to stay between the runner and the *homeboys*, but I trust you a shit load *homeboy*, right?

CHS:        Yeah.

AG:         I ripped that dude's coconut off.

CHS:        Whose man?

AG:         The - - the recruit.

CHS:        To - - who, to - - to - - to *Little* Guason?

AG:         Yeah, man.

CHS:        And but - - and but, and what's going on, what - - what, you fucked him up, or what happened?

AG:         No, the - - him - - we - - we - - talked amongst our clique. We talked - - bet... - - with - - with *homeboy* Poison. Uh, we talked with Payaso. We talked about his issues, you know? - - his failures - - and we presented everything, you know, right? We gave that homie an opportunity all this time so that the homie - - would straighten out, you know, right? We were going to leave it alone, you know? - - the issue of scamming - - you know? - - the 'hood - - and the homie didn't follow orders, you know? So, then - - you get me?

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

CHS:       So, what happened with the homie, did the homie - - already - - already, go to the other side?

AG:        Yeah, man.

CHS:       Right?

AG:        Um-hum, hum [noise]

CHS:       And the - - but - - and Payaso - - Payaso - - Payaso, not *Little*, but does Payaso know - -

AG:        [OV] Payaso.

CHS:       - - about that shit?

AG:        Payaso - - Paya… - - that's who were talking about, Payaso - - Payaso.

CHS:       Uh-hum.

AG:        Uh-hum, the big one, then, right?

CHS:       Alright, right.

AG:        Yeah, man, he knows, man. We - - you know - - , we - - we took action, you know - - we, we're not going to get a fucking light turned on just for nothing though. We talked things out first, then, right.

CHS:       And fuck - - and when did you talk to Payaso, you should have linked me up with him, no joke.

AG:        No man, the thing is, that thing just came up - - an emergency, you know?

CHS:       Oh, alright.

AG:        Yeah.

CHS:       And the - - the - -

AG:        [OV] - - it came up all of a sudden.

CHS:       And *Little* - - and *Little* - - tsk-tsk - - what was I going to say? No man, and to - - and *Skinny*, what's with him, didn't *Skinny* - - didn't *Skinny* want that thing though?

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

AG:        Um-hum. But - - the dude - - got tired of waiting. [noise]

CHS:       Fuck, was he fucking up that much - - that homie was fucking up, man?

AG:        That's not it doggy. Yeah, the thing is - - in reality - - we prefer - - Han... - -
           Hansel - - that he quits the clique. Than for that homie, you know? - - to go
           around - - to go around - - to be going around fucking up that much, then, right?

CHS:       Fuck. What was it, did it already looked like the homie was going to do the same
           thing Hansel - - Hansel was doing to us?

AG:        Um-hum, that homie wasn't just going to do that, that homie was going to do
           worse to us, you know, right?

CHS:       Oh, alright.

AG:        Um-hum.

CHS:       Fuck, right - -

AG:        [OV] Because that dude wasn't just going to - - wasn't just going to leave, that
           dude - - is a fucking snitch.

CHS:       That I don't believe you, man.

AG:        That  - - that's what the dude was going to do, you know, right? And the dude did
           not - - would not take care of it for him or anything, because - -

CHS:       [OV] Hold on, because that dude is calling me. Hold on, hold on he's giving me
           [IA] hold on.

AG:        - - he knew he owed him.

CHS:       Fuck homie, I couldn't answer the homie now. It was that son of a bitch Karateca
           [PH], man.

AG:        Alright.

CHS:       Because I don't get any restricted calls, you know.  More than - - than - - than
           anything though, no - - no one has this number that would call me as restricted so
           - - it has to be him, you know? The dude, yeah - - yeah - - sure, he just gave
           himself up, what's with that, why is the dude calling me restricted?

AG:        Hum. Take it easy man. And - - look man, as far as I'm concerned anyone can run
           from the 'hood or whatever - - but always, you know, right? The 'hood is where

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

> any of us are at, you know, [clears throat] And [IA] - - as much as that homie wants to run, you know? - - bullshit.

CHS:     Hey man, but - - fuck dude - - fuck, but this is what I don't understand. Look, right, *homeboy* - - but  and how is he - - since that dude hung out with you guys, fuck, he knew a lot of shit, though - - and then all of a sudden you - - you hit him, then dude. Fuck, that's what I don't understand, it's no joke?

AG:      That's exactly why, because - -  you know that when a person has your information, you know, right? - - and knows a lot about you - - you run the risk of - - right? - - he himself is going to - - you understand?

CHS:     Yeah, man.

AG:      Best if - - always give tell them the rules and you know - - that here, you know right? - - *homeboys* that are already *homeboys* sometimes, you know, right? - - if they fucked up, they fucked up dog, you know?

CHS:     Fuck man. And that - - but with that homie it won't come - - it won't come back to bite you with that homie there in Culmore and with all of the - - the - - the - - the mother when they can't find that homie?

AG:      The dude doesn't have a family.

CHS:     Oh, he doesn't have family, man?

AG:      No, man. [sniffles] No, and what if - - if they ask, he's in jail.

CHS:     Well, let's see - - that's what you guys have done with that shit, Lagrimas, right man?

AG:      Oh, the same, Lagrimas is in jail too.

CHS:     Hey - - hey, Poison would say, the dude - - Peluca would say, in Maximum Security, that's what Peluca would say, right, man? [laugh]

AG:      Huh? [laughs]

CHS:     That son of a bitch Peluca would say, "Maximum Security," you know?  That's what son of a bitch Peluca would say.

AG:      True, the thing is, you know? - - Here in the 'hood - - , well, we - - since we are always being so strict, man, and we're always aware, you know, right? Of - - of nonsense, you know, right? You know that - - that no one should affect our 'hood, you know?

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

| | |
|---|---|
| CHS: | Yeah, no shit. Fuck and where did that homie end up, over there at the same? - - |
| AG: | There, at the sam[e] - - look homie, the thing is that was a pretty good gamble I took, right? - - huh - - I dropped in, you know, right? - - and I flashed the letters, and asked, "How things were going." "Right, no, that, *homeboy Skinny* called and this and that." "Oh, alright," I told them, right? "The plan is . . ." I told them, "It's raining - - won't be heard - - that we're working. Let's go close to the river." I told them, right? "The rising water will make noise." I told them, right? "Let's go do that thing." And I took another two [2] doggies, people to fucking dig. I made the hole - - and we dropped in on him with the excuse that we were going to correct him, you know, right? Because he needed to - - to take care of - - the six [6] hundred bucks - - that day, you know? - - And - - then, he started with lies, well, right? That, "No - - that this and that. I can't pay you that money right now, that this and that." "When *homeboy* - -" |
| CHS: | [OV] When, on Saturday? |
| AG: | - - That's right, [IA] Saturday. [noise] |
| CHS: | Fuck, but it was - - it was fucking raining hard, dude. |
| AG: | Well, yeah, there - - that's when we hit him. [noise] |
| CHS: | Huh? |
| AG: | That's how we hit him. [noise] |
| CHS: | Alright. Fuck and the homie didn't - - didn't see it - - didn't - - didn't think it was fishy that you guys told him you were going to the park, homie? The homie didn't think it was fishy? |
| AG: | [laughs] No. |
| CHS: | Fuck, no joke that son of a bitch is so stupid, then - - imagine - - he didn't even think something was fishy, dude? |
| AG: | [laughs] Look, man, that - - that dude still, when he saw that we were - - that he - - he saw that we were already waiting for him - - he got there and I still made him light me a cigarette, dog. "Light my cigarette, dude" The dude lit it up and I smoked it as we were going down. I was singing - - singing - - I was singing to him, "And the grass was moving, it was moving." [laughs] I was calm, with the knife in my hand [noise] when - - he's thro… - - they knock him down - - whomp - - right then and there I ripped his coconut off. [laughs] |

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

CHS:        You're shitting me, son of a bitch.

AG:         Hey, [UI] that shit. Well, yeah, you know - - [laughs] - - the thing is that the
            homie would look at me with some [UI] of friends. Besides, that dude would tell
            me that I was stupid. He would tell.

CHS:        Like that - - fuck dude, that dude should have been there - - the one that's our ex-
            recruit, you should have taken him, man.

AG:         That's right. You see, I called *Stone* - - but he didn't answer.

CHS:        Oh, the son of a bitch didn't answer you?

AG:         No.

CHS:        And you didn't call Uzi?

AG:         Well, no. Uzi wasn't around, he was being *romantic* on *Facebook*, saying that he
            would support and help out his girlfriend, you know. I - - I asked him, "Are you in
            love, fucker?" "Yeah." "Alright then." I told him. [laughs]

CHS:        Oh, you didn't - - didn't - - didn't call that son of a bitch that day?

AG:         No, I didn't let him know since the homie was doing other things.

CHS:        Man, he was pussy-whipped, the son of a bitch.

AG:         Yeah. He was with that girl, then right. You know that we're not going to talk
            about that kind issue in front of the girlfriend.

CHS:        Yeah. Fuck - -

AG:         [OV] And you know that basically with those issues; it's delicate when doing
            those kinds of things.

CHS:        That stupid *Stone* should have answered, the son of a bitch, right, man?

AG:         Right, I would have - - would have taken him to that party, to do that job of
            hitting that dude - - I held his coconut down on the ground and I stuck him with
            the blade with everything - - and, poof - - I pulled it up, you know? And I knifed
            him a shit load of times - - and from there - - I left it stuck on his back and I tell
            them, "Ah, doggies . . ." I tell them, "finish him off." And the doggies ran to get
            the knife to finish him off, Oomph.

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

CHS:            Fuck, man.

AG:             Yeah. [laughs]

CHS:            That's cool, dude. But and you - - and you don't have any more recruits so that
                they - - they could be made *homeboys*, you guys don't have any more recruits?

AG:             There's already that homie, that recruit we had has already done a hit; Solitario,
                right man? - - that homie - - because, right? - - he doesn't want to get jumped in
                until June, so that it's "Friday the 13th," he says.

CHS:            Oh, but that homie - - that homie went with you guys?

AG:             Well, yeah. No, the thing is that he didn't know, he thought that we were just
                going to discipline that dude. [laughs]

CHS:            No man, so then now - - now, the *homeboy* is going to get jumped in as a
                *homeboy*?

AG:             Yeah, yes, yes - - the homie already wet, you know, right? We already consider
                that homie to be, yeah, but - - the homie doesn't want to, you know, right? - - he
                says, "No, not until that that, when it's Friday the 13th." He says, right? And since
                there's only one Friday the 13th this year, you know, right?- - in June, that's the
                day he wants to be jumped in.

CHS:            No, well, no *homeboy*, right, it's best if he passes into *homeboy*, since he already
                did a hit, then, you know?

AG:             For sure, but - - since I've advised the homie, well, it's cool that the homie took
                my advice, you know, right? - - [sniffles] "Don't get jumped in to the clique
                without knowing what time it is," you know, right? - -

CHS:            [OV] Fuck, just that - - oh, just that - -

AG:             - - handle it there, *doggy*.

CHS:            He's the only homeboy you guys had as a recruit, you didn't have anymore?

AG:             Well, no, the other recruits we're going to jump in, you know - - that's another
                promotion. [laughs]

CHS:            Alright.

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

AG:         And since there I have - - six [6] recruits here in this area, here in - - in Baltimore
            and - - and Fredrick's [PH], you know, right? - - they're there.

CHS:        Oh, fuck but they're very far away, no joke.

AG:         That's why - - what do I want to do? - - Go and move a homeboy to - - to that
            territory, you know, right? So that they, yeah then - - you know, right? - - he
            grows things, you know? - -

CHS:        [OV] And *Little* Payaso -

AG:         - - and already has people.

CHS:        [OV] - - and *Little* Payaso didn't drop by, man?

AG:         Of course, well, Little Payaso was the one that knocked him down.

CHS:        Oh, the thing is that son of - - that son of a bitch always says that he's the one that
            - - since that son of a bitch is tough, right, man.

AG:         Yeah. [whisper sounds]

CHS:        Fuck, it's fucked up, right man - -

AG:         [OV] That son of a bitch - -

CHS:        [OV] - - Fuck, [UI] - -

AG:         - - No, man, that dude's last words, "You got me in the face." I say, "That's right .
            . ." I tell him, "The Mara's train has taken you, you son of a bitch, for being a
            fool." Pa-pa-pa. [laughs]

CHS:        Alright, man. Just - -

AG:         [OV] With a great pla - -

CHS:        ==- - just as long as that homie Payaso knows. It's cool, right, man?==

AG:         ==No, he already knows, you know? And you'll see, someday we'll bring up in front
            of him so you can see what the deal is, then, right? Well, since the homeboy
            listens to me, right? - - I talked to him, you know, right? On Tuesday before la - -
            last Tuesday, you know? [noise]==

CHS:        Oh, yeah, right? If - - if he called you, right? if you say so, right?

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

AG:      That's why, and I explained the situation to him, *homeboy*, you know right? - - and I hel… - - it doesn't matter, you know, right? If I know that I've fucked up - - well, right? - - I know what the consequences are, right - - well, right?

CHS:     [OV] Yeah, but why that homie couldn't pay that - - that dough, man? Why couldn't he pay it if he was right there working with you, then? That's what I don't understand, why couldn't the *homeboy* pay it?

AG:      We gave him a month - - he didn't pay. We gave him two [2] weeks - - he didn't pay. We gave him another [IA] weeks and the dude wasn't worried; the dude would go get drunk and - - and, you know the - - the [IA] there, you know, that the dude - - [sniffs] snorted as well, you know, right? So then - - people like that are not any good, you know, right? People that have vices, you know? - - and - - and people, you know? - - That - - that - - that brings heat to the 'hood and are disrespectful to the 'hood - - that doesn't work, you know?

CHS:     Serious shit homie. That's true, dude.

AG:      For sure homie, you know - -

CHS:     [OV] Fuck, but that doesn't go, doesn't - -

AG:      [OV] Yeah, well, you know - -

CHS:     [OV] Fuck and - - and the homie - - and the homie liked to scam, what - - fuck - - the homie - - no, man, you should have told him, "Hey look homeboy, stop scamming us because - -  fuck - -  this could happen - - something else could happen - - "

AG:      [OV] Look, man. Man - - he was a Honduran - - you see. And that dude - -  I still - - still would tell him, "Look man, when Lagrimas was hit - - we would tell him, right? - - well, yes and yeah, right, "look dog - - yeah - - I only have to be told once  that it is prohibited to con the 'hood…" it was clear to me, you know right? man, that the 'hood is so much crazier than I am, you know? - - even if I think that I'm a great son of a bitch, you know, right? And what that homie would do is to brush off each and every one of the homeboys, you know, right? To me - - you see that - - when I would turn my back - - the dude would laugh and would say, "Little fool." he would say, right? "Little fool." He would say, just like that - - "Poor thing," the dude would say, you see, and I - - I many - -

CHS:     [OV] Little baby - -

AG:      - - Lit - - ah - - little fool, - - little fool - - little dummies, you know - -

CHS:     [OV] Oh, little fool, little fool. But - -

10
UNCLASSIFIED

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

AG:        [OV] - - Uh-huh.

CHS:       [OV] But, what I don't - - what I don't understand is why he did those things if he
           was a recruit, right man? That was well - - it's disrespectful, you know?.

AG:        Look man, it's being disrespectful. I, being a homeboy, wouldn't tell a recruit that
           he's a little fool. What I do is - - I don't scold him, I get his attention and I explain
           things to him. Because of they don't know, then for sure, how am I going to be
           around there - - scolding them and stupid stuff if - - if a person doesn't know,
           obviously they need - - to be taught things first.

CHS:       Fuck, right man. Well, you guys let him know everything with plenty of time and
           well if he didn't want to pay attention, right man?

AG:        [OV] Fuck - - Look, man, it was almost a year of - - right, like - - seven [7], six
           [6] months of - - of - - of being a recruit and you're not going to get with it, man -
           - fuck.

CHS:       And - - and - - and - - and the homie didn't seem like he wanted to do a hit or
           anything, man, so he could become a *homeboy*, either?

AG:        Look man, right? - - In person - - you know - - I'm pretty calm, - - but when I get
           into something, I say, "Hey, let's go hit that dude." And then I give it my all,
           right? I don't make a big commotion. And two - - two times I took the homie to
           give it a try and all his life, he would let the victim take off, you know? He said
           that all lives, he said that - - he would take off.

CHS:       Son of a bitch.

AG:        Yeah, no man, that dude would say, "I'll take off." He would tell me, I would
           always give - - give him an order and say, "Right, son of a bitch . . ." because,
           right? for me - - you know, right? - - It - - it doesn't cost me a thing to knock
           down a dude, right man? I wanted to send the son of a bitch, not once - - always -
           - a "No." The dude would disappear on me and - - and that's that, and that's the
           problem. So, then - - the dude did not make an effort, dog, you know, right? The
           dude concentrated on the fact that the Mara partied there - - that you laugh so
           much  - - that you got drunk and you chilled a while - - to him, that's what it felt
           for him to be part of the Mara, homie, you know, right? Not - - not - - not in the
           sense of advancing the 'hood, you know, right, to be of service to it, well, right?
           You know that over here you first have to serve the 'hood a shit load, you know,
           right? To come and be able to say, "Hey, I have a right to this and this," you
           know, right?

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

CHS:        No, well, since that homie had given Little Guason his nickname, that's why I - - I
            thought that the *homeboy* was - - was pretty firm.

AG:         [laughs] At - - at - - at the beginning, you know? - - with the friendlies, you know
            right? He was serious but, right? - - the pressure from the Mara, you know right?
            grows bigger day to day, you know, right? Like the pressure from the ocean, well,
            you know that the further you sink the more - - the more it tears you apart.

CHS:        Yeah, dude. And what's going on with - - and what's going on with that chick,
            man? What - - what's going on?

AG:         Well, that chick that disrespected me, I'm going to show up in person, wherever
            she is, man.

CHS:        Yeah, well, be very careful dude. Call me - -

AG:         [OV] [laughs]

CHS:        - - you call that son of a bitch, no - - too bad he hasn't called me, homie.

AG:         Right. No, but look - - it's as if - - I - - I would say, "Call right now." Look, or as
            if you - - I'm going to give you an example; as if you would call and say, "[UI]
            dog, but this is the way things are," you would want to tell me. And the - - the
            chick gets all up on me, "And who do you think you are mother fucking kid - -
            that this and that." So then, you know . . . [exhales] I got angry, dude.

CHS:        Yeah, dude. But the thing is, you should have given some words of wisdom to
            that son of a bitch - - you should have told him, "I have a demon inside."

AG:         The thing is, she - - she no longer - - imagine, the [f] [chuckles] - - Like I told that
            - - that homie, you know? "Look, *homeboy*," I told him. "Right now, my nerves
            are kind of like - - on edge." I told him, right? And . . . well, "You don't do that
            shit to me here." I told him - - [clears throat] [voices in the background]

CHS:        Fuck, if you had come on - - on Sunday dude, no joke, that homie dropped in,
            man. I thought that you were going to drop by on Sunday, dude.

AG:         No man, this - - I - - there, well, you know? - - that - - I wanted to go, but - - it got
            a little difficult, you know, right? I had - - had a problem, you know?

CHS:        Oh, alright.

AG:         Right. You see, I had a little problem.

12
UNCLASSIFIED

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

CHS:        It's fucked, right, man?

AG:         Yeah, it's fucked, you know. [voices]

CHS:        Yeah, man.

AG:         That thing, you know, right? Is - - is - - is, well - - you know, right? - - that thing
            is yours, you know, right? I did - - want to do it, you know? Because well, yes - -
            you know?

CHS:        [noise] That - - that homie, he had you all pissed off because you're the one that
            the dude would call "little fool" all the time, right?

AG:         That's right, "little fool" - - he would tell me that I was a little idiot. He would tell
            me, and that - - well, yeah, right - - he would say, "No." He would tell me,
            "What's with you?" I would tell him, "You see homie, right . . ." I said, "The first
            time I did a hit . . ." I would tell him, right? - - "I was thirteen years old, dog." I
            told him. "Little fool," he said. "How can that be?" he said.

CHS:        You're shitting me.

AG:         [exhales]

CHS:        It's fucked up with these people, right man?

            [pause] [voices in the background]

AG:         Look, that homie - - what's more on that day that - - that I dropped by, he said,
            "Fuck, you're bringing that beauty." He said.

CHS:        What did he tell you?

AG:         "They're bringing that beauty." He said.

CHS:        [laughs] He said that to you?

AG:         That's what he said to me. [voices]

            [aside] Good, and you?

            [IA]

CHS:        Did you send the photo to that homie?

AG:         Just now.

File Number: 245D-WF-344681
Audio File:703-862-8582 2014-03-31 17:04:19 02712-001.wav
Call Number: 02712

| CHS: | Oh, well, send it to him and we'll see when - - call him and see if he got it and we can - - we can link up then. |
|---|---|
| AG: | Right, right now - - then I'm going to - - going to - - but I have to get leave the call, you know? So, what do you think if - - I'm going to the message option and will send him a - - a message and - - and will you wait for me on the line? |
| CHS: | Alright then. |
| AG: | Right, stay on the line. |
| | [pause in conversation] |
| DC: | What's going on? |
| CHS: | What's up? |
| DC: | What's up? |
| CHS: | Did you see it already? |
| DC: | I'm about to take, I'm about to deliver a - - a bed with Sombra, right now. |
| CHS: | With what Sombra, the one from my clique? |
| DC: | I'm going to look at it now. Yeah. |
| CHS: | Oh, alright then. No man, when - - when - - |
| DC: | [OV] Now, hold on, then. |
| CHS: | - - when you see it, then call us then - - so we can see what's going on. |
| DC: | Right. |
| CHS: | Alright then. |
| DC: | Alright. |
| | [end of recording] |

14