# EXHIBIT 5

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



601 4th Street N.W.
Washington, D.C. 20535

| | |
|---|---|
| File Number: | 245D-WF-3410065 |
| Requesting Official(s) and Office(s): | SA Fernando L. Uribe, WFO |
| Task Number(s) and Date Completed: | 419120, 8/19/2015 |
| Name and Office of Linguist(s): | CLM Sandra D'Sa, WFO |
| Name and Office of Reviewer(s): | CL Ramón Aguilar, WFO |
| Source Language(s): | Spanish/English |
| Target Language: | English |

Source File Information
  Name of Audio File or CD:          703-862-8582 2014-05-08 15-09-35 05006-001.wav
            −Call Number:            05006
            −Date, Time, Duration:   5/8/14, 15:09, 1:37:58
            −Line, Target Numbers:   703-862-8582
            −Direction:              Outgoing to 213-478-9879

VERBATIM TRANSLATION

Participants:

| | |
|---|---|
| Junior | JR |
| Christian Lemus Cerna, a.k.a. Leopardo | CL |
| Ronald Rauda, a.k.a. Stone | RR |
| Unknown Female | UF |

UNCLASSIFIED

UNCLASSIFIED

Abbreviations:

| | |
|---|---|
| *Italics* | Spoken in English |
| UI | Unintelligible |
| IA | Inaudible |
| PH | Phonetic |
| [ ] | Noise notations or Translator's Notes |
| M | Male |
| F | Female |
| OV | Overlapping Voices |

       [music]

CL:      Uh-hum, *homeboy.*

JR:      Fuck, you're screwed with the phone *homeboy.*

CL:      [chuckles] You think?

JR:      Fuck, you're scr . . .

CL:      [OV] Yeah dog.  [sniffles]

JR:      You're screwed, man.

CL:      Yeah, but I - - I'm already going to get one, you know?

JR:      Yes [UI].

CL:      [OV] And a *chip.*

JR:      Oh yes homie, because you're screwed, damn.  Fuck, it's hard to contact you *homeboy.*

CL:      [chuckles] No man, there's no problem with this number *homeboy.*  It was the other number, you know.  The son of a bitch would freeze.

JR:      Fuck, right man.

CL:      Um-hum, serious shit.

JR:      Hold on, I want to see the thing - -

CL:      [OV] [UI]

UNCLASSIFIED

UNCLASSIFIED

File Number:            245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:           5006

JR:       - - that - - that I told you about the - - the - - Stone [PH] homie.  Let's see what's up.  If you can help out with that thing, man.

CL:       With what, dog?

JR:       Well, with the address.

CL:       With the address?

JR:       Um-hum.

CL:       And what's coming?

JR:       What did you say?

CL:       I asked what's coming?

JR:       Stone said it's the green one.

CL:       Weed?

JR:       Yeah.

CL:       And where is it [IA]?

JR:       Huh?

CL:       I asked where is that thing coming from?

JR:       Oso [PH], from Oso.

CL:       Oh, alright, alright.  Well, as long as - - as long as they don't - - don't - - don't put a signature or anything when it comes, you know.

JR:       Yeah but - - but don't . . . Wait, I will ask that homie of - - of - - of - - of - - Stone first, hold on.

CL:       That's why the - - *homeboy* Oso sends it like that, *homeboy*.

JR:       That's why.  I will ask that homie Stone right - - right now, you know?

          [telephone rings]

RR:       What's up, *homeboy*?

2
UNCLASSIFIED

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

JR:     Hey, there - - I have the - - the - - Leo - - Leopardo there.

RR:     Hey, what's up *homeboy*?

CL:     [OV] What's up, *homeboy*?

RR:     How are you, dog?

CL:     [OV] The Mara is great.

RR:     Alright, big Mara, *homeboy*.

CL:     [OV] [UI] *homeboy*.  And you?

RR:     All cool here *homeboy*.  So what's up?  What's new, dog?

CL:     Nothing just here at home looking [IA] what comes up.

RR:     Alright, cool.  What's up, dude?

CL:     [OV] Yes.

RR:     So what's with your address?  Is it cool man, so that - - so that *homeboy* Oso
        sends us - - sends us something, man?

CL:     Fine *homeboy*, no problem, you know.  Well as long as you just tell the *homeboy*
        that, you know, that - - uh . . . Just like they have always sent the thing to us, you
        know.  That no - - no signature or anything when it comes, you know.

RR:     Alright, alright.

CL:     Um-hum - -

RR:     [OV] No man, then . . .

CL:     - - like they always have sen . . . Like they always have sent it to us, you know,
        right. You just grab it and that's all, fuck it, son of a bitch.

JR:     Yeah.

RR:     [OV] Alright, alright.

CL:     Yeah.

3
UNCLASSIFIED

UNCLASSIFIED

File Number:         245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

RR:   Yeah, no man.  Thanks *homeboy*, we'll see what's up, if . . . Because it is too far for us all the way over there.

CL:   [OV] That's why.  So I will only send the - - the address to *homeboy* Junior there so that he - - he can see what's up there and he can give it to you.

RR:   Alright, yeah, and we'll see what's up there, man.  Well thank you *homeboy*, fuck, you know.

JR:   [OV] Talk to Oso first because the son of a bitch told me that he had not gotten the *dough* yet.  I don't know what the fuck that son of a bitch is doing, man.

RR:   [chuckles] Alright.

JR:   Well, yeah.  I don't know what's going on with this son of a bitch.  What he's doing though.  Who knows what's up, you know?

RR:   Yeah, we'll see - - we'll see what's up because the homie says that by Saturday, though.

JR:   [OV] For Saturday?

CL:   [OV] For Saturday?

RR:   Yeah, but it would be cooler if - -

CL:   [OV] That's what I'm saying . . .

RR:   - - if - - if the homie has not - - not - - not - - not sent it though.  Right, it's better here, you know, because it's tougher all the way over there.  Well, I can even go get it from there where the *homeboy* is, you know?  I can go by *bike*.

CL:   [OV] That's why, you know, right.  Just let me know, you know, what day it will - - that thing will arrive, you know?

      [music playing in the background throughout]

RR:   Yeah.

CL:   Um-hum and I will - - I will be there on the lookout for that.

RR:   Alright.

JR:   Fuck it's though, right, man?

4
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

CL:     [OV] [UI]

RR:     Hey, what's up man?  And what about the - - the picture that - - the - - the - - the - - the - - the - - the woman was going to show you, man?

JR:     No man, it wasn't us - -

CL:     [OV] [UI]

JR:     - - man, it wasn't us.

RR:     Oh, what's up *homeboy?*  [UI]. . .

CL:     [OV] No [UI]. . . It's a nosy girl man, you know, that - - that has showed them a picture of mine, you know, and a picture of the *homeboy* Little - - of Little Tunder [PH], you know?  Tunder, the thunder, you know?

RR:     [OV] Oh.

CL:     And - - and three more pictures of some nosy ass poser kids, you know?

RR:     [chuckles] Serious shit.

CL:     [OV] Um-hum, and . . . I was laughing my ass off when I saw that picture, you know, right.  "No man," I asked her, "And these - - are these the greatest people?" asked - - I asked my mom.  I was laughing my ass off, *man.*

RR:     [chuckles]

CL:     Ha.

RR:     Serious shit, right man?  No man, that dumbass girl needs a slap in the mouth, man.

CL:     No, man, right now . . .

RR:     [OV] For making things up, though, heating you guys up there, *homeboy.*

CL:     Yeah man, that poor girl. You just wait until I get a hold of her, man.

RR:     [laughs]

JR:     Fuck, but you guys have - -

CL:     [OV] [UI]

5
UNCLASSIFIED

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File: 703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

JR:     - - problems with girls, right?  Imagine that girl Skinny [PH] that you're saying that - - what the fuck - - that she will go now, fuck, you have big problems there with girls, right man?

CL:     [OV] Um-hum.  Hey, for real.  For real, the thing is that bitches only bring problems.  These fucking girls [UI].

RR:     [OV] Yes, man.  No man shut up *homeboy*.  They only tell me - -

CL:     [OV] No.

RR:     - - "Hey Stone, what's up with that one [f]?"  I say, "No man, dog."  I get pissed because - - with those girls - - zero shit, you know?

CL:     That's why, bullshit [UI].

RR:     [OV] Fuck you know?  For me to get involved in girl problems, bullshit [laughs].  You know *homeboy*?

CL:     [chuckles]

RR:     Fucking bitches.

CL:     Gossip, right man?

RR:     Right, man, eh [laughs].

CL:     Fuck that, no gossip.  If a girl fucks me over, I'll kill that whore, eh, [UI].

JR:     [OV] Hey man, look, but these . . . Fuck, but look, Payaso [PH] is going to ask you a shitload of questions as a clique when he comes to ask.  And what about that issue of - - of - - of - - of that homie Skinny?  Has he called you back at all, man?

CL:     [OV] No man, Skinny not at all, you know, right?  The dumbass girl even sent a request to a friendly there yesterday, you know.  The friendly told me that she has sent him a request, you know.  The thing is that, fuck that, we have blocked that dumbass girl, you know.  Because, ehm, to have her there, you know, having that chick looking at our things, hell no, you know?

JR:     She wanted - - she wanted to have you guys on *Facebook*?

CL:     That's why.  That chick wants to have us on *Facebook*, you know, right.  But that girl wants to play us, you know, so hell no, you know.  That chick better not play

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

        dirty with me because if - - if that girl is here, uff, it's better for me.  I would only go get the machete and I'll chop up that dumbass girl.

        [music]

RR:      Um-hum.

CL:      Because to me . . . Look, for them to [IA] me and here and there [UI] especially that girl, if I ever run into her and see her . . . And for her to be telling me this and that, and who knows what, "No, hold up here," I'm going to tell her.  "Hold up for a little moment," I'll tell her.  And if she waits, aye, poor her because the beast is going to take her away [music].

JR:      Fuck - -

RR:      [OV] Yeah.

JR:      - - big ass problems, right man?

CL:      That's why, I - - because I would have already killed that girl.  I don't want to kill girls.  Not me, not girls either, you know, right.  They're trash to me, you know. Not worth getting dirty with one of those chicks.

JR:      Yeah.

CL:      Yeah.  We're already going to send the friendlies.  We'll send a friendly there to hit her.

RR:      [chuckles]

JR:      No [UI].

CL:      That's why [chuckles].  [noise]

JR:      Eh . . . And what you call it, and - - and - - and has - - has Uzi [PH] talked to you about that dude, man?   Right? - - you dude - - Stone?  Uzi hasn't talked to you about that homie the - - the - - the - - Little Evil [PH], right man.  What the fuck is the kid's name?

RR:      Yeah, Evo [PH].

CL:      [OV] Evol [PH], but that girl is [IA] the Eva [PH] girl.

7
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

JR:     Huh?

CL:     We call him the Eva [PH] girl.  Eve, the little miss.

JR:     The girl Eva [laughs].

CL:     No man, I'm - - I'm telling you, *homeboy*.  I even feel like grabbing my mom's car and go watch that son of a bitch.

JR:     Hey but - - and in - - and in - -
CL:     [OV] I [UI] . . .

JR:     - - and in - - and in *Facebook* how - - how can you look for that son of a bitch.  What's his name - - what is that son of a bitch's name, man?

CL:     No man, *homeboy*.  That son of a bitch doesn't - - I don't have that dude on Facebook, you know?  And I think that only Little Tun [PH] . . . I think Tuner [PH] has him.

JR:     No, that's why, but what's - -

CL:     [OV] Because even more so . . .

JR:     [OV] - - what's - - what's that son of a bitch's name?   So that we can look for him, man, with Uzi or this homie Stone.

CL:     No man, that son of a bitch has another name *homeboy*.  The dude does not even have his name or anything because, you understand, you know that that dude has the name and all of these things, the information.  He knows we'll go look for him, you know.  That dude was . . .

JR:     [OV] No - - no, that's why.  No man, the - - the - - the name he has of - - of - - of - - the name that - - the son of a bitch doesn't have the bullshit name he has either?

CL:     No I don't . . . Tuner is the one that does that, you know.  Tuner has - - Tuner has texted that asshole, you know.

JR:     No man, that monkey son of a bitch already fucked it up, right man.  I have told the dumbass to lay low and yet - - he kicked this homie, no man.

CL:     [OV] And even more so since he jumped in the *homeboy*.  Serious shit.

RR:     [chuckles]

8
UNCLASSIFIED

UNCLASSIFIED

File Number:            245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:            5006


JR:        Well, nobody can [UI] . . .

RR:       [OV] No, that's why I'm going to go myself to cut up that son of a bitch with Tuner, you know.

CL:       No man, come here *homeboy*, come get me and we'll go look for that son of a bitch.  I . . . We can go today if you want and we can go into the house and we bring that dude out.  I - - could give a fuck - - even the family [UI] kill.

RR:       [OV] [laughs]

JR:        [OV] Hey, and do you kn - - do you know where he lives, man?

CL:       Yes, man. I know.

RR:       [OV] And more or less, right, more or less, man.  You - - you know it very well, right Leopardo?

CL:       Yes, I know where that son of a bitch lives.  I - - that dude, uff, son of a bitch.  I got sick of going to look for that dude, you know.  And nothing, nothing, you know.  Because the day we see him, ay, son of a bitch.  That dude is going to feel the beast on his back, you know [UI].

JR:        [OV] Fuck, imagine if these homies know where - - where he lives, right man, it's just a matter of going, right man?

RR:       What's going on?   Look, man, Sombra [PH] is already dropping in.

CL:       That's why *homeboy* and . . .

JR:        [OV] But the - - the - - the address - - the address - - the address - - no - - no man - this homie . . . Do you know it by heart, man there Le - - Le - - Leopardo?

CL:       Huh?

JR:        [OV] [UI]

RR:       [OV] You only know how to get there, right man.

CL:       I know how to get there, you know, but I don't know the address.

UNCLASSIFIED

UNCLASSIFIED

File Number:           245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

RR:     That's why.  I'll grab the location as soon as I get there then and - - and I'll send it to you though, you know?

JR:     No man, it's a matter of - -

CL:     [OV] That's why.

JR:     - - looking into what - - what's up with that son of a bitch, right man, because it's fucked up.  And the . . . Oh, and right, and what's more fucked up is that the son of a bitch, right man, he even - - right man - - right, man?  With Lagrimas, he even went - - went - - went for it too, right man?  The son of a bitch is straight up, right man?  And then he does that shit, right, man?

CL:     [OV] [UI].  That dude . . . No man, *homeboy*, if the day we hit that asshole, dog.  You should have seen him *homeboy* how he was.  The dumbass kid was even traumatized and I would tell him, "Fuck dude," I told him.  He even got scared that time, you know, when I came at him all worked [IA], you know.  The dumbass would just stand there watching them pull the son of a bitch, you know, and he didn't do anything.

RR:     [clears throat]

JR:     [OV] And the son of a bitch didn't help out, right, man?

CL:     No, he barely helped out because the homie knew that we would leave him there if he didn't help out.

RR:     [laughs]

JR:     No, yes man.

CL:     [OV] Yes man, so . . . No man, you should have seen that son of a bitch when we went to take him out from - - from - - from where we went to dig up that dude.  No man, at least that dude didn't cry that time, man.  That son of a bitch . . .

JR:     [OV] Hey man but you - - you - - you guys are crazy, man.  Why in the fuck did you guys dig him up if he is already buried, *homeboy*?

CL:     [chuckles] The thing is we have made it too small, *homeboy*.  It didn't even have a meter, not even half of a meter [laughs].

JR:     Fuck, so you had to - -

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

CL:      [laughs] [UI]

JR:      - - had to take him out dude, and make the hole bigger again?

CL:      Yes but the - - the - - we made the hole somewhere else, man.

JR:      Fuck, imagine that, what kind of craziness these homies pull, right?  That they - - that - - that . . .

RR:      [laughs]
CL:      [laughs] It's cool with me dog.  I'll turn even crazier.  I want to end up crazy [music] already, you know, in the head, already [chuckles].

JR:      But imagine these homies, right man, bury him and then again [chuckles] - - and then dig up the homie again, and still have to carry him.  Can you believe it, man?

RR:      [OV] [laughs]

CL:      No man, and - - and - - and - - and - - and [UI].

RR:      [OV] Supposedly they were saying that - - that his hand was already sticking out, right man?
CL:      No man, a - - a deer was already eating the son of a bitch.  [music]

JR:      Fuck, man.

CL:      [OV] I'm telling you that when you - - you - - you - - all the flesh would stick to your glove when you would grab his hands.

JR:      Son of a bitch.

CL:      And the - - and the face - -

RR:      [OV] And fuck, fucking stench, man.

CL:      - - was like this like . . . Yes man.  The face all torn up, like falling apart, bro.  I was laughing my ass off when I was watching that son of a bitch because I would grab his head and I would stare at him up close - - all cut up with a machete.

RR:      Son of a bitch.  So, did you guys poured acid on him, man?

CL:      We poured acid on him, [IA].

11
UNCLASSIFIED

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

RR:     Huh? You poured acid on him?

CL:     [OV] Yeah.  Yeah, like . . . We poured three jugs on him.

RR:     [laughs]

CL:     [laughs]

JR:     So what does that thing do, man?  What does the acid do, man?

CL:     No man, that son of a bitch dissolves - - it dissolves right - - right away, you
        know.

RR:     That's why, though, it gets rid of any traces, right man?

CL:     No man, never mind the prints, you know, there, let me tell you, if you pour that
        stuff on a machete, the machete starts to kind of like to burn, you know.  It even
        smokes, you know?

RR:     That's why, forget it.  Even a little drop falls on your face, *homeboy*, son of a
        bitch.

CL:     Son of a bitch, right.  No man, if it [UI].

RR:     [OV] You get a fucking - - a fucking hole, you know.

JR:     Hey man.  But that dude was big dude, for you guys that are so small.  That son of
        a bitch Peluca looked like a midget next to me, homie.  He was taller than the son
        of a bitch Lagrimas.

RR:     [chuckles]

CL:     No man, and since we didn't have Little Payaso [PH], well that son of a bitch was
        the one that, you know, helped us the most [laughs].  [IA] around there, you
        know.  [music]

JR:     And Ski . . . Hey man, and - - and the - - and Skinny [PH]?  Skinny didn't panic,
        man?

CL:     No man, that son of a bitch is to be respected for that, man.

12
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

JR:     I thought that - - that Skinny . . . So then, the only one that would chicken out was this homie, man, this homie Little Evil, along with the - - with Duende [PH], right man?

CL:     No man, not Duende *homeboy*.  The only chicken shit was the - - Evil.

RR:     [laughs]

JR:     Fuck.

CL:     [OV] If - - if Duende - - Duende has - - has - - has hit already.  Duende has hit in El Salvador as well, you know.  Not Duende, you know.

JR:     No man, then when that homie Duende came right away no - - no - - no - - he didn't even - - the son of a bitch didn't even feel sorry.

CL:     No, man.  I didn't even feel sorry and that time was my first time.

JR:     Fuck, right, man?

CL:     Yes [UI].

JR:     [OV] Oh, it was you - - it was you - - you're the one who jumped the fence that day, right man?

CL:     Huh?

JR:     You - - you were the one that jumped the fence?  Or was it Little Slow [PH]?

CL:     The fence?  [UI]

JR:     Don't you know what fence means?  When you jump the fence dude?  When - - when you get jumped in, though.

CL:     Oh, it was - - that time?  Alright, alright - -

JR:     [OV] [UI]

CL:     - - no, right.  That time it was - - the - - the - - *homeboy* Slow, you know? - -

JR:     [OV] [UI]

CL:     - - I was already a *homeboy*, already.

13
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

JR:        Alright, fuck, right.

CL:        [OV] No man, *homeboy*, I was *homeboy* first before the - - Poison, man.  I jumped Poison in, dog.

JR:        Oh, you jumped Poison in?

CL:        [chuckles] Yeah [laughs].

RR:        [laughs]

JR:        No man and Poison was pissed because that same homie Lagrimas had jumped him in, right, man?

CL:        No man, yes man.  That's why I wanted to hit that dude too, you know?

RR:        Fuck, and - -

CL:        [OV] [UI]

RR:        - - [UI] that homie Peligroso from your clique jumped him in too, right, man?

CL:        We also want to hit that girl Peli [PH] too, that dude, you know?

JR:        That dude - - that dude would only hang out with Oso, *man.*

CL:        Yes, man.  No man, the thing is, look - - from the - - from the three that - - that jumped us in, you know, [IA] you know.  The other one . . . That fucking girl is around there, you know, right.  The other one, Silent [PH], you know, Silencio, you know, right.  That homie . . . I don't know what's up with that homie.  He was under investigation - - investigation, you know, right.  But that homie . . . [music]

JR:        [OV] Hey and that dude - - that dude Silence [PH] did, right man, froze too, right man?

CL:        Yes man, you should see *homeboy*, what a fucking crazy shit this is, you know, right?  That *homeboy* . . .

JR:        [OV] Hey man, and look - - and - - and there - - and there man . . . We're going to see what's up.  We're going to tell that homie the - - Tuner [PH].  We're going to go with - - with these homies, you know.  We're going to dig up a hole and we're going to put a scare on a - - a homie if he's there, you now, fucking up, you know.

14
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

Because we need to put a scare on a - - on a homie there, you know, because, fuck, too many - - many things, you know.  But right, I want to see - -

CL:     [OV] Who, man?

JR:     - - what's up, you know?

CL:     Who, man?

JR:     There, some son of a bitch around there homie, you know?

CL:     No man, *homeboy* if - - if there, here you know, well [IA] others can't be done already, you know, because . . . You know, you understand, they're already super checked.

JR:     No man, but and - -

CL:     [OV] But you know that here, look.

JR:     - - and go there - - go at dawn - - go there at dawn, dude, you know?

CL:     No man, here, no man we can't even go near there, *homeboy*.  No, because we would have gone all the way there to get the other hen and put it in another place, you know?

JR:     Son of a bitch.

CL:     But there's no problem with that *homie*.  There are enough places here you know, right.  Here . . . There's that park, you know, right.  The park the *homeboys* were talking about.  Where we went to correct that son of a bitch - -

JR:     [OV] Right.

CL:     - - all we need to do there is dig a fucking hole like this, you know, further down and it takes up the whole place.

JR:     [OV] Which park, man?

CL:     There by where these homies live, you know.  The - - the - - the - - the - - who was the one that lived there, *man*?  Stone [PH].  No man, that, um-hum - -

RR:     [OV] Oh, no man, you mean . . . Here man, here by - - by Annandale.

CL:     [IA] there.

15
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

JR:      [OV] Oh, you're saying a park - -

RR:      [OV] Where we went that time [UI].

JR:      - - you're saying a park where you go in but there's no . . . There's only an entrance and there's no exit, right?  [music]

CL:      I think it's that one - - is that one, right, dog?

RR:      Oh, that - - that you go in with the . . . But you mean with the car?

JR:      Um-hum, you go in with the car.  It's right there in Annandale.  It's right there to the right, in front of some big houses, right, man?
RR:      Right, yeah, it's right there *homeboy*.

JR:      No man, we would - - we would go by there in 2001, 2002.  See, we got that park all . . . Fuck, that park is hot, no shit.

RR:      [chuckles]

CL:      [UI] right.

JR:      Hey, we would go there to that park to talk about things every Saturday, you know, homie.  Exactly, that park.  I know which one you're talking about.

RR:      Alright, then.

CL:      [OV] Yeah.  The *homeboy* [UI].

RR:      [OV] That's where we kicked that homie, Little Padrino [PH], right, man?

JR:      Um-hum.

CL:      You know that if you need help dog . . . I like to dig, *homeboy*.  I like to - -

JR:      [OV] [laughs]

CL:      - - kill too.  I do like everything.  I . . . Take me into account there - -

RR:      [laughs]

CL:      - - you know, [laughs] at least to eat, because, you know?

16
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

RR:     That's why then, you know?

CL:     [OV] [IA].

JR:     Fuck, right man.  [music]  We'll see - -

CL:     [OV] Great craziness.

JR:     - - what's up.  [pause]  Great craziness, right, man?

CL:     And this dude, man, what is he making up, man?
JR:     No man, dude.  Put a scare on him so that - - that he realizes we're not playing
        around, you know.  Just to put a scare on him, you know, right?

RR:     [laughs]

CL:     Alright then, alright, alright.  That's why - - we don't play here.

JR:     [OV] Put a scare on him, you know to - - to - - tell him, right, "Get on with it,
        or else - -it's here already with first and last name," you know?

RR:     [chuckles]

CL:     [chuckles] For real, for real.  [music]  That's why, that's why.  That's the deal,
        right now.  These dudes think that this thing is a game, you know, or a party, you
        know.  Fuck that, this thing is not a party or a game, you know?  These are serious
        things, you know?

JR:     That's why - -

RR:     [UI]

JR:     - - that's what I was telling Stone.  These are serious things, though, and there are
        some people, right man, that because of little things - - and you know these things
        don't go, you know?

CL:     Nah, nah, you know?

JR:     Yeah.

CL:     The thing is about taking it easy, you know.  Not - - not - - not - - to be too dumb
        or too smart, you know, right - - like a scale, you know, right?  More or less
        keeping it even, you know, right?  It tips to one side, but comes back up, you

17
UNCLASSIFIED

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

                       know, right?  That's the deal, you know.  But we always have to put our mind to it and move forward, you know?

JR:     Yeah, yeah.

RR:     [OV] Yeah.

CL:     Yeah.

JR:     We'll see what's up then, you know.  We'll see what the stars have in store, right man?

RR:     [chuckles]

CL:     That's why we have to put out the stars on that son of a bitch.  He needs to see what's up, you know?

RR:     That's why.

JR:     But - -

CL:     [OV] Fuck, when they start crying . . . Son of a bitch, when those dudes cry. Wah, wah . . . You should see, you know?  Things like that - -

JR:     [OV] [UI]

CL:     - - when they cry to me - - when they cry to you, things like that take my hunger away, you know, right?

JR:     Hey, and that homie was very tough, right.  Because that dude stood up to me a shitload of times, dude.

CL:     Lagrimas?

JR:     He stood up to me a shitload of times.  Well, I was telling Tuner that I jumped him once because he challenged Oso, you know.  And Oso called me, right, "The thing is that this homie, right, dropped by here so that we could - - could - - fight it out," right.  So I went there, you know . . . No man, that - - that - - that - - that - - that - - that he can fight it out with me, you know?  All of a sudden dude, all I heard was that the sister said, "Call the cops.  Get that son of a bitch."  No man, homie, I had to leave. I had to take off running from Culmore [PH], dude.

CL:     Right, right.  That son of a bitch is very nasty.  He was even going to fight Greñas [PH] once, man.

18
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

JR:     With Greñas?

CL:     With Greñas.  We were there at [UI] you know, right.  It was when his little day was getting closer, you know.  When he even disrespected *mister* Big Poison [PH], you know, from the clique, and Viejo Tigre [PH], you know.  The son of a bitch was talking to him.  He was very drunk that time, you know, when they were talking.  It was about the rent problem you had there in your clique, you know?

JR:     Oh, um-hum, um-hum.

CL:     Um-hum, and then, "Ay, you guys . . . And this and that," he would tell him.  So when the - - Poison and Tigre would talk to him, you know, the dude would laugh, you know, even disrespecting Payaso, you know.  And Payaso was there on - - on the line, you know?

JR:     Fuck, but he did . . .

CL:     [OV] And the dude would laugh at what the *homeboys* were - - were saying, you know.  And fuck, these talks are serious, you know, right.  The son of a bitch would laugh.

JR:     Fuck, and this - -

CL:     [OV] No man, we gave him a big [UI].

JR:     - - and this son of a bitch didn't - - didn't give a fuck man?  Or what's with that, man?

CL:     Look, man, *homeboy*, this homie was going crazy, you know.  This homie drank a lot.  He drank too much, you know, right.  And since . . . This homie - - that homie was dying.  He was even hospitalized [IA] and he couldn't drink alcohol, you know.  Because he would go even crazier if he drank alcohol.  But like the ones that would get out of control and, right [UI] - -

JR:     [OV] Yes because the homie was drunk when shit hit the fan with Oso, dude.

CL:     Yeah, that dude was always drunk, you know, right.  He didn't give a fuck about the clique, you know, the Mara, you know, right.  And . . . The son of a bitch was such an asshole, you know?

JR:     Fuck, right man.

19
UNCLASSIFIED

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

CL:     And that was the - - the - - the example for us, you know, right?  Anyone that - - that rats us out here . . . And since the son of a bitch ratted on us too, you know, right?  That was one of our first examples, you know, right?  The one that rats on us dies, you know, right.  And - - and we saw, you know, the - - the death that was given to him, you know right, and . . . You know right, that if anyone turns on us here, knows what's coming to him, you know?  The same, you know, or it can be even worse for him, you know, like it happened to him. [music] The other one is, you know - -

JR:     [OV] Yes [UI].

CL:     - - the [IA] the *homeboys*, you know, right.  Because if one fucks a *homeboys'* girlfriend, you know you're going to get it too, you know, right?  And that [UI].

JR:     [OV] No man and but see . . . And maybe it was - - it was - - I'm saying that maybe it was your mistake, right man, of not - - of - - of - - of - - of not telling the dude that this shit does not fly, though, right man?

CL:     [OV] No man *homeboy*.  Look, dog, the thing is that we, oh, son of a bitch . . . *Homeboy*, do you think we wouldn't first tell these homies the things of the hood, first when they were recruits, *homeboy*?  We would repeat it to them over and over again.  *Homeboy* I - - when I start talking there with the doggies like that, fuck, I teach them everything so that they don't fuck it up, you know, right?  The main rules, you know, right, so that they don't fuck up, you know, right?  But those homies, you know, wouldn't give a fuck, you know, right.  They - - they were the . . . They thought, you know . . . Well, he would say that he had more schooling than me, you know, right?  The dude - - the dude would say that he was, you know, better.  That he would put more thought into than me, you know.  Because [IA] there you know, right, all dumb [IA].  I would even laugh, you know, because the dude doesn't know what's up, you know?  And he tries to talk bullshit to a *homeboy* to school him.  Can you believe it?  These dudes make me laugh.  [chuckles]

JR:     No man, that's - - that's what Stone told me.  That - - that he ran into that homie selling things.  Fuck, I thought that the homie was straight up.  I was like, "Fuck, this homie is cool, then."

CL:     No man - -

RR:     [OV] [chuckles]

CL:     - - even Poison put me down at me because of that son of a bitch.

20
UNCLASSIFIED

UNCLASSIFIED

File Number:           245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:           5006

RR:      [OV] [chuckles]

CL:      He once told me that - - that he - - he - - since Poison was mad at me from that time, you know, and he told me that that fucking kid puts more thought into it than me.  He would say he was a *homeboy*, can you believe that?

JR:      [UI]

CL:      Don't you think Poison disrespected me big time?

JR:      [chuckles] Yeah, son of a bitch.  You know that - - that Tuner would hit him . . . Tuner says that he would beat up on him to - - to - - to get him going.  The homie was beating up on him, right, man?

CL:      Yeah, the thing is that the *homeboy* sometimes - - would disrespect the *homeboy* in an ugly way, you know, [IA] you know?  The thing is that sometimes he would get angry over things that, nah, you know, bullshit, you know?  Sometimes you would try to correct him, you know, and the dude would say that you were trying to school him, you know, right?  That's what he told me that time he I . . .

         [noise]

JR:      [OV] Fuck but - - but - - but if - - if they're recruits they have to suck it up, you know?

         [noise]

RR:      Yeah.

CL:      That's why he has to suck it up, you know.  [noise] Fuck, and imagine that those dudes did not get any pressure, man, like they would - - would put pressure on us, man.  [noise]

JR:      [OV] Oh.

CL:      Imagine if these sons of bitches had felt the - - the real pressure from the Mara, ooh, no man, dude.  The dudes don't know what's up, what's the - - the - - the real pressure, you know [UI].

JR:      [OV] Or - - or even if it was one hit . . . In a . . . Had you seen him at a hit . . . He would have turned pale.

21
UNCLASSIFIED

UNCLASSIFIED

File Number:         245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

CL:     Look man, if that son of a bitch, *homeboy*, you know right.  This dude . . . He would tell me that he [IA] hit, you know?  But he was - - was with some dudes, you know, right, that . . . He has seen dea . . . He had seen, you know, someone die in front of his face, you know, when one of his friends killed, you know, right?  He has seen all of that, you know?  That's what he would tell us, you know?  He would tell us the story there.  The son of a bitch had cool stories from his country too, you know, right?  [noise] The dude seemed to have balls and all, you know, right?  The dude's only fuck up was that he fucked the *homeboy*'s girlfriend, you know?

JR:     Fuck, right, man?
CL:     Fuck, *homeboy*, imagine if I had my girlfriend and some recruit comes and fucks her?

RR:     [OV] [chuckles]

CL:     I would kill her and - - and - - and - - I would kill him, you know, and hah, bullshit, you know.  [noise]  I can imagine - -

JR:     [OV] [UI]

CL:     - - a *homeboy* touching my girlfriend, serious shit.  I would go crazy, you know?

JR:     No man, the thing is that - - that - - you don't want to go that far, man.

CL:     No man, that homie knew that [IA] he knew, but . . . That chick has a great pussy that - - that imagine, she sleeps naked every night, you know, right?  She sleeps naked just like that every night, you know?  And this son of a bitch would sleep with her on the bed?  [noise] - -

RR:     [OV] [UI]

CL:     - - Fuck, and with that great piece of ass there, and you're thinking that, "Fuck," you're going to fuck, that you want to fuck that tight ass pussy all tasty, you know.  Bullshit, you know?  You can really fuck up.

RR:     And how did you guys catch him *homeboy* - - how did you find out, man?

CL:     No man, *homeboy*.  Since us, you know . . . Son of a bitch, that chick can't hide anything from the hood, man.  Everything comes out to the light here in the hood, you know, right?

RR:     Yeah.

UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

CL:     Because of the word - - the word they would tell us, you know.  And since we're *homeboys*, we have all the right to, you know, right.  To be - - to be - - to be watching the steps of the recruits - - the steps they take, you know right?  As - -

RR:     [OV] Yeah.

CL:     - - the *homeboys* that we are, you know, right.  So then the dude that was doing his little things, that right, serious shit, you know, right?  From stealing from the clique, you know, stealing from the *homeboy*'s girlfriend, and fucking the *homeboy*'s girlfriend, you know? [chuckles] [noise]

JR:     Son of the great - -

RR:     [OV] Serious shit, right, man?

JR:     - - bitch.

CL:     And even . . . Imagine that they even gave me word that he had fucked my girlfriend.

JR:     Your girlfriend?

RR:     [OV] [UI] Fuck, man.

CL:     My girlfriend.  That's the word I got from them, that he had also fucked her, you know, right?

JR:     And what did your girlfriend tell you?

CL:     No, and since I didn't give a shit about that girlfriend.  I would tell the *homeboys*, "Anyone here can fuck her if they want," I told them, "Get that whore.  I don't give a shit about that chick. [UI]."

RR:     [OV] [chuckles] She's not a girlfriend then, *homeboy* [laughs].

CL:     [chuckles] No man, the thing is she was my steady girlfriend before, you know.  But I have never given a fuck about that, you know, since I never got hooked on that chick, you know?

RR:     No.

CL:     That's why, so then they say that dude fucked her too.  I don't . . . That's why I didn't say anything.  I didn't give a shit because I even had [IA] also [IA] . . .

23
UNCLASSIFIED

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

RR:      [OV] Oh yeah, and you were giving her to us too *homeboy*.

CL:      Yeah man, even for you guys there, then you know? [UI]

RR:      [OV] [laughs].

JR:      [OV] Fuck man, so it was that - - that homie - - that homie was a big *player*, man.

CL:      No man, that son of a bitch is a big fucker.  He even fucked the girlfriend . . . He even fucked Solitario's [PH] sister.  Can you believe it?  Serious shit.
JR:      [OV]  Son of a bitch.

CL:      Look *homeboy*, if they ever . . . If ever, you know, eh . . . Only a *homeboy* can be with my sister with my permission.  Other than that, no, that son of a bitch can't be with my sister [UI].

JR:      [OV] The - - the - - the - - the - - Solitario's woman too, man?

CL:      No man, the sister - - the sister.

JR:      [OV] Oh, the sister.  Son of a bitch, right?

CL:      [OV] Yes man.

RR:      [chuckles]

CL:      You know that you need to respect these things, like . . . You know, you could be a *homeboy* and - - mmmm . . . Better if it's a *homeboy*, right, but fuck [UI].

JR:      [OV] Fuck, hey, so you mean that . . . When they asked the homie the questions . . . Were all the *homeboys* whose - - whose chicks the homie fucked, present?

CL:      Huh?

JR:      I asked, were all the *homeboys* at least there present?  The ones whose women he fucked so that they can ask the homie if it is true?

CL:      How so?

JR:      That - - that they - - they asked questions to the dude before, you know, about everything to see if I was true, you know?

24
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

CL:     No man, if we - - we already knew, you know, that this dude had fucked her. We - - would just let him be there and we would drop hints on him, you know, just like that like - - like straight up, you know? Sometimes, but . . . We talked, you know, like indirectly, you know, but everything was for him like, "You know what would happen if you fuck a *homeboy*'s girlfriend. You know what would happen to you." And even more so because of how I am. I would make him panic more because I would tell him that - - that - - even more so when [UI] . . .

JR:     [OV] But that dude - - that dude is dumb because imagine that, right man, that the dude - - the dude knows he's fucking the girls, right man. And the homie is being told . . . They're still helping him out with hints, and they still tell him he has a correction coming. The son of a bitch should have realized then, "No man, I will never get out of this one."

CL:     No man, the dude already knew. The dude already knew that - - that we were going to hit him but . . . Maybe the dude was solid but he just fucked up, you know? Because the dude already knew we were going to roll him up. [noise]

JR:     Fuck, right man.

CL:     With so many hints we dropped on him and all that shit. The dude already - - already knew, you know? It's just that we played it - - super good, you know, because . . . We did it at 12:00 midnight, you know, the hour of the beast. It - - it ate him, you know, right? I even saw that son of a bitch after that. He appeared in front of me, the son of a bitch, you see? The asshole appeared to me as a ghost after, you know, right? I just stared at him and I walked out like nothing, you know?

JR:     Fuck, wher - -

CL:     [OV] Aye.

JR:     - - where did he appear to you, man?

CL:     There - - here, you know, right there at the - - in the - - there where we did that thing. I just walked just like for about - - about - - four minutes there, where [IA] just walking around, you know. No man and I turned to take a look - - like down the way - - you know, like a little embankment, and the son of a bitch was right there. He was staring at me and since [laughs] since I ripped his - - his onion off, you know. May he left holding a grudge on me [laugh].

RR:     Yes.

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

JR:     [OV] [UI]

CL:     [laughs] Like that, you know, high up, "Here, look, the skull," I would tell them.
        And I would raise it up like that, see.  Since I'm already crazy.  I . . . Ay, fuck.
        [music]

JR:     That's what I was saying . . .

CL:     [OV] The crazier I am, the better for me.

JR:     I was telling these homies, right man . . . Well, that's what I told these homies,
        dude, that later, right, that this thing is . . . I told these homies, "This shit is like
        that."  To this homie - - this homie Stone, though, so that they will know later not
        to - - not to freak out, you know?

CL:     No man, that thing, yeah dog, you know, right?  That thing . . . One can say that,
        "Yeah, yeah," you know.  Maybe he already hit, you know.  But [IA] you know,
        of these things, you know?  One can think these things are easy and all that but . .
        . You don't know what will happen to you, you know.  How you will react when
        the time comes, you know?

JR:     Imagine that - -

CL:     [OV] Because you can tell there . . . You can see how things are.

JR:     - - he appears to you - - that he appears - that he - - that this dude appears to you
        like this one says he appeared to him.  But he only - - he only appeared to you?
        And what about the other homies?  Did they see him?

CL:     No man, dude.  The - - the *homeboys* saw him too.  The - - I think Slow saw him
        too, man.  The thing is that he followed us, *homeboy*.  The son of a bitch would
        follow us every night, you know, right?  The asshole would come to the window
        to whistle and all the crap, you know, right?  I would even hear him sing songs
        from the music.  All I would ever tell him was "Fuck off," you know, that the
        beast had already taken him.  And that bullshit, he needs to stop messing with us,
        you know.  Because the dude, you know has . . . He would follow me a lot.  The
        dude would not - - would not let me sleep every night, you know?

RR:     [laughs]

JR:     I don't believe you, man.

RR:     [laughs]

26
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

CL:     Yeah, you should see.  The son of a bitch would grab my shoulders at times, you know.  I would tell him, "Fuck off son of a bitch," - -

RR:     [OV] [chuckles]

CL:     - - I would tell him, "The beast already took you, dude," you know, right?  He calmed down days later, and he took it easy, you know?

JR:     No man, *homeboy*.  Maybe the marijuana made you hallucinate *homeboy*.
RR:     [laughs]

CL:     No way, *homeboy*, you can ask Poison.  Even Poison's woman would hear him whistle.  Can you believe it?  [laughs]

JR:     I don't believe you.

CL:     For real.  Even Poison's woman knows that - - that the - - the dude would go whistle at her and - - and he would also go sing to his window.

JR:     Fuck, and what did he - -

CL:     [OV] The thing is [UI].

JR:     - - did he sing before - - did the homie sing before, or what's up?

CL:     Yes, the son of a bitch would sing that song about the Mara.  One from - - from the Buenos *Criminal* [PH].  [UI] - -

JR:     [OV] Um-hum.

CL:     - - have the song there, you know, um-hum, and - - and the dude son of a bitch would sing that song, you know?  We would hear him just like that [IA].

JR:     Hear this - - hear this crazy shit, right Stone?

RR:     [laughs] No man, it's cool.  Let's see what happens, right man?  Let's see if he follows us.  The skeletons - -

CL:     [OV] Hum.

RR:     - - that we might get, right man?  I will tell these sons of bitches - -

CL:     [OV] No man . . .

27
UNCLASSIFIED

UNCLASSIFIED

File Number:         245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

RR:     - - to go to hell, right man?

CL:     [OV] Huh?

RR:     You will fuck things up if you get too caught up with that, you know, right?
        [pause]

CL:     Yeah, no man, if . . . The one that - - that freaks out there . . . Uff, son of a bitch,
        you know, double [UI].

RR:     [OV] Fuck, you would go crazy, right man?

        [background conversation]

CL:     Mommy . . . They're looking for you

UF:     [UI]

CL:     Ruth [PH]. What did you say *homeboy*?

RR:     I said you would go crazy if - - if you let it slide dude, right?  That fuck if - -

CL:     [OV] Um-hum.

RR:     - - you get too caught up dude . . . Ay, no man, forget it, you know?  I have heard
        about cases like that dude.  There in *Discovery Channel* dude, right, and all that
        shit, you know?  [laughs]

CL:     No man, the deal is that - - that you know . . . You go do what you have to and
        you say, "Bullshit, this thing is . . ." [noise]

RR:     [OV] That's why, you know, to stop the problem, right, man?

CL:     That's why that thing is not a little hen, you know, right?  A pig like one of those
        pigs leaves little fucking pigs just like that.

RR:     Yeah.

CL:     Um-hum.

JR:     Fuck, right, man?  What a crazy shit, right, man?  That homie [UI].

UNCLASSIFIED

File Number:         245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

RR:     [OV] Well no, we're going to get that son of a bitch Eva [PH], right, man? Let's see what happens and - -

CL:     [OV] [UI].

RR:     - - Sombra is already dropping in, man. Let's see what happens. We're going to go watch him there by the address already, man . . . I want to get the address of that son of a bitch, you know, right? There - - well yeah, you know?

CL:     [OV] No man [UI]. Take me with you if you guys go watch that son of a bitch, because if you see him, I want eat that son of a bitch too.

RR:     That's why, then, push him to the car, you know, right? "Hah, son of a bitch, you're done if you move," you know?

CL:     No man, if I ever bump into that son of a bitch, you know, I will go get that son of a bitch from anywhere he goes, you know. Every *homeboy* here from the . . . You know, from the - - the *side*, you know . . . Any son of a bitch that sees him, and does nothing to him, the [IA] will have with us.

RR:     Hey but could it be that he still lives there, or what's up, man? Because - - Poison says that he has watched him and - - and well yes, and not and - - and he has not seen a trace of that dude, though, you know?

CL:     Yeah, you know? Maybe that son of a bitch is always inside.

JR:     But the dude has to go to school.

CL:     He doesn't go - - he doesn't go, they say he doesn't go.

JR:     Oh, he doesn't go, though.

RR:     [OV] Hey then the dude . . . Fuck, he already tipped the - - tipped the cops, then, you know?

CL:     No man, that son of a bitch ratted us out, man. The son of a bitch even ratted Payaso out.

RR:     Son of a fucking bitch, right?

CL:     That dude is freaking out. Didn't I tell you that even . . . Look man, uhm, a cousin of mine saw the son of a bitch, you know, right? Since the - - that homie, you know has a cool look, you know, like the devil's. The son of a bitch, you know, right, super strong. And the son of a bitch - -

29
UNCLASSIFIED

UNCLASSIFIED

File Number:       245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:      5006

JR:       [OV] Look.

CL:       - - saw him at 12:00 midnight when I was sleeping.  Just like that [IA] he said the son of a bitch was staring at me, you know?  He even described him to the T.  I went there, you know?  But, but that's when the asshole had not flipped yet, you know?  But with that - - that - - that you know . . . That little thing made me understand, that the son of a bitch was getting heavy, and that the beast wanted him, you know?

JR:       Yeah.

RR:       No, look.  The son of a bitch would tell me, you know, since I once went to - - went to get him, you know, right, to . . . I don't know for what.  Well, it seemed that he had to bring *dough* from - - from the weed to you guys, you know.  The son of a bitch was telling me that, "No man, *homeboy*, yeah, that yeah . . . You should have seen how I got the first one," he said, right, "And I cut his whole face," he told me, right?  "And what's up with you *man*?"  "No man, *homeboy*," I told him, "Well, the beast has not - - has not wanted to feed me something to eat yet," I told him - -

CL:       [OV] [UI] son of a bitch [UI].

RR:       - - "No man, *homeboy*, and you need that thing," he would say and whatever.  The son of a bitch turned out to be such a rat, right man.  Such a sell out, you know?

CL:       [UI] you guys should have seen him at the - - at - - at the *meeting* - - at the *meetings*.  The dude would shake and the face only . . . He would only lower his face, because the dude would get a fucking beating at every *meeting* [chuckles].  Each - -

RR:       [laughs]

CL:       - - *meeting* a . . . He would go just to take a beating, you know?

JR:       Maybe - -

CL:       [OV] You know I'm with my [UI].

JR:       - - the homie already knew they could - - they could roll him up, that's why he would panic.

CL:       That's why the dude panicked, since he saw the example.

UNCLASSIFIED

UNCLASSIFIED

File Number:            245D-WF-3410065
Name of Audio File:    703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:           5006

RR:     Son of a bitch, man.  Son of a bitch, right, man?

CL:     And I . . . I told the [UI].

RR:     [OV] And that son of a bitch is 15 years old, right, man?

CL:     I think he is 16 or 17.

JR:     And that girl Lagrimas man, did she ever appear to you, man?

CL:     No, that asshole, no - - nothing at all, man and . . . I didn't even dream nor - - nor
        - - nor - - nor he fucked with my head.  Nothing man, nothing, nothing.  I felt
        normal as if nothing happened.

JR:     Fuck, right man.

CL:     That little hen . . . That son of a bitch did make me think.  I couldn't even sleep - -

JR:     [OV] [UI]

CL:     - - though.  I couldn't sleep for about three days.

JR:     Oh, and that son of a bitch made you think [chuckles].

RR:     [chuckles]

CL:     No, the thing is - - you should have seen . . . The thing is - - the thing is that, you
        know.  That was already another problem with that dude, you know?  [noise]
        [pause] I worked with that dude more than with the hen, man.

JR:     Oh.

CL:     With the big hen . . . Um-hum.  The only thing I did with the big hen, you know,
        was - - give him some little candies there, you know.  And - - and - - and go, you
        know, go pull the shrub out, and bury it again.

JR:     Fuck, right man.

CL:     And the little hen, I did enjoy cut - - cutting him up, you know?  [noise]

JR:     Fuck, right man.

31
UNCLASSIFIED

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

CL:   And even more so when - - even more so when we got her by the legs.  And we - - we took out all the - - the joints - - the bones, you know, from - - from the legs - - from the knees.  I grabbed that son of a bitch and put his legs right there on the - - on the belly and I pulled them back, you know?  It went "Crack," you know, all his bones would stick out.

RR:   Son of a bitch.

CL:   "Fuck," the *homeboys* said, "And what's going on with this dude?  What's going on with him?" they asked.  [chuckles]

JR:   [OV] Didn't he fi - - didn't he fit - -

CL:   [OV] [UI]

JR:   [OV] - - in the hole, man?

CL:   Huh?  No man - -

JR:   [OV] He didn't fit in the hole?

CL:   - - only the legs.  The legs, um-hum - - the . . . He did fit well but the legs were the ones that fucked it up.

JR:   Fuck, no man.  The thing is that you guys - - need to make the holes bigger.  Maybe you make holes like the ones they make in El Salvador to take a shit, maybe, *homeboy.*

RR:   Nah [chuckles]

CL:   [laughs] No man, the . . . This last one was about one meter, I think, man.

JR:   Fuck, right.

CL:   But, and . . . I was going to go, uhm, today at dawn, since . . . I went out, you know, to hang out over there for a bit, you know, - - to - - to hang out for a bit at the area that [IA] you know.  Well, I went for a walk because I sensed that I was going to end up crazy here, you know?  And I got there like at 6:00 in the morning, 5:00.  I felt like going there to check, you know, because . . . Serious shit.  Who knows how that thing might be doing like . . . If the - - if the deer had dug or - - or - - or if something has caved in there.  Because if something caved in there . . . I will bury . . . I will grab dirt with my teeth and throw it on that son of a bitch there, you know?

32
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

JR:     No, the problem is if - - if it's - - if it's hot there son of a bitch, don't even show - - show up around there, fuck that.

CL:     Yeah.  No man I'm telling you that - - that I made *homeboys* Solitario and the - - the - - the - - the - - the - - Slow [PH] think, you know.  We went to see him at 12:00 midnight, you know?  I told them, "Jump," I told them, "There, jump Solitario," I would tell him.  And Solitario would just stare at me super scared, brother - -

RR:     [OV] [laughs]

CL:     - - he thought he was going to pull his legs.  I told him, "I said jump," [IA] "[IA]," he would say.  "I'm telling you for a reason," I would tell him.  "Do it," I would tell him.  And the dude nothing.  "You Slow," I told him.  And they would just stare at me, you know, right.  "This is how you do it," I told him.  And I would jump with all I had there *man* and I would kick down big time, you know.  I would do all kinds of things there and the *homeboys* would just stare at me, you know.  "Don't be afraid of this thing," I would tell them, "That here . . . Nothing will happen here," I told them.  "And the thing is . . . Who's saying we're scared?" they would ask me.  And I, "I'm not scared," I would tell him.  "Yes," I said, "I will tell you that for sure," I would tell them, you know.  I tell you they would even be scared to walk ahead, can you believe it?  I was the first one, you know?

JR:     [OV] Why man?

CL:     I don't know man.  It was like . . . Since we went at 12:00 midnight.  And since I always like to, you know, tell scary stories like that, you know, so that - - right?

JR:     Ha - ha, [UI] - -

CL:     [OV] No man if . . .

JR:     - - son of a bitch.  The crazy head of this homie.

CL:     [OV] If I . . .

RR:     [OV] [chuckles]

CL:     [IA] because I go alone at 12:00 midnight, all alone.  I would even go there to smoke a joint and cigarettes.  I have been around there all alone at 12:00, the hour of the beast, and I don't care about that thing, you know.  [pause] That's why I'm - - not afraid of those things.

RR:     [chuckles]

33
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

JR:      [UI]

CL:      [OV] The thing is to prove - - the thing is to prove yourself, you know, how far
         you are capable of going, you know?  So that you won't chicken out on situations,
         that you know, you might go through, you know, right?  [noise]

RR:      Yeah.

CL:      That's what I - - I have taught that to the dogs, you know?  "Look, come alone at
         12:00 midnight if you can.  That way you will grow some balls," I tell them.
         "You'll see that nothing will happen to you once you're there.  You will barely
         see some little shadows there walking," I tell them.  "But those little shadows
         won't do anything to you," I tell them.  "You, uhm - - well, you walk with them
         and that's all, well, you know."  "The beast will always care for you there," you
         know?

JR:      And the - - and the - and Solitario man, and the - - and the - - and Slow, did they
         panic man?  Thinking you were going to roll them up?

CL:      No man, they thought the son of a bitch was going to pull their legs.

JR:      [UI]

CL:      [OV] No man, with me - - they have fun with me with anything.  I - - that's what
         I like the most you know?  "From the time I was little," I tell all the *homeboys*,
         "From the time I was little I dreamt of being part of the Mara, and here I am," I
         tell the *homeboys*.  If I ever do a - - fuck up that, bullshit, because the hood
         doesn't hide anything from me, you know right.  I would gladly go dig the hole
         myself, you know, right?  And whoever is going to hit me can hit me or I can kill
         myself, you know?  Because I will not run from the Mara, because I know what I
         got myself into, you know?

JR:      Yeah.

CL:      I will not leave, or get out until death, you know, right?  And everyone knows
         what they got themselves into, you know.  And they know the rules and they
         know everything, you know?

JR:      That's right homie.  One knows very well what one got oneself into man.  Those
         things are not a game, you know?

RR:      Yeah.

UNCLASSIFIED