# EXHIBIT 5

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

CL:     [OV] That's why, these things - - these things are not a game, you know?

JR:     Fuck, right, man?

CL:     All you can do here is suck it up, you know, and - - move forward, you know. Everything - - with everything we can, you know? Helping out the clique and the hood too, you know, right?

JR:     No man, if - - um - - no man, [UI] that son of a bitch of - - of Peluca [PH] was another son of a bitch that yeah - - the kid did - - did have a good set of balls, the son of a bitch, man.

CL:     No man, that son of a bitch is crazy. That son of a bitch - - that son of a bitch, would leave me . . . The son of a bitch once scared me with his look because he - - he noticed I was staring at him because people said he had made a pact with the beast, you know?

JR:     Who, man?

CL:     [OV] I would . . . Peluca.

JR:     Oh, Peluca made a pact?

CL:     Yes, Peluca has a pact.

JR:     Oh, alright.

CL:     [IA] the eyes of that son of a bitch. You have seen the beast right? The son of a bitch that throws the Mara up, the skeleton one, throwing the Mara [UI] - -

JR:     [OV] Yes [UI], that's what I noticed about the eyes of the son of a bitch, the - - the eyes - -

CL:     [OV] Right.

JR:     - - of the son of a bitch are very - - very - - they're very different. I noticed that thing. And do you know who also had eyes like that? It was *homeboy* - - the - - the - - Snoopy [PH], from VLS had no . . . Do you know who? I'm lying, it was Snoopy and it was Conejo [PH] from Big Gangsters. I don't know if you've heard about Conejo from Big Gangsters? The dude that - - that - - got locked up because of Brenda Paz.

RR:     Because of that fucking girl that snitched?

35
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

CL:     Yeah.

RR:     Alright, alright.  Um-hum, I have heard already, you know - -

JR:     [OV] Yeah.

RR:     - - about the [UI] there.

JR:     The - - Conejo - - Conejo had - - had - - had - - Conejo had that.  Conejo had the same eyes as Peluca.  You couldn't see any color in the dude but just black. Because - -

CL:     [OV] Yeah.

JR:     - - I tell you that once - - Droopy [PH] and I went to him once, you know, and these homies, you know to the . . . We were going to hit the son of a bitch, right man, at a - - at a- - at a - - at a - - at a hotel, right man.  I had seen him but I had not seen him up close, right?  I jumped Conejo at once, right man.  Fuck and the look on that son of a bitch [noise] . . . The look of that son of a bitch is disturbing man.  It's no lie, man.  [noise]

CL:     Yeah man . . . The *homeboy* - - that *homeboy* Peluca has several pacts, that dog, you know.  He doesn't have only one pact, he has several.  [music] [pause] That's why that dude . . . If you see that dude I'm telling you about, the beast one that - - the skeleton that throws the Mara like that, you know, with his mouth open like this.  You can see his eyes, and in the eyes only - - only black can be seen and there's a bit of a little dot right in the middle, that is what sparkles, you know, right.  Those are the eyes of the beast, you know.  Once - -

JR:     [UI]

CL:     - - you make a pact your eyes turn like that, you know?

JR:     There was a homie - -

CL:     [OV] That *homeboy* already . . .

JR:     - - of - - there was a homie called Diablito [PH] as well, you know.  It would cry to the homie - - it would cry to him . . . The - - the - - the . . . the dude had a devil on the back, you know, and - - and the tattoo would cry blood on that dude.

CL:     It would cry red?

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

JR:      Yeah, it - - it would cry - -

CL:      [OV] Yeah.

JR:      - - red.

CL:      Um-hum, the thing is there are several pacts, you know?  Depends on how you do the pact, you know?  There are pacts for, you know, for you to . . . There is the horse pact.  Peluca has the horse pact.  The *homeboy* would tell me everything since I - - I have always, you know, liked satanic things, you know.  I've always liked the things of the devil.  Everything to me - -

JR:      [OV] [UI].

CL:      - - um-hum, when I go to El Salvador, you know, if I could make a pact - - I would make a pact, you know?

JR:      And what's that horse thing, man?  What - - what - - what's up with that man?

CL:      The horse one is to run, you know?  Since *homeboy* Peluca has both legs kind of broken, you know, right?  He can't . . . He's disabled - - he's disabled, you know, but . . . He can run because of that pact, you know.  He can walk and all.

JR:      Oh, the homie was disabled, man?

CL:      Yes, that *homeboy* has two broken legs, operated on, you know?

JR:      And what happened to the homie, man?

CL:      [IA] the cacoyos [18th Street] followed him, you know?  I don't know if it happened in Campaneras [PH].  I think the rivals followed him and he had to jump off a cliff, and you know that son of a bitch is crazy.  That dude son of a bitch throws himself anywhere.

JR:      Yeah.

CL:      Um-hum, and he said the rivals followed him.  And - - and I think they also blasted him and he broke his leg.

JR:      Son of a bitch, right man.

CL:      Um-hum.  No man, that *homeboy* has cool ass stories, fuck it.  We have learned a shitload from those stories, you know?  That's why I like it when . . .

37
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

JR:     [OV] The thing is that this son of a bitch - - this son of a bitch goes for it, *man*. He has named a shitload of places from down there. The dude went for it down there.

CL:     No man, *homeboy* I'm telling you that when we started here as recruits and we started hanging with him, the homie would take us, you know, in the - - in the - - we would sleep there in the in the shrubs, we would sleep. The homie was already teaching us how to live. He would teach us how to live the street life, you know. Because you do know that instead of having a family there, you know. [IA] nobody, you know, right. And you have to live on the street, right?

JR:     [OV] Yeah.

CL:     And the dog would teach us how to survive, you know, right, when we were on the street, you know? They have taught us all those things, you know, right, so that we're prepared, you know? Look I already - - I already ended up on the street *homeboy*. I was already sleeping on the street alone *homeboy*, and I didn't get down because of that. I didn't even throw that on the hood's face, you know, by saying, "Fuck, that this and that, and that . . . I have no place to live and who knows," bullshit. I know what I got myself into *homeboy*, and I'll take on anything that comes my way, you know?

JR:     That's why, you know.

CL:     That's why, then, that's the deal here, you know? If you've never suffered before, you know, you will suffer here in the Mara, you know?

RR:     For real.

CL:     That's why, but that suffering is damn good, fuck that. [chuckles] That suffering makes me - - love the hood more.

JR:     No man, it's like that. No - - no man, I also lived on the street for a good while. We were always on the street. We had a shitload of *homeboys* there at the house, right man. We had a shitload of *homeboys* on the street, you know, that . . . Fuck, and we would only be getting into fights with the homies from . . . Since we were on the streets all the time back then, we would fight with the homies from Centrales [PH] all the time. We would bump into them everywhere because we would only be on the street, you know?

CL:     And what's up with those Centrales dudes?

JR:     [UI] that clique was big here. It was the first one that came here to Virginia, dude.

UNCLASSIFIED

File Number:           245D-WF-3410065
Name of Audio File:   703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:           5006

CL:      Centrales?

JR:      Yes, dude.

CL:      And just because of that the dudes were hanging around there all - - all - - all
         nasty?

JR:      No man, what happened was that - - that it was a huge problem we had, man.  A -
         - a long story, you know, that started - - started . . . Well yeah, Centrales were the
         best known because, you know, the dudes were tough.  And all of a sudden, right
         man, the Silva [PH] clique started [UI] . . . It grew in no time, dude.  But fuck
         homie, you should see, how tough - - so tough dude that . . . So I started a gig
         there, right, of - - of - - I was going to bring a - - a - - a - - I was going to bring
         some - - some - - some belts, you know, caps and sweaters, right man.  And I
         would put on them - -

CL:      [OV] Um-hum.

JR:      - - you know, San Antonio Silva [PH], SLS, but I wouldn't put MS on them.  It's
         not that I didn't want to, you know, but I wouldn't put it as to not show so much -
         - so much - - so much - -

CL:      [OV] *Bright* [PH].

JR:      - - so much *bright* with the cops, right, man?  Because the cops didn't know quite
         well what it was, right, man?

CL:      Um-hum.

JR:      Fuck, and that's how that problem happened, right, man?  The dudes asked what,
         right, what - - that what's up, that why . . . That we didn't put the Mara first, that
         the clique was first.  And we told him it was bullshit, though.  And we all started
         to get ink, right man, a shitload of - -

CL:      [OV] [coughs]

JR:      - - MS, MS, MS, MS, you know.  We got into it with Centrales at a discotheque,
         you know?  And right, the dudes there . . . We were there at the discotheque.  Like
         50 of us went there that time homie, right, man?  So they went there you know,
         and fuck, these homies from the Silva clique, you know, had a - - a - - a - - a - -
         trend there when they would go to the disco.  They would make a big circle,
         right, and the dudes would start dancing, right, man?

39
UNCLASSIFIED

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File: 703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

CL:     Throwing the Mara sign?

JR:     [OV] Yeah, throwing the Mara sign up, dancing and fuck, you should have seen what big time craziness it was there, you know?

CL:     Man that's a trip, you know, man?  Fuck, raising up the claw there in - - a discotheque, right, man?  You feel good to claim that you're Mara, ha.

JR:     Yeah, right - -

CL:     [OV] [UI].

JR:     - - and - - and suddenly that homie the - - the - - Pantera [PH] was there right man, there in the corner, right, man?  And there was an argument more or less, and by the time we left the - - the - - the - - the - - the discotheque, right man, *homeboy* Bam Bam [PH] tells me there, right, "Hey look, this is the thing . . . Come, I want to jump that homie."  But I never thought that homie Bam Bam, you know, was going to punch the dude in the mouth.  Because the dude was the Centrales shot caller.  But I never imagined that.  So I went there - -

CL:     [OV] He was the Centrales shot caller?

JR:     - - with Bam Bam . . . That - - that homie Pantera is the Centrales shot caller, right.  So I went there after the disco, right, man?  I don't know how it happened homie, but all the cars followed the cars of the Centrales, right, man?  And we all parked at a - - at a *dealer*.  And like at a McDonald's, right, man? . . . I - - I went with Bam Bam, right, and Bam Bam tells him, "What's up man?"  And Pantera says to him, "What's up?" Pantera says to him.  All of a sudden I see Bam Bam hit him right on the mouth.  Fuck, and that homie Pantera pulled a big old machete on us - - on me and Bam Bam, homie.  So homie, I couldn't run at that point because . . . I couldn't run, if I - - he would have hit me in the back, you know?  Fuck homie, he swung the machete at us - - at me and Bam Bam, homie.  And I said, "Fuck, he's going to hit me on my hand, for real," I said.  Fuck, all of a sudden homie, I didn't feel the hit homie, I just felt a big - - blow with a bat homie.  It sounds like something between - - between - - between - - between a stick, you know, and a machete, right.  Fuck, and Niño [PH] came down with a big bat and blocked us from the machete blow, dude.  Fuck and that's when we took advantage and started busting shit with all of those homies.

CL:     Alright, alright.

JR:     But yeah dude, just - -

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

CL:      [OV] Fuck [UI].

JR:      - - a mess.  They were going to - - they were going to put a light homie, on - - on us and them, you know?

CL:      To both cliques?

JR:      Yes because . . . And then - - and then they came after . . . Centrales after . . . Then the - - Pinos [PH] joined them, Westerns [PH] joined them.  The dudes couldn't - - couldn't dominate us even though there were so many of them, you know?

CL:      Yeah, alright, alright. [chuckles]

JR:      Yeah dude, no - - they couldn't.

CL:      [OV] It's the same with us, right man.  If an asshole from Pinos . . . A . . . From there - - from - - well, pardon the expression *homeboy* [chuckles].  No man, let's see if a *homeboy* from Pinos, right man, comes to mess with us here, right man. Let's see if those dudes have balls.

JR:      That's why, you know?

CL:      No man, if a - - if a [stutters] homie from Pinos tells me it's their turf . . . Bullshit, I won't - - I won't move from here homie, I - - I will tell him, you know?  They will only take me out of here dead, you know, because bullshit.  And if some son of a bitch pulls a piece or a blade on me [IA] pull out a blade, he better use it, you know?  Because if he pulls a blade out on me and doesn't smarten up, then I will kill him with the same one, you know?

JR:      Yes dude, yes, hell no.  It's the same with us.  It was like that with us dude. Centrales pulled out a piece on us several times.  But don't think they pulled the piece out to show it to us dude, to - - to - -

CL:      Um-hum.

JR:      - - dude - - to shower us as if - - as if it was raining, no shit.  Once there by Fairfax Circle dude . . . The dudes gave us a - - a - - a - - a - - a . . . What do you call that?  A good spraying dude, that - - that I didn't even - - I didn't even expect homie, fuck that.  So when I stopped running homie, I was throwing up.  I thought they had hit me, fuck.

CL:      Oh, right.

41
UNCLASSIFIED

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

RR:     Serious shit.

CL:     No - -

JR:     [OV] But . . .

CL:     - - they have never ran me out from here with shots, just over there in El Salvador. Yeah, they almost killed me once, *man*, but bullshit . . . My family thought that just because of that thing I was going to - - I was going to get down, you know? [IA] on the street [IA] they almost killed me.  They shot at me just because I was stealing lizards, fuck.  He chased us with a nine.

JR:     [OV] [chuckles] They got you for stealing lizards, ha.

CL:     Yeah man, the son of a bitch chased us with a nine, and that dude son of a bitch also killed one of our uncles, you know?

JR:     Just for nothing - -

CL:     [OV] [UI]

JR:     - - man.

CL:     Yeah, the thing is the dude was going to kill someone else, right man, you know, right?  And - - the son of a bitch made a mistake and - - and hit my uncle.  But that was - - supposedly happened when I wasn't even born yet, you know?  But that son of a - -

JR:     [OV] Oh.

CL:     - - bitch, I was going to kill him, you know?  Because I never forget anything.  I keep all of that in my mind, you know? [noise]

JR:     [OV] Yeah.

CL:     If I ever go to El Salvador, you know, and . . . We'll see what's up with that man's ass, you know?  Because I won't let go that he son of a bitch killed my uncle; that son of a bitch, you know?

JR:     No man. That's fucked up, fuck.

CL:     Yes, Junior.  [noise]

UNCLASSIFIED

File Number:         245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

JR:     People are like that - -

CL:     [OV] No man, I . . .

JR:     - - [UI] man.  There are a shitload of people that go up, though, and they don't
        forget things, you know?

CL:     Fuck, yeah.  I even have a . . . I have some friendlies there, you know, there in El
        Salvador, watching a son of a bitch for me.  But they already told me the dude is a
        Christian.  He turned Evangelic, you know?  The son of a bitch once broke my
        mouth in school, you know?  And I was even going to watch the son of a bitch to
        kill him, and whatever, you know?  The dude didn't even come out of his house,
        you know?  Now they say he's a Christian.  I don't mess with Christians either,
        you know?  I respect those people so I want them to respect me for what I am, just
        as I respect them, you know?

JR:     That's why, you know?

CL:     That's why and if one of them fuckers messes with me, fuck it then, he will see
        the beast there, you know?

RR:     [chuckles]

JR:     [UI]

CL:     [chuckles] That's why then.  That's the deal.

JR:     Crazy shit, right, man?

CL:     Huh?

JR:     And what - - what time is Sombie [PH] going to come, you, Stone?

RR:     At - -

CL:     [OV] [UI]

RR:     - - see.  Like at - -

JR:     [OV] Huh?

RR:     - - at 4:30, though.  The dog has to be here at 5:00, because we also want to see if
        the - - if we get that homie, you know, right?  The rat, but the *homeboy* is telling

43
UNCLASSIFIED

UNCLASSIFIED

File Number:           245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

me that, right, we should wait until Sunday, but nah, *homeboy*. Fuck, the dude is already backing out though, you know? The dude already showed a shitload of signs that - - that, right the homie will back out, you know?

JR:     [OV] Have you tried calling him again? Have you tried calling the ho - - the homie again?

RR:     That's why we called him yesterday but the son of a bitch said . . . Eh . . . We called kind of like . . . From a number he did not have, right, and right, to ask him, "Hey what's up? Do you have something good?" right? So that he wouldn't bail out, but he said no because it was too late at night, right, man? But since Sombra [PH] called and I told the son of a bitch to be on the lookout for - - for anything, man, you know, right? The homie already knows his voice, though. I told him we should have had the friendly call but - -

CL:     [OV] Look man . . .

RR:     - - Sombra ended up calling.

CL:     You guys need to be careful with people like that, you know?

RR:     [OV] No . . .

CL:     Because these dudes can pull a bad one on you, you know?

RR:     Well, no. We're mindful of all of that though, and . . . The thing is to call him like that as a client, though, and right, get him. And what we want is - - to get the address of the house though, so that the son of a bitch knows that - - that, yeah, that fuck, he is not going to get away, you know?

JR:     Yes, that time it was - - it was - -

RR:     [OV] Right, because he has given a lot of signs that he is going to back out, you know?

JR:     - - it was . . . That was the fuck up that time. When they didn't take his *ID*, you know?

RR:     Right, right. No, Sombra said it wasn't there, though, but some - - some paper, you know. You can get a shitload of information from the car registration, you know?

JR:     Oh no - - no - - no - - no - - no - - no - - the dude didn't have an *ID* man?

44
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

RR:     Well, Sombra says that no, he did not have his *ID* when he checked his wallet, though.  He says there was nothing though, only the dough was there, though.  Right, but you can get it from the registration *homeboy*.  I . . . Even if the pl - - the plates are not his, but, some relative must give him the plates.  And that's how we locate that son of a bitch, so that the son of a bitch knows, right?  And those rings - - I want to take the rings from him, *homeboy*, right?  Tell him that - - that he needs to pay us back for a while, you know, right?  And that way he can have the rings back, you know, right?  The homie needs to know, right?  Because he says the rings are from his marriage, and whatever.  He had a necklace, right, that his mommy gave him, you know, right?  Well the *homeboy* did ask for us to respect that, right?  Cool then, you know?  But I will take all of those things from him the next time we see him.  And right, and . . .

CL:     [OV] No man, look man . . . You should see this dumbass guy who sells weed.  The son of a bitch sells weed to death.  That dude does have weed, man.  That weed is really good, you know?  That cigar yesterday . . . I went there to have a cigar . . . Since the *homeboy* wanted to give me court for that, but bullshit, you know.  Weed is allowed in the hood.  I will always smoke weed until the day I die.  Look man, that weed *homeboy*, you understand, you know.  And that dude carries *dough*, you know? [noise] Hard - -

RR:     [OV] [UI].

CL:     - - shit to do.  He even lives alone.  A ghetto ass, you know, right [UI].

RR:     [OV] He lives alone?

CL:     Um-hum. That's his problem - -

RR:     [OV] No man.

CL:     - - you know, he says that [IA] [noise] next to the - - of the - - of the friendly, you know, of - - of Malo [PH].  [noise] And since he's the best friend.

RR:     [OV] That's why, but since he does not know use, man.

CL:     That's why but the son of a bitch does know me.  He saw me there, you know.  I'm only - -

RR:     [OV] That's why you argue.

CL:     - - [UI] tell him what to do.

45
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

RR:     [OV] Right *homeboy*, give them.

JR:     [OV] So why haven't you - - so why haven't you made him pay rent to you guys, man?

CL:     No man, that's what I want *homeboy*, but the son of a bitch has - - gotten comfortable with one of - - of our friendlies, you know. And since the son of a bitch lives next to him, he can burn the friendly, and I don't want that right now, you know. But yeah he's there you know [UI].

RR:     [OV] Fuck, is the dude dirty too?

CL:     Huh?

RR:     He's involved in dirty business, you know, right. Anyhow, he will lose too though, right, if he wants . . . But if he wants to do things in another way, then yeah, the friendly can lose, right man? That's why I'm telling you - -

JR:     [OV] That's why, you know [UI].

RR:     - - that it would be cool if we go, right, and steal all the merchandise, though, and the *dough*, right, man? Right, and since - -

JR:     [OV] [UI].

RR:     - - it's your turf, then we would give you something, you know, right? Even if it's at least 20 percent.

CL:     [laughs]

RR:     Right man?

CL:     That's why it would be half for each clique, you know?

JR:     No man - -

RR:     [OV] [laughs]

JR:     - - that's cool, because imagine, he does not know us. He only knows you guys, though.

RR:     [laughs] That's why - -

46
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:   703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

CL:        [OV] No, and it's best that the son of a bitch pays too.

RR:        - - well you know he's there [UI].

CL:        I don't give a shit if he knows me.  I'll take that dude out, you know?

JR:        Right, and does he sell a shitload - -

CL:        [OV] We'll go in his house, man.

JR:        - - and - - and does that homie sell a shitload of marijuana?

CL:        Yeah.

JR:        Fuck, maybe - -

CL:        [OV] Look.

JR:        - - everyone - - to everyone - - the dude must sell to everyone at school, right man?

RR:        And he has told me - - the friendly has told me that, you know, that - - that since he has gone into his house, you know?  That he has a big ass bucket full of weed, you know, full of weed there.  He must have the bil . . . the dough, gold . . . Uff . . . look, what a hard thing to do, man.

RR:        Fuck, man.  It's just a matter of knocking at the door though, right?  Send something like a girl to knock on the door man, so that the son of a bitch opens, right, and then - -

JR:        [OV] No - - no . . . Do girls go - - do girls go in - - do girls go in with the dude, man?

CL:        No man, that son of a bitch . . . Look man, if he's by the edge of the woods, then it's easy, you know?  People don't even go by there when he gets home at 2:00 o'clock in the morning, you know, right?  He's all alone all dumb, very dumb. The dude looks all tough you know, with tough look, the son of a bitch.  But when - - when you're next to him and he starts to talk, no man, what a dumbass dude he is, man.

RR:        That's why, but . . . Hey *homeboy*, but does the dude live in a - - a house, man?

CL:        In an apartment.

UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:   703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

RR:     Apartment?  That's why, then.  It's cool to send a girl to knock on the door.  And the son of a bitch will see it's a girl and he will open the door for her, all trusty, you know?  And we'll all be there, you know, right, with the toys though.  Right, and we'll bring the son of a bitch in.  We'll close the apartment there, you know, and we'll take everything away from the dude, you know?  We'll leave him there tied up - -

CL:     [OV] Um-hum.

RR:     - - in a chair, them, right man?

CL:     Yeah.

RR:     Right, and then we'll make it out good, then, right?

CL:     Um-hum, that's why, you know?  You'll see the good ass help we'll get.

RR:     That's why man.

CL:     I'll jump the son of a bitch with the machete, "Um-hum, give me everything dude," you know, right.  And - - and another one can jump him with the toy, you know?

RR:     No man, *homeboy*, you can't *homeboy*.  Well, you know him, right.  It's better to avoid that, you know, right?  You guys already hot there, right man?

JR:     [OV] And - - and does he already - - does he already know you're from the Mara, man?  Or not?

CL:     No man, that dude is like from - - like black - - like - - the ghetto ass dude can barely speak Spanish.

JR:     Oh - -

CL:     [OV] The dude [UI] . . . We're nothing but dumbasses for that dude.  And the dude - - the dude has only seen me once, you know?  The dude does not know what's up with my ass, you know?

RR:     That's why but remember that those - - those dudes can - - can do something, *homeboy*.  And there are these dudes from the - - from the *Bloods* [PH] you know, right, that - - that are black.  And also of - - of . . . They grab other types of - - of skin colors, you know, right.  Dark . . . How - - how is that homie?  Like dark skinned or something, like that man?

48
UNCLASSIFIED

UNCLASSIFIED

File Number:           245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:           5006

CL:        No man, that dude - - that dude is not doing anything.  Those dudes are from
           those that, you know right, that - - that . . . It's like me.  For example myself,
           right, I sell drugs and I don't get in trouble, or anything.  I just sell drugs.  [noise]

RR:        Alright - -

CL:        [OV] And I have my friends and I go to the [UI].

RR:        - - man, well because, he has - - and does he have a shitload of drugs?  He must
           have . . . That dude must have toys, though.

CL:        That dude - -

RR:        [OV] [UI]

CL:        - - maybe he must have a pie . . . That's what I'm telling you, that dude - -

RR         [OV] That's why we'll steal that, you know, right?

CL:        - - in the *building* . . .

RR:        [OV] will [UI] all the son of a bitch has.

CL:        Look man, *homeboy*, we get him when he opens the door to go into the *building* -
           - there - - boom - - right away, you know, right?

RR:        That's why then [UI].

CL:        [OV] Push that son of a bitch down so that he falls, close the door and the ones
           going in should go it.  And then, read the riot act to that son of a bitch.  We'll
           show up with hoods and all, you know?  I'll jump the dude in a hood [IA], all
           scared, you know, right, hooded [UI].

JR:        [OV] Does he live alone?  Does he live alone, man?

CL:        Yeah, and the thing is . . . Well, the friendly told me that he has gone in and he
           has never - - has never seen anyone in there, you know, in the *building*, you know.
           There in the apartment.

RR:        [OV] [UI] Maybe during the day, right man?

CL:        No man, at night.  [noise]

49
UNCLASSIFIED

UNCLASSIFIED

File Number:            245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:            5006

RR:     No man, it's cool then.  Let's not talk any more, right, man?  We'll do the gig
           next week.

CL:     No man let me just ask the - - friendly what's up, you know, because that friendly
           . . . I already told him to move from there, you know?  Because I don't want him
           to - - to - - I don't want that friendly to get hot because he is the most solid one I
           have right now, you know, who's helping me.

RR:     [OV] No man, *homeboy*, no problem.  There's no problem there, you know.
           There's no - - no need to involve you guys.  We won't tell him we're from the
           Mara or anything, though.  We're just going to steal everything from him, though,
           right, man?  And that's all you know, right?

CL:     The problem is that . . . Look man . . . No man, I know that *homeboy*.  [IA] the
           son of a bitch doesn't . . . There, nobody there knows that he - - sells drugs, you
           know.  The only one that knows there is Malo [PH] you know.  [UI] that the
           friendly will put all the blame on him, you know?

JR:     Alright.

CL:     Um-hum.  No man, because I was going to take that son of a bitch out yesterday,
           no shit.  [chuckles]

RR:     Alright, no man - -

CL:     [OV] Yeah.

RR:     - - watch him well and we're there right away if anything *homeboy*.

CL:     [OV] No man [UI].  That's why *homeboy*.  I already told those dudes, you know.
           I'm a one-word *homeboy*.  We'll do it if we say we'll do it, and I'll let you know
           there, you know, right?  I'm only giving them sort of a heads up, you know, just
           in case, you know?

RR:     Yeah.

CL:     Um-hum.  [noise] And we're going to help ourselves once we are there, you
           know, right, [UI] the two cliques.

RR:     [OV] [UI].

JR:     This is when you guys need the *dough* the most, right man?

50
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

CL:     Yes man, that's why I want to go to Culmore to get [UI] a dude that has some big
        ass chains there.  Each chain the son of a bitch has is worth about 1,000 dollars

RR:     Where, man?

CL:     Here in Culmore.  I think Stone knows - - knows him.  He's an - -

RR:     [OV] [UI]

CL:     - - faggot that wears some Nike Corteces [PH], you know, and the dude sells
        cologne and all that shit.

JR:     [laughs]

CL:     Imagine that - -

RR:     [OV] [UI]

CL:     - - even when I have . . . The son of a bitch is even going to help us out with the
        colognes.

RR:     [chuckles]

JR:     Poison - - Poison told me that he wanted him.  The faggot - -

CL:     [OV] Yes.

JR:     - - would tell things to Poison, right man?

CL:     So - - So - - Solitario is the son of a bitch who was going to fuck him and we
        already had him here . . . Look Stone.

RR:     What's up?

CL:     Stone.

RR:     What's up, *homeboy*?

CL:     Look man, with that one - - we can do it with that one, *homeboy*, right?  It's just a
        matter of . . . We're going to get you the number of that son of a bitch, you know
        right?

RR:     [OV] That's why then, and we lure the son of a bitch in like - -

51
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

CL:     [OV] And - - and you guys call him there, and . . . Um-hum.

RR:     [OV] - - "Yeah dude, I will fuck you," right.  No man - -

CL:     [OV] Um-hum, um-hum.

RR:     - - we've already lured in faggots that way man, you know?  But those dudes have been broke, with 10 bucks, man.

JR:     No man, if that son of a bitch . . .

CL:     [OV] [laughs]

RR:     [OV] Only Puma [PH] is the one who has not gained anything, you know, and the beatings that Uzi has given them, like that man.

CL:     [OV] That son of a bitch has an *iPhone 5*, you know.  He has like - -

RR:     [OV] That's why.

CL:     - - the hands - - the hands are full of - - of - - of thick rings, you know.  The son of a bitch has tons of chains, and he must carry *dough*, you know, right?

RR:     No man, that's cool, right?

CL:     [OV] What I had planned for the son of a bitch when I saw him at night was to - - to jump him with a - - a bat from behind and put him to sleep, you know?  And take everything from him and take off, you know?

RR:     [OV] So, what's the deal?  The dude has - - has a house man?  Just for himself or what's the deal, man?  Or he carries everything there in the - - in the wallet?

CL:     [OV] He lives . . . That's why.  That dude carries everything in the wallet, man.

RR:     That's why, but - -

CL:     [OV] [UI].

RR:     - - let's do it now *homeboy*.  Well, give me the number, right, and then that way, "What's up?  I want to meet you.  I was told that, right . . . That yeah . . . That you give love away, right, yeah.  I want you. . . Send me a picture," right.  So yeah, I'll send him the picture, right man.  Since I will take his phone away, you know, right?  I - - I have - -

52
UNCLASSIFIED

UNCLASSIFIED

File Number:         245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

CL:      [OV] Ha.

RR:      - - done that, you know, with two faggots, dude.  I send them pictures dog, right,
         and I take them away right away, you know, right, since I steal their *phone*.  Well
         yeah and there, right man, and right.  See what's up *homeboy*, you know, give me
         the number and I'll stop by right - - right away around there, right?

CL:      [OV] That's why . . . That's why *homeboy*.  I'm already - - already going to see
         right now, you know?  I'll see how I can get it.  We can do that thing tonight, just
         lure that son of a bitch in, "Come here, I'll fuck you over there in the dark," you
         know, right?

RR:      That's why [laughs].

CL:      That's why and we're going to be there waiting for that son of a bitch.

JR:      But he won't - -

CL:      [OV] Right now . . .

JR:      - - he won't rat you guys out, *homie*?

CL:      No man, how can - - how can that son of a bitch rat us out? Since we'll have
         hoods and all, you know?  And since *homeboy* Stone does not even live here, you
         now?

RR:      That's why, but I don't give a fuck to show him my face.  Anyways, I will see
         that son of a bitch, and if he sees me, then I will tell the son of a bitch right away
         that, "Dude several people already - - have your pictures dude.  They will kill you
         if I go to jail fucker, right."  We'll tell him that.

JR:      [OV] We have to take pictures of that dude first to find out who he is, homie.

RR:      That's why, to go take his pictures - -

CL:      [OV] There.

RR:      - - right, so that the son of a bitch sees that yeah, you know?

CL:      [OV] Right now . . . A friendly right now - - the - - the recruit Malandro [PH].  I
         think that dude is already a recruit for the clique, you know?  I have that homie
         watching there, you know . . . To watch that asshole, you know, right, to - - to see

53
UNCLASSIFIED

UNCLASSIFIED

File Number:              245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:           5006

        what's up, you know?  What time the son of a bitch comes at night, you know, so that we can jump him, you know, right?  So - -

RR:        [OV] Look, the thing is, the assholes . . .

CL:        - - just walk by that dude, stare at him dog and tell him, "I want to fuck you."  No man, that son of a bitch - -

RR:        [OV] No, they don't buy - -

CL:        [OV] - - will give you everything.

RR:        - - they don't buy that *homeboy*, forget it.

CL:        *Homeboy* - -

RR:        [OV] [UI] because I'm telling you that I have [UI] - -

CL:        [OV] - - the thing is I . . . No man, the thing is, if - -

RR:        [OV] - - [UI] *homeboy*, because those dudes are hot, man.

CL:        [OV] - - if you only knew . . .

RR:        [OV] They are . . . The sons of bitches are hot.  They want to fuck - -

CL:        [OV] No man, the thing is . . . *Homeboy*, the thing is . . .

RR:        [OV] - - you - - you tell them some bullshit there, "Yeah, someone gave me your number," right?

CL:        *Homeboy*, you should see that son of a bitch *homeboy* [IA] because he's a faggot, you know, right?  The dude does nothing.

RR:        [OV] Oh, look man, dude, isn't he a homie - - isn't he a ho . . . Isn't he - - isn't he - - isn't he - - isn't he - - isn't he a fat ass faggot, man?

CL:        Yes, it's that son of a bitch, *man.*

RR:        Ah, fuck, no man.  That faggot has helped me out *homeboy*, you know?  The dude - -

CL:        [OV] That's why, man.

54
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

RR:     - - wanted me to fuck him when I was living there, you kno . . . [UI] lives around there *homeboy*.

CL:     That's why I'm telling you that you know him, *man*.

RR:     [OV] [UI] that he - - that he would buy me soup at every lunch, man, you know, right, - -

CL:     [OV] Yes Um-hum, um-hum.

RR:     - - I would just say, "What's up . . . No man, treat me . . . And fuck, when are you going to fuck me?" Then I would tell him, "No man, dude, on a - - a Saturday," you know, right? "Because right now, well, I had surgery on my dick," I told him, you know? No man - -

CL:     [laughs]

RR:     - - and I kept him there with that lie, *homeboy*. I kept him there with that lie for like a month, you know, and fuck, and I got a shitload of dough from that dude, you know?

CL:     That's why, that dude has dough, you know? [background voices]

RR:     He doesn't have - -

CL:     [OV] Do you have his number?

RR:     - - family, right, man? [UI] No - -

CL:     [OV] From before. [chuckles]

RR:     - - I - - I - - it's been a long time, man.

JR:     [laughs] That shit is crazy, right, man? [laughs]

CL:     [laughs] We need dough *homeboy*. [chuckles]

RR:     That's why, though. Check this shit out, send me the number dude, and I'll tell him right away, "And what's up, I'm that homie, man, you know, right? The one with the pretty eyes," I will tell him. [laughs]

CL:     [laughs] [clears throat] Man.

55
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

RR:        [laughs]

CL:        No man.  I will go today and if the friendlies don't have it, you know . . . If our recruit doesn't have it . . . I will tell him to go watch him and tell the faggot to fuck him, you know, right, that he wants to fuck him.

RR:        [OV] No man, look man, tell him . . . Look man, all he needs to tell him is, "Hey there's a homie there that says he knows you.  Give me your number to . . . And he will call you," you know, right?  And I will send him my picture when I call him, and the son of a bitch will remember me.  "And what's up man?  I'm already - - already - - my dick is fine now.  I want to fuck you right now son of a - -

CL:        [OV] [chuckles]

RR:        - - a bitch," I will tell him.  Right and I'll go there right away, you know, and we'll wipe him clean there, man.

CL:        Um-hum, that's why though [UI] - -

RR:        [OV] We'll help ourselves to something, then, right.

CL:        - - that son of a bitch.  We'll see how we can do this.  The deal right now is to - - take out all those dudes hanging around there right now, you know?

RR:        That's why, though.  Faggots like that, you know, that I know won't call the cops, you know?  They won't - -

CL:        [OV] Um-hum.

RR:        - - rat you out, man.

CL:        No man.  You know how - - how I was going to go about it with that son of a bitch?  When we were going to take everything from him?  "Look son of a bitch, I'm a minor," I would tell him, "You know how old you are man," I would tell him.  "You're old.  I'm barely 15 years old," you know, right?  "You know that if you tell the cops [noise] I won't lose anything son of a bitch.  You will be the one who will lose," you know, right?  "Because I'm a minor and you're - - trying to bring a minor to do things that . . . You know what's up," you know?  "You're going to lose and not me," you know?  "So just shut up son of a bitch or else you know what's up."  And that's all it would take for him to panic.

RR:        Yeah.

56
UNCLASSIFIED

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

CL:        Um-hum.

RR:        No, so go see what's up then, so that we can get him for today.  That's not a
           problem *homeboy*.  Right, [UI].

CL:        [OV] That's why, I'm already - - I'm going to start call the friendlies to see
           which - - which one of those fucking friendlies sons of bitches have the number of
           that fag.

RR:        Yeah.

CL:        You're going to come down hard, *homeboy*.  [chuckles]

RR:        You know that's right.

CL:        [laughs]

RR:        [UI]

JR:        [OV] What a crazy shit, right?

RR:        [laughs]

CL:        It's like I would tell Poison, "Dog," I would tell him, "Bring him *homeboy*," I
           would tell him.  "Look *homeboy*," I would tell him, "Right, bring him here to the
           turf," I would tell him.  "Take him to where it's dark," I told him, "We'll be
           waiting for them there," I told him.  "Right, when he's giving you head or you
           have him - - have him doggie style," we would tell *homeboy* Poison, "We'll get
           him," I would tell him, so that right . . . "You will be giving him some action
           there," you know.  "At least something - - something good came out of that," you
           know?  The *homeboy* just laughed his ass off and said "Bullshit." He said that he
           is a - - a second shot caller, and that he didn't do that, he would tell us, can you
           believe that?

RR:        [chuckles]

CL:        I [UI] - -
RR:        [OV] Nobody can do that *homeboy*.  [chuckles]

CL:        - - [UI].  No man, I know but we were just messing with the son of a bitch, you
           know, there - -

RR:        [OV] [laughs]

57
UNCLASSIFIED

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

CL:        – – messing – – messing with him, you know?

RR:        Yeah.  [laughs]

CL:        Um-hum, ha.  Maybe – –

RR:        [OV] No man.

CL:        – – the son of a bitch was bitter so we would make him laugh his ass off.

RR:        [chuckles] Serious shit, right, man?

CL:        There are two gigs there dog.  There's – – that good ass gig there, you know, and the one with the faggot is there, you know?

RR:        That's why we're ready though, man, you know?  The friendlies also here ready, you know.  I tell the dudes – –

CL:        [OV] That's why.

RR:        – – to come or else they will take a beating, and the dudes are willing, you know?  They will go for it, you know?  That homie – –

CL:        [OV] That's why [UI].

RR:        – – of – – Daniel [PH], you know?  You know those dudes, right man?  From there – – from down there, right man?

CL:        [OV] [UI] son of a bitch.  I know what's up with those dudes, you know?  The *homeboys* over there school the sons of bitches well.  Especially since the *homeboys* there are strict, you know?  Over there . . . Two cousins of mine [IA] the *homeboys* couldn't stand the pressure, you know?  And they were such big posers before, you know?  They would say the Mara here and there, and you should see how they would offer me [IA] and all, you know, right?  They thought they knew more than – – than me, you know right.  And look now, they have even . . . Fuck, those fucking assholes have even asked for my forgiveness because they got word that I was looking for them to roll them up because they had chickened out on the *homeboys*, you know?

RR:        [chuckles]

JR:        Serious shit, dude.

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

CL:     [OV] For real, sons of bitches, man.  You see that - - that the one that looks the
        dumbest, is the sharpest one.

RR:     Right.

JR:     [OV] That's why [UI].

CL:     Right.

RR:     No man, these homies are there man.  They also count, though, man.  Right,
        walking - -

CL:     [OV] That's why [UI].

RR:     - - [UI] they would walk like around 1:00 in the morning, you know?  The
        *homeboys* would tell him, right, to - - to go watch, you know. [chuckles] Those
        homies count - -

CL:     [OV] Um-hum, yeah.

RR:     - - for that, you know, right, with the things the *homeboys* would have them do,
        you know?

CL:     [OV] Yes man, and more so that - -

RR:     [OV] The good ass [IA], you know.  They would [IA] to death.

CL:     [OV] That *homeboy* Terror [PH] [IA] was strict.  That son of a bitch Terror is
        very strict, you know?

RR:     No, and that homie talks to them, you know?  He is always - - always talking to
        them, you know?  The homie is always there all the times we've gone out. The ho
        - - homie is talking to the homie, right, man?

CL:      Um-hum.

RR:     [UI] right [UI] what's up, man?

CL:     [OV] Also with Blue Way [PH], you know?  Blue Way, Demonio [PH], Dicipulo
        [PH], you know?  Temible [PH] is the shot caller of the entire Shulton [PH], you
        know?  That son of a bitch Temible freaks you out only with his voice.  That son
        of a bitch has a terrifying voice that, you know?

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

RR:      [laughs]

CL:      Yes man, when I heard him talk I would say, "Fuck this shit."  A dude can freak
         out because of his voice, you know, if he doesn't know what's going on.  Even a
         *homeboy* could freak out with the voice of that *homeboy*, if he doesn't know
         what's up, you know?

JR:      That's what - - that's what the - - the *homeboy* Scorpion [PH] from my clique
         would tell me, right?  The one doing a shitload of time, you know?  Caballo [PH]
         and I would go you know see him, right, and the homie would - - would call me to
         a corner and he would tell me, "Hey homie," he would say.  "Fuck, I'm scared of
         how Caballo looks at me," he would tell me.  And all of a sudden - - and all of the
         sudden - -

CL:      [OV] [laughs]

JR:      - - that homie Extraño [PH] would - - would come, you know, and since that
         homie Extraño has a look that, forget it homie.  A very disturbing look.  It wasn't
         that he had eyes were black, but it was a disturbing look.  Let me tell you,
         disturbing, you know?

CL:      Um-hum.

JR:      And - - and he would come, you know?  And homie Scorpion would get - - would
         get all freaked out, right.  I would tell him, "No man, dude, you know what we
         will do to you," I would tell him.  And the - - and the son of a bitch knew that
         both his brothers were in our clique, you get it?

RR:      [chuckles]

CL:      Exactly.

RR:      [chuckles]

CL:      Hey man, you can imagine that, nah.

JR:      But the dude turned out to be tough, and the homie did a shitload of things over
         there in El Salvador.

CL:      Oh.

JR:      Yeah, the kid got deported.  The homie walked with that dude Roquero [PH] over
         - - over - - over there, you know?

60
UNCLASSIFIED

UNCLASSIFIED

File Number:         245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

CL:     Alright, alright.  No man, Demonio from the clique as well.  That son of a bitch
        over there in El Salvador, you know?  That son of a bitch . . . That dude, looks
        like, you know, one of those - - those - - mmmm - - those long sticks for a ladder,
        you know?

JR:     [OV] [UI]

CL:     [OV] The son of a bitch is big. That dude bumps the top of a *building*, you know?
        That dude has to bend over to go through the doors.

JR:     [OV] [chuckles]

CL:     You know what a fucking monster that dude is, you know?  That dude is all - -
        black, the son of a bitch, all dark skinned dude.  And he stares at you very nasty.
        That son of a bitch has a look that . . . All he has to do is look at you once, no
        man, that son of a bitch would freak anyone out, you know?

JR:     Fuck, right, man?

CL:     And Temible [PH] - - Temible, that son of a bitch, looks like . . . They would call
        him Mojarra [PH] before, you know, when he was a civilian.  The homie would
        talk to me nicely when I was a little kid, you know, when he was a civilian.  I was
        very little [IA] my brother [IA] the homie would play with me and all that shit
        when I was a kid, you know?  The *homeboy* loved - - loved me very much, you
        know?  And when the *homeboy* became part of the Mara, you know, the *homeboy*
        chan - - changed his mentality, you know?  As you know that . . . If you don't
        change your mentality when with these things, you know, ah, fuck, you know?
        That's why - - that's why there are people that - - you know, sometimes tell - - tell
        you that - - that - - you think you're all that because you're into this and into that.
        The thing is that, bullshit you know, one is always what he is, you know?  But the
        thing is that one changes, you know?  You're not as dumb as you were before
        when you were a dumb civilian, you know?

JR:     For real.

CL:     Right.  [background voices] [pause] Here, the thing is to always be sharp, you
        know?

JR:     Yeah.  But yeah, man.  No man, let's - - let's see what we come up with, you
        know?

CL:     That's why [IA].  I'll see if - - I can get his number right now.  I will get that
        faggot's name, *homeboy*, you know?  The deal is that I - - I will send a recruit

61
UNCLASSIFIED

UNCLASSIFIED

File Number:           245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

              from my clique, and then a - - a friendly can go there, you know, from - - from - - from - - you guys, you know?  Even if it's a *homeboy*, and have them do that thing with that faggot, you know, right?  And we could . . . Us *homeboys* you know, could go do the weed thing, you know, right?  I will talk with - - with my friendly, you know?  Let's see if we can do something.  How we can do it, you know, to get weed dude.

JR:        [sniffles] There's a shitload of *dough* there, right man?

RR:        Yeah, no man - -

CL:        [OV] No man, [UI] and the dude . . .

RR:        - - just let us know, man?

CL:        [OV] That dude does have the weed there [UI].

RR:        [OV] And we're going to be ready there next week for the weekend be - - because this week . . . We're out of a car this weekend man, you know, right?  This homie the - - Sombra [PH] though.  Right, that's why . . . Well, I will try to talk to him and see what's up, right?  Let's see if - - if the dude, right, will give the car for the *side*, you know?  [laughs]

CL:        [chuckles] That's why dog, you know, right?  We'll send the coordinates with the friendly and see what can be done, you know?  If it can be done this month because, mmm, I don't want to do anything right now because of the friendly, you know?  [background voices] I don't want them to grab him, you know?  And since the friendly, you know, has all my stuff there, you know?  He has the - - the - - the beans.  He has the - - the drugs, he has everything, you know?

RR:        Alright.

JR:        [OV] Alright.

CL:        The *dough*.  Um-hum, that's why I didn't want to get him, you know?  Since the friendly is there, and it could be that . . . The cops could get him, you know, and we'll end up even more screwed. [chuckles]

JR:        Yeah.

UM:        [OV] [UI].

UNCLASSIFIED

File Number:            245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:            5006

CL:        The plan will be done . . . It will for sure be done - - it will be done, you know?
            That's why there's no - - no problem.  [voices in the background]

RR:        That's why we're all here, everyone from the clique *homeboy*, you know, right?

CL:        [IA] with us as well, whatever it might be, you know?  And whatever we can help
            each other out with this plan, you know?

RR:        Well, that's why, you know?

CL:        Good.

JR:        [UI] man, but there's the - -

RR:        [OV] [UI]

JR:        - - we'll see - - we'll see what's up, then.

RR:        Yeah, I will - -

CL:        [OV] [UI]

RR:        - - call you here to see what's up Leopardo.  When - - when Sombra comes, you
            know.  We'll see - -

CL:        [OV] Right, yeah *homeboy*.

RR:        - - what's up if - - if we'll go around there to watch that son of a bitch of - - of
            Eva [PH], right, man?

CL:        [UI] Right.

JR:        No man, just - - just get the address - - just the address, you know?

RR:        Very good, cool then.
CL:        Right.

JR:        Because I doubt it that - -

CL:        [OV] We are going to . . .

JR:        - - I doubt that this dude still lives there, man.

UNCLASSIFIED

UNCLASSIFIED

File Number:        245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:        5006

CL:     The thing is that this dude - - mmmm . . . I was told that they have seen the asshole, you know, right?  The - - the - - the - - the woman of - - of - - of - - of - - of that son of a bitch of - - of - - of - - of *chicken nuggin* [PH], Pollo [PH] saw him, you know?  So there [IA] you know.  The son of a bitch was alone . . . Oh, no I think he was with an old woman, you know. [pause] Don't you think so?

JR:     Fuck, right.

CL:     No man, [UI] if I ever get that man . . . *Damn*, it will be a gift that the beast will give me, you know?  [noise] One of those nice ones.

JR:     It's Christmas, you see.

CL:     [OV] That dud - - that dude thinks he's some heavy shit, you know?  He's thinks he's even heavier than one of them cacoyos [PH] [18th Street] assholes, you know?  That little kid, you know, had been with the hood for just a little bit.  But that dude . . . Fuck, he knew a lot, you know right.  The little kid, you know, had his - - he had his schooling, you know and all of that shit, you know, right.

JR:     [OV] Yes but the dude - - the dude is intelligent, right, because didn't they say he ratted you guys out but he doesn't talk anything about the problem with the hen, right, man?

CL:     [IA] because he knows he will be damaged from that thing too.

JR:     Yeah.

CL:     That's why in . . . No man and - - and - - and - - and you know what worries us - - us - - us a little more?

JR:     [OV] Um-hum.

CL:     That the son of a bitch has the 32.

JR:     How so?  Does he - - does he have - - have - - have - - have - - does the homie have a piece?

CL:     [OV] Look man, you heard that they took away our pieces from the *side*.

JR:     Um-hum.

CL:     Look, check this out, you know, right.  Supposedly they have taken the - - toy away from us, you know, from - - from . . . All the toys, you know.  Even the - -

64
UNCLASSIFIED

UNCLASSIFIED

File Number:         245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

|       | the 32, you know.  But bullshit, nobody knows where the 32 is, you know.  The friendly that - - that had it doesn't know either, you know, right.  The only one that [UI]. |
|-------|------|
| JR:   | [OV] And - - and what's up with that 32 man?  What's up with - - |
| CL:   | [OV] [UI] |
| JR:   | - - that 32? |
| CL:   | That 32 is good, you know, right.  That 32 . . . Us *homeboys*, you know, figured it out and we thought that this asshole might have it for his protection, you know. [pause] That's the problem. [pause] Hello? |
| RR:   | Serious shit, right man? |
| CL:   | Yeah. |
| RR:   | Fuck, maybe the *homeboy* got cut off, right, man? |
| CL:   | Did it cut off? |
| RR:   | Maybe because he went silent, man. |
| JR:   | I'm here.  Hold on I'm ordering food, hold on. |
| RR:   | Alright. |
| CL:   | [chuckles] Fuck right, and I'm hungry here. |
| RR:   | Fuck and that's why I want Sombra to come, fuck. [chuckles] |
| CL:   | [chuckles] Serious shit.  Anyways, today I'll go buy an ounce from that son of a bitch. |
| RR:   | From who, man?  From Sombra? |
| CL:   | No man, that dude that - - that - - that - - we want to go see what's up. |
| RR:   | No man, don't let - - he shouldn't see your face *homeboy*.  Buy from us.  How much do you want dog? |
| CL:   | [IA] have? |

UNCLASSIFIED

File Number:         245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

RR:     How many do you want?

CL:     Which weed [UI]?

RR:     That's why, the cool one, man.  The Reggie [PH] one.

CL:     [laughs]

RR:     That's why, but get on it dog.   Zero seed then and - - and, right, get on to it.
        Well, it has a 1.8, you know, almost a 1.9 the [UI].

JR:     [OV] Well yeah, man.  Hey so what's up?  The homie has that 32, man?

CL:     Supposedly that's what us, *homeboys* think.  Because the friendly, you know, the
        friendly . . . The pieces were taken away from the friendly.  They took everything
        away, you know, right?  The thing we have given to him.  And on top of that the
        son of a bitch ratted him out by saying he had these things, you know?

JR:     And that friendly - -

CL:     [OV] That Eva [PH] girl  to the friendly.

JR:     - - what happened to him, man?

CL:     The friendly . . . He's there.  He's there the son of a . . . The - - the - - the doggie,
        you know, right?  The doggie did not rat us out, you know, right?  He just told us .
        . . He said he had run into him and that's all.  And he stuck to his story, you know,
        right?  The friendly son of a bitch is solid, you know?  And if - -

JR:     [OV] And hey . . . But the 32 - - the 32 is not dirty, man?

CL:     Mmmm . . . Yeah, the 32 is dirty.

JR:     Fuck, that was the one from the girl - -

CL:     [OV] [UI]

JR:     - - the Lagrimas girl?

CL:     No, that . . . I don't know.  I think that one has . . . I think it does have a skeleton,
        you know, right.  But we also got it dirty because of the thing we did, you know,
        the punishment that took place over there at the sector that - - that we blasted him
        . . . Poison did the . . .

66
UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

JR:     [OV] Oh, to the civilian in the face, right man?

CL:     Um-hum. [pause] No man, we didn't even know which way to run that time.
        [chuckles]

JR:     Hey, and is that - - and is that the problem they're pinning on poor Skinny [PH],
        man?

CL:     Yeah.

JR:     Fuck, right man.

CL:     Look, the assholes - - the assholes, can't find, you know . . . Of - - of - - of so
        many - - of so much evidence they have, you know.  And the - - the one they get
        is the one [IA] the one that gets caught gets blamed for everything even if they - -
        even if they know it's not him, you know?  But just so they can make them fall - -
        fall one by one, you know?

JR:     Fuck, let's see what homie Poison says, right man, whenever the homie can call,
        right, man?

CL:     Lets see what the *homeboy* says even more so because this woman . . . The dude's
        woman is there telling me she wants to see him and this and that.  I don't even
        know what to tell that girl, *man.*

JR:     But has the girl said anything man, if - - if she had called him or something?

CL:     No man.  The girl doesn't even know he's locked up.

JR:     She doesn't even know he's locked up?

CL:     Um-hum.

JR:     Oh.
CL:     I have not told her, you know, because she might go into labor.

JR:     That's true [noise].

CL:     Yeah, you know.  I better just tell her that Poison is going to contact her.  So
        Poison can talk to her when he calls, you know, from - - from where he is, you
        know, and tell her what the deal is.

JR:     That's true.  Better that way, right, man?  Instead of getting into a mess, *man.*

UNCLASSIFIED

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:          5006

CL:     Yeah.  I . . . And then the son of a bitch, bullshit, could tell me to - - to go - - to go
        live with her.  To get a room together because, nah, you know.  I won't - - I won't
        live with the girlfriends of other *homeboys*, you know?  Sometimes those
        dumbass girls, you know, fall - - fall for you, you know, right?  They can even
        gossip about you, you know, and fuck it.

JR:     [OV] It's no lie and they only tell you . . . Then [UI] from in there and see, "Hit
        that homie," and what can you do, right, man?

CL:     That's why, you know?  Even though the homie knows . . . Poison knows that I
        don't mess with chicks, you know?  And I will always respect his girlfriend too,
        you know?  But you know that girls just want to fuck . . . They want to fuck with
        anyone, you know, right?  But not me, you know?  Sometimes the girls fall for
        you, you know, because you know how we can talk real smooth there, you know,
        and the girls like that.

JR:     [OV] No but for real, but also - - also . . . For real, if you tell her the homie is
        locked up, something can happen to her pregnancy, and that homie will blame it
        on you.

CL:     Yeah man, bullshit, you know, right?  [pause]

JR:     [UI]

CL:     [OV] But I don't tell the little girl.  I tell her, "I will help you in whichever way I
        can.  Just let me know," you know?  [pause]

JR:     And why can't the little girl go to her mom's, man?  It's better.

CL:     She's at her mom's but she says she doesn't want to live there.  She says she can't
        take it anymore.  Who knows what she can't take anymore.

JR:     No man.  She should stay there.
CL:     [OV] What she can't stand is her wanting to fuck.  [chuckles]

JR:     No man, and what . . . How far along is her pregnancy, man?

CL:     Huh?

JR:     How far along is her pregnancy?

CL:     Five . . . I think five months or six.

UNCLASSIFIED

File Number:          245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:         5006

JR:      [UI]

CL:      And the son of a bitch will be a boy.

JR:      A boy, man?

CL:      Yes, and we'll make him part of the Mara. [chuckles]

JR:      [laughs] [UI].

RR:      [laughs]

CL:      Yes *man.* As soon as he's born [IA] the first thing I will buy for him and some
         Dinkies [PH] pants, you know, right. We're going to dress him up all cool.

JR:      [laughs]

CL:      Ah and you'll see that Poison gave the go. Poison said that the - - the Mara
         wanted to make him part of the Mara, and we'll make him part of it.

RR:      [chuckles]

CL:      [laughs] Same with me. When I have my son, that son of a bitch will know
         what's up, or else I will chop him up myself.  [pause]

JR:      The thing is that son of a bitch Poison is crazy, right man.

CL:      That son of a bitch is mental.

JR:      That's what Payaso used to tell me, "Fuck that son of a bitch Guadalupe [PH],
         this son of a bitch doesn't think. He gets all worked up," he would tell me.

CL:      Huh?

JR:      That's what Payaso would tell me, "Fuck this Guadalupe doesn't think. He gets
         all worked up," he tells me.

CL:      Yeah, the thing is that the *homeboy* gets all worked up, you know. Sometimes - -
         sometimes he - - he - - he - - he - - he, you know, would only [IA] to figure out if
         it would be good or not, you know? He would be too much at times.

JR:      Yeah, it's tough, right, man?

69
UNCLASSIFIED

UNCLASSIFIED

File Number:            245D-WF-3410065
Name of Audio File:  703-862-8582 2014-05-08 15-09-35 05006-001
Call Number:           5006

CL:        It's messed up.

JR:        Alright then man, Stone, get a hold of that homie when you can to see what's up, man.  Or you call me and I'll link him up, then.

RR:        Alright, cool *homeboy*.  No man, we'll do that man.  Leopardo too.

JR:        [OV] Alright then.

RR:        Alright then.

CL:        [OV] Good *homeboy*, good.  I . . . Good *homeboy*, no problem.

JR:        Alright then.

RR:        Alright, call me then.  Or I'll call you . . . Well, you don't have my number.  I'll call you dog.

CL:        Alright dog.

JR:        [UI].

RR:        Alright, cool.  Great claw.

JR:        Cool, man *homeboy*.

CL:        The claw.

RR:        Alright.

          [end of call]

UNCLASSIFIED