# EXHIBIT 6

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



9325 Discovery Blvd
Manassas, VA 29109

| | |
|---|---|
| File Number: | 245D-WF-3410065 |
| Requesting Official(s) and Office(s): | SA Fernando Uribe, WFO/NVRA |
| Task Number(s) and Date Completed: | 419121, 9/30/2015 |
| Name and Office of Linguist(s): | CLM Liliana Portwine, NVRA |
| Name and Office of Reviewer(s): | CL Ramón Aguilar, WF |
| Source Language(s): | Spanish/ English |
| Target Language: | English |

Source File Information
  Name of Audio File or CD: 703-862-8582 2014-05-09 13:10:11 05046.001.wav
    –Call Number: 05046
    –Date, Time, Duration: 05/09/2014, 13:10:11, 00:17:38
    –Line, Target Numbers: 703-862-8982
    –Direction: Outgoing

VERBATIM TRANSLATION

Participants:
    Junior       JR
    Lemus Cerna, Christian      CL
    a.k.a Leopardo
    a.k.a. Gatito

Abbreviations:

UNCLASSIFIED

**UNCLASSIFIED**

| | |
|---|---|
| TN | Translator's Note |
| PH | Phonetic |
| p | Plural |
| [ ] | Translator's notes / Noise Notations |
| VID | Voice Identification |
| OV | Overlapping Voices |
| IA | Inaudible |
| *Italics* | English |

[TN: Format as Agent requested.]

[TN: The conversation continues on session #5047 and 5051]

File Number: 245D-WF-344681
Audio File:703-962-8582 2014-05-09 13:10:11 05046-001.wav
Call Number: 05046

| | |
|---|---|
| CL: | Uh-huh, *homeboy*. |
| JR: | Fuck, what happened it got cut off, man? |
| CL: | I ran out of minutes. |
| JR: | [laughs] son of a bitch. |
| CL: | No man, I spend here, like three hours getting out of them at least thirty minutes so I can talk later, you know? [laughs] |
| JR: | Fuck man, right? |
| CL: | [OV] Well yeah. |
| JR: | No man, but - - fuck, tsk-tsk - - no man and we wanted to go - - we wanted to go there too but we'll see what happens, right man? It's - - it's already - - already hot over there too. You know? |
| CL: | No man, *homeboy*, nothing to do there - - nothing there - - not even get close, dog. |
| JR: | Fuck, man. [noise] |
| CL: | Yeah. |
| JR: | [OV] It's fucked, right man? No man, but . . . Fuck, right, man? |
| CL: | [OV] You already know about that other thing? |
| JR: | [OV] What's good, what's good is that - - the good thing is that - - that dude - - that, the - - the, no, no, don't have many - - many hens; that they - - you only left two. If you had left more, they would have - - |
| CL: | [OV] No man - - |
| JR: | - - put it on the dude. |
| CL: | [OV] - - look man, *homeboy* - - You know the other thing? . . . [laughs] |
| JR: | [OV] Mm hum. |
| CL: | - - [laughs] That, I wish it was just those two, dog. [laughs] The *homeboys* have left there, skeletons of other cliques too. |
| JR: | Of other cliques? |

1
**UNCLASSIFIED**

File Number: 245D-WF-344681
Audio File: 703-962-8582 2014-05-09 13:10:11 05046-001.wav
Call Number: 05046

| | |
|---|---|
| CL: | Other cliques have left skeletons there. Payaso told - - told us, he said that there, some *homeboys* from another . . . I don't know which clique had gone to do a hit there too, that there are bones from other sons of a bitch too. |
| JR: | No man, I don't think so, man. |
| CL: | Yeah, man, *homeboy*. That's the - - |
| JR: | [OV] Maybe |
| CL: | - - problem that if they manage to find someone there, they're going to search all through there, you know, right? And whatever they find, remember that the - - the - - those things, are still there, you know? So you see, they're going to blame it on us. |
| JR: | For sure. But, no man. No . . . Who knows, right man, I don't know about another clique, you know? Who knows, maybe - - maybe Payaso found out on the inside, you know? |
| CL: | No man. Payaso knows what's going on too; you know? Pay - - Payaso told us. |
| JR: | Oh, the thing is - - |
| CL: | [OV] And we - - and we were eagerly digging there . . . Maybe we could find some - - bones. |
| JR: | Yeah, son of a bitch, man. |
| CL: | Yeah. No man - - |
| JR: | [OV] No man - - |
| CL: | - - homeboy, you see dog. At night there - - when you go in, *homeboy* - - |
| JR: | Mm-hum. |
| CL: | No man, you can feel a shit load of presence dog, you know? |
| JR: | No man, I've been told that. You know who told me that? |
| CL: | [OV] Mm-hum. |
| JR: | That - - that - - that homie - - the - - the - - this dude, son of a bitch, that turned on us, man, and the one that became *Ghetto Criminal*. |

2
**UNCLASSIFIED**

File Number: 245D-WF-344681
Audio File:703-962-8582 2014-05-09 13:10:11 05046-001.wav
Call Number: 05046

| | |
|---|---|
| CL: | *Stone*? |
| JR: | No, the one they called Hansel. Do you remember? |
| CL: | [OV] Hansel? Uh-huh. |
| JR: | That once he was taken by - - by - - I think it's - - it's - -  it's - - it's Tuner [PH]. "Fuck," he tells me, "You should see it there. When you go inside, *homeboy*, you feel that the Beast is there. You get some fucking shivers - - horrible." He tells me. |
| CL: | [laughs] Yeah man, *homeboy*, that's why I laugh my ass off because I - - I took on that *roll* the day that the cops followed us . . . |
| JR: | Uh-huh. |
| CL: | When they came to the house for all of us. No man, the [f] cop, you know?  I was hiding and was watching the assholes, you know? To see who they were and the [f] cop, the - - the woman cop, you know? Shit, she didn't even want to go in, can you believe it, the [m] cop would push her. [laughs] Can you believe it [laughs] |
| JR: | [OV] Where? Inside - - |
| CL: | [OV] - - when I see it - - |
| JR: | [OV] - - where you guys were at? |
| CL: | Yeah. And when I saw - - when I saw the badges, I said *"Hell no."* and I took off fucking running, man, you know? That's where the assholes grew, you know? Some more balls, you know? Since they knew that someone was there. |
| JR: | Son of a bitch. They didn't want to go in, man? |
| CL: | No, *homeboy*. What shit, "Fuck" I said, "And who are these dudes?" I stayed and watched for a while because I saw them all dumb, you know? [IA] |
| JR: | Hmm. [chuckles] You do crazy shit, right, man. |
| CL: | No man, you can feel a shit load of a presence when you go inside the woods. |
| JR: | That's what - - |
| CL: | [OV] As you go in - - |
| JR: | - - Hansel told me. |

3
**UNCLASSIFIED**

File Number: 245D-WF-344681
Audio File:703-962-8582 2014-05-09 13:10:11 05046-001.wav
Call Number: 05046

| | |
|---|---|
| CL: | - - when you go inside - - |
| JR: | [OV] that's what Hansel. |
| CL: | [OV] at 12:00 midnight, dog. Ha, no man. That's why I'm telling you, I'm not afraid anymore, you know, right? Because at 12:00 midnight, I have gone by myself there - - to see the skeletons. |
| JR: | Fuck man. You have to walk a long way inside? |
| CL: | Yeah, more or less you do. |
| JR: | And I - - so, you know that I'm going to - - I'm going to ask you later for us to take that - - that homie *Uzi*, homie. |
| CL: | Um-hum. |
| JR: | [OV] Because the *homeboy*, you know, right? The dude is smacking the girls around, the son of a bitch, you know? That right, that he smacks one of the girls, that - - he fucks them up and they call the cops on him and you know that shit doesn't fly with us, you know? |
| CL: | For sure [IA]. |
| JR: | And right? And - - and - - and we're going to scare the shit out of him, well, we're going to take him there, you know? Right? And that - - that he feels the presence and, "Look, you're jumping on top of one and that's where you're going to end up if you don't walk a straight line." |
| CL: | [laughs] No man, *homeboy*. Whenever you want dog, we'll take him where that little hen is - - there, you know? [laughs] I - - I have always wanted to do that to someone like that, you know? That doesn't know, you know? And that - - |
| JR: | [OV] No, but him - - |
| CL: | - - is easy. |
| JR: | [OV] - - him - - him - - and *Stone*, you know, right? We're going to see what *Stone* is made of, well, you know, right? - - |
| CL: | [OV] No man. I - - |
| JR: | - - That's what I - - we'll see what shit, you know? |
| CL: | [OV] Um-hum. |

4
**UNCLASSIFIED**

File Number: 245D-WF-344681  
Audio File:703-962-8582 2014-05-09 13:10:11 05046-001.wav  
Call Number: 05046

| | |
|---|---|
| JR: | So that they - - so that . . . You're going to see them there, well, you know? They are going to say, "Fuck, what's going on with these guys, they're already digging a hole," that's what the son of a bitch will say. |
| CL: | [laughs] |
| JR: | But I want to see it, maybe - - they will - - if they shit themselves there or if they piss their pants, you know? |
| CL: | Um-hum. |
| JR: | Yeah dude. |
| CL: | [OV] No man, when you tell them . . . No man, [IA]. When I told him about that thing, you know, right? That I test myself to see what I'm capable of, you know? |
| JR: | Yeah. |
| CL: | Hey, *homeboy* - - it's the thoughts that they have, you know? That they have to have, you know? Positive thoughts, you know? Positive and not negative that makes you shit yourself, right? Because if you're thinking of being afraid, then you're going to be afraid, you know? But if you think - - don't think anything about that, you know? Then nothing to do with it, you know? |
| JR: | Yeah. That's what I'm telling you, I want to see what's going on, with *Stone* - - with this - - it's just that it's *Uzi*, you know, right? *Stone* is cool, but right? *Uzi* is like - - kind of like - - let's see what happens, what does he think that La Mara is a game? La Mara is not a game, right, man? |
| CL: | No man, bullshit, you know? I can't say anything about that to you about those *homeboys*, you know, right? Because they're from your clique and you know where the dogs stand, you know? |
| JR: | Yeah, yeah, that's why I'm telling you, I'm telling you because of what - - the homie - - *Stone* has told me, right? That the homie there, you know? He starts to argue with the girl; he gets too pussy-whipped, he gets depressed - - |
| CL: | [OV] You know what, *homeboy*? |
| JR: | - - Huh? |
| CL: | *Homeboy* - - |
| JR: | [OV] Yeah. |

File Number: 245D-WF-344681
Audio File:703-962-8582 2014-05-09 13:10:11 05046-001.wav
Call Number: 05046

| | |
|---|---|
| CL: | - - crack the whip on those sons of a bitch, man. That they get fucked every time that is possible and give them such a good one - - that you're going to tell them that at so many times you get a fucking up I'm going to break your leg and you go ahead and break the leg and you break it, *homeboy,* so he sees - - |
| JR: | [OV] No man - - |
| CL: | - - you know, right? |
| JR: | [OV] - - no man, I was thinking, man, to creep them out there - - just as you [p] creeped out Hansel, son of a bitch. Hansel went ahead and called me, well, he tells me, "Fuck *homeboy,* that's no bullshit there, *homeboy.* There I - - I even got pale, *homeboy."* He tells me. "Ha-ha," I tell him. |
| CL: | No man, you - - you know what else, *homeboy*? That right by where he went by they practice witchcraft. Right there, *homeboy,* where they practice witchcraft, that's where I saw the little hen that very same day, you know, right? |
| JR: | [OV] But, and - - and how - - |
| CL: | - - And I turned around to see him. |
| JR: | [OV] - - and how is it - - but how is that - - what's - - what's that park like, man, how the fuck they make - - make the holes there, man, and - - and - - and there isn't - - there's no problem there, man? What's it like there, man? |
| CL: | [IA] - - there's a little street, man. It's just like a small cemented street, and then goes through a river. At the river they have some balls like, there, you know? You can jump there so you don't get wet. It's just a small street. It's for running or for riding a bicycle, you know, right? It's just that little street that goes through the middle of those woods, you know? It's like a forest - - |
| JR: | [OV] Mm-hum. |
| CL: | - - right? But if you walk further down, *homeboy,* there you will find the park, a pool and all that shit, you know, right? But like that in the middle, there toward - - toward the edges it's like ravines, going uphill, you know? With like full of trees and all that stuff, you know, right? |
| JR: | Alright - - |
| CL: | [OV] It's really cool there, dog. |
| JR: | Fuck, man. So a hole can be made there quickly and can be covered, man? |

File Number: 245D-WF-344681
Audio File:703-962-8582 2014-05-09 13:10:11 05046-001.wav
Call Number: 05046

| | |
|---|---|
| CL: | Yeah. |
| JR: | Later we'll go by there, dude because - - son of a bitch - - what's with that park, that all the *homeboys* say that there are all kinds of shit there and I have never known such a park, son of a bitch, that has so many things. |
| CL: | [IA] It's cool, you will see what going on. |
| JR: | Yeah, man [UI]. |
| CL: | You can bring a dummy there, dude, and you can panic him out - - right there he will - - will break on you. |
| JR: | It's that - - that - - the park gets really dark, man? |
| CL: | No man, *homeboy* the thing is that there, *homeboy* - - there - - I don't know what the fuck with that park but I - - ha - - I feel a shit load of a presence there. It gets - - very dark *homeboy* - - there's houses around it, *homeboy*. You see houses - - you can see houses, you know? Because it's close by the homes and all that shit. |
| JR: | Mm-hum. |
| CL: | But, not even then *homeboy*, you get panicked when you pass through there, dog. You panic and really bad, man, you know? |
| JR: | Fuck. And you know what - - |
| CL: | [OV] Yeah, man, yeah - - |
| JR: | [OV] - - what - - over there - - let's see what - - what sign was left - - where the hen was left maybe- - more - - more - - more - - more than terror - - can be seen, sons of a bitch. |
| CL: | No man, ha - - there *homeboy*, no man, am I not telling you thought that's why [IA] panicked [IA] because the idea - - we took them through right there, ==where we killed them and I would start to tell them the whole story, the way it happened, you know, there.== |
| JR: | Mm-hum. |
| CL: | They panicked even more. When I tell them, "Let's go up," I tell them, "Let's go - - let's go see the hole," I tell them, right? And I just stand there - - and both of them just stand there, you know, with *Slow*. And - - |
| JR: | [OV] And why didn't - - why didn't - - |

7
**UNCLASSIFIED**

File Number: 245D-WF-344681  
Audio File:703-962-8582 2014-05-09 13:10:11 05046-001.wav  
Call Number: 05046

| | |
|---|---|
| CL: | [OV] - - here - - |
| JR: | [OV] - - and why didn't they want to go up - - climb up? Was it because they had to go up a tree? |
| CL: | The thing is that it's like a small incline, you know, uh-huh, and you have to grab a hold of some - - it takes some effort to climb up that incline, you know, right? But they were afraid. They wanted me to go through first, you know, right? No man, with them, I - - sons of a bitch - - I was the first one walking, and walking fast, you know, right? All of that, you know? They were behind me. I even tested them, look, I stopped - - and there, you know? I only stopped as if nothing; they also stopped - - I kept looking at them, "Go through" I would tell them. "Why don't [IA]" as if they wanted to tell me that I was the one panicking. - - |
| JR: | [OV] Uh-huh. - - |
| CL: | - - "You go through," I told them. |
| JR: | [OV] - - And the - - and the - - and they didn't - - and weren't - - weren't - - that the homies weren't - - weren't there when you [p] hit the little hen, the homies weren't there? |
| CL: | Yeah man, *homeboy*, am I not telling you that a pretty bad presence can be felt there - - |
| JR: | [OV] [UI] you know why? - - |
| CL: | [OV] - - *homeboy*. [laughs] |
| JR: | [OV] - - and why, and why did the homies, why didn't the homies want to go up then, man? |
| CL: | They were afraid, *homeboy*.  Am I not telling you that a presence can be felt there that makes you feel like you're out of your mind, dog. [laughs] |
| JR: | Son of a bitch, right? |
| CL: | Yeah. And since - - since they, you know? Well, *Slow*, you know? Hasn't always seen those things, you know? The *homeboy* has the balls to kill and all that shit but then, you know? To go, like to go and take out a dead person that - - already, you understand? That has a few months - - he won't go take him out by himself, you know? If you gave him the mission to go and take him out by himself - - to that son of a bitch, ass hole, he's not going to go and take him out for you. |
| JR: | No man, he won't take him, right, man? |

8  
**UNCLASSIFIED**

File Number: 245D-WF-344681  
Audio File:703-962-8582 2014-05-09 13:10:11 05046-001.wav  
Call Number: 05046

| | |
|---|---|
| CL: | No man, me - - that son of a bitch I'll go take him out [IA] - - I'll give you, you know? |
| JR: | Fuck, but unlike that son of a bitch Peluca, Peluca [PH] took out Lagrimas [PH] again, the son of a bitch. |
| CL: | What, I took out him out, *homeboy*, with Tuner [PH] and that chick Eva [PH]. |
| JR: | Oh. Tsk tsk, no man, Peluca says that it was him and that all of you [p] were vomiting, he says. |
| CL: | That son of a bitch is a big liar. Me - - ah - - ah - - me with Tuner where there just as if nothing, you know, man? The only one panicked there when we were doing that was that chick Eva. |
| JR: | And that homie already stunk, man? |
| CL: | Mm - - you can't imagine how, *homeboy*. Ha, the son of a bitch felt like the smell was already in my brain, brother. |
| JR: | Fuck man. |
| CL: | Yeah man. What I did was to almost not breathe, you know, right? And I gave it with everything and I would cover up, I would put on another shirt - - |
| JR: | [OV] Hey man, but - - |
| CL: | [OV] - - on the face to - - |
| JR: | [OV] - - and - - and - - and that homie - - |
| CL: | [OV] - - be able to breathe deep. |
| JR: | [OV] - - and how did that homie - - how - - how - - how the fuck did he end up in the hole, that homie was very big, dude? |
| CL: | No man, the thing is that - - first - - the first small hole we made, you know? - - am I not telling you that it wasn't - - wasn't - - wasn't even half - - half of a meter, I think. |
| JR: | Son of a bitch. |
| CL: | Mm-hum. So then the other had to be made. So then, the other one was about - - a meter and a half. [noise] |

File Number: 245D-WF-344681
Audio File:703-962-8582 2014-05-09 13:10:11 05046-001.wav
Call Number: 05046

| | |
|---|---|
| JR: | Fuck man. You didn't - - didn't - - didn't take off his legs or nothing to make the homie fit? |
| CL: | No man. Now, that one, you know? That one was now big, you know? |
| JR: | Fuck man, right. |
| CL: | Mm-hum. We already had made - - |
| JR: | [OV] Well, yeah - - |
| CL: | - - it, very big and very deep. |
| JR: | Hey man, but and - - and - - when I heard that the homie told him, when Payaso told me - - I tell him, "Fuck, you guys are dumb, homie. And the homie was telling you guys that he had someone else that was there ratting and you didn't hear him out." I'm saying; you guys fucked up there, you know? |
| CL: | No man, but - - but me - - me and all of the *homeboys* heard, but - - [IA] it wasn't my first time, dog, so that the *homeboys* would say, "Wait until he talks," you know, right? |
| JR: | Mm. |
| CL: | It wouldn't have been done. But there the *homeboys*, I said [laughs] since they all wanted, were hungry, all of them were hungry to kill, you know? They told him that - - Right? The *homeboys* had the excuse that - - bullshit - - that - - that here when something is finished - - when something is started it's finished right away, and if . . . if he talked that's good and if not - - if he didn't talk, you know? Then - - |
| JR: | [OV] So then, he didn't - - |
| CL: | - - he didn't have the opportunity. |
| JR: | [OV] - - didn't - - the dude didn't tell you to wait, that he was going tell you? |
| CL: | No man, he was going to tell us so we wouldn't do anything to him afterwards. But they were saying, "Hit him, hit him, hit him." You know? [laughs] |
| JR: | Fuck, right man. No man, but the fucker, right - - |
| CL: | [OV] But - - I know *homeboy* - - |
| JR: | [OV] - - is [UI] - - |

File Number: 245D-WF-344681
Audio File: 703-962-8582 2014-05-09 13:10:11 05046-001.wav
Call Number: 05046

CL: [OV] - - who is the other one, dog. We know who they - - who they are, you know, right?

JR: [OV] Oh.

CL: - - we didn't - - didn't - - didn't need for that son of a bitch to tell us.

JR: Fuck, right. To - - fuck, right man?

CL: [OV] It's a dude that's called, "Vaca, [PH]" that dude, you know? - - [IA] that dude says that La Mara; wooh-wooh-wooh, he says that he's solid, you know, right? The - -

JR: [OV] Mm-hum.

CL: - - son of a bitch, he also put that crap on him, he put the one [1] and the hole [8] [PH] on a Bolivian dude, you know?

JR: Fuck.

CL: And the dude is from El Salvador. The dude - -

JR: [OV] Hey homie - -

CL: - - that dude is from El Salvador.

JR: Ah, ah, look, I'm going to drop by with that guy - - like I said already, with *Uzi*. Just wait, I'm waiting for something, we're going to drop by homie because - - fuck, that park looks cool, imagine you guys, right? The jobs that have been done and the people and - - they don't scream, man? The dude didn't scream, nobody heard him, man?

CL: No man, *homeboy*. The hen, the hen just spoke a lot and the little hen didn't say anything, only said, "Don't hit me." One time, "in the face." He said it one time. And from then on - - nothing to do - - he didn't scream or nothing.

JR: Fuck and - - and is not going to feel the [UI] - -

CL: [OV] The hen did talk more. He cried more.

JR: Is not going to feel the whacks? He's not going to scream? No shit, son of a bitch, I don't believe it.

CL: No man. The thing is that the hen - - the hen, you know? Was fucked up that time, you know? And well [IA] had opened a big hole in the stomach, you know?

11
**UNCLASSIFIED**

File Number: 245D-WF-344681  
Audio File: 703-962-8582 2014-05-09 13:10:11 05046-001.wav  
Call Number: 05046

| | |
|---|---|
| JR: | Who, man? |
| CL: | *Poison.* |
| JR: | Oh, *Poison*. Oh yeah, *Poison* was the one that was pissed off since he was the one that had jumped him in, right man? |
| CL: | No man, hadn't he - - didn't he jump me in too, man? |
| JR: | [OV] Fuck. |
| CL: | [OV] And to those dudes - - *Poison* did him because - - he bull shitted Peluca that he wanted to eat him first, you understand me, right? And I also had a right to eat that son of a bitch too because he jumped me in, you know? |
| JR: | No man, so now, well, now with a big hole how is he going to - - going to be talking, no shit. |
| CL: | Yeah man. He just talked but [coughs] - - a little, you know? [coughs] |
| JR: | Fuck, right man? |
| CL: | "That, hey - - don't - - don't - - don't kill me, don't kill me, I'm going to tell you who it was." He told us. No man, when he finished saying, "I'm going to tell you who it was," he already had the machete through the back of the neck, you know? |
| JR: | Son of a bitch. |
| CL: | The thing is that *Poison* [UI], you know? |
| JR: | And - - and the - - and the little hen, man - - didn't even say shit, man? |
| CL: | [beep] No, the little hen- - hold on - - excuse me. [noise] |

[aside conversation] [one sided conversation]

*Hello.*

*Ah, she's not here.*

*Uh-huh.*

*No.*

*What - - what do you say. I can't, I can't understand you?*

12  
**UNCLASSIFIED**

File Number: 245D-WF-344681  
Audio File: 703-962-8582 2014-05-09 13:10:11 05046-001.wav  
Call Number: 05046

> *To - - uhm - - uhm - - Michael [pause]*
>
> *'Cause I'm - - I'm his cousin.*
>
> *I'm - - I'm his - - her cousin.*

[end of recording]