# EXHIBIT 7

UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



9325 Discovery Blvd
Manassas, VA 29109

| | |
|---|---|
| File Number: | 245D-WF-3410065 |
| Requesting Official(s) and Office(s): | SA Fernando Uribe, WFO/NVRA |
| Task Number(s) and Date Completed: | 419121, 9/30/2015 |
| Name and Office of Linguist(s): | CLM Liliana Portwine, NVRA |
| Name and Office of Reviewer(s): | CL Ramón Aguilar, WF |
| Source Language(s): | Spanish/English |
| Target Language: | English |

Source File Information
   Name of Audio File or CD:     703-862-8582 2014-05-09 14:12:43 05051.001.wav
       −Call Number:             05051
       −Date, Time, Duration:    05/09/2014, 14:12:43, 00:41:56
       −Line, Target Numbers:   703-862-8582
       −Direction:               Outgoing

VERBATIM TRANSLATION

<u>Participants</u>:

       Junior        JR
       Christian Lemus Cerna,      CL
        a.k.a. Leopardo
        a.k.a. Gatito

UNCLASSIFIED

UNCLASSIFIED

<u>Abbreviations</u>:

| | |
|---|---|
| TN | Translator's Note |
| PH | Phonetic |
| [ ] | Translator's notes / Noise Notations |
| VID | Voice Identification |
| OV | Overlapping Voices |
| IA | Inaudible |
| *Italics* | English |

[TN: Format as Agent requested.]

[TN: Conversation continues from calls #5046, #5047]

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

[recording begins]

CL:     Alright, alright.

JR:     Well, yeah, man.

CL:     No man, Like - - like I'm telling you, you know? Sometimes what you see here, you know? What the - - the ones that are never, the ones you thought would [IA] nothing [IA] talk, you know are the first one's you know? [IA]

JR:     Fuck, right man.

CL:     Mm-hum. That's why the idea here is to never believe [IA] *homeboy*, you know, right? And never believe yourself to be the - - the big man, you know, right? Because those are the ones that turn out worse, you know?

JR:     It's not bull shit, that's true, homie.

CL:     Yeah. No, that's why I'm not a dummy, *homeboy*. [laughs] that's why, and . . . I know how to handle myself, you know? How far, you know? In a way that I don't end up hurt someday, you know? Or anyone that is with me too, you know? Because I would rather, *homeboy*, it's me that's hurt instead of one of my dogs, you know? Or someone, you know that is walking with me.

JR:     Yeah.

CL:     Yeah, you know? It would be, as if at one time we would be busted by the pigs. I prefer to be the one busted, you know? Knowing that - - that - - that me, you know? Could be, you know? That the other doesn't even have the blame, that I'm the one at fault, you know? [IA] you know, right? [IA] busted and whatever may come, you know, right? Instead of another person that has nothing to do with it get busted, you know? That can be more useful later, you know? He could even be useful later at lock up, you know?

JR:     It's not bull shit. That's how it is, you know?

CL:     Yeah.

JR:     Fuck, right? It's fucked, right man?

CL:     [chuckles] It's fucked, right homey? [chuckles]

JR:     Fuck - -

UNCLASSIFIED
1

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

CL:     [OV] [laughs] Serious shit, No man. I would like to go to El Salvador, *homeboy*. I want to go there and get real - - real . . .  Well, so that when I come back, I'm going to come, you know - - an all out psycho.

JR:     [laughs]

CL:     [laughs] [IA] the more that - - more came, to where I'm at - - wooh, son of a bitch, I'm going to go in with an M-16 and go, go hit me up a - - a chick, a Sarca [PH] chick, you know, right? Shit load of fucking crap, that dude was the one that . . . the one that was killed, you know? Supposedly [IA] - -

JR:     [OV] [UI]

CL:     He killed - - the - - the - - the - - Lunatico [PH] from the clique; Pelon, and Chele 13 [PH] you know?

JR:     Fuck, and is that dude still alive?

CL:     He's still alive. Hey *homeboy*, Lunatico, dog, very much a *homeboy* man. I never met Pelon [PH], you know? But Chele 13 - - ha, you know it, that's a fucking nickname *homeboy*. You know it, that the nicknames, the nicknames here, you know - - speak on your behalf.

JR:     That's true, dude.

CL:     Yeah, you know? They were some fucking *homeboys*, you know, right? And by the way, not only those, you know? On top of that there's some over here, you know? I think they even caught some friendlies, you know? Or I think they were recruits of the *side*. I don't know if they were from the *side*, I think they were from another *side*, you know?

JR:     Fuck.

CL:     [OV] When, when they hit the *homeboy* - - the - - the - - the - - Lunatico [IA], you know?

        [pause]

JR:     Hello?

CL:     Hello?

UNCLASSIFIED
2

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

JR:             What did you say?

CL:             I'm telling you that when they hit Lunatico, he - - he was with a recruit from
                another clique, I was telling you.

JR:             Alright, alright.

CL:             Uh-huh, that's what I've been told, you know, right? And I'm always on the
                lookout in my sector, you know, right? What's going on with the *homeboys* over
                there, you know, right? Because that's where I'm from, you know? And my
                clique is there too, you know, right? At the same time, I worry about the
                *homeboys* over there, you know? I'm always trying to figure out what's going on,
                you know? How the *homeboys* are doing and all that shit, you know? Me,
                *homeboy*, me - - oooh, not a single *homeboy* from La Mara told me, you know?
                Any of those things, you know? I figured it out on my own, you know, right? To
                see and to find out who the son of a bitch is that was hitting the *homeboys* too,
                you know, right?

JR:             Fuck.

CL:             And not [IA] . . . I would still tell the *homeboys* here, "Look, they hit so and so
                and such and such, "I would tell them, when they hit the last *homeboys*, you
                know, right? "They hit so and so from the clique, and his name is Chele 13, Pelon
                and some other recruits, you know, right?" You know, right? - - it - - it was that
                dumb ass chick, that one that's called El Sarc - - La Sarca [PH]," I told *Poison*,
                you know, right? "*Little Poison* is going to call you and we're going to see if it's
                not true." I tell him, you know? Exactly, *Mr. Big Poison* did call him, you know?
                Telling him that Chele 13 and Pelon from the clique had been hit, as well as some,
                you know, recruits, you know?

JR:             Fuck, man.

CL:             "Sure, *homeboy*," I tell *Poison*, "so you can see that I'm not bullshitting you,
                homeboy," I told him. Because the *homeboys* wouldn't believe me before; neither
                Silent nor *Poison* believed me, you know right? They would say that I was an
                idiot. That's what they would tell me when I was a recruit.

JR:             [OV] I don't believe you.

CL:             That I was an idiot and that I . . . Yeah, that I was bullshitting them, you know,
                right? That I was hanging out with Parkview, you know, right? [IA] and that I met
                so and so [IA]. *Silent* would tell me [IA] "I'm leaving to El Salvador," that's what
                he would tell me, just like that, all nasty. And *Poison* too, you know, right? That

UNCLASSIFIED
3

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

they were going to leave for El Salvador to Usulután [PH], you know? - - and go talk with the *homeboys*, you know, right? Because they didn't believe anything that I told them. Because I, *homeboy*, sometimes I - - I used to talk, you know? With a fucking shit load of sincerity *homeboy*, you know? That the dogs wouldn't believe me, you know?

JR:     I don't believe you.

CL:     Yeah man, *Poison* was even sorry that he brought me in as a recruit. I always used to throw it in his face, "Right, that you were sorry. You used to not like me," I would tell him, "right?" I would tell him, you know, right? "And now I tell him, "When one comes to represent, one represents it good, dog." I tell him, right? So he can see that the worst idiot, I tell him, "That the one who is most of an idiot," I tell him, "The one that's the worst idiot is the one that puts his mind to it most." I tell him, you know?

JR:     Well, that's why, man.

CL:     [OV] *Poison* has been left amazed, you know? With my bones, you know?

JR:     Fuck, [UI] . . .

CL:     [OV] Because [IA] me and *Slow*, you know? And *Little* Tunder. [PH]

JR:     But - - but that homie that - - that - - that homie *Poison*, would always say, "No man, that - - that homie Leopardo already knows what's going on, the *homeboy* knows what's up, he knows what's happening. The *homeboy* isn't going to let me down." He says.

CL:     Yeah man, that's why. That *homeboy* would tell me that, "Look, son of a bitch, I'm going to break your leg, at the lock up, if - - if you don't put up smart front," he would tell me, you know, right? The *homeboy* tried to panic you, you know? So that, well, so that they'd get panic. I didn't panic, you know, right? But I knew that he was just telling me so I would act smart, you know, right?

JR:     That's why - -

CL:     At the same time, it's true, you know? At the same time, if you don't act dumb, if they are going to say that they're going to break your leg, they will break it. You know what the 'hood is like, you know?

JR:     What's bull shit is that they don't break it.

CL:     Ha, believe me, with the chicken - -

UNCLASSIFIED
4

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File: 703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051


JR:      [OV] Look *homeboy* - - to me, one time they fucked me up, man. Because, right? A - - a - - a homeboy, gave me a talking to, you know? And - - and the homies thought that, right? That I was going to give it to him, you know? But we just talked tough. Homie, they fucked me up so bad, man. I thought that they had busted my - - my - - my - - my kidneys. It's not bullshit, you see that - -

CL:      [OV] Serious shit.

JR:      - - I spent - - I spent a month, *homeboy*, in bed. You know what I mean?

CL:      Son of a bitch. So why did they knock you around?

JR:      Because I got in a fight with the *homeboy*, you know, right? And the whole clique was there, - -

CL:      [OV] Hey. [noise]

JR:      - - the whole clique, homie. And I'll tell you, to talk tough, for me to have gotten in a word fight. No man, that not even that thing that I was - -

CL:      [OV] [aside] Yeah.

JR:      - - going to tell you, bad - - bad words - -

CL:      [OV] [aside] I told him.

JR:      [OV] - - or nothing, but like - -

CL:      [OV] [aside] That like that. Yeah, what's going on? Uh-huh.

JR:      [OV] - - like, kind of raise your voice, you know? Fuck, homie - -

CL:      [OV] [aside] Uh-huh.

JR:      [OV] - - I'm telling you that, I spent a month in bed, *homeboy*.

CL:      No man, that's what we're going to do to Solitario. Us, that - - fuck, can you believe it, a recruit, you know? And he was disrespecting a homie, you know? How he has disres - - that son of a bitch called me, [IA] Fuck, [IA] had him in front and would have had something. Right there I would have laid him out, that son of a bitch.

JR:      [OV] What - -

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

CL:      [OV] I've told *Poison* and - -

JR:      [OV] - - what did he tell you, what did the son of a bitch tell you?

CL:      Well, that one time when I had the car, a little red car that - - that - - that I would
         secretly take out, you know, right? So then, the son of a bitch, I was with the little
         hen, you know? There with the car. So then, we called him, you know? That dude
         that wanted to be with us, and the son of a bitch turned out to be pissed off, you
         know, right? That he already was pissed with the little hen and with me, you
         know? He got into it with me. I was talking to him pretty calmly. "Talk to me
         right," I would tell him, "Don't raise your voice to me," I would tell him, "The
         thing is that I'm not raising my voice to you, dog." [change of voice] - -

JR:      [OV] [laughs]

CL:      - - all like that, can you believe it. "Oh yeah, you son of a bitch," I tell him,
         "Look, you better calm down . . ." the son of a bitch would even hang up on me,
         the son of a bitch, "*Homeboy*, look dog, I - - I . . . Something came over me that -
         - Fuck, *homeboy*, you know? I wanted to bury that dude over that shit, you know?

JR:      Son of a bitch.

CL:      And I told *Poison*, and *Poison* - - and *Poison* talked to him and forgave him, the
         son of a bitch. "Fuck." I said, you know? "How can this dude be going around
         forgiving? That's why these homies," you know? "Are always doing that," you
         know, right? With these homies, if you don't give it to them, you know? Because
         - - us, on the one hand we fuck them up right away, but on the other hand we
         forgive them a lot, you know , right?

JR:      [OV] And those - -

CL:      - - and the thing is that [UI] - -

JR:      [OV] - - And those - - and - - and - - and those recruits you guys have, have - -
         have - - have - - have they been at a hit yet, man?

CL:      Look, only that Malandro, [PH] you know? That kid was one of Coronados'
         recruits. That kid said that he had participated down there, you know? That kid - -

JR:      [OV] But, what about - - about - -

CL:      [OV] - - won't [UI] down there.

UNCLASSIFIED
6

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

JR: [OV] - - and here, and here, he hasn't been in on any hits here with you guys?

CL: No, not here, you know? Because here - - first of all, you know that we are just getting started here, you know? And here, only the *homeboys* and the recruits were going to do the hits, you know, right? Now, *homeboy*, you can see which ones are more solid and the most solid here [IA] you know, right? To [IA] to the friendlies, you know? So us, since we already, you know? - - are qualified for all of that, *homeboy*, you know, right? Now, we are going to tell them, you know? Right? - - we're going to give them orders, to the - - to the friendlies, what they are going to do from now on, you know?. So that they don't get lost, you know? And for us to keep pretty good control, you know?

JR: Hey man and I never met that homie, the little hen. I have never met her, man?

CL: You didn't meet her?

JR: I didn't meet her, dude. I've never met her.

CL: [laughs] I don't even believe you.

JR: Yeah dude. I didn't meet her. That's why I - - what's why I say that maybe that homie had been with us, but I never did meet him, homie.

CL: No, I think that he didn't know you either, dog.

JR: Who knows homie?

CL: I didn't even how you, *homeboy*; not until the last time when you came to bring me over here.

JR: Yeah. Who knows who that little hen was, who knows what's who that was.

CL: Right. Some dude [IA]. The son of a bitch was a Honduran; the son of a bitch - - fuck - - that dude wanted to school you. Giving it to a *homeboy* . . .

JR: [OV] And - - and - - and, hey and - - and still, and would the chick still have him on *Facebook*, man?

CL: No man. Supposedly, you know? The little hen left his *Facebook* to that fucking chick, you know? To *Sky's* [PH] woman, you know? He left her his *Facebook*, you know, right? So the stupid chick comes and gets into his *Facebook*, you know, right? And she started, you know? - - to block the *homeboys*, on *Faceboo*k, you know, right? Before she blocked me, I blocked that [f] turd, you know, right?

UNCLASSIFIED
7

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

From that ass holes *Facebook*, you know, right? And at the same time I erased all of the messages, what we had talked with that dude when he and I would talk over *Facebook*, you know, right? So then the stupid chick come and puts - - you know? - - even - - what the fuck did she put? "Angel" - - "Angel" - - I don't know what the fuck, "Angel" and she put the last name of that dude, you know, right? And that chick, put "Angel" and the last name of that chick, you know? [IA] you know? That the dude was - - over there, you know? That he was already an angel, you know? With that - - she wanted to make it understand that he was - - you understand me, right? You know what shit.

JR:     Yeah, son of a bitch.

CL:     It's just that - - that chick, you know what, *homeboy*, you know? That chick - - to me, if that chick - - Fuck, it's just that women, no way, *homeboy*, I don't want to touch women, you know, right? I can - -

JR:     [OV] She - - she - -

CL:     [OV] - - touch some woman, *homeboy*. . . [pause] Huh?

JR:     It must be that home girl that puts up pictures of that dude, right man?

CL:     Yeah man. No man, you see, I can touch some woman, *homeboy*, but she must have the fucking crap on the face, *homeboy*. And then, yeah . . . Ha . . . No man, or if the chick is crap, you know? She is full of crap, and has that big crap - - no man, *homeboy*, and then I don't even think twice to roll over one of those stupid chicks, you know, right? Because I know, you understand? - - that she's a rival, you know, right? That that is trash, you know? Is that thing, you know? And this chick is trash, you know, right? But - - with trash like that I don't want to [IA].

JR:     For sure.

CL:     That's why now we're going to jump in the friendlies, now, in any case, in any case, remember *homeboy*, that - - I tell the friendlies that those things, you know? That thing, just because I don't want to - - they can do it, you know? There's no problem, because you know what you have - - what that chick has earned and why she has earned it, you know, right?

JR:     Yeah.

CL:     [OV] Everything is earned, you know, right? There, there is - - that's a go, you know? They give permission, you know? To do what will be done, you know, right? There's no problem, you know, right? But - - uh - - to touch a chick like that, no way, you know? That doesn't sit with me.

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

JR:     Hey man, and what's up with that son of a bitch *Slow*? What does the son of a bitch do?

CL:     No man, I have him working at the sector over there.

JR:     Oh, alright. I don't know that son of a bitch, *Slow, man.*

CL:     Oh, really?

JR:     I don't know the homie. And not - - not even . . .

CL:     [OV] And not that one either - - no, the thing is that - - the only ones you know are Tuner [PH] [IA].

JR:     [OV] No, I don't even know Tuner, dude.

CL:     You don't know Tuner? [voice changes]

JR:     No dude. Just from pictures the *homeboy*s sent me. I don't know the *homeboy.*

CL:     Oh, really?

JR:     I don't know him, the *homeboy.*

CL:     Ah well, *homeboy*, ah well - - the only ones you know are the three *homeboys* from the *side*, man. [laughs]

JR:     [OV] [UI] Just, just . . .

CL:     [OV] [UI]

JR:     [OV] - - just, well, I met *Skinny*, Pelu . . .

CL:     [OV] - - Oh, and Soli - - ah, well no. Solitario too, you knew him, right?

JR:     No man. Don't you remember that he was asleep?

CL:     [OV] Just - - that dude looked just like a woman. [laughs]

JR:     [laughs] Uh-huh, man, the son of a bitch was asleep, right man?

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

CL:     Serious shit, that's how we joked around with that dude. It's just that here, *homeboy*, here - - it's worth a fuck, here if you don't put up a dumb face, *homeboy*, they're always going to treat you as a joke, *homeboy*, you know? Here, trust is worth a fuck. You could have a shit load of trust with a *homeboy* and just because of that shit load of trust, you don't think that - - let's say that a son of a bitch has so much trust with me and he acts smart to us, that's why I [IA] you know? I'll joke around with that dummy, you know? So that he gets - - he smartens up, you know?

JR:     Yeah, it's just that . . . Solitario - - the son of a bitch - - that *homeboy* is maybe getting out already, right man?

CL:     No man, that son of a bitch is older than Poison, *homeboy*, and, and . . . You know? Who knows what's up with that dude, because the cops have gone looking for him too. And that dude has problems even with immigration and all that shit, you know?

JR:     Oh.

CL:     Uh-huh. Fuck, hopefully they will be deported, *homeboy*. Hey . . . [UI] It would make me happy if they do deport them, *homeboy*, you know? Because I know, you know? That they're not going to - - going to lock them up for years, you know, right?

JR:     Yeah.

CL:     Uh-huh. And then once he's deported, you know? He'll come back and he'll go to another state, you know? And that's it, you know right?

JR:     Those homies come up and it's like a ping pong ball, no joke.

CL:     Yeah man, you know, right? Because [IA] you know, right? All of that for - - for over here, *homeboy*, that's all *homeboys*, you know? They're working there, you know, all of those streets.

JR:     Ah?

CL:     Yeah man. There . . . Ha . . . You know? That's how *Little Slicer* from the clique came, you know, right? With *homeboy*s, you know?

JR:     So, where is *Little Slicer*?

UNCLASSIFIED
10

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

CL:       He's in jail. No, and then he came - - and then he got busted, but . . . When they were deporting him, he was already deported, since they were looking for him because he had done some shit over there in *New York*, you know, right? So they deported him and can you believe it, the cops were still looking for him but since he came again, you know? They caught him again, you know? Because of that same hit.

JR:       Son of a bitch, man.

CL:       Just as the *homeboy* got here, and a few days later, they caught him, can you believe it?

JR:       Son of a bitch.

CL:       Yeah, no man, even the *homeboy* - -

JR:       [OV] No man, over in - - in - - in - - over in *New York*?

CL:       Yeah. Those ass holes are after that *homeboy*, Crimen now.

JR:       Yeah, but why Crimen, man?

CL:       A shit load of rats, *homeboy* that turned out over there, dog.

JR:       But about that thing - -

CL:       [OV] But not - - not from the clique. They were . . . I don't know if *Poison* told you about - - about - - about the, uhm . . .

JR:       [OV] That homie, *Smiley*?

CL:       - - What clique was it, man? No. Uh-huh, about - - about *Smiley*, they were also talking about *Smiley*, you know? With Crimen, and that maybe the dude had said something, you know, right? And about these homies, too. What clique was it that the - - the - - the *homeboys*, had problems there? That supposedly that clique was formed there, you know - - in *New York*. Hmm . . .

JR:       [OV] It was the [UI] *Little* Jamaica, or not?

CL:       No man, no; no man, it was the . . . hmm . . .

JR:       That I know of, it's - - Los *Huntington's*, something like that.

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

CL:         The *Huntington's*, uh-huh.

JR:         [UI]

CL:         Those homies.

JR:         Hey, but - - but - - and why are they looking for that *homeboy*, Crimen, man?

CL:         Fuck and they know that he's with the Mara.

JR:         Hmm.

CL:         And they believe him to be the Mara spokesperson.  Remember that [IA] the spokespersons are the ones that eat it most, you know, right? Because they're the bosses, you know?

JR:         And, but - - but *Smiley* is really strange with that shit, right? Why did he disappeared, right man?

CL:         Hey, wasn't it said that he had been caught, dog?

JR:         That's right, but I don't believe that, *homie*.

CL:         That's right, and - - and that homie that - - that didn't even had, you know - - a number to call a certain place or what shit, you know, right? And what's the problem over there at the jail, over there at the jail aren't there any *homeboys* that, right, that maybe he knows a *homeboy* there, that can talk with so and so, with *homeboy* like that - - to the outside, you know? And he can let the *homeboys* know . . . so what; he can't do that either, man? - -

JR:         [OV] Well, that's why - -

CL:         [OV] - - That he is at such and such place.

JR:         [OV] - - I'm telling you.

CL:         Uh-hum.

JR:         But the dudes know something, they know something about them. Crimen - - knows something about that homie. Who knows why that homie doesn't say anything?

CL:         Who knows what's up with that *homeboy*, you know?

UNCLASSIFIED
12

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

JR:       But [IA] . . .

CL:       [OV] [IA] *Poison. Poison* had told him that maybe that dude ratted, and Crimen told him that "Yeah," he told him. That's what they were thinking, you know?

JR:       Well, fuck homie.

CL:       Uh-huh.

JR:       The - - the other homie that was also busted and they let him go and - - and strangely, that homie was let go, right man?

CL:       Uh-huh, that *homeboy*, too, you understand me, right? I don't know what's going on with that homie, you know?

JR:       Fuck right, so much shit . . .

CL:       He says that he got busted for some small thing, because of another *homeboy*, he says. That's what he was - - was telling me when we were coming back from over there, from where the *homeboys* were at.

JR:       Ah.

CL:       [OV] We were coming back. He told me that he had gotten busted for some small thing, he said.

JR:       Why, man? For driving around with homies from - - from - -

CL:       [OV] No, that - - that they were with some *homeboys,* I don't know from what clique, I think it was *Sailors* [PH] or *Normandy*, you know, right? They were there, you know? And as he came out, he saw a car, you know? One of them trucks that looks like a detective's. That's what he thought, he saw that it was a detective and all that shit, you know, right? And always, supposedly, he would park there, you know? He parked himself by one of the *homeboy's* house, you know, right? And - - and Raro [PH] said that, why the fuck that *homeboy* had not told him that the detectives parked there, that this and that, you know, right? And from there, they say that they started to walk, all like this, you know, right? Walking as if nothing but they already had them checked, you know, right? And that he was with a *homeboy*, and exactly, they stopped him and lifted his shirt and all that shit, you know? When they grabbed him, and - - they saw the letters, you know? And since that homie - - that homie makes an M-S whenever he wants, you know? All over his body, you know, right? That homie says, "Right,

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File: 703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

tomorrow I'm going to go - - I'm going to make me an M-S like this, just the way I want it," and he does, man.

JR:     Uh-huh.

CL:     [OV] The homie doesn't even . . . I don't know what . . . Yeah, dude, he's got the M-S really big, he's got the claw. The S, you know, has the claw as like a hand and the S as a hand, you know? Right, drawn on there, he's got the M and the S. He's got several M-S, you know, right? The homie, you know, right? And he's had . . . and then he's put on an M-S on the right hand or the left, I don't know which hand it is, you know? He's put on an M-S too, you know, like that, but he's put it on, you know? Since their clique has . . . remember that each clique has their own, own letters, you know? The way they do them, you know, right?

JR:     Yeah.

CL:     He has the letters like, like arrows, really strange, you know, right?

JR:     And homie is weird, right?

CL:     Yeah, you know? Fuck, because it's not right to make the letters, you have to really earn your letters, you know? And then you get them done.

JR:     You have to really earn them, homie, really earn them.

CL:     Yeah, well earned.

JR:     That not bullshit. But, well, to each his own, right?

CL:     [IA] with a fucking tail, he looks; he looks like one of them pussies. Can you believe it? Two of them pussies that have a fucking tail on the back, you know? That's what the dude has, you know, right?

JR:     Yeah, I did see the homie.

CL:     Yeah, you know? That homie is really making us look bad, you know, right? And, exactly the way he has that hair; exactly the way that homie has his hair when he has . . . he has it, you see . . . He's thrown on like the one or the two, everything, you know? And he's got the little tail on the bottom, he's left a bunch of hair down, you know, right? Just like that . . . it was the first dead person that I saw down there in El Salvador, you know? They had killed him, you know? There by the house, the son of a bitch had been hanged, you know? Maybe it was the *homeboys* that had hung him, you know, right? The same as that dude and - - and

UNCLASSIFIED
14

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

- - and the more that I saw the *homeboy* like that, you know? Because that was up to . . . The first I saw him he had his little tail, you know, right? But then later he cut his hair, like the two and he - - and the tail grew more [IA] the dude is ugly, he is just like a pussy, you know? On that day *Poison* even threw him a shit load of warnings, you know? [chuckles] You know what shit, you know? And the dude - -

JR:        [OV] What did he tell him?

CL:        - - was all . . .  No man, since he told him that we have him track - - been tracking a shit load pussies. The one we have been tracking, you know? He - - here by where . . . *Little* Tuner [PH] lives, you know, the one that has crap all over him. The one we're going to do with the *homeboys* from your clique.

JR:        Oh, uh-huh, Tuner did tell me that - -

CL:        [OV] Uh-huh.

JR:        - - that fool is around there.

CL:        That, he told him he had a big fucking tail, you know? He's got a - - a . . . "It looks like two jackals," I told him, you know, right? *Poison* told him that with one - - with one of them tails he is one of them fucking ass holes, you know, right? He's got one . . . One of the little tails. He tells me that if - - "If you touch even one hair of that little tail then only ass holes will be crying over you." He told him, right?

JR:        [OV] Hey . . .

CL:        And, and he told him just . . .  straight up like that. "Fuck and I tell *Poison* to be quiet, I would tell him, you know? I told him not to talk like that, you know?

JR:        Mm-hum, [chuckles] what a son of a bitch, *Poison*, right, man?

CL:        [IA] never . . . That's why we didn't want *Stone*, dog, because he had that long hair.

JR:        Oh, and I - - I told the son of a bitch to cut off that shit, homie.

CL:        Yeah man, the *homeboys* of the clique . . . Like, with Solitario, you should have seen what fucking tail he and the little hen had. "What the fuck, we have given you such and such a day and if you don't get rid of it? You know what shit," he says, "If not with a machete, I'll take it off myself with something." I told him.

UNCLASSIFIED
15

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051


JR:     He had a tail, man?

CL:     Quite a fucking tail, they looked the same as those faggot, rivals . . . All hairy.

JR:     Son of a bitch.

CL:     No man, I - - I had a little tail with *Little* - - with *Little* - - with *Little Thunder*, Thunder.

JR:     [OV] [UI]

CL:     We both had a little tail, you know? When we became recruits. "No man, *homeboy*," I told him, "Cut this shit off," I told him. I stole some scissors from school, and we went to the bathroom, snip-snip-snip. The *homeboy* cuts it off all at once and I came and I pulled [IA] the other - -

JR:     [OV] Hey, and *Little Thunder* - -

CL:     [OV] - - all there.

JR:     [OV] - - [UI] and *Little Thunder* how - - how much did they give him, man?

CL:     How much?

JR:     How much time does the *homeboy* have to do?

CL:     Supposedly, five years.

JR:     Five years?


CL:     Uh-huh.

JR:     Fuck.

CL:     Because five Aprils have to go by or more than five Mays, or six Mays, I don't know how many. *Poison* told me something like that.

JR:     Fuck, so they fucked the *homeboy*, man?

CL:     Yeah man, those homies from Pinos fucked him, more, you know? The ones that ratted.

UNCLASSIFIED
16

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

JR:     It's just that those homies from Pinos . . . Forget it man.

CL:     Those dudes are big assholes.

JR:     And take a look at the dudes - -

CL:     [OV] I don't want - -

JR:     [OV] - - they want carry themselves as if they're big and straight up, you know?

CL:     No man, and I want to go here, over here by *Alexandria*, to where the cops
        followed me, around there, you know, right? Already kind of late, 4:00 or 5:00
        pm, you know? That [IA] Pinos and there were recruits from - - from Los *Virginia*
        Locos [PH], you know, right? There in a little area, they already showed me
        where. And those dudes show up all dressed in red, making it look all bad, can
        you believe it? They all show up there in red.

JR:     [OV] I don't believe you.

CL:     Yeah. So I want to go there, you know, right? And . . . what's up with those
        dudes, you know, right? I'd like for some son of a bitch to come at me all mean,
        right there and there, you know? To . . . its just that the way I'm feeling, hey . . . I
        wouldn't want any son of a bitch to come at me, you know?

JR:     Fuck.

CL:     You should see that . . . He's there, making the area look bad. Tuner, uh - - uh - -
        *Little Thunder* . . . Trueno [PH], the Little Trueno, that son of a bitch scared them
        there, he went there to scare him, that son of a bitch. You know what that dude
        would say, what he wanted to call himself?

JR:     Uh-huh.

CL:     Sin Miedo [PH].

JR:     Hey man, and - - and *Little Thunder*, he didn't - - didn't - - didn't - - didn't hit that
        dude Lagrimas, he didn't? No way?

CL:     No way.

JR:     Ah, well. He . . . didn't - - didn't - - didn't - - didn't - - didn't . . . The *homeboy*
        got out of it, right man? To see what was up, if the *homeboy* had any balls?

UNCLASSIFIED
17

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051


CL:     Who? Little Thunder or *Thunder*?

JR:     [OV] No - -

CL:     Tuner?

JR:     No, no, Little Thunder.

CL:     Oh, no man, that son of a bitch, *homeboy*. That dude . . . That's what I'm telling you, dog, since that dude isn't afraid of anything, that the dude wanted to call himself, Sin Miedo [PH], *homeboy*. That homie doesn't even have any feelings.

JR:     No, that's why I'm telling you, if . . .

CL:     [OV] That homie - -

JR:     - - That if . . . you didn't - - *test* him with the hen, you guys, that dude?

CL:     No, since he had been busted.

JR:     He had been busted already, right man?

CL:     [OV] Hey, homeboy? If that dude manages to do a hit, dog. That homie will turn crazy. That homie is . . . That homie, with the first hit that he pulls off, [IA] you know?

JR:     The son of a bitch is a psychopath, man?

CL:     Yeah man. That son of a bitch is a psychopath. That's why he wants to call himself Sin Miedo. I'm telling you that - - that - - that to one of them  big chicks from *Culmore City*, here at the sector. That her name is Rene, that chick is Rene, you know?

JR:     Uh-hum.


CL:     That son of a bitch is tough, like that chick Lagrima [PH].

JR:     Uh-huh.

CL:     Like that. And since Tuner, uh-uh-uh, Little Thunder is tall, the son of a bitch, and his body is like that, you know, right? He's built, you know? - -

UNCLASSIFIED
18

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

JR:         [OV] Strong - - I - -

CL:         - - and skinny.

JR:         I - - I - - I - - I met the son of a bitch.

CL:         Right? - - so imagine then, you know? And the dude stands up right in front of the
            *homeboy* and he looked at him like this, like this, see . . . Face to face, real close,
            you know? Like, inches away, you know? And the *homeboy* would tell him,
            "What's your problem?" the *homeboy* would tell him and the *homeboy* is 15 years
            old, dog.

JR:         Yeah.

CL:         You understand me? And the *homeboy* is bigger than me, the son of a bitch. That
            *homeboy*, fuck . . .  you can see the beast on him. The more that you see him, dog,
            you can see the beast, for real.

JR:         [chuckles]

CL:         Yeah [IA] son of a bitch wants to call himself Sin Miedo, because he says that he
            isn't afraid of anything, he says.

JR:         Sin Miedo?

CL:         Uh-huh?

JR:         That son of a bitch - -

CL:         [OV] No man, yeah . . . uh . . . yeah, that homie begged *Poison* for us to take
            down that little hen.

JR:         Oh, he - - he begged him, man?

CL:         He begged him, he would say that he wanted to . . . before he was to go to jail,
            since he had to go to court, homie. No man and about a week after the little dog
            was sent to jail, you know? We did that.


JR:         Alright.

CL:         Uh-huh. And the homie - -

JR:         [OV] He didn't - - didn't - - didn't get a long there with - -

UNCLASSIFIED
19

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File: 703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051


CL:   [OV] - - Uh, huh, the homie would beg him.

JR:   [OV] - - with the, with that homie *Little* Guason, that homie, man?

CL:   Who?

JR:   The - - *Little Thunder.*

CL:   [OV] No man, it's just that - - it's just that . . . Look man, *homeboy* . . . It's just that all of us get along damn good, *homeboy.* All of us, you know? With that dude . . . uhm . . . what cool parties we would have with the little hen, you know, right? But . . . I *homeboy,* the one that I, you know? The one that steals from the clique, *homeboy,* you know? The one that breaks the rules, you know? Of the 'hood, you know [IA] trash, you know? That dude is trash, you know? So that means that - -

JR:   [OV] Oh, so the dude - - the dude - - the dude - -

CL:   [OV] - - nothing to do with it.


JR:   - - the dude was cool, but it was just because he stole from the clique, then?

CL:   For - - for stealing from the clique, you know? For bullshitting - - for bullshitting all of the *homeboys,* and making - - making fools of all of the *homeboys,* you know? Always, you know, right? Always being disrespectful to the *homeboys,* because that dude, you know? He would even call the *homeboys* "little fools," you know, right? Like I'm telling you . . . Because the dude, you know? The dude . . . Supposedly he, you know? Wanted to - - to school the *homeboys,* you know, right? That's why the son of a bitch sometimes would call us, "little fool." I stopped - -

JR:   [OV] What [UI] is already - -

CL:   - - that dude's bull shit.

JR:   [OV] is the dude old already, man?

CL:   The dude was 19 years old, you know?

JR:   Alright.

CL:   Uh-huh. And he told me once, you know, right? That we came to do, here - - here at the *Barcroft's* [PH], we were going to do some craziness to a pussy from those

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

|     |     |
|-----|-----|
|     | chicks at Aguilares [PH], you know, right? That I had the 32 and that I [IA] and I didn't hit that dude, you know? Because some kids came out, you know? And you know that you can't do anything in front of kids. And some people there, you know? Since everyone knows me here, I couldn't do anything, you know, right? And the son of a bitch burned me; he told *Poison* that I didn't have the balls to do - - to do something like that. He even threw it in my face once, you know, in front of *Poison*. And - - |
| JR: | [OV] [UI] |
| CL: | - - *Poison* would just laugh, you know, right? Fuck, I felt super fucked, you know, right, because that dude had said that. And I told him, you know, right? And since . . . I already knew that we were going to roll over that dude, I just started to laugh. And I told *Poison*, and since *Poison* would - - *Poison* would laugh, but he would laugh because he also thought what he said was funny too, you know, right? |
| JR: | Uh-hum. |
| CL: | So then, I told *Poison*, "Leave him to me, dog." I told him, "This dude already - - already - - already . . . I want him to see," I told him, "And for him to see me in the face the day that I go hit this son of a bitch." And I'm going to tell him to his face, I told *Poison* [IA] "Who's the one that has the balls to hit a son of a bitch." I told him, right? "With him, I'm going to . . . With him I'm - - I'm going to prove myself with him, right with him." I told him, right? - - |
| JR: | [OV] Mm. |
| CL: | - - That's why on that day I was - - I was already anxious with the - - with the, you know? With the - - the - - the toy there, you know? Anxious and waiting, wanting to get . . . to go at him, you know? Before the time, you know? And eat him first myself, you know, right? So that the son of a bitch would see, you know? That you don't play with me either, you know, right? |
| JR: | But did you even get a chance? |
| CL: | No man, at least I got to cut the son of a bitch's head off. |
| JR: | Fuck. Where did the head end up, some other place? |
| CL: | Beneath him. |
| JR: | Son of a bitch. Maybe that's why he's a lost soul, right man? |

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

CL:     Yeah man, that dude is a lost soul. That's why I'm telling you that he was
        following us.

JR:     Maybe he followed you more?

CL:     Ah, son of a bitch, he followed me, I couldn't sleep. Son of a bitch, I spent like
        two weeks without being able to sleep.

JR:     How . . . maybe because of the head, maybe because of you - - because of you,
        not - - not . . . because of his head maybe - - maybe that's - - that's why you
        couldn't, couldn't . . . He wouldn't leave you in peace, dude.

CL:     Yeah man, and besides, I finished breaking his legs. I even got his bones to come
        out.

JR:     Why, man?

CL:     Nah, don't you know. I - - I - - I like to do that. [chuckles] I - - I, you know? I, the
        more I see, the crazier I get, you know? And what I want is to be crazy.

JR:     Listen to the son of a bitch.

CL:     [chuckles] You know it. I would like for everyone who sees me to sha - - shake
        with fear, you know, to feel the presence.

JR:     Fuck man. Yeah, there are *homeboys* that are like that, right man? There are
        *homeboys* that you hear - - you hear them mentioned down there in El Salvador
        and fuck, right, man?

CL:     No man, that's what I'm telling you. If I go to El Salvador, dog. You'll know
        what's going on with my bones when I come back here. I would come [IA] on the
        way too, you know? [chuckles]

JR:     Yeah, man.

CL:     Serious shit. It's just that there, the - - the - - the - - the - - the Guatemalans and
        the Hondurans, those are big pussies. The Mexi-crap in Mexi-crap it's full of
        pussies too, you know? - -

JR:     [OV] Where man?

CL:     - - all of those dudes . . . When you come, *homeboy*. When you're coming - -

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

JR:        [OV] Oh - -

CL:        [OV] - - When you're coming. On the way you run into a shit load of ass holes.

JR:        Fuck, you're passing through Mexico, right man?

CL:        Yeah man. [pause] No man, the *homeboys* there - - there, you know? What clique
           is there? The . . . uhm . . . I don't remember what clique . . . The *Stoners* [PH], I
           don't know what clique is there, you know, right? But, you know, there . . . those
           *homeboys* get a thrill killing pussies there, you know?

JR:        Because that's where the - - the start of it all is at, no shit.

CL:        Yeah man. There . . . Those Mexi-crap *homeboy*, fuck [IA] those Mexi-crap are . .
           . those are, they're the kind of dudes that are tough, really tough but they're ass
           holes, you know, right? They all have crap on their face, you know what I mean?

JR:        [chuckles]

CL:        Yeah man. All, all of those dudes, all of those dudes have crap all over the face,
           man, you know?

JR:        Fuck man.

CL:        Can you imagine if I were to run into a son of a bitch like that and I had him
           kidnapped . . . What I wouldn't do to that dude.

JR:        No man, forget it dude. Who the fuck is going to put you together with some
           rival? Forget it, dude.

CL:        Huh?

JR:        You already know that if you are together with a rival and you're there with your
           *homeboys*. Forget it, man. You'll . . .

CL:        [singing] Yeah man.

JR:        It's as if, it's as if they're giving you a Christmas gift, no shit. [noise]

CL:        Yes, man. And dude, the damn thing is that demon that [IA] gets inside of you,
           you know? The anxieties to kill you know, right? That was hard for me to control.

UNCLASSIFIED
23

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File: 703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

| | |
|---|---|
| | To this day, I can't con - - I haven't controlled it very well, you know? But I hold it in. |
| JR: | The what, man? |
| CL: | The wanting to kill. |
| JR: | Oh, no man, take it easy, man. Since . . . You know they come out every so often, though. |
| CL: | Yeah man. That's for sure, you know? No man, the day that we hit the little hen, *homeboy* - - |
| JR: | Uh-hum. |
| CL: | That time, you know? We got real crazy, you know? In the room celebrating with the homies the death of that son of a bitch, you know, right? [chuckles] Hey, *homeboy* . . . I was crying *homeboy*. I own crying because I wanted to kill someone that time, you know? That demon came into me, you know? I cried, *homeboy*, because of the anxiety to kill someone and I couldn't fit in that fucking room. I couldn't fit . . . I couldn't find where to hold on to, dude. I would grab my hair, the face . . . I would tremble [IA] I would laughed my ass off . . . crying, *homeboy*, from wanting to kill, you know, right? All of the *homeboys* kept staring at me. I would go by myself to a corner, you know, right? And I would - - would start like, to tremble *homeboy*. I would sit down and curl up like this, *homeboy*, you know, right? And I would hold my own legs like this while sitting down, you know? And I would move, *homeboy*, you know? And I'd cry while laughing my ass off, you know, right? And I would tell the *homeboys* that I wanted to kill, I would tell them, you know? And- and – and Perezoso [PH] was all panic-stricken there, and the - - the - - the - - the - - Pollo [PH] was there too, you know, right? That's Pikachu [PH] who would just stare at me all panicked-stricken. And since I would - - I would turn to look at him and wanting to kill the dude, you know, right? The dude wouldn't even face me, can you believe it? |
| JR: | Oh, yeah. [chuckles] And - - and - - |
| CL: | [OV] Huh. |
| JR: | - - and - - and - - and was that the day that - - that that *Poison* took you to the little hen? |
| CL: | Huh? |
| JR: | I'm asking you, is that the day that *Poison* took you to the little hen? |

UNCLASSIFIED
24

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051


CL:       [IA] took me?

JR:       Uh-hum. That - - that - - that - - that was the day when you calmed your cravings
          down with the little hen?

CL:       No. We already had buried him, already.


JR:       Fuck, and you still had cravings afterwards, no shit?

CL:       Yeah man, *homeboy*. I still had more cravings, and - - and *Poison* would tell me
          to calm down. That . . . uh . . . that. *Poison* told me, that it - - it had happened to
          him when he had killed his second one, you know, right? The way that - - the way
          it got to me, it got to him, you know? And that thing is damned and for me to be
          grateful, he told me. That - - that - - that you had - - that you have someone who
          told you to - - to keep - - to keep calm those cravings, you know? Because he, you
          know? Over there in El Salvador, you know? What he did over there, you know?
          He says that on his second one, you know? He - - he - - he - - he - - he . . . The
          same thing happened to him that happened to me, and he couldn't find a way to
          control himself, you know? And it was tough for him to control, to control all of
          that, you know?

JR:       Oh, in El Salvador?

CL:       Uh-huh.

JR:       Fuck man.

CL:       [IA] then.

JR:       Huh?

CL:       The *homeboy* has already killed over there in El Salvador, you know? *Poison* has.
          That's why the son of a bitch is crazy in the head, you know?

JR:       Yes, that son of a bitch is short of a load, no shit.

CL:       Yeah man, that home, that homie . . . No, *homeboy*, the thing is that that homie - -
          that homie; who knows what's with him, *homeboy*, you know? It's just that
          everyone is afraid of him.

JR:       Maybe they have seen when he got the little hen. Maybe the *homeboys* have seen
          it and they are left with their mouths open, well, maybe.

UNCLASSIFIED
25

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File: 703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

CL:  No man, *homeboy*, the people . . . civilians, *homeboy* - -

JR:  Uh-huh.

CL:  - - the civilian people, when they - - when they turn to look at him, *homeboy*, they shake, dog, they shake, every son of a bitch shakes, *homeboy*.

JR:  Ah?

CL:  Mm-hum. Haven't you noticed why the *homeboys* sometimes stare at him from head to toe?

JR:  Yeah, yeah.

CL:  Uh-huh, because of the same thing, you know?

JR:  Fuck.

CL:  That [IA] son of a bitch, hey . . . That dude, *Poison* has made me crazier, man. [chuckles]

JR:  Fuck, fuck - - [chuckles] - - that son of a bitch is one brick short of a load, no shit.

CL:  Yeah man, that son of a bitch he's a quarter short.

JR:  No man, homeboy. But settle down there, then. And take it easy there. We'll see what's up, man. If anything comes up then, we're going to see what happens, then. Take it easy right now and, like I said, remember your clique. Let's - - Let's wait for Payaso's orders to see what he tells you, but, right? Remember that the clique is what's worth it right now, you know?

CL:  Right *homeboy*, I know what's going on, you know? That's why I'm there, you know? Somewhat worried, since, who knows what's up with Tuner; he's not even answering that fucking phone, to see if he got the address. Oh, what's up, I did send you the address, *homeboy*?

JR:  No man, you didn't send it yet. Like I told *Stone* - -

CL:  [OV] The thing is that - -

UNCLASSIFIED
26

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File:703-862-8582 2014-05-09 14:12:43 05051-001.wav
Call Number: 05051

JR:        - - "I'll send it to you later when he sends it to me." You never sent it to me. [UI] - -

CL:        [OV] Serious shit. Right now - -

JR:        [OV] - - That's the problem, right.

CL:        [OV] - - right - -

JR:        [OV] - - not even Tuner, Tuner didn't even send me the address to that dude, that chick Eva [PH] either. To look for him on *Facebook*, he didn't send me that thing either.

CL:        Yeah man. I - - I'll send the address to you right now, *homeboy*, you know, right? You just have to tell the *homeboy*, Oso, that like always, the way - - the way he has send us the - - the things to us from *Parkview*, you know? That it doesn't . . . When that thing arrives we don't sign or anything, you know? It just comes - -

        [music]

JR:        [OV] [UI]

CL:        - - and whoever gets it, you know?

JR:        Alright then, cool, *homeboy*.

CL:        Uh-huh, I'll send it to you right now.

JR:        Alright, *homeboy*. La Mara.

CL:        Alright then, La Mara the Great.

JR:        Alright.

CL:        Alright.

        [background music]

        [end of recording]

UNCLASSIFIED