# EXHIBIT 8

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



601 4th Street, N.W.
Washington, D.C. 20535

| | |
|---|---|
| File Number: | 245D-WF-3410065 |
| Requesting Official(s) and Office(s): | SA Fernando Uribe, WF |
| Task Number(s) and Date Completed: | 304876, 374277, 2/18/2015 |
| Name and Office of Linguist(s): | LA O. Ramos, LA |
| Name and Office of Reviewer(s): | LA A. Leister, WF |
| Source Language(s): | Spanish |
| Target Language: | English |
| Source File Information<br>Name of Audio/Video File: | CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014<br>Audio Video: 0025.003 |

VERBATIM TRANSLATION

Participants:

| | |
|---|---|
| Junior | JR |
| Christian Lemus-Cerna, a.k.a Leopardo | LC |

Abbreviations: (Delete if not needed.)

| | |
|---|---|
| *Italics* | Spoken in English |
| OV | Overlapping Voices |
| PH | Phonetic |
| [ ] | Translator's Note |
| UI | Unintelligible |

[TN: Many background sounds/noises heard throughout the recording.]

File Number: 245D-WF-3410065
Name of Audio/Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.003

[audio video 0025.003 begins]

JR: —he used to be a homeboy, if I'm not mistaken, dude.

LC: Oh, alright.

JR: I think this damn kid is Slimmer [PH] from Pinos Locos.

LC: Really?

JR: Yes. I think that's who that damn kid is.

LC: [UI].

JR: But they are bad ass motherfuckers, you know.

LC: Yeah. [pause] Fuck, [UI].

JR: Shit, motherfucker—is already getting scary. How—how about fucking coming here at night? That would be—

LC: [UI].

JR: —really scary, dude.

LC: Some homeboys [whispers] feel like [UI].

JR: Fuck and here there aren't—there aren't [UI].

LC: Yes, and then the branches fall down, homeboy—the branches.

JR: Can you go through here?

LC: Yes.

JR: Where, man?

LC: Around that over there is the forest-forest, forest, dude.

JR: Really?

LC: Exactly, this is nothing; this is like being in paradise.

JR: So—so are the little chickens where they were, man?

LC: [mumbles] Further up.

JR: [static noise] Are they far, man?

LC: No.

JR: Ouch. Dude, these dudes are going to be scared shitless when they come, dude.

LC: We'll get started around 12:00 [UI].

JR: Shit!

LC: [laughs] At 12:00 it'll be even creepier.

JR: Which tree could we climb? Dude, someone could climb up a tree, dude.

LC: No, man, just wait until—

JR: [OV] When—

LC: — [UI]—

JR: —eh—eh—look over there—

LC: —you're going to start—

JR: —over there….

LC: —you're going to start coming up with more ideas when we get there, homeboy.

JR: No, man—look, they can hide over there, dude—over there, and someone can come out running from over there, look, dude—and we could be here, you know. And you—and you— the two of us could scare them—

LC: [laughs]

JR: —and we'll leave the fuckers alone and see what—what they do. We are not going to—

LC: [OV] [laughs]

JR: —I'm not going to say anything to Sombra—but we're going to do it like that. But you'll run that way—I'll run back so that the motherfuckers can't follow either one of us—

LC: [OV] [UI] [pause] [laughs] Alright.

JR: —and stay in the middle.

LC: [UI]. No, man, [UI]—you'll see the little path soon—you are going to start getting ideas over there.

JR: I have a mask….

LC: Over there we—we'll climb up, you know. Just—just like that because you're going to be in the darkest part- -man.

JR: [OV] I have a mask with- -with horns, dude.

LC: With horns—the devil, dude?

JR: Yeah.

LC: Ooh.

JR: From Halloween two years ago. But . . .

LC: [OV] [UI] [pause] This shit didn't—didn't load.

JR: What are these little kids doing here, man?

LC: [UI]

JR: Son of a bitch! [sighs]

LC: Another snitch. [pause] Fuck, this shit doesn't load anymore.

JR: It doesn't load anymore?

LC: [UI]. This one is loading.

JR: Alright.

LC: They say that the faggot went to Houston.

JR: No, man, like I told you yesterday, you know, I eh—fuck, do you know why I might've been thinking about that motherfucker—about—about- -about what's his name—about that bitch Eva [PH], you know?

LC: Uh-huh.

JR: I think I saw a guy just like him, but with curlier hair, dude.

LC: Yeah, the thing is that the hair . . .

JR: He has it kind of curly but on that photo it looks like the dude has it kind of straight, man.

LC: But when he wears it long it always gets curly like that.

JR: The dude is like this, he was wearing really tight pants, football shoes—he was wearing a football jersey—and the dude is really skinny.

LC: White guy?

JR: Shorter than—yeah, lighter skin, but shorter than you.

LC: Lighter than me?

JR: A little bit—but shorter than you.

LC: That son of a bitch is pale.

JR: And—and kind of buff—

LC: Uh-huh.

JR: —around here, look.

LC: Uh-huh.

JR: And he was with three [3] other dudes. But—no, dude, you guys would have to see him.

LC: Fuck, [UI] was at a party that those dudes had. Real crazy. I had another broad, but different from this one. [pause] Fuck, I even lost my mind, man. Hanging out with several girls there, real bad, dude. [pause] Making us look bad, instead of being part of the clique, he was giving the- -the Mara a bad name, man.

JR: Uh-huh.

LC: Yeah, man. Huh, do you remember that we—we hit that dude because of that? And he was getting into pussy too, you know . . . like you wouldn't see it, but you know about . . . this little macho's intentions, dude. Just fucking.

JR: What's up—what's up—what's going on?

LC: [UI].

JR: Huh?

[00:04:41 birds begin chirping]

LC: They are working. [UI] working.

JR: I also have to pee.

LC: [laughs].

JR: Son of a bitch!

LC: A big ass [UI].

JR: Son of a bitch, dude!

LC: You've never been here?

JR: Never, dude. [pause] *What the fuck?* [pause] *What the fuck with these motherfuckers?* [pause] This is some crazy shit here, look, man. [pause] No, man, this here is better, dude- -

LC: [OV] [UI].

JR: - -to have a—to have a few smokes—look, dude, all of us lined up here like this, look—and for a motherfucker to come out screaming from down below. But the problem is; who's going to be the motherfucker that's going to scream?

[bird chirping ends]

LC: What the hell. [pause] Son of a bitch! [UI], man.

JR: Pretty soon we're going to run into a paisa, man.

LC: Huh?

JR: Pretty soon we're going to run into a paisa around that area, man.

LC: Yeah?

JR: It's pretty around here, you know.

LC: [UI].

JR: Let's keep going and check it out, dude.

LC: [UI] close by, there is a [UI].

JR: We already came here to have fun. They should be here already, you know. It's empty. You know, I'm going to order a pair of shoes, dude—the black ones, man.

LC: Huh?

JR: I'm going to order a pair of shoes—the black ones, dude. [pause] What the fuck are those little kids doing here, man?

LC: [UI]. [pause] Look, [UI] here [UI].

JR: What's going on?

LC: Here there are areas where you can bury him, dude.

JR: No, we'll also put that motherfucker next to those two chickens, man. [pause] We'll put him over there next to that pair of dudes, you'll see.

LC: But there are areas that are even better, man. It's really nice over there, you'll see. That's why we chose it, you know. But further this way there are more dudes. [pause] And since we did it closer, so that they didn't suspect, you know.

JR: Yeah, the further in you go, the worse it is dude. [pause] Hey, your mother is coming—you—you guys should be in school.

[children overheard]

UM: [UI].

JR: Fuck!

LC: As far as coming here by themselves, you can't- -can't- -can't get not- -not even one. Neither Uzi [PH] or Stone would come here, dude.

JR: By themselves?

LC: Yeah. They won't come at midnight.

JR: You think?

LC: You're here and you go wait for him over there by the exit.

JR: So have you come here by yourself already?

LC: Yeah.

JR: No shit?

LC: Yeah, man.

JR: By yourself?

LC: Yeah, man, homeboy. What are you thinking, dog? I'm a badass. I- -son of a bitch, that's why—that's why I prefer to wear black.

JR: Eh—black—now I mostly wear black.

LC: Huh?

JR: Eh—black—I mostly wear black now.

LC: Uh-huh. Well, yeah, homeboy—if—if, eh, I also used to come to chill and to smoke the—the—the weed I had, you know.

JR: You know—it—it would be cool for someone wanting to join us as a recruit. To eh—one person can go to one end—

LC: [OV] Uh-huh.

JR: —and another to another end, and he can go across to the other corner by himself as usual—

LC: Exactly.

JR: —and if he really wants it he'll earn it, you know.

LC: Or it could also be like this, homeboy [laughs]….

JR: And if it's a motherfucker we don't like….

LC: No, we—we'll give him a time limit, you know—once the time is up then [UI].

JR: No—no—no, no eh—[coughs] we'll wait for him over there like that, you know--back here—if you come over to this side—right here—if he walks straight, you know, not backwards and get to the other corner—if you don't make it, you know what's up. Your problem, you know what I mean?

LC: Yeah.

JR: And then, whatever dude who's in the middle, you know—if the dude claims to be a badass; like Lucy's brother . . .

LC: Uh-huh.

JR: . . . that's such a badass dude.

LC: No—they won't make it across. [pause] No one makes it across here yet [UI].

JR: Hey, man, so what happened with the chicken? He walked all this and didn't get scared, man?

LC: No, man, we went the back way, you know.

JR: Fuck, how come we didn't go the back way?

LC: Because of the cops—they hang around there.

JR: The cops hang around there?

LC: Yeah.

JR: Over there, straight.

LC: Those faggots hang around over there, you know. No, man—and we also came to get the machete and we were scared with Slow. [laughs] [UI] the cops and him running, you know.

JR: So when did you go get the machete, man?

LC: Eh—yesterday—we came yesterday.

JR: How—how come?

LC: Uh?

JR: How come—you guys didn't hide it well, man?

LC: We did, but because the cops hang around there all the time….

JR: I think they'll pay money for this stuff, dude—where you go sell metal. They'll buy these pipes, fool, because they have a wire inside. Fuck, you guys can make money here, dude. Instead of walking around you guys could….

LC: No, man, I—I don't know how to go about selling that shit—what—what you can sell—what's the good stuff—where to go sell it and shit.

JR: Fuck, so this is how you go across here, man?

LC: Yeah.

JR: This is crazy, man.

[pause]

LC: What if you were being chased, homie?

[sound]

JR: If—if I were being chased I won't make it across this shit, dude.

LC: [laughs] You can head that way and [UI] the little path.

JR: Hey, what's up with this here, man?

LC: [UI].

JR: This is a shitload of money you guys have. Look, you know?

LC: [UI].

JR: Two people can do it, dude. Sombra with his *van* . . . you, dude. [pause] No, man, this here is nice to steal, dude.

LC: No, man, but we don't want—we don't like to have the heat on the homeboy.

JR: You guys don't steal?

LC: Huh?

JR: We do steal, dude.

LC: Nah. [pause] Let's say here in the area that is going to be beneficial to us to do something, homeboy—or to hang around, we don't heat it up, homeboy. Remember that is you steal that stuff they're using for the construction here [UI]-

JR: [OV] Look, this stuff [UI].

LC: Really?

JR: No, leave them there, it doesn't matter.

LC: [UI].

JR: No.

LC: [UI].

JR: Are there fish, man?

LC: Yes.

JR: Just chilling with the homeboys then—there's nothing to do, man. Big Mara Salvatrucha.

LC: [UI].

JR: About what?

LC: [UI].

JR: Do you think, man?

LC: Yes, man—we already went in there.

JR: Uh-huh.

LC: We already checked it out with Slow. [pause] The little chicken is right here coming up.

JR: Where, man?

File Number: 245D-WF-3410065
Name of Audio/Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.003

LC: Up there.

JR: Where, all the way up?

LC: [UI].

JR: Over there? Where, man?

LC: Huh? No, not here [laughs] over on the other side—on the other side of the river.

JR: Oh, on the other side.

LC: [laughs].

JR: Fuck, man, [UI], you fucker.

LC: No, he's—he's over there [UI].

JR: Where, man?

LC: We're going to cross the river.

JR: How do you cross it, man?

LC: [UI].

JR: And where's the big chicken, man?

LC: [UI].

JR: Ow! [pause] Fuck! [Noises/sounds] [pause] So how do you get out of there, man?

LC: [UI].

JR: Huh?

LC: Huh?

JR: Well, keep going, dude—go for it—

LC: [laughs]

JR: —you're already there, go for it.

LC: [laughs]

JR: Go for it, dude. [pause] Ugh!

LC: [laughs].

JR: Is it easier that way? *Shit! What the fuck!* I'm going to fall on my face, dude.

LC: [laughs].

JR: I'm going to fall on my face, homeboy.

LC: Do you want me to put a rock there?

JR: Yeah—yeah, throw in a rock, dude. Right there, homie. Throw it right there--go ahead.

[Noise]

LC: [laughs]

JR: No, man!

LC: Not even close, man [laughs]. No, man….

JR: Look, I'm going to land there and then that way, man.

LC: You wanted to see the chickens [laughs]. [UI] [laughs].

JR: It's because of these shoes, dude. [pause] Fuck! Ouch! Son of a bitch!

LC: [laughs]

JR: [sound] Hey, I fucked up, dude.

LC: [laughs] [UI], homie.

JR: Fuck, what the fuck are we going to do to get back to that little trail, man?

LC: We're going to go a different way. [pause] [UI].

JR: Where's the chicken, man? [pause] [noises] Ow! No, man—fuck, how much farther, man? Ooh! Is he here, man?

LC: [UI].

JR: Huh?

LC: He's there.

JR: No shit!

LC: [UI], huh?

JR: No, man, not here, man—they won't fucking find him.

LC: You know, [UI] when we did it [UI].

JR: Fuck, we could dump that fucking dude in there.

LC: [UI].

JR: No, man, right there, dude. We could put one—and another one over there making a three, you know—and a fool upright like the number one, dude. You'll see. No, but man, you'll see, man—that would be some shit.

LC: That's the mascot—that's the mascot, homie. That's our mascot.

JR: Really?

LC: Yeap. Look, he's right there, look.

JR: Let's go [UI]….

[end of audio video 0025.003]