# EXHIBIT 9

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



601 4th Street, N.W.
Washington, D.C. 20535

| | |
|---|---|
| File Number: | 245D-WF-3410065 |
| Requesting Official(s) and Office(s): | SA Fernando Uribe, WF |
| Task Number(s) and Date Completed: | 304876, 374277, 4/2/2015 |
| Name and Office of Linguist(s): | LA O. Ramos, LA |
| Name and Office of Reviewer(s): | LA A. Leister, WF |
| Source Language(s): | Spanish |
| Target Language: | English |
| Source File Information Name of Audio Video File: | CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014 Audio Video: 0025.004 |

## VERBATIM TRANSLATION

Participants:
    Junior                                                    JR
    Christian Lemus-Cerna, a.k.a. Leopardo    LC

Abbreviations:

| | |
|---|---|
| *Italics* | Spoken in English |
| OV | Overlapping Voices |
| PH | Phonetic |
| [ ] | Translator's Note |
| UI | Unintelligible |

UNCLASSIFIED

UNCLASSIFIED

[TN: Many background sounds/noises heard throughout the recording.]

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

[audio video 0025.004 begins]

| | |
|---|---|
| JR: | . . . the other way.  [pause] Huh? |
| LC: | We [UI] over there. |
| JR: | Where? |
| LC: | Over there [UI]. |
| JR: | And you guys carried him here? |
| LC: | Up that way. |
| JR: | Look, shit. |
| LC: | If—if you want to go a nice way and come out to the other trail we could go this way then. |
| JR: | Alright, man.  [pause] We should've taken this one, dude—it's faster.  Here we're—we're just going to get dirty, dude. |
| | [sound] |
| LC: | You don't want to see [UI]? |
| JR: | Yes, but— |
| LC: | [OV] [UI]. |
| JR: | —why—why don't we go the other way? |
| LC: | [UI] |
| JR: | No, man—fuck, I really don't want to cross that way again, you know. |
| LC: | [UI] |
| | [sounds] |
| JR: | Uh.  [pause] Ugh [grunts]. |
| LC: | [laughs] |

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

| | |
|---|---|
| JR: | What kind of crazy shit—are we doing, man? |
| LC: | [laughs]. |
| JR: | Ugh—ah. |
| LC: | [laughs] You're going to fall in the water there. |
| JR: | Ow. [pause] [sound] And is it going to be on the other side of the river, man? |
| | [pause] |
| LC: | Here he escaped from us. |
| JR: | Huh? |
| LC: | Here he nearly escaped from us. |
| JR: | Son of a bitch. |
| LC: | I beat him up. [noises] [pause] Do you want to [UI]? |
| JR: | Huh? |
| LC: | [UI] [noises] [pause] If tomorrow you comes, are you going to freak out? |
| JR: | That's why. |
| LC: | That's why, you know. |
| | [pause] |
| JR: | Fuck, man. I'm lost, dude. |
| LC: | How's - - how is the scenery? |
| JR: | Huh? |
| LC: | There's a broad coming, dude. [noises] [pause] Are you coming to take the machete? |
| JR: | Huh? |
| LC: | Are we going to bring the machete when we go up? |

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

| | |
|---|---|
| JR: | Where's the machete, man? |
| LC: | Over there, behind the [UI]. [noises] [pause] [UI] get scared. Here's this one, Niño, who goes around like a man, you know. [UI] be scared. If I were him I would be more courageous, otherwise those dudes are going to cut you up even more. |
| JR: | No shit, man. |
| LC: | Imagine, that he said he was the leader of the gang— |
| JR: | He told me that. |
| LC: | Oh, did he tell you? |
| JR: | "Fuck, *homeboy*—he told me—I don't want to go over there anymore," he told me. And that motherfucker would only brag about big things, dude. |
| LC: | Yes. |
| | [pause] |
| JR: | Ugh. |
| LC: | [UI] chemicals [UI]. |
| JR: | Ugh. |
| LC: | [UI] and now are arrived [UI] like ours. Hurry up [UI]. |
| | [sounds] |
| JR: | Fuck, you guys do know this whole place, dude. [pause] Well . . . hey, dude— |
| LC: | Huh? |
| JR: | —so what's up with—with Poison's situation, dude? |
| LC: | Yeah, man. I was going to ask you to go with me to see what's up. |
| JR: | Where's that girl? Let's go visit her, you know. |
| LC: | In Culmore. [pause] Huh? |

3
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

JR: Fuck, you're scaring me, man.

LC: [laughs].

JR: All that's needed—

LC: This is how I roll.

JR: —is for a damn ghost to appear.

[pause]

LC: [UI].

JR: Huh?

LC: Serious shit.

JR: That here, what?

LC: [UI] sons of bitches [UI].

JR: Huh?

LC: [UI] a mess [UI]. From all these holes here [UI].

[pause]

[noises]

JR: Fuck, all the way here—how—how far is that chicken, man?

LC: Huh?

JR: How far did you guys dump the big chicken?

LC: On the other side.

JR: Where?

LC: Over there.

JR: Fuck, so how do we cross over there?

4

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

| | |
|---|---|
| LC: | We're going to take the bridge because we parked. [pause] It's best- -to walk a little, you know. |
| JR: | Fuck, dude, this is a workout, *homeboy*. |
| LC: | Let's go—we buried the chicken over there. |
| JR: | Huh? |
| LC: | Over there— |
| JR: | What's that? |
| LC: | —the first time [UI]. |
| JR: | Huh? |
| LC: | When we came to get him out from over there next to the [UI]. |
| JR: | Oh. |
| LC: | The chicken. We walk all this [UI]. |
| | [pause] |
| JR: | Fuck, but there's going to be construction here, right man? |
| LC: | That's what it looks like. [pause] Nothing but [UI] if they build. |
| JR: | You'll see, pretty soon they'll put up some big buildings here, dude. [pause] Oh, fuck, what's this thing, dude? |
| LC: | [laughs]. |
| JR: | Ay. Fuck, *homeboy*—what the fuck is that? |
| LC: | [laughs]. |
| JR: | Huh? |
| LC: | [laughs] A prickly plant. |
| JR: | Ugh. |

File Number:  245D-WF-3410065
Name of Audio Video File:  CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video:  0025.004

| | |
|---|---|
| LC: | [laughs]. |
| JR: | Ugh—ay—fuck, *homeboy*. |
| LC: | A prickly plant [laughs]. |
| JR: | Fuck, what's going on, man? |
| LC: | You didn't see it. [laughs] |
| JR: | Fuck, that shit got me, dude. |
| LC: | [UI]. Yeah? |
| JR: | Yes, man. |
| LC: | [laughs] That's where the sacrifice took place—where you're standing [laughs]. |
| JR: | I don't—no way. |
| LC: | [laughs] Yeah, man. |
| JR: | I don't believe you. |
| LC: | From here we carried him through the path. |
| JR: | Huh? |
| LC: | From here we carried him through the path.  [laughs] [UI]— |
| JR: | Hey. |
| LC: | —where you were standing—that's why I was laughing [UI] you [UI] [laughs]. |
| JR: | Hey, but why—but why did you guys leave him there just like that, man? |
| LC: | No, man—we—we killed him here and then we carried him over there. |
| JR: | Oh, but where did you guys buried that dude, man? |
| LC: | Over there—we buried him the first time—the second time we buried him all the way up.  [UI]. |

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

JR: Let's go see the chicken—I do want to stand on the chickens, dude.

[pause]

LC: [UI] told me that you wanted to see the chicken, you know.

JR: Dude, in the future I can say that I walked with my buddy and we saw the chicken, dude. Look, this way I get rid of the fear, dude.

LC: Huh?

JR: This way I get rid of the fear, dude.

LC: [UI].

JR: If you come up to do your thing, dude—

LC: [OV] What do you mean?

JR: —scaring the *homeboys,* I'm already going to know what's up, you know.

LC: [laughs] Yeah, man. So you're really fearful coming here, homeboy?

JR: Nah—no, the thing is that….

LC: By yourself you do get scared, *homeboy.*

JR: You do get scared, dude, you know—

LC: [UI].

JR: —there's always a bit of fear—

LC: [OV] [UI] twenty years, yes—

JR: —you know.

LC: —yes, there's always some, but that's bullshit [UI]—you [UI] bullshit, you know, there's no excuse. I'm going to do it no matter what and that's it. No choice.

JR: ==Fuck, man, so with that dude, man—did you guys give him a thirteen [13] there or what—a twenty-six [26]?==

LC: ==Twenty-six—==

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

| | |
|---|---|
| JR: | So— |
| LC: | —we stopped counting. |
| JR: | —so what was the dude saying when—when you guys were beating him up, man? |
| LC: | For us not to hit him on the face, and when his brain cracked open [UI], that- -that what were we going to do to him. [UI] |
| JR: | Hey, man, but look, but eh—and that dude, man—so who was the other guy that he was talking about? |
| LC: | Luis [PH]. |
| JR: | Why didn't you guys let him talk? |
| LC: | Because the homeboys were at it and at it, and a whore came there and I would stare at her. |
| JR: | Who, you? |
| LC: | Yes, dude. |
| JR: | How come, man? |
| LC: | Because it was the first time. [UI]—[UI] eyes. I think it goes straight, [UI]. |
| JR: | Huh? |
| LC: | I think it goes straight to the eyes, I'm telling you. |
| JR: | Who? |
| LC: | Me, I [UI]. |
| JR: | Really? |
| LC: | Yes, man, [UI] some shit, dude. |
| JR: | Fuck, and on top of that how were you guys able to see at night, dude? |
| LC: | [UI] very clear, homeboy. Where—where [UI] you could see really well. |
| JR: | Fuck, what's up with that hole? |

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

| | |
|---|---|
| LC: | What's this? Umm—*damn*. |
| JR: | What's wrong, man? |
| LC: | It opened up. |
| JR: | Huh? |
| LC: | It opened up. I think that's because of the acid that it turned into a cave, man. [UI]. |
| JR: | Put branches on it, dude—put branches on it. [pause] Go ahead, go ahead. No, man, you're making it bigger. |
| LC: | No, I'm going to cover it, homeboy. This little edge it's what I'm covering. |
| JR: | Ugh—fuck, man. |
| | [noises] [pause] |
| JR: | And this branch wasn't here, man? |
| LC: | No. |
| JR: | Huh? Fuck, that one came down hard, dude. [pause] Ugh- -fuck, why did it— why did that big hole form, man? Maybe it's not there, homeboy. |
| LC: | Yes, it's there, look, here's all the dirt—where the deer are and all that. |
| JR: | Oh. [pause] Well, there's work to do here, dude—come and put more dirt, dude. [noises] [pause] Ugh. |
| LC: | [UI]. |
| JR: | The deer ate him? |
| LC: | Yes, they were eating him. |
| JR: | Fuck, but why did that hole form, dude? |
| LC: | Because of the acid. |
| JR: | Let's bring those dudes to . . . I mean, you know…. |
| LC: | [UI]. |

9
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

| | |
|---|---|
| JR: | Huh? |
| LC: | [UI]. |
| JR: | Dude, but that girl—that girl is snitching for sure, you know. [noises] [pause] Hey, let's catch a ride in that car. |
| LC: | [UI]. |
| JR: | Huh? |
| LC: | [UI]. It's closed. |
| JR: | I'm going to go like this to him, look. |
| LC: | It's closed, dude. |
| JR: | What do you mean? |
| LC: | The park is closed. |
| JR: | Oh. |

[noise] [pause]

| | |
|---|---|
| LC: | That's what I'm telling you, you know. |

[engine sound] [truck driven by]

| | |
|---|---|
| JR: | Fuck, if that dude hits me I'm going to make a shitload of money, dude. Oh, so it's already closed by this time of the year, man? |
| LC: | Those pricks are big faggots. [pause] They're going to call the police on us. |
| JR: | Nah, man. |
| LC: | Yes, man, they'll call them. |
| JR: | Anyway, homeboy—which way are we going to run to? |
| LC: | Wherever we have to. |
| JR: | Fuck, man, so where were we, man? I'm already lost over here, man. |

10
UNCLASSIFIED

File Number:  245D-WF-3410065
Name of Audio Video File:  CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video:  0025.004

| | |
|---|---|
| LC: | We walked all that. |
| JR: | That's where we were? |
| LC: | Yep. |
| JR: | That's where the—the—the— |
| LC: | The little chicken. |
| JR: | —the little chicken is, right? [pause] No, man, you guys screwed up by pouring acid like that, man—you guys didn't do it right, man. |
| LC: | No, man, we put rocks and dirt because that stuff starts to give off—because it bubbles up, you know. |
| JR: | So you guys blew that dude's head off, man? |
| LC: | No, that dude only has his legs broken and his hands—and his face is all cut up. |
| JR: | And the little chicken? |
| LC: | We chopped that fucker's head off. |
| JR: | How come? The little chicken wasn't in as much trouble as that fool. |
| LC: | Being crazy. |
| JR: | Being crazy? |
| LC: | Yeah. |
| JR: | [laughs]. |
| LC: | You know, that one was the first one—this was the second one with a little bit more action, you know.  Right? [laughs]  No, man, this damn [UI]. |
| JR: | That's where we—where we fell on our faces, right? |
| LC: | Yeah. |

[pause]

File Number: 245D-WF-3410065  
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014  
Audio Video: 0025.004

| | |
|---|---|
| JR: | [noises] That's some crazy shit, man. I thought you guys would've—would've gone crazy on the other little chicken, shit. |
| | [pause] |
| LC: | [UI]. |
| JR: | I don't give a fuck, dude. |
| LC: | We didn't know, you know—we [UI]. |
| JR: | This dude goes around high, man. |
| LC: | [UI]. |
| | [noises] |
| JR: | [UI]. *What the fuck?* |
| | [water sound] [long pause] |
| LC: | [UI]. |
| JR: | I already had a plan to jump over there like this, phew, [UI] and I'm going to land like a motherfucker. |
| LC: | [UI]. |
| JR: | There's nothing there, dude. |
| LC: | That's some shit [UI]. |
| JR: | No, man, there were even little boys here, homeboy. |
| LC: | There's nobody there now. |
| JR: | Sombra is going to shit himself, dude. |
| LC: | He's going to shit himself? |
| JR: | Yes—he's going say, "Fuck—he's going to say eh—I'm the Peruvian and I'm the only one you guys bring here—what's going on?" [pause] Hey, but that's some sinking hole forming, man. |

12  
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

LC: Uh-huh—the deer [UI]. That's where they go give birth.

JR: Huh?

LC: That's where they go give birth.

JR: Uh-huh. What, the deer?

LC: Yep.

JR: Really?

LC: No, we already found a fawn over there.

JR: Really?

LC: [laughs].

JR: What do you mean, man?

LC: The deer make little caves here and they give birth there. [UI].

[pause]

JR: That's a bad stench, man. [sniffs] That's a bad stench, man.

LC: Uh-huh. [pause] No, man, when I come over here I feel drunk when I leave because of smelling that stuff—the gasoline and everything. That's—that's why they don't let you come in [UI].

[pause]

JR: How about over there? What's going on there?

LC: [UI].

JR: There—there's good—even better.

LC: To dump him there—chopped up?

JR: Yeah.

LC: To dump him there chopped up like shit.

13
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

| | |
|---|---|
| JR: | I have some nice reggaeton, dude. Do you like reggaeton? |
| LC: | About the Maras . . . |
| JR: | That's all— |
| LC: | Huh? |
| JR: | —that's all I have here, man. Did you hear this one about the Mara? |
| LC: | Yeah. |
| | [music] |
| | [UI] |
| JR: | How about our song—did you hear it? |
| LC: | The one about the Silva's [PH]. |
| JR: | Uh-huh. |
| LC: | Nope. |
| JR: | You haven't heard it? There's a song about us. |
| LC: | You guys? |
| JR: | Yeah—the homeboy from—from—from—what's his name—from—Snow Black [PH] wrote it over there in Ecuador. |
| LC: | Uh-huh. |
| JR: | It's really good. Eh—eh—Tuner [PH] heard it. |
| LC: | Alright. Are the homeboys from there—from Bolivia [UI] Silva over here, right? |
| JR: | No, man, from Peru—Perucho—that's my homeboy. |
| LC: | That dude— |
| JR: | Yes. |

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

LC: —the one [UI].

JR: The—he's from Peru—uh-huh. I got busted with him at the mall in Ballston.

LC: [UI].

JR: He's a homeboy. So, you know, we went, you know….

LC: So what did he do over in his country?

JR: Uh—a shitload of coke. You know, we were with the homeboy, you know, we were at the mall, you know--me, him and—and Corky—

LC: Uh-huh.

JR: —and the shot caller from Southside shows up all of a sudden like this, look, dude—from buying Dickies pants. He went like this—and I was walking like this—with the homeboy—we were wearing Dickies, you know.

LC: Uh-huh.

JR: You know—Ben Davis like this—and Cortez shoes—

LC: Yeah.

JR: —at the mall, dude—fast with the belt and [UI] really low. The dude just came out like this, look—and he goes like this to me, look. Bam—motherfucker—and the motherfucker said that shit to me, you know—but the—the shit you guys have over there, the—the—the the little cherries.

LC: [UI].

JR: Bam—the jam right here, man—with a pen, fool—so I stay like this, look. And all of a sudden Perucho, Caballo, goes at it, you know. So he gets them on the second floor, fool—bam, motherfucker—they come falling down. It was a fucking commotion, dude—so the four of us took off running, you know. We got in the car—all the security guards were coming, you know—and he stops right there—have you seen that at the mall they put up some shit so that you can't get through?

LC: Yeah.

JR: We got out—and Perucho—the homeboy you saw—

LC: [UI].

15
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

| | |
|---|---|
| JR: | —he said, "Nah, I'm going to stay here, dude—this is my car, you know—and I don't want to have problems with my chi—with my girl." Fuck, we were going like this—he stayed here—I was over—over there, look. "Let's get out of here, dude," I told him. "No," he tells me. Fuck, I go like this to him, fool. I look at the homeboys and went back, you know. So I stayed, fool. Once I stayed Corky also stayed—Caballo and Sharky— |
| LC: | [UI]. |
| JR: | —stayed across the way, dude. And sure enough—the cops got there—they busted us and everything…. They hit us with a shitload of charges, dude. |
| LC: | Umm. |
| JR: | So when we went to—to trial, listen to this—we went to trial, they brought in the fools, you know, that were supposedly coming to face the defendants, you know. |
| LC: | Uh-huh. |
| JR: | And the fools were already there for murder. So then the judge tells us, "No—he says—you can get out on probation." And Perucho—we all got out. Shortly after, you know—the fuckers got probation—the fucking Perucho got shitfaced in his car—that motherfucker—and he was on probation for the same shit so he had to do it, dude— he had to do the five years probation we got. And they sent him down, man. |
| LC: | Fuck. |
| JR: | So have you seen how the son of a bitch is getting around? |
| LC: | Yeah, with the Silvas, right? |
| JR: | Uh-huh. |
| LC: | I said, "What does that mean? [UI]. |
| JR: | Which one? |
| LC: | That's what his wife calls him [UI]- -from Silva she says. |
| JR: | [OV] Uh-huh, [UI]-- Don't—don't—don't like—I don't like to talk eh—eh, right? She calls him homeboy, you know. |

16
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Name of Audio Video File: CHS and Christian Lemus-Cerna, a.k.a. Leopardo 5/15/2014
Audio Video: 0025.004

LC: [UI] [laughs].

JR: Yeah, and he has them—you know—I have them right here, look.

LC: You have the letters?

JR: They start here, look.

LC: Uh-huh.

JR: Did you see them, already?

LC: Yeah.

[end of video/audio 0025.004]