# EXHIBIT 10

UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



601 4th Street N.W.
Washington, D.C. 20535

| | |
|---|---|
| File Number: | 245D-WF-3410065 |
| Requesting Official(s) and Office(s): | SA Fernando L. Uribe, WFO |
| Task Number(s) and Date Completed: | 419120, 8/24/2015 |
| Name and Office of Linguist(s): | CML Sandra D'Sa, WFO |
| Name and Office of Reviewer(s): | CL Ramón Aguilar, WFO |
| Source Language(s): | Spanish/English |
| Target Language: | English |

Source File Information
   Name of Audio File or CD:   703-862-8582 2014-05-26 19-26-24 06785-001.wav
      –Call Number:   06785
      –Date, Time, Duration:   05/26/2014; 7:26 PM; 00:13:28
      –Line, Target Number:   703-862-8582
      –Direction:   Outgoing

### VERBATIM TRANSLATION

Participants:

   Confidential Human Source   CHS
   Santiago Villanueva,   AS
   Araely a.k.a. Suave, a.k.a. Little
   Slow, a.k.a. Slow

UNCLASSIFIED

UNCLASSIFIED

<u>Abbreviations</u>:

| | |
|---|---|
| Regular | Spanish |
| *Italics* | Spoken in English |
| UI | Unintelligible |
| IA | Inaudible |
| PH | Phonetic |
| [ ] | Noise notations or Translator's Notes |
| OV | Overlapping Voices |
| FNU | First Name Unknown |
| LNU | Last Name Unknown |
| F | Female |

[TN: Per case agent's request, CHS has been used in lieu of disclosing the name of the source.]

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File: 703-862-8582 2014-05-26 19-26-24 06785-001.wav
Call Number: 06785

|  |  |
|---|---|
|  | [recording begins.] |
| AS: | [UI] |
| CHS: | *Hello?* |
| AS: | Look, man. |
| CHS: | Uh-hum. |
| AS: | Right? Well, I didn't want to say this for that same reason, you know right? Because you know that we don't even trust that dude though, right? |
| CHS: | Well, yeah. That's why we - - |
| AS: | [OV] Look - - |
| CHS: | [OV] - - [UI] nothing - - nothing, right? - - |
| AS: | [OV] - - look man . . . |
| CHS: | [OV] Ask about the - - the - - the - - the . . . ask about what the homie told you, but look, we're going to ask him these questions. [sniffles] Right? [clears throat]. Ask about . . . How many *homeboys* were there when they hit Lagrimas [PH], you know? That's the first question you have to ask. |
| AS: | Well, look, right. Hear me out though, you know. We were . . . The *homeboy* Little Poison [PH], you know, right, Guadalupe [PH] [IA] the [beep] [IA]. The . . . Peluquin [PH], Little Payaso [PH], La [f] Evil [PH] . . . Gatito [beep], Duende, and myself, man, you know - - right? |
| CHS: | And - - and the - - and Skinny [PH]? |
| AS: | And . . . Um-hum. [beep] |
| CHS: | Right? - - you see? You were forgetting that, man. You have to ask, then. |
| AS: | Also, and Skinny [series of beeps] but, right. But I came from [UI] that, you know, right? Gatito, Pe - - Pesadilla moved him from there where he was at first. [pause] And . . . I don't remember. You know that I - - I don't - - don't know why the fuck I didn't go . . . I couldn't go out that night from - - from the house. |

1
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File: 703-862-8582 2014-05-26 19-26-24 06785-001.wav
Call Number: 06785

| | |
|---|---|
| CHS: | [OV] Ga - - Gatito - - Gatito told me that the girl Evil, that she is . . . That - - that - - |
| AS: | [OV] [UI] too - - |
| CHS: | - - that when they took him out, that when they took him out - - |
| AS: | [OV] - - [UI] fuck, right man. |
| CHS: | - - the girl - - the girl Evil - - the girl Evil took him out, even - - |
| AS: | [OV] [UI] |
| CHS: | [OV] - - they even moved him the - - the second time.  The girl Evil was there the last time they moved him. |
| AS: | Serious shit.  Ah, so it's that son of a fucking bitch then, *homie*. |
| CHS: | That's what Gatito told me, that - - that the girl Evil was there the second time. |
| AS: | Serious shit.  I couldn't remember.  I didn't know . . . Look, I didn't even know that . . . |
| CHS: | Now - - now, right . . . Cool, look you hav - - you have . . . How many [UI] . . . Are you sure that those are the *homeboys*? |
| AS: | Yeah. |
| CHS: | Right.  Let's figure it out.  So you're saying that yes . . . That you said it's ==Little Poison, right?== Peluca [PH]? |
| AS: | Uh-hum. |
| CHS: | Right?  Skinny, who else? |
| AS: | Duende, the gir . . . - - |
| CHS: | [OV] [UI] |
| AS: | - - Du - - Duende, and the girl Evil. |
| CHS: | The girl Evil, the - - |

2
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065  
Audio File: 703-862-8582 2014-05-26 19-26-24 06785-001.wav  
Call Number: 06785

| | |
|---|---|
| AS: | [OV] Little Payaso, and I. |
| CHS: | - - the . . . Little - - Little Payaso, you - - |
| AS: | [OV] Um-hum. |
| CHS: | - - and the - - and the - - and the - - and Leopardo [PH], right? |
| AS: | Uh-hum. Not Pesadilla [PH] because he had an accident that night. |
| CHS: | Alright. So now - - now this - - now this is the thing, who were the look outs? Who was watching? How . . . In which car did they leave? Where did they go? All - - all that - - you need to ask about all those things, man. |
| AS: | Look, man. The - - the time we hit him, you know? - - onl . . . Well, nobody, you know? - - nobody. Just us though, you know, kind of like a *meeting*, you know, right? |
| CHS: | But who was your lookout? So you did have a lookout by your . . . You guys had for a lookout - - |
| AS: | [OV] But that was . . . |
| CHS: | [OV] - - that kid Marciano [PH]. |
| AS: | - - that - - that was when they were going to move him, dog, you know, right? - - |
| CHS: | [OV] Right. |
| AS: | - - I didn't go though, you know? I think that's why they took that dude. |
| CHS: | *Okay*, and they only took that guy? Or you don't even know if they took somebody else? |
| AS: | No. |
| CHS: | Well then, there - - there - - there's the problem, you know, right? That some know other things, and you don't know other things, you know? |
| AS: | Right. |
| CHS: | Now, ask yourself, right? Maybe it wasn't the problem of the - - of the - - of the - - of the - - of *Lagrimas* [PH], maybe it wasn't that problem. |

3  
UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File: 703-862-8582 2014-05-26 19-26-24 06785-001.wav
Call Number: 06785

| | |
|---|---|
| AS: | Um-hum. |
| CHS: | So now, who . . . Now let's go to the problem of - - of that homie the . . . Of that - - of that homie that was called Little Guason [PH]. |
| AS: | Um-hum. |
| CHS: | That's the one you guys have a serious problem with because the girl knows, and the girl dimed you out. |
| AS: | Uh-hum. |
| CHS: | [OV] So now, you guys have to figure it out there. Who were there? Who has given you guys a *ride* or something? Any problem. How did she find out? Because they did find out about that, right? |
| AS: | Yeah. |
| CHS: | Right? You have to figure it out, man, you know? Who - - who - - who . . . And - - and who gave you guys a *ride*? Did Pikachu [PH] give you guys a ride? Did he give you guys a *ride*? |
| AS: | Nah. |
| CHS: | Right, that's what you guys have to figure out, you know? Who has given you guys a *ride*? Who . . . what - - what - - what civilians were there, or something. Because it sounds to me that the gossip was between the chicks and the civilians, man. [pause] |
| AS: | [UI] But, ehm . . . look you know? - - girls . . . Only that one [f] is there though, you know? |
| CHS: | That's why, but, civilians know. How - - how do civilians know? |
| AS: | [noise] Serious . . . But the thing is that this dude was talking about civilians from the - - from the other one, you know? - - from . . . But from this one, there are . . . I don't know about that one either, you know, right. |
| CHS: | Fuck. The thing is . . . [sighs]. That's the problem, homie, you know, right? From the other there is . . . The other already . . . And the other one only - - only you guys. There were only like four or five homies, right man? From the homie . . . The last one, right man? Right and it's - - it's - - it's you, and Gatito, the - - the . . . Who else? The - - the - - the - - |

4
UNCLASSIFIED

File Number: 245D-WF-3410065  
Audio File: 703-862-8582 2014-05-26 19-26-24 06785-001.wav  
Call Number: 06785

| | |
|---|---|
| AS: | [OV] The name? |
| CHS: | - - Pesadilla. |
| AS: | Um-hum - - |
| CHS: | [OV] Huh? |
| AS: | Yeah. |
| CHS: | And - - and only you guys, right - - right . . . Which one of you guys, could be - - could be ratting out, *man*, bullshit. |
| AS: | [OV] No man.  There - - there - - Duende [PH] was there too, and the - - Little Payaso. |
| CHS: | Duende? |
| AS: | Um-hum, and Little Payaso. |
| CHS: | Fuck but not . . . With - - with the last one? |
| AS: | Yeah, almost . . . Only - - not only . . . Only Skinny [PH] wasn't there, nor - - nor was Greñas [PH], you know? |
| CHS: | Oh, and the . . . But, and the - - and the - - and the - - and Duende - - Duende also went for it with this homie, of - - of this homie the - - the - - Little Guason? |
| AS: | Yeah. |
| CHS: | Fuck.  [noise] |
| AS: | Fuck, and this heli . . . These helicopters freak me out, *man*. |
| CHS: | Fuck, is that a helicopter, man? |
| AS: | Huh? |
| CHS: | Is that a helicopter?  [noise] |
| AS: | Yeah, *man*, fuck that, look.  [noise] Serious shit, right? |

UNCLASSIFIED

File Number: 245D-WF-3410065  
Audio File: 703-862-8582 2014-05-26 19-26-24 06785-001.wav  
Call Number: 06785

| | |
|---|---|
| CHS: | Yeah, dude.  Right and ima - - imagine, in the last one . . . The Little Guason one, right - - |
| AS: | [OV] Yeah. |
| CHS: | - - think about it, Little Guason.   Think man, Little Poison, right? |
| AS: | Uh-huh. |
| CHS: | The - - the - - the - - Pesadilla . . . |
| AS: | [OV] Duende. |
| CHS: | - - and you.  You, Duende . . . |
| AS: | And Gatito. |
| CHS: | And Gatito, right?  Five - - |
| AS: | [OV] Little [UI]. |
| CHS: | - - right, man?  Oh, and who - - and who else? Solitario, right? |
| AS: | Yes, him too. |
| CHS: | Who? |
| AS: | Solitario and Little Payaso. |
| CHS: | Little Payaso [UI], well . . . And you guys, right? [UI] - - |
| AS: | [OV] And Little . . . |
| CHS: | - - [UI] more.  Huh? |
| AS: | And - - and the . . . Also Solitario |
| CHS: | Right?  Imagine that.  *All of* . . . all of those homies are locked up.  Only the two of you are outside. |
| AS: | Yeah. |
| CHS: | But Duende . . . |

6  
UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File: 703-862-8582 2014-05-26 19-26-24 06785-001.wav
Call Number: 06785

| | |
|---|---|
| AS: | Only the - - the - - the - - the - - Tuner [PH] and Little Payaso, and me, and Duende are outside, you know? |
| CHS: | That's why I thou - - I thought Duende was sick, because he wasn't reporting to you guys or anything, man. |
| AS: | No, man. Fuck |
| CHS: | Right? And from there - - and from there . . . What do you call it? And there, Gatito had asked me that the homie . . . That - - that how did that homie Pikachu [PH] know as well? Pikachu knew that thing. [pause] Did you know that? |
| AS: | Nah. |
| CHS: | Right. Gatito told me that Pikachu knew those things. Could it be true? I don't know what's up, you know, right? |
| AS: | Also that - - |
| CHS: | [OV] Right? |
| AS: | - - is another problem, you know right? Serious shit. |
| CHS: | That's another problem, you know, right? [noise] Fuck, you know? The thing is . . . |
| AS: | Fuck that, and how can we talk about that with the *homeboys* there? Serious shit. |
| CHS: | It can't be, homie, you know. Fuck, you know. |
| AS: | And - - and they - - they tell me that . . . Not to trust anyone out here though, you know? Just you though, you know? I didn't talk about the things I'm telling you about with that dude for the same reason. Did you notice? |
| CHS: | Yeah, yeah. That's why . . . This - - this - - this is the problem right now, *man.* The thing is, look man . . . Someone has . . . If - - if with one . . . If - - if this - - this - - this one girl Eva [PH] knew what's up . . . Look, if the girl Evil [PH], has - - has opened her mouth and - - and they have . . . And they have also asked questions to this girl Skinny, dude . . . Fuck, dude, - - you're really screwed there. Ask questions there also.. |
| AS: | Right. No man, the thing is, I'm thinking that yeah, they're there. [noise] |

7

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File: 703-862-8582 2014-05-26 19-26-24 06785-001.wav
Call Number: 06785

| | |
|---|---|
| CHS: | That's it, then.  You don't have to break your head.  The problem is that - - that why?  You know, right?  And all of that, you know?  And, that - - that's the problem, you know?  And . . . Fuck what other questions - - what other questions can you ask there, you know?  Fuck, because I'm - - |
| AS: | [OV] [UI] |
| CHS: | - - [UI] of that, homie that - - that what's up, you know?  [pause]  Crap, if - - |
| AS: | [OV] That's the problem. |
| CHS: | - - they are . . . Look, man, and that homie from what - - from what house did he say he saw the cops coming out of, man? |
| AS: | From there, from where that one lives . . . Where the first one in charge lives. |
| CHS: | And does he still live there?  Because, I - - I understood that the homie only had one sister, right? |
| AS: | Huh? |
| CHS: | Only one . . . The homie lived with the sister, right? |
| AS: | Yeah. |
| CHS: | The cops came out of there? |
| AS: | Yeah, from that one. |
| CHS: | When?  Didn't he . . . When did he say that?  The dude said, "One of these days," right? |
| AS: | Uh-hum. |
| CHS: | Fuck, man. |
| AS: | Serious shit. |
| CHS: | Fuck, Slow [PH].  Hones - - honestly homie [noise] the questions are there Slow, you know, right?  The questions are there, you know, right? |
| AS: | Right [OV]. |

8
UNCLASSIFIED

File Number: 245D-WF-3410065  
Audio File: 703-862-8582 2014-05-26 19-26-24 06785-001.wav  
Call Number: 06785

| | |
|---|---|
| CHS: | [OV] The questions there - - the questions are there *homeboy*, you know? It's about - - it's about letting these homies know what's up, you know, right. That, Right, that they have seen people come out of - - of that house - - from that house, you know? [noise] And tell them what's up, you know? If the - - |
| AS: | [OV] Yeah. |
| CHS: | - - if - - |
| AS: | [OV] Fuck, dude. |
| CHS: | - - if the homies - - if the homies, you know . . . These homies from in there must know about it better, dude. Imagine that for - - imagine for them to know these things, and not even us out here know. What's up with that? |
| AS: | Right, dog. Look, man, when you . . . If they call you, link me up, you know? And we - - we tell them |
| CHS: | Yeah, right. It's up to you man, if you - - if you want to take the trouble there man, but fuck, I - - I . . . It's hot there. If - - if - - if, you know, if it's - - it's [UI]. |
| AS: | [OV] I'm tell . . . I already sent - - I already sent . . . Can you believe that . . . I already sent that - - that one though, you know, right? And he tells me that there . . . Nothing can be seen though, you know, right? That everything - - that everything is clear though, you know, right? |
| CHS: | That's why I tell you, then, right. But you know what's best, man. |
| AS: | [OV] But - - by the same token, that's where the lack of trust in that dude comes from, you know, right? |
| CHS: | Right, and that . . . And now think about this other thing, does this dude Chele [PH] knows anything? Does he know about any hit? Do you know if that dude Chele knows about any hit? |
| AS: | Right, yeah, you know. |
| CHS: | Right. What hit does he - - what - - what hit - - what hit does Chele know about? |
| AS: | About - - about the last one, but he doesn't know where it is though, you know? |
| CHS: | But does he at least have an idea? |

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File: 703-862-8582 2014-05-26 19-26-24 06785-001.wav
Call Number: 06785

| | |
|---|---|
| AS: | Right. |
| CHS: | Does he have an idea as to say, "Oh, look, that homie stayed in that park. That dude died there." Does the dude at least have an idea that - - that - - |
| AS: | [OV] Yeah, yeah. |
| CHS: | - - that - - that there . . . Fuck, dude. Argh, fucking hell. |
| AS: | Look, serious problem also for . . . Because - - |
| CHS: | [OV] You know that these dudes - - |
| AS: | - - I, look, I'll give it to them [UI] . . . |
| CHS: | [OV] - - these dudes are the ones that . . . All they do is . . . |
| AS: | *Homeboy.* |
| CHS: | Um-hum. |
| AS: | For all I care, these dudes . . . That's why, on my part I - - I can't afford to - - to - - to maybe tell, you know? - - bullshit, you know? That's why - - |
| CHS: | [OV] But that's why, imagine [UI] . . . |
| AS: | - - [UI] I'll put another *homeboy* . . . Another *homeboy* must - - must have had some talk with them so that they could understand, you know, right? That's their problem too, though. |
| CHS: | That's the problem, too. That if the homies . . . Remember that if they know . . . The only thing these dudes do, is send people there . . . You know that like they . . . That dude Silencio is right about that. If these people know how to detect a metal, how could they not know how to detect a bone, tell me. |
| AS: | Right, right. |
| CHS: | There - - there I don't fight that dude on that. Look, the dude did tell the truth, dude. |
| AS: | Yeah. |
| CHS: | Fuck, man. |

UNCLASSIFIED

UNCLASSIFIED

File Number: 245D-WF-3410065
Audio File: 703-862-8582 2014-05-26 19-26-24 06785-001.wav
Call Number: 06785

| | |
|---|---|
| AS: | Fuck, imagine if . . . [noise] No man, but if that was true, uff, they would have a heavy watch on all of that, you know, right? |
| CHS: | What did you say? |
| AS: | Well, that if they had found him already, you now, don't you think that . . . "We just found - - found him, boom, boom, and we would," . . . They would disappear?  No - - no man.  They're going to investigate everything there, right? |
| CHS: | Well, that's what I think.  I - - I think that too.  What you say is true, dude. |
| AS: | Right? - - and I sent that dude though, you know, to watch from there - - from there up, there at the [UI]. |
| CHS: | [OV] And maybe that thing would even be closed, fuck that. |
| AS: | Yeah man, right?  Imagine. |
| CHS: | Yeah. |
| AS: | Well, that's what I base this on as well, you know, right?  [pause]  Crap. |
| CHS: | The thing is that we ask about [UI].  Let's hope those homies have . . . |
| AS: | [OV] Look, and the - - Little Payaso says he's coming over here.  He's already on his way. |
| CHS: | Well, talk to him regardless, you know, right?  And the homie . . . Talk there, and see what's going on though.  I'll wait for those homies to call, and I'll link you up if they call me, you know? |
| AS: | Right, let's do that. |
| CHS: | Right, then, cool. |
| AS: | Cool. |
| | [recording ends.] |

11
UNCLASSIFIED