# EXHIBIT 11

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



601 4th Street N.W.
Washington, D.C. 20535

| | |
|---|---|
| File Number: | 245D-WF-3410065 |
| Requesting Official(s) and Office(s): | SA Fernando Uribe, WFO |
| Task Number(s) and Date Completed: | 419121, 9/30/2015 |
| Name and Office of Linguist(s): | CLM Liliana Portwine, WFO |
| Name and Office of Reviewer(s): | LA S. Conrad, CE |
| Source Language(s): | Spanish/ English |
| Target Language: | English |

Source File Information
   Name of Audio File or CD:   703-862-8582 06-12-2014 18:26:07 07809-001.wav
      –Call Number:   07809
      –Date, Time, Duration:   06/12/2014 18:26:07 00:16:18
      –Line, Target Numbers:   703-862-8582
      –Direction:   Incoming

### VERBATIM TRANSLATION

Participants:
   Junior        JR
   FNU LNU, a.k.a. Big Poison    BP
   Unknown Male    UM
   Unknown Male1    UM1

Abbreviations:

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| *Italics* | Spoken in English |
| UI | Unintelligible |
| PH | Phonetic |
| [ ] | Noise notations or Translator's Notes |
| OV | Overlapping Voices |

[TN: Format as Agent requested.]

UNCLASSIFFIED

UNCLASSIFIED

File#: 245D-WF-3410065  
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav  
Call Number: 7809

|  |  |
|---|---|
|  | [phone rings] |
| JR: | Hello? |
| BP: | [OV] Hello. |
| JR: | [OV] Hello? |
| BP: | [OV] What's up, dog? |
| JR: | Hey, what's up? How are you? |
| BP: | Just here. This is *Poison* calling. Look, I'm - - |
| JR: | [OV] Alright, yeah. |
| BP: | - - going to be using this number right now. |
| JR: | Oh. So what about the other one? |
| BP: | [noise] Yeah, I'm changing it all the time, because of the cops, dog. They say that the - - |
| JR: | [OV] Yeah, me too - - |
| BP: | [OV] - - they are trying to get find me, then. |
| JR: | [OV] - - me too. I do that too, dude. I change it all the time. I change it with . . . Because of those dudes [beeps] too. |
| BP: | Look man, so what did the kid tell you? Is he going to do me the favor with the 100 bucks? |
| JR: | Yeah, yeah. The homie already has 90 bucks, he's just going to get the 20 bucks and - and you're going to be getting it, you know? |
| BP: | Right. Look man, to - - |
| JR: | [OV] Uh-huh. |
| BP: | - - send me the message to this number, right? With the code. But . . . like this, "Who is the sender, what company you sent it to and the password," you understand me? |

UNCLASSIFIED  
1

UNCLASSIFIED

File#: 245D-WF-3410065  
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav  
Call Number: 7809

| | |
|---|---|
| JR: | Yeah, yeah. And if not, it's not a problem - - |
| BP: | [OV] Right. |
| JR: | - - I will call you. |
| BP: | Right. Listen, another thing, look . . . I am only going to be connected at night. Right, because this - - |
| JR: | [OV] Alright. |
| BP: | - - already this coming week I am to get my ass fucked, as punishment, you know? It's definite, right, for six months. |
| JR: | Fuck, and what's going to happen - - |
| BP: | [OV] Right, [UI] - - |
| JR: | - - you're not going to be able, you're not going to be able there? The thing is that, you won't be able to talk or what? |
| BP: | [OV] - - talk. Ta - - right? I'm going to be able to talk but at night. So, the thing is that they're helping me out but at night, not during the day because a lot of people will see, you know? |
| JR: | Alright, alright. |
| BP: | You know, so as not to disrespect the word of the 'hood, right? |
| JR: | Yeah, yeah. |
| BP: | Right. Another thing I wanted to tell you is this, look . . . Look, dog. Remember what I told you about the car, right? |
| JR: | Yeah, yeah. |
| BP: | Right, so this is what's going on. Look . . . Right now, the dude is taking it to the shop, right? So that a friend of mine checks it out, right? |
| JR: | Yeah. |
| BP: | So, this is the thing. Look . . . That I, already have 900 bucks, you know? |
| JR: | Yeah. |

UNCLASSIFIED  
2

File#: 245D-WF-3410065  
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav  
Call Number: 7809

| | |
|---|---|
| BP: | [OV] The son of a bitch is letting me have it at 2,500 bucks, right? |
| JR: | Yeah. |
| BP: | But wants me to give him 1,500 right now, right? |
| JR: | Yeah. |
| BP: | So that's where you come in. I . . . The thing is that the dude is giving me until Monday or Tuesday because he leaves Tuesday night, the son of a bitch is leaving for up North on Tuesday night, right? That dude - - |
| JR: | [OV] Yeah. |
| BP: | - - has already been in *New York*, you know? |
| JR: | Yeah. |
| BP: | And that's - that's where you come in, you know, right? I asked you a favor, you know? Very big and special, you know, right? |
| JR: | Yeah. |
| BP: | I know, I know that maybe you could . . . You know because things over there are not rose-colored, right man? Like other people - - |
| JR: | [OV] Yeah. |
| BP: | - - think so over here. Things over there cost too, right man? |
| JR: | For sure. |
| BP: | But, look . . . but, look, dog. If you do me the favor I'm going to be eternally grateful to you, dog. You understand? |
| JR: | No, since I - - I - - I know that . . . I know what's going on. Look man, but you see, the money that I could help you with, well, it would be at least two, from two to three papers is what I could help you with. This - - this - - this was the plan I had to help you out, dude. I'm telling it to you straight, you know? |
| BP: | Help me out with at least three papers. I will fucking look for the rest, dog, you know? |

File#: 245D-WF-3410065  
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav  
Call Number: 7809

| | |
|---|---|
| JR: | Mm - - |
| BP: | [OV] You know that once I give the dough to the son of a bitch, I could tell him, "Wait for me." You understand me? |
| JR: | Yeah. No but - - |
| BP: | [OV] But, when do you think - - |
| JR: | [OV] - - that's right, once you already have that. |
| BP: | [OV] - - you could do me the favor? |
| JR: | Fuck, you see that the - - the dough, I had told you that not until the end of the month. The thing is that, right, I have to see what's going on. The thing is that I'm going to go over to see the clique, you know, right? Since you know that I'm the one running things. Well, I'm going to get that money from there, you know? I'm going to tell them I would reimburse it, you know? |
| BP: | Uh-huh. |
| JR: | They don't - - the homies don't ask me anything because, right? They know what's up with me, the way that I manage the dough, you know? The dough - - has always been there for them, you know? |
| BP: | Look dog, sorry - - |
| JR: | Yeah. |
| BP: | - - for bothering you. The truth is that I - - need it, doggie. If you help me out, like I told you, you know? One day I'm going to be within reach . . . You know that we're broke here but you should see that my mind is pretty sharp, dog. You should see, I have set up a clothing shop, you know? A legal one - - |
| JR: | [OV] Yeah. |
| BP: | - - right? And right now, you know? A light went on in my head because this dude told me, "Fuck, I'm going up North." And, yeah, you know, right? So then, if you want - - want to listen, so that you see, I have him there at the shop waiting - - |
| JR: | [OV] No man, nah, homie, nah - - |
| BP: | [OV] - - that I [UI]? |

UNCLASSIFIED

File#: 245D-WF-3410065  
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav  
Call Number: 7809

| | |
|---|---|
| JR: | [OV] - - no man, nah, homie, there's no problem. Don't - - don't you know, man? Don't even bother because of that. Like I told you . . . I'm like that, I am a straight up person, you know, right? And straight up right away. I don't like it, when I do a favor, I do it and right away, well, you know that well. |
| BP: | Then, do me that favor, dog. I'm going to be very grateful, you know? |
| JR: | Yeah. And . . . What, what time - - what time can you link up there, man? Or you don't have credit anymore? |
| BP: | Right now I don't have any credit. Why? Because you wanted us to talk with someone or what? |
| JR: | No, no. I was asking you, well, because that way you're not the one spending it. What - - what card are you using, man? |
| BP: | I have Mobile-Star, dog. |
| JR: | Mobile, alright then. Wait a bit then and I'm going to - - I'm going to - - what do you call it? I'm going to send you a refill to make it easy on you, then. |
| BP: | That's good, dog. Look man - - |
| JR: | [OV] Well, yeah, because - - |
| BP: | [OV] - - so then, when, like when, when do you think you can send me that, man? |
| JR: | Look man, if I send it to you, look . . . If get . . . Like I'm telling you, if I get a hold of those two or three papers for you, you know? I - - I will get them and will send them to you. I will send them tomorrow, tomorrow in the morning. So tomorrow I will send them, you would be getting them in the afternoon tomorrow, you know, right away. |
| BP: | Do the favor for me, dog. You have my word . . . the truth is that I know that you have your commitments and maybe I'm abusing your trust a little. But, it's the first time and will be the only time that . . . I mean, that I ask a favor that big from you, dog, you know? Right, - - |
| JR: | [OV] No man, I know what's going on - - |
| BP: | [OV] - - maybe later on with some credit or something, right man? But like that? To bother you in this same way? No, because the truth is . . . You know that it's |

UNCLASSIFIED

File#: 245D-WF-3410065  
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav  
Call Number: 7809

|  |  |
|---|---|
|  | embarrassing, too but . . . I want it for something good, doggie, you know? I don't have any vices - - |
| JR: | [OV] No, that's right, I know what's going on. |
| BP: | [OV] - - not even of smoking or any shit, dog, you know? Right? |
| JR: | Yeah. |
| BP: | A shitload of sons of a bitch are jealous of me. They want to see me super beaten down, but me? Bullshit, dog. Even if I'm being punishment, I . . . I'm dressed in good clothes and all that shit, you know? And good ass too, I could give a shit but I don't see it that way, right? Pride keeps me holding my head up high, dog. You should see how many sons of a bitch envy me, homie, you know? |
| JR: | No man, you have to - - have to . . . You know, that, that's what wrong . . . that, fuck, the people are - - are envious of you, that right? Instead of being on the same page as you, you know? |
|  | [pause] |
|  | [voices in the background] |
| JR: | No man, I also know - - |
| BP: | [OV] Do me the favor then and . . . |
| JR: | [OV] No man, I will . . . I will figure it out right now, you know? I know that you guys are broke, you know? Here, with the things of your clique, right? And as I told Payaso, you know? The homie told me, "If there's a problem, at some time and I can't, dude, right?" Right, "I know I trust your word and you're not going to lose me." Well, for sure then. I - - with the dude, the dude knows what's going on. I will go to the end with that dude, you know? The homie knows what's - - well, what's up with me, you know? |
| BP: | No man, that dude is a good person, dog, a pretty nice person is that son of a bitch, you know, right? |
| JR: | Yes. No man, with him, you can forget it, with that son of a bitch, he'll get on it right away, right away, you know? The thing is, you see, man. I don't know about these homies, how they made bad decisions, you know? But since they're internal problems, fuck, but I thought that you already - - already had given all of these homies the "Okay" you know? So they could make those decisions, homie. |

UNCLASSIFIED

6

UNCLASSIFIED

File#: 245D-WF-3410065
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav
Call Number: 7809

BP: No man, dog. You see, homie, you know that they - -

JR: [OV] Because, you see - - as a matter of fact Crimen, Crimen told me - - When we were there, Crimen, for sure, Crimen told them what was going on. Told these homies the truth. Because, just imagine, about - - about the last kid, that these dudes, because of - - of - - of that one, the house has now gotten heat. That last kid that they hit, Crimen told them, you know, "Fuck, that doesn't happen in El Salvador. They first hit the chick and then the dude," you know? That right? "Who had given the, okay," And . . . Fuck. We - - there we thought that, fuck, you already knew about all of those decisions. No shit.

BP: No man, dog. You see that they didn't say anything to me about that, homie. Not even . . . I didn't know anything. They only told me that they were doing a job, about - - about someone that had been disrespectful but they didn't tell me. I asked them, "What kind of a job?" "We can't explain it to you but, yeah, you know? We're set." "Right," I told them, "That's good." Right? But, but, you know that . . . You know that if you hit a dude from La Mara then you have to hit that fucking chick too, homie, you know? But since there, this, you know? The truth is that I don't know if they counted on Payaso or with whom, right? But they didn't count on me, homie. I . . . Like I'm telling you, right now I'm a little upset. That's the truth, well I'm upset with *Little Poison*, with this son of a bitch, the - - the - - Greñas, you know, right? And with that son of a bitch, *Little* Tren [PH], you know, right? Since they were the ones at the front, you know, right? But not with the other kids, dog.

JR: Yes, because there . . . Because it even surprised me. I knew . . . I . . . I knew that Payaso . . . Payaso wouldn't make decisions like that. I told myself, "Fuck, this dude *Poison*. What's going on with him? He couldn't tell the homies how the rules are." I said, "What's going on," you know? But fuck, then after when [UI] - -

BP: [OV] Fuck - -

JR: - - it was all done, you know? And how the fuck can a person come and - - and want to help them, you know?

BP: Even here, you know what's goes on, here things are really fucked up. Here, when a *homeboy* fucks your girlfriend - - another *homeboy's* girlfriend. He dies, dog.

JR: Oh, he dies, man?

BP: Yeah, yes, dog. Those are the laws of the 'hood, here in El Salvador. Here, even before they were like that, with guys that slept with girlfriends, right man? But not anymore - -

UNCLASSIFIED
7

UNCLASSIFIED

File#: 245D-WF-3410065
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav
Call Number: 7809

| | |
|---|---|
| JR: | [OV] Yeah. |
| BP: | - - dog, now the 'hood takes that seriously, homie. Here, here man - - you disrespect the girlfriend of a *homeboy* and you die, homie, you know? Right? [UI] |
| JR: | [OV] You see that - - these homies - - |
| BP: | [OV] you screw a homie's girlfriend and you die. |
| JR: | [OV] - - these homies, these homies. That shit with La - - his - - his - - that chick - - that chick Lagrimas, fuck, that turned out cool, right man? Nothing came back at them, right? Because they talked it over really good. ==Fuck, with Payaso with all of you guys.== But this one other decision these homies made turned out bad, you know? |
| BP: | Yes, I know, that they went for it. I mean that they - - uh - - I mean, it's this, look, dog . . . There are people that because somebody tells him, right? "You have the reins," Then they get on a head trip, - - |
| JR: | [OV] Yeah. |
| BP: | - - you understand me? They get on a head trip and they think that "Yeah" they have . . . They're on the trip of their lives, then. But in reality they don't even get to anywhere, the sons of a bitch, well, you know, right? |
| JR: | Yeah. |
| BP: | Well, right? It's fucked up then, right? So then . . . Look dog, I'm telling you, *man*, right? The truth is that I'm upset, dog. You see, it was hard for me to get the clique to give me some dough, homie, to send it to them. They said, "Fuck," he told me, right? "The truth is that they were doing good, so what happened, then, have they been ratted on. The kids are all fucked." I told him, right? But, yeah, you know? From my heart I hope that they rise up again. I'm asking you, you know? The same thing that my *homeboy* Payaso asked of you. Well, that - - that you act as the second, dog. That you organize and if you see that something is wrong, let me know. Or - - or - - |
| JR: | [OV] Yeah, no . . . That's why - - |
| BP: | [OV] - - or tell them "No, wait [UI] good if you wait." |

UNCLASSIFIED

File#: 245D-WF-3410065
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav
Call Number: 7809

| | |
|---|---|
| JR: | [OV] - - I . . . I . . . Look man, as far as I . . . I . . . at this point, as far as I'm concerned all of these homies had let you know about that shit with Lagrimas, with the - - the shit of this other kid, that - - that they - - |
| BP: | [OV] No [UI] - - |
| JR: | [OV] - - that. |
| BP: | The first thing, "Yes" the second "No." |
| JR: | Oh, they really did let you know about the first thing. You talked to them really good then? |
| BP: | [OV] Yes. |
| JR: | [OV] Alright. |
| BP: | Yes, but "Yes" with the first thing but "No" with the second, *man*. But there . . . Like I'm telling you, it's fucked up, right man. The truth . . . I . . . No, no . . . Don't know what's going on, man, right? I'm just telling you that if you see them doing something wrong, then to correct them for me. Because those kids don't have the capacity yet to be the runners, dog, you understand me? |
| JR: | Yes, dude. No man, had I known. I'm telling you that I would have called you right away, right away I would have called. Since I didn't - - I didn't know that, that the - - you were giving them - - you were not - - that you didn't know about everything. Fuck, I would have told you, right away then. I thought, fuck, that these homies had you completely informed, well, you know? |
| BP: | No man, dog, and since I . . . You know that there are times that . . . Look, right now I have it so easy, right? |
| JR: | [OV] Yeah. |
| BP: | Right now what the clique wants me to do is to focus on the sector up there. That's why they're allowing me the nights so I can call. And the 'hood is helping me out . . . Well, that if they hear rumors they are not going to say anything. Because - - |
| JR: | [OV] Yeah. |
| BP: | - - they know that I also have worked. Look, I connected the people from Spain so that the 'hood would reorganize them and start up over there. But since they fucked me up. Listen good, the 'hood saw money. What they did is to push me |

UNCLASSIFIED
9

File#: 245D-WF-3410065  
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav  
Call Number: 7809

|    |    |
|----|----|
|    | aside, what happened? They crashed, all of the people over there crashed, dog. And when I was running them, I ran them good, homie. They were people from different cliques. That didn't matter to me, dog. But [UI], right? They crashed, they lost about 10,000 bucks, you know? Then, a shitload of Euros that they got from them, homie. Drugs too and all that stuff, you know, right? Because the 'hood thought, they said, "Well, let's sow and here, we're going to do this fast. We can do it here, right?" But what happened, homie? They didn't allow me to run things the way I ran them. I ran people calmly, smoothly, right? [UI] - - |
| JR: | [OV] No man, that's the - - that's all - - there it is - - there it is, that's the problem, you know? It's difficult to decipher that shit, man. |
| BP: | It's fucked, *man*, right? |
| JR: | You see, look at all these homies - - |
| BP: | [OV] [UI] |
| JR: | - - you see, you have the example here in *VA*. Look, man. See . . . your clique was very, but very cool here, homie. Fuck, yeah, when Payaso was here and I - - I remember that Payaso would link you up and you guys even chilled while on the phone. Do you remember? |
| BP: | Yeah, yeah. |
| JR: | Fuck, right, everything was cool, you know, right? That's why I'm telling you - - |
| BP: | [OV] Hold on, hold on, hold on. |
|    | [beeps] |
| JR: | [OV] Yeah. |
|    | [pause] |
| BP: | What's up, son? |
| UM: | Look, call me back so we can call that dude? |
| BP: | Alright, alright. |
|    | [pause] |

UNCLASSIFIED

File#: 245D-WF-3410065
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav
Call Number: 7809

| | |
|---|---|
| BP: | Right, hold on there, doggie, don't hang up. Look, I don't have much credit, but I want you to listen. |
| JR: | Yeah, yeah. |
| | [beeps] [pause] |
| UM1: | Hello? |
| BP: | What's up, dog? |
| UM1: | What's up, how are you? |
| BP: | This is *Poison*. Look man. |
| UM1: | Yes. |
| BP: | The thing is like this. Look, is there anyone there that has Mobile-Star? Are any of my kids there, man? |
| UM1: | No. |
| BP: | Alright, right now [UI] - - |
| UM1: | Yeah, here, one of them works here with me, but . . . |
| BP: | He has Mobile-Star [PH] or not? |
| UM1: | Mm, I think he's got Tigo [PH]. |
| BP: | Ask him. |
| UM1: | We just left him, since I came up here, right? |
| BP: | Alright, look dude? What I want is for you to check that car. And for you to tell me . . . And not because the son of a bitch is your friend you tell me, "Yeah," right? |
| UM1: | Uh-huh. |
| BP: | As well as, if he tells you, "No." You know that it's me and you already know how we are, right? |
| UM1: | Well, yeah. |

UNCLASSIFIED

11

UNCLASSIFIED

File#: 245D-WF-3410065
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav
Call Number: 7809

| | |
|---|---|
| BP: | Right, I want you to check the car, tell me what you see is wrong with it, what you see, look at all of it, then. I mean, if the motor is good, check the brakes, check the shocks . . . everything, well. A complete check up, right now and quickly, right? |
| UM1: | Right. |
| BP: | And for you to tell me, how much I should give him for it. He's valued it at 2,500 dollars, right? |
| UM1: | [OV] Well, the thing is that - - |
| BP: | [OV] Right, do me the favor, right? |
| UM1: | Uh-huh. |
| BP: | I want you to check everything from the seats, everything, everything - - you understand me? |
| UM1: | Yes, yes. |
| BP: | Right. Do that right now. Do me that favor. I'll call you right back, I don't have much credit. That's how it is. |
| UM1: | Right, right, that's fine. |
| BP: | Alright then. I'll call you right now. |
| UM1: | Alright. |
| BP: | Alright. [pause] |
| BP: | Well, yeah, dog. |
| JR: | Well, yeah. No man, and I'll put the credit on for you and when you receive the credit, call me back, then. |
| BP: | Alright then doggie. I don't have much but I'm doing that because - - |
| JR: | [OV] Yeah. |

UNCLASSIFIED

File#: 245D-WF-3410065
File Name: 703-862-8582 06-12-2014 18:26:07 07809-001.wav
Call Number: 7809

| | |
|---|---|
| BP: | - - well, so I can be sure of what I'm gathering together. I don't want to be taken for a ride. |
| JR: | Well yeah, then. So we can talk more about that. Should I send the refill to this number? |
| BP: | Yes, to this number. It's Mobile-Star, man. |
| JR: | Alright then, cool. So then, I'll send it and give me a call, then. |
| BP: | Alright then, doggie. Thank you very much, you hear. And - - |
| JR: | Alright, then. |
| BP: | - - so then, yeah, you think you could do me the favor for tomorrow? |
| JR: | Yeah then. There, there, will send it and talk to her so I can explain then. |
| BP: | Alright then, doggie. We're set. |
| JR: | Alright. |
| BP: | Right, then. |

[end of recording]