IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) No. 1:14-CR-306 |
| v. | )<br>) The Honorable Gerald Bruce Lee |
| PEDRO ANTHONY ROMERO CRUZ, *et al.* | )<br>) |
| Defendants. | )<br>)<br>) |

NOTICE OF HEARING REGARDING GOVERNMENT'S MOTION FOR ADMISSION
OF REDACTED TRANSCRIPTS AND FOR JURY AND WITNESS INSTRUCTIONS

The United States of America respectfully requests that this Honorable Court allow the parties to be heard regarding the Government's Motion for Admission of Redacted Transcripts and for Jury and Witness Instructions. The government requests a hearing on Friday, March 18, 2016, at 9:00 a.m., or at the Court's earliest convenience.

Respectfully Submitted,

Dana J. Boente
United States Attorney

      /s/
Stephen M. Campbell
Julia K. Martinez
Tobias D. Tobler
Assistant United States Attorneys
Counsel for the Government
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314
(703) 299-3700
(703) 739-9556 (fax)

CERTIFICATE OF SERVICE

     I hereby certify that on the 14th of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to counsel of record.

                                  /s/
                         Tobias D. Tobler
                         Assistant United States Attorney
                         Justin W. Williams U.S. Attorney's Building
                         2100 Jamieson Ave.
                         Alexandria, VA 22314
                         Tel: (703) 299-3700
                         Fax: (703) 299-3981
                         tobias.tobler@usdoj.gov