IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

       v.                                   No. 1:14-CR-306 - GBL

PEDRO ANTHONY ROMERO CRUZ,
JOSE LOPEZ TORRES,
JAIME ROSALES VILLEGAS,
ALVIN GAITAN BENITEZ,
CHRISTIAN LEMUS CERNA,
OMAR DEJESUS CASTILLO,
DOUGLAS DURAN CERRITOS,
**MANUEL ERNESTO PAIZ GUEVARA**,
JOSE DEL CID,
JESUS ALEJANDRO CHAVEZ,
       Defendants

## MANUEL ERNESTO PAIZ GUEVARA'S RESPONSE TO GOVERNMENT'S NOTICE OF HEARING REGARDING GOVERNMENT'S MOTION FOR ADMISSION OF REDACTED TRANSCRIPTS AND FOR JURY AND WITNESS INSTRUCTIONS

Counsel for Manuel Ernesto Paiz Guevara, in response to the Government's Notice, files this response. The sole counsel for Mr. Paiz Guevara is unable to attend a hearing on the proposed date of March 18, 2016 (as well as Thursday March 17, 2016). Counsel is available on any day prior to then; however, we

propose that the matter be heard on the morning of March 21, 2016, prior to beginning jury selection.

Respectfully submitted,

**MANUEL ERNESTO PAIZ GUEVARA**

By: _____/s/_____
W. Michael Chick, Jr.
VSB: 70892
Attorney for Defendant Manuel Paiz Guevara
Law Offices of W. Michael Chick, Jr.
10513 Judicial Drive, Suite 102 Fairfax, Virginia 22030
Tel: 571.276.8279
Fax: 571.748.4399
mike@chicklawfirm.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was duly served via ECF, upon:

Stephen M. Campbell, Esq.
Julia K Martinez, Esq.
Tobias Tobler, Esq.
Assistant United States Attorneys
Eastern District of Virginia
2100 Jamison Avenue
Alexandria,Virginia 22314

And all other defendants in this matter by the Court's electronic filing system.

_____/s/_____
W. Michael Chick, Jr.