IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED

2016 MAR 14 P 4: 50

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)
) Criminal Number: 1:14-CR-306
v. )
)
PEDRO ROMERO CRUZ, et al )

TRIAL EXHIBIT CUSTODY FORM

Government Exhibit(s) 1A through 174 were received on this 14th day of March, 2016.

_____
Signature of person receiving exhibits

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed at this time.

_____
Signature person certifying