IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:14-CR-306 |
| v. | ) | |
| | ) | Trial Date: March 21, 2016 |
| PEDRO ROMERO CRUZ, et al., | ) | |
| | ) | The Honorable Gerald Bruce Lee |
| Defendants | ) | |

GOVERNMENT'S LIST OF TRIAL EXHIBITS

| **Recordings and Transcripts** | |
|---|---|
| 1A | Recording of MS Meeting on September 30, 2013 at 9:30 PM, 01:04:43 (.002) |
| 1A-1 | Transcript of Recording in 1A |
| 2A | Recording of MS Meeting on September 30, 2013 at 9:30 PM, 1:19:31 (.003) |
| 2A-1 | Transcript of Recording in 2A |
| 2B | Clip of Recording of MS Meeting on September 30, 2013 at 9:30 PM, 1:19:31 (.003) |
| 2B-1 | Transcript of Clip in 2B |
| 3A | Recording of CHS consensually monitored phone call to (540) 454-6893 on October 1, 2013 at 5:00 PM (3.005, 4.006, 5.007) |
| 3A-1 | Transcript of Recording in 3A |
| 3B | Clip of Recording of CHS consensually monitored phone call to (540) 454-6893 on October 1, 2013 at 5:00 PM (3.005) |
| 3B-1 | Transcript of Clip in 3B |
| 3C | Clip of Recording of CHS consensually monitored phone call to (540) 454-6893 on October 1, 2013 at 5:00 PM (5.007) |
| 3C-1 | Transcript of Clip in 3C |
| 4A | Recording of CHS consensually monitored phone call on October 1, 2013 (6.008, 7.009) |

| | |
|---|---|
| 4A-1 | Transcript of Recording in 4A |
| 4B | Clip of Recording of CHS consensually monitored phone call on October 1, 2013 (6.008) |
| 4B-1 | Transcript of Clip in 4B |
| 4C | Clip of Recording of CHS consensually monitored phone call on October 1, 2013 (7.009) |
| 4C-1 | Transcript of Clip in 4C |
| 5A | Recording of CHS consensually monitored phone call on October 1, 2013 at 7:40 PM, 3:02:49 (8.010, 9.011) |
| 5A-1 | Transcript of Recording in 5A |
| 6A | Intentionally left blank |
| 7A | Recording of outgoing phone call from (703) 855-2796 on December 6, 2013 at 11:52:04, 00:30:16 (01867-001) |
| 7A-1 | Transcript of Recording in 7A |
| 8A | Recording of outgoing phone call to (703) 855-2796 on January 26, 2014 at 20:38:53, 11:46 (00192-001) |
| 8A-1 | Transcript of Recording in 8A |
| 9A | Recording of incoming phone call from (703) 855-2796 on January 29, 2014 at 20:15:58, 12:00 (00234-001) |
| 9A-1 | Transcript of Recording in 9A |
| 10A | Recording of incoming call (703) 862-8582 on March 31, 2014 at 17:04:19, 00:21:32 (02712.001) |
| 10A-1 | Transcript of Recording in 10A |
| 11A | Recording of outgoing call (703) 855-2796 on March 31, 2014 at 10:08:49 PM, 00:23:40 (02770.001) |
| 11A-1 | Transcript of Recording in 11A |
| 12A | Recording of outgoing call to (213) 478-9879 on May 8, 2014 at 15:09, 1:37:58 (05006.001) |
| 12A-1 | Transcript of Recording in 12A |
| 13A | Intentionally left blank |
| 14A | Recording of outgoing call (703) 862-8982 on May 9, 2014 at 13:10:11, 00:17:38 (05046.001) |
| 14A-1 | Transcript of Recording in 14A |
| 15A | Recording of outgoing call (703) 862-8582 on May 9, 2014 at 14:12:43, 00:41:56 (05051.001) |
| 15A-1 | Transcript of Recording in 15A |
| 16A | Recording of outgoing call (703) 862-8582 on May 10, 2014 at 12:18:23, 00:06:43 (05132.001) |
| 16A-1 | Transcript of Recording in 16A |

| | |
|---|---|
| 17A | Recording of outgoing call (703) 862-8582 on May 12, 2015 at 13:01:37, 00:17:08 (05266.001) |
| 17A-1 | Transcript of Recording in 17A |
| 18A | Video Recording of a consensually recorded meeting between a CHS and Christian Lemus Cerna on May 15, 2014 (0025.001 through 0025.007) |
| 18A-1 | Transcript of Recording in 18A |
| 18B | Clip of video recording of a consensually recorded meeting between a CHS and Christian Lemus Cerna on May 15, 2014 |
| 18B-1 | Transcript of Clip in 18B |
| 18C | Clip of video recording of a consensually recorded meeting between a CHS and Christian Lemus Cerna on May 15, 2014 |
| 18C-1 | Transcript of Clip in 18C |
| 18D | Clip of video recording of a consensually recorded meeting between a CHS and Christian Lemus Cerna on May 15, 2014 |
| 18D-1 | Transcript of Clip in 18D |
| 18E | Clip of video recording of a consensually recorded meeting between a CHS and Christian Lemus Cerna on May 15, 2014 |
| 18E-1 | Transcript of Clip in 18E |
| 19A | Recording of outgoing call (703) 862-8582 on May 26, 2014 at 7:26 PM, 00:13:28 (06785.001) |
| 19A-1 | Transcript of Recording in 19A |
| 20A | Recording of incoming call (703) 862-8582 on June 12, 2014 at 18:26:07, 00:16:18 (07809.001) |
| 20A-1 | Transcript of Recording in 20A |
| 21A | Recording of outgoing call from (703) 862-8582 on June 27, 2014 at 14:55:09, 00:17:39 (08543.001) |
| 21A-1 | Transcript of Recording in 21A |
| 22A | Recording of outgoing call from (703) 862-8582 on June 29, 2014 at 7:04, 11:17 (08568.001) |
| 22A-1 | Transcript of Recording in 22A |
| 23A | Recording of consensual recorded meeting on July 27, 2014 at 1:10 PM, 02:02:30 |
| 23A-1 | Transcript of Recording in 23A |
| **Physical Evidence** | |
| *30 | Machete 1 seized from Rosales Villegas's (a/k/a Demente) car |
| *31 | Machete 2 seized from Rosales Villegas's (a/k/a Demente) car |
| *32 | Shotgun seized from Rosales Villegas's (a/k/a Demente) car |
| *33 | Shotgun shells seized from Rosales Villegas's (a/k/a Demente) car |

| | |
|---|---|
| *34 | .40 caliber rounds seized from Rosales Villegas's (a/k/a Demente) car |
| *35 | Christian Lemus Cerna's notebook seized from Rosales Villegas's (a/k/a Demente) car |
| 35A | Translation of pages of Exhibit 35 |
| *36 | Jaime Rosales Villegas's (a/k/a Demente) phone |
| *37 | Pedro Anthony Romero Cruz's (a/k/a Payaso) phone |
| *38 | Christian Lemus Cerna's (a/k/a Leopardo, a/k/a Bago) phone |
| *39 | Manuel Ernesto Paiz Guevara's (a/k/a Solitario, a/k/a Colita) phone |
| *40 | Jesus Alejandro Chavez's (a/k/a Chuy, a/k/a Taliban) phone |
| *41A | Notebook 1 seized from Douglas Duran Cerritos's (a/k/a Lil Poison, a/k/a Guason) residence |
| *41B | Notebook 2 seized from Douglas Duran Cerritos's (a/k/a Lil Poison, a/k/a Guason) residence |
| **Fingerprint Cards** | |
| 46 | Fingerprint cards relating to Nelson Omar Quintanilla Trujillo (a/k/a Lagrima) |
| 47 | Fingerprint cards relating to Gerson Martinez Aguilar (a/k/a Lil Guason) |
| **Autopsy Reports** | |
| 50 | Autopsy Report of Jose Sandoval by Dr. Frances Field |
| 51 | Autopsy Report of Nelson Omar Quintanilla Trujillo by Dr. Constance DiAngelo |
| 52 | Autopsy Report of Nelson Omar Quintanilla Trujillo by Dr. David Hunt |
| 53 | Autopsy Report of Gerson Martinez Aguilar by Dr. Constance DiAngelo |
| 54 | Autopsy Report of Gerson Martinez Aguilar by Dr. David Hunt |
| 55 | Autopsy Report of Julio Urrutia by Dr. Constance DiAngelo |
| **Photographs** | |
| **Victims** | |
| 61A | Photograph of Nelson Omar Quintanilla Trujillo (a/k/a Lagrima) |
| 61B | Photograph of Nelson Omar Quintanilla Trujillo (a/k/a Lagrima) |
| 62A | Photograph of Gerson Martinez Aguilar (a/k/a Lil Guason) |
| 62B | Photograph of Gerson Martinez Aguilar (a/k/a Lil Guason) |
| 63A | Photograph of Julio Urrutia |
| 63B | Photograph of Julio Urrutia |
| **Defendants** | |
| 65A–65C | Photographs of Pedro Anthony Romero Cruz (a/k/a Payaso) |
| 66A | Photograph of Jose Lopez Torres (a/k/a Grenas, a/k/a Peluca) |

| | |
|---|---|
| 67A–67C | Photographs of Omar Dejesus Castillo (a/k/a Lil Payaso, a/k/a Lil Slow) |
| 68A–68B | Photographs of Alvin Gaitan Benitez (a/k/a Pesadilla, a/k/a Lil Pesadilla, a/k/a Lil Tuner) |
| 69A–69D | Photographs of Douglas Duran Cerritos (a/k/a Lil Poison, a/k/a Guason) |
| 70A–70B | Photographs of Christian Lemus Cerna (a/k/a Leopardo, a/k/a Bago) |
| 71A–71B | Photographs of Manuel Ernesto Paiz Guevara (a/k/a Solitario, a/k/a Colita) |
| 72A–72D | Photographs of Jesus Alejandro Chavez (a/k/a Chuy, a/k/a Taliban) |
| 73 | Photograph of Jose Del Cid (a/k/a Duende) |
| 74A–74B | Photographs of Genaro Sen Garcia (a/k/a Gatuso) |
| 75 | Photograph of Jaime Rosales Villegas (a/k/a Demente, a/k/a Lil Demente) |
| 76 | Photograph of Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) |
| 77 | Photograph of Juan Carlos Marquez Ayala (a/k/a Skinny) |
| **MS Meetings** | |
| 80A–80B | Photographs of MS Meeting on September 15, 2013 |
| 81A–81C | Photographs of MS Meeting on December 14, 2013 |
| 82A–82G | Photographs of MS Meeting on February 23, 2014 |
| 83A–83E | Photographs of MS Meeting on March 23, 2014 |
| 84A–84B | Photographs of MS Meeting on July 27, 2014 |
| **October 1, 2013** | |
| 86A | Photograph of Leonel Antonio Gonzalez |
| 86B | Photograph of Manuel Lopez Torres |
| 86C | Photograph of Jaime Vladimir Rosales Villegas |
| 86D | Photograph of shotgun and machete hidden |
| 86E | Photograph of shotgun and machete |
| 86F | Photograph of shotgun serial number |
| 86G | Photograph of machete |
| 86H | Photograph of Leonel Antonio Gonzalez |
| 86I | Photograph of Juvenile Male |
| **Quintanilla Trujillo and Martinez Aguilar Murders** | |
| 87A–87L | Photographs from the site where remains of Nelson Omar Quintanilla Trujillo (a/k/a Lagrima) were found |
| 88A– 88F | Photographs of Nelson Omar Quintanilla Trujillo (a/k/a Lagrima) from the Medical Examiner's Office |
| 89A–89Q | Photographs from the site where remains of Gerson Martinez Aguilar (a/k/a Lil Guason) were found |

| | |
|---|---|
| 90A–90F | Photographs of Gerson Martinez Aguilar (a/k/a Lil Guason) from the Medical Examiner's Office |
| **Julio Urrutia Murder** | |
| 91A–91B | Photographs from the scene where Julio Urrutia was shot |
| 92A–92B | Photographs of Julio Urrutia from the Medical Examiner's Office |
| **Miscellaneous Photographs** | |
| 93A | Alexandria Police Department Sequential Photo/Lineup dated July 7, 2014 at 9:10 p.m. |
| 93B | Arlington County Sheriff's Office booking photo for Jesus Alejandro Chavez (a/k/a Chuy, a/k/a Taliban) |
| 94A – 94I | Photographs from area of June 19, 2014 shooting in Alexandria, Virginia |
| 95 | Map of Chirilagua neighborhood, Alexandria, Virginia |
| 96A– 96E | Aerial Photographs of Holmes Run Park |
| **Phone Evidence** | |
| 100 | Subscriber and Account information from AT&T relating to Pedro Romero Cruz (a/k/a Payaso) |
| 101A | Call log from Jaime Rosales Villegas's (a/k/a Demente) phone |
| 101B | Contacts from Jaime Rosales Villegas's (a/k/a Demente) phone |
| 101C | Text messages from Jaime Rosales Villegas's (a/k/a Demente) phone |
| 101D | Translation of Exhibit 101C |
| 102A – 102F | Photographs and contacts from Pedro Anthony Romero Cruz's (a/k/a Payaso) phone |
| 103A – 103J | Photographs from Christian Lemus Cerna's (a/k/a Leopardo, a/k/a Bago) phone |
| 104A | Music File from Manuel Ernesto Paiz Guevara's (a/k/a Solitario, a/k/a Colita) phone |
| 104B | Translation of 104A |
| 104C | MS-13 Titled Music Files from Manuel Ernesto Paiz Guevara's (a/k/a Solitario, a/k/a Colita) phone |
| 104C-1 | Translation of Exhibit 104C |
| 104D – 104F | Images from Manuel Ernesto Paiz Guevara's (a/k/a Solitario, a/k/a Colita) phone |
| 105 | CAST Analysis by Kevin Horan of (571) 388-9343 |
| 106 | Toll records from Nelson Omar Quintanilla Trujillo's (a/k/a Lagrima) phone |
| **Drug Seizures** | |
| 110A | Douglas Duran Cerritos's (a/k/a Lil Poison, a/k/a Guason) backpack |
| 110B | Photograph of Douglas Duran Cerritos's (a/k/a Lil Poison, a/k/a |

| | |
|---|---|
| | Guason) school identification card |
| 110C | Photograph of baggies found in Douglas Duran Cerritos's (a/k/a Lil Poison, a/k/a Guason) backpack |
| 110D–110F | Photographs of heroin found in Douglas Duran Cerritos's (a/k/a Lil Poison, a/k/a Guason) backpack |
| 110G | Department of Forensic Science Certificate of Analysis relating to Exhibit 114 |
| 111A – 111D | Photographs of packaged cocaine and marijuana seized from Christian Lemus Cerna (a/k/a Leopardo, a/k/a Bago) |
| 111E | Department of Forensic Science Certificate of Analysis relating to Exhibit 115A and 115B |
| 112A–112B | Photographs of marijuana seized from Manuel Ernesto Paiz Guevara (a/k/a Solitario, a/k/a Colita) |
| 112C | Department of Forensic Science Certificate of Analysis relating to Exhibit 116 |
| 113A | Photograph of heroin seized from Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) |
| 113B – 113D | Photographs of marijuana seized from Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) |
| 113E – 113G | Photographs taken by Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) of marijuana and cash |
| 113H | Department of Forensic Science Certificate of Analysis relating to Exhibits 117A, 117B, 117C, and 117D |
| *114 | Heroin seized from Douglas Duran Cerritos (a/k/a Lil Poison, a/k/a Guason) |
| *115A | Cocaine seized from Christian Lemus Cerna (a/k/a Leopardo, a/k/a Bago) |
| *115B | Marijuana seized from Christian Lemus Cerna (a/k/a Leopardo, a/k/a Bago) |
| *116 | Marijuana seized from Manuel Paiz Guevara (a/k/a Solitario, a/k/a Colita) |
| *117A | Marijuana seized from Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) (Item 1A on lab report) |
| *117B | Marijuana seized from Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) (Item 1B on lab report) |
| *117C | Methamphetamine seized from Araely Santiago Villaneuva (a/k/a Slow, a/k/a Lil Slow) (Item 2 on lab report) |
| *117D | Methamphetamine seized from Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) (Item 3 on lab report) |

| Plea Agreements | |
|---|---|
| 120 | Plea Agreement 1 |
| 121 | Plea Agreement 2 |
| 122 | Plea Agreement 3 |
| 123 | Plea Agreement 4 |
| 124 | Plea Agreement 5 |
| 125 | Plea Agreement 6 |
| **Expert Witness CVs** | |
| 130 | Ramon Aquilar's Curriculum Vitae |
| 131 | Detective Brian Bayliss's Resume |
| 132 | Constance DiAngelo's Curriculum Vitae |
| 133 | Francisco Diaz's Resume |
| 134 | Sandra D'Sa's Resume |
| 135 | David Hunt's Curriculum Vitae |
| 136 | Juan Ramos's Resume |
| 137 | Claudio Saa's Resume |
| 137A | Claudio Saa's Expert Testimony List |
| 138 | John Webb's Curriculum Vitae |
| 139 | Frances Field's Curriculum Vitae |
| 140 | Juli Cruciotti's Curriculum Vitae |
| 141 | Gregory Hermanson's Curriculum Vitae |
| 142 | Kevin Horan's Curriculum Vitae |
| 142A | Kevin Horan's Summary of Experience |
| 143 | Bryan Johnson's Curriculum Vitae |
| 144 | Liliana Portwine's Curriculum Vitae |
| 145 | Eugene Reichenbecher's Curriculum Vitae |
| 146 | Vania Vargas's Curriculum Vitae |
| 147 | Farolyn Young's Curriculum Vitae |
| 148 | Stacey J. Desjardin's Curriculum Vitae |
| **Expert Reports** | |
| 150 | Report by Fairfax County Detective Brian Bayliss re: Christian Lemus Cerna's (a/k/a Leopardo, a/k/a Bago) phone |
| 151 | Report by Fairfax County Detective Brian Bayliss re: Manuel Ernesto Paiz Guevara's (a/k/a Solitario, a/k/a Colita) phone |
| 152 | Bryan Johnson's FBI Laboratory Report of Examination re: Latent Prints |
| 153 | John Webb's FBI Laboratory Report of Examination re: Shotgun |
| **Proposed Stipulations** | |
| 170 | Stipulation re: Buso Murder |

| | |
|---|---|
| 171 | Stipulation re: Chavez conviction |
| 172 | Stipulation re: Quintanilla Trujillo and Martinez Aguilar identities |
| 173 | Stipulation re: Urrutia identity |
| 174 | Stipulation re: lab reports |

*Items with asterisks will be brought to Court the day of trial. The United States may file additional exhibits before the trial date.

Respectfully Submitted,
Dana J. Boente
United States Attorney

By: /s/

Stephen M. Campbell
Julia K. Martinez
Tobias D. Tobler
Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3700

## CERTIFICATE OF SERVICE

I certify that, on March 14, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the counsel of record.

/s/ .

Stephen M. Campbell
Julia K. Martinez
Tobias D. Tobler
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3700