IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 1:14-cr-306-GBL |
| ) | |
| PEDRO ANTHONY ROMERO CRUZ, et al., ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court pursuant to its Final Pretrial Order (Doc. 583). For good cause shown, it is hereby

**ORDERED** that each of the following defense attorneys and litigation support staff are granted permission to bring one (1) laptop computer or tablet with necessary peripherals (power cord, mouse, external data drive, etc.), one (1) cell phone, and one (1) and a wifi hotspot into the courthouse for his or her use during the trial in this matter, which is scheduled to commence on March 21, 2016 and expected to continue through April 28, 2016:

1. Elita Amato
2. Christopher Amolsch
3. Jerome Aquino
4. Amy Austin
5. Rachel Bee
6. Pamela Bishop
7. Charles Burnham
8. Marivette Castellano
9. William M. Chick
10. Joseph Conte
11. Dwight E. Crawley
12. Robert L. Jenkins
13. Manuel E. Leiva
14. Katherine Martell
15. Keva J. McDonald
16. Meredith M. Ralls
17. Frank Salvato
18. Jeffrey Zimmerman

ENTERED this 15th day of March, 2016.

Alexandria, Virginia.

/s/
_____
Gerald Bruce Lee
United States District Judge