IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEDRO ANTHONY ROMERO CRUZ, | ) | Case Nos. 1:14-cr-00306-GBL-1 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-00306-GBL-2 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-4 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-5 |
| OMAR DEJESUS CASTILLO, | ) | 1:14-cr-00306-GBL-6 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-00306-GBL-7 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-8 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-10 |
| | ) | |
| Defendants. | ) | |

## ORDER REGARDING JURY SELECTION

This matter is before the Court *sua sponte*.  Jury selection will commence on March 21, 2016 at 10:00 a.m.  The Court anticipates that jury selection will last three to four days.  The Court intends to call forty jurors each day:  twenty in the morning; and twenty in the afternoon.  Each panel of twenty jurors will gather in the courtroom for general criminal voir dire.  Thereafter, the jurors will gather in the jury room, and the Court will question each juror one by one on the following topics:

1. Immigration Advocacy (whether the juror belongs to a group focused on immigration);

2. Bias against Latinos;

3. Gangs; and

4. Hardship

The Court will continue this process on Tuesday, Wednesday, and possibly Thursday. Once the Court has qualified sixty jurors, the striking process will begin.

Biographical information on all 203 jurors is available for pick up in the Clerk's Office.

**IT IS SO ORDERED.**

ENTERED this 16th day of March, 2016.

Alexandria, Virginia
3/ 16 / 2016

/s/
Gerald Bruce Lee
United States District Judge