# THE LEIVA LAW FIRM

WWW.LEIVA-LAW.COM

3955 CHAIN BRIDGE ROAD
2ND FLOOR
FAIRFAX, VIRGINIA 22030

703-352-6400 OFFICE
703-352-5226 FACSIMILE
mleiva@leiva-law.com

March 18, 2016

Clerk of the United States District Court
 for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:   U.S. v Pedro Romero Cruz, et al.
United States District Court for the Eastern District of Virginia
Criminal No.: 1:14-CR-306

Dear Sir or Madam:

Attached please find 10 blank witness subpoenas.  I ask that you kindly endorse these and give them to our courier.

Sincerely,

Manuel E. Leiva

Encls.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:14-CR-306 |
| Pedro Romero Cruz, et al. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: *1000* |
|---|---|
| | Date and Time: *3/21/16 @ 10:00AM* |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Jose Manuel Lopez Torres , who requests this subpoena, are:

Manuel E. Leiva
The Leiva Law Firm
3955 Chain Bridge Road
Second Floor
Fairfax, VA 22030
mleiva@leiva-law.com
(703) 352-6400