## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 1

Date:     March 21, 2016              Case No:    1:14cr306              Commenced:  10:05
                                                                          Lunch Recess:  1:08-2:08
Before the Honorable:    Gerald Bruce Lee                                 Case To Jury :
                                                                          Jury Returned:
Court Reporter:  R. Wilson                                                Jury Excused:
                                                                          Case Concluded:  5:15

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez, Stephen Campbell, Tobias Tobler |
| Pedro Romero Cruz, Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Douglas Duran Cerritos, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Charles Burnham for Cruz; Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Dwight Crawley and Joseph Conte for Cerritos; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

6 Spanish interpreters present: Maria Horvath, Erin Gaston-Owen; Jaime de Castellvi; Ana Lefebvre; Angeles Estrada; Shelley Blumberg

This matter came on for a trial by Jury.   The jurors appeared as summonsed and were examined on voir dire. Voir dire to continue until 60 jurors are qualified for the peremptory striking process, possibly on Thursday of this week.

Rule on Witnesses [ X ]

The Court ruled in open court that the 2nd agent may be present for the trial, over defendant's objection.

Defts Remanded [ X ]

Case Continued To:    March 22, 2016        10:00 a.m.                                         For    Trial