# CRIMINAL JURY TRIAL PROCEEDINGS
## Day 2

Date:   March 22, 2016         Case No:   1:14cr306         Commenced:  10:05
                                                            Lunch Recess:  1:04-2:04
Before the Honorable:   Gerald Bruce Lee                    Case To Jury :
                                                            Jury Returned:
Court Reporter:  R. Wilson                                  Jury Excused:
                                                            Case Concluded:  4:08

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez, Stephen Campbell, Tobias Tobler |
| Pedro Romero Cruz, Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Douglas Duran Cerritos, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Charles Burnham for Cruz; Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Dwight Crawley and Joseph Conte for Cerritos; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

6 Spanish interpreters present: Maria Horvath, Erin Gaston-Owen; Jaime de Castellvi; Ana Lefebvre; Angeles Estrada; Shelley Blumberg

Jury qualification process cont'd. today.

Defts Remanded [ X ]

Case Continued To:   March 23, 2016    10:00 a.m.                                For   Trial