## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 3

Date:      March 23, 2016          Case No:     1:14cr306          Commenced:  10:00
                                                                    Lunch Recess:  1:35-2:33
Before the Honorable:     Gerald Bruce Lee                          Case To Jury :
                                                                    Jury Returned:
Court Reporter:  R. Wilson                                          Jury Excused:
                                                                    Case Concluded:  5:00

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez, Stephen Campbell, Tobias Tobler |
| Pedro Romero Cruz, Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Douglas Duran Cerritos, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Charles Burnham for Cruz; Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Dwight Crawley and Joseph Conte for Cerritos; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

6 Spanish interpreters present (all 6 were present all day): Maria Horvath, Erin Gaston-Owen; Jaime de Castellvi; Ana Lefebvre; Angeles Estrada; Shelley Blumberg

Jury qualification process cont'd. today.

Heard out of presence of jurors: Issue of possible discussions in the jury room; a sampling of remaining jurors questioned by the Court individually on just that matter, and the others questioned on that matter along with the regular qualification matters. Also heard: Defense motion to strike a juror involved with this issue.

Heard out of presence of jurors: Issue of new jurors brought into the courtroom & motions to disqualify them. Findings stated (granted) and 10 afternoon jurors excused without having been sworn or questioned on voir dire.

8 under seal sidebar conferences held – 1 with each of the 8 Defts. **THIS PORTION OF THE RECORD WAS HELD UNDER SEAL.**

Defts Remanded [ X ]

Case Continued To:     March 24, 2016          10:00 a.m.                                              For   Trial