# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:14-cr-00306-GBL-7 |
| v. ) | |
| ) | **MOTION TO COMPEL DISCOVERY** |
| DOUGLAS DURAN CERRITOS ) | |

COMES NOW, Douglas Duran Cerritos, through counsel, Dwight E. Crawley and Joseph R. Conte, to respectfully request this Honorable Court to compel the United States to produce discovery in this matter as required by Federal Rule of Criminal Procedure (F.R.Cr.P.) 16. As grounds for this motion counsel would state the following:

1. The government has provided in discovery nearly 1,000 pages of documents mainly consisting of F.B.I. Form 302s, Reports of Investigation. Most of the documents consist of interviews of individuals most of whom the government intends to call as witnesses at trial.

2. All of the names of the individuals in the documents have been redacted. Without the names the 302s provide counsel no ability to prepare for trial, especially cross-examination and impeachment.

3. The redacted names are material to the defendant in his preparation for trial.

4. Rule 16(a)(1)(E) provides:

MOTION TO COMPEL DISCOVERY
Page 1

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: (202) 638-4100
Email: dcgunlaw@gmail.com

COMPEL.wpd 240644GMT-05 MAR16


> Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and:
> (I) the item is material to preparing the defense;
> (ii) the government intends to use the item in its case-in-chief at trial; or
> (iii) the item was obtained from or belongs to the defendant.

5. To show materiality under 16(a)(1)(E)(I) "[t]here mst be some indication that the pretrial disclosure of the disputed evidence would have enabled the defendant significantly to alter the quantum of proof in his favor." *United States v. Caro,* 597 F.3d 608, 621 (4th Cir. 2010) citing *United States v. Ross,* 511 F.2d 757, 763 (5th Cir. 1975), *cert. denied* 423 U.S. 836. "[E]vidence is material as long as there is a strong indication that it will play an important role in uncovering admissible evidence, aiding witness preparation, corroborating testimony, or assisting impeachment or rebuttal." *Id.* at 621, citing *United States v. Lloyd,* 992 F.2d 348, 351 (D.C. Cir. 1993).

6. The names of the people identified in these documents are necessary to the defense for preparing for trial especially for cross-examination and impeachment.

WHEREFORE counsel respectfully requests that this motion be granted.

Respectfully submitted,

MOTION TO COMPEL DISCOVERY
Page 2

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: (202) 638-4100
Email: dcgunlaw@gmail.com

COMPEL.wpd 240644GMT-05 MAR16

        /s/   Dwight E. Crawley
Dwight E. Crawley
Counsel for Douglas Duran Cerritos
Law Office of Dwight Crawley
1300 I St NW
Suite 400
Washington, DC 20005
(703) 786-4004
Fax: (202) 722-0246
Email: vadclawyer@gmail.com


  /s/   *Joseph R. Conte*
Joseph R. Conte, Bar #21979
Counsel for Douglas Duran Cerritos
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:      202.638.4100
Fax:          202.628.0249
E-mail:     dcgunlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing was served by the court's Case Management/Electronic Case Filing (CM/ECF) system this 24th day of March 2016.


    /s/ *Joseph R. Conte*
Joseph R. Conte, Bar #21979
Counsel for Douglas Duran Cerritos
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:      202.638.4100
Fax:          202.628.0249
E-mail:     dcgunlaw@gmail.com

MOTION TO COMPEL DISCOVERY
Page 3

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:   (202) 638-4100
Email: dcgunlaw@gmail.com

COMPEL.wpd 240644GMT-05 MAR16