**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

UNITED STATES OF AMERICA )
)
)          Case No. 1:14-cr-00306-GBL-7
v.                                    )
)
)
)          **ORDER**
)
DOUGLAS DURAN CERRITOS )
_____ )

 

This matter is before the Court on the defendant's <u>Motion to Compel Discovery</u> and the court, having considered the motion, the government's response thereto and the record in the case it is this _____ day of _____2016,

ORDERED that the defendant's motion should be and hereby is **GRANTED** and it is

**SO ORDERED.**

_____
Gerald Bruce Lee
United States District Judge