IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEDRO ANTHONY ROMERO CRUZ, | ) | Case Nos. 1:14-cr-00306-GBL-1 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-00306-GBL-2 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-4 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-5 |
| OMAR DEJESUS CASTILLO, | ) | 1:14-cr-00306-GBL-6 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-00306-GBL-7 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-8 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-10 |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court *sua sponte*. Defense counsel, having been appointed pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, are hereby approved to use CJA funds to purchase privacy screens for their laptops and tablets as authorized by subsection (e) of the CJA.

The Court finds, after inquiry with the Officer of Defender Services of the Administrative Office of the United States, that privacy screens are necessary for an adequate expense and constitute unusual or extraordinary expenses.

**IT IS SO ORDERED.**

ENTERED this 24 day of March, 2016.

Alexandria, Virginia
3/24/2016

/s/
Gerald Bruce Lee
United States District Judge