IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEDRO ANTHONY ROMERO CRUZ, | ) | Case Nos. 1:14-cr-00306-GBL-1 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-00306-GBL-2 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-4 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-5 |
| OMAR DEJESUS CASTILLO, | ) | 1:14-cr-00306-GBL-6 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-00306-GBL-7 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-8 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-10 |
| | ) | |
| Defendants. | ) | |

## **PROTECTIVE ORDER**

This matter comes before the Court upon the Government's oral Motion for a Protective Order to prevent the disclosure or dissemination by defense counsel to their clients of information concerning the Court's inquiries of other defendants conducted pursuant to *Missouri v. Frye*, 132 S.Ct. 1399 (2012) and *Lafler v. Cooper*, 132 S. Ct. 1376 (2012). Having found that the Government has demonstrated good cause to justify a Protective Order,

**IT IS HEREBY ORDERED** that Defendants' attorneys shall not disclose to their clients any information concerning any plea offer or discussions, or the lack thereof, between the government and another Defendant in this case.

**IT IS SO ORDERED**.

ENTERED this _24th_ day of March, 2016.

Alexandria, Virginia
3/24/2016

_____ /s/ _____
Gerald Bruce Lee
United States District Judge