IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEDRO ANTHONY ROMERO CRUZ, | ) | 1:14-cr-306-GBL-1 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-306-GBL-2 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-306-GBL-4 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-306-GBL-5 |
| OMAR DE JESUS CASTILLO, | ) | 1:14-cr-306-GBL-6 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-306-GBL-7 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-306-GBL-8 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-306-GBL-10 |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter comes before the Court on Defendant OMAR DEJESUS CASTILLO's

Motion to Compel Government Witness List.  It appearing that it would aid judicial economy

and that there is no undue prejudice to the Government, it is hereby

ORDERED that counsel for the Government provide a list of names of the witnesses that

it intends to call in its case-in-chief to counsel for the above-named defendants by 1:00pm on

Monday, March 28, 2016.

**IT IS SO ORDERED.**

ENTERED this _____ day of March, 2016.

Alexandria, Virginia

3/_____/2016

_____
Gerald Bruce Lee
United States District Judge