IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEDRO ANTHONY ROMERO CRUZ, | ) | 1:14-cr-306-GBL-1 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-306-GBL-2 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-306-GBL-4 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-306-GBL-5 |
| OMAR DE JESUS CASTILLO, | ) | 1:14-cr-306-GBL-6 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-306-GBL-7 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-306-GBL-8 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-306-GBL-10 |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter comes before the Court on Defendant PEDRO ANTHONY ROMERO CRUZ's Motion *In* Limine To Exclude Expert Testimony (Doc. 797), and upon Defendant OMAR DEJESUS CASTILLO's Motion to Adopt Co-Defendant's Motion *In Limine* to Exclude Expert Testimony.  It appearing that the Government's expert notices were deficient under Federal Rule of Criminal Procedure 16(a)(1)(G), and that it is just and proper to do so, it is hereby

ORDERED that the expert testimony of Sandra D'Sa, Liliana Portwine, Juan Ramos, and Vania Vargas is excluded, and the Government may not elicit expert testimony from them in their case-in-chief.

**IT IS SO ORDERED.**

ENTERED this \_\_\_\_\_ day of March, 2016.

Alexandria, Virginia
3/\_\_\_\_\_/2016

_____

                                                  Gerald Bruce Lee  
                                                  United States District Judge