IN THE UNITED STATES DISRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA:

V.                                              Criminal No. 14-306

CHRISTIAN LEMUS CERNA    :

## MOTION TO ADOPT

Christian Lemus Cerna, by and through counsel, hereby moves to adopt document Number 797, Motion to Exclude Expert Testimony.

                                                 Respectfully Submitted,

                                                 CHRISTIAN LEMUS CERNA
                                                 By Counsel

_____/s/_____
CHRISTOPHER AMOLSCH
VSB #43800
12005 Sunrise Valley Drive
Suite 200
Reston, Virginia 20191
703.969.2214 (Phone)
703.774.1201 (Fax)
chrisamolsch@yahoo.com (email)
Counsel for Mr. Cerna


_____/s/_____
Frank Salvato
Virginia Bar No.: 30453
1203 Duke Street
Alexandria, Virginia 22314

(703) 548-5000
(703) 739-0179 (fax)
frank@salvatolaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of March, 2016 I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

_____/s/_____
Frank Salvato
Virginia Bar No.: 30453
1203 Duke Street
Alexandria, Virginia 22314
(703) 548-5000
(703) 739-0179 (fax)
frank@salvatolaw.com