# CRIMINAL JURY TRIAL PROCEEDINGS
## Day 5

Date:     March 28, 2016            Case No:    1:14cr306           Commenced:  10:00
                                                                    Lunch Recess:  1:00-2:00
Before the Honorable:    Gerald Bruce Lee                           Case To Jury :
                                                                    Jury Returned:
Court Reporter:  R. Wilson                                          Jury Excused:
                                                                    Case Concluded:  5:20

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez, Stephen Campbell, Tobias Tobler |
| Pedro Romero Cruz, Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Douglas Duran Cerritos, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Charles Burnham for Cruz; Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Dwight Crawley and Joseph Conte for Cerritos; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

The same 6 Spanish interpreters previously sworn were present a.m. session: Maria Horvath, Erin Gaston-Owen; Jaime de Castellvi; Ana Lefebvre; Angeles Estrada; Shelley Blumberg.

Jury qualification process cont'd. today.

A motions hearing was held afterward, in open court. 1) Deft Castillo's Brady motion heard, findings stated, and Deft may file a motion and identify specific requests – as the Court will not have the gov't redact everything in the binder for Deft. Motion to dismiss the Indictment is DENIED, the gov't is dir. to bring the notebooks back, and Deft is dir. to file the motion for specifics under seal and see if the

The Court will take up deft Ceritos' motion up tomorrow.

Defts Remanded [ X ]

Case Continued To:    March 29, 2016        10:00 a.m.                                    For   Trial