**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:14-cr-00306-GBL-7 |
| v. ) | |
| ) | **NOTICE OF FILING** |
| DOUGLAS DURAN CERRITOS ) | |

COMES NOW, Douglas Duran Cerritos, through counsel, Dwight E. Crawley and Joseph R. Conte, as directed by the court at the close of business on Monday, March 28, 2016, to provide the court with a list of the FBI Report of Investigation (302s) which identify defendant Cerritos but which have the name of the interviewee redacted.

The Bates Numbers for the redacted documents are:

EDVA0000418, 435, 480, 492, 502, 513, 558, 578, 659,

663, 667, 671, 672, 674, 676, 677, 681, 685, 691, 694, 705,

707, 716, 717, 730, 739, 756, 131, 132, 134, 149, 167, 175,

183, 184, 186, 196, 197, 201, 222, 223, 230, 247, 272, 294,

389, 459, 480, 483, 769, 771 820, 104, 175, 272, 560.

These reports are "material to *p*reparing the defense" (F.R.Cr.P. 16(a)(1)(E)(I)). *See e.g. United States v. Caro*, 597 F.3d 608, 621 "[E]vidence is material as long as there is a strong indication that it will play an important role in

NOTICE OF FILING
Page 1

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: (202) 638-4100
Email: dcgunlaw@gmail.com

COMPEL2.wpd 290635GMT-05 MAR16

uncovering admissible evidence, aiding witness preparation, corroborating testimony, or assisting impeachment or rebuttal." (4th Cir. 2010) citing *United States v. Ross,* 511 F.3d 757, 763 (*cert. denied* 423 U.S. 836).

        Respectfully submitted,

        ____/s/___Dwight E. Crawley_____
        Dwight E. Crawley
        Counsel for Douglas Duran Cerritos
        Law Office of Dwight Crawley
        1300 I St NW
        Suite 400
        Washington, DC 20005
        (703) 786-4004
        Fax: (202) 722-0246
        Email: vadclawyer@gmail.com


        ___/s/___*Joseph R. Conte*_____
        Joseph R. Conte, Bar #21979
        Counsel for Douglas Duran Cerritos
        Law Office of J.R. Conte
        400 Seventh St., N.W., #206
        Washington, D.C. 20004
        Phone:     202.638.4100
        Fax:       202.628.0249
        E-mail:     dcgunlaw@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the forgoing was served by the court's Case Management/Electronic Case Filing (CM/ECF) system this 29th day of March 2016.

/s/ *Joseph R. Conte*
Joseph R. Conte, Bar #21979
Counsel for Douglas Duran Cerritos
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:      202.638.4100
Fax:           202.628.0249
E-mail:       dcgunlaw@gmail.com

NOTICE OF FILING
Page 3

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:   (202) 638-4100
Email: dcgunlaw@gmail.com

COMPEL2.wpd 290635GMT-05 MAR16