IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEDRO ANTHONY ROMERO CRUZ, | ) | Case Nos. 1:14-cr-00306-GBL-1 |
| JOSE LOPEZ TORRES, | ) | 1:14-cr-00306-GBL-2 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-4 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-5 |
| OMAR DEJESUS CASTILLO, | ) | 1:14-cr-00306-GBL-6 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-00306-GBL-7 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-8 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-10 |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Defendants Omar De Jesus Castillo and Christian Lemus Cerna's Motions to Adopt Co-Defendants' Motions (Docs. 794, 798 and 799). Having reviewed the pleadings and for good cause shown,

**IT IS HEREBY ORDERED** that the motions (Docs. 794, 798 and 799) are **GRANTED**.

**IT IS SO ORDERED**.

ENTERED this 28th day of March, 2016.

Alexandria, Virginia
3/28/2016

/s/
Gerald Bruce Lee
United States District Judge