2IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| PEDRO ANTHONY ROMERO CRUZ, ) | Case Nos. 1:14-cr-00306-GBL-1 |
| JOSE LOPEZ TORRES, ) | 1:14-cr-00306-GBL-2 |
| ALVIN GAITAN BENITEZ, ) | 1:14-cr-00306-GBL-4 |
| CHRISTIAN LEMUS CERNA, ) | 1:14-cr-00306-GBL-5 |
| OMAR DEJESUS CASTILLO, ) | 1:14-cr-00306-GBL-6 |
| DOUGLAS DURAN CERRITOS, ) | 1:14-cr-00306-GBL-7 |
| MANUEL ERNESTO PAIZ GUEVARA, ) | 1:14-cr-00306-GBL-8 |
| JESUS ALEJANDRO CHAVEZ, ) | 1:14-cr-00306-GBL-10 |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Defendant Douglas Duran Cerritos's Motion to Dismiss Count Four of the Third Superseding Indictment (Doc. 358). For the reasons stated in open court on March 29, 2016,

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**, and Count Four (Murder in the Aid of Racketeering) of the Third Superseding Indictment (Doc. 287) is **DISMISSED** as to Defendant Douglas Duran Cerritos; and

**IT IS FURTHER ORDERED** that defense counsel and the Government shall now refer to Defendant Douglas Duran Cerritos as "Homeboy #1" and Defendant Christian Lemus Cerna as "Homeboy #2" in relation to Count Four of the Third Superseding Indictment.

**IT IS SO ORDERED**.

ENTERED this 30th day of March, 2016.

Alexandria, Virginia
3/ 30 / 2016

/s/
Gerald Bruce Lee
United States District Judge