## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 6

Date: March 29, 2016    Case No: 1:14cr306    Commenced: 10:00
Lunch Recess: 1:00-2:00
Before the Honorable: Gerald Bruce Lee    Case To Jury:
Jury Returned:
Court Reporter: R. Wilson    Jury Excused:
Case Concluded: 7:15

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez, Stephen Campbell, Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Douglas Duran Cerritos, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Dwight Crawley and Joseph Conte for Cerritos; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

The same 6 Spanish interpreters previously sworn were present a.m. session: Maria Horvath, Erin Gaston-Owen; Jaime de Castellvi; Ana Lefebvre; Angeles Estrada; Shelley Blumberg.

A witness was brought in and ordered by the Court to appear as directed.

Oral motion by counsel for Omar Dejesus Castillo for additional, race-specific prospective jurors for the qualification process heard, preliminary findings stated, and the Court directed counsel for Castillo to file a written brief on the issue fort the Court's review, but the jury selection process will go forward today as planned.

Court called certain prospective jurors for add'l. questioning, at Defts' request.

Court called add'l. prospective jurors for an issue that arose and was heard in part on another day. Deft adduced evidence. The Court dismissed certain prospective jurors on the oral joint motion of certain Defts.

Jury qualification process cont'd. until completed.

Gov't motion to dismiss Count 4 against Deft Cerritos heard and granted.

Actual jury selection began and was completed: 12 jurors and 6 alternates were sworn to try the issues, and then released for the day.

Defts Remanded [ X ]

Case Continued To: March 30, 2016    11:00 a.m.    For Trial