# CRIMINAL JURY TRIAL PROCEEDINGS
## Day 7

| | | |
|---|---|---|
| Date: March 30, 2016 | Case No: 1:14cr306 | Commenced: 11:00 |
| | | Lunch Recess: 1:00-2:00 |
| Before the Honorable: Gerald Bruce Lee | | Case To Jury : |
| | | Jury Returned: |
| Court Reporter: R. Wilson | | Jury Excused: |
| | | Case Concluded: 5:00 |

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez, Stephen Campbell, Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Douglas Duran Cerritos, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Dwight Crawley and Joseph Conte for Cerritos; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

The same 6 Spanish interpreters previously sworn were present a.m. session: Maria Horvath, Erin Gaston-Owen; Jaime de Castellvi; Ana Lefebvre; Angeles Estrada; Shelley Blumberg.

A second witness (one yesterday) was brought in and ordered by the Court to appear as directed.

18 jurors were present. Preliminary instructions given.

Sidebar: <u>Under</u> <u>Seal</u> hearing held.

Opening statements - heard.

Witness issue heard. Defts' motions heard: for rush transcript.

Another issue heard: Court's inquired of juror at Deft's request, per Note.

Opening statements – completed

Gov't adduced evidence.

Defts Remanded [ X ]

Case Continued To:   March 31, 2016   10:00 a.m.                                    For   Trial