## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 8

Date: March 31, 2016  Case No: 1:14cr306  Commenced: 10:05
Lunch Recess: 1:05-2:00

Before the Honorable: Gerald Bruce Lee  Case To Jury :
Jury Returned:

Court Reporter: R. Wilson  Jury Excused:
Case Concluded: 5:00

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez, Stephen Campbell, Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Douglas Duran Cerritos, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Dwight Crawley and Joseph Conte for Cerritos; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

The same 6 Spanish interpreters previously sworn were present a.m. session: Maria Horvath, Erin Gaston-Owen; Jaime de Castellvi; Ana Lefebvre; Angeles Estrada; Shelley Blumberg. Spanish interpreter Eva DesRosiers replaced Gaston-Owen at the afternoon session.

Gov't   continued to adduce evidence.

Defts Remanded [ X ]

Case Continued To:   April 4, 2016   10:00 a.m.   For   Trial