**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:14-cr-00306-GBL-7 |
| v. ) | |
| ) | **DEFENDANT'S REPLY TO** |
| ) | **GOVERNMENT'S RESPONSE TO** |
| ) | **DEFENDANT'S NOTICE OF** |
| ) | **FILING** |
| DOUGLAS DURAN CERRITOS ) | |

COMES NOW, Douglas Duran Cerritos, through counsel, Dwight E. Crawley and Joseph R. Conte, hereby files this reply to the government's response to defendant's notice of filing. (Dkt. #821).

    1. F.R.Cr.P. 16(a)(1)(E)(I) provides that the government must produce any item that "is material to preparing the defense." The government produces FBI 302 reports as a matter of routine in every criminal case. These materials are vital in preparing a defense. The documents identify witnesses and other information necessary for a defense. In many cases the witnesses allege associations with the defendant. In those instances it is impossible to determine the truthfulness of the statement unless the identity of the witness is disclosed. Once disclosed the identity of the witness often leads to the identity of other witnesses helpful to the defense.

    2. The government should not be the final arbiter of what information is "material to preparing the defense." The government does not view the evidence through the sight of a defense counsel and therefor is not in the position to say what

DEFENDANT'S REPLY TO
GOVERNMENT'S RESPONSE TO
DEFENDANT'S NOTICE OF FILING
 Page 1

COMPEL3.wpd 040649GMT-05 APR16

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: (202) 638-4100
Email: dcgunlaw@gmail.com

is or is not material to the defense.

    3. Rule 16(d) affords the government the protection it requires through the use of a protective order. The government has not sought the protection of Rule 16(d) but instead has taken the opposite approach by redacting the 302s and placing the onus on the defendants to identify material documents. If the government seeks to redact a document then the government should identify to the court the document(s) it seeks to withhold or redact for a ruling as the rule requires.

Respectfully submitted,

\_\_\_\_/s/   Dwight E. Crawley_____
Dwight E. Crawley
Counsel for Douglas Duran Cerritos
Law Office of Dwight Crawley
1300 I St NW
Suite 400
Washington, DC 20005
(703) 786-4004
Fax: (202) 722-0246
Email: vadclawyer@gmail.com

  /s/   *Joseph R. Conte*_____
Joseph R. Conte, Bar #21979
Counsel for Douglas Duran Cerritos
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:	202.638.4100
Fax:	202.628.0249
E-mail:	dcgunlaw@gmail.com

DEFENDANT'S REPLY TO
GOVERNMENT'S RESPONSE TO
DEFENDANT'S NOTICE OF FILING
 Page 2

COMPEL3.wpd 040649GMT-05 APR16

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:  (202) 638-4100
Email: dcgunlaw@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the forgoing was served by the court's Case Management/Electronic Case Filing (CM/ECF) system this 4th day of April 2016.

        /s/ *Joseph R. Conte*
Joseph R. Conte, Bar #21979
Counsel for Douglas Duran Cerritos
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:    202.638.4100
Fax:      202.628.0249
E-mail:   dcgunlaw@gmail.com

DEFENDANT'S REPLY TO
GOVERNMENT'S RESPONSE TO
DEFENDANT'S NOTICE OF FILING
 Page 3

COMPEL3.wpd 040649GMT-05 APR16

Joseph R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:  (202) 638-4100
Email: dcgunlaw@gmail.com