## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 9

| | | |
|---|---|---|
| Date: April 4, 2016 | Case No: 1:14cr306 | Commenced: 10:10 |
| | | Lunch Recess: 1:00-2:02 |
| Before the Honorable: Gerald Bruce Lee | | Case To Jury : |
| | | Jury Returned: |
| Court Reporter: R. Wilson | | Jury Excused: |
| | | Case Concluded: 5:00 |

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez, Stephen Campbell, Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Douglas Duran Cerritos, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Dwight Crawley and Joseph Conte for Cerritos; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

The same 6 Spanish interpreters previously sworn were present: Maria Horvath, Erin Gaston-Owen; Jaime de Castellvi; Ana Lefebvre; Angeles Estrada; Shelley Blumberg.

Gov't continued to adduce evidence.

Translation terms issue heard out of jury's presence.

Defts Remanded [ X ]

Case Continued To: April 5, 2016   10:00 a.m.                                             For   Trial