UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 1:14cr306-007 (GBL) |
| ) | |
| DOUGLAS DURAN CERRITOS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO ADOPT MOTION FOR SEVERANCE FILED BY DEFENDANT, ALVIN GAITAN BENITEZ IN DOCKET ENTRY #822**

COMES NOW, the defendant, Douglas Duran Cerritos, by and through counsel, Joseph R. Conte and Dwight Crawley, and hereby moves this Honorable Court for leave to join the motion for severance (Docket entry 822) filed by co-defendant, Alvin Gaitan Benitez, in this case. Furthermore, defendant, Douglas Duran Cerritos, moves that this Honorable Court permit him to adopt all relevant arguments made by each co-defendant concerning this matter.

This motion promotes some measure of judicial economy given the complexity of this case and the number of defendants charged.

Respectfully submitted
**DOUGLAS DURAN CERRITOS**


/s/

_____
Dwight E. Crawley, Esq.
VSB#43969
Attorney for Douglas Duran Cerritos
Law Office of Dwight E. Crawley

601 Pennsylvania Ave., NW
South Building-Suite 900
Washington, DC 20004
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com

and

/s/

_____
Joseph R. Conte
Attorney for Douglas Duran Cerritos
VSB#21979
Law Office of Joseph R. Conte
400 7th Street, NW
Suite 206
Washington, DC 20004
(202) 638-4100 Phone
(202) 628-0249 Fax
**dcgunlaw@gmail.com**

## **CERTIFICATE**

I hereby certify that on this 5th day of April, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

/s/

_____
Dwight E. Crawley