# CRIMINAL JURY TRIAL PROCEEDINGS
## Day 10

| | | |
|---|---|---|
| Date: April 5, 2016 | Case No: 1:14cr306 | Commenced: 10:00 |
| | | Lunch Recess: 1:05-2:16 |
| Before the Honorable: Gerald Bruce Lee | | Case To Jury: |
| | | Jury Returned: |
| Court Reporter: R. Wilson | | Jury Excused: |
| | | Case Concluded: 5:00 |

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Douglas Duran Cerritos, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Dwight Crawley and Joseph Conte for Cerritos; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

The same 6 Spanish interpreters previously sworn were present: Maria Horvath, Erin Gaston-Owen; Jaime de Castellvi; Ana Lefebvre; Angeles Estrada; Shelley Blumberg.

Gov't continued to adduce evidence.

Motions heard at sidebars/or out of the jury's presence, including oral motion by Deft Duran Cerritos for mistrial – findings stated and denied.

Defts Remanded [ X ]

Case Continued To:   April 7, 2016   10:00 a.m.                                    For   Trial