IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE LOPEZ TORRES, | ) | Case Nos. 1:14-cr-00306-GBL-2 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-4 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-5 |
| OMAR DEJESUS CASTILLO, | ) | 1:14-cr-00306-GBL-6 |
| DOUGLAS DURAN CERRITOS, | ) | 1:14-cr-00306-GBL-7 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-8 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-10 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter is before the Court on Defendants Omar De Jesus Castillo, Christian Lemus Cerna, and Douglas Duran Cerritos's Motions to Adopt Defendant Alvin Gaitan Benitez's Motion for Severance (Docs. 824, 827, 829). Having reviewed the pleadings and for good cause shown,

**IT IS HEREBY ORDERED** that the motions (Docs. 824, 827 and 829) are **GRANTED**.

**IT IS SO ORDERED**.

ENTERED this ___ day of April, 2016.

Alexandria, Virginia
4/___ / 2016

_____ /s/
Gerald Bruce Lee
United States District Judge