## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 11

Date:   April 7, 2016          Case No:   1:14cr306          Commenced:  10:20
                                                             Lunch Recess:
Before the Honorable:   Gerald Bruce Lee                     Case To Jury :
                                                             Jury Returned:
Court Reporter:  R. Wilson                                   Jury Excused:
                                                             Case Concluded:  5:36

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Douglas Duran Cerritos, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Dwight Crawley and Joseph Conte for Cerritos; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Maria Horvath, Erin Gaston-Owen; Jaime de Castellvi; Ana Lefebvre; Angeles Estrada; but not Shelley Blumberg, who was replaced by Benjamin Engelsberg. For the p.m. session, previously sworn interpreter Eva DesRosiers stood in for Ms. Gaston-Owen.

Motion of Deft Gaitan Benitez for severance heard out of the jury's presence, along with Dejesus Castillo's (who had filed a motion to join). Heard, findings stated, and DENIED. Also heard: Mr. Chick - Paiz Gervara is not asking for renewed motion for severance, but noting that Chick is continuing to pursue that defense for his client.

Gov't continued to adduce evidence.

Deft Cerritos' oral motion heard at sidebar, findings stated, and denied. Photographs (retained by the Court at this time) are to be made a part of the record.

Joint motion of Defts to strike testimony and associated exhibits of certain types of linguists – heard out of jury's presence. Court dir. that briefs be filed on Monday.

Defts Remanded [ X ]

Case Continued To:   April 11, 2016      10:00 a.m.                                    For   Trial