2IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Case Nos. 1:14-cr-00306-GBL-4 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-5 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-6 |
| OMAR DEJESUS CASTILLO, | ) | 1:14-cr-00306-GBL-7 |
| DOUGLAS DURAN CERRITOS, | ) | |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | |
| | ) | |
| Defendants. | | |

**ORDER**

This matter is before the Court on Defendants Alvin Gaitan Benitez, Omar De Jesus Castillo, Christian Lemus Cerna, and Douglas Duran Cerritos's Motion for Severance (Doc. 822) and Defendant Douglas Duran Cerritos's Notice of Filing requesting a list of FBI's reports of investigation (302s) which identify Mr. Duran Cerritos (Doc. 803). For the reasons stated in open court on April 7, 2016,

**IT IS HEREBY ORDERED** that Defendants' motions (Docs. 822, 803) are **DENIED**.

**IT IS SO ORDERED**.

ENTERED this 7th day of April, 2016.

Alexandria, Virginia
4/ 7 / 2016

/s/
_____
Gerald Bruce Lee
United States District Judge