IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:14-CR-306 |
| v. | ) | |
| | ) | Trial Date: March 21, 2016 |
| JOSE LOPEZ TORRES, et al., | ) | |
| | ) | The Honorable Gerald Bruce Lee |
| Defendants. | ) | |

## GOVERNMENT'S SECOND AMENDED LIST OF TRIAL EXHIBITS

| Recordings and Transcripts | |
|---|---|
| 1A | Recording of MS Meeting on September 30, 2013 at 9:30 PM, 01:04:43 (.002) |
| 1A-1 | Transcript of Recording in 1A |
| 2A | Recording of MS Meeting on September 30, 2013 at 9:30 PM, 1:19:31 (.003) |
| 2A-1 | Transcript of Recording in 2A |
| 2B | Clip of Recording of MS Meeting on September 30, 2013 at 9:30 PM, 1:19:31 (.003) |
| 2B-1 | Transcript of Clip in 2B |
| 3A | Recording of CHS consensually monitored phone call to (540) 454-6893 on October 1, 2013 at 5:00 PM (3.005, 4.006, 5.007) |
| 3A-1 | Transcript of Recording in 3A |
| 3B | Clip of Recording of CHS consensually monitored phone call to (540) 454-6893 on October 1, 2013 at 5:00 PM (3.005) |
| 3B-1 | Transcript of Clip in 3B |
| 3C | Clip of Recording of CHS consensually monitored phone call to (540) 454-6893 on October 1, 2013 at 5:00 PM (5.007) |
| 3C-1 | Transcript of Clip in 3C |
| 4A | Recording of CHS consensually monitored phone call on October 1, 2013 (6.008, 7.009) |
| 4A-1 | Transcript of Recording in 4A |

| | |
|---|---|
| 4B | Clip of Recording of CHS consensually monitored phone call on October 1, 2013 (6.008) |
| 4B-1 | Transcript of Clip in 4B |
| 4C | Clip of Recording of CHS consensually monitored phone call on October 1, 2013 (7.009) |
| 4C-1 | Transcript of Clip in 4C |
| 5A | Consensual recording on October 1, 2013 at 7:40 PM, 3:02:49 (8.010, 9.011) |
| 5A-1 | Transcript of Recording in 5A |
| 6A | Intentionally left blank |
| 7A | Recording of outgoing phone call from (703) 855-2796 on December 6, 2013 at 11:52:04, 00:30:16 (01867-001) |
| 7A-1 | Transcript of Recording in 7A |
| 7Z | Transcript of Recording in 7A with CHS edits |
| 8A | Recording of outgoing phone call to (703) 855-2796 on January 26, 2014 at 20:38:53, 11:46 (00192-001) |
| 8A-1 | Transcript of Recording in 8A |
| 8Z | Transcript of Recording in 8A with CHS edits |
| 9A | Recording of incoming phone call from (703) 855-2796 on January 29, 2014 at 20:15:58, 12:00 (00234-001) |
| 9A-1 | Transcript of Recording in 9A |
| 10A | Recording of incoming call (703) 862-8582 on March 31, 2014 at 17:04:19, 00:21:32 (02712.001) |
| 10A-1 | Transcript of Recording in 10A |
| 10Z | Transcript of Recording in 10A with CHS edits |
| 11A | Recording of outgoing call (703) 855-2796 on March 31, 2014 at 10:08:49 PM, 00:23:40 (02770.001) |
| 11A-1 | Transcript of Recording in 11A |
| 11Z | Transcript of Recording in 11A with CHS edits |
| 12A | Recording of outgoing call to (213) 478-9879 on May 8, 2014 at 15:09, 1:37:58 (05006.001) |
| 12A-1 | Transcript of Recording in 12A |
| 12Z | Transcript of Recording in 12A with CHS edits |
| 13A | Intentionally left blank |
| 14A | Recording of outgoing call (703) 862-8982 on May 9, 2014 at 13:10:11, 00:17:38 (05046.001) |
| 14A-1 | Transcript of Recording in 14A |
| 15A | Recording of outgoing call (703) 862-8582 on May 9, 2014 at 14:12:43, 00:41:56 (05051.001) |

| | |
|---|---|
| 15A-1 | Transcript of Recording in 15A |
| 15Z | Transcript of Recording in 15A with CHS edits |
| 16A | Recording of outgoing call (703) 862-8582 on May 10, 2014 at 12:18:23, 00:06:43 (05132.001) |
| 16A-1 | Transcript of Recording in 16A |
| 17A | Recording of outgoing call (703) 862-8582 on May 12, 2015 at 13:01:37, 00:17:08 (05266.001) |
| 17A-1 | Transcript of Recording in 17A |
| 18A | Video Recording of a consensually recorded meeting between a CHS and Christian Lemus Cerna on May 15, 2014 (0025.001 through 0025.007) |
| 18A-1 | Transcript of Recording in 18A |
| 18Z | Transcript of Recording in 18A with CHS edits |
| 18B | Clip of video recording of a consensually recorded meeting between a CHS and Christian Lemus Cerna on May 15, 2014 |
| 18B-1 | Transcript of Clip in 18B |
| 18C | Clip of video recording of a consensually recorded meeting between a CHS and Christian Lemus Cerna on May 15, 2014 |
| 18C-1 | Transcript of Clip in 18C |
| 18D | Clip of video recording of a consensually recorded meeting between a CHS and Christian Lemus Cerna on May 15, 2014 |
| 18D-1 | Transcript of Clip in 18D |
| 19A | Recording of outgoing call (703) 862-8582 on May 26, 2014 at 7:26 PM, 00:13:28 (06785.001) |
| 19A-1 | Transcript of Recording in 19A |
| 20A | Recording of incoming call (703) 862-8582 on June 12, 2014 at 18:26:07, 00:16:18 (07809.001) |
| 20A-1 | Transcript of Recording in 20A |
| 21A | Recording of outgoing call from (703) 862-8582 on June 27, 2014 at 14:55:09, 00:17:39 (08543.001) |
| 21A-1 | Transcript of Recording in 21A |
| 22A | Recording of outgoing call from (703) 862-8582 on June 29, 2014 at 7:04, 11:17 (08568.001) |
| 22A-1 | Transcript of Recording in 22A |
| 23A | Recording of consensual recorded meeting on July 27, 2014 at 1:10 PM, 02:02:30 |
| 23A-1 | Transcript of Recording in 23A |
| **Physical Evidence** | |
| *30 | Machete 1 seized from Rosales Villegas's (a/k/a Demente) car |

| | |
|---|---|
| *31 | Machete 2 seized from Rosales Villegas's (a/k/a Demente) car |
| *32 | Shotgun seized from Rosales Villegas's (a/k/a Demente) car |
| *33 | Shotgun shells seized from Rosales Villegas's (a/k/a Demente) car |
| *34 | .40 caliber rounds seized from Rosales Villegas's (a/k/a Demente) car |
| *35 | Christian Lemus Cerna's notebook seized from Rosales Villegas's (a/k/a Demente) car |
| 35A | Translation of pages of Exhibit 35 |
| *36 | Jaime Rosales Villegas's (a/k/a Demente) phone |
| *37 | Pedro Anthony Romero Cruz's (a/k/a Payaso) phone |
| *38 | Christian Lemus Cerna's (a/k/a Leopardo, a/k/a Bago) phone |
| *39 | Manuel Ernesto Paiz Guevara's (a/k/a Solitario, a/k/a Colita) phone |
| *40 | Jesus Alejandro Chavez's (a/k/a Chuy, a/k/a Taliban) phone |
| *41A | Notebook 1 seized from Douglas Duran Cerritos's (a/k/a Lil Poison, a/k/a Guason) residence |
| *41B | Notebook 2 seized from Douglas Duran Cerritos's (a/k/a Lil Poison, a/k/a Guason) residence |
| **Fingerprint Cards** | |
| 46 | Fingerprint cards relating to Nelson Omar Quintanilla Trujillo (a/k/a Lagrima) |
| 47 | Fingerprint cards relating to Gerson Martinez Aguilar (a/k/a Lil Guason) |
| **Autopsy Reports** | |
| 50 | Autopsy Report of Jose Sandoval by Dr. Frances Field |
| 51 | Autopsy Report of Nelson Omar Quintanilla Trujillo by Dr. Constance DiAngelo |
| 52 | Autopsy Report of Nelson Omar Quintanilla Trujillo by Dr. David Hunt |
| 53 | Autopsy Report of Gerson Martinez Aguilar by Dr. Constance DiAngelo |
| 54 | Autopsy Report of Gerson Martinez Aguilar by Dr. David Hunt |
| 55 | Autopsy Report of Julio Urrutia by Dr. Constance DiAngelo |
| **Photographs** | |
| **Victims** | |
| 61A | Photograph of Nelson Omar Quintanilla Trujillo (a/k/a Lagrima) |
| 61B | Photograph of Nelson Omar Quintanilla Trujillo (a/k/a Lagrima) |
| 62A | Photograph of Gerson Martinez Aguilar (a/k/a Lil Guason) |
| 62B | Photograph of Gerson Martinez Aguilar (a/k/a Lil Guason) |
| 63A | Photograph of Julio Urrutia |
| 63B | Photograph of Julio Urrutia |

| | **Defendants** |
|---|---|
| 65A–65C | Photographs of Pedro Anthony Romero Cruz (a/k/a Payaso) |
| 66A | Photograph of Jose Lopez Torres (a/k/a Grenas, a/k/a Peluca) |
| 67A–67C | Photographs of Omar Dejesus Castillo (a/k/a Lil Payaso, a/k/a Lil Slow) |
| 68A–68B | Photographs of Alvin Gaitan Benitez (a/k/a Pesadilla, a/k/a Lil Pesadilla, a/k/a Lil Tuner) |
| 69A–69D | Photographs of Douglas Duran Cerritos (a/k/a Lil Poison, a/k/a Guason) |
| 70A–70B | Photographs of Christian Lemus Cerna (a/k/a Leopardo, a/k/a Bago) |
| 71A–71B | Photographs of Manuel Ernesto Paiz Guevara (a/k/a Solitario, a/k/a Colita) |
| 72A–72D | Photographs of Jesus Alejandro Chavez (a/k/a Chuy, a/k/a Taliban) |
| 73 | Photograph of Jose Del Cid (a/k/a Duende) |
| 74A–74B | Photographs of Genaro Sen Garcia (a/k/a Gatuso) |
| 75 | Photograph of Jaime Rosales Villegas (a/k/a Demente, a/k/a Lil Demente) |
| 76 | Photograph of Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) |
| 77 | Photograph of Juan Carlos Marquez Ayala (a/k/a Skinny) |
| | **MS Meetings** |
| 80A–80B | Photographs of MS Meeting on September 15, 2013 |
| 81A–81C | Photographs of MS Meeting on December 14, 2013 |
| 82A–82G | Photographs of MS Meeting on February 23, 2014 |
| 83A–83E | Photographs of MS Meeting on March 23, 2014 |
| 84A–84B | Photographs of MS Meeting on July 27, 2014 |
| | **October 1, 2013** |
| 86A | Photograph of Leonel Antonio Gonzalez |
| 86B | Photograph of Manuel Lopez Torres |
| 86C | Photograph of Jaime Vladimir Rosales Villegas |
| 86D | Photograph of shotgun and machete hidden |
| 86E | Photograph of shotgun and machete |
| 86F | Photograph of shotgun serial number |
| 86G | Photograph of machete |
| 86H | Photograph of Leonel Antonio Gonzalez |
| 86I | Photograph of Juvenile Male |
| | **Quintanilla Trujillo and Martinez Aguilar Murders** |
| 87A–87L | Photographs from the site where remains of Nelson Omar Quintanilla Trujillo (a/k/a Lagrima) were found |
| 88A– 88F | Photographs of Nelson Omar Quintanilla Trujillo (a/k/a Lagrima) from |

5

| | |
|---|---|
| | the Medical Examiner's Office |
| 89A–89Q | Photographs from the site where remains of Gerson Martinez Aguilar (a/k/a Lil Guason) were found |
| 90A–90F | Photographs of Gerson Martinez Aguilar (a/k/a Lil Guason) from the Medical Examiner's Office |
| **Julio Urrutia Murder** | |
| 91A–91B | Photographs from the scene where Julio Urrutia was shot |
| 92A–92B | Photographs of Julio Urrutia from the Medical Examiner's Office |
| **Miscellaneous Photographs** | |
| 93A | Alexandria Police Department Sequential Photo/Lineup dated July 7, 2014 at 9:10 p.m. |
| 93B | Arlington County Sheriff's Office booking photo for Jesus Alejandro Chavez (a/k/a Chuy, a/k/a Taliban) |
| 94A – 94I | Photographs from area of June 19, 2014 shooting in Alexandria, Virginia |
| 95A – 95D | Maps of Chirilagua neighborhood, Alexandria, Virginia |
| 96A– 96E | Aerial Photographs of Holmes Run Park |
| **Phone Evidence** | |
| 100 | Subscriber and Account information from AT&T relating to Pedro Romero Cruz (a/k/a Payaso) |
| 101A | Call log from Jaime Rosales Villegas's (a/k/a Demente) phone |
| 101B | Contacts from Jaime Rosales Villegas's (a/k/a Demente) phone |
| 101C | Text messages from Jaime Rosales Villegas's (a/k/a Demente) phone |
| 101D | Translation of Exhibit 101C |
| 102A – 102E | Photographs from Pedro Anthony Romero Cruz's (a/k/a Payaso) phone |
| 102F | Contacts from Pedro Anthony Romero Cruz's (a/k/a Payaso) phone |
| 103A – 103J | Photographs from Christian Lemus Cerna's (a/k/a Leopardo, a/k/a Bago) phone |
| 104A | MS13PVLS.mp3 from Manuel Ernesto Paiz Guevara's (a/k/a Solitario, a/k/a Colita) phone |
| 104A-1 | Disc containing MS13PVLS.mp3 and MS-13 Titled Music Files created by Detective B.W. Bayliss on March 15, 2016 |
| 104B | Translation of 104A |
| 104C | MS-13 Titled Music Files from Manuel Ernesto Paiz Guevara's (a/k/a Solitario, a/k/a Colita) phone |
| 104C-1 | Translation of Exhibit 104C |
| 104D – | Images from Manuel Ernesto Paiz Guevara's (a/k/a Solitario, a/k/a |

6

| | |
|---|---|
| 104F | Colita) phone |
| 105 | CAST Analysis by Kevin Horan of (571) 388-9343 |
| 106 | Toll records from Nelson Omar Quintanilla Trujillo's (a/k/a Lagrima) phone |
| **Drug Seizures** ||
| 110A | Douglas Duran Cerritos's (a/k/a Lil Poison, a/k/a Guason) backpack |
| 110B | Photograph of Douglas Duran Cerritos's (a/k/a Lil Poison, a/k/a Guason) school identification card |
| 110C | Photograph of baggies found in Douglas Duran Cerritos's (a/k/a Lil Poison, a/k/a Guason) backpack |
| 110D–110F | Photographs of heroin found in Douglas Duran Cerritos's (a/k/a Lil Poison, a/k/a Guason) backpack |
| 110G | Department of Forensic Science Certificate of Analysis relating to Exhibit 114 |
| 111A – 111D | Photographs of packaged cocaine and marijuana seized from Christian Lemus Cerna (a/k/a Leopardo, a/k/a Bago) |
| 111E | Department of Forensic Science Certificate of Analysis relating to Exhibit 115A and 115B |
| 112A–112B | Photographs of marijuana seized from Manuel Ernesto Paiz Guevara (a/k/a Solitario, a/k/a Colita) |
| 112C | Department of Forensic Science Certificate of Analysis relating to Exhibit 116 |
| 113A | Photograph of heroin seized from Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) |
| 113B – 113D | Photographs of marijuana seized from Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) |
| 113E – 113G | Photographs taken by Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) of marijuana and cash |
| 113H | Department of Forensic Science Certificate of Analysis relating to Exhibits 117A, 117B, 117C, and 117D |
| *114 | Heroin seized from Douglas Duran Cerritos (a/k/a Lil Poison, a/k/a Guason) |
| *115A | Cocaine seized from Christian Lemus Cerna (a/k/a Leopardo, a/k/a Bago) |
| *115B | Marijuana seized from Christian Lemus Cerna (a/k/a Leopardo, a/k/a Bago) |
| *116 | Marijuana seized from Manuel Paiz Guevara (a/k/a Solitario, a/k/a Colita) |
| *117A | Marijuana seized from Araely Santiago Villanueva (a/k/a Slow, a/k/a |

|       |       |
|-------|-------|
|       | Lil Slow) (Item 1A on lab report) |
| *117B | Marijuana seized from Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) (Item 1B on lab report) |
| *117C | Methamphetamine seized from Araely Santiago Villaneuva (a/k/a Slow, a/k/a Lil Slow) (Item 2 on lab report) |
| *117D | Methamphetamine seized from Araely Santiago Villanueva (a/k/a Slow, a/k/a Lil Slow) (Item 3 on lab report) |
| **Plea Agreements** ||
| 120 | Plea Agreement 1 |
| 121 | Plea Agreement 2 |
| 122 | Plea Agreement 3 |
| 123 | Plea Agreement 4 |
| 124 | Plea Agreement 5 |
| 125 | Plea Agreement 6 |
| **Expert Witness CVs** ||
| 130 | Ramon Aquilar's Curriculum Vitae |
| 131 | Detective Brian Bayliss's Resume |
| 132 | Constance DiAngelo's Curriculum Vitae |
| 133 | Francisco Diaz's Resume |
| 134 | Sandra D'Sa's Resume |
| 135 | David Hunt's Curriculum Vitae |
| 136 | Juan Ramos's Resume |
| 137 | Claudio Saa's Resume |
| 137A | Claudio Saa's Expert Testimony List |
| 138 | John Webb's Curriculum Vitae |
| 139 | Frances Field's Curriculum Vitae |
| 140 | Juli Cruciotti's Curriculum Vitae |
| 141 | Gregory Hermanson's Curriculum Vitae |
| 142 | Kevin Horan's Curriculum Vitae |
| 142A | Kevin Horan's Summary of Experience |
| 143 | Bryan Johnson's Curriculum Vitae |
| 144 | Liliana Portwine's Curriculum Vitae |
| 145 | Eugene Reichenbecher's Curriculum Vitae |
| 146 | Vania Vargas's Curriculum Vitae |
| 147 | Farolyn Young's Curriculum Vitae |
| 148 | Stacey J. Desjardin's Curriculum Vitae |
| **Expert Reports** ||
| 150 | Report by Fairfax County Detective Brian Bayliss re: Christian Lemus Cerna's (a/k/a Leopardo, a/k/a Bago) phone |

| | |
|---|---|
| 151 | Report by Fairfax County Detective Brian Bayliss re: Manuel Ernesto Paiz Guevara's (a/k/a Solitario, a/k/a Colita) phone |
| 152 | Bryan Johnson's FBI Laboratory Report of Examination re: Latent Prints |
| 153 | John Webb's FBI Laboratory Report of Examination re: Shotgun |
| **Proposed Stipulations** | |
| 170 | Stipulation re: Buso Murder |
| 171 | Stipulation re: Chavez conviction |
| 172 | Stipulation re: Quintanilla Trujillo and Martinez Aguilar identities |
| 173 | Stipulation re: Urrutia identity |
| 174 | Stipulation re: lab reports |

Respectfully Submitted,

Dana J. Boente
United States Attorney

By:     /s/
Julia K. Martinez
Tobias D. Tobler
Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3700

## **CERTIFICATE OF SERVICE**

      I certify that, on April 11, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the counsel of record.

                                        /s/
                                        Julia K. Martinez
                                        Tobias D. Tobler
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        2100 Jamieson Avenue
                                        Alexandria, Virginia 22314
                                        703-299-3700