# CRIMINAL JURY TRIAL PROCEEDINGS
## Day 12

| | | |
|---|---|---|
| Date: April 11, 2016 | Case No: 1:14cr306 | Commenced: 10:20 |
| | | Lunch Recess: 1-2:05 |
| Before the Honorable: Gerald Bruce Lee | | Case To Jury: |
| | | Jury Returned: |
| Court Reporter: R. Wilson | | Jury Excused: |
| | | Case Concluded: 5:36 |

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Douglas Duran Cerritos, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Dwight Crawley and Joseph Conte for Cerritos; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Maria Horvath, Erin Gaston-Owen; Jaime de Castellvi; Ana Lefebvre; Angeles Estrada; Benjamin Engelsberg.

Gov't noted redactions that have been made.

Gov't cont'd. to adduce evidence.

Gov't requested a recess to consult with a witness.

Out of jury's presence, Deft's objections were heard.

Deft's Cerritos' oral motion heard at sidebar, and also out of jury's presence when they were dismissed for the day. T.U.A.

Defts Remanded [ X ]

Case Continued To:   April 12, 2016   9:30 a.m. – Counsel and 10:00 a.m. - Jury For   Trial