UNCLASSIFIED

Foreign Language Program Policy Guide

oversight responsibilities to ensure the effectiveness and efficiency of FLP operations in FOs.

In cases when the FLPM's rating official is at a higher GS-level or organizational level (if the same GS-level) than the RPM, the UC of FLMU will serve as the FLPM's reviewing official for the PAR. The UC's exercise of this role is substantially, if not completely, informed by the input of the RPM. The RPM is otherwise still responsible for the management and oversight of FO FLP resources, in partnership with local management.

### 3.4.3. Supervisory Foreign Language Program Coordinators

In addition to the general management duties enumerated above, SFLPCs serve as frontline supervisors to linguist resources in FOs. If there are three or more SFLPCs and a GS-14 FLPM in the office, the SFLPCs must be rated by the FLPM; otherwise, the SFLPCs must report to, and be supervised and rated by, GS-14 supervisors (i.e., SSAs or SIAs) within the office's intelligence program. All FO SFLPCs also report to an LSS RPM, who serves as the SFLPC's reviewing official for their PARs.

### 3.4.4. Remote Supervisory Foreign Language Program Coordinators

To ensure effectiveness and efficiency in smaller FOs that do not have dedicated FLPMs or SFLPCs, smaller FOs must appoint local POCs for purposes of on-site coordination and oversight operations. However, actual programmatic responsibility is assigned to a dedicated SFLPC from another FO, who remotely manages the FLP component. The RPM appoints the remote SFLPC who is responsible for FLP operations in that office, according to FLP policies and procedures, and whom is evaluated in that role by the reviewing authority of the RPM.

### 3.5. Foreign Language Program Linguists and Analysts

### 3.5.1. Language Analysts and Contract Linguists

LAs and CLs, in support of the FBI investigative and intelligence missions, provide:

- Audio-to-document translations of foreign language material, in both verbatim and summary formats.
- Document-to-document translations of foreign language material, in both verbatim and summary formats.
- Interpretation services for interviews and interrogations.
- Analysis and subject matter expertise regarding translated material.
- Court testimony as to the accuracy of information translated in support of investigations.
- LQ standards review of translation and inspection of reviews pursuant to appropriate training and certification.

UNCLASSIFIED

Foreign Language Program Policy Guide

### 3.5.2. Foreign Language Monitor Analyst and Contract Language Monitors (CLM)

FLMAs and CLMs, in support of the FBI investigative and intelligence mission, provide:

- Audio-to-document summary translations of foreign language material.
- Document-to-document summary translations of foreign language material.
- Analysis and subject matter expertise regarding translated material.
- LQ standards review of translations pursuant to appropriate training and certification.

FLMAs and CLMs usually do not provide verbatim or otherwise final translations and generally do not testify in court regarding verbatim translations.

### 3.5.3. Document Translators

Document translator duties are similar to those of LAs and CLs but are limited to the translation and analysis of written materials. This position is only available to on-board LAs who are no longer able to process audio translations.

### 3.5.4. English Monitor Analysts (EMA)

EMAs support the FLP by providing audio-to-document summaries and analyses of recorded conversations and documents that are primarily in English. The EMAs also conduct LQ standards reviews of monitored English language and inspections of LQ reviews pursuant to appropriate training and certification. English monitoring services in support of both FISA and Title III intercepts allow linguist resources to concentrate on foreign language material.

### 3.5.5. Other Personnel

In addition to personnel listed in subsection 3.5. LSS procures contract personnel to provide administrative and technical support to the FLP on an as-needed basis.

### 3.6. Advisory Boards and Working Groups

Language Services Section avails itself of the input of key groups of FLP personnel. These include, but are not limited to the LSAC and the FLP Manager Working Group (FLPMWG).

### 3.6.1. The Language Services Advisory Committee

The LSAC serves as an elected working group consisting of LAs and EMAs. The LSAC presents issues and concerns relative to FBI LAs and FLMAs and their support to the FBI's missions and operations. Details on the LSAC's mission, structure, and operations are available in its charter.

### 3.6.2. The Foreign Language Program Manager Working Group

The FLPMWG provides a forum to communicate best practices for optimizing foreign language processes in all FBI FOs. Membership is generally a mandatory appointment by

11
UNCLASSIFIED

UNCLASSIFIED

Foreign Language Program Policy Guide

### 4.16.4. Retesting Policies

LMs and CLMs may request one retest in each part of the test battery for which they need a higher score to qualify as LAs or CLs. The most recent score is the score of record, and will supersede earlier scores. If LMs or CLMs retest and fail the translation part of the test battery, an English writing test will be administered to satisfy the monitor test battery requirements.

### 4.16.5. Waivers

The UC, LTAU may grant a waiver for a test to be taken more than twice when:

- The linguist's supervisor recommends a third test.
- The linguist provides evidence of a completed formal course addressing the deficiencies previously hindering performance at a higher level. Only accredited institution courses will be considered, which focus specifically on areas of weakness.
- An official transcript and a course description from the institution are considered proof of completion.

### 4.16.5.1. Speaking Proficiency Tests (SPT)

If additional waiver requirements are met, a waiver is usually granted for an SPT . In the case of translation tests, LTAU can grant a waiver only for those languages in which more than two test forms are available. Every effort will be made to develop or acquire third forms to accommodate linguists who have been approved for second retests.

### 4.16.5.2. Complete Battery

When the only linguist available (i.e., a linguist in a rare language) is a candidate who did not pass the entire foreign language test battery, the relevant TDU can request a waiver for the complete test battery requirement. The program manager for that language must consult with the UC, LTAU to ensure that the portion of the test battery the linguist passed matches the skills required. After the UC, LTAU and program manager agree, the FLPM writes an EC to the ICAU and LPRU UCs describing the need, relevant scores, scope of the waiver, and propose the linguist to be assigned a BOA or work order and/or the appropriate work services. The EC must reference specific LSMS work services that are permitted and any relevant restrictions (e.g., no audio materials). The waiver is valid for six months, but can be extended in six-month increments. The initial waiver must be approved by the LSS SC, ASC, and the UC, LTAU. Each extension must include passing quality standard information and the UC, LQSU must be added to the approval line.

### 4.17. Test Assessment Processes and Procedures

### 4.17.1. Interagency Language Roundtable (ILR) Skill Level Descriptions (SLD)

The numerical scores used by LTAU's technical personnel refer to the ILR SLDs for the various language skills. Since 1985, the SLDs have served as the official, governmentwide standard for measuring linguistic abilities.

The descriptions detail the tasks that can be performed in a language on levels ranging from 0 to 5, with 0 representing no ability and 5 indicating an overall ability to perform all language tasks successfully. There is a separate set of ILR SLDs for each of the following: speaking, listening, reading, writing, translation performance, interpretation performance, and audio translation performance.

### 4.17.2. Written Tests

As a general rule, written tests are evaluated by two raters. If there is a discrepancy between the raters, a third rater must review the product. Listening Translation Summary Exams (LSTE) usually require only one rater, but a second rater is required if the initial score is within five points of passing.

### 4.17.3. Translation Tests

Translation tests are rated for both accuracy and expression. Accuracy refers to the extent to which the factual information—or content of the original text—is conveyed in the translation. Expression refers to the extent to which the rules of the target language in spelling, grammar, and punctuation are observed. English Composition Tests are rated only for expression. Once errors are noted, a score is assigned by reference to the ILR Translation Performance SLDs.

Translation tests from the foreign language into English are rated using an English key. Raters are trained to assess translation accuracy in terms of units of meaning, not literal faithfulness to the key.

### 4.17.4. Speaking Proficiency Tests

SPTs are administered on the telephone by a team of two trained testers. Prior to the applicants' taking SPTs, test administrators must confirm the identities of the applicants. Applicants must be on FBI premises when taking SPTs. All speaking tests are recorded.

At the conclusion of a SPT, each tester is responsible for rating the examinee's performance independently and preparing an Individual Tester Report (ITR) before discussing the test with the other tester. Both ITRs and a joint Team Tester Report (TTR) are submitted to LTAU. If testers disagree on the final team rating, discrepancies are noted on the TTR, and a recording of the test is sent to a third tester.

### 4.17.5. Modified Speaking Proficiency Tests (MSPT)

MSPTs are administered in less frequently tested languages by an MSPT tester who is a native speaker of the test language and an examiner who is an experienced SPT tester—but not a speaker of that language. The MSPT tester elicits speech samples from the examinee while the MSPT examiner is responsible for debriefing the tester and providing the rating.

### 4.17.6. Tester and Rater Qualifications

Candidates must be rated ILR level 5 in their respective foreign language and rated at an ILR level 2+ in spoken English to be considered for training as a speaking proficiency tester. The tests must be administered by LTAU. SPT training consists of a rigorous two-