IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RECEIVED
2016 APR 14 P 12: 53
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 1:14-cr-306-GBL-6 |
| | ) |
| OMAR DE JESUS CASTILLO, | ) |
| Defendant. | ) |

### PRAECIPE

THE CLERK OF COURT will please issue the attached six subpoenas (three sets) in blank for appearance of witnesses to testify before this Court in Alexandria, Virginia at 10:00am on April 25, 2016.

Dated: April 14, 2016

Respectfully Submitted,
OMAR DE JESUS CASTILLO
By Counsel

_____/s/ Meredith M. Ralls_____
Katherine Martell, VSB 77027
  kmartell@firstpointlaw.com
FirstPoint Law Group P.C.
10615 Judicial Drive, Suite 101
Fairfax, VA 22030
Tel: 703-385-6868
Fax: 703-385-7009

Meredith M. Ralls, VSB 82548
  mralls@oldtownadvocates.com
Old Town Advocates P.C.
9306 Grant Avenue
Manassas, VA 20110
Tel: 571-292-5651
Fax: 703-361-6400
*Counsel for Defendant Omar Dejesus Castillo*

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

RECEIVED

2016 APR 14 P 12: 59

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| U.S. v. Cruz, et al. | ) | Case No. 1:14cr306-GBL |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 401 Courthouse Square | Courtroom No.: | 1000 |
|---|---|---|---|
| | Alexandria, Virginia 22314 | Date and Time: | 04/25/2016 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Omar DeJesus Castillo**
_____, who requests this subpoena, are:

Katherine Martell, Esq.; 10615 Judicial Drive, Suite 101, Fairfax, VA 22030
703-385-6868
kmartell@firstpointlaw.com

Meredith M. Ralls, Esq.; 9306 Grant Ave., Manassas, VA 20110
571-292-5651
mralls@oldtownadvocates.com

Case 1:14-cr-00306-LO   Document 853   Filed 04/14/16   Page 3 of 3 PageID# 5418

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:14cr306-GBL

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: