## CRIMINAL JURY TRIAL PROCEEDINGS
## <u>Day 14</u>

Date:  _____April 13, 2016_____          Case No:  ___1:14cr306_____          Commenced:__10:00_____
                                                                                                              Lunch Recess: 1:01 -2:00
Before the Honorable:_____Gerald Bruce Lee_____          Case To Jury :_____
                                                                                                              Jury Returned: _____
Court Reporter:_R. Wilson_____          Jury Excused: _____
                                                                                                              Case Concluded:  _5:15__

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br><br>Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Julia Martinez and Tobias Tobler<br><br>Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez;  Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Maria Horvath, Erin Gaston-Owen; Ana Lefebvre; Angeles Estrada; Benjamin Engelsberg; and Eva DesRosiers in for Jaime de Castellvi.

Gov't cont'd. to adduce evidence.

Cerna 4 obj. to @ a sealed sidebar and was not admitted. Preserved for the record.

Heard out of jury's presence: Meredith Rawls' oral motion to dismiss the case against Deft Dejesus Castillo.

Defts Remanded [ X ]

Case Continued To:  ____April 14, 2016   10:00 a.m. - Jury___For  _Trial_____