## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 15

Date: April 14, 2016         Case No: 1:14cr306         Commenced: 10:15
                                                        Lunch Recess: 12:47 -2:10
Before the Honorable: Gerald Bruce Lee                  Case To Jury :
                                                        Jury Returned:
Court Reporter: R. Wilson                               Jury Excused:
                                                        Case Concluded: 5:02

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Maria Horvath, Erin Gaston-Owen; Ana Lefebvre; Benjamin Engelsberg; and Eva DesRosiers in for Angeles Estrada.

Gov't cont'd. to adduce evidence.

Joint objections of Defts to certain groups of photographs as evidence – heard out of jury's presence, findings stated, and overruled.

Witness issues heard out of jury's presence.

Defts Remanded [ X ]

Case Continued To:   April 18, 2016   10:00 a.m. - Jury   For   Trial