AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

RECEIVED 9/55

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 15 P 4: 59

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Pedro Romero Cruz, et. al. | ) | Case No. 1:14cr306 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Dennis Connor

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court<br>Eastern District of Virginia<br>Alexandria, Virginia | Courtroom No.: 1000 |
|---|---|
| | Date and Time: 20 April 2016 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___N/A___ _____ , who requests this subpoena, are: