& ISSUED
RECEIVED
2016 APR 15 P 3: 31
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

CASE NO.  1:14cr306
CASE NAME:  United States v. Pedro Romero Cruz, et al

TO:   Fairfax County Detention Center
      Address:  10520 Judicial Drive
                Fairfax, VA 22030
      Telephone No: 703-246-2100
      Fax No:  703-352-4792

YOU ARE HEREBY COMMANDED to surrender the body of: Hector Molina Chavarria, Prisoner No. ███████, SSN: ███████, DOB ███████, Race: white, Sex: male, under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, or any other United States Marshal, at 401 Courthouse Square, Alexandria, Virginia, that his body will be before the Judge Gerald Bruce Lee, Judge of the United States District Court for the Eastern District of Virginia, at the Courtroom of said Court, in the City of Alexandria at 10:00 o'clock a.m., on the 19th day of April, 2016, then and there to do, submit to and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.  This inmate will be returned no later than 22 April 2016.

> WITNESS
> The Honorable Gerald Bruce Lee
> United States District Judge
> at Alexandria, Virginia
> This 15th day of April, 2016
>
> FERNANDO GALINDO
> CLERK OF COURT

By: _____
    Deputy Clerk

AUSA Tobias Tobler/Verified by ___
Spoke with and consent received from Katherine Stott, ACA