## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 16

Date:  April 18, 2016  Case No:  1:14cr306  Commenced: 10:01
                                                                    Lunch Recess: 1:00-2:03
Before the Honorable:  Gerald Bruce Lee  Case To Jury :
                                                                    Jury Returned:
Court Reporter: R. Wilson  Jury Excused:
                                                                    Case Concluded: 5:00

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Maria Horvath, Shelly Blumberg in for Erin Gaston-Owen; Ana Lefebvre; Jaime de Castellvi; and Angeles Estrada.

Gov't cont'd. to adduce evidence.

Defts Remanded [ X ]

Case Continued To:  April 19, 2016  10:00 a.m. - Jury  For  Trial