IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE LOPEZ TORRES, | ) | Case Nos. 1:14-cr-00306-GBL-2 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-4 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-5 |
| OMAR DEJESUS CASTILLO, | ) | 1:14-cr-00306-GBL-6 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-8 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-10 |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Government's oral Motion for Protective Order concerning any and all Government exhibits containing identifying information about Government witnesses and their family. Having found that the Government has demonstrated good cause to justify a Protective Order,

**IT IS HEREBY ORDERED** that the Government's oral Motion for Protective Order is **GRANTED**; and

**IT IS FURTHER ORDERED** that counsel for Defendants are prohibited from showing or providing Defendants any document which identifies any family members of any of the witnesses who have testified or will testify at trial.

**IT IS SO ORDERED.**

ENTERED this 18th day of April, 2016.

Alexandria, Virginia
4/ 18 / 2016

/s/
Gerald Bruce Lee
United States District Judge