## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 17

Date:    April 19, 2016          Case No:    1:14cr306          Commenced:  10:01
                                                                Lunch Recess: 1:00-2:03
Before the Honorable:    Gerald Bruce Lee                        Case To Jury : _____
                                                                Jury Returned: _____
Court Reporter:  R. Wilson                                       Jury Excused:  _____
                                                                Case Concluded:  5:00

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Maria Horvath, Shelly Blumberg; Erin Gaston-Owen; Ana Lefebvre; Jaime de Castellvi; and Angeles Estrada.

Gov't cont'd. to adduce evidence.

Defts Remanded [ X ]

Case Continued To:    April 20, 2016   10:00 a.m. - Jury   For   Trial