# CHRISTOPHER AMOLSCH

ATTORNEY AT LAW

12005 SUNRISE VALLEY DRIVE #200
RESTON, VIRGINIA 20191

BAR MEMBERSHIPS:   TEL: 703.969.2214
VA, MD, DC   FAX: 703.774.1201

April 20, 2016

TO: Clerk, United States District Court
Eastern District of Virginia
Alexandria Division

RE: US v Cerna, Criminal No.: 1:14CR306-005

To Whom It May Concern:

The Clerk will please issue 6 subpoenas in blank to be served by private process server.

Sincerely,

CHRISTOPHER AMOLSCH

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Pedro Romero Cruz, et.al | ) | Case No. 1:14-CR-306 |
| | ) | |
| *Defendant* | ) | |

RECEIVED APR 20 2016 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: US District Court 401 Co. 22314rthouse Sq. Alexandria, Va, | Courtroom No.: 1000 |
|---|---|
| | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 04/04/2016

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Christian Lemus Cerna__, who requests this subpoena, are:

Frank Salvato, ESQ.
1203 Duke St.
Alexandria, Va. 22314
703 548 5000

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:14-CR-306

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* __04/04/2016__ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

John P. McAvoy, P.I.
*Printed name and title*

P.O. Box 3824
Fairfax, Va. 22038
703 470 8077

*Server's address*

Additional information regarding attempted service, etc: