## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 18

Date:      April 20, 2016              Case No:    1:14cr306          Commenced:  10:02
                                                                       Lunch Recess: 1:00-2:08
Before the Honorable:    Gerald Bruce Lee                              Case To Jury :
                                                                       Jury Returned:
Court Reporter:  R. Wilson                                             Jury Excused:
                                                                       Case Concluded:   5:00

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Maria Horvath, Shelly Blumberg; Erin Gaston-Owen; Ana Lefebvre; Jaime de Castellvi; and Angeles Estrada.

Gov't cont'd. to adduce evidence.

Heard out of jury's presence at sidebar: Oral motion of Deft Cerna for a mistrial - denied. Heard

Heard in open court out of jury's presence after the lunch break:   Deft Cerna's renewed motion for mistrial. Findings stated – denied.

Defts Remanded [ X ]

Case Continued To:     April 21, 2016   10:00 a.m. - Jury   For    Trial