# CRIMINAL JURY TRIAL PROCEEDINGS
## Day 19

Date: April 21, 2016          Case No: 1:14cr306          Commenced: 10:01
                                                           Lunch Recess: 1:00-2:10
Before the Honorable: Gerald Bruce Lee                     Case To Jury:
                                                           Jury Returned:
Court Reporter: R. Wilson                                  Jury Excused:
                                                           Case Concluded: 5:00

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Maria Horvath, Shelly Blumberg; Erin Gaston-Owen; Ana Lefebvre; Jaime de Castellvi; and Angeles Estrada a.m. Eva DesRosiers in for Gaston-Owen p.m.

Gov't cont'd. to adduce evidence.

Sidebar: Oral motion for mistrial by Deft Cerna heard, findings stated, and denied.

Defts Remanded [ X ]

Case Continued To:   April 25, 2016   10:00 a.m. - Jury   For   Trial