# CRIMINAL JURY TRIAL PROCEEDINGS
## Day 20

Date:     April 25, 2016           Case No:   1:14cr306           Commenced: 10:01
                                                                  Lunch Recess: 1:00-2:10
Before the Honorable:    Gerald Bruce Lee                         Case To Jury :
                                                                  Jury Returned:
Court Reporter:  R. Wilson                                        Jury Excused:
                                                                  Case Concluded:   5:00

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Maria Horvath, Shelly Blumberg; Ana Lefebvre; Jaime de Castellvi; Benjamin Engelsberg in for Erin Gaston-Owen; Angeles Estrada.

Gov't cont'd. to adduce evidence.

Defts Remanded [ X ]

Case Continued To:     April 26, 2016   10:00 a.m. - Jury   For    Trial