RECEIVED ᵗJSS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2016 APR 26  A 9:32

CLE... ...

## WRIT OF HABEAS CORPUS AD TETIFICANDUM

CASE NO.  1:14CR306
CASE NAME:  United States v. Pedro Romero Cruz, et al.

TO:  Loudoun County Detention Center
42035 Loudoun Center Place
Leesburg, VA 20175
Phone: 703-777-0405

YOU ARE HEREBY COMMANDED to surrender the body of: **Ronald Antonio Rauda Marquez, DOB:**       /1994, Offender ID 1401830, Race:  White/Hispanic, Sex: Male, under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, or any other authorized law enforcement officer, so that his body will be before the **Honorable Gerald Bruce Lee, United States District Judge for the Eastern District of Virginia**, at the Courtroom of said Court, **in the City of Alexandria, at 10:00 a.m., on the 28th day of April, 2016**, or at such other time as the Court may direct, in order for the prisoner to be present to testify at a trial in this district.  Upon completion of the prisoner's testimony, the prisoner will be returned promptly to the custody of the Loudoun County Detention Center.

FERNANDO GALINDO
CLERK OF COURT

By: _____
Deputy Clerk

(Katherine Martell:  KM)