AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Cruz, et al. | ) | Case No. 1:14cr306-GBL |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Ronald Rauda

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 401 Courthouse Square Alexandria, VA 22314 | Courtroom No.: 1000 |
|---|---|
| | Date and Time: 04/28/2016 0:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Omar DeJesus Castillo
_____ , who requests this subpoena, are:

Katherine Martell, 10615 Judicial Dr. Ste. 101, Fairfax, VA 22030
703-385-6868, kmartell@firstpointlaw.com

Meredith M. Ralls, 9306 Grant Ave., Manassas, VA 20110
571-292-5651, mralls@oldtownadvocates.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case                               RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 26   A 9: 32

| United States of America | ) |  |
|---|---|---|
| v. | ) |  |
| Cruz, et al. | ) | Case No.  1:14cr306-GBL |
|  | ) |  |
| *Defendant* | ) |  |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Manuel Castillo

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 401 Courthouse Square  Alexandria, VA 22314 | Courtroom No.:  1000 |
|---|---|
|  | Date and Time:  04/28/2016 0:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Omar DeJesus Castillo
_____ , who requests this subpoena, are:

Katherine Martell, 10615 Judicial Dr. Ste. 101, Fairfax, VA 22030
703-385-6868, kmartell@firstpointlaw.com

Meredith M. Ralls, 9306 Grant Ave., Manassas, VA 20110
571-292-5651, mralls@oldtownadvocates.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

RECEIVED 4Iss

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 26 A 9:32

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Cruz, et al. | ) | Case No. 1:14cr306-GBL |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Hector Molina Chavarria

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 1000 |
|---|---|
| | Date and Time: 04/28/2016 0:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Omar DeJesus Castillo__
_____ , who requests this subpoena, are:

Katherine Martell, 10615 Judicial Dr. Ste. 101, Fairfax, VA 22030
703-385-6868, kmartell@firstpointlaw.com

Meredith M. Ralls, 9306 Grant Ave., Manassas, VA 20110
571-292-5651, mralls@oldtownadvocates.com