1   IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF VIRGINIA
2                       Alexandria Division

3   UNITED STATES OF AMERICA,            )
                                         )
4                   Plaintiff,           )
                                         ) Crim. No. 1:14cr306
5        vs.                             )
                                         )
6   JOSE LOPEZ TORRES, ALVIN GAITAN      ) March 31, 2016
    BENITEZ, CHRISTIAN LEMUS CERNA,      )
7   OMAR DEJESUS CASTILLO, DOUGLAS       )
    DURAN CERRITOS, MANUEL ERNESTO       )
8   PAIZ GUEVARA, and JESUS ALEJANDRO    )
    CHAVEZ,                              )
9                                        )
                    Defendants.          )
10  _____     )

11

12                        JURY TRIAL

13       ** EXCERPT:  TESTIMONY OF LILIANA PORTWINE **

14
    BEFORE:      THE HONORABLE GERALD BRUCE LEE
15               UNITED STATES DISTRICT JUDGE

16
    APPEARANCES:
17
    FOR GOVERNMENT:  UNITED STATES ATTORNEY'S OFFICE
18                   BY:  JULIA MARTINEZ, AUSA
                          STEPHEN M. CAMPBELL, AUSA
19                        TOBIAS TOBLER, AUSA

20
                          ---
21

22  OFFICIAL COURT REPORTER:

23               RENECIA A. SMITH-WILSON, RMR, CRR
                 U.S. District Court
24               401 Courthouse Square, 5th Floor
                 Alexandria, VA 22314
25               (703)501-1580

<u>APPEARANCES (Continued)</u>

FOR DEFENDANT JOSE LOPEZ TORRES

       BYNUM & JENKINS, PLLC
       BY:  ROBERT L. JENKINS, JR., ESQ.
       THE LEIVA LAW FIRM, PLC
       BY:  MANUEL E. LEIVA, ESQ.

FOR DEFENDANT ALVIN GAITAN BENITEZ

       LAW OFFICE OF AMY LEIGH AUSTIN
       BY:  AMY LEIGH AUSTIN, ESQ.
       SMITH & ZIMMERMAN, PLLC
       BY:  JEFFREY D. ZIMMERMAN, ESQ.

FOR DEFENDANT CHRISTIAN LEMUS CERNA

       LAW OFFICE OF CHRISTOPHER AMOLSCH
       BY:  CHRISTOPHER AMOLSCH, ESQ.
       FRANK SALVATO, ESQ.

FOR DEFENDANT OMAR DEJESUS CASTILLO

       FIRSTPOINT LAW GROUP, PC
       BY:  KATHERINE MARKELL, ESQ.
       OLD TOWN ADVOCATES, PC
       BY:  MEREDITH M. RALLS, ESQ.

FOR DEFENDANT DOUGLAS DURAN CERRITOS

       LAW OFFICE OF J.R. CONTE, PLLC
       BY:  JOSEPH R. CONTE, ESQ.
       LAW OFFICE OF DWIGHT CRAWLEY
       BY:  DWIGHT E. CRAWLEY, ESQ.

FOR DEFENDANT MANUEL ERNESTO PAIZ GUEVARA

       LAW OFFICE OF W. MICHAEL CHICK, JR.
       BY:  WILLIAM MICHAEL CHICK, JR., ESQ.

FOR DEFENDANT JESUS ALEJANDRO CHAVEZ

       JEROME P. AQUINO, ESQ.
       ELITA C. AMATO, ESQ.

---

1                              <u>INDEX</u>

2

3     <u>WITNESS (Government)</u> <u>DIRECT</u>  <u>CROSS</u>    <u>REDIRECT</u>    <u>RECROSS</u>

4     Liliana Portwine   4  41                  ---

5        (End of excerpt)

6

7                              ---

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                         PROCEEDINGS
                      (Requested Excerpt)

            ...(Court in session at 4:20 p.m.)

            MS. MARTINEZ:  Government calls Liliana
Portwine.

            (Witness sworn.)

            THE WITNESS:  I do.

            THEREUPON, LILIANA PORTWINE, having been duly
sworn, testified as follows:

                    DIRECT EXAMINATION
BY MS. MARTINEZ:

    Q.  Good afternoon.

    A.  Good afternoon.

    Q.  Could you please state your full name and spell
your name for the record.

    A.  Sure.  My name is Liliana Portwine, L-i-l-i-a-n-a,
P-o-r-t-w-i-n-e.

    Q.  Ms. Portwine, where do you work?

    A.  I work at the FBI.

    Q.  What do you do at the FBI?

    A.  I am a contract language monitor.

    Q.  How long have you been a contract language monitor
for the FBI?

    A.  For six years.

    Q.  What languages do you speak?

1     A.   I speak Spanish and English.

2     Q.   How long have you been speaking Spanish?

3     A.   For my whole life.

4     Q.   Where were you born?

5     A.   I was born in Mexico.

6     Q.   When did you come to the United States?

7     A.   In 19- -- in 1975.

8     Q.   How old were you when you came to the United

9   States?

10    A.   I was ten years old.

11    Q.   And, how long have you been speaking English?

12    A.   Since I was ten years old.

13    Q.   Where did you work before you came to work for the

14   FBI?

15    A.   I worked at Stafford County Public Schools.

16    Q.   And then, what did you do for Stafford County

17   Public Schools?

18    A.   I was a substitute teacher and I was also a

19   translator/interpreter.

20    Q.   In that position, as a teacher and as a

21   translator/interpreter, did you use your Spanish skills?

22    A.   I did.

23    Q.   Can you tell the jury a little bit about that?

24    A.   I would -- I would translate for the

25   administrators and the parents regarding any issues or

1    anything to do with a child's educational plans.

2         I would go to teacher/parent conferences.

3    Sometimes I would -- there would be student testing, so I

4    would do that to assess what their language in English

5    was, what their skill was, what the skill level was.

6    Q.   What countries were the students and the parents

7    whom you translated for originally from?

8              MR. CONTE:  Objection, relevance.

9              THE COURT:  Relevance?

10             MS. MARTINEZ:  It establishes her knowledge

11   of Spanish generally and also Spanish spoken by people

12   from certain countries.

13             THE COURT:  Objection is overruled.

14   BY MS. MARTINEZ:

15   Q.   What countries were the students and parents whom

16   you translated for originally from?

17   A.   Guatemala and El Salvador.

18   Q.   How long did you work in that role?

19   A.   Three to four years.

20   Q.   Did you have -- prior to -- or other than your

21   role in the schools and your job currently with the FBI,

22   have you had other employment where you had opportunity

23   to use your Spanish skills?

24   A.   I did.  I did have other employment that I used

25   Spanish with.

1    Q.   What employment was that?

2    A.   It was a trucking company.  It was actually a

3    company that did a -- they wrote a directory for trucking

4    companies.  And I would have to call Mexican trucking

5    companies and get information, detailed information so

6    that the company would put it in the directory.

7    Q.   And, what country -- I'm sorry.  Did you say what

8    country you were translating for?

9    A.   Mexico.

10   Q.   So, other than the jobs that you've already

11   listed, have you had any other jobs in your lifetime

12   that required you to use your Spanish skills?

13   A.   Yes, I did.

14   Q.   What job is that?

15   A.   There was another -- I used to work for the

16   airlines, Pan American Airlines.  I worked at the LA

17   Airport and I used my Spanish skills there.

18        I also worked for Continental Airlines, at the

19   international desk, and I used my Spanish skills there as

20   well.

21   Q.   Starting with Pan American, what did you do for

22   Pan American Airlines?

23   A.   I worked at the airport, at the terminal, and I

24   would do anything from checking in luggage to going up to

25   the gate and calling boarding gates; any -- any kind of

 1    job at the airport.

 2        Q.   And why did that require you to use your Spanish

 3    skills?

 4        A.   Many of our flights -- well some of our flights,

 5    they were going to South America and Central America.

 6    They wanted the announcements to be made in Spanish to be

 7    able to help the customers.

 8        Q.   What countries, specifically?

 9        A.   Guatemala, El Salvador, Argentina, Peru.

10        Q.   And in your experience working for Pan American

11    Airlines and in talking to customers flying on Pan

12    American Airlines, were there customers who were from

13    those countries you just named?

14        A.   Yes.

15        Q.   Did you speak to them in Spanish?

16        A.   I did.

17        Q.   Were you able to effectively communicate?

18        A.   I did.

19        Q.   And understand them?

20        A.   Yes.

21        Q.   Okay.  You also said you worked for Continental

22    Airlines?

23        A.   I did.

24        Q.   What did you do for Continental Airlines?

25        A.   International reservation desk agent.  And Spanish

1   calls were rerouted as well -- even if they were not

2   international -- to my desk because I spoke Spanish.

3        Q.   What countries were the Spanish speakers you would

4   speak to from?

5        A.   Several countries:  Mexico, Guatemala, El

6   Salvador, Costa Rica, any of the areas that we served.

7        Q.   Were you able to understand these speakers in

8   Spanish regardless of which country they were from?

9        A.   I was able to, yes.

10       Q.   Able to effectively translate for them?

11       A.   Yes, I was.

12       Q.   How long did you work for Continental Airlines?

13       A.   Two years.

14       Q.   How long did you work for Pan American Airlines?

15       A.   Three years.

16       Q.   All right.  Now, going back to your current

17  position, you said that you're a contract language

18  monitor?

19       A.   Correct.

20       Q.   Have you been in that position your entire time at

21  the FBI?

22       A.   Correct.

23       Q.   Okay.  When the FBI hired you as a contract

24  language monitor, did you have to take any sort of

25  qualification in order to become a contract language

1    monitor?

2        A.   Yes.  I had to have a test, written and verbal.

3        Q.   And based on your written and verbal test, did you

4    in fact qualify to be a contract language monitor for the

5    FBI?

6        A.   Yes, I did.

7        Q.   And for what languages?

8        A.   For Spanish.

9        Q.   All right.  So, what do you do at the FBI as a

10   contract language monitor?

11           What are your duties?

12       A.   I get recordings, and from those recordings I do

13   translations.  I get documents, and from those documents

14   I translate the documents.

15           I also do -- go out with agents and do debriefs or

16   interviews.  Any type of communication between two

17   parties, you know, Spanish, English, I am able to do

18   that.

19       Q.   Let's start with -- you said that you translate

20   recordings; is that right?

21       A.   That's correct.

22       Q.   What kind of recordings?

23       A.   Any kind of recordings, wire taps, body wires,

24   any -- any -- any recording.

25       Q.   When you say "wire tap," what do you mean?

1    A.   That's where we -- where we listen on the phone,

2    listen to phone calls as they're coming in or after the

3    fact.

4    Q.   When you work on a wire tap, what does that entail

5    for you on a day-to-day basis?

6    A.   That means that I go there and I sit and I listen

7    and as I listen, I translate.

8    Q.   And how many hours a day do you do that?

9    A.   Eight hours a day.

10   Q.   How many hours -- how many days a week?

11   A.   Five days a week.

12   Q.   How many wire taps have you worked on in your

13   experience at the FBI where the primary language spoken

14   on the wire was Spanish?

15   A.   Many.  Over ten.

16   Q.   And, on a typical wire when you're assigned to a

17   wire tap, how long do you typically work on that wire?

18   A.   The -- most wires last about three months.

19   Q.   And if you're working on a wire tap for three

20   months, are you working 40 hours a week for three months?

21   A.   Yes, that's correct.

22   Q.   Listening to the Spanish language recordings the

23   whole time?

24   A.   Correct.

25   Q.   During your time at the FBI and working on wire

1   taps and translating other recordings, what countries

2   have these speakers been from that you're listening to

3   and translating?

4       A.   They have been from Mexico.  They have been from

5   El Salvador, Guatemala, Cuba, Peru.

6       Q.   And, are you approved within the FBI as a contract

7   language monitor to translate Spanish to English for all

8   of those countries, for speakers from all of those

9   countries?

10      A.   I am, yes.

11      Q.   You also said that you translate in person.  Can

12  you tell us a little bit more about that?

13      A.   Yes.  Agents will call my supervisor and my

14  supervisor will send me out on assignments, and I will

15  either translate with the witness, family members, any --

16  anyone that needs the -- that needs me to translate.

17      Q.   Do you translate spoken Spanish into spoken

18  English?

19      A.   Yes.

20      Q.   Do you translate spoken English into spoken

21  Spanish?

22      A.   Yes.

23      Q.   What experience, if any, do you have working on

24  investigations that involve members or alleged members of

25  the gang MS-13?

1    A.   I have -- I have done a lot of work with MS-13.

2    Q.   Remind me again, how long have you been with the

3    FBI?

4    A.   Six years.

5    Q.   And how long have you been working on cases

6    involving MS-13?

7    A.   Six years.

8    Q.   What was the -- how long did you -- when -- the

9    first case you worked on that involved MS-13, what was

10   your -- what were your responsibilities?

11   A.   I was to sit and listen on a wire tap.

12   Q.   How long did that wire tap go for?

13   A.   Um, I believe three to four months.

14   Q.   And just to be clear, that wire tap wasn't related

15   to this current case, right?

16   A.   It was not.

17   Q.   And during those three to four months working on

18   that wire type, how many hours a week were you working on

19   it?

20   A.   Forty hours a week.

21   Q.   And what were you doing 40 hours a week?

22   A.   I would sit and listen as the calls came in and I

23   would translate.

24   Q.   When you say "translate," what would you do?

25   A.   I would write a summary of the conversation that

1    was spoken.

2        Q.   What languages would you write your summary in?

3        A.   In English.

4        Q.   In your experience, when -- with translating

5    Spanish, and Spanish from people from different

6    countries, do Spanish speakers from different countries

7    speak different dialects?

8        A.   Yes, they do.

9        Q.   Can you tell the jury just a little bit more about

10   that?

11       A.   So, people from different countries obviously have

12   different ways of speaking.  I would say one word in

13   Mexico that might mean something different in Cuba or in

14   Costa Rica or in Argentina.  So, yeah, we all have a

15   little bit of a different dialect.

16       Q.   And in your experience at the FBI in particular,

17   what percentage of the cases you've been assigned to have

18   involved Spanish speakers from Central America?

19       A.   About 80 percent.

20       Q.   And, more specifically, what percentage involves

21   Spanish speakers from El Salvador?

22       A.   It's very high, also, maybe 80 percent as well.

23       Q.   Now, you said that you have experience with

24   MS-13 cases; is that right?

25       A.   That's correct.

1    Q.   In your experience, do members and associates of

2    MS-13 speak in any particular kind of dialect?

3    A.   Yes, they do.

4    Q.   Could you tell the jury about that?

5    A.   They have their own way of talking.  Sometimes

6    they transpose the letters so that it's not clearly

7    understood.  Sometimes they transpose the sentences.

8    That would be an example of that.

9    Q.   Over the six years that you've been working at the

10   FBI, could you estimate how many hours you've spent

11   listening to recordings of members and associates of

12   MS-13 speaking in the dialect that you described?

13   A.   Over 3,000 hours.

14          MS. MARTINEZ:  Your Honor, at this time I

15   move the Court to recognize Ms. Portwine as an expert

16   Spanish language linguist, with expertise particularly in

17   El Salvadoran and MS-13 dialects of Spanish.

18          MR. LEIVA:  Subject to cross-examination.

19          THE COURT:  Subject to cross-examination.

20          Go ahead.

21   BY MS. MARTINEZ:

22   Q.   Ms. Portwine, as part of this case, were you asked

23   to translate some Spanish language recordings and prepare

24   verbatim English translations of those recordings?

25   A.   Yes, I was.

L. Portwine - Direct                                              16

1      Q.   What process do you use when you are listening to
2   a Spanish language recording and preparing a verbatim
3   English transcript?
4      A.   There are several steps, but my -- the way I do
5   things is, the very first thing that I do is to listen to
6   the whole recording.  And as I'm listening, I'm taking a
7   few notes in my head.
8           Then after that, then I go ahead and I begin
9   listening for a couple of minutes and then I start
10  typing.  So, then, that's the second step.
11          And then after I finish typing the whole thing,
12  going back and forth until I understand everything that
13  was said.
14          Then after that, then I just read it without any
15  audio.
16          And then after that, then I listen and read at the
17  same time.
18          And after I listen and read, then I wait a -- a
19  day or two, and then I listen and read again, and then I
20  turn it in to my supervisor.
21     Q.   Let's go through that just a little bit more.
22     A.   Okay.
23     Q.   When you're going through that process, where are
24  you?
25     A.   I am at my office, at my desk.

1   Q.   And what equipment do you use to listen to the

2   recordings while you're preparing the translation?

3   A.   Well, we have a computer software called Universal

4   Start-Stop.

5   Q.   What is Universal Start-Stop?

6   A.   That is just a software program that allows me to

7   bring the recordings, and I'm able to use a foot pedal so

8   that I can listen and type without having to stop and use

9   my hand to use the clicker and stuff.  So I'm using a

10  foot pedal.

11  Q.   What does the food pedal do?  Or what can you do

12  with the foot pedal?

13  A.   The foot pedal only allows me to go forward,

14  backward, slow it down, start-up, and -- yeah.  Forward

15  and backwards, and it allows me to slow it down, too, to

16  slow or fast, whichever way.

17  Q.   Does the software make any changes to the

18  recordings?

19  A.   Not at all.

20  Q.   Does it alter the data on the recording?

21  A.   Not at all.

22  Q.   Other than Start-Stop, is there any other

23  equipment that you use listening to the recordings?

24  A.   I use headphones.

25  Q.   What kind of headphones?

 1      A.   Bose.

 2      Q.   Are they noise cancelling headphones?

 3      A.   Yes.

 4      Q.   Why do you use those?

 5      A.   I like to make sure that I am focusing on the

 6   recording and not anything else.

 7      Q.   Perhaps an obvious question, but do your

 8   headphones make any alteration to the recordings in any

 9   way?

10      A.   No, not at all.

11      Q.   All right.  Now, you said that you use Start-Stop

12   so that your hands are free; is that right?

13      A.   That's correct.

14      Q.   What are you doing with your hands while listening

15   to the recording?

16      A.   I'm usually type.

17      Q.   And what are you typing?

18      A.   On the translation.  Yeah, I'm translating

19   whatever I'm listening, too.

20      Q.   Skipping ahead a little bit in the process that

21   you already described, you said that once you've prepared

22   the full translation, you turn it in.

23      A.   That's correct.

24      Q.   What is the purpose of turning it in?

25      A.   That would be so that my supervisor will send it

 1   out to have it reviewed, to -- to have what I have

 2   written, to have everything reviewed by somebody else.

 3       Q.   And, do you ever have occasion to be the person

 4   who is reviewing a translation prepared by another

 5   linguist?

 6       A.   Yes.

 7       Q.   So let's talk about the review process from your

 8   perspective when you're the reviewer.  If you obtained a

 9   translation from another linguist, what process do you

10   undergo to review it?

11       A.   Um, again, I start with, I listen to the whole

12   tape and make a few notes here and there.  And in the

13   case of a review, I also go ahead and read it without the

14   audio, because I got to check for grammar and things like

15   that as well.  So that's why I like to read it.

16           And then I listen and read.  And as I'm listening,

17   if I need -- if I suggest any changes, then I use -- I

18   track the changes.

19       Q.   What kind of changes might you suggest?

20       A.   Again, grammar would be a -- or maybe a

21   mistranslation, maybe a word, use a different word, maybe

22   there's a better meaning or anything -- anything that

23   will improve the translation.

24       Q.   Once you're done with your review, what do you do

25   with that transcript that you've reviewed?

1   A.   Then I send it back to my supervisor so they can

2   send it to the original linguist.

3   Q.   Okay.  So, let's go back to the times when you're

4   the original linguist.

5   A.   Okay.

6   Q.   After you've submitted it to your supervisor for

7   review --

8   A.   Uh-huh.

9   Q.   -- at some point do you get the transcript back?

10  A.   That's correct.

11  Q.   And what do you do then?

12  A.   Okay.  So as soon as I get my transcript, my

13  translation, I read it and I read all the changes.  I

14  want to make -- I want to check for grammar, if there was

15  any suggestion on that.  I want to change -- I want to

16  see what was -- what was suggested.

17        And then, and then after that, then I listen to it

18  and make the appropriate changes, if I agree with them.

19  Q.   Are you the final decider, when you're the

20  linguist, about what the translation says?

21  A.   Yes, I am.

22  Q.   Now, you described this long process that you take

23  to translate a recording, and you've described a lot of

24  steps.  But from beginning to end, how many times, on

25  average, do you listen to a Spanish language recording

1   before your English translation is finalized?

2       A.   About eight or nine.

3       Q.   And, so just to give the jury a sense of time that

4   it takes you to do this, if we were talking about, let's

5   say, a 20-minute recording in Spanish, how many minutes

6   or hours would it take you from the beginning of your

7   product to the very end, to prepare that final English

8   translation?

9       A.   It would take a long time.  It's about a minute

10  and -- an hour per minute with the whole process and

11  everything, so...

12      Q.   So, in other words, an hour of your time for a

13  minute of recording?

14      A.   Correct.

15      Q.   And, how many recordings did you listen to,

16  approximately, in this case?

17      A.   Um, approximately 42 for this case.

18      Q.   For the verbatim, right?

19      A.   For the verbatim, correct.

20      Q.   Did you also listen to recordings where you

21  performed other work other than preparing verbatim

22  translations?

23      A.   Yes.

24      Q.   What else did you do in this case?

25      A.   Well, I was doing the summaries, listening to the

1    wire tap and -- for those summaries.

2       Q.   So overall, for the whole course of the

3    investigation, about how many recordings did you listen

4    to?

5       A.   Over 10,000.

6            MS. MARTINEZ:  With the help of the court

7    security officer, Your Honor, I would like to show this

8    witness what have been marked for identification purposes

9    as Exhibits 2-A and 2-A-1.

10           Big binder.  Sorry about that.  Feel free to

11   take them out of the binder, out of the sleeves, if you

12   need to.  Okay?

13           THE WITNESS:  Okay.

14   BY MS. MARTINEZ:

15      Q.   Let's start with 2-A.

16      A.   2-A, yes.

17      Q.   It should be a disk?

18      A.   It is a disk.

19      Q.   Do you recognize that disk?

20      A.   I do.

21      Q.   You do.  How do you recognize that disk?

22      A.   It has my signature on it.

23      Q.   And when did you put your signature on it?

24      A.   Um, right before I --

25      Q.   Let me ask it this way:  As part of your trial

1    preparation, were you asked to come and listen to some

2    disks and compare them to some translations?

3        A.   Yes.

4        Q.   And those translations, who prepared the

5    translations that you reviewed while you reviewed the

6    disks?

7        A.   I did.

8        Q.   So, if you could go back and look at 2-A, is 2-A

9    one of the disks that you listened to in preparation for

10   your trial testimony?

11       A.   Yes, it is.

12       Q.   And, how do you know that that particular disk is

13   one of the ones that you listened to?

14       A.   It has my signature on it.

15       Q.   Now, if you could look at Exhibit 2-A-1.

16       A.   Uh-huh.

17       Q.   What is 2-A-1?

18       A.   2-A-1 is the translation of the recording.

19       Q.   Which recording?

20       A.   2-A.

21       Q.   And is that a translation that you prepared?

22       A.   Yes, it is.

23       Q.   Using the process that you already described here?

24       A.   Correct.

25       Q.   All right.  Now, within 2-A-1, there are some --

1    within the transcript there are people identified.  The

2    speakers of the -- the people are identified; is that

3    right?

4        A.   Correct.

5        Q.   All right.

6        A.   Yes.

7        Q.   Is it your responsibility, as the linguist, to

8    identify the names of the people who are speaking in the

9    translation?

10       A.   No, it's not.

11       Q.   When you prepare your translation, if you don't

12   know who's speaking, how do you indicate that?

13       A.   I put "unknown male," "UM."

14       Q.   And did you do that in this case?

15       A.   Sometimes I did, yes.

16       Q.   And, in these final versions of the translations

17   that you reviewed in your trial preparation, are many of

18   the names identified?

19       A.   Um --

20       Q.   Many of the speakers?

21       A.   Many of the speakers are identified.

22       Q.   And just to be clear, those identifications don't

23   come from you; is that right?

24       A.   Correct.

25       Q.   With the exception of the identities of the

1    speakers, are the trans- -- is the translation in 2-A-1

2    entirely your work product?

3       A.   Yes, it is.

4       Q.   And based on your experience and your knowledge as

5    a Spanish language linguist, is the translation in

6    Exhibit 2-A-1 a true and accurate English translation of

7    the Spanish language recording in 2-A, to the best of

8    your abilities as a Spanish language linguist?

9       A.   Yes, it is.

10           MS. MARTINEZ:   Your Honor, at this time we

11   would move -- conditionally move 2-A and 2-A-1 into

12   evidence, conditional on establishing the relevance, of

13   course, of the recording and the translation.

14           THE COURT:   All right.   And subject to

15   cross-examination on her expertise.   All right, 2-A and

16   2-A-1 will be received conditionally.

17   BY MS. MARTINEZ:

18      Q.   Now I would like you to look -- it should be in

19   that same binder there -- at Exhibit 2-B and 2-B-1.

20      A.   I see it.

21      Q.   Do you see 2-B and 2-B-1?

22      A.   Yes.

23      Q.   All right.   Starting with 2-B, what is 2-B?

24      A.   2-B is a recording of a translation --

25      Q.   And -- I didn't mean to interrupt.   Go ahead.

1      A.   2-B is a part of a recording of a translation.

2      Q.   What you do mean by, it's part of a recording?

3      A.   It's only part of it.  It's not the whole

4  recording.

5      Q.   Which one is the whole recording?

6      A.   2-A.

7      Q.   So, 2-B is a clip of 2-A?

8      A.   Correct.

9      Q.   All right.  And that disk there that you're

10  looking at, have you reviewed that particular disk?

11      A.   I did review it.

12      Q.   And how do you know -- how do you know that you

13  reviewed it?

14      A.   Because it has my signature.

15      Q.   How about 2-B-1; what is Government's

16  Exhibit 2-B-1?

17      A.   2-B-1 would be the translation of the clip of the

18  recording.

19      Q.   So, it's the translation of the smaller portion;

20  is that right?

21      A.   That's correct.

22      Q.   Did you review that translation or that portion of

23  the translation while you were also reviewed the clip in

24  2-B?

25      A.   I did.

1    Q.   And does the translation match the clip, the

2    Spanish language clip?

3    A.   It does.

4    Q.   And is that a portion of a transcript that you

5    actually prepared?

6    A.   Correct.

7    Q.   And is 2-B-1 a true and accurate translation of

8    2-B, to the best of your abilities as a Spanish language

9    linguist?

10   A.   Correct.

11        MS. MARTINEZ:  Your Honor, we would

12   conditionally move to admit 2-B and 2-B-1, subject to

13   relevance.

14        THE COURT:  And cross-examination.

15        MS. MARTINEZ:  And cross-examination.

16        THE COURT:  2-B and 2-B-1 will be received.

17   BY MS. MARTINEZ:

18   Q.   Let's look now, if you will, at Government's

19   Exhibits 3-A and 3-A-1.  Do you see that?

20   A.   I see it.

21   Q.   All right.  Start with 3-A.

22   A.   Uh-huh.

23   Q.   What is 3-A?

24   A.   3-A is a recording that I reviewed.

25   Q.   Is --

1    A.   It's a -- it's a recording in Spanish that I

2    reviewed already.

3    Q.   Did you review it as part of your trial

4    preparation?

5    A.   Yes, I did.

6    Q.   Had you also reviewed it earlier as part of your

7    duties in this case?

8    A.   Yes.

9    Q.   What is 3-A-1?

10   A.   3-A-1 is the translation of the recording, 3-A.

11   Q.   All right.  And just in case I didn't ask you, how

12   do you know that Government's Exhibit 3-A is the same

13   recording that you previously reviewed?

14   A.   Um, because it has my signature.

15   Q.   Who prepared the translation in 3-A-1?

16   A.   I did.

17   Q.   And, did you review the translation while

18   listening to the recording in 3-A?

19   A.   I did.

20   Q.   And, once again, are -- are there names identified

21   in the translation?

22   A.   Yes, there are.

23   Q.   Were you responsible for identifying those names?

24   A.   No, I was not.

25   Q.   With the exception of the names, the identities of

 1   the speakers, is all of the translation in 3-A-1 your

 2   work product?

 3       A.   Yes, it is.

 4       Q.   And, is Government's Exhibit 3-A-1, the English

 5   translation, a true and accurate English translation of

 6   the Spanish language recording in Government's

 7   Exhibit 3-A, to the best of your abilities as a Spanish

 8   language linguist?

 9       A.   Yes, it is.

10            MS. MARTINEZ:  Your Honor, again subject to

11   relevance and cross-examination, we conditionally move to

12   admit Government's Exhibit 3-A and 3-A-1.

13            THE COURT:  Admitted conditionally, subject

14   to cross-examination and qualification.

15            MS. MARTINEZ:  And, Your Honor, just for the

16   record, Government's Exhibit 3-A, the recording, has

17   already been admitted into evidence through a previous

18   witness.

19            THE COURT:  Okay.

20   BY MS. MARTINEZ:

21       Q.   Could you look now at Government's Exhibits 3-B --

22       A.   I see it.

23       Q.   -- and 3-B-1?

24       A.   I see it as well.

25       Q.   What is Government's Exhibit 3-B?

1    A.   3-B is a clip, a portion of a -- of a --
2  previously -- of a previous translation -- of a previous
3  recording.
4    Q.   Can you identify which recording it is a clip of?
5    A.   Yes.  3-A.
6    Q.   How do you know that 3-B is a clip of 3-A?
7    A.   That is because I reviewed it.  I reviewed it
8  along with 3-B-1, and it has my signature.
9    Q.   And what is 3-B-1?
10   A.   3-B-1 is a clip or a part, a portion of a
11 translation.
12   Q.   And, does the portion of the translation in 3-B-1
13 match the audio recording in 3-B?
14   A.   Yes, it does.
15   Q.   How do you know that?
16   A.   It has my signature.
17   Q.   And is 3-B-1 a portion of 3-A-1?
18   A.   Yes, it is.
19   Q.   And who prepared that translation?
20   A.   I did.
21   Q.   So, is 3-B-1 a true and accurate English
22 translation of the Spanish language recording clip in
23 3-B, to the best of your abilities as a Spanish language
24 monitor?
25   A.   Yes, it is.

1     Q.   Let's look at 3-C and 3-C-1.

2          What is 3-C?

3     A.   3-C is also a portion of a translation for 3-A.

4  This is the recording, the CD, with my signature on it.

5  And 3-C-1 is the translation.

6     Q.   And is 3-C-1 a portion of a translation?

7     A.   Yes, it is.

8     Q.   What is it a portion of?

9     A.   Of the translation for 3-A-1.

10    Q.   Thank you.

11         And, did you review Government's Exhibit 3-C?

12    A.   Yes, I did.

13    Q.   How do you know?

14    A.   It has my signature on it.

15    Q.   Is Government's Exhibit 3-C-1, the English

16  language translation, a true and accurate English

17  translation of Government's Exhibit 3-C, to the best of

18  your abilities as a Spanish language linguist?

19    A.   Yes, it is.

20         MS. MARTINEZ:   Your Honor, again subject to

21  relevance and cross-examination, we conditionally move to

22  admit Government's Exhibits 3-C and 3-C-1.

23         THE COURT:   3-C, 3-C-1 conditionally

24  admitted.

25  BY MS. MARTINEZ:

1    Q.   Ms. Portwine, we have a few more to go through and

2    in an attempt to go a little bit faster, I'm going to try

3    to do several at once.

4    A.   Okay.

5    Q.   You just let me know if it gets too confusing and

6    we will stop and go one by one.

7    A.   Okay.

8    Q.   Okay?

9         Can you go ahead and look at Government's

10   Exhibits 7-A and 7-A-1, 10-A and 10-A-1, 11-A, 11-A-1,

11   14-A, 14-A-1, 15-A, 15-A-1, 16-A, 16-A-1, 17-A, 17-A-1,

12   and 20-A and 20-A-1.

13        Let's start with all of those A's.  Do you

14   recognize those exhibits?

15   A.   I do.

16   Q.   What are they?

17   A.   The recordings.

18   Q.   Are they recordings that you've reviewed?

19   A.   They are recordings I have reviewed, yes.

20   Q.   How do you know that those disks are recordings

21   that you reviewed?

22   A.   All of them have my signature.

23   Q.   And let's go through the A-1s.  All of those A-1s

24   that you just looked at, what are they?

25   A.   They are translations of the recordings.

1    Q.   Who prepared those translations?

2    A.   I did.

3    Q.   And, did you also review the disks, the A's, and

4    compare them to the translations, the A-1s?

5    A.   I did.

6    Q.   And which translation goes with which disk?

7    A.   Um, so, translations for recording 4-A goes with

8    4-A-1.

9    Q.   Okay.  So if we were to go to -- I think we

10   started with 7-A and 7-A-1.

11   A.   Correct.

12   Q.   Do those two match?

13   A.   Yes.

14   Q.   And, do you know because you reviewed them?

15   A.   Correct.

16   Q.   All right.  Moving on to 10-A and 10-A-1, what's

17   the relationship between those exhibits?

18   A.   10-A is the recording, the CD, the recording, and

19   10-A-1 is the translation.

20   Q.   11-A, 11-A-1?

21   A.   11-A is the recording.  11-A-1 is the translation.

22   Q.   14-A, 14-A-1?

23   A.   14-A is the recording.  14-A-1 is the translation.

24   Q.   And just to be clear for the record, when you're

25   saying "the translation," do you mean the translation of

1    that disk?

2        A.   Correct.

3        Q.   15-A, 15-A-1?

4        A.   15-A is the recording and 15-A-1 is the

5    translation of the recording.

6        Q.   16-A, 16-A-1?

7        A.   16-A is the recording.  16-A-1 is the translation

8    of the recording.

9        Q.   17-A, 17-A-1?

10       A.   17-A is the recording.  17-A-1 is the translation

11   of the recording.

12       Q.   And 20-A and 20-A-1?

13       A.   20-A is the recording.  20-A-1 is the translation

14   of the recording.

15       Q.   And for all of these recordings and translations

16   that you prepared, are the translations true and accurate

17   English translations of the Spanish language recordings

18   to the best of your ability as a Spanish language

19   linguist?

20       A.   Yes, they are.

21            MS. MARTINEZ:  Your Honor, subject to

22   relevance and cross-examination, the government moves to

23   admit Government's Exhibits 7-A, 7-A-1, 10-A, 10-A-1,

24   11-A --

25            THE COURT:  Ms. --

```
 1              MS. MARTINEZ:  -- 11-A-1 --

 2              THE COURT:  -- Martinez, Ms. Martinez.

 3              MS. MARTINEZ:  I'm so sorry, Your Honor.

 4              THE COURT:  No, it's just that I can't write

 5    as fast as you can speak, and I want to make sure I get

 6    it right.  Okay.  Start over.

 7              MS. MARTINEZ:  Absolutely, Your Honor.

 8              THE COURT:  Take your time.  Hold on.

 9              MS. MARTINEZ:  I'll begin with 7-A, 7-A-1.

10              THE COURT:  Okay.

11              MS. MARTINEZ:  10-A, 10-A-1, 11-A, 11-A-1,

12    14-A, 14-A-1, 15-A, 15-A 1, 16-A, 16-A 1, 17-A, 17-A 1,

13    20-A, and 20-A-1.

14              THE COURT:  Received.

15              MS. MARTINEZ:  Thank you, Your Honor.

16

17    BY MS. MARTINEZ:

18        Q.  And Ms. Portwine, if you could indulge me, because

19    we went through a lot of numbers and a lot of exhibits

20    and I just want to make sure we got them all.  Could you

21    flip back to Government's Exhibits 3-B and 3-B-1.

22              MS. MARTINEZ:  Court's indulgence for just a

23    moment, Your Honor.

24              THE COURT:  Sure.  All right.

25              (Pause.)
```

1  BY MS. MARTINEZ:

2     Q.   All right.  And so, Government's Exhibit 3-B, what

3  is that?

4     A.   That is a part of a recording -- it's a recording,

5  but it's only a clip.  It's only a part of another

6  recording.

7     Q.   Okay.  And, is -- what recording is it a part of?

8     A.   It would be 3-A.

9     Q.   So, another clip like we've talked about before?

10    A.   Yes, correct.

11    Q.   How about 3-B-1?

12    A.   3-B-1 is again, a part, a portion of translation.

13 The translation would be 3 -- 3-1 -- 3-A-1.

14    Q.   And is 3-B-1 a true and accurate English

15 translation of Government's Exhibit 3-B, to the best of

16 your abilities as a Spanish language linguist?

17    A.   Yes, it is.

18    Q.   All right.  And indulge me, just in case I skipped

19 this one, can you look at Government's Exhibits 5-A and

20 5-A-1.

21         Government's Exhibit 5-A, is that a disk that

22 you've reviewed before?

23    A.   Um, can I take it out?

24    Q.   Of course.

25    A.   Yes, it is.

1    Q.   How do you know?

2    A.   It has my signature on it.

3    Q.   You couldn't see it until you took it out?

4    A.   I couldn't see it until I take it out.

5    Q.   How about 5-A -- excuse me -- 5-A-1; what is

6  5-A-1?

7    A.   5-A-1 is the translation of the recording, 5-A.

8    Q.   Is that -- who prepared that translation?

9    A.   I did.

10    Q.   And, once again, just for the record, in all of

11  these translations, were you responsible for identifying

12  the names of the speakers?

13    A.   No, I wasn't.

14    Q.   And do all of these translations have

15  identities -- have names of speakers in the translations?

16    A.   Yes, they do.

17    Q.   With the exceptions of the identities of the

18  speakers, are they all your work product?

19    A.   Yes, they are.

20    Q.   And is Government's Exhibit 5-A-1 a true and

21  accurate English translation of Government's Exhibit 5-A,

22  to the best of your abilities as a Spanish language

23  linguist?

24    A.   Yes, it is.

25         MS. MARTINEZ:  Your Honor, again

 1   conditionally, the government would also move to admit
 2   Government's Exhibits 3-B and 3-B-1 and 5-A and 5-A-1.
 3                THE COURT:  Received.
 4                MS. MARTINEZ:  No further questions, Your
 5   Honor.
 6                MR. JENKINS:  Your Honor, would now be an
 7   appropriate time to stop for the day?
 8                THE COURT:  Mr. Jenkins, I think it would be
 9   an appropriate time to stop, because we don't have a
10   short witness.  And I don't mean short in stature.
11                (Laughter.)
12                MR. JENKINS:  Thank you, your Honor.  I
13   appreciate that.
14                THE COURT:  Ladies and gentlemen, again, we
15   appreciate your attention as responsibility as jurors.
16                I want to remind you of the instruction I
17   give every day, and that is not to discuss the case, not
18   to permit the case to be discussed in your presence.
19   Don't do any research on the case.
20                Leave your notes in the jury deliberation
21   room.
22                Don't visit any places that you've heard
23   discussed in trial.
24                We will resume on Monday, 10:00 a.m.  You're
25   free to leave now.  Thank you very much.  You can go.

 1    And leave your notes in the jury deliberation room.

 2    Thank you.

 3              (Jury not present.)

 4              THE COURT:  Anything else I need to take up

 5    before we leave for the day?

 6              (No response.)

 7              THE COURT:  Okay.  Good.  We're in recess.

 8    Thank you.

 9              (Court recessed at 4:58 p.m.)

10                        ---

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF REPORTER

I, Renecia Wilson, an official court reporter for the United State District Court of Virginia, Alexandria Division, do hereby certify that I reported by machine shorthand, in my official capacity, the proceedings had upon the testimony in the case of  United States of America vs. Jose Lopez Torres, et al.

I further certify that I was authorized and did report by stenotype the proceedings and evidence in said testimony, and that the foregoing pages, numbered 1 to 39, inclusive, constitute the official transcript of said proceedings of Excerpt Testimony as taken from my shorthand notes.

IN WITNESS WHEREOF, I have hereto subscribed my name this  22nd   day of  April, 2016

/s/
Renecia Wilson, RMR, CRR
Official Court Reporter