```
1              IN THE UNITED STATES DISTRICT COURT FOR THE
                      EASTERN DISTRICT OF VIRGINIA
2                          Alexandria Division

3   UNITED STATES OF AMERICA,          )
                                       )
4                      Plaintiff,      )
                                       ) Crim. No. 1:14cr306
5        vs.                           )
                                       )
6   JOSE LOPEZ TORRES, ALVIN GAITAN    )
    BENITEZ, CHRISTIAN LEMUS CERNA,    ) April 4, 2016
7   OMAR DEJESUS CASTILLO, DOUGLAS     )
    DURAN CERRITOS, MANUEL ERNESTO     )
8   PAIZ GUEVARA, and JESUS ALEJANDRO  )
    CHAVEZ,                            )
9                                      )
                       Defendants.     )
10  _____)

11

12                         JURY TRIAL

13        ** EXCERPT:  TESTIMONY OF SANDRA M. D'SA **

14
    BEFORE:      THE HONORABLE GERALD BRUCE LEE
15                UNITED STATES DISTRICT JUDGE

16
    APPEARANCES:
17
    FOR GOVERNMENT:  UNITED STATES ATTORNEY'S OFFICE
18                   BY:  JULIA MARTINEZ, AUSA
                          STEPHEN M. CAMPBELL, AUSA
19                        TOBIAS TOBLER, AUSA

20
                          ---
21

22  OFFICIAL COURT REPORTER:

23                   RENECIA A. SMITH-WILSON, RMR, CRR
                     U.S. District Court
24                   401 Courthouse Square, 5th Floor
                     Alexandria, VA 22314
25                   (703)501-1580
```

APPEARANCES (Continued)

FOR DEFENDANT JOSE LOPEZ TORRES

        BYNUM & JENKINS, PLLC
        BY:  ROBERT L. JENKINS, JR., ESQ.
        THE LEIVA LAW FIRM, PLC
        BY:  MANUEL E. LEIVA, ESQ.

FOR DEFENDANT ALVIN GAITAN BENITEZ

        LAW OFFICE OF AMY LEIGH AUSTIN
        BY:  AMY LEIGH AUSTIN, ESQ.
        SMITH & ZIMMERMAN, PLLC
        BY:  JEFFREY D. ZIMMERMAN, ESQ.

FOR DEFENDANT CHRISTIAN LEMUS CERNA

        LAW OFFICE OF CHRISTOPHER AMOLSCH
        BY:  CHRISTOPHER AMOLSCH, ESQ.
        FRANK SALVATO, ESQ.

FOR DEFENDANT OMAR DEJESUS CASTILLO

        FIRSTPOINT LAW GROUP, PC
        BY:  KATHERINE MARKELL, ESQ.
        OLD TOWN ADVOCATES, PC
        BY:  MEREDITH M. RALLS, ESQ.

FOR DEFENDANT DOUGLAS DURAN CERRITOS

        LAW OFFICE OF J.R. CONTE, PLLC
        BY:  JOSEPH R. CONTE, ESQ.
        LAW OFFICE OF DWIGHT CRAWLEY
        BY:  DWIGHT E. CRAWLEY, ESQ.

FOR DEFENDANT MANUEL ERNESTO PAIZ GUEVARA

        LAW OFFICE OF W. MICHAEL CHICK, JR.
        BY:  WILLIAM MICHAEL CHICK, JR., ESQ.

FOR DEFENDANT JESUS ALEJANDRO CHAVEZ

        JEROME P. AQUINO, ESQ.
        ELITA C. AMATO, ESQ.


                        ---

1                            <u>INDEX</u>

2

3    <u>WITNESS (Government)</u> <u>DIRECT</u>   <u>CROSS</u>    <u>REDIRECT</u>    <u>RECROSS</u>

4    Sandra M. D'Sa           4       33        53         ---

5        (End of excerpt)

6

7                            ---

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          PROCEEDINGS
                        (Requested Excerpt)
2

3              ...(Court in session at 11:25 a.m.)

4              THE COURT:  Next witness.

5              MS. MARTINEZ:  The government calls Sandra

6     D'Sa.

7              MR. CONTE:  Excuse me, Your Honor.  I would

8     make a request for a copy of the glossary of the

9     dictionary that she used to interpret the recordings.

10             THE COURT:  We will take that up after the

11    recess.

12             (Witness sworn.)

13             THEREUPON, SANDRA M. D'SA, having been duly

14    sworn, testified as follows:

15                     DIRECT EXAMINATION

16    BY MS. MARTINEZ:

17      Q.  Good morning.

18          Would you please state and spell your full name

19    for the record.

20      A.  My name is Sandra Martha D'Sa, D-S-a.

21      Q.  Where do you work, Ms. D'Sa?

22      A.  I'm a contract language monitor for the FBI.

23      Q.  How long have you been a contract language

24    monitor for the FBI?

25      A.  Eight years, going into nine.

1    Q.  What languages are you a contract language
2    monitor for?
3    A.  Spanish.
4    Q.  How long have you spoken Spanish?
5    A.  My whole life.  When I -- when --
6    Q.  If you could just lean into the microphone there.
7    Sorry.
8        How long have you spoken Spanish?
9    A.  My whole life.  I'm a native speaker.
10   Q.  What country are you from?
11   A.  Mexico.
12   Q.  When did you come to the United States?
13   A.  When I was 17.
14   Q.  Seventeen?
15   A.  Uh-huh.
16   Q.  How old were you when you learned English?
17   A.  Seventeen.
18   Q.  Where did you work prior to the FBI?
19   A.  I was a teacher.
20   Q.  What kind of teacher?
21   A.  Preschool teacher.
22   Q.  In that capacity, were you able to use your
23   Spanish language skills?
24   A.  Yes.
25   Q.  How so?

1    A.   I was teaching Spanish to the children.

2    Q.   What school is this?

3         Or where was this school, perhaps is a better

4    question.

5    A.   In Herndon.

6    Q.   And when you were teaching Spanish to the

7    children, were you speaking in Spanish?

8    A.   Yes.

9    Q.   And were you also being spoken to in Spanish?

10   A.   They tried, yes.

11   Q.   You're from Mexico?

12   A.   Yes.

13   Q.   Would you agree that Spanish speakers from

14   different countries that speak Spanish use different

15   kinds of dialects?

16            MR. AQUINO:  Objection as to leading.

17            THE COURT:  Overruled.

18            THE WITNESS:  I do agree.

19   BY MS. MARTINEZ:

20   Q.   In addition to a dialect spoken by a native of

21   Mexico, such as yourself, are you familiar with dialects

22   by Spanish speakers from any other countries?

23   A.   I am.

24   Q.   What countries?

25   A.   Every -- countries from South America, like Peru,

1    Argentina, Peru -- I'm sorry -- Bolivia, Colombia,

2    Central America:  El Salvador, Honduras, Guatemala,

3    Nicaragua.

4        Q.   How have you become familiar with all of these

5    dialects?

6        A.   Well, I -- at work, I come across all kinds of

7    material from different countries; and just by speaking

8    to other native speakers, native from the countries.

9        Q.   I'll focus specifically on El Salvador.  How long

10   have you been able to speak with, communicate with,

11   natives of El Salvador in Spanish?

12       A.   Oh, for about over 20 years.  I've spoken to

13   people from El Salvador from the time I went to school,

14   grew up here.

15       Q.   You say when you went to school.  Where did you

16   go to school?

17       A.   Um, I went to school in Herndon, high school.

18       Q.   And, at school, did you have opportunities to

19   speak with other native speakers?

20       A.   Yes.

21       Q.   From what countries?

22       A.   Mainly El Salvador, and some were Peruvian,

23   Guatemalan, Honduran.

24       Q.   Focusing on your experience with the FBI, what

25   are your duties as a contract language monitor with the

S. D'Sa - Direct                                                    8

1   FBI?

2        A.   I translate material, usually from Spanish into

3   English.

4        Q.   What kind of material?

5        A.   Audio, documents.  I also do interpreting, yep.

6        Q.   When you were hired by the FBI nearly nine years

7   ago, was there a test or qualification that you had to

8   satisfy in order to become a contract language monitor?

9        A.   Yes.

10       Q.   Were you able to satisfy that test or

11  qualification?

12       A.   Yes.

13       Q.   You talked about translating recordings.  What

14  kind of recordings?

15       A.   Um, it varies.  We -- it could be a -- like a

16  body wire or a telephone conversation, or -- it depends.

17       Q.   When you say "a telephone conversation," can you

18  tell us a little bit more about your work translating

19  telephone conversations?

20       A.   Yes.  It could be from wire intercept, or it

21  could be just a conversation that it's been recorded by

22  the agents.

23       Q.   What is a wire intercept?

24       A.   A wire intercept is when we listen to the

25  conversations of a telephone, of somebody's telephone.

1    Q.   Have you worked on wire intercepts during your

2    experience with the FBI?

3    A.   Yes, I have.

4    Q.   When you're working on one particular wire

5    intercept, how long do you work on that same wire

6    intercept?

7    A.   About 40 hours a week.

8    Q.   And for how long?

9    A.   Oh, it varies.  It could be one, two months, up

10   to a year, two years, perhaps.

11   Q.   Over your nearly nine years, how many wire

12   intercepts have you worked on that included Spanish

13   language phone calls?

14   A.   Over 15.

15   Q.   And, of these over 15 wire intercepts, what

16   countries -- what dialects were spoken in these Spanish

17   language recordings?

18   A.   Um, mostly Mexican, Salvadoran, Puerto Rican, a

19   little bit of Peruvian.

20   Q.   About what percentage would you say was

21   Salvadoran?

22   A.   About 50 percent.

23   Q.   I think you mentioned body wire recordings.  What

24   is that?

25   A.   A body wire is when the agents have a cooperating

1    witness, and they put a recording device, and they go

2    in -- they could go to a meeting.  They could go to,

3    whatever their tasks.

4         Q.   What is your role?

5         A.   I have to listen to the -- the recording and

6    translate it.

7         Q.   What language is -- do you translate?

8         A.   Spanish.

9         Q.   You also said that you do in-person translation.

10   Can you tell the jury a little bit more about that?

11        A.   Yes.  I interpret for, like, if I -- if they need

12   me to go to interview a victim or to interpret in court

13   or to interpret in any -- any given situation where

14   the -- the agents need help interpreting for a person

15   who doesn't speak English.

16        Q.   In these contexts, in-person interpretations, are

17   you interpreting from Spanish into English?

18        A.   Yes.

19        Q.   Are you --

20        A.   Mostly.

21        Q.   Are you also interpreting from English into

22   Spanish?

23        A.   Sometimes -- yes, all the times.

24        Q.   Do you have any problem communicating with these

25   native Spanish speakers?

1      A.   No.

2      Q.   And, what countries are these native Spanish

3   speakers from?

4      A.   It varies.  Mostly Central American; Honduran,

5   Salvadoran, Mexican.

6      Q.   Now, going back to what you talked about, about

7   translating for wire intercepts, when you're working on

8   a wire, what is it that you're actually doing on a

9   day-to-day basis for 40 hours a week?

10     A.   I come in.  I log into the system.  And then we

11  just wait for the calls to come.  And when the call

12  comes, we do a summary of the calls.  Usually, it's in

13  Spanish, and -- and, we sign it, and that's it.

14     Q.   And, when you say you do a summary, how is it

15  that you're preparing the summary?

16          What are you doing in order to prepare the

17  summary?

18     A.   I listen to the conversation.

19     Q.   What language is the conversation in?

20     A.   In Spanish.

21     Q.   During your nearly nine years of experience with

22  the FBI, in all of these types of translating that

23  you've done, approximately what percentage would you say

24  has been Salvadoran dialect?

25     A.   About 50, 50 percent.

1    Q.   And, how many hours -- could you estimate how

2    many hours of recorded Spanish language material you've

3    heard during the course of your experience with the FBI

4    that was in Salvadoran dialect?

5    A.   Thousands.  It's been a lot.

6              MS. MARTINEZ:  Your Honor, at this time we

7    move the Court to recognize Ms. D'Sa as an expert

8    Spanish language linguist, both in the Spanish language

9    and in the Salvadoran dialect.

10             MR. LEIVA:  Subject to cross, Your Honor.

11             THE COURT:  All right.  She'll be qualified

12   as an expert in the Spanish language as a linguist and

13   Salvadoran dialect.

14             You may proceed.

15   BY MS. MARTINEZ:

16   Q.   As part of this case, were you asked to prepare

17   Spanish -- I'm sorry -- were you asked to translate

18   Spanish language recordings and prepare English

19   transcripts of those recordings?

20   A.   Yes.

21   Q.   What process do you use when you're

22   preparing a -- well, let me ask you this:  Were they

23   verbatim translations?

24   A.   Yes.

25   Q.   What process do you use when you're preparing a

S. D'Sa - Direct                                          13

1    verbatim English translation of a Spanish language
2    recording?
3        A.   So, I get the CD -- usually it comes in a CD --
4    and I follow the format, I listen to it and I just start
5    typing what I hear, and I translate it into Spanish.
6        Q.   What kind of equipment do you use when you do
7    this?
8        A.   I use, um, a transcription, um, system called,
9    um, Omniversal (sic) Start-Stop.  And it just has a, um,
10   pedal that controls -- allows me to pause and go as I
11   hear, and then I just type.
12       Q.   What's the -- what's the purpose of the pedal?
13       A.   Just so I can pause or go back without having to
14   use my hands.  So I just have a pedal and I just type,
15   but, pause or continue, and then I just hear and type
16   and translate.
17       Q.   Why is it helpful to not have to use your hands
18   to start and stop or rewind?
19       A.   Because I can go fast and I can just focus on
20   what I'm doing.
21       Q.   Does that software, Omniversal Start-Stop, make
22   any changes to the recordings itself?
23       A.   No.
24       Q.   Does it make any changes to the data contained
25   within the recording?

1      A.   No.

2      Q.   Now, as you're listening to the Spanish language

3   recording, what is it that you're preparing?

4      A.   Translation of the recording.

5      Q.   And, about how many times do you listen to one

6   Spanish language recording in order to prepare a

7   verbatim translation?

8      A.   Many, many, many.

9           For instance, just to get one phrase, I could

10  listen to it for over an hour, just to -- to get that

11  one -- not even a minute, just ten seconds, can take me

12  20 minutes, just because I want to make sure I'm getting

13  what I'm -- what I'm translating is correct.

14     Q.   And, how is it that you make sure that the

15  translation is correct?

16     A.   Um, I'm sorry?

17     Q.   You said you want to make sure -- you're

18  listening to make sure that what you're getting is

19  correct.  Can you explain to the jury what you mean by

20  that?

21     A.   Yes.  Because, I want to know that what I'm

22  producing is accurate, and, I'm not hearing what I think

23  I'm hearing, versus what they're really actually saying.

24          So, I -- I'm very meticulous about that.  I have

25  to make sure that what I'm translating is accurate and

1    it's -- um, and I'm conveying the meaning.

2       Q.   When you prepare one of these translations, do

3    you listen to the recording from beginning to end?

4       A.   Yes.

5       Q.   Do you do that multiple times?

6       A.   Yes.  I usually listen to it the first -- when I

7    first get the CD or the source of the -- or the audio, I

8    listen to it once, all the way and, just so I know what

9    the conversation is all about, what's going on, how many

10   participants.

11       And then after that is when I start the actual

12   translation.  And, you know, sometimes I have to go back

13   a little bit and make sure I know exactly what they're

14   saying.

15       Q.   So, you listen to it once all the way through,

16   then you begin listening and translating?

17       A.   Yes.

18       Q.   How many times from the very beginning -- from

19   the first time you listen to the time that you've

20   prepared the translation, how many times have you

21   listened to the recording from beginning to end, on

22   average?

23       A.   About five, five times.

24       Q.   Why so many?

25       A.   Because I have to make sure I get the correct

1    translation.  I want to make sure that I'm getting

2    exactly what they're saying.

3        Q.   Once you've prepared the translation and you

4    actually have the document in front of you, what's the

5    next thing that you do?

6        A.   Um, I turn it in to my supervisor, and then she

7    sends it somewhere else for -- to another colleague for

8    quality control.

9        Q.   Are you ever someone who does quality control for

10   your own colleagues?

11       A.   Yes.

12       Q.   Tell the jury about that process.

13       A.   Okay.  So, we have a linguist and he translates

14   the product.  So the quality controller gets that

15   product, so we have to follow the audio and the

16   translation and make sure the -- make sure the linguist

17   accurately translated the document.

18            Um, if there are mistakes or omissions, then we

19   make suggestions and we track the changes.  Um, and it

20   goes back to the linguist.

21       Q.   So, we're returning to an example where you're

22   the linguist.  Do you receive the translation back after

23   the review?

24       A.   Yes.

25       Q.   What do you do then?

1    A.   Um, then I look at the changes they suggested,

2  and if I agree, and if it didn't -- if I agree with the

3  changes, I make the changes.  If I don't agree with the

4  changes, I don't.  I reject the changes and I keep my

5  original translation.

6    Q.   When you're reviewing any suggested changes, are

7  you doing that just based on the translation or does

8  that involve the recording as well?

9    A.   It involves the recording, always.

10   Q.   How so?

11   A.   You have -- when you're going back to a

12 translation, you cannot just read it and say, "Oh, yeah,

13 that sounds good."  You have to make sure you go back to

14 that same exact point of the translation and then you

15 listen to it and make sure it matches with whatever you

16 wrote or the suggestion of the quality reviewer.

17   Q.   During the course of your trial preparation, did

18 you review some of the translations that you prepared?

19   A.   Yes, I did.

20   Q.   Did you review them along with the Spanish

21 language recordings that you translated?

22   A.   Yes, I did.

23        MS. MARTINEZ:  Your Honor, with the help of

24 the court security officer, if we could show the witness

25 what has been marked as Government's Exhibit 1-A and

1    1-A-1.

2    BY MS. MARTINEZ:

3        Q.   Let's start with 1-A.  Do you have that in front

4    of you there?

5        A.   Yes, I do.

6        Q.   What is it?

7        A.   It's a CD.  It's the recording in Spanish.

8        Q.   When you say "the recording in Spanish," what do

9    you mean?

10       A.   It's a CD that contains a recording in Spanish.

11   I translate it.

12       Q.   Have you reviewed this particular CD?

13       A.   Yes, I have.

14       Q.   How do you know that?

15       A.   Because I signed it and I reviewed it.

16       Q.   When you reviewed it, what did you do?

17       A.   I listen to the audio and make sure it was -- um,

18   it matched the translation.

19       Q.   Turning your attention to what should be in front

20   of you there, Exhibit 1-A-1, what is that?

21       A.   That is the translation of the audio.

22       Q.   Which audio?

23       A.   The 1 -- 1-A?  1-A, yes.

24       Q.   All right.  If you could pull that translation

25   out of the sleeve there, so you have a chance to look at

1   it.

2       A.   Yes.

3       Q.   Within the translation, are there speakers who

4   are identified?

5       A.   Yes.

6       Q.   Were you responsible for identifying the

7   speakers?

8       A.   No.

9       Q.   On the front page of the -- the exhibit there,

10  there's information about time and date, that sort of

11  thing.

12      A.   Uh-huh.

13      Q.   Where does that information come from?

14      A.   It comes from the -- the recording.

15      Q.   Now, with the exception of the identities of the

16  speakers, is all of the translation contained -- all the

17  text contained within that translation your work -- your

18  work product?

19      A.   Yes.

20      Q.   Excuse me.

21      A.   Yes.

22      Q.   And, is Government's Exhibit 1-A-1, that

23  translation, a true and accurate English translation of

24  the Spanish language recording, Government's

25  Exhibit 1-A, to the best of your abilities as a Spanish

S. D'Sa - Direct                                                      20

1    language monitor?

2      A.   Yes, it is.

3           MS. MARTINEZ:  Your Honor, we would move to

4    conditionally admit Government's Exhibit -- Government's

5    Exhibit 1-A-1, subject to establishing relevance and the

6    identities of the speakers.

7           I'll note for the record that Government's

8    Exhibit 1-A, the recording, has already been admitted.

9           MR. AQUINO:  Judge, I object as to the

10   verbatim aspect as being listed on the face of that

11   exhibit, and I ask that you reserve judgment on that

12   until we argue later about it.

13          THE COURT:  Is that it?

14          MR. AQUINO:  Yes, sir.

15          THE COURT:  All right.  Well, I will

16   conditionally admit 1-A-1, subject to relevance and

17   identification of the speakers.  And we will deal with

18   that.

19   BY MS. MARTINEZ:

20     Q.   Ms. D'Sa, could I turn your attention in the same

21   binder to Exhibits 4-A, and 4-A-1?

22     A.   Yes.  I have it.

23     Q.   What is Government's Exhibit 4-A?

24     A.   It's a CD containing recording in Spanish.

25     Q.   At any point, did you review that recording?

1    A.   Yes, I did.

2    Q.   How do you know that?

3    A.   Because I signed it.  It has my initials on it.

4    Q.   What is Government's Exhibit 4-A-1?

5    A.   It's the translation of the recording.

6    Q.   Which recording?

7    A.   Of the 1-A -- I'm sorry -- 4-A.

8    Q.   How do you know that the translation in 4-A-1 is

9    a translation of 4-A?

10   A.   Because I reviewed it.  I listened to the

11   recording and matched it to the translation.

12   Q.   Who prepared the translation?

13   A.   I did.

14   Q.   Okay.  And again, with the exception of the

15   identity of the speakers, is that translation your work

16   product?

17   A.   Yes, it is.

18   Q.   And, is Government's Exhibit 4-A-1 a true and

19   accurate English translation of the recording contained

20   in 4-A, to the best of your abilities as a Spanish

21   language linguist?

22   A.   Yes, it is.

23        MS. MARTINEZ:  Your Honor, we would

24   conditionally move to admit Government's Exhibits 4-A

25   and 4-A-1, subject to establishing relevance and

1    identity of speakers.

2                MR. AQUINO:  Same objection, Judge.

3                In addition to that, to the extent that the

4    testimony would morph into gang expert, we would ask

5    that as an additional objection.

6                And finally, we believe that there may be,

7    and are, *Crawford* issues related to that.  So when we

8    get to some point, we would like to argue that to the

9    Court.

10               THE COURT:  All right.  Then we'll

11   conditionally admit 4-1, 4-A-1, transcript, subject to

12   relevance, identity of speakers, information about

13   whether or not gang parlance has been properly

14   interpreted.

15               Go ahead.

16   BY MS. MARTINEZ:

17     Q.   Turning your attention to Government's

18   Exhibits 4-B and 4-B-1 --

19     A.   Yes.

20     Q.   -- what is Government's Exhibit 4-B?

21     A.   It is a -- it is a smaller part of 4-A -- of

22   the -- of 4-A.

23     Q.   What do you mean, "a smaller part"?

24     A.   It is -- whatever is on this disk on Exhibit 4-B

25   is contained on 4-A.  It's a smaller clip of the -- of

1  4-A.

2      Q.  Did you review that clip?

3      A.  Yes, I did.

4      Q.  How do you know?

5      A.  I signed it and I listened to it.

6      Q.  If you could look at Government's Exhibit 4-B-1.

7  What is 4-B-1?

8      A.  It's the translation of 4-B, Exhibit 4-B.

9      Q.  Is Government's Exhibit 4-B-1 also a clip of some

10  sort?

11     A.  Yes, it is.  It's a clip from a 4-A.

12     Q.  And, is that clip transcript, 4-B-1, a true and

13  accurate translation of the clip recording from

14  Government's Exhibit 4-B, to the best of your abilities

15  as a Spanish language linguist?

16     A.  Yes, it is.

17          MS. MARTINEZ:  Your Honor, we move to

18  conditionally admit Government's Exhibit 4-B and 4-B-1

19  subject to relevance and identity of speakers.

20          MR. AQUINO:  Judge, same objection.

21          To speed matters along, every time they

22  admit or attempt to admit an exhibit, I ask that you

23  treat it as a standing objection.

24          THE COURT:  I think that's very efficient.

25  So if there's a question, we will admit the transcripts

1    conditionally with issues of verbatim -- whether or not

2    it's verbatim or not, subject to relevance, identity of

3    speakers, and limited on whether or not there's evidence

4    to support gang parlance.

5                Go ahead.

6    BY MS. MARTINEZ:

7        Q.   Moving now to Government's Exhibit 4-C and 4-C-1.

8    What is Government's Exhibit 4-C?

9        A.   It is also a clip from Exhibit 4-A.

10       Q.   Did you review that clip?

11       A.   I did.

12       Q.   How do you know that?

13       A.   I signed the disk and I reviewed it.  I listened

14   to it.

15       Q.   What is Government's Exhibit 4-C-1?

16       A.   It's the translation of 4-C, Exhibit 4-C.

17       Q.   Is that translation of in Exhibit 4-C a true and

18   accurate English language translation of the Spanish

19   language clip in 4-C?

20       A.   It is.

21       Q.   Moving now to Government's Exhibit 12-A and

22   12-A-1.

23       A.   Okay.

24       Q.   What is Government's Exhibit 12-A?

25       A.   It's a CD containing a recording in Spanish.

S. D'Sa - Direct                                                    25

1    Q.  Is that a recording that you reviewed?

2    A.  Yes.

3    Q.  How do you know that?

4    A.  Because I signed the CD and I listened to it.

5    Q.  And Government's Exhibit 12-A-1, what is that?

6    A.  It's the translation of Exhibit 12-A.

7    Q.  Who prepared that translation?

8    A.  I did.

9    Q.  Is Government's Exhibit 12-A-1 a true and

10   accurate English translation of Government's

11   Exhibit 12-A, to the best of your abilities as a Spanish

12   language linguist?

13   A.  It is.

14   Q.  And just for an example for just a moment, on the

15   cover page of Exhibit 12-A-1 -- forgive me if we've

16   covered this before, but I don't recall -- there's

17   information concerning date, time, duration, phone

18   numbers, that sort of thing on the cover page.  Where

19   does that information come from?

20   A.  It comes from the recording.

21   Q.  Moving on to Government's Exhibit 19-A and

22   19-A-1, what is Government's Exhibit 19-A?

23   A.  A CD containing a recording.

24   Q.  Is that a recording that you reviewed?

25   A.  Yes, it is.

1    Q.   How do you know that?

2    A.   Because I signed the CD, and I listened to it.

3    Q.   What is Government's Exhibit 19-A-1?

4    A.   It is the translation of Exhibit 19-A.

5    Q.   Who prepared that translation?

6    A.   I did.

7    Q.   Is the translation in Government's Exhibit 19-A-1

8    a true and accurate English translation of the Spanish

9    language recording in 19-A, to the best of your

10   abilities as a Spanish language linguist?

11   A.   It is.

12   Q.   Turning now, please, to Government's Exhibit 21-A

13   and 21-A-1.

14   A.   Okay.

15   Q.   What is 21-A?

16   A.   A CD containing a recording.

17   Q.   A recording that you reviewed?

18   A.   Yes.

19   Q.   How do you know that?

20   A.   Because I signed the CD, and I listened to it.

21   Q.   What is Government's Exhibit 21-A-1?

22   A.   It's the translation of Exhibit 21-A.

23   Q.   Who prepared that translation?

24   A.   I did.

25   Q.   Is the translation contained in

S. D'Sa - Direct                                                    27

1    Government's Exhibit 21-A-1 a true and accurate English
2    translation of the Spanish language recording in
3    Government's Exhibit 21-A, to the best of your abilities
4    as a Spanish language linguist?
5        A.   Yes.
6        Q.   And now, Government's Exhibits 23-A and 23-A-1.
7        A.   Okay.
8        Q.   What is Government's Exhibit 23-A?
9        A.   It's a CD containing a recording.
10       Q.   Is that a recording that you reviewed?
11       A.   Yes.
12       Q.   How do you know that?
13       A.   Because I signed the CD and I listened to it.
14       Q.   What is Government's Exhibit 23-A-1?
15       A.   It is the translation that goes with 23-A.
16       Q.   Who prepared the translation?
17       A.   I did.
18       Q.   Is the translation contained in Government's
19   Exhibit 23-A-1 a true and accurate English translation
20   of the Spanish language recording in 23-A, to the best
21   of your abilities as a Spanish language linguist?
22       A.   Yes.
23       Q.   And again, to cover all of these translations
24   that we've covered, were you responsible for identifying
25   the speakers?

1    A.   No.

2    Q.   Other than identifying the speakers contained in

3    these translations, is all of the -- all of the

4    translation your work product?

5    A.   Yes.

6              MS. MARTINEZ:   Your Honor, just for the

7    record, we would move to conditionally admit all of the

8    exhibits -- conditionally admit the following exhibits,

9    subject to establishing relevance and the identity of

10   the speakers -- other than the ones I've already said --

11   4-C, 4-C-1, 12-A, 12-A-1, 19-A, 19-A-1, 21-A, 21-A-1,

12   23-A, 23-A-1.

13             THE COURT:   Received, subject to the

14   previous ruling concerning verbatim and all the other

15   matters I mentioned earlier.

16   BY MS. MARTINEZ:

17   Q.   Ms. D'Sa, in addition to these recordings that we

18   just looked at today or that we talked about today, did

19   you listen to other Spanish recordings related to this

20   case?

21   A.   I did.

22   Q.   For what purpose?

23   A.   To translate them.

24   Q.   About how many recordings did you listen to

25   during the course of this case?

1    A.   Many.  Many.

2    Q.   How long have you been working on Spanish

3  language recordings for this case?

4    A.   Over a year.

5    Q.   And in addition to preparing these verbatims,

6  what roles have you played?

7    A.   I was one of the linguists assigned to do the

8  verbatim translations.

9    Q.   Approximately how many hours have you spent

10  listening to recordings and preparing translations

11  related to this case?

12    A.   Over a thousand hours.  It's been a long -- many,

13  many.

14    Q.   And, what country of -- well, let me ask you

15  this:  As a Spanish language linguist, when you listen

16  to someone speaking in Spanish, are you typically able,

17  after a period of time, to determine what country of

18  origin dialect they're using?

19    A.   Yes, I am.

20    Q.   How can you determine that?

21    A.   Um, experience, and just knowing that I know.

22    Q.   And, in this case, listening to these Spanish

23  language recordings, both the ones that we've covered

24  and the others -- the many others that you listened to,

25  were you able to determine what type of dialect was

1    being used?

2        A.    Absolutely.

3        Q.    And what type of dialect was that?

4        A.    Um, Salvadoran, El Salvadoran.

5        Q.    During the course of your experience with the

6    FBI, what kinds of cases have you worked on?

7        A.    Oh, I have worked drug cases, gang, gang cases,

8    counterterrorism, counterintelligence, human

9    trafficking, white-collar crime, blue-collar crime,

10   um -- (pause) --

11       Q.    About what percentage of your -- I'm sorry.  Did

12   I interrupt you?

13       A.    No.

14       Q.    About what percentage of your cases during your

15   nearly nine years of experience with the FBI have been

16   gang cases?

17       A.    About 30 percent of the cases.

18       Q.    And, have you been able to prepare translations,

19   both summary and verbatim, in gang cases?

20       A.    Yes.

21       Q.    What -- do you know what gangs were involved in

22   the gang cases that you worked on?

23       A.    Mostly MS-13 and 18th Street.

24       Q.    How, if at all, have you educated yourself and

25   learned the different dialects that are spoken by gang

S. D'Sa - Direct                                                         31

1   members?

2      A.   I have done extensive research, particularly to

3   MS-13.  I have been working on MS-13 cases for nine

4   years, and I have prepared by -- I do research, number

5   one.

6           I do -- I have a lot of interaction with police

7   officers from El Salvador.  And they come from a task

8   force in El Salvador that deals with gangs.  And I have

9   been lucky enough to work with them, at least five of

10  them.  And, they have helped me understand how they --

11  how they speak.

12     Q.   How have you they helped you?

13     A.   I -- I ask them questions, a lot of questions.

14  When I don't understand something they say, I typically

15  have an idea, and if I'm not a hundred percent sure and

16  I have not confirmed it, I -- I consult with these

17  gentlemen who are experts, and they -- they're down

18  there, they talk to them, they deal with them, and

19  they -- they know how they talk.

20          And I ask them, "What does this mean," and they

21  explain it to me.  I take notes, and I have my own

22  glossary.  It's -- pretty big.

23     Q.   And these gentlemen that you just mentioned, who

24  are the gentlemen?

25     A.   They are police officers from the TAG.  The TAG

1     is a transnational gang unit task force in El Salvador,

2     something like that.  So, their main job is to deal with

3     gangs, gang members.

4        Q.   Now, you said that when you consult these law

5     enforcement officials, you said, "Usually I have an idea

6     but then I go to them for clarification."  Can you tell

7     the jury what that means?

8        A.   Yes.  I do my own research.  I read books.  I --

9     just from experience, listening and, um, I watch

10    documentaries, and, you know, gang documentaries, and I

11    do my own research.

12           And if I am not clear about a term or a word, or

13    if I come across a part of the recording that I don't

14    understand -- and sometimes it's not even about, um --

15    the Spanish is not very clear, or what -- like, if I

16    understand the words, but not when you put them

17    together, you're not sure of what they mean, I do

18    consult with the officers.  And they clarify, "Oh, yeah,

19    you know, you were pretty close," or, "No, that was not

20    really" -- "that's really not what they're saying in

21    this case."

22           Because, you know, one phrase can mean many

23    different things, so, it depends.

24       Q.   In instances when you've consulted with others

25    for assistance, do you rely solely on what someone else

1    says, or do you rely on the recording as well?

2        A.    On the recording as well.

3        Q.    What does that mean?

4        A.    Um, I have to make sure I understand what they're

5    saying -- what the recording says, and I have -- and I

6    have a clear understanding of the words that are being

7    said.

8             Putting them together and understanding the

9    meaning could get a little challenging at times.

10       Q.    How, if at all, does context affect the way that

11   you're able to translate a word or a phrase during a

12   recording?

13       A.    Context -- how does it affect the recording?

14       Q.    No.   How does it affect your ability to translate

15   a particular word or phrase?

16       A.    Well, it depends.   A word can mean many different

17   things.

18             So, I have to have a -- a big -- the whole idea.

19   That's why I listen to the whole thing from beginning to

20   end.   Because if you -- if I hear a word there that

21   in -- and you just throw it out there, and you're

22   telling me, "Well, that means this, not that," well,

23   within the context -- within the context of the

24   conversation, it means that, and I know, because I -- I

25   put it all together.

1    Q.   So, in other words, if someone else tells you

2    that word A means B, do you rely solely on what that

3    other individual told you or do you do something else?

4    A.   No, I don't.

5    Q.   What do you do?

6    A.   I put -- I put everything together.  It's my --

7    my expertise and my knowledge of the language and of

8    the -- that specific -- that lingo or that slang.  And,

9    if I'm not satisfied with -- with that, then I just kind

10   of ask other people that have been -- other linguists or

11   even other agents that might have -- know a little bit,

12   other Spanish speaking agents.

13        It is never -- translating is never black or

14   white.  You know, there's -- there's always a little bit

15   of a gray area that, you know, it's never this or that.

16   No way.

17                 MS. MARTINEZ:  Thank you.

18                 No further questions, Your Honor.

19                 THE COURT:  You may proceed.

20                 MR. LEIVA:  Thank you.

21                      CROSS-EXAMINATION

22   BY MR. LEIVA:

23   Q.   Good afternoon, Ms. D'Sa.

24   A.   Good afternoon.

25   Q.   Ms. D'Sa, let's go through some preliminary stuff

1  before we get into your translation that was done in

2  this case.

3      A.   Yes.

4      Q.   Looking over your resumé, you're not a member of

5  the American Translator Association, are you?

6      A.   No, I'm not.

7      Q.   You've never gone through the American Translator

8  Association certified program, have you?

9      A.   No.

10     Q.   Okay.  You're not a member of the International

11 Association of Professional Translators and

12 Interpreters?

13     A.   I'm not.

14     Q.   Okay.  You're not a member of the National

15 Capital Area Translators Association?

16     A.   No, I'm not.

17     Q.   All right.  And, you're also not a member of the

18 National Association for Interpretation?

19     A.   No, I'm not.

20     Q.   Okay.  So, other -- well, in -- let me ask you,

21 you've never been court-certified to testify as a

22 translator in federal court, have you?

23     A.   No, I've not.

24     Q.   Okay.  And, you said that you work for the FBI.

25 I'm assuming that you're an independent contractor that

1    works for the FBI?

2        A.   I am.

3        Q.   You also were asked about your work history.

4        A.   Yes.

5        Q.   I see that you graduated from college, but that

6    was with a major in psychology?

7        A.   Yes.

8        Q.   Okay.  Now, you lived in your native country of

9    Mexico until you were 17 or 18 years old?

10       A.   Seventeen.

11       Q.   Seventeen.  And for at least a good 17 years of

12   your life, you didn't speak with any Salvadorans while

13   you lived in Mexico, for the most part.  Would you agree

14   with that?

15       A.   I agree with that.

16       Q.   And you would agree that your country of Mexico

17   has its own distinct dialect, does it not?

18       A.   Yes.

19       Q.   You guys have your own words that people

20   throughout Latin America are not familiar with?

21       A.   Absolutely, uh-huh.

22       Q.   You guys have your own distinct dialect as well?

23       A.   Yes.

24       Q.   And, even within Mexico the meaning of a word

25   changes from region to region?

1    A.   Yes.

2    Q.   And, you would agree that throughout Latin

3  America, Spanish is spoken differently?

4    A.   Yes.

5    Q.   For example, someone from Argentina may have no

6  clue what someone from El Salvador is speaking.

7    A.   Yes.

8    Q.   And someone from Nicaragua may have no clue to

9  what someone from Uruguay is speaking or saying --

10   A.   Correct.

11   Q.   -- right?

12        Even though the mother language is Spanish.

13   A.   Yes.

14   Q.   So, would it be fair to say that when you first

15 started having contact with Salvadorans, you had some

16 difficulty understanding them?

17   A.   No, not really.

18   Q.   I'm not saying you didn't understand them; but it

19 was different, the way they were speaking?

20   A.   Yes.

21   Q.   And, you would agree that Salvadorans for the

22 most part tend to speak informal Spanish?  In other

23 words, they tend to speak slang?

24   A.   No.  Depends on, you know, the level of education

25 or depends on who you're talking to.  I wouldn't

1    generalize that all Salvadorans speak slang.

2        Q.   Well, that's -- that's a fair statement.

3             And, I'm not asking you to generalize, but would

4    you agree with me that most of the Salvadorans that you

5    have encountered -- and I don't mean to offend anyone,

6    I'm half Salvadoran myself -- but most of the

7    Salvadorans that you've encountered don't have a high

8    level of education?

9        A.   No, that's not correct.

10       Q.   So you first started having contact with

11   Salvadorans once you came to this country?

12       A.   Yes.

13       Q.   And, as far as your employment history goes,

14   you -- it appears that once you graduated from college,

15   and maybe while you were in college, you worked at a

16   gift shop for the Ritz-Carlton, correct?

17       A.   Correct.

18       Q.   And from there you moved on to the Federal

19   Children's Center --

20       A.   Correct.

21       Q.   -- right?

22            And is that where you taught toddlers how to

23   speak Spanish?

24       A.   Yes.

25       Q.   And given their ages, I'm assuming it was just

1   very rudimentary Spanish that you were teaching them?

2       A.   Yes, like little words and colors and -- yes.

3       Q.   So, let's talk about this particular assignment.

4   I believe you said that you have been working in this

5   particular case -- was it more than a year or about a

6   year?

7       A.   Um, over a -- a little bit over a year.

8       Q.   A little bit over a year.

9       A.   Uh-huh.

10      Q.   So, you said on direct that you would provide

11  summaries.

12      A.   Correct.

13      Q.   I'm assuming you provided summaries to the case

14  agents?

15      A.   Yes.

16      Q.   So, just so I can understand what you mean by

17  "provide summaries," so, they would get a wire intercept

18  and they would immediately give it to you for you to

19  transcribe or to translate?

20      A.   Correct.

21      Q.   Okay.  And, would you agree that Exhibits 1-A and

22  all the other exhibits that you referenced were

23  initially summaries that you gave to case agents?

24      A.   Um, not necessarily myself.  It could have been

25  somebody else.

1      Q.   Okay.  But the ones that you worked on,

2   basically, what we see in 1-A, which is attributed to

3   you as the person that was, for lack of a better term,

4   the leading linguist, that's something that you try to

5   produce for the case agents almost in realtime?

6      A.   No.  That was a verbatim translation of a summary

7   that was previously submitted.

8      Q.   Okay.  And who -- the -- the translations that

9   you have submitted in court or that Ms. Martinez has

10  submitted in court, you're saying that you looked at

11  summaries first.  They were based off of summaries?

12     A.   Yes, exactly.

13     Q.   Okay.  And, those were summaries prepared by

14  somebody else?

15     A.   It could have been somebody else, yes, not

16  necessarily myself.

17     Q.   Okay.  So, you don't know -- you have no way of

18  knowing which summaries you prepared or which summaries

19  someone else prepared?

20     A.   No.

21     Q.   That you then later relied on when providing

22  these transcripts, these translations?

23     A.   Correct.

24     Q.   Okay.  So, let's assume now that you provided

25  some of the summaries, all right?

1          So, at this point, you're working with agents
2     because it's an ongoing investigation.
3     A.   Correct.
4     Q.   Let's start with that premise, right?
5     A.   Uh-huh.
6     Q.   So, you're not going to wait months to prepare
7     these summaries or these transcripts.  They need it in
8     their hands as soon as possible --
9     A.   Yes.
10    Q.   -- right?
11         So, then, some terms which may be very generic in
12    Spanish, you assign certain gang, um, definitions to
13    them because you knew the agents needed these summaries
14    right away?
15    A.   No, I didn't assign anything.  I -- I didn't -- I
16    don't assign meaning to words.  I know the meaning of
17    the words, or the phrases or the words.
18    Q.   But at the time that you're preparing these
19    summaries, your target audience is the agents, right?
20    A.   Correct.
21    Q.   All right.  And your agents have told you, I'm
22    assuming, by this point that this is an MS-13
23    investigation.
24    A.   Yes.
25    Q.   All right.  So, of course, if you get a

1    Virginia -- a generic word like "*loco*," for example --

2        A.   Yes.

3        Q.   -- what does "*loco*" mean to you?

4        A.   In general, it's crazy.

5        Q.   Okay.  Can it also mean a dude, a guy?

6        A.   A homie.

7        Q.   Okay.  Well, let's focus on that term "homie,"

8    because I see that you used "homie" for every time

9    someone said "*loco*."

10       A.   Uh-huh.

11       Q.   You agree with that?

12       A.   Yes.

13       Q.   Okay.  So, then, um, if -- if you had case agents

14   that were investigating a white-collar crime between

15   some Argentineans, all right -- and I'm sure you're

16   familiar that Argentineans use the word "*loco*."

17       A.   Yes, they do.

18       Q.   You would assign the term "homie," then --

19       A.   No.

20       Q.   -- between Argentineans?

21       A.   No.

22       Q.   Right.  Because that's not your target audience,

23   right?

24       A.   Exactly.

25       Q.   All right.  So going back to my question then, at

1    some point -- well, not at some point.  Let's go back.

2          So, you would take generic terms in Spanish and

3    give them MS or gang meaning, because you knew that your

4    agents were working on an MS-13 gang case?

5    A.   No.  I would assign the term because I know that

6    the way they're speaking, I -- when I hear the

7    conversation, I can tell right away that they're MS-13

8    members.

9    Q.   Okay.  But, if an MS-13 member -- and, during

10   these conversations, you've actually heard MS-13 use the

11   word "homeboy," right?

12   A.   Yes.

13   Q.   They actually said, "homeboy"?

14   A.   Correct.

15   Q.   All right.  And in their conversations, where

16   they use the word "*loco*"?

17   A.   Correct.

18   Q.   So, clearly, they know the distinction between

19   "homeboy" and "*loco*," if they choose to use "homeboy"

20   and choose not to use "homeboy"?

21   A.   Correct.

22   Q.   But you saw it fit, that where they did not use

23   the word "homeboy," you were going to assign the meaning

24   homeboy when they used "*loco*"?

25   A.   I assigned the -- the use of that word because

1    based on my experience, when they talk to each other and

2    they call each other *locos*, they're usually talking

3    about another gang member.  That is why I know -- they

4    don't refer -- they don't refer to any other person as a

5    *loco* if they're not their -- associated with them,

6    they're not one of their associates.

7        Q.   I understand --

8        A.   Based on my experience.

9        Q.   I understand, Ms. D'Sa.

10           But you were here as a translator.

11       A.   Yes.

12       Q.   And what you're telling me is that you did not

13   translate "*loco*" as it's commonly used; you're using

14   your experience with talking to police officers, talking

15   to police officers here in the United States and in

16   El Salvador, to attach another meaning to what is

17   otherwise a generally accepted definition of "*loco*."

18       A.   No, I don't attach other meaning to it.  I use

19   the -- the meaning that it needs to go with it.

20       Q.   All right.  And you say that -- that meaning that

21   needs to go with it, is that because, again, you're

22   providing the summaries to these agents, and you know

23   that they are targeting MS-13, so, whatever translation

24   you provide to them has to be skewed toward that gang

25   lingo so they can understand what they're dealing with?

 1     A.   I'm not the one saying the words.  They are
 2   saying the words.
 3     Q.   Yeah, but --
 4     A.   I just translate them.
 5     Q.   But they're saying the word like "*loco*."  And I'm
 6   sorry to pick on such a simple word, but, it's simple,
 7   "*loco*."
 8     A.   Uh-huh.
 9     Q.   Most people in Latin America, when you say
10   "*loco*," they don't think homeboy or homie; would you
11   agree with that?
12     A.   I would agree with it, yes.
13     Q.   Do you recall coming across another term, "*trompa
14   de hoyo*"?
15          And it's spelled t-r-o-m-p-a, separate word d-e,
16   separate word, h-o-y-o.
17     A.   Yes, I do remember that.
18     Q.   Okay.  And what is the translation of that?
19     A.   It is a -- it is a weapon of some sort.
20     Q.   "Of some sort."
21     A.   Uh-huh.
22     Q.   But in the translation that you provided, you
23   actually put down the caliber of weapon and the type of
24   weapon.
25     A.   Yes.

1    Q.   And nowhere -- well, I'll leave it at that.

2         So, let's talk about your interaction with --

3    with members of law enforcement, both here and in El

4    Salvador.

5         So, you testified that -- that you would have a

6    lot of questions and you would do your own research and,

7    um -- I'm assuming it's because you would hear certain

8    terms that you've never heard before?

9    A.   Yes.

10   Q.   And, specifically this case, how many times did

11   you consult with other people about certain words that

12   you heard?

13   A.   Quite a few.

14   Q.   Okay.  And, those people would consist of law

15   enforcement?

16   A.   No, not everybody.

17   Q.   I'm not saying everybody.

18   A.   Uh-huh.

19   Q.   You said a few.  So --

20   A.   A few.

21   Q.   -- a few of them would be law enforcement?

22   A.   A few, yes.

23   Q.   Okay.  Which -- which law enforcement in this

24   country did you consult with for certain definitions?

25   A.   In this country.  I -- I wouldn't -- no.

1      Q.   Do you remember exactly who?

2      A.   No, I -- not in this country, not -- not any of

3   the agents.

4      Q.   Okay.  So, based on that answer, then, is it fair

5   for me to assume that you consulted law enforcement

6   outside this country for certain terms that you heard in

7   these conversations?

8      A.   Yes.

9      Q.   Okay.  Do you recall who you consulted with?

10      A.   Yes.  I -- I asked -- do you want the names?

11   I -- what --

12      Q.   Yes, if you remember.

13      A.   Well, one is -- he goes by Junior.  One of them

14   is Paco, Amiga (phonetics) --

15      Q.   Let me stop you right there.

16           Junior?

17      A.   Yes.

18      Q.   Junior is a law enforcement officer?

19      A.   Yes.

20      Q.   Okay.  From El Salvador?

21      A.   Yes.

22      Q.   Okay.  And, who is the other one?

23      A.   Paco, Amiga, and --

24           MS. MARTINEZ:  Your Honor, may we approach

25   briefly on this?

```
 1                  THE COURT:  Okay.
 2                  MS. MARTINEZ:  Briefly, Your Honor.
 3                  THE COURT:  Sure.
 4                  MR. LEIVA:  Your Honor, I understand what
 5    the concern is.
 6                  THE COURT:  Okay.
 7                  MR. LEIVA:  I'll instruct the witness, just
 8    give me the first names.
 9                  THE COURT:  All right.
10                  THE WITNESS:  Yeah, that's right.
11                  MR. LEIVA:  First names.
12    BY MR. LEIVA:
13       Q.  And, Paco, he's from El Salvador?
14       A.  Yes.
15       Q.  Okay.  Who else?
16       A.  Amiga.  There was another gentleman, I just -- I
17    could never remember his name.  But I've -- I've spoken
18    to five of them.
19       Q.  Five.
20            And, do you recall or do you have notes which
21    words, specifically, you asked them to help you
22    translate?
23       A.  Um --
24       Q.  And I know you said you've listened to several
25    thousands hours, right?
```

1    A.   Yes.

2    Q.   So, is that a question that you can ask or -- I

3    mean that you can answer, or is it difficult?

4    A.   I'm trying to think of an example.  *Chumpe*, I had

5    no idea what that was.  I had an idea -- I had an idea,

6    and, I asked one of the officers who was here over the

7    summer, and he told me it was a turkey.

8         And I had no idea that it was a turkey.  But then

9    when you put -- when you use that word in a context,

10   in -- if you attach it to a phrase, it just means

11   something different.

12   Q.   All right.  That's one word.  But I'm assuming,

13   since you've spoken to five different officers -- I'm

14   assuming on five different occasions?

15   A.   Yes.

16   Q.   Right?

17   A.   Yes.

18   Q.   -- that you had a number of words that you were

19   unfamiliar with and you sought their advice on.

20   A.   Yes.

21   Q.   You also testified that you, as part of your

22   research, would view gang documentaries?

23   A.   I have watched a few, yes.

24   Q.   Okay.  And, you -- you derived some meaning to

25   some of the words based on those gang documentaries?

S. D'Sa - Cross                                                    50

1      A.   No -- no -- well, it's not just MS-13

2   documentaries.  It's just all sorts of gang, gang

3   documentaries, not just MS-13.

4      Q.   So, you're not familiar with which words, then,

5   that you assigned meaning are either 18th Street lingo,

6   MS-13 lingo, Latin Kings lingo, La Eme lingo?

7      A.   I'm sorry.  What was the question?

8      Q.   Well, you said that you --

9             THE COURT:  It was a compound question.

10            MR. LEIVA:  All right.  I'll go through each

11   name, Your Honor.

12   BY MR. LEIVA:

13      Q.   So, you testified that you would watch these gang

14   documentaries and they would tend to be on gangs in

15   addition to MS-13, right?

16      A.   Yes.

17      Q.   And these documentaries would be part of your

18   research --

19      A.   Yes.

20      Q.   -- right?

21           So, do you know which words you derived meaning

22   from watching documentary -- whether it was a

23   documentary regarding La Eme?

24      A.   I have never watched one regarding La Eme.

25      Q.   18th Street?

1     A.   No.

2     Q.   The Latin Kings?

3     A.   No, I've not watched one.

4     Q.   All right.  So, which gangs documentaries or

5 which gangs are you referring to when you say it's not

6 only MS-13?

7          Which other Latino gangs are you referring to?

8     A.   No Latino gangs.  Like, I've watched

9 documentaries on the Cripps and the Hell's Angels --

10    Q.   Right.

11    A.   -- Angels.

12    Q.   Well, going back to my original question, then:

13 So then, when -- as part of your research for giving

14 meaning to certain words, the gang documentaries you did

15 use, then, dealt with MS-13?

16    A.   Yes.

17    Q.   You said an interesting phrase I would like to

18 focus on.  You said you like to put things all together,

19 right?

20    A.   Uh-huh.

21    Q.   So, you're almost like an investigator, right?

22    A.   Yes.

23    Q.   And, I'm assuming that working with all these

24 agents, and in this particular case over a year, you

25 felt that you were part of this team, right, that was

1    putting this case together?

2        A.   Yes.

3              MR. LEIVA:   That's all the questions I have,

4    Your Honor.

5                        CROSS-EXAMINATION

6    BY MR. AQUINO:

7        Q.   Good afternoon, ma'am.

8        A.   Good afternoon.

9        Q.   My name is Jerry Aquino.  Along with my

10   co-counsel, Ms. Amato, we represent Mr. Jesus Chavez.  I

11   just have a few questions for you.

12             And I thought -- you correct me if I'm wrong --

13   during the direct examination by Ms. Martinez, you

14   indicated that translating is not really black or white.

15   Is that accurate?

16       A.   Yes.

17       Q.   At its heart, you really give your opinion as to

18   the meaning of words, correct?

19       A.   Um, no, I wouldn't say it's my opinion.  It's

20   just based on my experience, like, some things are --

21   yes, this is always what this means, but when you apply

22   it in context, it changes.

23       Q.   So, you give your opinion at that point?

24       A.   You could say that, but, it's not my -- yeah.

25       Q.   Now, ma'am, earlier you testified, I believe,

1  that you rely, at least in part, on police officers for

2  their opinions as to what certain words mean; is that

3  correct?

4      A.   Correct.

5      Q.   And, principally, those police officers are

6  located in El Salvador; is that accurate?

7      A.   Yes.

8      Q.   Now, you don't know any hidden biases that those

9  police officers might have, do you?

10     A.   I don't know.

11     Q.   Okay.  Do you also rely upon gang members to

12  provide meanings for you?

13     A.   Yes, I do.

14     Q.   And, in this case, did you rely upon gang members

15  to provide meanings for you?

16     A.   Yes, I did.

17     Q.   Okay.  Now, you're making a certain assumption

18  about that, right?

19     A.   Am I making an assumption?

20     Q.   Sure.  And the assumption is that those gang

21  members, A, know the true meaning of those terms, and B,

22  are being truthful with you, correct?

23     A.   Correct.

24          MR. AQUINO:  That's all the questions I

25  have.

1        THE COURT:  Redirect.

2        MS. MARTINEZ:  Briefly, Your Honor.

3              REDIRECT EXAMINATION

4    BY MS. MARTINEZ:

5    Q.   Ms. D'Sa, when you're preparing these

6    translations, the ones that we looked at in court today,

7    what are you basing the translation on?

8         Is it the summaries that were referenced in

9    cross-examination, the Spanish language recordings, or

10   something else?

11   A.   The translations?

12   Q.   Yes.

13   A.   I started from scratch.

14   Q.   What do -- what do you mean by "started from

15   scratch"?

16   A.   Yes.  I did not have any previous experience with

17   the recording.  Like, I -- I was asked if I had listened

18   to it before.  And, I have not.  When I was given these

19   translations, that was the first time I heard them.

20   Q.   When you were preparing the translations, were

21   you looking at a summary prepared by another linguist to

22   help you prepare the translation?

23   A.   No.

24   Q.   What did you base the translation on?

25   A.   What I heard on the recording.

S. D'Sa - Redirect                                              55

1    Q.   The word "verbatim" has been thrown around a lot
2    during questioning.
3         Can you tell the jury what your understanding of
4    a verbatim translation is?
5    A.   A verbatim translation is all the -- it's a
6    meaning for meaning translation, that you don't
7    translate word per word.  It will never make sense if
8    you translate word per word.
9         So we translate meaning for meaning, and you
10   translate every single phrase, every single cough and
11   "um" and "ah" and noise, and everything has to be
12   included; and any pause, any -- someone sneezes, you
13   note it in the body of the translation.  That's a
14   verbatim translation.
15   Q.   Now, you said it would be meaning per meaning,
16   not word per word; is that right?
17   A.   Correct.
18   Q.   I want to explore that just a little bit more to
19   make sure that we're communicating the same thing.  When
20   you say -- well, let's start with "word per word."  If
21   you were to look at a sentence in Spanish and you
22   translated each single word into English and put those
23   English words in the same order as the Spanish words,
24   would that be the way that you would prepare a
25   translation?

1    A.   No.

2    Q.   Why not?

3    A.   Because, it wouldn't make sense.

4    Q.   Why not?

5    A.   Because we -- the English language and the

6    Spanish language are different, and, we don't say -- we

7    don't speak in the same way.  Like, we don't have -- the

8    sentences are not arranged in the same manner.

9         So, if you're trying to translate, for instance,

10   the white house, in Spanish it would be the other way,

11   the house white, and it wouldn't make sense.  So, we

12   have to -- it's meaning for meaning.

13   Q.   So, in other words, nouns and adjectives, are

14   they in the same order that they would be in English

15   when you see them in Spanish?

16   A.   No.

17   Q.   How about phrases; if you're looking at a whole

18   phrase in Spanish, would you translate that by

19   translating each word in the phrase into English and

20   keeping it in the same order?

21   A.   No.

22   Q.   Why not?

23   A.   It wouldn't make sense.

24   Q.   Why not?

25   A.   Because we -- we don't follow the same order.

1  Even like idioms, you don't -- like sayings, you

2  don't -- sometimes when you try to translate a saying,

3  like it's easier -- we will kill a bird with -- two

4  birds with one stone, sometimes, if you're trying to

5  translate that into Spanish, or vice versa, it doesn't

6  make sense.

7       So we have to find the equivalent in English for

8  that particular instance.  Sometimes, we do have the

9  exact same term, but, sometimes we don't.  Most of the

10  time we don't.

11     Q.  And, how about context?  If you have one phrase

12  or sentence in Spanish, does it matter, the context of

13  what's being said before and after that?

14     A.  Yes, it does.

15     Q.  How so?

16     A.  Um, if -- if they're talking about a certain, um,

17  word, um -- let me see if I think of an example.  If --

18  we have to look at the context for that word to be

19  assigned to the correct -- assigned the correct meaning.

20  Um, otherwise it won't -- it might not fit into the

21  context.

22     Q.  You were also asked about different dialects.

23  When you're translating, preparing a verbatim

24  translation, how does dialect inform the way that you

25  prepare the translation?

1      A.   It just -- I just have to, um, understand that --

2    I have to think about, okay, am I listening to a

3    Peruvian talking?  That word for them might mean

4    something different than it means to a Mexican or to a

5    Salvadoran.

6           So I sort of have to adapt to that and make sure

7    that I'm assigning the correct meaning to the word or

8    the phrase they're saying.

9      Q.   And when you're deciding whether you're listening

10   to a Peruvian or a Salvadoran or something else, how are

11   you making that decision?

12     A.   Based on their accent and what they say.  They

13   have a -- Mexicans have a way of speaking, um, there are

14   certain words that are used more often by a certain

15   nationality, um -- depends where you're from.

16     Q.   Defense counsel also asked you about your ability

17   to understand MS-13 gang slang.  You said that when

18   you're listening to a recording, you can tell whether

19   you're listening to someone who is speaking MS-13 gang

20   slang.  Can you tell the jury a little bit more about

21   that?

22           MR. AQUINO:  Objection, Judge.  Again, I

23   think we're morphing into a gang expert.

24           MS. MARTINEZ:  She was asked the question on

25   cross.  I'm simply asking her to explain both the answer

1    and -- the question and the answer.

2                 THE COURT:  Objection sustained.

3    BY MS. MARTINEZ:

4       Q.  You were asked about a particular phrase within

5    one of these recordings and, how you were able to tell

6    the caliber and type of weapon from that phrase.

7            Can you explain to the jury how you're able to

8    tell the caliber and type of weapon in that context?

9                 MR. LEIVA:  Excuse me.  I believe that

10   mischaracterized what I asked.  I asked her to translate

11   that phrase, and from that, I asked her:  You did more

12   than that.  You just basically identified the caliber of

13   the weapon.

14               I didn't ask her how she went about doing

15   it.

16                 THE COURT:  If you would rephrase the

17   question.

18   BY MS. MARTINEZ:

19      Q.  You were asked about a particular section of a

20   transcript.  Do you recall that -- on cross-examination?

21      A.  Yes, I do.

22      Q.  And you were asked about how you were able to

23   translate that particular section of the call; is that

24   right?

25      A.  Yes.

S. D'Sa - Redirect                                            60

1    Q.   And, Mr. Leiva pointed out that in the

2    transcript, there's a discussion or there's a

3    translation about caliber and type.  Do you recall those

4    questions?

5    A.   I do.

6         MR. LEIVA:  Your Honor --

7    BY MS. MARTINEZ:

8    Q.   Do you know --

9         MR. LEIVA:  -- I object to mischaracterizing

10   my question.

11        THE COURT:  Overruled.

12   BY MS. MARTINEZ:

13   Q.   Do you recall what transcript we're talking

14   about?

15   A.   I do recall it.  I don't know exactly which one

16   it is.

17   Q.   That's okay.  But, you recall the general

18   context?

19   A.   Yes.

20   Q.   In that specific context, how was it that you

21   were able to -- to create a translation that included

22   caliber and type of weapon?

23   A.   They were talking about different weapons, and

24   they have different names for them.  And I consulted

25   with one of the -- actually, with two of the police

1    officers, and I asked, "What do you think that is?"

2         And they said, "That's a weapon."

3    Q.   But, more specifically, with respect to caliber

4    or type, how are you able to translate that?

5              MR. AQUINO:  Objection.  Asked and answered.

6              THE COURT:  Sustained.

7    BY MS. MARTINEZ:

8    Q.   When you're listening to Spanish language

9    recordings and you ask someone the meaning of one word,

10   do you rely solely on what that person tells you?

11   A.   No.

12   Q.   Why not?

13   A.   Because I have to satisfy myself.  I have to make

14   sure that I am -- I agree.  I have encountered times

15   where the -- I know the answer and I'm given different

16   answers.  So, I have to -- I have to agree with it.

17   Q.   In addition to just that one word, what are you

18   looking at to help determine the meaning of that word in

19   that particular instance?

20   A.   Um, the entire context of the conversation.

21             MS. MARTINEZ:  Thank you, Your Honor.  No

22   further questions.

23             THE COURT:  May the witness be excused?

24             (No audible response.)

25             THE COURT:  You're free to leave.  Thank you

1    for coming.

2              THE WITNESS:  Thank you.

3              (Thereupon, the witness withdrew from the

4    stand.)

5              (End of requested excerpt.)

6

7                        ---

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF REPORTER

I, Renecia Wilson, an official court reporter for the United States District Court of Virginia, Alexandria Division, do hereby certify that I reported by machine shorthand, in my official capacity, the proceedings had upon the jury trial in the case of UNITED STATES OF AMERICA v. JOSE LOPEZ TORRES, et al.

I further certify that I was authorized and did report by stenotype the proceedings in said jury trial, and that the foregoing pages, numbered 1 to 62, inclusive, REQUESTED EXCERPT, constitute the official transcript of said proceedings as taken from my shorthand notes.

IN WITNESS WHEREOF, I have hereto subscribed my name this __23rd__ day of __April__, 2016.


                                 __/s/_____
                                 Renecia Wilson, RMR, CRR
                                 Official Court Reporter