2IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE LOPEZ TORRES, | ) | Case Nos. 1:14-cr-00306-GBL-2 |
| ALVIN GAITAN BENITEZ, | ) | 1:14-cr-00306-GBL-4 |
| CHRISTIAN LEMUS CERNA, | ) | 1:14-cr-00306-GBL-5 |
| OMAR DEJESUS CASTILLO, | ) | 1:14-cr-00306-GBL-6 |
| MANUEL ERNESTO PAIZ GUEVARA, | ) | 1:14-cr-00306-GBL-8 |
| JESUS ALEJANDRO CHAVEZ, | ) | 1:14-cr-00306-GBL-10 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter is before the Court on the Government's oral motion for defense witness lists. For the reasons stated in open court on April 25, 2016,

**IT IS HEREBY ORDERED** that the Government's motion is **GRANTED**.

**IT FURTHER ORDERED** that defense counsel shall provide the Government with a list of the witnesses they intend on calling in their case-in-chief at least twenty-four hours in advance of the witness's testimony.

**IT IS SO ORDERED.**

ENTERED this 25th day of April, 2016.

Alexandria, Virginia
4/25/2016

                                             /s/
                                          Gerald Bruce Lee
                                          United States District Judge