## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 21

Date:     April 26, 2016            Case No:    1:14cr306            Commenced:   10:00
                                                                     Lunch Recess: 1:45-3:00
Before the Honorable:     Gerald Bruce Lee                           Case To Jury :
                                                                     Jury Returned:
Court Reporter:  R. Wilson                                           Jury Excused:
                                                                     Case Concluded:   4:30

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present a.m. : Maria Horvath, Shelly Blumberg; Ana Lefebvre; Jaime de Castellvi; Erin Gaston-Owen. Angeles Estrada replaced Maria Horvath for the p.m. session.

Gov't cont'd. to adduce evidence & rested.

Defts adduced evidence: Alvin Gaitan Benitez adduced evidence & rested; Manuel Ernesto Paiz Guevara adduced evidence and rested; Christian Lemus Cerna rested. Deft Jose Lopez Torres read stipulations into the record and his case will cont. tomorrow. Deft Jesus Alejandro Chavez began to adduce evidence and will cont. tomorrow due to technical (sound) difficulties.

Defts Remanded [ X ]

Case Continued To:     April 27, 2016   10:00 a.m. - Jury   For    Trial