## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 22

Date:     April 27, 2016              Case No:    1:14cr306              Commenced:  10:15
                                                                          Lunch Recess: 1:00 – 2:05
Before the Honorable:     Gerald Bruce Lee                                Case To Jury :
                                                                          Jury Returned:
Court Reporter:  R. Wilson                                                Jury Excused:
                                                                          Case Concluded:   5:00

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Shelly Blumberg; Ana Lefebvre; Jaime de Castellvi; Erin Gaston-Owen; Angeles Estrada.


Two Defts cont'd. to adduce evidence & rested:

Deft Jesus Alejandro Chavez cont'd. to adduce evidence & rested.
Witness issues heard out of the jury's presence.
Deft Jose Lopez Torres adduced evidence & rested.




Defts Remanded [ X ]

Case Continued To:     April 28, 2016   10:00 a.m. - Jury   For    Trial