IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:14cr306 (GBL) |
| v. | ) | 1:16cr104 (LMB) |
| | ) | |
| DOUGLAS DURAN CERRITOS | ) | |
| a/k/a Lil Poison | ) | |
| a/k/a Guason | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

On April 12, 2016, a mistrial was declared as to Douglas Duran Cerritos, an Order was issued by the trial judge, who recused himself from any further involvement with the charges against this defendant, and the undersigned judge was randomly assigned to retry the case against this defendant. To avoid receiving NEFs filed in 1:14cr306, most of which will not be relevant to this Court's management of this defendant's case, it is hereby

ORDERED that the case involving this defendant be recaptioned to read United States of America v. Douglas Duran Cerritos a/k/a Lil Poison, a/k/a Guason and given the new docket number 1:16 cr104 (LMB); and it is further

ORDERED that the Third Superseding Indictment [Dkt. No. 287] be filed as [Dk. No. 1], the Order of April 12, 2016 [Dkt. No. 848] be filed as [Dkt. No. 2], and this Order be filed as [Dkt. No. 3] in 1:16cr104; and it is further

ORDERED that the defendant will remain in detention until this prosecution is resolved.

To ensure that this case does not languish on the docket and in light of the trial of the other defendants in 1:14cr306 being nearly completed, it is hereby

ORDERED that a status hearing, at which defendant must be present, be and is scheduled for 9:00 a.m., Friday May 13, 2016. Before that hearing, counsel should confer and decide upon which, if any, pleadings or orders from 1:14cr306 should be filed in 1:16cr104 to complete the file as to this defendant and they should also be prepared to discuss the scheduling of any motions hearing and the date for a new trial.

The Clerk is directed to forward a copy of this Order to counsel of record and the United States Marshals Service.

Entered this 28 day of April, 2016.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge