# CRIMINAL JURY TRIAL PROCEEDINGS
## Day 23

| | | |
|---|---|---|
| Date: April 28, 2016 | Case No: 1:14cr306 | Commenced: 10:00 |
| | | Lunch Recess: 1:00 – 2:02 |
| Before the Honorable: Gerald Bruce Lee | | Case To Jury: |
| | | Jury Returned: |
| Court Reporter: R. Wilson | | Jury Excused: |
| | | Case Concluded: 5:20 |

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Ana Lefebvre; Jaime de Castellvi; Erin Gaston-Owen; Angeles Estrada; Maria Horvath; and Eva DesRosiers during the afternoon session.

Deft Lopez Torres cont'd. to adduce evidence & rested.

Jurors were excused early for the day, and Part I of an instructions conference was held. Part II will be held on Monday.

Defts Remanded [ X ]

Case Continued To:   May 2, 2016   Monday @ 9:30 a.m. – Counsel Only   For   Trial