## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 24

Date:     May 2, 2016         Case No:   1:14cr306        Commenced:  10:00
                                                          Lunch Recess: 1:00 – 2:02
Before the Honorable:    Gerald Bruce Lee                 Case To Jury : _____
                                                          Jury Returned: _____
Court Reporter: R. Wilson                                 Jury Excused: _____
                                                          Case Concluded:   5:20

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Julia Martinez and Tobias Tobler  Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Ana Lefebvre; Jaime de Castellvi; Maria Horvath; and Benjamin Engelsberg.

Jurors were instructed not to report today.

Deft Chavez' renewed motion for judgment of acquittal as to Counts 7, 8 and 9 heard on all counts, but especially as to Count 9. Denied.

Part II of jury instructions conference held.

Defts Remanded [ X ]

Case Continued To:    May 3, 2016  Tuesday @ 10:00 a.m.      For   Trial