# CRIMINAL JURY TRIAL PROCEEDINGS
## Day 25

Date:  May 3, 2016          Case No:  1:14cr306          Commenced: 9:50
                                                         Lunch Recess: 12:30 – 1:35
Before the Honorable:   Gerald Bruce Lee                 Case To Jury : _____
                                                         Jury Returned: _____
Court Reporter:  R. Wilson                               Jury Excused: _____
                                                         Case Concluded:  5:00

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Ana Lefebvre; Jaime de Castellvi; Maria Horvath; and Benjamin Engelsberg.

Deft Paiz Guevara's oral renewed oral R. 29 motion for judgment of acquittal. All Defts agreed that they renewed their individual motions made at the close of the government's case.

Closing arguments begun. To continue tomorrow.

Defts Remanded [ X ]

Case Continued To:   May 4, 2016  Wednesday @ 10:00 a.m.   For   Trial