## CRIMINAL JURY TRIAL PROCEEDINGS
### Day 26

Date:     May 4, 2016              Case No:    1:14cr306              Commenced:  10:00
                                                                       Lunch Recess: 12:30 – 1:34
Before the Honorable:    Gerald Bruce Lee                              Case To Jury :
                                                                       Jury Returned:
Court Reporter:  R. Wilson                                             Jury Excused:
                                                                       Case Concluded:  5:00

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn were present: Ana Lefebvre; Shelley Blumberg; Jaime de Castellvi; Maria Horvath; and Benjamin Engelsberg.

Oral, renewed motion of Deft Gaitan Benitez to sever – heard out of jury's presence. Denied.

Closing arguments concluded.

Oral motion @ sidebar for mistrial – heard and denied.

Alternate jurors excused.

Jurors retired to elect foreperson.

Exhibits reviewed by counsel w/ deputy clerk, and agreed to.

Defts Remanded [ X ]

Case Continued To:    May 5, 2016  Thursday @ 10:00 a.m.     For   Trial   (deliberations)