# CRIMINAL JURY TRIAL PROCEEDINGS
## Day 27

Date:     May 5, 2016          Case No:   1:14cr306          Commenced:  10:00
                                                             (Jurors only, for deliberations)
Before the Honorable:    Gerald Bruce Lee                    Court Reporter:  R. Wilson
Jury Excused:  For the weekend
                                                             Case Concluded:   5:15

| PARTIES | COUNSEL |
| --- | --- |
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters previously sworn present: Ana Lefebvre and Jaime de Castellvi.

Jury deliberations held.

Jury Question No. 1. Court directed counsel to consider whether an answer should be given, and if so what, and submit to chambers by an email to the law clerk. Counsel to be sure to sign their proposed answers because they will all be filed. The Court will then consider all the suggestions and will answer the jury on Monday.

Jurors excused for the weekend.

Defts Remanded [ X ]

Case Continued To:    May 9, 2016  Monday @ 10:00 a.m.         For   Trial  (deliberations)