IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES  )<br>OF AMERICA  )<br>  v.  )<br>Jose Lopez Torres, Omar  )<br>Dejesus Castillo, Alvin Gaitan  )<br>Benitez, Christian Lemus Cerna,  )<br>Manuel Ernesto Paiz Guevara,  )<br>and Jesus Alejandro Chavez,  )<br>  Defendants. ) | No. 1:14Cr306 GBL |

TRIAL EXHIBIT CERTIFICATE OF REVIEW

We, the undersigned counsel, have reviewed the trial Exhibits admitted by the Court and find that the exhibits in the custody of the Deputy Clerk are appropriate to go to the jury for their deliberation.

_____
Counsel for Government
5/4/16
Time and Date

_____   _____

_____   _____

Counsel for Defendants            Counsel for Defendants

Time and Date:  4:50 p.m.
                May 4, 2016