JURY VERDICT
No. 1:14-CR-306
Page 2 of 5



FILED
IN OPEN COURT

MAY −9 2016

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## VERDICT FORM

### I.  Count One—Conspiracy to Commit Murder in Aid of Racketeering

As to Count One, Conspiracy to Commit Murder in Aid of Racketeering, we, the jury,

find the defendant **JOSE LOPEZ TORRES**, also known as "Grenas," also known as "Peluca,"

also known as "Peluquin,"



_____      Not Guilty

_____      Guilty

### II.  Count Two—Attempted Murder in Aid of Racketeering

As to Count Two, Attempted Murder in Aid of Racketeering, we, the jury, find the

defendant **JOSE LOPEZ TORRES**, also known as "Grenas," also known as "Peluca," also

known as "Peluquin,"

_____      Not Guilty

_____      Guilty

### III.  Count Three—Possession of a Firearm in Furtherance of a Crime of Violence

As to Count Three, Possession of a Firearm in Furtherance of a Crime of Violence, we,

the jury, find the defendant **JOSE LOPEZ TORRES**, also known as "Grenas," also known as

"Peluca," also known as "Peluquin,"

_____      Not Guilty

_____      Guilty

### IV.    Count Four—Murder in Aid of Racketeering

As to Count Four, Murder in Aid of Racketeering, we, the jury, find the defendant **JOSE LOPEZ TORRES**, also known as "Grenas," also known as "Peluca," also known as "Peluquin,"

_____    Not Guilty

___✓_____    Guilty

As to Count Four, Murder in Aid of Racketeering, we, the jury, find the defendant **OMAR DEJESUS CASTILLO**, also known as "Lil Payaso," also known as "Lil Slow,"

_____    Not Guilty

___✓_____    Guilty

### V.    Count Five—Accessory After the Fact

As to Count Five, Accessory After the Fact, we, the jury, find the defendant **ALVIN GAITAN BENITEZ**, also known as "Pesadilla," also known as "Lil Pesadilla," also known as "Lil Tuner," also known as "Tooner," also known as "Lil Tunnel,"

_____    Not Guilty

___✓_____    Guilty

## VI.    Count Six—Murder in Aid of Racketeering

As to Count Six, Murder in Aid of Racketeering, we, the jury, find the defendant **OMAR DEJESUS CASTILLO**, also known as "Lil Payaso," also known as "Lil Slow,"

_____    Not Guilty

____✓____    Guilty

As to Count Six, Murder in Aid of Racketeering, we, the jury, find the defendant **ALVIN GAITAN BENITEZ**, also known as "Pesadilla," also known as "Lil Pesadilla," also known as "Lil Tuner," also known as "Tooner," also known as "Lil Tunnel,"

_____    Not Guilty

____✓____    Guilty

As to Count Six, Murder in Aid of Racketeering, we, the jury, find the defendant **CHRISTIAN LEMUS CERNA**, also known as "Leopardo," also known as "Guepardo," also known as "Gatito," also known as "Bago," also known as "Vago," also known as "Christian Josue Lemus Alfaro,'"

_____    Not Guilty

____✓____    Guilty

As to Count Six, Murder in Aid of Racketeering, we, the jury, find the defendant **MANUEL ERNESTO PAIZ GUEVARA**, also known as "Solitario," also known as "Colita,"

_____    Not Guilty

____✓____    Guilty

JURY VERDICT
No. 1:14-CR-306
Page 5 of 5

### VII.    Count Seven—Murder in Aid of Racketeering

As to Count Seven, Murder in Aid of Racketeering, we, the jury, find the defendant **JESUS ALEJANDRO CHAVEZ**, also known as "Chuy," also known as "Taliban," also known as "Taliman,"

_____    Not Guilty

✓    Guilty

### VIII.   Count Eight—Use of a Firearm During a Crime of Violence Causing Death

As to Count Eight, Use of a Firearm During a Crime of Violence Causing Death, we, the jury, find the defendant **JESUS ALEJANDRO CHAVEZ**, also known as "Chuy," also known as "Taliban," also known as "Taliman,"

_____    Not Guilty

✓    Guilty

### IX.    Count Nine—Felon in Possession of a Firearm

As to Count Nine, Felon in Possession of a Firearm, we, the jury, find the defendant **JESUS ALEJANDRO CHAVEZ**, also known as "Chuy," also known as "Taliban," also known as "Taliman,"

_____    Not Guilty

✓    Guilty

_____
FOREPERSON

May 9 2016
_____
DATE