# CRIMINAL JURY TRIAL PROCEEDINGS
## Day 28

Date:   May 9, 2016            Case No:   1:14cr306            Commenced:  2:10

Before the Honorable:   Gerald Bruce Lee            Court Reporter:  R. Wilson
Jury Excused: [x ]
                                                                 Case Concluded:  2:40

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Jerome Aquino for Chavez; Jeffrey Zimmerman for Benitez;  Manuel Leiva for Lopez Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

Spanish interpreters Ana LeFebvre and Maria Horvath present.

Court sent agreed answer (counsel worked with chambers over the weekend, submitting their suggestions and receiving Judge Lee's final determination of what answer the jury should receive).

Jurors reached their unanimous verdicts [x ]

Jury Verdict published in open court, jurors were polled at the request of some defendants but not others, and Jury Verdict filed in open court. Each of the 6 defendants was found guilty on each count pending against that particular defendant.

Defts referred to Probation for PSIR [x ] (on 5/10/16)

Sentencing dates set:   8/5/16 for Deft Lopez Torres; 9/9/16 Deft Cerna (changed from 9/2/16) and Deft Gaitan Benitez, Deft Castillo, and Deft Paiz Guevara; 8/5/16 for Deft Chavez.

Salvato's oral motion for 7 to 30 days to file post trial – Oral Order granting the request and directing parties to file within 15 days, with 15 days for the gov't to respond. Two hearing dates set: one for Defts Lopez Torres and Cerna on Fri. 7/15/16 at 9:00 a.m. and for Defts Gaitan Benitez, Castillo, Paiz Guevara and Chavez at 10:00 a.m. on THURSDAY, 7/21/16 at 9:00 a.m. Note: These dates changed during the hearing for some of the defendants and may have to be corrected later.

Defts Remanded [ X ]