Lemus Cerna Δ Exhibits & Witnesses

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Virginia

United States
v.
Christian Lemus Cerna

**EXHIBIT AND WITNESS LIST**

Case Number: 1:14cr306

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lee | | Amolsch / Salvato |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | R. Wilson | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | (Rests) (No evidence entered in Δ's case: See Δ Cerna exhibits used, w/ 1 admitted, during gov't case). |

Δ Cerna Exhibits During Government's Case

Cerna 1 marked for ID (Vargas) (4-7-16) - glossary that Vargas and Sandy use

Cerna 2 " " " " " " - 2008 Mara Salvatrucha MS-13

Cerna 3 " " " " " " - Pack of documents for Vargas to pick out the ones she's used in her work on this case
6-4-2004 Leister (?)

X (NOT Adm.) Cerna 4 " " " " " " but preserved for the record.

A Cerna 5 " " " (4-21-16) Statement of Facts
Cerna
― Not marked - 9 "Supplement that Det. ― wrote"
used to refresh
4-26-16 (@ Betts)

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Virginia__

## EXHIBIT AND WITNESS LIST

V.

__Omar Dejusus Castillo__

Case Number: 1:14Cr306

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lee | | Ralls/Martell |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | R. Wilson | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Δ's Case |
| | | | | | (1) Terri Shaw 4-27-16 |
| | 7 | 4-27-16 | Castillo | A | - Shaw Resume |
| | 8 | 4-27-16 | Castillo | A | - "OIG" report 4-27-16 (Sidebar + judgment) |
| | | | | | - 623A19A1 + 8A1 and the transcripts referenced (witness used to refresh, on her own) |
| | 9 | 4-27-16 | Castillo | ✓ | - General Guidelines publication (NAJIT) relied upon for opinion in this case |
| | | | | | - Notes (Subj. of Martinez) (sidebar) |
| | | | | | - 623A + 623A1 |
| | 1-5 | 4-27-16 | Castillo | A | - photographs - 4-27-16 |
| | 6 | 4-27-16 | Castillo | A | - Stipulation re: Castillo 1-5 photos, + (other) 4-27-16 |
| | | | | | (2) Hector Molina a/k/a "Pikachu" 4-27-16 |

judges yes

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages



Lopez Torres △ Exhibits and Witnesses

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Virginia

Case of △ Lopez Torres

United States
v.
Jose Lopez Torres

**EXHIBIT AND WITNESS LIST**

Case Number: 1:14cr306

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lee | | Jenkins Leiva |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | 4-26-16 DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| Torres | 1 | | | A | Stipulation ready by Jenkins 4-26-16 |
| Torres | 2 | | | A | " " " " " |
| | | | | | |
| | | | | | to be cont'd. tomorrow 4-27-16 + 4-28-16 |
| | | | | | (1) Jose Lopez Torres |
| | | | | | G7A1 (previously admitted) |
| | | | | | G66A ( " " ) |
| | | | | | G7A1 ( " " ) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

Paiz Guevara Δ Exhibits and Witnesses

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Easter DISTRICT OF Virgina

United States

Case of Manuel Paiz Guevara

**EXHIBIT AND WITNESS LIST**

Manuel Ernesto Paiz Guevara

Case Number: 1:14cr306

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lee | | Mike Chick |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | (1) Victor Ignascio |
| | | | | | No Exhibits |
| | | | | | (Rested) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

CHAVEZ 2 Exhibits and Witnesses

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Virginia

United States
v.
Jesus Alejandro Chavez

EXHIBIT AND WITNESS LIST

Case Number: 1:14cr306

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lee | | Aquino/Amato |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 4-26-17 |
| | | | | | (1) Michael Garcia, Officer 4-26-16 |
| | | | | | (2) Cosmo Gonzalez 4-26-16 (Interrupted - the audio could not be heard) |
| | | | | | To be cont'd. tomorrow |
| | | | | | 4-27-17 Ms. Amato: - Played video that could not be heard/understood yesterday |
| | | | | | (no exhibits marked or offered) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages