Debtor 1   Jose Roberto Garcia
Debtor 2   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Case number (if known) _____

|   | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here                                                                 4. | $ 0.00 | $ 3,611.12 |
| 5. | List all payroll deductions: | | |
| 5a. | Tax, Medicare, and Social Security deductions                              5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans                                5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans                                 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans                             5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance                                                                                5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations                                                    5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues                                                                             5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____                                          5h.+ | $ 0.00 | + $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6. | $ 0.00 | $ 0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4.  7. | $ 0.00 | $ 3,611.12 |
| 8. | List all other income regularly received: | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.                                                                                      8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends                                                               8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.                                                  8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation                                                    8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security                                                                         8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____   8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income                                                      8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____                                           8h.+ | $ 0.00 | + $ 0.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.           9. | $ 0.00 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. | $ 0.00 + | $ 3,611.12 = $ 3,611.12 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: _____                                                                              11. | | +$ 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.                                                                                                12. | | $ 3,611.12  Combined monthly income |

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: [_____]

Official Form B 6I                     Schedule I: Your Income                                        e 2


DEFENDANT'S EXHIBIT

