*no exhibits Gaitan Benitez no exhibits Chick — no exhibits Paiz Guevara*

# AGREEMENT FOR RETURN OF EXHIBITS TO THE PARTIES



FILED IN OPEN COURT
14Cr306
MAY - 9 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

The parties hereby agree to maintain all exhibits offered and admitted in the above entitled case by either party during or following trial and any appeal period, and that all admitted trial exhibits have been returned to them, with the exception of drugs, ammunition, and weapons, which will be returned separately at a later date under signature of the AUSA and one of the case agents.

The parties hereby agree that upon request of the Clerk, the custodian of the exhibits shall deliver the exhibits to the Clerk, or to the Court of Appeals, in the event that the Court of Appeals requests the originals of any or all of the admitted trial exhibits.

x _____
Counsel for Government

_____

Date: 5/9/16

_____
_____
_____
Counsel for Defendants

*Orig. Exhibits of Torres + Cerna to be collected by counsel.*

*Castillo — collected by counsel ✓*

*Gov't — collected ✓*

*\* see note above file stamp re: Ds who did not have any trial exh. admitted.*