# AGREEMENT FOR RETURN OF ADMITTED PHYSICAL TRIAL EXHIBITS TO THE GOVERNMENT / CASE AGENT(S)

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA<br>vs. | Julia Martinez and Tobias Tobler |
| Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez,<br><br>1:14cr00306 | Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

The government hereby agrees to maintain the following government exhibits offered and admitted in the above entitled case during or following trial and any appeal period, and that these trial exhibits consisting of drugs or ammunition and weapons have been returned to the government, with a case agent present.
G115 A, B; G116; G117A, B+C (drugs).

The government hereby agrees that upon any request of the Clerk, the custodian of the exhibits shall deliver these exhibits to the Clerk, or to the Court of Appeals, in the event that the Court of Appeals requests the originals of any or all of the admitted trial exhibits.

[signature]
Counsel for Government

[signature]
Case Agent

Date: 5/17/16