## AGREEMENT FOR RETURN OF ADMITTED PHYSICAL TRIAL EXHIBITS TO THE GOVERNMENT / CASE AGENT(S)

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA vs. Jose Lopez Torres, Alvin Gaitan Benitez, Christian Lemus Cerna, Omar DeJesus Castillo, Manuel Ernesto Paiz Guevara, Jesus Alejandro Chavez, 1:14cr00306 | Julia Martinez and Tobias Tobler  Elita Amato and Jerome Aquino for Chavez; Amy Austin and Jeffrey Zimmerman for Benitez; Manuel Leiva and Robert Jenkins for Torres; Mike Chick for Guevara; Chris Amolsch and Frank Salvato for Cerna; and Katherine Martell and Meredith Ralls for Castillos |

The government hereby agrees to maintain the following government exhibits offered and admitted in the above entitled case during or following trial and any appeal period, and that these trial exhibits consisting of drugs or ammunition and weapons have been returned to the government, with a case agent present. G30; G31; G32; G33 and G34 (weapons and ammunition). The government hereby agrees that upon any request of the Clerk, the custodian of the exhibits shall deliver these exhibits to the Clerk, or to the Court of Appeals, in the event that the Court of Appeals requests the originals of any or all of the admitted trial exhibits.

_____
Counsel for Government

_____
Case Agent

Date: 5/17/16

→34→ 438:138; →83 AM 434, firearms and ammunition.