IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:14-CR-306 |
| v. ) | |
| ) | The Honorable Gerald Bruce Lee |
| PEDRO ANTHONY ROMERO CRUZ, *et al.* ) | |
| ) | |
| Defendants. ) | |

GOVERNMENT'S MOTION TO UNSEAL UNDER LOCAL RULE 49

The United States, by and through undersigned counsel, pursuant to Local Rule 49 of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, requests that the Court unseal a portion of the proceedings in the above-captioned matter.

During trial in the above-captioned matter, on April 13, 2016, at approximately 11:52 a.m., this Honorable Court held an under seal sidebar conference. The content of the sidebar discussion appears redacted on pages 85 through 89 of the trial transcript, a copy of which the government will provide to the Court for the Court's convenience. The content of the sidebar discussion is relevant to a newly-initiated criminal matter in the United States District Court for the Eastern District of Virginia. The government therefore requests that the Court unseal this portion of the proceeding and the corresponding transcript so the parties to the newly-initiated criminal matter may access its contents.

Respectfully submitted,

Dana J. Boente
United States Attorney

By:      /s/
Julia K. Martinez
Tobias D. Tobler
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to counsel of record.

                                            /s/
Tobias D. Tobler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3700
Fax: (703) 299-3981
tobias.tobler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:14-CR-306 |
| v. ) | |
| ) | The Honorable Gerald Bruce Lee |
| PEDRO ANTHONY ROMERO CRUZ, *et al.* ) | |
| ) | |
| Defendants. ) | |

ORDER TO UNSEAL

On Motion of the UNITED STATES, and for the reasons stated therein, it is hereby

ORDERED, ADJUDGED, and DECREED that the content of the sidebar conference occurring on April 13, 2016, at approximately 11:52 a.m., and the corresponding portion of the trial transcript, be UNSEALED.

Date: _____
        Alexandria, Virginia