IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:14-CR-306 |
| v. ) | |
| ) | The Honorable Gerald Bruce Lee |
| PEDRO ANTHONY ROMERO CRUZ, *et al.* ) | |
| ) | |
| Defendants. ) | |

ORDER TO UNSEAL

On Motion of the UNITED STATES, and for the reasons stated therein, it is hereby

ORDERED, ADJUDGED, and DECREED that the content of the sidebar conference occurring on April 13, 2016, at approximately 11:52 a.m., and the corresponding portion of the trial transcript, be UNSEALED.

Date: 5/26/16
Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge