```
 1          IN THE UNITED STATES DISTRICT COURT FOR THE
                     EASTERN DISTRICT OF VIRGINIA
 2                        Alexandria Division

 3    UNITED STATES OF AMERICA,        )
                                       )
 4                    Plaintiff,       )
                                       ) Crim. No. 1:14cr306
 5       vs.                           )
                                       )
 6    JOSE LOPEZ TORRES, ALVIN GAITAN  ) April 12, 2016
      BENITEZ, CHRISTIAN LEMUS CERNA,  )
 7    OMAR DEJESUS CASTILLO, DOUGLAS    )
      DURAN CERRITOS, MANUEL ERNESTO   )
 8    PAIZ GUEVARA, and JESUS ALEJANDRO )
      CHAVEZ,                          )
 9                                     )
                      Defendants.      )
10    _____)

11

12                         JURY TRIAL

13

14
      BEFORE:      THE HONORABLE GERALD BRUCE LEE
15                 UNITED STATES DISTRICT JUDGE

16

17    APPEARANCES:

18    FOR GOVERNMENT:  UNITED STATES ATTORNEY'S OFFICE
                       BY:  JULIA MARTINEZ, AUSA
19                          TOBIAS TOBLER, AUSA

20
                             ---
21

22    OFFICIAL COURT REPORTER:

23                     RENECIA A. SMITH-WILSON, RMR, CRR
                       U.S. District Court
24                     401 Courthouse Square, 5th Floor
                       Alexandria, VA 22314
25                     (703)501-1580
```

APPEARANCES (Continued)

FOR DEFENDANT JOSE LOPEZ TORRES

        BYNUM & JENKINS, PLLC
        BY:  ROBERT L. JENKINS, JR., ESQ.
        THE LEIVA LAW FIRM, PLC
        BY:  MANUEL E. LEIVA, ESQ.

FOR DEFENDANT ALVIN GAITAN BENITEZ

        LAW OFFICE OF AMY LEIGH AUSTIN
        BY:  AMY LEIGH AUSTIN, ESQ.
        SMITH & ZIMMERMAN, PLLC
        BY:  JEFFREY D. ZIMMERMAN, ESQ.

FOR DEFENDANT CHRISTIAN LEMUS CERNA

        LAW OFFICE OF CHRISTOPHER AMOLSCH
        BY:  CHRISTOPHER AMOLSCH, ESQ.
        FRANK SALVATO, ESQ.

FOR DEFENDANT OMAR DEJESUS CASTILLO

        FIRSTPOINT LAW GROUP, PC
        BY:  KATHERINE MARTELL, ESQ.
        OLD TOWN ADVOCATES, PC
        BY:  MEREDITH M. RALLS, ESQ.

FOR DEFENDANT DOUGLAS DURAN CERRITOS

        LAW OFFICE OF J.R. CONTE, PLLC
        BY:  JOSEPH R. CONTE, ESQ.
        LAW OFFICE OF DWIGHT CRAWLEY
        BY:  DWIGHT E. CRAWLEY, ESQ.

FOR DEFENDANT MANUEL ERNESTO PAIZ GUEVARA

        LAW OFFICE OF W. MICHAEL CHICK, JR.
        BY:  WILLIAM MICHAEL CHICK, JR., ESQ.

FOR DEFENDANT JESUS ALEJANDRO CHAVEZ

        JEROME P. AQUINO, ESQ.
        ELITA C. AMATO, ESQ.


                        ---

1                            <u>INDEX</u>

2

3    PRELIMINARY MATTERS                                      4

4    <u>WITNESS (Government)</u> <u>DIRECT</u>  <u>CROSS</u>    <u>REDIRECT</u>    <u>RECROSS</u>

5    Jose Garcia (Cont.)     29     211 (Not completed)

6
        (Court recessed)
7

8                            ---

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>PROCEEDINGS</u>

1

2

3          (Thereupon, the following was heard in open

4    court at 9:33 a.m.)

5               (Jury not present.)

6               THE CLERK:  1:14 criminal 306, United States

7    versus Jose Lopez Torres, Alvin Gaitan Benitez,

8    Christian Lemus Cerna, Omar Dejesus Castillo, Douglas

9    Duran Cerritos, Manuel Ernesto Paiz Guevara, and Jesus

10   Alejandro Chavez; with four of our six interpreters

11   here, Judge.

12               THE COURT:  All right.  Good morning.  Good

13   morning, everyone.

14               Good morning, Mr. Omar Dejesus Castillo.

15               Good morning, Mr. Christian Lemus Cerna.

16               Good morning, Mr. Manuel Ernesto Paiz

17   Guevara.

18               Good morning, Mr. Jesus Alejandro Chavez.

19               Good afternoon -- good morning, Mr. Alvin

20   Gaitan Benitez, Mr. Jose Lopez Torres, and Mr. Douglas

21   Duran Cerritos.

22                      PRELIMINARY MATTERS

23               THE COURT:  Let the record reflect this

24   matter is before the Court on Defendant Douglas Duran

25   Cerritos's oral motion for mistrial.

1            In support of this motion, defendant cites

2    three instances in which he was referenced as having

3    been involved in Count 4 for the third superseding

4    indictment, murder in aid of racketeering.

5            Count 4 relates to the murder of Nelson Omar

6    Quintanilla Trujillo, allegedly committed by the

7    defendant and other co-defendants.

8            On March 29, 2016, before the start of the

9    trial, the government orally moved to dismiss Count 4 of

10   the indictment against Mr. Cerritos.

11           The Court granted the government's motion

12   and entered an order directing the government and its

13   witnesses to refer to Mr. Cerritos as "homeboy number

14   one" so as to avoid prejudice.

15           The first instance occurred on the first day

16   of trial on March 30, 2016, when the Court, in its

17   preliminary instructions, instructed the jury that the

18   defendant was charged in Count 4 of the indictment.

19           At the close of the Court's preliminary

20   instruction, it advised the jury that the defendant was

21   no longer charged in Count 4.

22           The second instance occurred on April 5,

23   2016, during direct examination of cooperating

24   codefendant, Jaime Rosales Villegas.  During the

25   government's direct examination of Mr. Villegas, he

referred to the defendant as "homeboy number one" with respect to Count 6 of the indictment.

The Court denied the defendant's oral motion for mistrial and ruled that the defendant shall be referred to as "homeboy three" so as to prevent prejudice to the defendant, confusion among the jurors.

The third instance occurred on April 11, 2016, during direction examination of the confidential human source, Jose Roberto Aparacio Garcia, AKA Junior.

Before Mr. Garcia took the stand, the Court recessed for 20 minutes so the government could instruct Mr. Garcia as to the Court's previous rulings concerning identifying Mr. Cerritos as homeboy number three in relation to Count 4.

Despite its instruction, Mr. Garcia inadvertently referred to the defendant by the pseudonym, homeboy number three, in relation to Count 6, as he looked at Exhibit 10-A-1 which had Douglas Duran Cerritos's name on it, and he was then identified as homeboy number three.

The issue before the Court is whether the Court should grant the defendant's third motion for mistrial, where there have been three references to defendant's participation in the murder of Trujillo, Count 4 of the indictment, which has been dismissed

1   against him.

2          The decision to declare a mistrial rests

3   within the Court's sound discretion under *United States*

4   *versus Blake*.  And Federal Rule of Criminal Procedure

5   26.3 states, quote, "Before ordering a mistrial, the

6   Court must give each defendant and the government an

7   opportunity to comment on propriety of an order, and to

8   state whether the party consents or objects and suggests

9   alternatives," end quote.

10         The Court finds that the severance and

11  mistrial are unavoidable.

12         The Court and the defendant made numerous

13  attempts to avoid prejudice to the defendant by, one,

14  applying the pseudonym of homeboy number one after the

15  Court granted the government's motion to dismiss; two,

16  giving the jury a curative preliminary instruction

17  regarding defendant's nonparticipation in Count 4 of

18  indictment; and, three, assigning the pseudonym homeboy

19  three after Mr. Villegas referenced the defendant's

20  participation in Count 4.

21         Furthermore, throughout the trial, the

22  jurors have taken notes on notepads furnished by the

23  Court, and each juror has their own copy of the phone

24  calls with the speakers' names and alias identified --

25  aliases identified on the cover sheet.  It would not be

1  a great leap for the jurors to make the inference that

2  Mr. Cerritos is homeboy number one and homeboy number

3  three, and thus participated in the murder of Trujillo.

4         Despite the Court's further instruction

5  advising the jurors to consider each count separately,

6  the fact that there have already been three references

7  to defendant's participation in Count 4, the Court has

8  issued a curative instruction and the Court ha assigned

9  two different pseudonyms, these efforts have failed.

10         Any attempt to issue an additional curative

11  instruction would only complicate the matter further at

12  hand and would not unring the bill.

13         Having considered all the arguments and

14  given due consideration to practical terms, the Court

15  finds that severance and mistrial of the defendant is

16  necessary to avoid further prejudice under *Gilliam*

17  *versus Foster* holding abuse of discretion, because the

18  judge declared a mistrial without considering

19  alternatives such as a curative instruction.

20         The Court notes that its grant of the motion

21  for mistrial does not implicate double jeopardy because

22  defense moved for mistrial in *United States versus*

23  *Mosteller*.  That's M-o-s-t-e-l-l-e-r.  Retrial not

24  barred because the defendant requested a mistrial.

25         Accordingly, it is hereby ordered that

1  Defendant Douglas Duran's oral motion for mistrial is

2  granted.  It is further ordered that the Defendant

3  Douglas Duran's case be severed and assigned to a new

4  judge for trial.

5            It is so ordered.  I'll enter a written

6  order.

7            You all are excused.

8            MR. CRAWLEY:  Thank you.

9            THE COURT:  Meaning Mr. Cerritos is excused.

10 Let them go.

11           MR. AQUINO:  Judge, two brief matters.  The

12 first deals with the issue about translations.

13           As the government remembers -- as the Court

14 remembers, when we left on Thursday afternoon, the

15 government was supposed to make a filing at close of

16 business yesterday, which they did.  They gave us a

17 portion of the filing before we left yesterday, and then

18 the complete filing came in last night.

19           And, it's different than I suspected it

20 would be, which is, it's more in the nature of advocacy.

21 They supply, basically, an affidavit that's signed by an

22 FBI agent, rather than more -- more facts, which I

23 expected would be compliant and responsive to the Court

24 order.  In any event, they made their filing.

25           We have found an additional document that I

would like the Court to see --

THE COURT:  Well, I haven't read these documents.  This is the first time I've seen them this morning.  So I don't -- I would not be able to comment on them.  If you want me to take -- I've just gotten these this morning.

MR. AQUINO:  I understand.

THE COURT:  Okay.

MR. AQUINO:  I understand and that's fine.

I wanted just to give the Court a sense, though, of what we found, which is a document that we obtained from the Department of Justice, Office of the Inspector General.

If we could just play the first page.

THE COURT:  What do you mean, "play the first page"?

MR. AQUINO:  I thought she could -- there it is.  It's up on the screen now.

It explains what I'm talking about.  And it's a commentary and an audit by the Office of Inspector General of the FBI's foreign language translation program.  And page seven and page eight are really the relevant portions that deal with our issue.

Page seven, there's one sentence in particular -- and I sent this to the government last

1    night after they made their filing.  It says,

2    "Monitor analysts" -- and this is part that's

3    relevant -- "and contract language monitors" -- again,

4    we're talking about D'Sa, Portwine and Ms. Vargas --

5    "contract language monitors are limited to performing

6    summary translations because of their lower scores on

7    language translation proficiency tests."

8              The next page, at the bottom, deals with

9    what they can and can't do.  They cannot do verbatim

10   translations.  They cannot testify in court.

11             MS. MARTINEZ:  Your Honor, I would object to

12   this at this stage.  There's a sworn declaration which

13   Your Honor has not had an opportunity to read, and

14   Mr. Aquino is essentially responding to that with

15   additional documentation.  I suggest that the Court read

16   the initial filing before listening to Mr. Aquino's

17   response to that filing.

18             MR. AQUINO:  Well, that's fine.  I'm not

19   limiting your ability -- you can review their filing.  I

20   encourage you to do so.

21             The only thing I am suggesting is that we

22   have a filing that we think is appropriate in this case.

23             THE COURT:  Would you like to give it to me?

24             MR. AQUINO:  Sure.

25             THE COURT:  Do you have a copy of it?

```
 1              MR. AQUINO:  Yes, sir.
 2              THE COURT:  I don't have a copy of it.
 3              MR. AQUINO:  Judge, we can e-mail the whole
 4    report to your office, but the parts that I'm interested
 5    in are -- is three pages of basically of 130-page
 6    report.
 7              And, what I'm suggesting, ultimately, is
 8    this:  You've allowed -- we're beyond the issue of
 9    admissibility.  You've ruled that they're admissible.
10    All we're arguing now is weight.
11              And, my solution to this and what I'm
12    proposing is, the government report comes in and our
13    report comes in, and we argue that out then in argument
14    to the jury following a jury instruction that the
15    defense would propose to the Court.
16              THE COURT:  So, am I to take it the defense
17    has no witnesses?  Is that right?
18              MR. AQUINO:  On the issue about
19    translations?  That's correct.
20              THE COURT:  Oh, okay.
21              MR. AQUINO:  That's correct.
22              And so, that's going to be our position,
23    which is, you review the government report, you review
24    our report -- and keep in mind when you're reviewing our
25    report, this is a Department of Justice report.  And --
```

1  and --

2          THE COURT:  What I'd like to do, Mr. Aquino,

3  is to read it.  I understand what you just said --

4          MR. AQUINO:  Yes, sir.

5          THE COURT:  -- and I will read it.

6          MR. AQUINO:  And then the last issue --

7          THE COURT:  Does the government have a copy

8  of it, too?

9          MR. AQUINO:  They do.  I sent that to them

10 last night.

11         THE COURT:  Okay.  All right.

12         MR. AQUINO:  And we'll send the full report

13 to you by e-mail.

14         THE COURT:  Okay.

15         MR. AQUINO:  And then the last issue deals

16 with the witness we currently have on the stand, Junior.

17 And I raised with you yesterday the issue about his

18 adjustment application.

19         And I realize the government's position is,

20 they don't have their fingerprints on it; that is, he

21 did it on his own and there it is.

22         But, you know, you practice law for 30 years

23 and you get some things that bother you.  And that

24 bothers me, because there is an issue about the factual

25 representations.  And you have to make a lot of factual

representations on an adjustment application, to include contacts with law enforcement.

And, I take the government at their word then, at this point.  They don't have anything to do with that adjustment application.

But I know somebody that does, and he's sitting right there.  And this is what I propose, and I need your blessing for this.

I have with me a subpoena, and I would like to issue a subpoena duces tecum such that when he goes home, effectively, you recognize him for his appearance as a defense witness, and that in that subpoena duces tecum, he would be required to bring back to the Court his adjustment application, if he has it in his possession.

THE COURT:  What does that relate to, Mr. Aquino?

MR. AQUINO:  I think it relates to his truthfulness and his veracity.  What it goes basically to is, you have to make a number of factual representations as to your past history, what you're doing, your contact with law enforcement.

And I think that's relevant to his veracity in this case.  And so, I would ask that he be required to produce that document and make himself available as a

defense witness.

Because it's my opinion -- again, I can't say with certainty until we see it, actually, but, you just get a feeling over 30 years of law practice that there's something in that document that goes to truthfulness that he is not being -- that he was not candid with the government.

THE COURT:  Well, it's one thing if he was not candid to law enforcement who was handling him, and the law enforcement did something for him.

To go on a wild goose chase about whatever statements he has made in his tax returns or the IRS, for adjustment, how does it bear on this trial, where the issue is whether he received something from the government in exchange for his testimony?  How does it relate to that?

MR. AQUINO:  Sure.  It bears on his truthfulness.  Because, keep in mind, he -- he's testifying as to two things, his opinion as to the meaning of those translations -- and so, his truthfulness, veracity, is -- is really an issue as to him.  It's important.

The government is trying to build him up as a truth-teller.  For example, they testify -- they had him --

1          THE COURT:  I want you to focus on my
2    question.  We could pull his tax returns and he could
3    have lied on his tax returns.
4          MR. AQUINO:  Right.
5          THE COURT:  My question is whether the
6    government sponsored his lies on the tax returns.
7          If the government did not sponsor his
8    application for adjustment --
9          MR. AQUINO:  Right.
10          THE COURT:  -- it becomes a wild goose chase
11    to ask if he ever told a lie on his adjustment
12    application.
13          What is only relevant here, it seems to me,
14    is whether the government did something for him in
15    consideration of his testimony as an informant.
16          Do you see my point?
17          I'm not saying you have to agree with it,
18    but help me understand why I should allow you to go on a
19    wild goose chase here.
20          MR. AQUINO:  I don't characterize it as a
21    wild goose chase.  I characterize it as, he had to make
22    a filing that dealt with his veracity to the federal
23    government, namely the United States Immigration
24    Service.
25          And so, what's contained in that are

questions about his contacts with law enforcement.  Now, again, I can't say what's in the report.  I haven't seen it.  But, my opinion is it would bear on his truthfulness.

And the government tried to -- to buck him up yesterday by essentially saying:  You didn't rely upon us, the government, in gaining your green card.

And so, I think that those contacts and what's described in that adjustment application would go as to whether the jury should find him believable or not.

THE COURT:  All right.

MS. MARTINEZ:  Your Honor, first, just briefly with respect to the declaration, I have the original copy of the declaration for the record.  It was signed --

THE COURT:  Okay.  You can file it.

MS. MARTINEZ:  I'll pass that up to Mr. Toliver, perhaps.

THE COURT:  Yes, uh-huh.

MS. MARTINEZ:  With respect to Mr. Aquino's motion, Your Honor, the government would -- to the extent that Mr. Aquino does issue that subpoena, the government would move to quash it.  If Your Honor would like a written filing, please let us know.  But I'm

 1  orally moving to quash it, to the extent it is issued at
 2  all.
 3          THE COURT:  Help me with if it's relevant.
 4  My questions to him were very focused.  Can you address
 5  those?
 6          MS. MARTINEZ:  Yes, Your Honor.
 7          I believe that it is not relevant.  If there
 8  were something exculpatory in there, and that the
 9  government was aware of, we certainly would be obligated
10  to provide that exculpatory information to defense
11  counsel, and certainly we would do so.
12          But, there is no grounds to simply pull
13  someone's immigration file on a, essentially a -- a
14  hunch.  Mr. Aquino said, "you get a feeling."
15          He wants to look through an immigration
16  file, which contains a vast amount of personal
17  information, family information, biographical
18  information, and information that's simply not relevant
19  to this case or to this witness's testimony.
20          As this witness testified, he -- he obtained
21  his green card separate and apart from his cooperation
22  with the government.  Whatever filings he did with the
23  aid of an immigration attorney as a private citizen, and
24  not with the assistance of law enforcement, is
25  irrelevant to his testimony in this case.

We're aware of no impeachment or exculpatory information beyond what has already been provided.  I'll give an example -- because, of course, Your Honor, we don't produce our *Giglio* disclosures to you --

THE COURT:  I had the impression that Agent Born testified that she filed an application, but she doesn't know if it was ever processed; is that right?  For an S Visa?

MS. MARTINEZ:  And that's a different application.

THE COURT:  Right.

MS. MARTINEZ:  That's not what he ended up getting.

THE COURT:  Exactly.  Right.

MS. MARTINEZ:  And that information was disclosed to defense counsel during our *Giglio* disclosures.

In addition to that, the government did write a letter in support of his immigration proceedings.  That letter was provided, verbatim -- a copy of the letter was provided to defense counsel.

To the extent that the government aids this witness with his immigration proceedings, we agree completely that that's disclosable, and we have disclosed that.

1          But a motion to get a subpoena to obtain an
2    entire immigration file based on a private citizen's own
3    pursuit of obtaining a green card separate and apart
4    from law enforcement, there's no basis for that.  It's
5    not relevant and it's a gross invasion of privacy.
6          THE COURT:  All right.
7          MR. LEIVA:  Your Honor --
8          MS. MARTINEZ:  And, I'm sorry, Your Honor.
9    Just for the record, the signed declaration that we
10   submitted, the original copy is just the declaration.
11   But as we filed with Your Honor and brought up courtesy
12   copies, there are attachments to that declaration, which
13   are the policies that Your Honor requested.
14         THE COURT:  I need to see the original of
15   the whole thing.
16         MS. MARTINEZ:  I have a -- the original --
17         THE COURT:  Yeah.  Give me the whole thing.
18         MS. MARTINEZ:  The original is in that
19   envelope.  And I have a full --
20         THE COURT:  Oh.  Okay.
21         MS. MARTINEZ:  -- printed -- that's the
22   original declaration.  I have a copy -- and we sent up a
23   courtesy copy this morning.  This is a copy of what we
24   filed, which includes the attachments.
25         THE COURT:  Let me see the attachments, too.

1          MS. MARTINEZ:  Yes.

2          THE COURT:  Thank you.

3          MR. AQUINO:  Judge, very briefly.  On the

4     issue, again, about the I-485, which is what I'm talking

5     about, I'm looking at an example right now.

6               He testified yesterday about, that he was

7     authorized -- and the case agent, I believe, Ms. Born

8     testified that he was authorized to engage in drug

9     transactions.  In addition, there was an issue that they

10    raised about prostitution.

11              So, for example, in the adjustment

12    application, they ask, "Have you ever, in or outside the

13    United States, knowingly committed any crime of moral

14    turpitude or drug related offense for which you have not

15    been arrested," requiring him to answer that question.

16              Likewise, "Within the past ten years, have

17    you been a prostitute or procured anyone for

18    prostitution or intended to engage in activities in the

19    future?"

20              So, again, counsel is right, I can't say

21    precisely what's in that report --

22              THE COURT:  So you have no idea what's in

23    the report, do you?

24              MR. AQUINO:  No, I don't.  But it bears

25    on -- but it bears on what he testified to yesterday.

1          THE COURT:  It only bears on it if he lied
2  about the government sponsoring his application.  And
3  you have no evidence of that.  You've had an FBI agent
4  testify that she -- what she did.  You've had a chance
5  to cross-examine her about that.
6          MR. AQUINO:  Understood.
7          THE COURT:  And you have his testimony.
8          It's only relevant if the government
9  sponsored it as a part of his consideration for being an
10 informant.
11         What he has done with his tax return and
12 employment applications is very far afield from what
13 would be proper impeachment, I think.
14         Did you want to say something, Mr. Leiva?
15         MR. LEIVA:  Yes, Your Honor.  I know it's
16 not my subpoena duces tecum, but what I got from Agent
17 Born, she was very good about parsing words and she was
18 very careful about the words that she used when she
19 responded to my questions on cross-examination.
20         My concern is that the government omitted
21 certain information to Homeland Security, which would
22 have prevented this gentleman from changing his status.
23         In other words, the government is saying:
24 We weren't proactive in helping him get his legal
25 permanent residency status.

1          But another way that the government can help

2    is also by omission.  In other words:  We're not going

3    to report certain conduct that you've committed, because

4    we know it may prevent you from getting legal status in

5    this country.

6          So, that is my concern.  That's why I think

7    I would want that information as well, is that you have

8    to prove that you were of good moral character while in

9    this country, or when applying for a change of status.

10         And if the agreement, whether it was -- it

11   was tacit or implicit by the government was:  "Whatever

12   you do for this ten years that you're with MS-13, two of

13   which you're the leader of a -- of a notorious clique,

14   we're not going to report, because we know by doing so

15   it's going to prevent you from changing legal status or

16   make it that much more difficult for you to get legal

17   status in this country," I think that is relevant.

18         THE COURT:  If you had a factual basis for

19   it, I would understand it.

20         MR. LEIVA:  Well --

21         THE COURT:  Do you have a factual basis for

22   it?

23         MR. LEIVA:  I think -- well, what I'm hoping

24   to do is, based on cross-examination, Your Honor, maybe

25   we can review this issue.  Because it's hard for me to

believe that someone who is in MS-13 for ten years, two
of which they're a leader of a particular clique, is not
involved in any kind of criminal activity whatsoever.

THE COURT:  Well, in court we focus on
evidence.  And I --

MR. LEIVA:  I understand.

THE COURT:  -- understand your -- I
understand your suspicions and I understand intuition,
but those things are not evidence.

Let the record reflect that --

MR. LEIVA:  Thank you, Your Honor.

THE COURT:  -- I have considered whether or
not defense counsel should issue a subpoena duces tecum
for the A-file of the witness, Junior, to ascertain what
statements, if any, he made on the A- application for a
green card, which Junior testifies that he has.

I have no evidence before me that the
government sponsored his application for a green card or
in any way had contact with Immigration on his behalf.

Agent Born testified that she prepared an
S- application.  Nothing became of it -- at least that's
my recollection -- and he did not obtain the S Visa
based upon the government's request.  And there is no
indication that she made any application on Junior's
behalf.

1              The defense is welcome to question Mr. --
2    Junior about whether the government sponsored his
3    application for a green card.  And if some facts appear,
4    then I can consider it.  But at this moment right now,
5    there's no facts to consider, and it seems to me it
6    would be just speculation and a fishing expedition to go
7    looking around, based on 40 years of experience and
8    30 years of experience and hunches.  We don't make
9    judgments about hunches.
10              We're in recess until 10:00 o'clock.  Thank
11   you.
12              MR. CRAWLEY:  Your Honor, we have --
13              THE COURT:  Yes, sir.
14              MR. CRAWLEY:  Good morning again.
15              THE COURT:  Good morning --
16              MR. CRAWLEY:  Dwight Crawley --
17              THE COURT:  -- Mr. Crawley.
18              MR. CRAWLEY:  -- on behalf of Mr. Cerritos.
19              There are several issues that I know my
20   client is going to want us to be able to answer.
21              First, I'll start with this material.  As
22   Court has issued an order, or will issue an order
23   granting severance, these documents have been kept in
24   the courtroom under the security of the court personnel.
25              If we leave today -- a lot of these

documents have been written in by defense counsel and marked up, so it contains a substantial amount of our highlighted information.

THE COURT:  Do you want me to take custody of it?

MR. CRAWLEY:  That would be --

THE COURT:  All right.  I'll take custody of it.  If you make me a list of whatever the notebooks are, we will take custody.  We will put them in a box and keep them in chambers.

Is that it?

MR. CRAWLEY:  No, sir, Your Honor.

THE COURT:  All right.

MR. CRAWLEY:  The other issue is -- I know the Court indicated that it would be assigned to another judge.

As the Court can imagine, my client will be facing at this point one charge, which is the Count 6 charge.  However, he is in custody.

So, we were trying to get some guidance on how fast that would be done.  Because he may have a bond issue.  He may wish to file something regarding his status with bond.

And without any understanding as to when this case is going to be heard, who's going to be

1    assigned the case, we're -- we're kind of left in limbo
2    regarding that issue, Your Honor.
3            I know the Court would say, "Mr. Crawley, do
4    what you need to do, file whatever you wish to file" --
5            THE COURT:  I would just say to you that I
6    believe it's only been 15 minutes ago I issued the
7    order.
8            MR. CRAWLEY:  I understand, Your Honor.
9            THE COURT:  And I know we're fast here,
10   but --
11           MR. CRAWLEY:  I understand, Your Honor.
12           THE COURT:  -- I have -- I don't even think
13   the order has been recorded for the clerk to even look
14   at it yet.
15           But, I mean, if you want me to go call some
16   judge up right now and have me do that, I'm happy to do
17   that.  But it doesn't work that fast.
18           MR. CRAWLEY:  I understand, Your Honor.
19           THE COURT:  Yes.  But you can tell your
20   client it's going to take a little while to get another
21   judge assigned.  Then you will be able to approach that
22   judge for a new trial date and all that.
23           MR. CRAWLEY:  I understand, Your Honor.
24           And then, finally, although we respect the
25   Court's opinion and we definitely appreciate it, we

1  would respectfully ask for leave to file any motions
2  regarding whether or not we believe that jeopardy has
3  attached and, therefore, any retrial would be
4  prohibited.  I understand Court's position with respect
5  to that.
6          THE COURT:  I'm not -- any motion you want
7  to file with a new judge, you can file.
8          MR. CRAWLEY:  Thank you, Your Honor.
9          THE COURT:  And that judge is not bound by
10  any of my rulings.
11          MR. CRAWLEY:  Thank you, Your Honor.
12          THE COURT:  All right.
13          Recess till 10:05.  Thank you.
14          (Court recessed at 9:57 a.m. and reconvened
15          at 10:10 a.m.)
16          THE COURT:  Ready to bring the jury out?
17          You can bring our jurors out, Mr. Toliver.
18  Thank you.
19          Could you bring the witness back?
20          (Jury present at 10:11 a.m.)
21          THE COURT:  You may be seated.
22          Good morning, ladies and gentlemen.
23          THE JURORS:  Good morning.
24          THE COURT:  Good morning, Mr. Omar Dejesus
25  Castillo.

1              Good morning, Mr. Cerna.

2              Good morning, Mr. Jose Lopez Torres.

3              Good morning, Mr. Benitez, Mr. Guevara and

4    Mr. Alejandro Chavez.

5              We'll bring our witness back and we'll

6    proceed.

7              THE COURT:  Good morning, Counsel.

8              MS. MARTINEZ:  Good morning, Your Honor.

9              (Witness resumed stand.)

10             THE COURT:  Good morning, Mr. Garcia.

11             You may proceed, Counsel.

12             THEREUPON, JOSE GARCIA, previously duly

13   sworn, testified further as follows:

14                DIRECT EXAMINATION (Continued)

15   BY MS. MARTINEZ:

16     Q.  Good morning.

17     A.  Good morning.

18     Q.  When we left off yesterday, we were on

19   Government's Exhibit 10-A-1.

20             MS. MARTINEZ:  If we can pull that up on the

21   screen.  All right.

22   BY MS. MARTINEZ:

23     Q.  So, I think we covered yesterday -- this is a

24   3/31 recording with you, Pesadilla and Lil Poison; is

25   that right?

1    A.   Yes.

2    Q.   And just to be clear, Pesadilla, is that the same

3    Pesadilla that you identified in court yesterday?

4    A.   Yes.

5    Q.   All right.

6         MS. MARTINEZ:   Could we show the witness

7    what has been marked as Government's Exhibit 69-D.

8    BY MS. MARTINEZ:

9    Q.   Do you recognize that person?

10   A.   Yes.

11   Q.   Who is that?

12   A.   That's Lil Poison from PVLS.

13        MS. MARTINEZ:   Your Honor, we move to admit

14   Government's Exhibit 69-D.

15        THE COURT:   Received.

16        MS. MARTINEZ:   May we publish?

17        THE COURT:   Yes.

18        MS. MARTINEZ:   Mr. Toliver, could we show

19   the witness now what has been marked as Government's

20   Exhibits 68-A and 68-B.

21        For the record, I believe 68-A is in

22   evidence, but 68-B is not yet.

23   BY MS. MARTINEZ:

24   Q.   Do you recognize that individual?

25   A.   Yes.

1    Q.   Who is it?

2    A.   It's Lil Pesadilla or Lil Tuner from PVLS.

3    Q.   Both pictures?

4    A.   Yes.

5         MS. MARTINEZ:  We move to admit 68-B, which

6    I believe is not yet in evidence.

7         I believe 68-A is in.  If it's not, we would

8    move that in as well at this time.

9         THE COURT:  I believe A is already in, but B

10   will be received.

11        MS. MARTINEZ:  Your Honor, may we publish

12   68-A, please?

13        THE COURT:  Yes.

14   BY MS. MARTINEZ:

15   Q.   All right.  Returning to the transcript, to this

16   March 31st call with these two individuals, let's go to

17   page two.

18        Would you please read this page and look up when

19   you're finished, and I'll ask you a few questions.

20   A.   Okay.

21   Q.   First of all, who is CHS in this conversation?

22   A.   That's me.

23   Q.   And, AG is Pesadilla?

24   A.   Yes.

25   Q.   What are you and Pesadilla talking about on this

J. Garcia - Direct                                                    32

 1  page?
 2      A.   We're talking about the murder of Lil -- Lil
 3  Guasón.
 4      Q.   Who was Lil Guasón?
 5      A.   He was a recruit from PVLS.
 6      Q.   Were you able to find out approximately when the
 7  murder occurred in relationship to this March 31st call?
 8      A.   It was the night before last.
 9      Q.   The night before -- two nights before this
10  March 31st call?
11           The second thing that Pesadilla says on this
12  page, he says, "I'm going to go to another show, same as
13  the one from -- from the night before last."  What did
14  you understand that to mean?
15      A.   That something happened.  They did something that
16  night.
17      Q.   What night?
18      A.   The night that he's talking about, two nights
19  before.
20      Q.   What did you learn from Pesadilla that they did?
21      A.   That they killed Lil Guasón.
22      Q.   Continuing down the page, towards the middle of
23  the page, Pesadilla says, "You know that those issues
24  are to stay between the runner and the homeboys."  What
25  does that mean?

1     A.   The -- that it should be between -- within the

2   clique and the first word of his clique.  It shouldn't

3   be -- they shouldn't be talking to anybody else.

4     Q.   What kinds of issues?

5     A.   Well, when they commit a murder or any --

6   anything that they think that someone shouldn't know it.

7     Q.   Why is Pesadilla talking about keeping

8   information between homeboys and the runner?

9     A.   Because, that -- that's the rule of the clique.

10   They shouldn't be talking to anybody else when they

11   commit a -- a murder or any other crime.

12     Q.   Pesadilla continues, "But I trust you a shit

13   load, homeboy."  What did you understand that to mean?

14     A.   That he trust me.

15     Q.   Would he otherwise be permitted to you to talk

16   about this murder that his clique had committed?

17     A.   No.  I mean, he trust me without the -- the

18   clique knowing that he was talking to me.

19     Q.   Pesadilla then says, "I ripped that dude's

20   coconut off."  What did you understand "coconut" to

21   mean?

22     A.   They ripped the head of Lil Guasón.

23     Q.   Continuing, Pesadilla says, "The recruit," and

24   you say, "Lil Guasón?"  Why did you say his name?

25     A.   Because I learned that was one of the recruits

1    that they have at that time, Lil Guasón.

2        Q.   Then you ask, "What's going on?  What, what?  You

3    fucked him up, or what happened?"  What were you

4    reacting to there?

5        A.   Because, I just wanted for him to explain me what

6    happened, you know.  I want to go on details and ask him

7    detail.  I just want him to tell me what happened.

8        Q.   Why did --

9        A.   What they did to him.

10       Q.   Why did you want to know what they did to him?

11       A.   Because we already -- I already know that he's

12   dead.  So at that point, I just need to know where they

13   kill him, where -- where was him.

14       Q.   Pesadilla then says, "We talked amongst our

15   clique.  We talked with homeboy Poison.  We talked with

16   Payaso.  We talked about his issues, you know."  What

17   did you understand that to mean?

18       A.   That they talked to the guy that they think they

19   should talk to, to get the okay in order to kill Lil

20   Guasón.

21       Q.   Why did they need to get an okay?

22       A.   Because it's the rule of the clique.  They need

23   to get the okay and show the cause why they think they

24   need to get rid of any people.

25       Q.   Pesadilla continues to say, "His failure, and we

1   presented everything."  What do you understand that to

2   mean?

3        A.   That they show -- they talk to him and they show

4   to the other guys that they think that they're the shot

5   callers, enough proof why this guy, we should kill him.

6        Q.   Pesadilla says, "We were going to leave it alone,

7   you know, the issue of scamming, you know, the hood, and

8   the homie didn't follow orders, you know.  So then, you

9   get me?"  What did you understand that to me.

10       A.   Lil Guasón, he didn't follow the rules.  And, one

11   of the rules is you can't scam the clique or take money

12   from the clique, or lie -- or lie to the clique.

13       Q.   What happens if you take money or lie to the

14   clique?

15       A.   They will kill you.

16       Q.   Please continue to page three.  The first line on

17   page three is you, and you ask, "Did the homie already,

18   already go to the other side?"  What were you asking?

19       A.   I was asking if he was already dead.

20       Q.   Why were you asking that?

21       A.   Just to make sure he's dead.

22       Q.   Why did you want to know if he was already dead?

23       A.   To get information to my handler, like just to

24   make sure that, you know, he's dead and they need to

25   start looking for him.

1    Q.   In the middle of the page, in between those black

2    boxes, Pesadilla says, "We're not going to get a fucking

3    light turned on just for nothing, though.  We talked

4    things -- things out first, then, right."  What do you

5    understand that to mean?

6    A.   Like I said, they -- they get the okay for --

7    from the shot callers just to put a green light.  Green

8    light means they have the okay to kill whoever they

9    think that they're going to kill.

10   Q.   Let's go to page five, please.

11        Please read this page and look up when you're

12   done.

13   A.   Okay.

14   Q.   The top of the page, the first block of text by

15   you, what are you asking about?

16   A.   I was -- I just asking why is it they were cool

17   with him, and all of a sudden they decide to kill him,

18   if, you know, he was okay with them.

19   Q.   What do you mean by "okay with them"?

20   A.   They used to talk to him.  I learned that they

21   used to send him to buy stuff, or talk to him like a --

22   like a regular person, and then all of a sudden they

23   decide to kill him.

24   Q.   Pesadilla responds, "That's exactly why, because,

25   you know, when a person has your information and knows a

1   lot about you, you run the risk of" -- what did you

2   understand him to mean?

3       A.   I understand that, I mean, he knew a lot about

4   them and, you know, they -- they cannot just let him

5   alone.  So, if they think that it's something that he

6   can talk to a police or tell anybody, they might as

7   well -- they're going to kill him.

8       Q.   And again, who are we talking about here?

9       A.   Lil Guasón.

10      Q.   Continuing down the page, you asked, "It won't

11  come back to bite you with that homie there in Culmore,

12  with all of the -- the mother when they can't find that

13  homie?"  What are you asking about?

14      A.   I was asking if, like I said, when somebody's

15  missing, my first thought is the family member going to

16  start calling the police and look for him.  And that's

17  what I meant, what my reaction, if the police are not

18  going to start looking for them -- for him, and, find

19  out that he's missing.

20      Q.   Why is your first reaction to think of the

21  family, when you find out someone is missing or hurt?

22      A.   Because that's the first thing the family member

23  will do, for significant -- significant other, I

24  believe.

25      Q.   Pesadilla responds a couple lines later, "No,

1   man, no.  And what if?  If they ask, he's in jail."

2   What did you understand that to mean?

3       A.   That he was dead, because, I learned that --

4   that's what -- the same thing that they say about

5   Lagrima.

6       Q.   And on that point, Pesadilla says, "Oh, the same.

7   Lagrimas is in jail, too."  Did you understand him to

8   mean jail, literally?

9       A.   No.  They were -- they were dead.

10      Q.   Let's continue to page six.  Please read this

11  page and look up when you're done.

12      A.   Okay.

13      Q.   Starting at the top of the page, you asked him,

14  "Where did that homie end up, over there at the same" --

15  what are you asking?

16      A.   I'm asking where -- where the body was, where

17  they kill him.

18      Q.   Why did you want to know where the body was?

19      A.   Because, I was -- I was trying to find out where

20  to give information to my handler.

21      Q.   Pesadilla has a very long response.  In the

22  middle of that long response, he says, "I took another

23  two doggies, people to fucking dig.  I made the hole."

24  First of all, what did you understand "doggies" to mean

25  in that sentence?

1    A.   Homeboys.

2    Q.   And when he says "dig" and "made the hole," what

3    do you understand that to mean?

4    A.   They make a hole to -- to bury Lil Guasón after

5    they kill him.

6    Q.   He continues to say, "We dropped in on him with

7    the excuse that we were going to correct him."  What did

8    you understand him to mean by the excuse that they would

9    correct him?

10   A.   Because, since he owns (sic) -- he owns money and

11   he didn't pay, up, so, you know, they going to give him

12   the punish, which is a beat up -- beating for 13

13   seconds, with that excuse.  But they end up killing him.

14   Q.   And when he says "excuse," what do you understand

15   that to mean?

16   A.   That's excuse, a recruit or whoever, he's related

17   with the gangs, they know that, because they did

18   something wrong, there would be a punish, and they will

19   think that they will get a beat -- a beating for 13

20   seconds.

21   Q.   And did you learn whether he was beat or

22   something else?

23   A.   I learned that he was killed.

24   Q.   Pesadilla continues and says, "Because, he needed

25   to, to take care of the 600 bucks."  What did you

1   understand that to mean?

2       A.   That he had -- he had to pay the 600 bucks, but

3   he didn't pay it.

4       Q.   Did you learn anything more about that 600 bucks

5   from other gang members?

6       A.   Yes.  It was -- other members say the same thing,

7   that he didn't pay the $600.

8       Q.   Who did he need to pay the $600 to?

9       A.   To the clique, the PVLS clique.

10      Q.   What's wrong with not paying back money that's

11  owed to the clique, MS-13?

12      A.   They -- they would think that people stealing

13  from them.

14      Q.   Is there a rule against stealing from the clique?

15      A.   Yes.

16      Q.   What's the consequence for stealing from the

17  clique?

18      A.   They can kill you.

19      Q.   Then you ask, after that long paragraph, "When?

20  On Saturday?"

21           Pesadilla responds, "That's right, Saturday."

22           What were you trying to confirm there?

23      A.   I was trying to confirm the day, and see if -- if

24  it was true that they kill him.

25      Q.   Continuing, Pesadilla says, "That's when we hit

1    him."  What did you understand "hit him" to mean?

2        A.   Kill him.

3        Q.   After Pesadilla repeats that same phrase, you

4    say, "Didn't the homie -- didn't see it, didn't think it

5    was fishy that you guys told him you were going to the

6    park, homie?"

7             Why did you ask whether Lil Guasón thought it was

8    fishy to go to the park?

9        A.   Lil Guasón knew at some point about Lagrima,

10   about the park as well.  And, going to the same park, at

11   night, I mean, it was very clear that it wasn't

12   something nice for them to offer to Lil Guasón.

13       Q.   When you say Lil Guasón knew about Lagrima, how

14   do you know that Lil Guasón knew about Lagrima?

15       A.   Because, I learned in conversation that they talk

16   about -- he knew at some point, not much, but he knew

17   that they kill Lagrima for different issues.

18       Q.   Was Lil Guasón involved in the murder of Lagrima?

19       A.   Not that I know of.

20       Q.   Continuing, towards the end of the page -- at the

21   end of the page in that long response, Pesadilla says,

22   "We were already waiting for him.  He got there, and I

23   still made him light me a cigarette, dog, light my

24   cigarette, dude.  The dude lit it up, and I smoked it as

25   we were going down."  What do you understand that to

1  mean?

2      A.   Lil Guasón, he thought that he was going to get

3  just a beating.  He -- he didn't know what was -- what

4  was waiting for him.

5      Q.   When Pesadilla says that he made Lil Guasón light

6  his cigarette, do you understand that he literally meant

7  he made him light his cigarette?

8      A.   Yes.

9      Q.   And when did he -- did Pesadilla make Lil Guasón

10 light his cigarette for him?

11     A.   When they were going to the park.

12     Q.   For what?

13     A.   To kill him.  To kill Lil Guasón.

14     Q.   At the end of the page, Pesadilla says, "I was

15 calm with the knife in my hand.  When he throw -- when

16 they knock him down, whomp, right then and there I

17 ripped his coconut off."  What did you understand that

18 to mean?

19     A.   He went at him and he ripped his head off.

20     Q.   Why did he use the word "coconut"?

21     A.   Because that's the -- the word that gang use to

22 refer to head.  It could be coconut, could be onion,

23 whatever shape or form of the head, they use it.

24     Q.   Why would they use a code there?

25     A.   It's just a code that, you know, that way they

1    think then, nobody's listening to them.

2        Q.   Continue to page seven, please.  I'm just going

3    to ask you about that last long response from Pesadilla

4    at the bottom of the page.  If you can read that,

5    please.

6        A.   Okay.

7        Q.   What do you understand him to be talking about

8    there?

9        A.   About the -- how he kill Lil Guasón.

10       Q.   He says, "Ah, doggies, I tell them, 'Finish him

11   off,' and the doggies ran to get the knife to finish him

12   off."  Who are the doggies?

13       A.   The homies.

14       Q.   What do you understand him to mean when that "the

15   doggies ran to get the knife to finish him off"?

16       A.   Um, that they -- after he start stabbing him, the

17   other guys start participating in finish, try to kill

18   him, Lil Guasón.

19       Q.   Participate how?

20       A.   By killing him, by stabbing him, by doing

21   whatever they doing with the knife.

22       Q.   Continue to page eight, please.  Please read this

23   page through the end of that long response by Pesadilla

24   in the middle, and I'll ask you questions about it.

25       A.   Okay.

1    Q.   Towards the top of the page, the second thing you
2  say, you ask about recruits.  Why were you asking
3  Pesadilla about recruits?
4    A.   Because I know they have some other recruits.
5    Q.   And what did you want to know about recruits in
6  this -- in this conversation?
7    A.   Because, I know the recruits just waiting for an
8  opportunity to kill someone to become a gang member, and
9  I want to know if there was any -- any recruit involved
10  on killing Lil Guasón.
11    Q.   Why would you think a recruit would be involved
12  in killing Lil Guasón?
13    A.   Because, that's -- that's the rule that they
14  have, in order to -- for any recruit become a homeboy.
15    Q.   Was there a recruit involved in killing Lagrima?
16    A.   Yes.
17    Q.   Who was that?
18    A.   Little Slow.
19    Q.   Pesadilla responds and says, "There's already
20  that homie, that recruit we already -- we had, has
21  already done a hit.  Solitario."  What do you understand
22  him to mean, "has already done a hit"?
23    A.   He already kill.  He already kill Lil Guasón.
24    Q.   Who is Solitario?
25    A.   He was a recruit from PVLS.

1    Q.   Had you ever met him?

2    A.   Once.

3    Q.   Did you speak to him on the phone?

4    A.   Not that I can recall.

5    Q.   Continuing, Pesadilla says, "He doesn't want to

6    get jumped in until June, so that -- so that it's Friday

7    the 13th."

8         First of all, who is he talking about, who

9    doesn't want to get jumped in until Friday the 13th?

10   A.   Solitario.

11   Q.   What's the significance of Friday the 13th to the

12   gang?

13   A.   The gang think that Friday the 13th is related to

14   the devil.  So, every Friday the 13th, they either go

15   and look for killing rival gangs, or to do some crazy

16   stuff.

17   Q.   What did you understand the significance to be

18   that Solitario wanted to wait until Friday the 13th to

19   be jumped in?

20   A.   Because he think it's a unique day for the

21   devil's day, he will join the gang that day.

22   Q.   Pesadilla says, "The thing is, he didn't know --

23   he thought that we were just going to discipline that

24   dude."  What did you understand that to mean?

25   A.   They thought they were just going to get a

1   beating, Lil Guasón, just a beating for the $600.

2        Q.   Pesadilla then says, "Yes, the homie already

3   wet."  What do you understand "wet" to mean?

4        A.   That he already kill.

5        Q.   Why does "wet" mean kill?

6        A.   Well, he's used for them, if they kill, they got

7   wet, like, they got blood on their hands, they wet --

8   they got wet.  That's what that means.

9        Q.   Who do you understand Pesadilla to be saying

10  already killed someone?

11       A.   Solitario.

12       Q.   Let's continue to page nine.  Please review that

13  page up to the black boxes, and I'll ask you a couple

14  questions.

15       A.   Okay.

16       Q.   The second thing you say on this page is, you say

17  the name Lil Payaso.  Who is Lil Payaso?

18       A.   The gang member from PVLS.

19       Q.   Is that the Lil Payaso that you identified in

20  court?

21       A.   Yes.

22       Q.   Why did you ask about Lil Payaso here?

23       A.   Because I wanted to know who else was involved in

24  Lil Guasón's murder.

25       Q.   When you say "Lil Payaso didn't drop by man,"

1    what are you asking?

2        A.   He was part of -- if he went to kill Lil Guasón

3    as well.

4        Q.   How did Pesadilla respond?

5        A.   He say yes.

6        Q.   What did you understand him to mean when he said,

7    "Lil Payaso was the one that knocked him down"?

8        A.   He was the one who -- who hit Lil Guasón and

9    knock him down to -- to the ground.

10       Q.   Further down the page, Pesadilla says, "No, man,

11   that dude's last words, 'you got me in the face.'"  Who

12   do you understand him to be talking about?

13       A.   Lil Guasón.

14       Q.   Pesadilla says, "'That's right,' I tell him.

15   'The Mara's train has taken you, you son of a bitch, for

16   being a fool.'"  What do you understand that to mean?

17       A.   I understand that MS-13 has taken your life.  So,

18   pretty much make it very clear that the Mara, the MS,

19   had to take him -- had to be life.

20       Q.   Whose life?

21       A.   Lil Guasón.

22       Q.   What does he mean by "the Mara's train"?

23       A.   Because, they call -- they call the Mara, like

24   sometimes they use as a train, like, they take you, and

25   it doesn't mean that they're going to come back.  It

1    just take you.

2        Q.   At the very end of that same excerpt there,

3    Pesadilla says, "pa, pa, pa."  What does that?

4        A.   What I understand it was, the way that he kill

5    Lil Guasón -- how I talk to him, he sound like the way

6    that he stabbed Lil Guasón, you know, with going crazy

7    at Lil Guasón and stab him.

8        Q.   What was Pesadilla's tone of voice when he was

9    telling you about this?

10       A.   He felt proud.  He felt proud.

11       Q.   Please turn to page ten.  Please read this page

12   and look up when you're done.

13       A.   Okay.

14       Q.   At the top of the page, Pesadilla says, "If I

15   know that I fucked up, well, right, I know what the

16   consequences are, right?"  What do you understand him to

17   mean?

18       A.   That he -- he knows the gang rules.  If you don't

19   follow the rules, you're going to get killed.

20       Q.   You respond, asking, "Why that homie couldn't pay

21   that dough, man?"  And you continue asking the same

22   question.  What are you asking about?

23       A.   I'm asking him, if -- they used Lil Guasón to

24   send him to buy drugs, sell drugs, or do any favor that

25   they need to.  Why they, you know -- it was easy for --

1    for them to give him a chance or for Lil Guasón get the
2    money.  It was just 600 bucks.

3        Q.   Did they give him a chance?

4        A.   He -- the way that he explain to me, that they
5    did, but, Lil Guasón didn't -- didn't pay it.

6        Q.   At the end of that long response from Pesadilla,
7    immediately following, he says, "People that vices, you
8    know, and people, you know, that -- that brings heat to
9    the hood and are disrespectful to the hood, that doesn't
10   work, you know."

11            What do you understand that to mean?

12       A.   If -- if someone is not willing to show them to
13   the clique or the gang, they're not a hundred percent
14   sure that they want to be in the gang, they -- they
15   rather get rid of those persons.

16       Q.   Continuing down the page to the next long
17   response from Pesadilla, in the second line he
18   references when Lagrima was hit.  Do you understand why
19   he was referencing Lagrima in the conversation?

20       A.   Yes.  Because he used to talk to Lil Guasón,
21   sometimes and tell, look, when Lagrima was hit -- was
22   killed, and, you know, just to -- how you say, kind of
23   warn, give him the warning to Lil Guasón that that could
24   happen to him as well.

25       Q.   Was it standard for the clique to warn *chequeos*

1   about what would happen if they broke rules?

2      A.   They -- yes, they will -- they will warn, yes.

3      Q.   Continuing, Pesadilla says, "Look, dog, yeah, I

4   only have to be told once that it's prohibited to con

5   the hood."  What do you understand that to mean?

6      A.   He knows the rules here.  He's not supposed to do

7   anything that he's prohibited, in the clique or in the

8   gang.

9      Q.   What does "con the hood" mean?

10     A.   Means that -- that you had to -- you -- you

11  cannot, I would say, scam the clique and where they

12  live, because that's not acceptable for them.

13     Q.   What would happen if you did?

14     A.   They would get you.

15     Q.   Please turn to page 11.  Please read page 11 and

16  look up when you're done.

17     A.   Okay.

18     Q.   At the top of the page, you say, "What I don't

19  understand is why he did those things if he was a

20  recruit."  What is the role of a recruit in MS-13?

21     A.   A recruit, they know that they have to always

22  follow full gang member, and not be disrespectful of

23  them in any way.  Whatever a gang member says, even if

24  they are wrong, they cannot say anything else.

25     Q.   Pesadilla responds, "Look, man, it's being

J. Garcia - Direct                                              51

1   disrespectful.  I being a homeboy wouldn't tell a

2   recruit what he's a little fool.  What I do is, I don't

3   scold him.  I get his attention and I explain things to

4   him."

5          What do you understand that to mean?

6   A.   That he was explaining to Lil Guasón the rules,

7   and not to -- he felt like Lil Guasón was disrespectful

8   to him, even though Lil Pesadilla was already a homeboy,

9   and Lil Guasón was just a recruit.

10  Q.   When someone is a recruit in the gang, who is

11  responsible for teaching the recruit the rules of the

12  gang?

13  A.   The gang and the homeboys.

14  Q.   Continuing down the page, Pesadilla says, "It was

15  almost a year of, right, like seven, six months of being

16  a recruit, and you're not going to get with it, man."

17  What do you understand that to mean?

18  A.   That -- I understand that Lil Guasón wasn't --

19  wasn't into -- wanted to be full gang member.  He just

20  wasn't paying attention to -- to that.  He was doing his

21  own thing.

22  Q.   You asked, "The homie didn't seem like he wanted

23  to do a hit?"  Why did you ask that?

24  A.   Because that's -- just refers -- a recruit,

25  that's what they're looking for, kill someone to become

1    a gang member.

2        Q.   How did Pesadilla respond?

3        A.   He wasn't -- he wasn't willing to put an effort,

4    or always when Pesadilla come up with something like

5    a -- do a hit, he always will -- he will take off or

6    play excuse and probably not show up.  But he wasn't

7    into wanting to kill anybody.

8        Q.   What is a hit?

9        A.   A killing.  Killing someone.

10       Q.   When you say "take off or make an excuse," what

11   do you mean by that?

12       A.   It just like I would say, just buying time, not

13   to -- not to kill anybody, and pull excuse.

14       Q.   Continuing down the page, in that long response

15   from Pesadilla, in the middle of it, he says, "The dude

16   would disappear on me, and -- and that's -- and that's

17   the problem.  So then the dude did not make an effort."

18   What does that mean?

19       A.   Like I said, he was -- he was not -- he was not

20   willing to follow the gang, what they were asking him to

21   do.  He just wasn't putting the effort that they expect

22   for Lil Guasón to -- to have -- to have on their -- on

23   their brains, thinking that he want to be a full gang

24   member of MS-13.

25       Q.   Let's turn now to Government's Exhibit 11-A-1.

1          On the cover page, what does it say the date of

2    this call is?

3    A.    It's March 31, 2014.

4    Q.    And it says 10:08 p.m.  Do you understand that?

5    A.    Yes.

6    Q.    Was this call before or after the call we just

7    looked at on the same day?

8    A.    This call was after.

9    Q.    Who are you talking to during this call?

10   A.    It's Lil Poison from PVLS, and Lil Tuner or

11   Pesadilla from PVLS.

12   Q.    So, the same people you were talking to in the

13   call earlier that day?

14   A.    Yes.

15   Q.    Why did you talk to them twice in the same day?

16   A.    Because, I was -- when I learned that they have

17   kill Lil Guasón, I was calling and just to try to find

18   out more stuff, at least have an idea to give all the

19   information to my handler, where we can start.

20   Q.    Please turn to page eight.  I'm just going to ask

21   you about the last two lines on page eight.  Would you

22   please review those.

23   A.    Okay.

24   Q.    Who is CHS on this page?

25   A.    That's me.

J. Garcia - Direct                                                        54

1    Q.   Who is DC?

2    A.   That's Lil Poison.

3    Q.   Lil Poison, at the bottom of the page, asks you,

4    "Did you see how I looked like on Sunday when I got to

5    the area?"  What do you understand him to be meaning --

6    to be talking about?

7    A.   He was kind of like bragging in some way, that,

8    you know, that he did something.  He was tired for the

9    night -- the night before.

10   Q.   Had you seen them on Sunday?

11   A.   Yes.

12   Q.   Where?

13   A.   In the general meeting.

14   Q.   Who else was at that general meeting?

15   A.   Um --

16   Q.   If you recall.

17   A.   It was Lil -- I know for sure it was Lil Poison.

18   I cannot recall who else, if anybody else was.

19   Q.   When he says "the area," "when I got to the

20   area," what does "the area" mean?

21   A.   Can you repeat that question?

22   Q.   Sure.  That same sentence, "Did you see how I

23   looked on -- how I looked like on Sunday when I got to

24   the area?"

25   A.   Oh, that means when we get -- when he got to

J. Garcia - Direct                                                55

1    the -- to the hotel where we're going to have the

2    general meeting.

3        Q.   Where was that general meeting?

4        A.   It was in Lorton.

5        Q.   You respond, "Uh-huh, and, and all sleepless,

6    man."  What do you recall about the way that Lil Poison

7    looked at that general meeting?

8        A.   He was tired.  You can tell that -- that he -- he

9    has not have any sleep that much.

10       Q.   Please continue to the next page, page nine.

11   Please review that page and look up when you're done.

12       A.   Okay.

13       Q.   A second thing that Lil Poison says on that page

14   is, "I went to do something crazy."  What do you

15   understand that to mean?

16       A.   That they went to kill someone.

17       Q.   You ask him, "You did go get fucked up, man?"

18   What did you mean?

19       A.   If they went to get drunk.

20       Q.   Why did you ask if they went to get drunk?

21       A.   Because I knew they were not allowed to get

22   drunk.  So I knew he was going to say something else.

23       Q.   What did he say?

24       A.   He said, pretty much.  They don't get drunk.

25   They kill.  They like to kill.

1      Q.   You understand Lil Poison to mean, when he says,
2  "We only like to kill"?
3      A.   That's the only -- only thing in his head, kill.
4  That's what the MS all about, like killing people for no
5  reason.
6      Q.   Then, Lil Poison says, "The thing is, well,
7  couldn't you almost see the beast on my back, man?"
8  What is the beast?
9      A.   The devil.
10     Q.   What does he mean, "couldn't you almost see the
11 beast on my back"?
12     A.   They think, like I said, when they do something
13 wrong, really bad, they think that the devil is right
14 beside them and nobody can do anything to them.
15     Q.   Towards the bottom of the page, the last thing
16 you say, you ask him, "Did you guys come across some
17 chicken, man?"  What were you asking?
18     A.   Because, that's -- that's what they use on
19 Lagrima, when they killed Lagrima.  They refer to
20 Lagrima as a chicken.  And then I refer to them -- I was
21 not going to use the word "kill" or "murder," because
22 they will say, "Why you saying that?"  So I use the same
23 code that they were using.
24     Q.   Why is the code "chicken"?
25     A.   Because, that -- that's what they use, a chicken

J. Garcia - Direct                                              57

1   is -- that is a disrespectful way for a person that they

2   have killed.

3       Q.   Lil Poison responds, "Yes, we came across a

4   chicken."  And then he continues and says, "The ones

5   that are useless to the hood, then to the trash if

6   you're useless, man."  What do you understand that to

7   mean?

8       A.   That if you're not willing to show them that you

9   are hundred percent with them, or do what they ask you

10  to do, they're going to kill you.  They're going to get

11  rid of you.

12      Q.   What is "useless to the hood"?

13      A.   Like, not willing to go and kill any -- someone,

14  maybe not following the rules, maybe going out with

15  girls or instead of stay with the clique.  It's a lot of

16  rules that can -- that will affect them.

17      Q.   When he says, "then to the trash if you're

18  useless."  What do you understand "trash" to mean?

19      A.   That they're going to kill you.  That's -- they

20  don't see you like nothing else but trash, like they're

21  going to kill you and put you in the trash, and that's

22  it.

23      Q.   Please continue to page ten and review that page,

24  and look up when you're done, please.

25      A.   Okay.

1      Q.   The top of the page, you and -- and Lil Poison

2   talk over each other, but talk about the other chicken,

3   the crying chicken.  Who are you talking about?

4      A.   I'm talking about Lagrima.

5      Q.   And when you say, "He's now ended up like the

6   crying chicken," what do you mean?

7      A.   They kill him like Lagrima.

8      Q.   Lil Poison responds, "Uh-huh.  That's why I got

9   there.  You see, you could see the beast on me."  What

10  does that mean?

11     A.   The devil.  He referring to, you know, the devil.

12  The devil -- he think the devil was with him.

13     Q.   He then says, "The beast is afoot with me now."

14  What was his tone of voice when he said that?

15     A.   He -- he just believing what he saying, like he

16  think the devil was with him.

17     Q.   Right after he says, "the beast is afoot with

18  me," you both mention someone named Uzi --

19     A.   Yes.

20     Q.   -- U-z-i.  Who is Uzi?

21     A.   Uzi was a *chequeo* from Silvas.

22     Q.   Why are you talking about a *chequeo* here?

23     A.   Because, at this point I already know that they

24  have killed Lil Guasón, and they was kind of a little

25  pleasure on the side of Silvas clique, or to do -- to

1   make this guy a homeboy.  He was looking for any

2   opportunity to kill someone.  So -- but I already knew

3   that they kill Lil Guasón, so there was nobody else that

4   they can come up and say, "Hey, we have something for

5   Uzi," until I learn that -- I learn that Lil -- Lil

6   Poison was preparing something for Uzi.

7       Q.   Continuing past the Uzi conversation, the last

8   long response from Lil Poison on that page, he says,

9   "That's why, man.  No, I'm preparing him one.  Yeah,

10  man, you know, that -- that he prove to us who he really

11  is like that, you understand, the way that our recruit

12  proved it to us."

13          What do you understand him to mean when he says,

14  "the way that our recruit proved it to us"?

15      A.   The -- the recruit that they have -- have -- have

16  part of the killing Lil Guasón in order to become a

17  homeboy.

18      Q.   What recruit?

19      A.   Solitario.

20      Q.   When it says "proved it to us," what does that

21  mean?

22      A.   Means that -- that he kill -- he kill -- he was

23  part of killing Lil Guasón.  He show that he was willing

24  to kill for them.

25      Q.   At the end of the page, Lil Poison says, "That

 1    dude, Solitario, you know, the second recruit that we

 2    had."  Who do you understand to be the first recruit?

 3        A.   The first -- the first recruit was Lil Guasón.

 4        Q.   And when you say, "So, but, now, he's -- he's

 5    ready for it, now," what were you asking?

 6        A.   I'm asking if he's -- he's ready, they think that

 7    he kill -- he was part of killing Lil -- Lil Guasón,

 8    that he was ready to become a homeboy.

 9        Q.   Who?

10        A.   Solitario.

11        Q.   Please turn to page 11.  How does Lil Poison

12    answer your question?

13        A.   Said he was ready.

14        Q.   What does he mean when he says, "For June, you

15    know, the 13th"?

16        A.   It's the Friday the 13th.

17        Q.   What was special about -- what is he talking

18    about, about Friday the 13th here?

19        A.   The 13th is a date for the devil.

20        Q.   And what was going to happen, according to Lil

21    Poison, on Friday the 13th?

22        A.   He -- Solitario was going to get the 13 seconds

23    jumped in to the gang.

24        Q.   Lil Poison then responds with that paragraph

25    response there.  Would you please read that, and then I

J. Garcia - Direct                                          61

1    have a question.

2        A.   Okay.

3        Q.   At the end of that response, Lil Poison says,

4    "Since we watched the videos of La Mara, you know, the

5    way that they leave the rivals, that's the way that we

6    leave them."  What do you understand that to mean?

7        A.   They -- they want to do the same thing they do in

8    El Salvador.  They kill people in the most crazy way

9    that they can think of.  And that's what they -- they

10   want to do the same thing, do the -- want to do the same

11   thing to -- for anybody they think they need to kill,

12   Show the same thing that they do in El Salvador.

13       Q.   What videos is he talking about?

14       A.   There is a videos on YouTube about gangs talking,

15   showing videos of people have -- they have dismembered

16   another person, kill him, cutting his head off, doing

17   the crazy, like I say, the craziest thing that you can

18   imagine.

19       Q.   Do gang members watch these videos?

20       A.   Yes.

21       Q.   Do recruits watch these videos?

22       A.   Yes.  Anyone want to be a part of MS-13.

23       Q.   Please continue -- actually, we'll go now to

24   Government's Exhibit 12-A-1.

25            All right.  Now this call here says it's with

J. Garcia - Direct                                          62

1   Leopardo.  Do you see that?

2       A.  Yes.

3       Q.  Is that the same Leopardo you identified in

4   court?

5       A.  Yes.

6       Q.  What is the date of this call, according to the

7   cover page?

8       A.  It's June 8, 2014 -- I mean, I'm sorry, May 8,

9   2014.

10      Q.  Would you take a look, please, at Government's

11  Exhibit 70-A?

12          MS. MARTINEZ:  And, Your Honor, I believe

13  it's in evidence.  May we just publish it?

14          THE COURT:  Yes.

15  BY MS. MARTINEZ;

16      Q.  Do you know who this is?

17      A.  Yes.

18      Q.  Who is it?

19      A.  That's Leopardo from PVLS, or Gatito from PVLS.

20      Q.  Let's go back to Government's Exhibit 12-A-1.  We

21  will start with page 23.

22          Please review the first half of this page, down

23  to where you ask about the girlfriend, and then I'll ask

24  you questions.

25      A.  Can you repeat that?

J. Garcia - Direct                                                    63

1    Q.   If you could start at the top of the page and
2    review, until you start talking -- you and Leopardo
3    start talking about the girlfriend.
4         Oh, I'm sorry.  They start that kind of early.  I
5    see why you're confused.
6         If you can continue -- read at the top of the
7    page and continue down to where you ask the solo
8    question, "Your girlfriend?"  And he responds, "Fuck,
9    man."  Please just read to there.
10   A.   Okay.
11   Q.   Beginning at the top of the page -- first of all,
12   who is CL?
13   A.   That's Leopardo.
14   Q.   All right.  And, later on this page, there's JR.
15   Who is JR?
16   A.   That's me.
17   Q.   There's another speaker on this page, initials,
18   RR.  Who is that?
19        And if need be, we can go back to the cover page.
20   A.   That would be -- we can go back to the page, but
21   I believe it would be Stone from Silvas.
22   Q.   Stone?
23        Let's go to the cover page, just to be sure.  Who
24   does the cover page say RR is?
25   A.   Stone.

J. Garcia - Direct                                                          64

1    Q.   Who is Stone?

2    A.   He was a member from Silvas, a gang member from

3    Silvas.

4    Q.   All right.  Going back to page 23.

5         On this first half of page 23, what topic of --

6    what's the topic of conversation that you're having with

7    Leopardo and Stone?

8    A.   We having the conversation about a recruit, if

9    you not following the rules of the gang or the clique,

10   you're going to be in trouble.

11   Q.   The first thing Leopardo says is, "Since we're

12   homeboys, we have all the right to, you know, right, to

13   be watching the steps of the recruit, the steps that

14   they take."  What does he mean?

15   A.   They need to -- they need to show them, talk to

16   them, what they should do or what they can do in order

17   for them not to be in trouble with the clique.

18   Q.   Leopardo continues in the next response, "So then

19   the dude was doing his little things, that right,

20   serious shit, you know, right, from stealing from the

21   clique, you know, stealing from the homeboy's

22   girlfriend, fucking the homeboy's girlfriend."  Who is

23   he talking about?

24   A.   He's talking about Lil Guasón.

25   Q.   What does he mean, "stealing from the homeboy's

J. Garcia - Direct                                              65

1   girlfriend"?

2    A. He -- he was sleeping with a homeboy's girlfriend

3   and stealing money from the clique.

4    Q. Is it permitted for a *chequeo* or a recruit to

5   sleep with a homeboy's girlfriend?

6    A. No.

7    Q. What are the possible consequences?

8    A. They're going to kill him.

9    Q. Please continue to page 24.  Please review the

10  first half of this page, through the line where you say,

11  "Oh, the sister, son of a bitch, right?"

12    And Leopardo responds, "Yes, man."

13   A. Okay.

14   Q. The second thing that Leopardo says on that page

15  is, "No, man.  That son of a bitch is a big fucker.  He

16  even fucked the girlfriend.  He even fucked Solitario's

17  sister.  Can you believe it?

18    Who do you understand he's talking about having

19  sex with Solitario's sister?

20   A. Lil -- Lil Guasón.

21   Q. Solitario -- what was Solitario's status in the

22  gang at the time?

23   A. At the time he was a recruit.

24   Q. Is there a problem with a recruit, like Lil

25  Guasón, sleeping with the sister of another recruit?

1    A.   Yes -- with another recruit?  I don't think it
2  would be a problem, unless they -- they -- they don't
3  have permission or they hiding.
4    Q.   You asked, "Solitario's woman, too?"
5         And Leopardo says, "No, man, the sister."
6         What was that exchange about?
7    A.   I was just trying to find out who he -- he's
8  talking about, Lil Guasón had been sleeping with.
9    Q.   Leopardo also says, right above that, "Only a
10 homeboy can be with my sister with my permission.  Other
11 than that, no, the son of a bitch can't be with my
12 sister."  What do you understand that to mean?
13   A.   That means that Lil Guasón, he can't have a
14 permission if the homeboy doesn't want him around his
15 sister.
16   Q.   Did you understand whether or not Lil Guasón had
17 permission?
18   A.   No, he didn't have permission.
19   Q.   Please continue to page 25.  Please review this
20 page, and look up when you're done.
21   A.   Okay.
22   Q.   In that first long response from Leopardo at the
23 top of the page, towards the middle, Leopardo says, "We
24 talked, you know, like indirectly, you know, but
25 everything for him, like, you know what would happen if

1    you fuck a homeboy's girlfriend.  You know what would

2    happen to you."

3         What do you understand him to mean there?

4    A.   That they always -- they always were telling him

5    indirectly what can happen if you, let's say, have done

6    something that is prohibited in the gang.  I will say,

7    sleeping with somebody else girlfriend, that will --

8    that will get you -- that will get you killed.

9    Q.   Who were they telling that it could get you

10   killed to --

11   A.   Lil Guasón.

12   Q.   -- sleep with someone's girlfriend?

13        I'm sorry, I interrupted you.  What was your

14   answer?

15   A.   Lil Guasón, always telling him about what can get

16   you killed to Lil Guasón.

17   Q.   You respond to him, and halfway through that

18   response, you say -- or towards the end of the response

19   you say, "The son of a bitch should have realized, then,

20   no, man, I will never get out of this one."  What do you

21   mean?

22   A.   I mean, he -- he should have know all the -- all

23   what they guys repeating, they talk to him and let him

24   know, pretty much saying the same -- I will say, giving

25   him the rules, but at the same time, telling him that's

1    going to happen to you.  He should have picked up and

2    say, something's going to happen to me.

3        Q.    Leopardo responds, "No man, the dude already

4    knew.  The dude already knew that -- that we were going

5    to hit him."  What do you understand that to mean?

6        A.    They think that Lil Guasón knew that he was going

7    to get killed.

8        Q.    He also says, "The dude also knew that we were

9    going to roll him" up.  What did he mean by "roll him

10   up"?

11       A.    By kill him.

12       Q.    He then continues, "With so many hints we dropped

13   on him and all that shit, the dude already -- already

14   knew, you know.  It's just that we played it super

15   good."  What do you understand that to mean?

16       A.    They think that they -- they did a perfect

17   murder.  He didn't -- Lil -- Lil Guasón didn't thought

18   that he was going to get killed that day.  They think

19   that everything was perfect in order to kill him, Lil

20   Guasón.

21       Q.    He continues and says, "We did it at 12 midnight,

22   you know, the hour of the beast."  What is the

23   significance of committing the murder at 12 midnight?

24       A.    They think that 12 is the hour of the devil, just

25   to worship the devil.

1    Q.   What would be the significance of killing someone
2    at the hour of the devil?
3    A.   They will -- they will pretty much worship the
4    devil, that's the hour of the devil, by taking the life
5    of someone.
6    Q.   At the bottom of the page, in that last section
7    from Leopardo, he says, in the middle, "No, man, and I
8    turned to take a look, like down the way, you know, like
9    a little embankment, and the son of a bitch was right
10   there.  He was staring at me."  What do you understand
11   him to be talking about there?
12   A.   Lil Guasón, after they kill him.  He told me that
13   he saw Lil Guasón, and part of where they kill him.  He
14   describe it to me, that he was just there, staring at
15   him, after they kill him.  He pretty much appeared to
16   him.
17   Q.   As in the dead body or something else?
18   A.   He described he appear as a ghost.
19   Q.   As a ghost?
20   A.   Yes.
21   Q.   He then says, "And since -- since I ripped his
22   onion off, you know, may he left holding a grudge on
23   me."  What do you understand that to mean.
24   A.   Because he was the one who cut his head off, Lil
25   Guasón, Lil Guasón feel like, you know, he was the --

1    the one who took his head off, that's why he appeared to

2    him.

3        Q.   And that response twice in brackets that says,

4    "laughs," what was his tone of voice when he was talking

5    about that?

6        A.   He was just crazy, like he was just happy.

7        Q.   Please continue to page 26.  I'm just going to

8    ask you about that first thing that Leopardo says on the

9    page.

10       A.   Okay.

11       Q.   What's he talking about?

12       A.   He just saying how crazy, that he can get the

13   head of someone, and he's just happy about it.

14       Q.   He says, "Like that, you know, high up, 'here,

15   look, the skull,' I would tell them."  What's he talking

16   about?

17       A.   He was talking about the head of Lil Guasón,

18   showing to his homeboys.

19       Q.   Please go now to page 31.  Right after that black

20   box towards the middle of the page, Leopardo says, "That

21   little hen," what do you understand that "little hen" to

22   mean?

23       A.   "Little hen" means Lil Guasón.

24       Q.   Why did he call Lil Guasón a little hen?

25       A.   Because the -- Lagrima was kind of a big guy, so

1    they call him chicken, the hen.  And Lil Guasón wasn't

2    that big as Lagrima, so they called him the little hen.

3        Q.   Now, you used in that response both "chicken" and

4    "hen."  Why did you use both of those words?

5        A.   Because, it's a disrespectful way for them to say

6    to someone that they kill.

7        Q.   What is the word in Spanish that's being used

8    there for --

9        A.   Um --

10       Q.   -- for "chicken" or for "hen"?

11       A.   It's *gallina*.

12       Q.   Can you spell that for the court reporter?

13       A.   G-a-l-l-i-n-a.

14       Q.   And why did they use the feminine version,

15   *gallina*, instead of *gallino*?

16       A.   Because for them, it's -- they're -- they're like

17   girls, like they don't care.  They don't think that they

18   were men enough to be in a gang, so they think that

19   they're -- they're girly, kind of girly.

20       Q.   Later down on the page, the very last thing that

21   Leopardo says, he says, "And the little hen, I did enjoy

22   cutting him up, you know."  What's he talking about?

23       A.   Lil Guasón, cutting Lil Guasón head off.

24       Q.   Literally or figuratively?

25       A.   Both.

1    Q.   Please continue to page 32.  Please read page 32

2    and look up when you're done.

3    A.   Okay.

4    Q.   And the first line on the page, Leopardo says,

5    "When we got her by the legs."  Who are they talked --

6    who is he talking about?

7    A.   He's talking about Lil Guasón.

8    Q.   Why does he use the feminine word "her" for Lil

9    Guasón?

10   A.   Like I mention before, they think that they were

11   not men enough to be in a gang, so they refer as a girl,

12   like in a respectful way.

13   Q.   In a respectful or disrespectful?

14   A.   Disrespectful way.

15   Q.   He continues and says, "We took out all the

16   joints, the bones, you know, from the legs, from that --

17   from the knees."  What do you understand him to be

18   talking about?

19   A.   He -- that they were doing crazy things to Lil

20   Guasón.

21   Q.   To what part --

22   A.   I mean -- I'm sorry.  To Lil Guasón, yes.

23   Q.   To what part of Lil Guasón?

24   A.   His knees, pretty much his legs.

25   Q.   He continues and says, "I grabbed that son of a

1  bitch and put his legs right there on the belly and I

2  pulled them back, you know.  It went crack."  What -- is

3  he literally talking about putting knees on the belly --

4      A.  Yes.

5      Q.  -- and cracking bone?

6      A.  Yes.

7      Q.  You ask him, "Didn't he fit in the hole, man?  He

8  didn't fit in the hole?"  Why do you ask him that?

9      A.  Because that's the only reason I can think of,

10  why he was doing some stuff like that.

11      Q.  How did he respond?

12      A.  He says the -- the hole wasn't -- wasn't that

13  big, and his leg were -- were sticking out.  Something

14  like that, he mentioned.

15      Q.  Leopardo says, "He did fit well, but the legs

16  were the ones that fucked it up."  What does that mean?

17      A.  That probably the legs were sticking out.

18      Q.  Continuing to the last paragraph there, by

19  Leopardo, in the middle, he says, "I got there at like

20  six in the morning, five.  I felt like going there to

21  check."  Where is he talking about?

22      A.  Where Lil -- Lil Guasón was buried.

23      Q.  Why was he going to check where Lil Guasón was

24  buried?

25      A.  That he mentioned that he was going to check just

1    to make sure nobody have found him, or anything was

2    un-normal.

3        Q.   He continues and says, "If the deer had dug or

4    something has caved in."  What's he talking about?

5        A.   He talk about Lil Guasón, where Lil Guasón was

6    buried.

7        Q.   He continues, "If something caved in there, I

8    will bury -- I will grab dirt with my teeth and throw it

9    on that son of a bitch."  What did you understand him to

10   mean there?

11       A.   That it don't matter what had to do, if he sees

12   the -- someone is -- or isn't covering the hole, he will

13   throw dirt to Lil Guasón.

14       Q.   Why does he say, "grab dirt with my teeth"?

15       A.   Like, he -- he saying the way that, the worst

16   case scenario, let's say, not his hands, he will do with

17   his mouth, if he can.

18       Q.   For what purpose?

19       A.   Just to cover it up.

20       Q.   Please continue to page 33.  Please review that

21   page and look up when you're done.

22       A.   Okay.

23       Q.   The top of the page, the first thing that

24   Leopardo says, he says, "I made homeboy Solitario and

25   the -- the Slow."  What is he talking about?

1    A.   He's talking about homeboy Solitario, homeboy

2   Slow, from his clique, PVLS.

3    Q.   Is this the same Solitario?

4    A.   Yes.

5    Q.   Why is Leopardo calling Solitario a homeboy on

6   this day in May?

7    A.   Because he -- he already killed Lil -- Lil

8   Guasón.  He was part of killing Lil Guasón.

9    Q.   He continues and says, "We went to see him at

10   12 midnight."  Who went to see who?

11    A.   It was Leopardo, Slow, and Solitario went to see

12   where -- where they kill and they bury Lil Guasón.

13    Q.   Why at 12 midnight?

14    A.   Because, they think 12 is the -- the hour of the

15   devil.

16    Q.   Continuing to that very long response by

17   Leopardo, in the middle, he says, "And the thing" --

18   quote -- "'And the thing is, who's saying we're scared,'

19   They would ask me."

20        Who is he talking about?  Who said "who's saying

21   we're scared"?

22    A.   He's talking about Solitario and Slow.

23    Q.   And what are Solitario and Slow saying to

24   Leopardo?

25    A.   They were not scared.

J. Garcia - Direct                                      76

1    Q.   When?

2    A.   When they went to see Lil Guasón.

3    Q.   Continuing to the next thing that Leopardo says,

4    after you say, "Why, man," he says, "Since we went at

5    12 midnight, and since I always like to, you know, tell

6    scary stories like that, you know."  What's he talking

7    about?

8    A.   He's -- he's talking about going to Lil Guasón

9    when they kill him, and he like to always talk about

10   devil stuff and scary stuff, just to -- I mean, he's

11   pretty much kind of crazy over the head about the devil

12   stuff.

13   Q.   Continuing at the bottom of the page, Leopardo

14   says, "I'd go alone at 12 midnight, all alone.  I would

15   even go there to smoke a joint and cigarettes.  I have

16   been around there all alone at 12, the hour of the

17   beast."

18        Where does he go by himself at 12 midnight?

19   A.   Where Lil Guasón was killed.

20   Q.   Please continue to page 34.  Please read this

21   page and look up when you're done.

22   A.   Okay.

23   Q.   The top of the page, Leopardo says, "The thing is

24   to prove -- the thing is to prove yourself, you know,

25   how far you are capable of going, you know."  What is he

1    talking about?

2       A.   He's talking about how he prove himself, how

3    crazy you could be by being in the gang.

4       Q.   What do you mean by "crazy"?

5       A.   Crazy by killing, by doing the crazy stuff, that

6    they think that they're okay.

7       Q.   He continues in the next response, "That's why

8    I -- I have taught that to the dogs, you know."  Who are

9    the dogs?

10      A.   The homeboys.

11      Q.   He says, "'Look, come -- come alone at 12

12   midnight if you can.  That way you will grow some

13   balls'" -- in quotes -- "I tell them."  What does that

14   mean?

15      A.   That means that, like I said, 12 midnight is the

16   time of the devil, so, they think that if they do that,

17   they will have -- they will do anything.

18      Q.   Who is he telling this?

19      A.   Lil Slow and Solitario, from PVLS.

20           THE COURT:  Counsel, we'll take the morning

21   break now for 15 minutes.  Thank you.

22           (Court recessed at 11:31 a.m. and reconvened

23           at 11:51 a.m.)

24           (Jury not present.)

25           MR. AMOLSCH:  Your Honor, could we address

1     the Court again on the -- thank you.

2                   Your Honor, I would just like to bring

3     against -- up again the instruction that I proffered to

4     the Court yesterday and e-mailed a copy of it to the

5     government, regarding the instruction as it relates to

6     Mr. Cerna and him taking the confidential human source

7     Junior to the grave sites.

8                   Again, I've taken the language right from

9     your judge's order on the 404 -- on the government's

10    motion in the -- the permissible admissibility on that

11    issue, and tailored it to a standard 404(b) instruction.

12                  I can articulate again my reasons for

13    wishing that instruction, if the Court wishes, but I'd

14    just like the Court to give the instruction as it is.

15                  THE COURT:  When would you propose I would

16    give such an instruction?

17                  MR. AMOLSCH:  Well, again, Your Honor, when

18    we talked about this yesterday, I -- the Court gave me

19    an opportunity of either now or later.  I asked for

20    both.

21                  But, we are getting to the point now -- I

22    mean, I don't know if the government's proved so much,

23    but we're getting to the point where I believe we're in

24    Mr. Cerna's transcripts.  There was the video evidence

25    of him taking him to the graves.  All of that, I

1    believe, is coming.

2           So, I believe now would be a good time, if

3    the Court is so inclined, to give that instruction.

4           And then when we're done, however many weeks

5    later, just, you know, remind the Court (sic) about the

6    Court's earlier instruction.

7           But I believe now, if the Court's inclined

8    to do it, I think now would be the time to do it.

9           THE COURT:  Okay.

10          Let me hear from the government.

11          MS. MARTINEZ:  Your Honor, the government

12   doesn't feel strongly about when the instruction is

13   given.  I think it is certainly appropriate for an

14   instruction of this sort to be given at the close of

15   case.

16          I suppose I don't think it's necessary that

17   it be given now, but we're not going to object to it

18   giving it now if Your Honor would like to give it now,

19   as well.

20          With respect to the actual text of the

21   instruction that Mr. Amolsch has proposed, most of it we

22   certainly don't object to, and I think most of is

23   consistent with the standard 404(b) instruction.

24          However, in the second paragraph Mr. Amolsch

25   has characterized the way in which the evidence may be

1    considered, and we would submit that he has overly

2    limited the way that this evidence could be considered.

3    The language that he includes is, "You may consider this

4    evidence to help you decide whether Defendant Cerna was

5    a gang member who knew about the gang's prior

6    activities, or that he was tasked by the gang to rebury

7    the body, or that the grave site is one used by the

8    gang."

9              According to this instruction, that's the

10   only thing the jury could consider when hearing that

11   evidence.  We think that's overly narrow, particularly

12   characterizing the defendant as being tasked by the

13   gang, as if it wasn't something he willfully chose to

14   do, or that the grave site is one used by the gang.

15             We think that certainly it is appropriate to

16   have a limiting instruction stating that evidence that

17   he helped rebury the body should not be considered

18   evidence that he committed the murder, because it's not

19   evidence that he committed the murder, and we, of

20   course, will not be introducing evidence that he

21   committed the murder, per Your Honor's order.

22             But --

23             THE COURT:  Your suggestion is to take that

24   sentence out?

25             MS. MARTINEZ:  I think that would be fine,

1    yes.

2                    THE COURT:  Okay.  Is that it?

3                    MS. MARTINEZ:  I think that would make the

4    instruction appropriate, Your Honor.

5                    THE COURT:  Okay.

6                    Mr. Amolsch, is that acceptable?

7                    MR. AMOLSCH:  Your Honor, I -- the 404(b)

8    instructions I looked at all gave examples.  I took

9    that -- that's verbatim from what your order -- Your

10   Honor's -- from the order, so I tried to tailor it to

11   what Your Honor has previously held.

12                   If you wanted to include the words, "for

13   example," to include the possible universe of things

14   that could be included -- but I was doing my best to be

15   consistent with Your Honor's reasoning, and I took it

16   right from Your Honor's order on the --

17                   THE COURT:  But, I wasn't trying to give you

18   a road map for your closing argument or to give the jury

19   some instruction about what theory they can consider;

20   only to limit it as it relates to uncharged murder.

21   He's not to be considered for uncharged murder.

22                   You can argue all those things if you would

23   like, but I don't think I need to have the judge tell

24   them what theories to consider it under.

25                   MR. AMOLSCH:  The only reason I included

1    that argument --
2              THE COURT:  I understand why you did it.
3    I'm just saying to you that --
4              MR. AMOLSCH:  Okay.
5              THE COURT:  -- because I'm putting in a
6    ruling does not mean it should be in the instruction.
7              I'm suggesting to you that, if you want to
8    argue those things, that's something that you should do
9    as an advocate, but it's not something that I should do
10   from the bench, I don't think.
11             MR. AMOLSCH:  The 404(b) instructions I've
12   seen all tend to give some examples about what is
13   permissible.  And I didn't find anything that was
14   similar enough in this particular case in the standard
15   404(b) instructions for -- to give the jury some
16   guidance on the permissibility of why it could be
17   considered.
18             So, I understand the Court's -- I'm not
19   arguing with the Court.  I understand where you're at.
20   I believe --
21             THE COURT:  You don't have to agree with me.
22   You can keep your objection.  That's fine.
23             MR. AMOLSCH:  No, I understand, Judge.  But
24   in terms -- I understand what you're saying.  So --
25             THE COURT:  Okay.

1      MR. AMOLSCH:  -- I think the Court should

2  give the jury some guidance on what is permissible, as

3  opposed to what -- leaving as to what's impermissible,

4  if the Court is so inclined.

5      But thank you on the instruction.

6      THE COURT:  Well, as I understand it, the

7  government's theory -- let me pull up the indictment

8  here.  Hold on.

9      I believe it's Count 5, accessory after the

10  fact, has to do with reburying the body of Nelson Omar

11  Quintana Trujillo.  It says, "the defendant, together

12  with others known and unknown to the grand jury."

13      So, theoretically, Mr. Cerna could be a

14  person who was known or unknown to the grand jury, but

15  not charged.

16      MR. AMOLSCH:  And not charged, correct.

17      I'm -- I'm cognizant about the Court's

18  concern about holding up the jury.  And we did do this

19  late.

20      THE COURT:  Okay.

21      MR. AMOLSCH:  We can just take that last

22  paragraph out, Judge.  I mean, I note my objection,

23  and --

24      THE COURT:  Okay.  I'll do that.  I'll do

25  that.

1          And what I'll do is, I'll mention that Count

2    5 does refer to -- well, maybe I shouldn't do that.

3    I'll just take that out.

4          You can bring our jury out.  Thank you.

5          MR. AMOLSCH:  Thank you, Your Honor.

6          (Jury present at 11:58 a.m.)

7          THE COURT:  You may be seated.

8          Ladies and gentlemen, I'm going to give you

9    some additional instructions, and I'll provide this to

10   you in writing at the end of the trial as well.

11         In this case, the Defendant Lemus Cerna is

12   charged in the indictment with murder in aid of

13   racketeering in the death of Gerson Aguilar.  He is not

14   charged with any crime related to Nelson Trujillo.

15         In this case, you may hear evidence that the

16   defendant, along with others, helped rebury the body of

17   Nelson Trujillo.

18         The Court instructs that you may not

19   consider Defendant Cerna's alleged participation in the

20   reburial of Nelson Trujillo in any way in considering

21   whether or not the government has proven to you beyond a

22   reasonable doubt that the Defendant Cerna murdered

23   Gerson Aguilar.

24         The defendant is not on trial for committing

25   these other acts.  You may not consider the evidence of

J. Garcia - Direct

1   these other acts as a substitute for proof that the

2   defendant committed the crime charged.

3            You may not consider this evidence as proof

4   that the defendant has bad character or any propensity

5   to commit crimes.  Specifically, you may not use that to

6   conclude that because he may have committed the other

7   act, he committed the act charged in the indictment.

8            Remember, the defendant is on trial here

9   only for the murder of Gerson Aguilar, not for these

10  other acts.

11           Thank you.

12           Bring the witness back.

13           (Witness resumed stand.)

14             DIRECT EXAMINATION (Continued)

15  BY MS. MARTINEZ:

16    Q.  When we left off before the break, we were on

17  Government's Exhibit 12-A-1 on page 34.  You had already

18  reviewed this page, but I have a number of questions.

19  Do you need to review it again or should we continue

20  with the questions?

21    A.  Review it again.

22    Q.  You want to review it again.  Okay.  Go ahead and

23  review the whole page.

24    A.  Okay.  I'm ready.

25    Q.  Okay.  We left off in that second response from

J. Garcia - Direct                                                  86

1    Leopardo, towards the top of the page, the long one.  We

2    had already talked about the dogs, but remind us, who

3    are the dogs?

4        A.   The homeboys.

5        Q.   Now, at the end of that response, Leopardo says,

6    in quotes, "'The beast will always care for you there,

7    you know?'"  What is he talking about?

8        A.   He's talking about the devil.

9        Q.   And who is he talking to?

10       A.   To Solitario and Lil Slow.

11       Q.   So, you ask in response, "And Solitario, man, and

12   the -- and the -- and Slow, did they panic, man,

13   thinking you were going to roll them up?"  What are you

14   asking?

15       A.   I was asking if they were scared, that they

16   thought Leopardo -- he was going to kill one of them.

17       Q.   How did Leopardo respond to your question?

18       A.   He says, no.  They thought -- they were just,

19   thought they were going to pull their legs, Lil Guasón,

20   and scare them.

21       Q.   What do you mean, Lil Guasón would pull their

22   legs?

23       A.   They -- since he think that he saw a ghost of Lil

24   Guasón, so they were scared.

25       Q.   Leopardo then says, "No, man, with me, they have

1    fun with me with anything."  Who has fun with him?

2       A.   The homeboys.

3       Q.   And, what does "have fun with anything" mean?

4       A.   Means that he's crazy, he don't care if he -- if

5    he's killing or he just going to scare them, he just --

6    he just like that.

7       Q.   All right.  In that same response, he continues

8    about halfway through, "I would gladly go dig the hole

9    myself, you know, right?  And whoever is going to hit me

10   can hit me, or I can kill myself, you know, because I

11   will not run from the Mara."

12           What does that mean?

13      A.   He -- that means that for him, Mara means

14   everything.  If he -- he never going to run from the

15   Mara.  If he has -- if he ever did something, the gang

16   think that he needs to die, he will dig his hole himself

17   for anybody to kill him.

18      Q.   He adds, after that, "Because I know what I got

19   myself into, you know?"  What did he get himself into?

20      A.   Into the gang.  It's only one way out and no way

21   out.

22      Q.   What's the way in?

23      A.   They going to jump you in for 13 seconds, which,

24   beat you, they're going to beating you for 13 seconds.

25      Q.   What's the way out?

1    A.   Death.

2    Q.   He then continues, "I will not leave or get out

3    until death, you know, right?  And everyone knows what

4    they got themselves into, you know?"  What does he mean

5    by, "and everyone knows what they got themselves into"?

6    A.   Every -- everyone knows when they join the gang,

7    there's one way in, no way out -- and the only way out

8    is by death.

9    Q.   Is this something that's taught only to homeboys

10   or to recruits as well?

11   A.   To homeboys, to recruits, to anybody who wants to

12   join the gang.

13   Q.   What are the consequences for someone who tries

14   to leave the gang?

15   A.   They will kill you.

16   Q.   I'll turn your attention now to Government's

17   Exhibit 14-A-1.

18        Looking at the cover page here, what is the date?

19   A.   It's May 9, 2014.

20   Q.   Who are you talking to in this conversation?

21   A.   I'm talking to Leopardo from PVLS, or Gatito.

22   Q.   Why are you talking to Leopardo again so soon

23   after the last call?

24   A.   Um, we always talk, because, he -- sometimes he

25   was worrying, and I was -- saw an opportunity to find

1    out more about the murder of Lil Guasón.

2        Q.   Why were you trying to find out more about the

3    murder of Lil Guasón?

4        A.   To locate the bodies and give information to my

5    handler.

6        Q.   Why did you want to locate the bodies?

7        A.   Because, you know, I felt -- I felt bad, I mean,

8    on both of them, that Lil Guasón has no family at all.

9    That's what they told me.  And, I just didn't feel

10   right.  He was -- we had to do something.  And, I

11   know -- I mean, the FBI could have do so much, so I had

12   the opportunity to probably facilitate the easy way to

13   find the bodies.

14       Q.   Do you know if Lagrima had family?

15       A.   Yes.

16       Q.   Did he?

17       A.   Yes, a sister.

18       Q.   Let's turn to page six.  Please review the second

19   half of this page, starting with where you say, "And how

20   is it that -- how is it that what's -- what's that park

21   like?"  Please review from there to the bottom of the

22   page.

23       A.   Okay.

24       Q.   That first line, when you're talking about the

25   park, what are you talking about?  What park?

1    A.  I was just trying to figure out the park that

2  they kill Lagrima and Lil Guasón.

3    Q.  Why were you trying to find the park that

4  killed -- where they killed Lagrima and Lil Guasón?

5    A.  To locate the bodies and give the information to

6  my handler.

7    Q.  Leopardo says, "There's a little street, man.

8  It's just like a small cemented street, and then goes

9  through the -- through a river."  What did you

10  understand that to mean?

11    A.  It's just as he described it.  It was a river and

12  it was a -- like a path, I would -- I would think of --

13  well, I didn't know -- I was never there, so, I didn't

14  know what kind of park it was, but I knew it was a park.

15    Q.  He adds, "It's for running or riding a bicycle,

16  you know."  What is he talking about?

17    A.  He's talking about that people run, they use a

18  bicycle sometimes, like a regular park.

19    Q.  Had you been to this park by the time of this

20  conversation?

21    A.  No.

22    Q.  Did you ever go to the park?

23    A.  Yes.

24    Q.  Did his description match?

25    A.  Yes.

1    Q.   At the very bottom of the page, you ask,

2    "So, a hole can be made there quickly and can be

3    covered, man?"  Why are you asking that?

4    A.   I was asking those questions to try to figure out

5    where -- at least have an idea if the bodies were there,

6    they were close by, or where were the bodies.

7    Q.   Please continue to page seven.  Please review the

8    first half of that page.

9    A.   Okay.

10   Q.   At the top, you say, "Later we'll go by there,

11   dude."  Where were you asking to go?

12   A.   To the park where they killed Lagrima and Lil

13   Guasón.

14   Q.   Why were you asking Leopardo to go there?

15   A.   Um, I always try to get a conversation, because,

16   I knew if I had an opportunity at some point, I will --

17   I will take a chance and go and see the park and try to

18   find the bodies.

19   Q.   Why do you say "take the chance"?

20   A.   Because, you don't know if you going to go and

21   you're going to come back.

22   Q.   What do you mean?

23   A.   By, you can go with them and they kill you.

24   Q.   At this point, what was your best strategy for

25   finding these bodies?

1    A.   Just to talk more often with them -- with him

2    and, you know, like I say, agree with him, even though

3    he's talking crazy things.  So, and just to wait the

4    opportunity to go to the park.

5    Q.   Why were you pursuing that opportunity, even

6    though you felt like you were risking your life?

7    A.   Because, it didn't feel right, and -- and I know,

8    like I said, FBI can do so much, but it's not like they

9    going to go and find -- find them right away.  And it

10   will be easy, at least, to have an idea where the bodies

11   were so they can get them.

12   Q.   About halfway down this page, a little less than

13   halfway, Leopardo says, "You see houses.  You can see

14   houses, you know, because it's close by -- by the homes

15   and all that shit."  What is he describing?

16   A.   He's describing what is around the park.  There's

17   some houses and -- and -- houses -- he just mentioned

18   houses.  That -- I was -- that's when I was trying to

19   locate what is close by, to have a better idea.

20   Q.   Now, you said eventually you did go to the park;

21   is that right?

22   A.   Yes.

23   Q.   Were there houses close by?

24   A.   Yes, they were.

25   Q.   Who did you go to the park with?

1    A.   Leopardo from PVLS.

2    Q.   Please turn to page eight.  Please review this

3    page and look up when you're done.

4    A.   Okay.

5    Q.   The first long response by Leopardo, he says,

6    "The thing is that it's like a small incline.  It takes

7    some effort to climb up that incline."  Is he talking

8    about the park still here?

9    A.   Yes.

10   Q.   Do you know what incline -- do you now know what

11   incline he's talking about?

12   A.   Yes.  It's where -- where we first went to the

13   first body of Lil Guasón, it's kind of uphill.  You had

14   to kind of pretty much incline all the way up to

15   get to -- actually, to get to both bodies.

16   Q.   When you went to the bodies, did it take you some

17   effort to climb up the incline?

18   A.   Yes.

19   Q.   In the middle of the page you ask, "The homies

20   weren't -- weren't there with you when you hit little

21   hen?  The homies weren't there?"  What are you asking?

22   A.   I'm asking if Lil Slow and Solitario wasn't there

23   when they -- when they kill Lil Guasón, because he -- he

24   was telling me they were scared to go to the park.

25   Q.   So, why were you asking that question here?

J. Garcia - Direct

1      A.   Because since they went to the park already and
2  kill Lil Guasón, why would they go back and be scared,
3  like something is going to happen to them.
4      Q.   What were you trying to figure out?
5      A.   The same, location of the bodies, and make sure
6  who else was -- was involved in the Lil Guasón murder.
7      Q.   Why were you trying to figure out who else, other
8  than Leopardo, was involved in the murder?
9      A.   To give -- to give information to my handler.
10     Q.   For what purpose?
11     A.   For them to actually, you know, find out the
12 bodies and find out who else was involved, and
13 everybody, you know, need to -- need to know who were --
14 who was the persons involved in Lil Guasón murder.
15     Q.   At the bottom of the page, Leopardo, in that long
16 response says, "Well, Slow, you know, the homeboy has
17 the balls to kill and all that shit.  But then, you
18 know, to go, like to go and take out a dead person that
19 already" -- what is he talking about?
20     A.   He's talking about Lil Slow.  He -- he pretty
21 much -- he can kill.  He don't mind killing.  But, when
22 it comes to try to go to the bodies or do anything to
23 a -- to a body or unbury the body, he kind of -- he's
24 not -- he's not for that.
25     Q.   What did you understand him to mean when he said,

1    "to go and take out a dead person"?

2        A.   Unbury Lil -- Lil Guasón, get him out, probably

3    bury him back again.

4        Q.   Please turn to page nine.  Please review the

5    first half of this page.

6        A.   Okay.

7        Q.   The top of the page, you say, "Peluca took out

8    Lagrima."  First of all, who is Peluca?

9        A.   He's a PVLS member, MS-13.

10       Q.   What's his other name?

11       A.   Greñas, Peluquín.

12       Q.   Is that the Greñas that you identified here in

13   court?

14       A.   Yes.

15       Q.   Why did you bring up -- well, what is "took out

16   Lagrima"?  What does that mean?

17       A.   He took out the body of Lagrima.

18       Q.   Why do you say that Peluca did that?

19       A.   Because, he told me that he did that.

20       Q.   Why did you bring up the reburial of Lagrima to

21   Leopardo here?

22       A.   To pretty much reconfirm what -- what happened to

23   Lagrima, and who was involved.

24       Q.   Leopardo responds, "What?  I took him out,

25   homeboy, with Tuner, and that chick, Eva."

J. Garcia - Direct

1          Who is Tuner?

2     A.   He's Lil Pesadilla from PVLS.

3     Q.   Is that the Lil Pesadilla you identified in

4    court?

5     A.   Yes.

6     Q.   Who is "that chick, Eva"?

7     A.   That was another PVLS member.  I never met him.

8     Q.   Do you know what -- was his name Eva?

9     A.   He was Lil Evil, but they referred to Eva,

10   like -- like a female way, because he -- he didn't want

11   to, I guess, he just left -- he wasn't part of the gang

12   at that point.  He moved somewhere else.

13    Q.   Was he involved in either of the murders?

14    A.   Yes.

15    Q.   Which one, or ones?

16    A.   Lagrima's murder.

17    Q.   In the middle of the page, Leopardo says, "You

18   can't imagine how, homeboy, ha, the son of a bitch, felt

19   like the smell was already in my brain."

20         What smell is he talking about?

21    A.   The smell of the -- of Lagrima's body.

22    Q.   Please turn to page 11.

23         I'm going to ask you just about one piece there,

24   the second -- well, where Leopardo says, towards the end

25   of the page, "No man, homeboy," there's black, "the

J. Garcia - Direct

1   little hen."  Do you see that?

2       A.   Yes.

3       Q.   Who is the little hen?

4       A.   The hen or the little hen?

5       Q.   Here it says "the little hen."  Who is the little

6   hen?

7       A.   The little hen is Lil Guasón.

8       Q.   He continues and says, "The little hen didn't say

9   anything, only said" -- wait -- sorry.  It seems to have

10  gone off the screen.  I'll wait for it to come back.

11  Okay.

12       Do you recall what Leopardo said about what Lil

13  Guasón said when they were killing him?

14       A.   Um, he didn't say anything.  He just say the,

15  "not in the face."

16       Q.   What does that mean, "not in the face"?

17       A.   Because, when they -- you have any punishment, or

18  they beat you for 13 seconds, some cliques -- I mean,

19  most of the cliques, they not allow to touch your face.

20       Q.   And you said, "He didn't say anything, just not

21  in the face?"  What do you mean by that?

22       A.   He -- he just -- he didn't say anything.  The

23  only word he says, "not in the face," when they -- they

24  were killing -- I mean, when he thought that he was

25  getting a beat.

1      Q.   I'd like to go back now to Government's

2  Exhibit 12-A-1 and ask -- that we just looked at

3  before -- and ask you a couple questions about some

4  later pages in that transcript.  So, if we could go to

5  page 64 in 12-A-1.

6           Please review the text that appears on that page.

7      A.   Okay.

8      Q.   There's a reference on this page, Leopardo

9  references a 32.  Do you understand what he means by a

10  32?

11     A.   Yes.  A --

12     Q.   What --

13     A.   -- gun.

14     Q.   I'm sorry?

15     A.   A gun.

16     Q.   What kind of gun?

17     A.   A 32 gun.

18     Q.   You also use the term, you say, "Does the homie

19  have a piece?"  What did you mean by "piece"?

20     A.   I mean -- I mean a gun.

21     Q.   Please turn the page to page 65, and review the

22  first half of the page.

23     A.   Okay.

24     Q.   You and Leopardo repeatedly used the term "the

25  32."  Are you still talking about a 32-caliber firearm?

1    A.   Yes.

2    Q.   Please turn the page to 66.  Please review this

3    page and look up when you're done.

4    A.   Okay.

5    Q.   The first -- about a quarter of a way down the

6    page, you say, "The homie has that 32, man?"

7         And Leopardo responds, "Supposedly that's what

8    the homeboys think."

9         Generally speaking, why did gang members want to

10   know who has a particular firearm?

11   A.   They -- they just want to know who -- who has a

12   gun.  That's pretty much, find out who -- who has a gun

13   on the clique.

14   Q.   And why would they want to know who in the clique

15   has a gun?

16   A.   In case they ever need it.

17   Q.   Continuing down the page, to about the last

18   quarter, you say, "But, the 32, the 32 is not dirty,

19   man?"

20        And Leopardo says, "Yeah, the 32 is dirty."

21        What does it mean for a firearm to be dirty, for

22   the gang?

23   A.   That means that they have used it, they have used

24   it to kill someone or to -- use it for shooting anything

25   else.  Probably they did not kill anybody, but they

J. Garcia - Direct

1   just, for use.

2       Q.   At the end of the page, Leopardo says, "We also
3   got it dirty because of the thing we did, you know, the
4   punishment that took place over there at the sector,
5   that, that we blasted him.  Poison did the --"

6            Do you understand what he's talking about?

7       A.   He's talking about something that happened some,
8   on where the sector meets, where they were, the gang of
9   PVLS reside all the time, and they used it for -- for
10  something.  But, I can't recall what was that at that
11  time.

12      Q.   Where is the sector?

13      A.   The sector is in Culmore.

14      Q.   And what does he mean by "punishment"?

15      A.   Punishment, that -- like I say, it could be a
16  punishment for another gang member or for somebody
17  they -- they think that he's -- he could have done
18  something to them.

19      Q.   Please turn to page 65 -- 67, and review the
20  first third of the page there, the first five or six
21  exchanges.

22      A.   Okay.

23      Q.   So, you say, "Oh, to the civilian in the face,
24  man?"  And you also say, "Is that the problem they're
25  pinning on poor Skinny?"

1        Do you remember what was being talked about here?

2   A.   Yes.  I remember it was a -- they have a problem

3   with a regular person, and, I believe that the -- this

4   person, he was being disrespectful to the gang and to

5   their clique.

6        And Poison got the gun and -- and he said that he

7   shoot the guy, part of his face or something.  But

8   that's -- that's all I can recall at that time.

9   Q.   When you say "Poison," are you talking about

10  Poison in El Salvador, or Lil Poison, or someone else?

11  A.   Lil Poison from PVLS.

12  Q.   Now, when you said that "They're pinning it on

13  poor Skinny," what did you mean by that?

14  A.   They were blaming Skinny from PVLS for that.

15  Q.   And how did Leopardo respond when you attempted

16  to confirm if that was the incident?

17  A.   He -- um --

18  Q.   In other words, did he confirm or did he deny

19  that he's talking about the incident that was pinned on

20  Skinny?

21  A.   No, no, he confirm it.  That's what they were

22  blaming for Skinny.

23  Q.   We'll go now to Government's Exhibit 15-A-1.

24       What is the date of this recording, on the cover

25  page?

J. Garcia - Direct                                              102

1    A.   It's May 9, 2014.

2    Q.   And, in this recording, who are you speaking to?

3    A.   Oh.  I was talking to Leopardo from PVLS, or

4  Gatito.

5    Q.   And why are you talking to him yet another time

6  in this very short period of time?

7    A.   Just, like I said, we -- we all have contact with

8  him for anything that he want to talk about, or if I can

9  find something else.

10   Q.   Let's turn to page 20, please.  Please review

11  this page.

12   A.   Okay.

13   Q.   What's the topic of conversation between you and

14  Leopardo on this page?

15   A.   We're talking about Lil Guasón, how he was.

16   Q.   In that first long response from Leopardo, in the

17  second half of it he says, "The one that steals from the

18  clique, homeboy, you know, that one that breaks the

19  rules, you know, of the hood."  What is he talking

20  about?

21   A.   He's talking about the rules of the gang, if you

22  broke a rule of the gang, pretty much it has to be a

23  punishment, and pretty much they're going to -- they're

24  going to kill you.

25   Q.   He continues to say, "That dude is trash, you

1  know."  Who is he talking about?

2      A.  About Lil Guasón.

3      Q.  What does he mean by "trash"?

4      A.  He means nothing for them.

5      Q.  What do you mean?

6      A.  For them, he -- he don't mean -- he was trash.

7  He doesn't mean anything to them.  They -- they -- they

8  can't see him like a recruit, like a homeboy.  He's just

9  trash.

10      Q.  A couple lines later, you ask him, "But it was

11  just because he stole from the clique, then?"  Why are

12  you asking that?

13      A.  I was asking the reason.  I mean, if -- if there

14  is another reason for it, other, that they claim that

15  Lil Guasón stole from them.

16      Q.  How does Leopardo respond to your question?

17      A.  He was -- well, it was for many other reasons,

18  that they think that Lil Guasón was disrespectful for

19  them, calling them -- if they tried to call his

20  attention, and he chose pretty much, sometimes calling

21  them little fools, they didn't know anything.

22          That's the biggest disrespectful way, because

23  they already homeboys and Lil Guasón wasn't.

24      Q.  What's the problem with someone who's not yet a

25  homeboy being disrespectful to homeboys in his clique?

1    A.   It's -- you're going to get punishment.

2    Q.   What kind of punishment can you get for a *chequeo*

3    being disrespectful to homeboys?

4    A.   Just depend.  If it is disrespectful, they can

5    beat you for 13 seconds.  It just depend.

6    Q.   Towards the end of page -- or actually towards

7    the end of that long response, Leopardo says, "I

8    stopped" -- then you start to interrupt, and he

9    continues -- "that dude's bullshit."  "I stopped that

10   dude's bullshit."  What does that mean?

11   A.   That he kill him.

12   Q.   What is the "dude's bullshit"?

13   A.   Whatever they thought that he was too messy,

14   like, he wasn't respectful or the gossip, that they talk

15   about Lil Guasón wasn't following the rules, so, he

16   pretty much saying that he kill him, so he wouldn't do

17   none of that stuff any more.

18   Q.   Please turn now to page 21, and review that page.

19   A.   Okay.

20   Q.   The top of the page, that first long response,

21   which continues from the previous page, Leopardo says,

22   "I had the 32 and then I didn't hit that dude, you know,

23   because some kids came out, you know, and you know that

24   you can't do anything in front of kids."  What is he

25   talking about?

J. Garcia - Direct                                         105

1      A.   He's talking about a hit that he was planning to
2  do, but he didn't do it because there were some kids
3  around.
4      Q.   What's wrong with doing a hit in front of kids?
5      A.   Because people might see it, and their kids
6  and -- some of the cliques, they don't like to do
7  anything in front of kids.
8      Q.   He continues and says, towards the bottom of that
9  response, "And the son of a bitch burned me.  He told
10  Poison that I didn't have the balls to do something like
11  that."  Who told Poison?
12      A.   Lil Guasón.
13      Q.   And what Poison are we talking about?
14      A.   Lil Poison from PVLS.
15      Q.   At the time of Lil Guasón murder, what was Little
16  Poison's role in the clique?
17      A.   He was the first word.
18      Q.   Skipping one response from Leopardo, in the
19  middle of the page, there's a long response, and
20  Leopardo says, "So then I told Poison, 'leave him to me,
21  dog,' I told him.  'This dude already, already -- I want
22  him to see,' I told him, and for him to see me in the
23  day that I go hit this son of a bitch."  What is he
24  talking about?
25      A.   He's talking about the date that he kill Lil

1  Guasón.  He want to make sure that Lil Guasón see him,

2  that he was -- he was killing him, too.

3      Q.   At the end of that he says, "With him, I'm going

4  to -- with him, I'm -- I'm going to prove myself with

5  him."  What does that mean?

6      A.   He's going to prove himself to Lil -- Lil Poison,

7  to how crazy he is in killing is -- it means nothing to

8  him.

9      Q.   How was he going to prove himself to the first

10  word, Lil Poison?

11      A.   By killing Lil Guasón, and do whatever he wants

12  to do with Lil Guasón.

13      Q.   In the next response, he says something about a

14  toy.  Do you know what he meant by "a toy"?

15      A.   Yeah.  It could be a gun, it could be a knife, it

16  could be a machete; just a weapon, pretty much.

17      Q.   Is that code?

18      A.   Yes.

19      Q.   Why does the gang use the word "toy" as code for

20  a weapon?

21      A.   Just, that way they talking, the police won't

22  find out what they're talking about.

23      Q.   In that same response, after he says "toy," he

24  says, "Anxious and waiting, wanting to get -- to go at

25  him, you know, before the time, you know, and eat him

1  first myself, you know, right?"  What's he talking

2  about?

3      A.   He's talking about how anxious he was, that he

4  wants to be the first one to kill Lil Guasón.

5      Q.   When he says, "and eat him first," what does

6  "eat" mean?

7      A.   Kill him.

8      Q.   Is that code?

9      A.   Yes.

10     Q.   You then ask, "But, did you even get a chance?"

11 What did you mean?

12     A.   I asked him if he got a chance to do what he

13 wants to do.  Like he told me, he wants to make sure he

14 see his face before killing Lil Guasón.

15     Q.   He responds, "No, man.  At least I got to cut the

16 son of a bitch's head off."  What did you understand

17 that to mean?

18     A.   The way that -- he's saying that he cut his head

19 off, Lil Guasón's head.

20     Q.   Then you ask where the head ended up.  How does

21 Leopardo respond when you ask where the head ended up?

22     A.   He says, beneath him.

23     Q.   What did you understand that to mean?

24     A.   That they bury the body, they put the head first

25 and then the body.

1    Q.   Please turn to page 22.

2         Please review a little over half of this page,

3    through the line where Leopardo says, "You know what?   I

4    would like for everyone who sees me to shake with fear."

5    A.   Okay.

6    Q.   What are you talking about -- what are you and

7    Leopardo talking about in this excerpt?

8    A.   We just talking about the -- how Lil Guasón --

9    that he couldn't sleep, but he was kind of appearing to

10   Leopardo sometimes, because, you know -- I told him that

11   probably because he cut his head off, so he follow him.

12   Q.   When you say "appearing," that Lil Guasón was

13   appearing to Leopardo, what does that mean?

14   A.   He always says that he sometimes sees the body of

15   Lil Guasón as a ghost.

16   Q.   At the top of the page, Leopardo says, "That's

17   why I'm telling you that he was following us."  What

18   does he mean by "following us"?

19   A.   He told me once that he thought that Lil Guasón

20   was following them, him and Lil Slow and Solitario.

21   Q.   And then a little later, you say, "He wouldn't

22   leave you in peace, dude?"

23        And Leopardo responds, "Yeah, man.  And besides,

24   I finished breaking his legs.  I even got his bones to

25   come out."  Did you understand that to mean, literally,

1   he broke his legs?

2     A.   Yes.

3     Q.   The last line I ask you to review, Leopardo says,

4   "You know it.  I would like for everyone who sees me to

5   shake with fear, you know, to feel the presence."  The

6   presence of what?

7     A.   The presence of the devil.

8     Q.   Please turn to page 23.

9        Please read the very last line there, what

10   Leopardo says, and then we'll continue to page 24 for

11   context.

12     A.   Okay.

13     Q.   Please turn to page 24 and read that page, and

14   look up when you're done.

15     A.   Okay.

16     Q.   At the top of the page, Leopardo says, "I haven't

17   controlled it very well."  What hasn't he controlled?

18     A.   We were talking about he -- he hasn't controlled

19   and decided to kill, when he told me that there's some

20   demons that he feel inside of him.

21     Q.   Continuing down the page, right before that very

22   long paragraph, Leopardo says, "No man, the day that we

23   hit the little hen, homeboy" -- and then continuing into

24   the long paragraph, he says, "That time, you know, we

25   got real crazy, you know, in the room celebrating with

1  the homies the death of that son of a bitch."  What is

2  he talking about?

3      A.   He's talking about when they kill Lil Guasón,

4  they were celebrating.

5      Q.   Where were they celebrating?

6      A.   They were celebrating that they kill Lil Guasón.

7      Q.   Do you know where they were celebrating?

8      A.   In Culmore.

9      Q.   He then says -- he continues and says, "He was

10 crying, homeboy.  I was crying because I wanted to kill

11 someone that time, you know.  That demon came into me,

12 you know.  I cried, homeboy, because of the anxiety to

13 kill someone."

14      What did you understand that to mean?

15     A.   That he was crazy, and he always claiming the

16 devil and the demons, and, you know, went to my head,

17 that he already kill someone, and he's celebrating, but

18 he still want to kill more, and he was even crying just

19 to kill.

20     Q.   Was this conversation before or after you went

21 with Leopardo to find the bodies?

22     A.   I can't recall it.

23     Q.   Continuing in the same paragraph here, he says in

24 the middle, "I would laugh my ass off crying, homeboy,

25 from wanting to kill, you know.  All of the homeboys

1    kept staring at me."  What did you understand that to

2    mean?

3        A.   That most of the homeboys, PVLS clique, that were

4    with him, they were kind of scared, why he was -- he was

5    acting that way.

6        Q.   What way?

7        A.   Crying and laughing at the same time, and they

8    just kill someone, and he was acting up that way.

9        Q.   What was he crying and laughing about?

10       A.   About, they already killed Lil Guasón, and he

11   wants to kill more.

12       Q.   Continuing in that same paragraph, he says, "And

13   I'd cry while laughing my ass off, you know, right, and

14   I would tell the homeboys that I wanted to kill.  I

15   would tell them, you know, and -- and Perezoso was all

16   panic stricken, and then, the Pollo was there, too, you

17   know."

18            Do you understand who he is talking about when he

19   says "the Pollo"?

20       A.   Yeah.  It was just a *paro* for them, they used to

21   give them ride all the time.

22       Q.   He continues, after saying "Pollo," he says,

23   "That's Pikachu, who would just stare at me all panic

24   stricken."  Are Pollo and Pikachu the same person, or

25   different people?

1    A.   Same person.

2    Q.   When he says that "Pikachu would stare at me all

3    panic stricken," what do you understand him to mean?

4    A.   He was scared.  He was scared of him.

5    Q.   Why?

6    A.   Because he thought that -- he was the only *paro*,

7    he wasn't even a homeboy, a recruit, and he wants to

8    kill, and he was the only one that probably can get

9    killed.

10   Q.   Leopardo continues and says, "I would turn to

11   look at him and wanting to kill the dude, you know,

12   right?  The dude wouldn't even face me.  Can you believe

13   it."

14        Could you believe it?

15   A.   Yeah.

16   Q.   Why?

17   A.   I mean, because he -- it's true.  He was crazy.

18   And, someone is just a *paro*, is not a -- probably they

19   don't want to be in the gang.  They just want to, you

20   know, get along.  And, they will feel -- they would feel

21   scared.

22   Q.   After this long response from Leopardo, you asked

23   him twice, "Was that the day that Poison took you to the

24   little hen?"  What are you asking him?

25   A.   I'm asking -- I just asking, is that the day they

J. Garcia - Direct                                    113

1    killed Little -- Lil Guasón.

2        Q.   Why are you clarify that he's talking about the

3    day that he killed Lil Guasón?

4        A.   Just to make sure, to understand how he was

5    acting up and why he was -- he was acting that way.

6        Q.   Please turn to page 25.

7             How does he respond to your question about

8    whether the day he's describing as the day that they

9    killed Lil Guasón?

10       A.   They already have bury Lil -- Lil Guasón.

11       Q.   When you asked, "And you still had cravings

12   afterwards," what are you asking?

13       A.   I'm asking if -- if he already kill someone, why

14   he still wants to kill more -- more people.

15       Q.   How did he respond?

16       A.   He say yes.  He just -- he still craving, because

17   he always claim because of the demons.

18       Q.   Let's go now to Government's Exhibit 16-A-1.

19            What's the date on this transcript?

20       A.   May 10, 2014.

21       Q.   Who were you talking to in this recording?

22       A.   I was talking to Leopardo, or Gatito, from PVLS.

23       Q.   This recording is after the one we just looked

24   at; is that right?

25       A.   Yes.

1    Q.  Why, after hearing that long response from
2    Leopardo about wanting to kill, did you continue talking
3    to him?
4    A.  I mean, that's the only way that you can get
5    information.  You cannot -- you cannot give them a
6    chance to suspect anything on you, even though it's hard
7    for you to hearing, or probably you don't want to hear
8    it.  But that's how -- the only way that you can find
9    out information.
10   Q.  Was it hard for you to hear what Leopardo was
11   saying?
12   A.  Yeah, it was -- it was, you know.  I thought
13   what -- he was something else.
14   Q.  Please turn to page three of this translation.
15       Please read this page and look up when you're
16   done.
17   A.  Okay.
18   Q.  What are you and Leopardo talking about on this
19   page?
20   A.  We talking about going to a park and try to scare
21   some guys from Silvas.
22   Q.  What park?
23   A.  Same park that they kill Lil Guasón and Lagrima.
24   Q.  Why did you want to go to that park?
25   A.  Because at that point, like I say, I was trying

J. Garcia - Direct                                      115

1    to find a way to go and -- and feel comfortable at the

2    same time, just to find where the bodies were.

3        Q.   You said you're talking about going there to

4    scare some guys from Silvas.  Was that your real reason

5    for wanting to go to park?

6        A.   No.  It was the reason to find the bodies.

7        Q.   Why were you talking about scaring guys from

8    Silvas?

9        A.   Because there were some guys from Silvas, like

10   recruits, that they were there, and they always talking

11   that they were not behaving good.  So, instead of to --

12   I not allowed to be in any violence, I could come up

13   with ideas, I just scare them.

14       Q.   And why would you need to come up with an idea to

15   scare them?  Why were you telling Leopardo that?

16       A.   Because, he knows the park and he likes all the

17   kind of stuff, that evil, and talking about the devil.

18       Q.   Why were you hoping he would take you to the

19   park?

20       A.   Because he always saying that the park, that's

21   his first wish, to take him to a park, that's his first

22   reaction.

23       Q.   And why did you want to go to that park?

24       A.   To find the bodies.

25       Q.   About two-thirds of way down the page, Leopardo

1   says, "But with their hands, and let them dig a hole

2   there in the middle, you know, right, you can there --

3   there, you know, scalding water, you know, I'm going to

4   dump in there so all of that gets dissolved."  Do you

5   know what he's talking about?

6       A.   Yeah.  He's talking about the bodies -- of the

7   body of Lil -- Lil Guasón.

8       Q.   When he says "scalding water," do you know what

9   that means?

10      A.   It's kind of an acid that you pour.  That's what

11  we were talking about and that's what I understand.

12      Q.   And what would be the purpose of acid with the

13  body?

14      A.   Just dissolve the body of Lil Guasón.

15      Q.   Why?

16      A.   Because they don't want nobody to find out.

17      Q.   Please continue to page four.  Please review page

18  four.

19      A.   Okay.

20      Q.   About a third of the way down the page, Leopardo

21  says, "Once we're there, just, you know, we will be

22  taking -- we will cover our noses, you know, because

23  that shit is going to stink."  What smell is he talking

24  about?

25      A.   He's talking the smell of Lil Guasón body.

J. Garcia - Direct                                                        117

1    Q.   You say, "Of death, man?"  How does he respond?

2    A.   He say yeah.

3    Q.   Then he says, "And those clothes, you know,

4    right, bring an extra one, you know."  Why is he telling

5    you to bring extra clothes?

6    A.   Because, it's going to smell bad and it

7    penetrates to your clothes.  So you need to have an

8    extra one.

9    Q.   What is going to smell bad?

10   A.   The body of Lil Guasón.

11   Q.   Continuing down the page, you ask him, "That

12   stench stays with you that much?"

13        And he responds, "That stuff is almost like a

14   skunk, man."

15        What he's talking about?

16   A.   Lil Guasón's body.

17   Q.   Please continue to page five.  Please review this

18   page.

19   A.   Okay.

20   Q.   All right.  At the top of the page, you say, "And

21   the hen?  Did the big hen stunk, man?"  Who's the hen or

22   the big hen?

23   A.   Lagrima.

24   Q.   Why do you bring up Lagrima here?

25   A.   Because he was -- they kill in the same -- in the

1    same park.

2        Q.   And how did he respond when you asked if

3    Lagrima's body smelled?

4        A.   He said yes, he -- his body stink.

5        Q.   A little further down, Leopardo says, "What's

6    more, right, the dude, he was heavy, too, you know."

7             And you say, "The dude was heavy?"

8             What are you talking about?

9        A.   About Lagrima.

10       Q.   And when you say "heavy," what does that mean?

11       A.   Lagrima was kind of big.  He was tall.  So that's

12   why I was asking.

13       Q.   Then you say, "Which one of the those two homies

14   got that homie out, man?"  What are you asking him

15   there?

16       A.   I was asking him, who was the one who get him out

17   when they went to unbury him and bury him back.

18       Q.   Who did Leopardo say was involved in reburying

19   Lagrima's body?

20       A.   He says it was Duende, himself, Lil Evil and Lil

21   Tuner.

22       Q.   Who is Lil Tuner?

23       A.   Lil Pesadilla from PVLS.

24       Q.   Is that the Pesadilla who you identified in

25   court?

1      A.   Yes.

2      Q.   Leopardo says, "No, man, only that chick Eva was

3   the only asshole."  What is he saying about the chick

4   Eva or Lil Evil?

5      A.   That Lil Evil was the one that he didn't want to

6   do it, pretty much.  He was kind of chicken out all the

7   time.

8               THE COURT:  Excuse me, Counsel.

9               We're going to recess for lunch now for one

10  hour.

11              Ladies and gentlemen, please do not discuss

12  the case nor permit the case to be discussed in your

13  presence.  And leave your notes in the jury deliberation

14  room.

15              I've made arrangements for some of you, who

16  want to use the ninth floor, to use the ninth floor jury

17  room.  There will another jury in there.  And just like

18  you, they've been instructed not to discuss the case,

19  and you've been instructed not to discuss the case.  So

20  feel free to use that area if you would like, ninth

21  floor.  Thank you.

22              We're in recess.  Two o'clock.

23              (Court recessed at 1:00 p.m. and reconvened

24              at 2:05 p.m.)

25              THE COURT:  Ready to bring the jury out?  Is

1    everybody ready?

2              MS. MARTINEZ:  Yes, Your Honor.

3              THE COURT:  Okay.  You can bring the witness

4    back and bring our jury out, Mr. Toliver.  Thank you.

5              (Jury present.)

6              (Witness resumed stand.)

7              THE COURT:  You may be seated.

8                DIRECT EXAMINATION (Continued)

9    BY MS. MARTINEZ:

10     Q.   Good afternoon.

11          When we left off, we were on Government's

12   Exhibit 16-A-1, page five.  I just have a few questions

13   left on this page, on the bottom quarter of the page.

14          Do you need to refresh your memory about this

15   page, or are you ready for questions?

16     A.   I will read it.

17     Q.   Okay.

18          And just to refresh every's recollection, since

19   we had a lunch break, at the top of the page, you

20   referred to the hen, and the big hen.  Who are you

21   talking about?

22     A.   Lagrima.

23     Q.   Continuing down to the last quarter of the page,

24   Leopardo says, "I put that son of a bitch on my

25   shoulder."  What do you understand him to be describing?

J. Garcia - Direct                                                    121

1     A.   That he put Lagrima's body on his shoulder.

2     Q.   When?

3     A.   When they unbury him.

4     Q.   And then continuing, he says, "I put the head on

5  my shoulder, you know, and the hands there on my back,

6  and 'let's go.'"  Again, what is he describing?

7     A.   He's describing that he was carrying Lagrima's

8  body.

9     Q.   Please continue to page six.  At the top of the

10 page, the first thing Leopardo says is, "No, and anyway

11 since I was going to, we put him inside a bag, you

12 know."  What do you understand that to mean?

13    A.   He -- they put Lagrima in a bag, Lagrima's body

14 in a bag.

15    Q.   For what purpose?

16    A.   To unbury -- to bury him again.

17    Q.   And if you continue a few lines down, there's

18 line there where you say, "We'll see what we can come up

19 with.  This afternoon I'll call Stone to see what we can

20 come up with."  What are you talking about?

21    A.   Just talking about that -- if we're going to meet

22 that day to go and take a look at the park.

23    Q.   Please turn your attention to Government's

24 Exhibit 17-A-1.

25         What is the date of this recording?

1    A.   It's May 12, 2014.

2    Q.   And who are you talking to in this recording?

3    A.   I'm talking to Leopardo, or Gatito, from PVLS.

4    Q.   The same Leopardo?

5    A.   Yes.

6    Q.   Why are you talking to him yet again?

7    A.   The same thing, it's just trying to find the

8    bodies, see if I can see where they are.

9    Q.   Please go to page nine.  Please review this page

10   and look up when you're done.

11   A.   Okay.

12   Q.   What are you and Leopardo talking about on this

13   page?

14   A.   He's just talking about the same, that we

15   planning to go to a park, and taking the two homeboys

16   from Silvas.

17   Q.   What park?

18   A.   To the park that they kill Lagrima and Lil

19   Guasón.

20   Q.   For what purpose?

21   A.   To find the bodies.

22   Q.   The first line there, you say, "So if those dudes

23   from the houses go down, they pass right on top of those

24   homies?"  What homies are you talking about?

25   A.   Lil Guasón and Lagrima.

1    Q.   What houses are you talking about?

2    A.   The houses that are around the park.

3    Q.   When you went to the park, could you see these

4    houses?

5    A.   Yes.

6    Q.   Where were they?

7    A.   They were around the park.  They were not in the

8    park, but you can -- you can able to see it from part of

9    the park.

10   Q.   Leopardo responds with this long response, and at

11   the end of it he says, "Because you can tell that

12   something was buried there."  When you went to the park,

13   could you tell that something was buried there?

14   A.   Um, it felt -- it looks like -- it wasn't even,

15   like, the rest of the -- the park -- the park.

16   Q.   What do you mean by that?

17   A.   You can tell something -- something was off.

18   Q.   What did it look like?

19   A.   It looks like -- like, you were digging something

20   and then put the dirt back on it.

21   Q.   Halfway down the page, Leopardo says, "What I'm

22   planning is, I'm going to tell you, we're going to take

23   them to where the hen is at, you know?"  Who's he

24   talking about taking to the hen?

25   A.   He's talking about going to Lagrima's body.

1    Q.   And then, you -- you ask, "Where -- by where --
2    where about is the hen then?"
3         Leopardo responds, "At the same place."
4         What are you talking about?
5    A.   The park.
6    Q.   And where is Leopardo saying Lagrima's body is?
7         What is he saying it's close to?
8    A.   It's -- it's close to Lil Guasón's body.
9    Q.   Please continue to page ten.  Please review this
10   page and look up when you're done.
11   A.   Okay.
12   Q.   At the top, Leopardo says, "If you dig there,
13   it's there, well, you know, alive -- not alive, but all
14   of the skin is there, everything, you know, still
15   whole."  What is he talking about?
16   A.   He's talking about Lagrima's body.
17   Q.   What did you understand him to mean when he said
18   that it's still whole?
19   A.   The whole body is still there.
20   Q.   Then later, two lines down, he says, "Like,
21   already disintegrating, you know."  What does that mean?
22   A.   Like he's -- what I understand is that -- that
23   probably you won't even recognize Lagrima, because of
24   the skin.
25   Q.   And in that longer response, he says, "We're

J. Garcia - Direct

1   going to make them stand there, and I'm going to tell
2   them, 'you know what you're standing on, right, man?'"
3   Who was he talking about, making them stand there?
4       A.   Stone and Uzi.
5       Q.   And what is he talking about making them stand
6   on?
7       A.   On top of where Lagrima and Lil Guasón were bury.
8       Q.   He continues, "That's why I want to take them to
9   the little hen, because they -- you know, the little hen
10  happened a short time ago, you know."  What does that
11  mean, "the little hen happened a short time ago"?
12      A.   Lil Guasón -- Lil Guasón's murder just happened
13  not that long ago.
14      Q.   Which murder happened first, Lagrima or Lil
15  Guasón?
16      A.   Lagrima's.
17      Q.   Continuing down the page, a little bit further
18  down, Leopardo says, "And we're going to -- there I'm
19  going to tell them the name of that asshole, you know.
20  'You guys are standing on this asshole.'  I'm going to
21  tell them, right, 'What's up?  You don't want to get him
22  out?'"
23           What does he mean, don't you want to get him out?
24      A.   Um, he was going to -- tell them that if they
25  want to get Lagrima's body out.

J. Garcia - Direct

1    Q.   Why does he say, "I'm going to tell them the
2    name" of Lagrima?
3    A.   Because, he wants to make sure that they know who
4    was bury in that hole.
5    Q.   What's significant about that?
6    A.   So that he can -- so that way they know, and they
7    can get scared, that if you don't follow the gang rules,
8    you're going to end up like Lagrima.
9    Q.   Please turn to page 11, and please review that
10   page and look up when you're done.
11   A.   Okay.
12   Q.   A few lines from the top, you ask -- or you say,
13   "The problem is that they -- you're not seen from the
14   houses.  That's the problem."  Why are you asking about
15   the houses in the park?
16   A.   Because I was asking if they able to see from the
17   houses that he was talking about.
18   Q.   If who could see from the houses?
19   A.   The people in the house, they can see anybody in
20   the park.
21   Q.   How does he respond?
22   A.   He says -- - he say they didn't -- they not able
23   to see it from the houses.
24   Q.   About halfway through the page, he says --
25   Leopardo says, "We were even digging there and they

1   didn't hear us or nothing, man."  What did you

2   understand him to be digging?

3       A.   The hole.

4       Q.   What hole?

5       A.   The hole for Lagrima's or Lil Guasón's bodies.

6       Q.   In that long response by Leopardo, he says, in

7   the middle, "But, like by the woods and the edge of the

8   river."  What is he describing there?

9       A.   He's describing where Lil -- Lil Guasón body was.

10      Q.   And then he talks about the swell of the river,

11  and says, "it makes a lot of noise."  What's the

12  significance of the river making noise?

13      A.   It's just the water, that he's going through the

14  little river, makes a lot of noise.  That's what he's

15  describing.

16      Q.   So, you ask then, "There's a river besides there,

17  too?"  Why are you asking details like that?

18      A.   Because, if I couldn't have all the details

19  without me going with him or anybody else, when I go and

20  find where the bodies were, without -- without going

21  with them.

22      Q.   His description of the houses and the woods and

23  the river, is that consistent with what you saw when you

24  went to where the bodies were buried?

25      A.   Yes.

1   Q.   I'd like to direct your attention to Government's

2   Exhibit 18-A-1.  What is the date of this audio-video

3   recording?

4   A.   It's May 15, 2014.

5   Q.   What day did Leopardo finally take you to the

6   park to see the bodies?

7   A.   May 15th.

8   Q.   What is this transcript of, this May 15th

9   transcript?

10       What is -- what's happening in it?

11  A.   Oh, we went to the park.

12  Q.   When you went to the park, what did you -- what

13  equipment did you have with you?

14  A.   I have a recording device.

15  Q.   Who gave you the recording device?

16  A.   My handler, FBI.

17  Q.   What was the purpose of the FBI giving you a

18  recording device?

19  A.   To record where the bodies were.

20  Q.   Before you met up with Leopardo that day, what

21  did you do with the FBI?

22  A.   I met with them first.

23  Q.   For what purpose?

24  A.   Just to talk, how we're going to approach and do

25  it.

J. Garcia - Direct                                              129

1   Q.   What were you supposed to do?

2   A.   Um, take the recording and go with Leopardo and

3   make sure where the body was, and try to record the best

4   way that I could.

5   Q.   Let's go to page three of this transcript.

6        You see at the top where it says, "Preamble

7   begins.  This is Special Agent Fernando Uribe and

8   Special Agent Brenda Born."  Do you see that?

9   A.   Yes.

10  Q.   Who are Special Agent Fernando Uribe and Special

11  Agent Brenda born?

12  A.   Brenda Born was my handler, and Fernando is just

13  an agent.

14  Q.   Where were you supposed to meet Leopardo that

15  day?

16  A.   I was supposed to meet him on the McDonald, close

17  to -- close to his house.

18  Q.   Let's go to page four, please.

19       At the bottom of this page says, Leopardo says,

20  "All right, I'm here in the parking lot."

21       And you say, "Oh, at the Mc."

22       What parking lot was it?

23  A.   McDonald's.

24  Q.   And Leopardo says, "In Pollo's car."

25       And you ask, "Pollo who, man?"

J. Garcia - Direct

1         Whose car was Leopardo in?

2    A.  Pikachu or Pollo.  He was just a -- a *paro* from

3 PVLS.

4    Q.  Did Pikachu or Pollo, did he come into the park

5 with you?

6    A.  No.

7    Q.  Please turn to page five.

8         Why didn't Pikachu go into the park with you?

9    A.  I guess he had something else to do.  Because he

10 was with Leopardo.  I don't know what they had done

11 before.

12    Q.  Who went into the park?

13         You and Leopardo -- was there anyone else?

14    A.  No, just me and him.

15    Q.  So, once you met up with him in the parking lot,

16 where did you -- what did you do?

17    A.  We start into the park.

18    Q.  What did you talk about with Leopardo as you

19 started heading into the park?

20    A.  We took a different styles, just try to make

21 conversation, what was in the park, and, just trying to

22 make him feel comfortable.

23    Q.  What was the park like?

24    A.  It was big.  It was a big park.  It was like the

25 way that he was describing, describing it before.

1    Q.   Do you know the name of the park?

2    A.   No, I can't recall that.

3    Q.   How long did it take you to walk to the first

4    grave?

5    A.   I would say probably 30 to 40 minutes.

6    Q.   Were you in a park the whole time?

7    A.   Yes.

8             MS. MARTINEZ:  Your Honor, with the Court's

9    permission, I'd like to play two short -- well, three

10   short clips of this video recording.  And there is a

11   clipped transcript to go with it.  I think the longest

12   one is a little under two minutes.

13            THE COURT:  Okay.

14            MS. MARTINEZ:  This would be -- Government's

15   Exhibit 18-B is the clip, and the transcript that goes

16   with it is 18-B-1.

17            Your Honor, and the jury, for the record,

18   the screen won't split, so the only thing that's going

19   to come up on the screen will be the video.  So the

20   paper transcript will have to do for these videos, 18-B,

21   18-B-1.

22            (Audio-video recording played.)

23   BY MS. MARTINEZ:

24   Q.   Who was the individual you could see in that

25   video?

1     A.   Leopardo, from PVLS.

2     Q.   Were you there?

3     A.   Yes.

4     Q.   Why couldn't you see you in the video?

5     A.   Because I was the one who got the video camera.

6     Q.   Where were you and Leopardo?

7     A.   In the park.

8              MS. MARTINEZ:   If we could put up 18 -- make

9     sure I got the right number -- 18-B-1, the transcript

10    that goes with that.

11    BY MS. MARTINEZ:

12    Q.   What were you looking at, in that video that we

13    just saw?

14    A.   Where Lagrima's body was buried.

15    Q.   Flip forward a couple pages, to the text.  What

16    did you understand Leopardo to mean when he talked about

17    the acid?

18    A.   Can you repeat the question again?

19    Q.   Sure.  If you look at the transcript, a couple

20    lines down, he says, "I think that's because of the acid

21    that it turned into a cave, man."

22    A.   Um, I understand that there was a hole, and

23    probably because they put the acid, that's why you --

24    you were able to see a hole.

25    Q.   What was the purpose of the acid?

1    A.   To dissolve anything, any part of the body of

2    Lagrima.

3    Q.   At the bottom of this page -- and first, if you

4    could look at the whole page, this page corresponds with

5    the video that you just saw?

6    A.   Okay.

7    Q.   Is that a yes?

8    A.   Yes.

9    Q.   Okay.  At the bottom of the page, the last three

10   lines, you're talking about a deer eating him.  What

11   does that mean?

12   A.   They -- he told me that a deer was eating

13   Lagrima's body.

14   Q.   Why was he saying that?

15   A.   That's what he says.

16   Q.   And then you say, "Why did that hole form?"  Was

17   there a hole that you could see?

18   A.   Yeah, it was a hole we were seeing.

19   Q.   How big was the hole?

20   A.   I can't recall how deep or big it was, but it

21   wasn't -- I would say, four or five inches long.

22   Q.   Four or five inches?

23   A.   Yes.

24   Q.   Could you see into the hole?

25   A.   If you go close, yes.

1    Q.   Could you see the body?

2    A.   No.

3    Q.   When Leopardo in the video was crouched down and

4    poking or digging, what was he doing?

5    A.   He was covering the hole.

6           MS. MARTINEZ:  Your Honor, with the Court's

7    permission, I'd like to play now the clip of the video

8    that is 18-D, and the transcript is 18-D-1.

9           May we publish, Your Honor?

10          THE COURT:  Yes.

11          MS. MARTINEZ:  And, Mr. Toliver, could we

12   bring the transcript to the witness?

13          (Audio-video played.)

14   BY MS. MARTINEZ:

15   Q.   Where were you in this part of the recording?

16   A.   We were heading back.  I was going to drop him

17   off, Leopardo.

18   Q.   Who were you with?

19   A.   Just Leopardo.

20   Q.   And whose voices could you hear in that

21   recording?

22   A.   Me and Leopardo.

23   Q.   Do you have 18-D-1 in front of you there, the

24   transcript?

25   A.   Yes.

J. Garcia - Direct                                              135

1    Q.   Does that correspond with the video that we just

2    watched?

3    A.   Yes.

4           MS. MARTINEZ:   If we could put 18-D-1 on the

5    screen.  Go to the first page with text.

6    BY MS. MARTINEZ:

7    Q.   In the middle of that page there, you referenced

8    Pikachu, and then Leopardo says, "Pikachu is afraid of

9    you."  Who is Pikachu?

10   A.   He was a *paro* from PVLS, PVLS.

11   Q.   Why were you guys talking about Pikachu at that

12   time?

13   A.   Because, we were just trying to make

14   conversation.

15   Q.   If you could flip to the next page, page seven.

16          In the middle of that page, you say, "That dude

17   already knows.  Does he already know what happened to

18   the little chicken?"  What dude are you talking about?

19   A.   Um, Pikachu.

20   Q.   And when you say "what happened to the little

21   chicken," what do you mean?

22   A.   Lil -- Lil Guasón.

23   Q.   What did Leopardo respond?

24   A.   That he knew.

25   Q.   When he says, "Dumb ass Tuner was all drenched in

1    blood, right here on his shoe and his sock."  First of

2    all, who is Tuner?

3        A.   Lil Tuner, Lil Pesadilla, from PVLS.

4        Q.   Is that the Pesadilla you identified in court?

5        A.   Yes.

6        Q.   What did you understand Leopardo to mean when

7    that Pesadilla's -- that Pesadilla was all drenched in

8    blood on the shoe and his sock?

9        A.   He had blood from Lil Guasón on his shoes.

10       Q.   When?

11       A.   When they kill him.

12       Q.   Why is this relevant to Pikachu knowing?

13       A.   Because I want to know if -- if Pikachu was the

14   one who gave them a ride.  Because, remember, nobody has

15   to know the clique business, and Pikachu was just a

16   *paro*, wasn't even a recruit.

17       Q.   Did you ever learn whether or not Pikachu gave

18   them the ride that day?

19       A.   Yes.

20       Q.   What did you learn?

21       A.   That he did give them a ride that day.

22       Q.   Leopardo then says, "He got in the car and he --

23   and he could smell the, um, the smell of a blood -- the

24   smell of the blood of a dead animal."  What is he

25   talking about?

1      A.   He's talking about blood -- the blood of Lil

2   Guasón.

3      Q.   Whose car?

4      A.   Pikachu.

5      Q.   Please flip to page eight.

6           You say to him at the top of the page, "That was

7   really well -- that was covered really well, where you

8   guys pulled him out, man.  You can't see anything."

9   What are you talking about?

10     A.   I'm talking about Lil -- Lil Guasón's -- when

11  they -- where they buried Lil Guasón.

12     Q.   What did it look like where they buried Lil

13  Guasón?

14     A.   It looks -- you can still see that something was

15  off, but it was covered more than Lagrima's, where

16  Lagrima's body was.

17     Q.   In that first recording, that video where he's

18  digging and where you're talking about the small 4- to

19  5-inch hole that you saw, was that at Lagrima's reburial

20  site or Lil Guasón's site?

21     A.   Lagrima's.

22     Q.   Leopardo says at the very end of this excerpt,

23  "No, because, we -- we came back to bury everything the

24  right way, you know, and we covered everything up."

25  What do you understand him to mean?

J. Garcia - Direct                                          138

1     A.   That we went back to cover the hole and make it

2   seem that nothing happened.

3     Q.   Now, in that video that we just watched, you said

4   that you were returning, you were going to drop him off?

5     A.   Yes.

6     Q.   Where did you drop him off?

7     A.   I drop him off around his house.

8          MS. MARTINEZ:   If we could play a very short

9   clip, Your Honor -- and there's no transcript that goes

10  with this -- 18-C.

11         THE COURT:   All right.

12         (Audio-video played.)

13  BY MS. MARTINEZ:

14    Q.   Who is that?

15    A.   That's Leopardo from PVLS.

16    Q.   Where are you in the very short clip?

17    A.   We're pretty much in the parking lot of -- of the

18  park.

19    Q.   Once you dropped Leopardo off near his house,

20  what did you do?

21    A.   I went back to my handler and the FBI agent.

22    Q.   Why did you do that?

23    A.   Because I knew that we had to go back and make

24  sure, even though we have recorded, just, you know, make

25  sure that we can able to see the bodies.

1       Q.   Did you --
2       A.   I mean, know the bodies there, where they bury
3   the bodies.
4       Q.   Did you go back?
5       A.   Yes.
6       Q.   With who?
7       A.   With -- I know Fernando, but I can't recall the
8   other guy.
9       Q.   There was another guy?
10          Was that an FBI agent or someone else?
11      A.   Both of them were FBI agents.
12      Q.   What did you do when you took the two FBI agents
13  back into the park?
14      A.   We did the same thing that I went to Leopardo.
15  We go around first to Lil Guasón's body, then we went to
16  Lagrima's body.
17      Q.   And why did you bring the two FBI's agents back
18  to those locations?
19      A.   Just to find where the body -- the bodies were.
20      Q.   Why did you want to find the bodies?
21      A.   Because, you know, I -- I know at that time, it
22  was getting dark, and, we just -- I just got out, so I
23  have a pretty good idea where to go in case something
24  with the camera didn't catch it the right way.  So we
25  just want to make sure that I was able to go to the same

1    path that we took with Leopardo.

2        Q.   Were you able to take the two agents to the same

3    two locations --

4        A.   Yes.

5        Q.   -- that Leopardo took you?

6        A.   Yes.

7        Q.   Please turn to Government's Exhibit 19-A-1.

8             What is the date of this recording?

9        A.   It was May 26, 2014.

10       Q.   Who is involved in this recording?

11            Who are you talking to in this recording?

12       A.   I'm talking to Lil Slow, or Suavecito, from PVLS.

13       Q.   Who is Lil Slow from PVLS?

14       A.   He's a full member of the clique, PVLS.

15       Q.   Earlier, you mentioned a Slow who was a *chequeo*

16   at Lagrima's murder.  Is this the same Slow or a

17   different Slow?

18       A.   This is the same one.

19       Q.   How long have you known Lil Slow?

20       A.   Probably, I would say, six months or less than

21   that.

22       Q.   At this point?

23       A.   Yes.

24       Q.   Did you know him by any names other than Lil

25   Slow.

J. Garcia - Direct                                              141

1    A.   Just Suavecito, Slow and Lil Slow.

2    Q.   Had you met him in person at this point?

3    A.   Yes.

4    Q.   How many times?

5    A.   I would say probably three or four times.

6    Q.   Had you also spoken to him on the phone?

7    A.   Yes.

8    Q.   Approximately how many times?

9    A.   I would say probably more than 20.

10   Q.   If I could show you Government's Exhibit 76.

11        Do you recognize that person?

12   A.   Yes.

13   Q.   Who is it?

14   A.   Lil Slow from PVLS.

15        MS. MARTINEZ:  Your Honor, government moves

16   into evidence Government's Exhibit 76.

17        THE COURT:  Received.

18        MS. MARTINEZ:  May we publish?

19        THE COURT:  Yes.

20   BY MS. MARTINEZ:

21   Q.   All right.  Now we're turning to the cover page

22   of the transcript.

23        What was the purpose of your conversation with

24   Lil Slow on May 26th?

25   A.   Um, like I said, to find -- to find out more

1    details about the murders of Lagrima or Lil Guasón.

2        Q.   Now, this was after you -- you knew where the

3    bodies were, right?

4        A.   Yes.

5        Q.   So, what details were you still trying to find

6    out?

7        A.   Who was involved to Lagrima's murder, and who

8    were involved to Lil Guasón's murder.

9        Q.   Why did you want to know who was involved?

10       A.   Um, because, I already -- I already, um -- at

11   that time, I already knew who might be involved, but I

12   just want to make sure from Lil Slow that he hasn't ever

13   -- he hasn't talked that much, to probably tell me

14   something else that probably I don't know.

15       Q.   Why did you approach Lil Slow, who, as you said,

16   didn't talk that much compared to, for example,

17   Leopardo?

18       A.   Um, because, Lil Slow, seems like he was easy

19   going and easy to talk to him, and, it was easy for me

20   to approach him instead of the other guys.

21       Q.   By the time you approached him, what did you

22   understand about his involvement in either of the

23   murders?

24       A.   That he -- he was involved on -- on both.

25       Q.   Let's go to page one of this transcript.  Please

1   review the second half of this page, and then I'll ask

2   you a few questions.

3        A.   Okay.

4        Q.   Okay.  First of all, what are you asking him?

5        A.   I was asking who was involved.  Um, at that point

6   a lot of people were getting arrested, and, it was -- I

7   was trying to help him, see if we can find the snitch or

8   the rat.  And I was asking him, we need to pretty much

9   make -- take a look at who was involved in what murder,

10  who's out and who's not, and then you probably will be

11  able to tell who's the one who will be ratting you out

12  or snitch, or talking to the police.

13       Q.   So you're talking to Lil Slow about finding a rat

14  or finding a snitch.  Were you actually trying to find a

15  rat or a snitch?

16       A.   No.

17       Q.   Why were saying that to Lil Slow?

18       A.   So that way he can tell me who was involved in

19  the murders of Lil Guasón and Lagrima.

20       Q.   Did your strategy work?

21       A.   Yes.

22       Q.   Looking at what Lil Slow said -- well, let me ask

23  you this:  Who is AS in this conversation?

24            So there's CHS and there's AS.

25       A.   Oh.  CHS is me.  AS is Lil Slow.

1    Q.   So, Lil Slow, says, "Hear me out, though, you

2    know.  We were -- the homeboy" -- and then he continues

3    and he says, "Peluquín."  Who is Peluquín?

4    A.   Peluquín is Peluca, Greñas from PVLS.

5    Q.   And do you understand why he was naming Greñas

6    right here?

7    A.   He was naming Peluquín.  He was the name they

8    used for Greñas, Peluca, Peluquín.

9    Q.   What is he saying here about Peluquín, Greñas?

10   A.   He was involved in Lagrima's murder.

11   Q.   The next words he says are "Lil Payaso."  What do

12   you understand him to be saying about Lil Payaso?

13   A.   That he was -- he was part of Lagrima's murder as

14   well.

15   Q.   And Peluquín, Greñas, is that the Greñas you

16   identified in court?

17   A.   Yes.

18   Q.   Lil Payaso, is that the Lil Payaso you identified

19   here in court?

20   A.   Yes.

21   Q.   Continuing, he says, "La Evil."  Who is La Evil?

22   A.   It's Lil Evil, the one that they pretty much left

23   the clique.

24   Q.   What do you understand him to be saying about

25   La Evil?

1   A.   He's referring to, like, disrespectful way, kind
2   of like the female terms.
3   Q.   And why do you understand that he names Evil
4   right here?
5   A.   Because that was his nickname, Evil, Lil Evil.
6   Q.   What is he saying Evil did?
7   A.   That he was part of that murder as well.
8   Q.   And continuing, it says, "Duende."  What is he
9   saying about Duende?
10   A.   He was part of Lagrima's murder, too.
11   Q.   Who is Duende?
12   A.   He's a gang member from PVLS clique.
13   Q.   Then he says, "and myself, man."  What is he
14   saying about "myself"?
15   A.   That he was involved, saying, "I was involved in
16   Lagrima's murder."
17   Q.   You continue and you say, "And, and the -- and
18   Skinny?"  Why did you ask about Skinny?
19   A.   Because like I say, at that point I already knew
20   who were kind of involved in that murder.  But he was
21   left -- he was leaving out Skinny.  So I ask him again,
22   if Skinny was involved.
23   Q.   How did he respond?
24   A.   Yes.
25   Q.   Then at the end of the page here, he says, "And

1    Skinny, but, right, but I came from that, you know,

2    Gatito, Pesadilla moved him from there where he was at

3    first."  What is he saying about Pesadilla?  What did

4    Pesadilla do?

5        A.   They -- Pesadilla was involved when they went

6    back to unbury him and bury him back, Lagrima's body.

7              MS. MARTINEZ:  Court's indulgence for just

8    one moment.

9              THE COURT:  All right.

10   BY MS. MARTINEZ:

11       Q.   If you would turn to the next page, page two.

12             At the very top of the page you use the name

13   Gatito.  Who are you talking about?

14       A.   Leopardo.

15       Q.   And then you say, "that when they took him out,

16   when they took him out."  What are you referring to?

17       A.   When they took Lagrima's body out.

18       Q.   Now, about halfway down the page, you say, "Now,

19   now, right, cool.  Look, you have to -- how many -- are

20   you sure that those are the homeboys?"  What are you

21   asking?

22       A.   I was just making sure that those are the

23   homeboys that were Lagrima's body -- murder involved

24   with.

25       Q.   And did he confirm those homeboys?

1    A.   Yes.

2    Q.   So, you say, "Peluca?"  Right?

3    A.   Yes.

4    Q.   Is that -- are you confirming whether Peluca was

5    there?

6    A.   Yes.

7    Q.   And who is Peluca?

8    A.   He's a PVLS gang member.

9    Q.   How does Lil Slow respond?

10   A.   Yes.

11   Q.   Then you ask, "Skinny?  Who else?"  How does Lil

12   Slow respond?

13   A.   Yes, it was Skinny, too, involved in Lagrima's

14   murder.

15   Q.   And then he says, "Duende and the girl Evil."

16   What does that mean?

17   A.   Duende from PVLS and Lil Evil from PVLS was

18   involved as well.

19   Q.   Continuing to page three at the very top, he

20   said, "Lil Payaso and I."  What does that mean?

21   A.   That Lil Payaso and himself also was involved in

22   Lagrima's murder.

23   Q.   And a couple lines down, he says, "Not Pesadilla,

24   because he had an accident that night."  What is he

25   saying about Pesadilla?

1    A.   Pesadilla, he was -- he wasn't involved in the --
2    when they killed Lagrima.
3    Q.   What do you understand Pesadilla's involvement to
4    be with respect to Lagrima?
5    A.   That he was the one who went back to unbury
6    him -- Lagrima, and bury him back.
7    Q.   Please continue to page four.
8         At the top of the page, you say, "Now let's go to
9    the problem of -- of that homie, of that homie that was
10   called Lil Guasón."  What are you asking Slow now?
11   A.   Now -- he already told me about Lagrima.  We were
12   going to go to Lil Guasón.
13   Q.   And why are you asking about Lil Guasón?
14   A.   Just to confirm who was involved in Lil Guasón's
15   murder.
16   Q.   And once again, where are you trying to confirm
17   who was involved in the murder?
18   A.   Just to make sure that if I don't -- if I didn't
19   know anything else, so, at least something other I
20   should know.
21   Q.   The next line down, you say, "That's the one you
22   guys have a serious problem with, because the girl knows
23   and the girl dimed you out."  What are you talking
24   about?
25   A.   I'm talking about, they say Skinny's girlfriend,

1    she -- she was saying that they killed Lil Guasón to a

2    lot of people.  So, they thought that she was the one

3    talking around, the neighbors, that they kill Lil

4    Guasón.

5        Q.   Do you know Skinny's girlfriend's name?

6        A.   No.

7        Q.   And why are you bringing that up to Lil Slow,

8    excuse me, in this conversation?

9        A.   Because that's -- that's how they -- they were

10   kind of -- they have a problem that everybody and the

11   neighbors were talking and a lot of people were getting

12   arrested.  So, that's my -- my first thing to tell:

13   Well this girl is talking.  It might be that's why you

14   have a problem.

15       Q.   And what did you hope Lil Slow would do when you

16   told him he had a problem?

17       A.   He will -- he would start figure out who was the

18   one could be ratting, or also name the guys who were

19   involved in Lil Guasón's murder.

20       Q.   If you continue down to the next thing you say.

21   You say, "So now you guys have to figure it out.  Who

22   were there.  Who has given you a ride or something."

23   Why are you asking about who gave them a ride?

24       A.   Because, at that point I already knew that

25   Pikachu was the one giving them a ride, so I want to

1    make sure that that was true, that someone gave them a

2    ride.

3        Q.   Was Pikachu involved in the murder?

4        A.   Not that I know of.

5        Q.   Now, continuing to about two-thirds of the page

6    down, You ask about civilians.  You say, "What civilians

7    were there?"

8             And then he says, "It sounds to me like the

9    gossip was between the chicks and the civilian."

10            What is a civilian?

11       A.   A civilian would be like a *paro*, to -- probably

12   they say something to a *paro*, or they -- somebody say

13   something to a girl.  So, that would be -- they would

14   start talking to somebody else and the word got out.

15       Q.   You do mean, someone else in the world (sic)?

16       A.   The word got out that they killed Lil Guasón.

17       Q.   I see.

18            Why did you want to know whether there were any

19   civilians who knew about the murder?

20       A.   Because, I want to know who else was involved and

21   knew about Lil Guasón's murder.

22       Q.   Continuing to the last thing that you say on this

23   page, you say, "There were only like four or five

24   homies, right, man, from the homie, the last one, right?

25   And it's you and Gatito?"  What are you asking about?

1    A.   I'm just asking for him to tell me who was

2    involved in Lil Guasón murder.

3    Q.   Did he tell you?

4    A.   Yes.

5    Q.   Please turn to page five.  You say, "Pesadilla."

6    What are you asking about Pesadilla?

7    A.   I ask him if he was involved in Lil Guasón's

8    murder.

9    Q.   How did Lil Slow respond?

10   A.   Yes.

11   Q.   Is that the Pesadilla you identified in court?

12   A.   Yes.

13   Q.   And then continuing down, Lil Slow says, "There,

14   Duende was there, too, and, Lil Payaso."  What do you

15   understand him to be saying about Duende and Lil Payaso

16   was there?

17   A.   That Lil Payaso from PVLS was there, and Duende

18   from PVLS was there.

19   Q.   Lil Payaso from PVLS, the Lil Payaso you

20   identified in court?

21   A.   Yes.

22   Q.   Now you repeat, "Duende?"

23        And he says, "Uh-huh.  Lil Payaso."

24        You do this a number of times.  Why do you repeat

25   the names?  What was the purpose of that?

1    A.   I didn't know Duende was there.  So, when he told

2    me, that pretty much was the first time that I knew that

3    Duende was involved.

4    Q.   And did he respond whether or not Duende was

5    involved?

6    A.   Yes.

7    Q.   All right.  Then continuing, Lil Slow says,

8    "Skinny wasn't there, nor was Greñas."  Skinny and

9    Greñas weren't there for what?

10   A.   They were for Lagrima's murder.

11   Q.   And what were they not there for?

12   A.   For Lil Guasón's murder.

13   Q.   Do you know why Skinny and Greñas weren't at Lil

14   Guasón's murder?

15   A.   They were in jail.

16   Q.   Please turn to page six.

17        All right.  At the top, you say, "The Lil Guasón

18   one."  Are you still asking about Lil Guasón's murder?

19        (Pause.)

20        I'm sorry --

21   A.   Yes.

22   Q.   Go ahead and review the page.

23   A.   All right.  Okay.

24   Q.   What are you talking about with Lil Slow on this

25   page?

J. Garcia - Direct                                              153

1    A.   I was asking him who were the one who were

2    involved on Lil Guasón murder.

3    Q.   And, who does he say were there and killed Lil

4    Guasón?

5    A.   It was Lil Payaso, Lil Pesadilla, Leopardo,

6    Solitario, Duende, and Lil Poison.

7    Q.   Leopardo, is that the Leopardo you ID'd in court?

8    A.   Yes.

9    Q.   Lil Payaso, is that the Lil Payaso that you ID'd

10   in court?

11   A.   Yes.

12   Q.   Pesadilla, is that the Pesadilla you ID'd --

13   identified in court?

14   A.   Yes.

15   Q.   Please turn to Government's Exhibit 20-A-1.

16        Oh.  And before we go, who is Solitario?

17   A.   He was -- at that time, he was a recruit from

18   PVLS.

19   Q.   Please turn to 20-A-1.

20        What is the date of this recording?

21   A.   It's June 12, 2014.

22   Q.   Who were you talking to in this June 12th

23   recording?

24   A.   I was talking to Big Poison, a member from El

25   Salvador, a shot caller.

1    Q.   Is this the same Poison in El Salvador you talked
2    about earlier in your testimony?
3    A.   No -- yes, yes, it is.
4    Q.   And, who is Big Poison in El Salvador?
5    A.   He's the shot caller.
6    Q.   What does "shot caller" mean?
7    A.   They -- they think that they control part of the
8    clique in El Salvador.
9    Q.   What clique is Big Poison a part of?
10   A.   PVLS.
11   Q.   Please turn to page seven.  Please review page
12   seven and look up when you're done.
13   A.   Okay.
14   Q.   What are you and Big Poison talking about on this
15   page?
16   A.   Um, I was trying to talk to Lil Poison -- I mean,
17   Big Poison, because I know he always calling in -- he
18   was pretty much using all the guys over here from his
19   clique, just to get money out of them.  And, you know, I
20   knew how -- how -- pretty much, kind of talk to him, and
21   I was trying to find out if he was -- he knew about the
22   murders that happened with Lagrima and Lil Guasón.
23   Q.   Why were you trying to find out if Big Poison
24   knew about the murders of Lagrima and Lil Guasón?
25   A.   Just to make sure he's the one who gave the okay

1    to the clique.

2        Q.   Why would you want to know that?

3        A.   To give information to my handlers.

4        Q.   There's two sets of letter speakers here, JR and

5    BP?

6        A.   JR is me.  BP is Big Poison.

7        Q.   The first long thing that you say here, at the

8    top, about halfway down, you say, "That last kid that

9    they hit, Crimen told them, you know, 'fuck, that

10   doesn't happen in El Salvador.  They first hit the chick

11   and then the dude.'"

12            Who are you talking about, "that last kid that

13   they hit"?

14       A.   Lil Guasón.

15       Q.   And who is Crimen?

16       A.   Oh.  He's a member of PVLS in New York.

17       Q.   What do you understand it to mean when -- or what

18   did you understand when Crimen told them, "that doesn't

19   happen in El Salvador.  They hit first the chick and

20   then the dude"?

21       A.   They first kill the girl and then they kill the

22   guy who messed with the girl.

23       Q.   Why are you saying that when you're talking about

24   Lil Guasón?

25       A.   Because, that's -- that's one of the reason that

J. Garcia - Direct

1   they say that they killed Lil Guasón, because he was --

2   he was messing with Skinny girlfriend.

3       Q.   Is that the same girlfriend who was telling

4   people that the gang had killed Lil Guasón?

5       A.   Yes.

6       Q.   Continuing in the same thing here, you say, "Who

7   had given the okay?"  What does that mean?

8       A.   Who gave the okay to kill Lil Guasón.

9       Q.   And you continue and say, "You" -- sorry -- "We

10  thought that you already knew about those decisions."

11  What does that mean?

12      A.   Um, like I said, they always ask down there to

13  get the okay to kill someone, and that's what I want to

14  make sure he knew about it.

15      Q.   And what did Big Poison say when you asked or you

16  said that you thought he knew about it?

17      A.   He -- he -- he told me that he knew about it, but

18  he didn't know the details.

19      Q.   When he responds and says, "They only told me

20  that they were doing a job about -- about someone that

21  had been disrespectful," what did you understand by him

22  saying "they were doing a job"?

23      A.   That they were killing someone.

24      Q.   And, when he says, "someone that had been

25  disrespectful," what did you understand that to mean?

1    A.   Disrespectful could be stealing money from the

2    gang, um, being -- not following the gang rules, and one

3    example would be sleeping with somebody -- a homeboy's

4    girlfriend.

5    Q.   About halfway through this response that he

6    continues, he says, "You know that if you hit a dude

7    from the Mara, then you have to hit that fucking chick

8    too, homie, you know?"  What does that mean?

9    A.   They have to kill the girl as well.  If they kill

10   the guy, they have to kill the girl, too.

11   Q.   Then he says, "The truth is, I don't know if they

12   counted on Payaso or with whom, right, but they didn't

13   count on me."  What is he talking about counting?

14   A.   That they didn't ask him.

15   Q.   About what?

16   A.   About killing Lil Guasón.

17   Q.   And who is Payaso?

18   A.   Payaso was the -- the first word in jail from

19   PVLS.

20   Q.   The same Payaso we've talked about during your

21   testimony?

22   A.   Yes.

23   Q.   Continuing to almost the end of the page, the

24   second-to-last thing that Big Poison says, he says,

25   "Here, when a homeboy fucks your boyfriend, another

1   homeboy's girlfriend, he dies, dog."  Where is "here"?

2       A.   El Salvador.

3       Q.   Then he says, "Yeah, yes, dog, those are the laws

4   of the hood here in El Salvador."  What are the laws of

5   the hood?

6       A.   That you -- that you cannot get involved with a

7   homeboy's girlfriend.  They're going to kill you and

8   kill the girl.

9       Q.   Please continue to page eight.  Please review the

10  first half of this page up to those black -- the black

11  box there.

12      A.   Okay.

13      Q.   So, here again Big Poison talks again about

14  killing for having sex with a homeboy's girlfriend.  Why

15  does that matter to the gang?

16      A.   Because that's the rule that you -- you have to

17  follow that rule.  You cannot do that at all.

18      Q.   Why not?

19      A.   Because they're going to kill you.

20      Q.   After he says that, you respond and you bring up,

21  or you say, "that chick Lagrima."  Is that Lagrima?

22      A.   Yes.

23      Q.   The first murder victim?

24      A.   Yes, that's Lagrima.

25      Q.   Why did you bring up Lagrima with Big Poison?

1    A.   Because I want to know if he gave the okay to

2    kill Lagrima.

3    Q.   Why?

4    A.   Just to get information to my handlers.

5    Q.   Please continue to page nine.  Please review the

6    first half of this page.

7    A.   Okay.

8    Q.   What are you asking Big Poison about on this

9    page?

10   A.   I'm pretty much asking the same thing.  He was --

11   he knew about Lagrima, if he gave the okay.

12   Q.   In the middle of that section, I asked you to

13   read, Big Poison says, "The first thing, yes, the

14   second, no."  What did you understand that to mean?

15   A.   The first part of Lagrima, yes, he knew, he gave

16   the okay.  He knew about it; not the second murder,

17   which was Lil Guasón.

18   Q.   And then he repeats later, "Yes, but yes with the

19   first thing, but no with the second man."

20   A.   The same thing, Lagrima, first, that he knew

21   about it, but no, Lil Guasón.

22   Q.   Please turn to Government's Exhibit 21-A-1.

23        What is the date of this recording?

24   A.   June 27, 2014.

25   Q.   And, in this recording, who are you talking to?

1    A.   I'm talking -- I'm talking to Lala and Duende, or
2    Enanito, from PVLS.
3    Q.   Start with Duende.  Who is Duende?
4    A.   He's a gang member from PVLS.
5    Q.   Have you met him in person?
6    A.   No.
7    Q.   Have you spoken to him on the phone?
8    A.   Yes.
9    Q.   About how many times?
10   A.   I'd say probably 10, 10 times.  I'm not sure.
11   Probably.
12   Q.   Who is Lala?
13   A.   Lala was a girl, that you -- it was easy to call
14   her and find where Duende was.
15   Q.   Had you met Lala in person?
16   A.   No.
17   Q.   Had you spoken to her on the phone?
18   A.   Yes.
19   Q.   Why was it easy to call her and find where Duende
20   was?
21   A.   Because she always show us -- with the homeboys.
22   Q.   Why did you call her on this day?
23   A.   Because I want to talk to Duende.
24   Q.   Why did you want to talk to Duende?
25   A.   Because I learn during -- I believe during the

1   weekend something happened, somebody got killed.  So, I

2   knew where the sectors of PVLS and different cliques

3   used to hang out, and pretty much they -- that's what

4   call it, control.  So -- and, I was just trying to find

5   out.

6       Q.   You heard that -- you said you heard that someone

7   got killed.  Are you talking about Lagrima or Lil Guasón

8   or someone else?

9       A.   Someone else.

10      Q.   Why were you calling -- why did you want to talk

11  to Duende about this other murder?

12      A.   Because, like I say, I learned it, that someone

13  got killed, and got kids and a family, so -- and where

14  he got killed, I knew that that's where Duende used to

15  be all the time.

16      Q.   Where was the murder?

17      A.   On Chirilagua, Alexandria, somewhere around

18  there.

19      Q.   Please turn to page one, and please review that

20  page.

21      A.   Okay.

22      Q.   Starting at the top of the page, who is JR?

23      A.   That's me.

24      Q.   Who is LA?

25      A.   Lala.

1    Q.   And then you say, "Hey, put Enanito on," who is

2    Enanito?

3    A.   He is Duende, from PVLS.

4    Q.   Then two lines down, JC, says, "Hey."  Who is JC?

5    A.   He's Duende.

6    Q.   Continuing to that first long response from

7    Duende -- well, let me ask you:  In the second half of

8    this page, what is Duende talking about, generally?

9    What is he describing?

10   A.   He was describing a problem that they have on

11   Chirilagua with someone, who had an altercation with

12   words, and -- and, they were kind of being -- he felt

13   that they were being disrespectful to them.

14   Q.   Talking -- starting at the top of what Duende

15   said, he said, "Look, when all that mess happened, you

16   know, right, it was like 5:00, no, let's say

17   7:00 o'clock, or something like that."  What is he

18   talking about?

19   A.   He's talking about when they killed a guy in

20   Chirilagua.

21   Q.   And, then he says, "Me and this homie, the one

22   that just got out, you know, right?"  What did you

23   understand that to mean?

24   A.   I knew that someone got out, and he -- he was the

25   homie.  He -- they say that he was a homie, but he

 1  wasn't a homie.

 2            MS. AMATO:  Objection.

 3            THE COURT:  I'm sorry.  What was the

 4  objection?  I can't hear you.

 5            MS. AMATO:  I'll withdraw.

 6            THE COURT:  It's always important for you

 7  all to stand up and speak loudly so I can hear you.

 8  Thank you.

 9            Go ahead.

10  BY MS. MARTINEZ:

11     Q.  What did you understand him to mean by "the one

12  that just got out"?

13     A.  He just got out of jail.

14     Q.  Who?

15     A.  Another -- another guy.

16     Q.  And what was the significance of this other guy

17  in this conversation?

18     A.  That he was part of when they killed this other

19  person in Chirilagua.

20     Q.  Continuing to the next long paragraph by Duende,

21  he says, "And I told him, 'hey, look, man, doggy,' I

22  told him, right, 'these sons of bitches are assholes.'"

23  What is he talking about?

24     A.  About people, they have the discussion, they were

25  disrespectful to them.

1    Q.   He continues, "I tell them, 'hey, so what the

2    fuck, fucking kids.  La Mara,' I told them.  I flashed

3    the Mara, you know."  What does that mean?

4    A.   That means that, you know, if you a gang member,

5    that's the first thing you're going to say, you know,

6    show off, you know, the sign of La Mara, MS-13.

7    Q.   When you say it's the first thing you're going to

8    say, what do you mean?  To who?

9    A.   To any other person that is not a gang member, or

10   a rival gang member.  They don't care.  They need to

11   make sure that they represent the MS-13.

12   Q.   Why does the homeboy need to make sure he's

13   representing MS-13?

14   A.   Because, that's what they live for, just MS-13.

15   Q.   Continuing about halfway down that paragraph, he

16   says, in quotes, "'Hey right, go get your gang of

17   rabbits or what the fuck,' I told him."  What's that

18   about?

19            MS. AMATO:  Your Honor, I'm going to object

20   to the form of the question.  The speaker in this

21   conversation, that would be asking him to interpret.

22            MS. MARTINEZ:  He was involved in the

23   conversation.  I'm asking his understanding of the

24   conversation that he was involved in.

25            MS. AMATO:  That's fine.  She can ask that

 1    way, what's your understanding, but not what is he

 2    saying.

 3                  THE COURT:  All right.  I'll sustain the

 4    objection.  Rephrase.

 5    BY MS. MARTINEZ:

 6       Q.  When Duende says, in quotes, "'Hey, right, go get

 7    your gang of rabbits or what the fuck,' I told him,"

 8    what do you understand him to be saying?

 9       A.  They were disrespectful to Duende, to pretty much

10    to MS-13, the other -- the other guys.

11       Q.  Continuing down in that same line there, three

12    lines from the bottom, Duende says, "This homie has a

13    buddy there in Chirilagua, you know, right?  And that

14    homie kind of has the piece, man."  What did you

15    understand that to mean?

16       A.  That he has a gun.

17       Q.  When it starts with "this homie has a buddy,"

18    what homie is he talking about?

19       A.  He's talking --

20                  MS. AMATO:  Objection.

21                  THE COURT:  Overruled.

22                  THE WITNESS:  -- the homie, he just got out

23    of jail.

24    BY MS. MARTINEZ:

25       Q.  So, who just got out of jail?

1    A.   The homie, the -- Duende think that he's a homie.

2    Q.   All right.  And then it says that that homie has

3    a buddy.  Who's the buddy?

4    A.   He's the buddy of the homie that -- who got out

5    of -- just got out of jail.

6    Q.   And continuing, it says, "and that homie kind of

7    has the piece."  What's the piece?

8    A.   It's a gun.

9    Q.   And which one had the piece?  The guy who just

10   got out of jail, or his buddy?

11   A.   His buddy.

12   Q.   Then he says, "So then the son of a bitch told

13   me, 'so what the fuck, should we go for it?'  'Let's do

14   it, doggy,' I told him."

15        What do you understand that to mean?

16   A.   That they had a gun and they want to go after

17   these guys.

18   Q.   And when it says -- that same line again, "So

19   then the son of a bitch told me, 'so what the fuck,

20   should we go for it?'"  Who do you understand to have

21   said "so what the fuck, should we go for it?"

22   A.   He's the homie that got out of jail.

23   Q.   Please continue to page two -- he continues, from

24   page one to page two, "So then the homie got a hold of

25   the piece, man, you know."

1          What do you understand that to mean?

2     A.   They were able to get the gun from the -- from

3   the guy who got out of jail's buddy.

4     Q.   And who went and got the gun?

5     A.   The guy who got out of jail and Duende.

6     Q.   Then he continues, "So, I went with the homie,

7   you know, right?  And that's when all the trouble

8   started, doggy."

9          What do you understand that to mean?

10    A.   That's when they killed the guy.

11    Q.   Continuing, "So, then the sons of bitches started

12  to tell us shit, doggy."  What do you understand it to

13  mean when he says, "tell us shit"?

14    A.   That they were disrespectful to the gang, to

15  them, to MS-13.

16    Q.   Is it dangerous to be disrespectful to MS-13?

17    A.   Yes.  They -- they don't take anything

18  disrespectful at all.

19    Q.   What could happen to a random person who is

20  disrespectful to MS-13?

21    A.   They will kill you if they had a chance.

22    Q.   Continuing, he said, "So I jumped on one of those

23  sons of bitches to bust him in the mouth, dog, you know?

24  So then, while I was punching him on the face, I just

25  heard boom.  Son of a bitch."

1          What do you understand that to mean?

2     A.   Um, a gun, a gun, a gun went off.  Somebody --

3    somebody shot someone.

4     Q.   Then he says, "That's when I saw the son of a

5    bitch on the floor."  Who do you understand to have been

6    on the floor?

7     A.   The guy that I learned that was killed, over the

8    news.

9     Q.   Now, you respond and say, "But the problem, man,

10   is maybe the dude didn't even go down, man, and they're

11   throwing you under the bus, homeboy."  What were you

12   saying to Duende there?

13    A.   I was just trying to get more information.  I

14   already knew that that guy was dead.  I just want him to

15   make sure, if he knew about it, that the guy was -- he

16   was dead.

17    Q.   You were trying to confirm that he knew --

18    A.   Yes.

19    Q.   -- that the guy was dead?

20         When you said, "throwing you under the bus," what

21   did you mean by "throwing you under the bus"?

22    A.   That probably he's not there, then just police is

23   just looking for him for no reason.

24    Q.   Now, a couple lines later, Duende says, "Somebody

25   was saying it was me, you know, right?"  What do you

1    understand that to mean?

2        A.   They -- they know him on -- in Chirilagua, some

3    people, and they assumed it was him, the one who killed

4    the guy.

5        Q.   Was it?

6                  MS. AMATO:  Objection.  Objection.

7                  THE WITNESS:  No.

8                  MS. AMATO:  Objection, Your Honor,

9    speculative, foundation.

10                 THE COURT:  Are you referring to the

11   transcript or personal information?

12                 MS. MARTINEZ:  From information he learned

13   from gang members.

14                 THE COURT:  Lay a foundation first.

15   BY MS. MARTINEZ:

16       Q.   Did you learn who fired the gun?

17       A.   Yes.

18       Q.   Who did you learn who --

19                 THE COURT:  How did you learn it?

20   BY MS. MARTINEZ:

21       Q.   -- who fired the gun from?

22                 THE COURT:  How did you learn it?

23                 THE WITNESS:  I learned it from Duende.

24   BY MS. MARTINEZ:

25       Q.   Who is Duende?

J. Garcia - Direct                                      170

1    A.   He's a gang member from PVLS.

2    Q.   What did you learn about who fired the gun?

3    A.   He told me that this -- this guy, Taliban, that

4    he got out of the jail, was the one who killed the guy.

5    Q.   Taliban, you said?

6    A.   Yes.

7    Q.   Is that the same guy who just got out of jail

8    that we're talking about in this transcript?

9    A.   Yes.

10   Q.   All right.  Now, you have a long response here,

11   starting with, "Now, now, you have to find out, man."

12   Would you read that response of yours, and then I'll ask

13   you a question.

14   A.   Okay.

15   Q.   What are you saying to Duende there?

16   A.   Um, I was just pretty much just trying to find

17   out who was involved, who was the one who provide the

18   gun to them.

19   Q.   Why were you trying to find that out?

20   A.   Because, that would be easy for FBI to find out,

21   who provide the gun, if they find the gun.

22   Q.   Please continue to page four.  Towards the bottom

23   of page four, do you see where you say, "What other

24   test?  If you have to, if you have seen, man," do you

25   see that line?

1    A.   Yes.

2    Q.   Please read from there to the bottom and I'll ask

3  you a couple questions.

4    A.   Okay.

5    Q.   That section starts with you saying, "What other

6  test?  If, if you have -- if you have seen, man, that

7  the dude hit -- himself hit the dude, what other test do

8  the homeboys want?"

9        What do you mean?

10   A.   Um, remember, to become a gang member, you have

11  to kill someone.  So, and he's already telling me that

12  Taliban kill these guy.  So, he -- he pretty much is

13  ready to become a gang member, a full gang member.

14   Q.   Did you ever learn whether Taliban wanted to

15  become a full gang member?

16   A.   Yeah.  I mean, yes.  He -- he said that he wanted

17  to be part of PVLS clique.

18   Q.   Now, when it says -- when you said, "The dude

19  himself hit the dude," what did you -- what were you

20  saying there?

21   A.   That Taliban killed the guy.

22   Q.   And, what does "test" mean in this context?

23   A.   That's the test that the MS-13, every clique

24  going to ask you to do, you're going to kill someone

25  when you have the opportunity.

1    Q.   Duende responds, "That's right.  That's exactly

2    right, man."  What do you understand him to be

3    confirming?

4    A.   He was confirming the guy did kill the other

5    person.

6    Q.   Then he says, "No man, dog, that was some crazy

7    shit, you know, right?  I told the son of a bitch there,

8    'cool, you know, you have your balls, son of a bitch,

9    and you've earned my respects, homie.'"

10        Who did you understand Duende was saying he said

11   that to?

12   A.   To Taliban.

13   Q.   And what do you understand that he was telling

14   Taliban?

15   A.   That -- that since he saw that he killed the guy,

16   that he earned his respect.  There was nothing else to

17   say, that he was -- he was a homeboy.

18   Q.   The last line here, you say, "I don't know the

19   homeboy.  So what's with him?  Is he -- is the homeboy

20   tatted, or what the fuck, man?"  What homeboy are you

21   asking about?

22   A.   Taliban.

23   Q.   Why do you ask whether Taliban -- well, first of

24   all, what is "tatted"?

25   A.   It's tattoos.

1    Q.   Why are you asking about tattoos with respect to

2    Taliban?

3    A.   Because since I don't know these guys, I need to

4    get an idea, if they have any tattoo or anything, in

5    case I -- I need to go talk to them, or, or -- it would

6    be easy also for the FBI to at least have an idea that

7    they do have a tattoo.

8    Q.   Please turn to page five.  Please read the first

9    respond from Duende in response to your question about

10   tattoos.

11   A.   Okay.

12   Q.   What does he say about whether Taliban has

13   tattoos?

14   A.   He did have a seal of El Salvador.

15   Q.   He continues and says, "and he's got some ink on

16   the chest that says, *perdona madrecita por tus*

17   *lagrimas."*  What does *perdona madrecita por tus lagrimas*

18   mean?

19   A.   It's a -- forgive me, mother, for all your tears.

20        MS. MARTINEZ:  For the court reporter, I'll

21   spell that Spanish sentence.  *Perdona* is p-e-r-d-o-n-a.

22   *Madrecita* is m-a-d-r-e-c-i-t-a; *por*, p-o-r; *tus*, t-u-s;

23   *lagrimas*, l-a-g-r-i-m-a-s.

24   BY MS. MARTINEZ:

25   Q.   Where did you understand he had that tattoo?

1    A.   He had that tattoo on his chest.

2    Q.   You respond and you say, "That's what I'm telling

3 you, and what's up with the dude?  It's -- it's a matter

4 of him talking with the homies than to see if they're

5 going to jump him in now, you know?"  What are you

6 talking about?

7    A.   Um, I was just trying to find out more

8 information and if -- if these guys, they're going to

9 become a gang member, a full gang member.

10   Q.   Which guy?

11   A.   Taliban.

12   Q.   Then you say, "Yes, that thing is already --

13 well, to, to clear up that shit with Poison, that the

14 dude already, already has proved himself there in

15 Chirilagua."  Who's Poison in this sentence?

16   A.   He's Lil Poison.

17   Q.   And what's the relevance of Lil Poison here?

18   A.   Because, they were thinking that this guy -- who

19 was this guy?  They didn't know him, and they were kind

20 of skeptical about -- about him.

21   Q.   What was Little Poison's role or position in PVLS

22 at the time?

23   A.   He was the first word.

24   Q.   And what role does the first word in a clique

25 play with respect to new gang members?

1     A.   He has to -- he has to get the okay in order to

2  jump in a new member.

3     Q.   When you said, "The dude already, already has

4  proved himself there in Chirilagua," what were you

5  referencing?

6     A.   About that he -- he was the one who killed the

7  guy in Chirilagua.

8     Q.   A little bit later, Duende says, "Well, yes,

9  doggy, you know, but remember, that when one gets an

10  opportunity like that, dog, you know, hey, you're not

11  going to let it pass."

12          What do you understand Duende to be saying there?

13     A.   Like I mention before, MS-13 is about killing.

14  And, they -- if you are recruiting, you're trying to

15  become a full member, you're going to have that

16  opportunity to prove to them that you want to be a gang

17  member, and you're going to kill someone.

18     Q.   And what opportunity specifically was Duende

19  referencing here?

20     A.   The -- that the -- Taliban killed the guy in

21  Chirilagua.

22     Q.   Please go now to page 11.  Please review this

23  page and then I'll ask you some questions.

24     A.   Okay.

25     Q.   All right.  What are you talking about with

1    Duende on this page?

2        A.   Um, I was talking the same murder, when they

3    killed the guy in Chirilagua.

4        Q.   A little less than halfway down the page, Duende

5    says, "Part of me is happy, too, because, yeah, we

6    showed them fucking asshole kids there what we're made

7    of, dog, you know.  And none of the doggies has gotten

8    busted, dog, right?"  What is he saying?

9        A.   He's saying they happy they kill the guy, to show

10   them that you don't play with the MS, and nobody had

11   gotten arrested yet.

12       Q.   For what?

13       A.   For killing the guy in Chirilagua.

14       Q.   When you respond, one of the things you say is,

15   "Well, you don't need a shit load of people to do some

16   cool shit, man."  Why did you say that?

17       A.   Because, I wanted to make sure who else was

18   involved on, on that murder, if there was someone else

19   that he hasn't tell me anything about it yet.

20       Q.   Why did you want to know who else was involved?

21       A.   To get information to my handler.

22       Q.   Who does he say was involved?

23       A.   It was him, Taliban and Gatuso.

24       Q.   Who is Gatuso?

25       A.   He is a gang member from Via Satélite clique.

1    Q.   Have you ever met Gatuso?

2    A.   Yes.

3    Q.   Where did you meet Gatuso?

4    A.   I went to meet him a couple of times, when he was

5    on the run.

6    Q.   Before or after the murder?

7    A.   After the murder.

8    Q.   Why did you go meet him after the murder when he

9    was on the run.

10   A.   Because, it was easy for me to talk to him, gain

11   some trust, because he think that nobody trust him.  So

12   it was easy for me to approach, and also find out if

13   everything matched for what they were saying.

14   Q.   Why did you want to gain his trust?

15   A.   To -- to tell me how, and who gave them the gun,

16   how it happen, and what did they go after, and all kind

17   of details.

18   Q.   And did he actually tell you those details?

19   A.   Yes.

20   Q.   Did it match what Duende was saying?

21   A.   Yes.

22   Q.   What did you do with that information?

23   A.   Give it to -- the information to the FBI.

24   Q.   Please go to Government's Exhibit 22-A-1.

25        What is the date of this recording?

1    A.   June 29, 2014.

2    Q.   And then at the bottom of the cover page, who are

3    the participants in this recording?

4    A.   It was Lil Payaso from PVLS, Duende from PVLS,

5    and Taliban.

6         MS. MARTINEZ:   Court's indulgence one

7    moment.

8    BY MS. MARTINEZ:

9    Q.   Please go to page one.

10        THE COURT:   Let's start with page one after

11   the break.  We'll take the afternoon recess now for

12   15 minutes.  Thank you.

13        (Court recessed at 3:29 p.m. and reconvened

14        at 3:47 p.m.)

15        THE COURT:   You can bring our witness back

16   and bring our jury out, please.

17        (Witness resumed stand, jury present.)

18        THE COURT:   You may be seated.

19        MS. MARTINEZ:   May I proceed, Your Honor?

20        THE COURT:   You may proceed.

21   BY MS. MARTINEZ:

22   Q.   Before the break, we were on Government's

23   Exhibit 22-A-1, a June 29th, 2014, call with you,

24   Duende, Lil Payaso and Taliban.

25   A.   Yes.

J. Garcia - Direct                                      179

1    Q.   Starting with the individuals participating in
2  this conversation, who is Duende?
3    A.   He's a gang member from PVLS.
4    Q.   Is that the same Duende you were talking to in
5  that call two days earlier?
6    A.   Yes.
7    Q.   Who is Lil Payaso?
8    A.   A gang member from PVLS as well.
9    Q.   Is that the same Lil Payaso that you identified
10  here in court?
11   A.   Yes.
12   Q.   And who is Taliban?
13   A.   He's a, a guy who just got of jail, that he wants
14  to become a homeboy.
15   Q.   Is that the Taliban that was referenced in the
16  call with Duende two days earlier?
17   A.   Yes.
18   Q.   Please go to page one.
19        First of all, why were you calling?
20   A.   Um, just to, you know, because I know at that
21  time it was Lil Poison and Payaso who were pretty much
22  the first and second word of PVLS, so they're the one
23  who got the check this guy, because he was planning to
24  become a gang member from his clique, nobody else's
25  clique.  So that's why I called and try to see what else

J. Garcia - Direct                                        180

1    they were saying.

2        Q.   What else they were saying about what?

3        A.   About the murder and, you know, if he can say,

4    "Well, I killed someone, so, now I'm good to go in order

5    to become a gang member."

6        Q.   And why specifically did you want to talk to Lil

7    Payaso, the second word?

8        A.   Because, he was one of the -- they can get the

9    okay for Taliban to become a gang member.

10       Q.   Please review page one.

11       A.   Okay.

12       Q.   There are three speakers on this page.  Who is

13   JR?

14       A.   That's me.

15       Q.   Who is OC?

16       A.   That's --

17       Q.   We can go back.

18       A.   You can go back if you want.

19       Q.   You want to go back to the cover page.  Who is

20   OC?

21       A.   He's Lil Payaso.

22       Q.   Who is JC?

23       A.   He's Duende, from PVLS.

24       Q.   And, although he's not on this page one, how is

25   Taliban noted on the cover page, with what letters?

1      A.   With CJ.

2      Q.   That's Duende.

3           And then Taliban?

4      A.   It says TN.

5      Q.   Continuing back to page one, Lil Payaso says,

6   "What's up?  Junior is there.  Are you with -- aren't

7   you with Taliban?"

8           Who is Lil Payaso talking to?

9      A.   To Duende.

10     Q.   And how does Duende respond?

11     A.   He was with him and Taliban was there.

12     Q.   And then, Lil Payaso says, "Put him on to talk to

13  the homie for a little bit."  Who is the homie?

14     A.   Taliban.

15     Q.   Please turn to page two.  Please review this

16  page.

17     A.   Okay.

18     Q.   Okay.  So on the last page, Lil Payaso asked

19  Duende to put Taliban on the phone.  Did he put Taliban

20  on the phone?

21     A.   Yes.

22     Q.   Lil Payaso says, "All right.  I'm Lil Payaso from

23  Park View, man."  Why did he introduce himself that way?

24     A.   Because every gang member has to introduce to

25  another gang member, what's your nickname and what

1   clique you're from.

2       Q.   Who is he talking to?

3       A.   Taliban.

4       Q.   Then he says -- Lil Payaso says, "This homie has

5   told me about you, you know, that you're hanging with

6   him."   Who's the homie who told him?

7       A.   Duende.

8       Q.   And, who did Duende tell Lil Payaso about?

9       A.   Taliban.

10      Q.   And when he says, "that you're hanging with him,"

11  that Taliban is hanging with Duende, what do you

12  understand that to mean?

13      A.   That he's with Duende all the time.

14      Q.   In what way?

15      A.   On -- just go on the street and they collect --

16  control -- controlling the neighbor, and to represent

17  the MS-13.

18      Q.   What do you mean by "controlling the

19  neighborhood"?

20      A.   See if there is any rival gang, or there is any

21  problem that they -- some other guys might have with the

22  gang.

23      Q.   What do you mean by "representing MS-13"?

24      A.   That's what they do, MS-13.   They -- they need to

25  let it all out, that they -- they are in the -- the

1    sector, and they know it's controlled by MS.

2        Q.   Continuing down the page, Lil Payaso says,

3    "Right.  So, we can have a nice talk, you know.  And

4    well, you know and we can see what's up, you know,

5    right, to see how we can work."  Do you understand what

6    he was saying.

7        A.   Yes.

8        Q.   What was he saying?

9        A.   Pretty much, he was going to talk to him and he

10   was going to -- they were going to decide if he going to

11   get jumped into the clique.

12       Q.   If who was going to get jumped into the clique?

13       A.   Taliban.

14       Q.   Taliban responds, "Okay, yeah, yeah.  That's how

15   it will be then, because I'm determined, you know."

16   What did you understand him to mean when he said,

17   "I'm determined"?

18       A.   He -- he wants to be a gang member.  He wants to

19   be part of MS-13.

20       Q.   Then he says, "The doggy has -- he's already seen

21   my photo like that, you know."  Do you understand what

22   he meant by "seen my photo"?

23       A.   Yes.

24       Q.   What did you understand by "seen my photo"?

25       A.   That he already kill someone.

J. Garcia - Direct

1    Q.   Why does "seen my photo" mean that Taliban had
2    killed someone?
3    A.   That when they use a gun, and they -- they see
4    the -- I will say, no light, but kind of flash of the
5    gun, that's, for them, that kind of pictures.  So, they
6    put a picture, and they're the one who did the job, so,
7    they kill someone.  That's -- that's why they call it
8    picture.
9    Q.   Is it a code?
10   A.   Yes.
11           MR. AQUINO:  Objection.  I'd like to
12   approach.
13           THE COURT:  All right.
14           (Thereupon, the following side-bar
15   conference was had:)
16           MR. AQUINO:  Your Honor, it appears to me
17   that they're trying to put in evidence of a prior bad
18   act, namely another murder.  And, they never noticed us
19   that they were going to put on evidence of another
20   murder, independent of this charge.
21           MS. MARTINEZ:  May I respond, Your Honor?
22           THE COURT:  Yes.
23           MS. MARTINEZ:  It's very clear to me, but I
24   will be happy to clear it up with the witness so that
25   the jury can understand, that he's talking about the

J. Garcia - Direct                                      185

1    murder that your client is charged with, shooting the

2    guy in Alexandria.  That's the photo.

3              MR. AQUINO:  I misunderstood that.  I

4    thought they were putting on evidence of a 404(b)

5    nature.  My fault.

6              THE COURT:  All right.

7              (Thereupon, the side-bar conference was

8    concluded.)

9    BY MS. MARTINEZ:

10   Q.   In that same line there, where he says, "he's

11   already seen my photo," and you said that that means a

12   murder --

13   A.   Yes.

14   Q.   -- what murder did you understand that to mean?

15   A.   The murder that he did in Chirilagua.

16   Q.   Who did the murder in Chirilagua?

17   A.   Duende and Taliban.

18   Q.   Was anyone else there?

19   A.   And Gatuso, from Via Satélite.

20   Q.   Please turn to page three.  Please review page

21   three.

22   A.   Okay.

23   Q.   On this page, you're talking to Taliban, and you

24   do a lot of talking, right?

25   A.   Yes.

J. Garcia - Direct

1    Q.   What is it that you were trying to accomplish

2    here?

3    A.   I was trying to -- for him to talk to Payaso, to

4    ask him that, you know, "I already kill someone and I

5    want to become a full gang member of PVLS."

6    Q.   What Payaso?

7    A.   Lil Payaso from PVLS.

8    Q.   Why were you trying to get Taliban to talk to Lil

9    Payaso about becoming a full gang member?

10   A.   Because he wants to become a gang member from his

11   clique, and, only Park View first and second word can

12   talk to them and decide they're going to agree to.

13   Q.   And why were you trying to accomplish that?

14   A.   Just to -- to find out information, give it to

15   the handlers, and they know that that's why he committed

16   the murder, to become a gang member.

17   Q.   What information were you trying to figure out?

18   A.   That he killed the guy in Chirilagua.

19   Q.   The second thing you say here right at the

20   beginning, you say, "We, Silva and Park View, have

21   always walked hand in hand."  What does that mean?

22   A.   That means that back, long time ago, they say

23   that Silvas and Park View, they were -- they were good,

24   they were along, getting along each other all the time.

25   But, I was not there.

J. Garcia - Direct

1    Q.   You were not what?

2    A.   I was not there when -- that was a long time ago.

3    Q.   What is Silvas?

4    A.   It's a clique.

5    Q.   Which clique?

6    A.   It's a clique of MS-13.

7    Q.   Is it a clique you were associated with?

8    A.   Yes.

9    Q.   What is Park View?

10   A.   It's a clique of MS-13.

11   Q.   Is it a clique that Lil Payaso was associated

12   with?

13   A.   Yes.

14   Q.   What was Little Payaso's role in Park View, PVLS,

15   at this time?

16   A.   He was one of the shot callers, second words.

17   Q.   At the end of that same paragraph by you, you

18   say, "I told this guy that, well, that, 'fuck man, that

19   because of the crazy shit you did that you were good to

20   go.'"  Who were you saying you told that to?

21   A.   I told to Taliban.

22   Q.   And when you say, "because of the crazy shit that

23   you did,."  Who did the crazy shit?

24   A.   Taliban.

25   Q.   What crazy shit did he do?

J. Garcia - Direct                                              188

1      A.   That he killed someone in Chirilagua.

2      Q.   And when you said, "you're good to go," what does

3  that mean?

4      A.   That he's ready to become a gang member.

5      Q.   One of the next things thing you say is, "So

6  that, you know, you just jump over the fence."  What do

7  you mean, "jump over the fence"?

8      A.   It's a code the gang use, like you're going to

9  jump in -- you're going to be jumped into the gang.

10     Q.   And why were you talking about Taliban being

11  jumped into the gang?

12     A.   Because, I was just trying to get him to talk

13  more about the murder and why he want to become a gang

14  member.

15     Q.   Continuing on to the next thing you say, the next

16  paragraph there, you say, "And likewise, you can explain

17  it to this homeboy, you know, why you want to join the

18  Mara."  Why did you say that?

19     A.   Because he has to, like I say, he have to talk to

20  the first word or second word of the PVLS, and that was

21  Lil Payaso.  So, that's why I want him -- for them to

22  talk to each other.

23     Q.   How did Taliban respond when you said you can

24  tell him why you want to join the Mara?

25     A.   He says that he -- he's being chilling like,

1    since he was five years old.  That's what I understand,

2    at that time, that he was -- he was -- he loves the

3    Mara, that he always want to be part of the gang.

4        Q.   You used the word "chilling."  What do you

5    understand that to mean?

6        A.   Chilling is like, you hanging out with them until

7    you become a gang member.

8        Q.   Please go to page four.  Please review the first

9    half of page four.

10       A.   Okay.

11       Q.   At the top of the page, Taliban says, "I've been

12   schooled by that homie and also by, by homeboy Tricky."

13   What does "schooled" mean?

14       A.   "School" means that someone from the gang, from

15   MS-13, has been telling him what to do, the rules of the

16   gang, in order for in the future for him to become a

17   gang member.

18       Q.   And then he says, "Who was the second of Park

19   View around 2005?"  Who was the second of Park View

20   around 2005?

21       A.   He says -- he says that it was a guy name Tricky

22   from Park View.

23       Q.   Do you know who Tricky is?

24       A.   Yeah, I -- I know him, probably I saw him couple

25   of times, but then I didn't get to know him that well.

1    Q.   Then Taliban continues and he says, "They say

2    that when the homeboy, you know, fell to the ground, he

3    left, you know, but the beast brought him back, but

4    without his mind, right?"  What do you understand him to

5    be saying there?

6    A.   They tried to kill him, and he kind of died, but,

7    he thinks that the devil brought him back alive.

8    Q.   What's the --

9    A.   But without -- without -- without -- he has an

10   issue with the head, that, without his mind, like

11   probably he didn't know who he was.

12   Q.   What's --

13            MS. AMATO:  Objection to speculative.

14            THE COURT:  Overruled.

15   BY MS. MARTINEZ:

16   Q.   What's the significance of Taliban talking about

17   the beast or the devil here?

18   A.   Because, that's one of the -- the devil and they

19   always claim the devil, MS-13.

20   Q.   Please turn now to Government's Exhibit 23-A-1.

21        What was the date of this recording?

22   A.   It was July 27, 2014.

23   Q.   And if you look at the list of participants, who

24   are the participants in this recording?

25   A.   Was Lil Payaso from PVLS, um, and Lil Tuner from

1    PVLS, and myself.

2       Q.   Do you remember this recording?

3       A.   Yes.

4       Q.   What kind of recording was it?

5       A.   Um, it was a recording to -- it had a device on

6    me that day.

7       Q.   Now, at the top of the participant list it also

8    lists two FBI special agents.

9       A.   Yes.

10      Q.   What was their involvement in this recording?

11      A.   They were always -- I always talk to them first.

12   We always -- before meet with these guys, they always

13   were around.

14      Q.   Where did this recording occur?

15      A.   Woodbridge.  It's a park in Woodbridge.

16      Q.   Was this an in-person recording or on the phone?

17      A.   In person.

18      Q.   And you said it's Lil Payaso and Lil Tuner,

19   Pesadilla.  Are those two people you identified in

20   court?

21      A.   Yes.

22      Q.   Please turn to page 29.  Please review this page.

23      A.   Okay.

24      Q.   What are you and Lil Payaso talking about on this

25   page?

1      A.   I was talking about how Lil Guasón was, and, and
2   when -- when they kill him, pretty much.
3      Q.   Why were you talking to Lil Payaso now about
4   killing -- about them killing Lil Guasón?
5      A.   Because I wanted to get more information from Lil
6   Payaso, why they kill Lil Guasón, that some people say
7   that he was a cool guy.
8      Q.   Why did you want to get more information?
9      A.   I just give the information to my handler.
10     Q.   All right.  Now, you say at the top there, "The
11  shit with that kid, man, I didn't know anything about
12  Lil Guasón, man."  Why were you saying that?
13     A.   I was just trying to make it seem like I didn't
14  know that much about it.
15     Q.   Then you ask Lil Payaso, "Did you know him?"  Did
16  Lil Payaso know who?
17     A.   Lil Guasón.
18     Q.   How did he respond?
19     A.   Yes, that he did.
20     Q.   And Lil Payaso says, "He was calm, homie, but
21  when you see -- sometimes the homie got pissed, homie,
22  you know.  Sometimes -- but sometimes the homie was
23  cool, yeah."  What was he talking about?
24     A.   He was describing how Lil Guasón was, that he was
25  cool and calm.

J. Garcia - Direct

1     Q.   Then at the end he says, "Homeboy is locked up

2 for screwing his woman."  What do you understand that to

3 mean?

4     A.   He's dead for being -- messing with a homeboy's

5 girlfriend.

6     Q.   A little bit later down the page, you say, "That

7 son of a bitch Poison doesn't forgive, right, man, that

8 Lil Poison, right?"  Why are you asking about Lil

9 Poison?

10    A.   Because he was the type of person that -- that he

11 was always -- he wasn't forgiving about anything.  He

12 always had it in their mind, somebody being

13 disrespectful or didn't follow the rules.

14    Q.   Lil Payaso says, "Yeah, it rained that day.  I

15 was coming home from work, homie, to be checking on that

16 son of a bitch homie, wet homie, because it had rained

17 that day."  What day is he talking about?

18    A.   The day that they killed Lil Guasón.

19    Q.   He continues and says, "And those homies were

20 around.  I said, 'so what's going on?'  Then, 'if you

21 want to do this thing right now, it's a good time,' I

22 told him."  Do you know what thing he was talking about?

23    A.   The murder of Lil Guasón.

24    Q.   He says, "It was 11:00 o'clock and we went like

25 at eight or something, you know."

1      And then you say, "In the morning."  Do you know
2  whether he was talking about the morning or the evening?
3      A.   He was talking at night.
4      Q.   Please turn to page 30.
5           How did he answer you?
6      A.   It was at night.
7      Q.   Please review the rest of the page.
8      A.   Okay.
9      Q.   Okay.  The first long response from Lil Payaso,
10  he says, "I told them right there, 'go right now, take
11  these homies over there,' you know.  We took him there
12  to rip his coconut off."  Who did they take?
13     A.   Lil Guasón.
14          MS. RALLS:  Your Honor, may we approach?
15          THE COURT:  Yes.
16          (Thereupon, the following side-bar
17  conference was had.)
18          MS. RALLS:  Your Honor, I'm not quite sure
19  how to phrase it, but Ms. Martinez is not reading the
20  transcript accurately, and I think that's misleading to
21  the witness.
22          There's a large -- there are many instances
23  of unintelligible speech that the translators have
24  noticed in the transcription, and, it is misleading to
25  the witness and to the jury for Ms. Martinez to ask

1    about those sections without including the

2    unintelligible sections.  I think she's

3    mischaracterizing the evidence.

4              THE COURT:  So you want her to read the

5    "unintelligible"?

6              MS. RALLS:  Yes, Your Honor.

7              MS. MARTINEZ:  Your Honor, if

8    "unintelligible" is in the middle of a quote I'm

9    reading, I'm happy to read "unintelligible."  But I'm

10   sure Ms. Ralls is not asking me to read from the

11   beginning of the page to the end.  There's plenty of

12   places that say "unintelligible."  I'm asking about very

13   specific quotes.

14             But, sure, if Your Honor would like me to

15   read "unintelligible" in middle of the quote, that's --

16             MS. RALLS:  That's what I'm asking.

17             MS. MARTINEZ:  Excuse me.  The jury has the

18   transcripts in front of them that say "U/I."  The jury

19   has got in the translation that U/I means

20   unintelligible.

21             Certainly Ms. Ralls can ask on

22   cross-examination whether there were unintelligibles in

23   the conversation, but -- if it's in the middle of the

24   quote I'm reading.

25             THE COURT:  I think what I'll do, I'll point

1  out to the jury that "UI" means unintelligible, and if

2  the government counsel is not reading "unintelligible,"

3  that's why.

4              MS. RALLS:  That's --

5              THE COURT:  I'm not asking you to agree.

6  That's what I'm going to do.

7              MS. RALLS:  All right.  Thank you, Your

8  Honor.

9              (Thereupon, the side-bar conference was

10  concluded.)

11              THE COURT:  Ladies and gentlemen, I want you

12  to look at 23-A-1.  And if you look at page, on number

13  page two, where it has "abbreviations," and you'll see

14  italics, spoken in English, "UI, unintelligible."  When

15  you see "UI" in the transcript, like on page 30, in

16  brackets, that's what that means.

17              And so, the prosecutor may not read "UI,"

18  but you're reading along with the transcript, and the

19  transcript is on the screen, so you should notice that

20  it's there.  All right?  Thank you.

21              Proceed, Counsel.

22              MS. MARTINEZ:  Thank you, Your Honor.

23  BY MS. MARTINEZ:

24    Q.  Continuing on page 30, in that same section we

25  were talking about, Lil Payaso says, "We took him there

1    to rip his coconut off."

2             Who do you understand they took?

3        A.   Lil Guasón.

4        Q.   And what do you understand Lil Payaso to mean

5    when he says they took Lil Guasón to rip his coconut

6    off?

7        A.   To rip his head off.

8        Q.   Continuing, he says, "So, later I told Tuner with

9    that homie, Leopardo, they went there."  Do you

10   understand who he's talking about?

11       A.   Yes.

12       Q.   Who is Tuner?

13       A.   Lil Tuner from PVLS, or Lil Pesadilla from PVLS.

14       Q.   Is that the one you identified in court?

15       A.   Yes.

16       Q.   Who is Leopardo?

17       A.   He is Leopardo from PVLS, or Gatito from PVLS.

18       Q.   Is that someone you identified in court?

19       A.   Yes.

20       Q.   All right.  Then you respond, and as part of your

21   response you say, "They had already taken that dude to

22   the park at night before."  What do you mean?

23       A.   If he's the -- he's been in the park before at

24   night.  That's what I was asking, if he -- if he has

25   been in the park before.

1    Q.   If Lil Guasón has been in the park before?

2    A.   Yes.

3    Q.   And had Lil Guasón been before in the park before

4    the day that he was killed?

5    A.   Yes.

6    Q.   What do you know about that?

7    A.   I don't know that much, but they say they used to

8    go to the park sometimes.

9    Q.   For what purpose?

10   A.   Sometimes to smoke or, or to chill.

11   Q.   And what was Lil Guasón's level in the gang?

12   A.   He was just a recruit.

13   Q.   Then, Lil Payaso says, "knew where it was" --

14   unintelligible right before that -- "knew where it was."

15   What do you understand him to mean?

16   A.   Um, that he knows where Lil Guasón was, that day

17   in the park.

18   Q.   Then, a couple lines down, Lil Payaso says, "No,

19   I didn't tell the homie anything, man, because of the

20   dough he had taken from Poison's woman."  Do you

21   understand what that means?

22   A.   Yes.

23   Q.   What does it mean?

24   A.   It means that he didn't talk to him, because the

25   money that he -- they think that he -- Lil Guasón stole

1    from the clique.

2       Q.   How much money did Lil Guasón steal from the

3    clique?

4       A.   600.

5       Q.   Your response is, "500 bucks," right?

6       A.   Yes.

7       Q.   Why did you say 500 instead of 600?

8       A.   Just to make sure that's what they were -- they

9    were pretty much stating that it was 600, see if

10   anything -- anybody change, or, could be more, could be

11   less.

12      Q.   What did Lil Payaso say?

13      A.   It was 600.

14      Q.   Was that consistent with what you had learned

15   from other gang members?

16      A.   Yes.

17      Q.   Please turn to page 31 and review that page.

18      A.   Okay.

19      Q.   At the top of the page, Lil Payaso says, "Tuner

20   went to where he was, and that son of a bitch was kind

21   of dreaming.  'Don't kill me,' he said that he would

22   tell him."  What do you understand him to mean?

23      A.   Lil -- Lil Guasón was dreaming that he was

24   getting killed.

25      Q.   Before he was killed?

1    A.   Yes.

2    Q.   Continuing more than halfway down the page, Lil

3    Payaso says, "But they said that the homie was asleep,

4    was asleep, Tuner, and then, when they went in the room,

5    so all of a sudden he felt a blow on the face, and he

6    grabbed him from there."  What is Lil Payaso describing?

7    A.   He's describing when they went to get Lil Guasón,

8    and Lil Guasón grab them to tell them, don't kill me;

9    that he was asleep.

10   Q.   Grabbed who?

11   A.   Lil Tuner, or Pesadilla, from PVLS.

12   Q.   What did Tuner, Pesadilla, do?

13   A.   Which part is that part?

14        MS. AUSTIN:  Object.  If she's asking what

15   somebody did, there's a conversation going on.  What he

16   understood the conversation to mean, but not -- not

17   recalling the events that he wasn't even present for.

18        MS. MARTINEZ:  Your Honor, his testimony

19   about the events he was not present for is based on what

20   the gang members who were present told him about the

21   events.

22        THE COURT:  Well, right now we're reviewing

23   the transcript.  Objection sustained.  Focus on the

24   transcript if that's what you want to use.

25   BY MS. MARTINEZ:

1    Q.   Do you know what Pesadilla did during the murder
2    of Lil Guasón?
3    A.   Yes.
4    Q.   How do you know what he did during the murder of
5    Lil Guasón?
6    A.   Because he told me.
7    Q.   What did he tell you he did during the murder of
8    Lil Guasón?
9    A.   He stab him many times, Lil Guasón.
10   Q.   Please turn to page 32.
11        Towards the bottom of page 32, do you see where
12   Lil Payaso says, "The -- the other hen, the other one,
13   Lagrimas, man, the homie looks like you, homie"?
14   A.   Yes.
15   Q.   Do you understand who he was talking about?
16   A.   Yes.  Lagrima, the one that they kill first.
17   Q.   Does Lagrima actually look like you?
18   A.   Just, I would say, just tall.  That's it.
19   Q.   Are you tall, too?
20   A.   A little bit.
21   Q.   Please turn to page 32 -- or 33, the next page.
22   Please review this page.
23   A.   Okay.
24   Q.   What is Lil Payaso talking about on this page?
25   A.   We were talking about on the day that Lagrima got

1    killed.

2        Q.   What does Lil Payaso say about what he did the

3    day that Lagrima got killed?

4        A.   That he went hard to his feet in order to knock

5    him down.

6        Q.   In the longest paragraph in the middle, where Lil

7    Payaso is talking, he says, "When I saw that he fell

8    forward, homie, I said to myself, I went for his feet."

9    What do you understand him to mean by "went for his

10   feet"?

11       A.   That he went to his feet in order to -- Lagrima

12   to fell down, and probably everybody went after that.

13       Q.   He continues and says, "When he fell, dude, I

14   went at him with everything, homie.  Took him down fast,

15   homie, in the stomach."  What do you understand that to

16   mean?

17       A.   That he went -- he went hard on Lagrima in order

18   to knock him down, and so that Lagrima can stay down.

19       Q.   Do you know what happened after they knocked

20   Lagrima down?

21       A.   He said that he -- he hit him in the stomach and

22   he get the air out of Lagrima.

23       Q.   When he says, "hit him in the stomach," what do

24   you understand that to mean?

25       A.   That apparently he kick him really hard in the

1   stomach.

2       Q.   Do you know what happened to Lagrima after that?

3       A.   Yes.

4       Q.   How do you know?

5       A.   Because they told me.

6       Q.   What -- who's they?

7       A.   Members of the PVLS clique.

8       Q.   What did they tell you happened to Lagrima after

9   Lil Payaso knocked him down and went at him?

10              THE COURT:  Identify the speakers, please.

11              THE WITNESS:  I -- well, one was Greñas.

12  The other one was Leopardo.  And I can't remember the

13  other guys, that they told me that pretty much they cut

14  him up, they -- they cut him up real bad, and they --

15  and, they just kill him.

16  BY MS. MARTINEZ:

17      Q.   The Greñas and the Leopardo who told you that

18  they cut up Leo- -- they cut up Lagrima and killed him?

19      A.   Yes.

20              MR. AMOLSCH:  Objection, Your Honor.  May we

21  approach?

22              THE COURT:  All right.

23              (Thereupon, the following side-bar

24  conference was had:)

25              MR. SALVATO:  Your Honor, in response to the

1  Court's inquiry, this witness, despite being instructed

2  not to, said that Leopardo told him that he was involved

3  in Lagrima's murder.

4        To add to that problem, Your Honor, the

5  government had repeated these exact same questions,

6  eliciting the exact same response, that Leopardo said

7  that he participated in the killing of Lagrima.

8        The government intentionally asked that

9  question and elicited that same testimony from the

10 witness.

11       The Court just wanted to him to identify the

12 speakers.  I understand what the Court was getting at,

13 but he went way further than that, this witness did.

14 And then the government followed up and asked him that

15 precise question again.

16       And he repeated it again.  So --

17       THE COURT:  Well, the first thing is, let

18 the government respond.

19       MS. MARTINEZ:  Your Honor, I agree that is

20 what happened, but with some caveats that I don't

21 think -- and, I'm going on my memory.  I don't have a

22 transcript in front of me.

23       THE COURT:  Me either.

24       MS. MARTINEZ:  I don't think that he said

25 that Leopardo killed Lagrima.  I think he said that

1    Leopardo described what happened to Lagrima.  And, I

2    understand that that's a small difference, but I think

3    it's a meaningful difference.

4                There's been ample testimony by this witness

5    that there was lots of conversation about what happened

6    to Lagrima with other gang members who were not

7    involved.

8                In fact, he even said that the second murder

9    victim, Lil Guasón, he said this many times during his

10   testimony, that the gang told Lil Guasón what they did

11   to Lagrima.

12               He also said that they told other people,

13   other *chequeos*, other members of the gang, what they did

14   to Lagrima.  He described bringing gang members, both

15   from PVLS and from his clique Silvas, to the park where

16   Lagrima was killed, and telling them what they did to

17   Lagrima.

18               So, I don't think that it's necessarily the

19   inference, if -- if any gang member said this is what

20   happened to Lagrima, as opposed to, "This is what I

21   did," that that gang member necessarily was involved in

22   that murder.

23               He may have been, or he may not have been.

24   He may have been repeating something that was said to

25   someone else.

1              I certainly acknowledge, Your Honor, that we

2     did not intend to elicit from this witness at this

3     moment a statement by Leopardo, by Mr. Salvato's client,

4     and, I agree that I repeated what the witness said --

5     and I apologize for doing that -- I did that naturally

6     as I'm nearing the end of his direct examination.

7              But, I don't think that there was

8     significant harm here.  I think we can move on without

9     any inference that Leopardo, that Leopardo actually

10    committed the murder of Lagrima.

11             And keep in mind, too, this is the defendant

12    who led this witness to both bodies.  He clearly -- the

13    jury clearly understands he has ample knowledge of gang

14    activity.  And he was involved in the reburial of

15    Lagrima.

16             It's just as easy an inference for the jury

17    to make someone who is involved in reburying the body,

18    like this defendant, as they know it, and also Defendant

19    Gaitan Benitez, who is charged only with reburying the

20    body, that one who went with the gang to help rebury the

21    body, and that same one went and killed someone else, he

22    might have knowledge about the details of the first

23    murder.  And that knowledge could be indirect, it could

24    be from other gang members.

25             MR. SALVATO:  Your Honor, I think the Court

1    has to review these, this question and answer, as I

2    remember it differently than how the government just

3    recited.

4              THE COURT:  I had impression that the

5    question that was asked was:  What did he tell you what

6    had happened to Lagrima?

7              And I asked him:  Who were the speakers?

8              And he was telling us what the gang members

9    told him about what happened, not about who did what.

10   It's who told him about what happened to Lagrima.

11   That's what I remember.

12             MR. SALVATO:  The way I remember it -- and

13   perhaps other counsel can chime in -- then Ms. Martinez

14   asked a follow-up question, and he specifically said, he

15   specifically said, that Leopardo told him that he had

16   killed Lagrima, or words to that effect.

17             I think the Court has to look at what

18   exactly this witness says.

19             THE COURT:  Well, am I right?

20             MS. AUSTIN:  I can't recall.

21             THE COURT:  I don't think we need to do

22   anything just yet about it.  I don't think that it is --

23   from the standpoint of what you are describing, even if

24   it were prejudicial, this witness was asked:  What did

25   the gang tell you?

1              And I asked him to identify the speakers who

2   he talked to.  It was not like, who did what in

3   connection with the killing.  That's what I recall.

4              So I'm not going to do anything.  Thank you.

5              (Thereupon, the side-bar conference was

6   concluded.)

7   BY MS. MARTINEZ:

8      Q.   What do you understand happened to Lagrima after

9   Lil Payaso knocked him down and went for his feet?

10     A.   They kill him.

11     Q.   Why were you meeting with Lil Payaso and

12  Pesadilla on this day of this recording?

13     A.   We were going to help them to jump two new gang

14  members to his clique.

15     Q.   What do you mean by jump members into the clique?

16     A.   They had two recruits from Baltimore, and they

17  say they were ready to be jumped into the clique.

18     Q.   And you met them for that purpose?

19     A.   Yes.

20     Q.   Did the jump in actually happen?

21     A.   No.

22     Q.   Why not?

23     A.   Because I was not allowed to be in any violence

24  activity.

25     Q.   How did you manage to stop the jump in from

1    happening?

2        A.   Um, we coordinate with agents, that it was going

3    to be a car on the park, and that -- that way we going

4    to get spooked and we were going to decide not to do

5    anything.

6        Q.   Did it work?

7        A.   Yes.

8        Q.   Where did this meeting occur?

9        A.   Woodbridge.

10       Q.   Do you remember where in Woodbridge?

11       A.   Veterans Park.

12            MS. MARTINEZ:  Could we please show the

13   witness Government's Exhibit 84-A and 84-B.

14   BY MS. MARTINEZ:

15       Q.   Do you recognize those pictures?

16       A.   Yes.

17       Q.   Where are they from?  Or when are they from?

18       A.   It's when we meet at the park, at Veterans Park.

19       Q.   For this recording?

20       A.   Yes.

21       Q.   Do you recognize the individuals in the pictures?

22       A.   Yes.

23            MS. MARTINEZ:  Your Honor, the government

24   moves into evidence 84-A and 84-B.

25            THE COURT:  Received.

1          MS. MARTINEZ:  May we publish?

2          THE COURT:  Yes.

3          MS. MARTINEZ:  Let's start with 84-A.

4   BY MS. MARTINEZ:

5     Q.  Who are these people?

6     A.  That would be myself and Lil Payaso from PVLS.

7     Q.  Who is facing the camera?

8     A.  Lil Payaso from PVLS.

9     Q.  Please turn to 84-B.  Who is that individual?

10    A.  Lil Tuner from PVLS, or Pesadilla from PVLS.

11         MS. MARTINEZ:  No further questions, Your

12   Honor.

13         THE COURT:  You may proceed.

14                   CROSS-EXAMINATION

15   BY MR. LEIVA:

16    Q.  Good afternoon, Mr. Garcia.

17    A.  Good afternoon.

18    Q.  We don't have that much time left, but let's see

19   what we can do here.  All right?

20    A.  Okay.

21    Q.  All right.  So, let's start off with some of the

22   simple stuff.  You were a member of Silvas, right?

23    A.  Yes.

24    Q.  And, I believe you said that the abbreviation for

25   Silvas was SLS?

1    A.   Yes.

2    Q.   All right.  And SLS operated in the DC

3    Metropolitan Area, right?

4    A.   Virginia.

5    Q.   Virginia.

6         What specific sectors in Virginia?

7    A.   Could be anywhere in Virginia.

8    Q.   All right.  Could be anywhere.

9         So you guys were that big, that you guys operated

10   wherever you wanted?

11   A.   I did not say we were that big.  It's just --

12   Q.   Okay.

13   A.   -- wherever they feel like they going to go.

14   Q.   All right.  So, you guys, wherever you felt you

15   wanted to go, you had the muscle and the numbers to go

16   wherever you wanted to go?

17   A.   No, because, you could be only three, and not

18   necessarily you have the muscle to go anywhere.

19   Q.   All right.  So, you're telling me you don't know

20   what sectors you guys controlled?

21   A.   Like I said, they can go anywhere they want.

22   Q.   Okay.  All right.  Well, we'll get to that a

23   little later, then, since you were the leader of Silvas.

24        So, you were a member of Silvas since 2002?

25   A.   Yes.

1    Q.   All right.  And you got jumped in in El Salvador
2    or you got jumped in here in the United States?
3    A.   I got jumped in here.
4    Q.   You got jumped in here.  All right.
5         And you would agree with me that Silvas, at least
6    in this area, was known as a violent clique of MS-13,
7    right?
8    A.   Yes.
9    Q.   You guys had that reputation, right?
10   A.   MS-13 has a reputation.  All the cliques have the
11   reputation.
12   Q.   My question is about Silvas.
13   A.   Yes.
14   Q.   You guys had that reputation?
15   A.   Yes.
16   Q.   You guys worked at getting that reputation.
17   A.   Yes.
18   Q.   All right.  And, you've been in -- and you were
19   in Silvas, I guess, for about 12 years, right?
20   A.   Yes.
21   Q.   I'm assuming you're out now, or you're still in?
22   A.   Well, I never was -- well, never thought I was.
23   Q.   You never thought that you were what?
24   A.   A gang member.  Because that's not the type of
25   life that I want.

J. Garcia - Cross

1    Q.   All right.  So you got jumped in, right?

2    A.   Yes.

3    Q.   In order to become a gang member, right?

4    A.   Yes.

5    Q.   You did stuff on behalf of the gang, right,

6    during that 12-year period that you were with the

7    Silvas?

8    A.   Um, you need to be specific what stuff I did.

9    Q.   All right.  Did you do criminal activity while

10   you were with the Silvas?

11   A.   At times we were just hanging out, party,

12   drinking.

13   Q.   Okay.  Well, we will get into more of the details

14   of what you did, okay, and what you claim you didn't do.

15   A.   All right.

16   Q.   And then at some point, then you also became a

17   leader of the Silvas, right?

18   A.   Yes.

19   Q.   Okay.  But you're telling us today that you did

20   not consider yourself an MS-13 gang member all that

21   time?

22   A.   Um, I didn't like it, to tell you the truth.  But

23   I got jumped in because I know the guys.  But, I -- I

24   didn't, to tell you the truth, I didn't like the MS-13.

25   Q.   All right.  Let's talk about the structure of

 1   MS-13, since you've been in MS-13 for 12 years.  All
 2   right?
 3          You have the first word, right?
 4      A.  Not for 12 years.
 5      Q.  No, no.  I'm saying, since you've been in the
 6   gang for 12 years, I'm going to ask you questions about
 7   the structure of MS-13.
 8      A.  Okay.
 9      Q.  Okay.  So, within a clique, you have the first
10   word, right?
11      A.  Yes.
12      Q.  And the first word basically is the leader of
13   that clique?
14      A.  Yes.
15      Q.  All right.  And, then you have the second word,
16   right?
17      A.  Yes.
18      Q.  And the second word is the second in command of
19   that clique?
20      A.  Yes.
21      Q.  All right.  And the soldiers are the other
22   members in that clique?
23      A.  Yes.
24      Q.  All right.  And, the soldiers have to follow what
25   the first word or the second word says?

1      A.   Yes.

2      Q.   All right.  In other words, it's not a democracy.

3   You guys don't take votes.

4      A.   No.

5      Q.   They do what the first word and the second word

6   say?

7      A.   Yes.

8      Q.   Okay.  And they can't disagree with the decisions

9   that you guys make --

10     A.   Yes.

11     Q.   -- right?

12          And if they decide to voice their disagreement

13   with the decisions that the first word or the second

14   word makes, that's -- that's looked upon as a sign of

15   weakness, isn't it?

16     A.   Yes.

17     Q.   All right.  And they can get punished for openly

18   disagreeing with you guys?

19     A.   Yes.

20     Q.   And when I mean "you guys," I mean the first word

21   or the second word.

22     A.   Yes.

23     Q.   Now, you also talked about green light.  There

24   are several different terms in Spanish for a green

25   light, right?

J. Garcia - Cross

1    A.   Um --

2    Q.   *Luzon*, have you ever heard of that term?

3    A.   Yes.

4    Q.   That's l-u-z-o-n?

5    A.   Yes.

6    Q.   All right.  *Farol*, f-a-r-o-l?

7    A.   Yes.

8    Q.   All right.  *Lucesitas*, l-u-c-e-s-i-t-a-s?

9    A.   Tell you the truth, I never heard of that one.

10   Q.   You never heard of that one.  Okay.

11        *La luz*?

12   A.   Yes.

13   Q.   Okay.  And that's l-a, separate word is l-u-z.

14   A.   Yes.

15   Q.   All right.  And those are terms that are specific

16   for green light, right?

17   A.   Yes.

18   Q.   In other words, you can't confuse those terms for

19   anything else?

20   A.   It just depend how you use them.

21   Q.   All right.  So are you saying that -- that when

22   somebody, homeboy uses the word *luz* or *luzon* or any of

23   those other terms that I just mentioned, it

24   means something -- it could mean something other else --

25   something else other than green light?

J. Garcia - Cross

1    A.   Yeah.  Let's say they driving a car, "I'm at the
2  *luz*," that means, I'm at the light.  It doesn't mean
3  that someone has a green light.
4    Q.   But when you're talking -- I understand that.
5  Okay.
6         But when you're talking to a homeboy --
7    A.   Yes.
8    Q.   -- about punishment, let's say, let's say that
9  the issue is punishing a homeboy --
10   A.   Yes.
11   Q.   -- and one of those terms are used, does that
12  mean a green light or does that mean something else?
13   A.   That means that the, the person is going to get
14  killed.
15   Q.   Okay.  And you also testified that all green
16  lights are ordered from El Salvador, right?
17   A.   Most of them.
18   Q.   Most of them.
19        And, when we say El Salvador, we're talking about
20  the *mesa* in El Salvador, right?
21   A.   Yes.
22   Q.   That's m-e-s-a.
23   A.   Yes.
24   Q.   And a *mesa*, just to kind of explain things to
25  Judge Lee and the members of the jury, that's like a

1    board of directors, isn't it?

2            Do you know what that means?

3       A.   Yes.

4       Q.   Board of directors of a company?

5       A.   Yes.

6       Q.   Right?

7            And the *mesa* consists of different leaders of

8    different cliques of MS-13?

9       A.   Yes.

10      Q.   And, they are the ones who make the decision if

11   someone gets green lighted or not?

12      A.   Not really.  They can -- because remember, each,

13   each guy goes to that *mesa,* that you call them, to

14   represent the clique, but that doesn't mean that they

15   had to make the decision on their clique.  That's why

16   they have the shot caller.

17      Q.   And so, shot callers make up this *mesa* or this

18   board of directors?

19      A.   Yes.

20      Q.   All right.  And that's because green lights are

21   taken very seriously within MS-13.

22      A.   Yes.

23      Q.   All right.  In other words -- and let's -- let's

24   start being honest here.  MS-13 is a business now, isn't

25   it?

1     A.   I'm not sure of that.

2     Q.   Right?

3          It's not just a bunch of guys running around

4     beating up other guys, right?

5     A.   It's a business.  It's just depend on the people

6     you're dealing with.  If you're dealing with people from

7     El Salvador, it's just a business from people up here.

8     Q.   It's a business.  And, of course, killing

9     unnecessarily affects one's business.  Would you agree

10    with that?

11    A.   Yes.

12    Q.   Right?

13         And so that's why the people, the board of

14    directors, this *mesa,* have taken the power away from the

15    local guys and said, "Any green light that's ordered has

16    to come from us."

17    A.   I'm not sure of that.

18    Q.   What do you mean, you're not sure of that?  You

19    have a direct line to El Salvador.

20    A.   But, they -- I was not -- they never told me to

21    do something.  And like you say, I was the leader of

22    2012, 2014, and as far as I know, I never follow

23    anything that they say from El Salvador.

24    Q.   You never follow anything that they said from El

25    Salvador?

J. Garcia - Cross

1    A.   Nope.

2    Q.   All right.  So then the rules aren't that

3    concrete then.  You don't have to follow what El

4    Salvador says.  Is that what you're testifying?

5    A.   It just depends.  Remember, each clique, it's not

6    all the cliques, and whoever is in El Salvador

7    representing your clique, that will also play a big

8    role.

9    Q.   All right.  So, let's go back to this *mesa*, all

10   right?  You at some point were the first shot or the

11   first word of the Silvas, right?

12   A.   Yes.

13   Q.   So did you have a seat at that *mesa*?

14   A.   Nope.

15   Q.   Okay.  But you had a direct line to the members

16   of that *mesa*?

17   A.   Tell the truth, there was one guy -- there were

18   like three persons over there, and, I never got along

19   with pretty much none of them.  So, I didn't -- I didn't

20   ask them for any -- anything at all.

21   Q.   Let me rephrase the question then.  All right?

22   If any message wants to get back to El Salvador or to

23   members of the *mesa*, it goes to the first word of the

24   local clique --

25   A.   Yes.

J. Garcia - Cross

1    Q.  -- right?

2         In other words, a regular soldier, a homeboy,

3    can't call up El Salvador and talk to one of the

4    higher-ups there?

5    A.  If they allow to, they can do that.

6    Q.  But the rules are, okay, because you made it

7    sound like there are strict rules that need to be

8    followed --

9    A.  Yeah.

10   Q.  -- the rules are that a first word from a clique

11   is the one who contacts El Salvador?

12   A.  Yes.

13   Q.  All right.  And let's talk about these rules.

14   You said that to become a homeboy, you need to kill

15   somebody.

16   A.  Yes.

17   Q.  Right?

18        And that rule was instituted how long ago?  Ten

19   years ago?

20   A.  No.  It was -- I would probably -- I learned it

21   probably 2008, 2009.

22   Q.  2008, 2009.  All right.

23        So in addition to jumped in --

24   A.  Yes.

25   Q.  -- you also had to prove your loyalty by killing

J. Garcia - Cross

1   somebody?

2     A.  Yes.

3     Q.  And, you also testified that another rule of

4   MS-13 -- and by the way, there are about 213 rules in

5   MS-13.  Would you agree with that?

6     A.  I don't know all of them, so, I cannot tell you

7   for sure.

8     Q.  Well, I'm not asking you to recite what the rules

9   are.  I'm asking you whether you agree that there are

10   about 213.  Let's say, give or take a dozen, there's

11   over 200 rules in MS-13.

12     A.  Okay.

13     Q.  Are you agreeing with me?

14     A.  Like I say, I'm not sure how many rules.  Sorry,

15   I cannot agree with you.  I can tell you the ones that I

16   know.

17     Q.  Okay.  So, one of the rules you testified to was

18   that you can't cooperate with the government or with law

19   enforcement.

20     A.  Yes.

21     Q.  Right?

22     And, one of the reasons why -- one of the

23   punishments that one could receive if they cooperate is

24   that the person who is cooperating could be killed?

25     A.  Yes.

1    Q.   And the person's family could be killed?

2    A.   Yes.

3    Q.   All right.  And, by "cooperation," MS-13 has

4    taken a very strict view of what "cooperation" means,

5    right?

6    A.   Yes.

7    Q.   In other words, that if -- if a homeboy is

8    accused of a crime and he didn't do it, he can't take

9    the stand and say, "It wasn't me," if it means that he

10   has to divulge who it actually was, right?

11   A.   I would say yes.

12   Q.   And let's talk about this.  You also testified

13   about you can't leave MS, all right?  And when you say

14   you can't leave MS, you're saying you can't quit MS.

15   A.   Yes.

16   Q.   All right.  But there is such a thing as taken

17   inactive status.  You've heard of that, right?

18   A.   Yes.

19   Q.   All right.  And "inactive status" means that you

20   ask MS-13 for permission not to be active any more.

21   A.   Yes.

22   Q.   Right?

23        And, there are many reasons why someone can be

24   granted an inactive status in MS-13?

25   A.   Yes.

1    Q.   All right.  One is that you've become a Christian

2    and --

3    A.   Yes.

4    Q.   -- you found God and you no longer want to be an

5    MS-13.

6    A.   Yes.

7    Q.   Right?

8         Another one is that you get married and have kids

9    and you have a family to take care of?

10   A.   That would just depend on the clique.  Not all

11   the cliques do that.

12   Q.   All right.  What other reasons are there to grant

13   someone inactive status in MS-13?

14   A.   Just -- just become a Christian.  That's the only

15   one I know.

16   Q.   You also testified that one of the rules of MS-13

17   was -- is that you couldn't sleep with another homeboy's

18   girlfriend.

19   A.   Yes.

20   Q.   All right.  Do you mean that you can't sleep with

21   someone's wife, or you're saying it also includes

22   girlfriend?

23   A.   Also includes girlfriend.

24   Q.   Girlfriend.

25        But you guys are notorious for having a lot of

1   girlfriends.  You would agree with that, right?

2       A.   Yes.

3       Q.   All right.  You guys would sometimes have three,

4   four, five girls at a time?

5       A.   Not me, but yes, the gangs, yes.

6       Q.   All right.  All right.  So, you're telling me

7   that MS was so concerned about a homeboy sleeping with

8   one of your three to five girlfriends, that it meant you

9   lose your life for it?  Is that what you're saying?

10      A.   But you got to understand, there is something

11  that got to -- there is a rule that probably a homeboy

12  will come up and say, "That's my girl," like, you need

13  to respect that.  And there is some homeboys that say,

14  "No, that's not my girl.  You can -- you can have her if

15  you want to."

16      Q.   And that's what I'm getting at.  That's why I

17  needed clarification.  So you have your girl who is your

18  special person, right?

19      A.   Yes.

20      Q.   She's the one that you treat differently from

21  everyone else --

22      A.   Yes.

23      Q.   -- right?

24           And then you have all the other girls that you

25  have on the side.

1      A.   Yes.

2      Q.   All right.  So --

3           MS. MARTINEZ:  Your Honor, at this point I'm

4    going to object.  Mr. Leiva keeps saying you, you, you.

5    I think he needs to be clear if he is asking this

6    witness about him personally, or if he's using "you"

7    collectively, to mean gang members.

8           MR. LEIVA:  I think --

9           MS. MARTINEZ:  Otherwise, I believe that the

10   record will be unclear, and I suspect that Mr. Leiva

11   will take quite advantage of that.

12          MR. LEIVA:  No, Your Honor.  I think I was

13   using the collective term "you."

14          THE COURT:  Well, if you would --

15          MR. LEIVA:  I will.

16          THE COURT:  -- specify "the gang," if that's

17   what you mean --

18          MR. LEIVA:  All right.

19          THE COURT:  -- and if you mean "you," him

20   personally --

21   BY MR. LEIVA:

22     Q.   If we can do this, Mr. Garcia:  When I say "you,"

23   I'm going to refer to the gang.  Okay?  And if it would

24   be specific to you, then I'll let you know that.

25     A.   I would prefer for you to use "the gang," and

J. Garcia - Cross                                        227

1   then you can --

2      Q.  All right.  All right.

3          So, the homeboys in MS-13, they have their, as I

4   said, their special girl, right?  And then they have the

5   girls who they see on the side.

6      A.  Yes.

7      Q.  All right.  And, this rule that you're talking

8   about, that you cannot sleep with someone else's

9   girlfriend, you're talking about that one special girl?

10     A.  Yes.

11     Q.  Not the girls that they have on the side?

12     A.  No.

13     Q.  All right.  Another rule, of course, with MS-13

14  is that you -- when you -- you have to fight other rival

15  gang members?

16     A.  Yes.

17     Q.  All right.  So, if you're walking down the

18  street, you and your homeboys, and you run into a rival

19  gang member, you're supposed to fight?

20     A.  Yes.

21     Q.  You can't talk your way out of not fighting that

22  gang member.

23     A.  No.

24     Q.  Right?

25          You see him on the spot, it's -- you have to go

1    and attack him?

2        A.    Just depending if there's altercation or they see

3    a police.  Some people, they just wait until the police

4    leave, or some people, they --

5        Q.    All right.

6        A.    -- they start fighting.

7        Q.    So, assuming that there's no police officer and

8    you're with your homeboys and you see a *chavala*, an 18th

9    Street gang member, you're supposed to fight?

10       A.    Yes.

11             MS. MARTINEZ:   Your Honor, I object to the

12   use of "you" again, Your Honor.

13   BY MR. LEIVA:

14       Q.    MS-13 is supposed to fight?

15       A.    Yes.

16             THE COURT:   Sustained.

17   BY MR. LEIVA:

18       Q.    And, you also testified that a rule was that you

19   could not steal from a gang?

20       A.    Yes.

21       Q.    Or from MS-13?

22       A.    Yes.

23       Q.    And, when you say "steal," you mean you can't

24   steal drugs from them?

25       A.    Yes.

1    Q.   You can't steal any money from them?

2    A.   Yes.

3              MS. MARTINEZ:   Your Honor, objection.

4    BY MR. LEIVA:

5    Q.   MS-13.

6              MS. MARTINEZ:   Again, he's saying "you" as

7    if this witness is responsible solely for all of MS-13.

8              MR. LEIVA:   Your Honor, what I said was

9    MS-13.

10             THE COURT:   Well, I think you're making him

11   your expert.  And if you want to do that, that's fine.

12   But you're going to have to use the word "MS-13" in each

13   preface to the question --

14             MR. LEIVA:   Yes, sir.

15             THE COURT:   -- if you would.  Thank you very

16   much.

17             MR. LEIVA:   Thank you, sir.  I apologize.

18             THE COURT:   Objection sustained.

19   BY MR. LEIVA:

20   Q.   Let me go back to the last question.

21        And a rule is that MS-13, that an MS-13 member

22   cannot steal drugs from their clique or their group or

23   their gang?

24   A.   Yes.

25   Q.   They can't steal property?

1     A.   Yes.

2     Q.   So, let's talk about now your involvement as an

3   informant for the FBI.  You've been an informant for

4   about ten years?

5     A.   Yes.

6     Q.   All right.  And, when did you become second word

7   for the Silvas?

8     A.   I was never second word.

9     Q.   So, you jumped from homeboy status straight to

10  first word?

11    A.   Yes.

12    Q.   And, as far as, let's call them procedures for

13  MS-13, you have to earn the first word status.  Would

14  you agree with that?

15    A.   Um, not really.

16    Q.   Not really?

17    A.   No.

18    Q.   All right.  Well, let's put the "not really"

19  aside and let's focus on the other part of that, which

20  is, sometimes you do have to earn --

21    A.   Yes.

22    Q.   -- status, right?

23    A.   Yes.

24    Q.   Like what kind of stuff does one need to do in

25  MS-13 to be elevated to first word status?

1        A.   Um, I would say it -- it just depend on the

2   clique.  Let's say the clique, they don't have that many

3   soldiers and there are just these two or three guys,

4   they going to go with the guy who -- who has been in the

5   clique the most.  And that will be one -- one of -- for

6   each clique, is different.

7        Q.   All right.  And, El Salvador is the one who

8   chooses the first word of a clique.  Would you agree

9   with that?

10       A.   Um, yes.

11       Q.   And, so, by you becoming first word of the

12  Silvas, that meant that the *mesa* in El Salvador chose

13  you?

14       A.   No.

15       Q.   All right.  Someone higher up in El Salvador

16  chose you --

17       A.   No.

18       Q.   -- to be the first word?

19       A.   No.

20       Q.   No.

21       A.   He asked me if -- the guys over here, they -- I

22  want to be the first word.  And, first I -- I went to my

23  handler to talk about it, what can we do in order to,

24  you know, to approach the situation?

25       Q.   All right.  So, you became first word of Silvas

1   back when?

2       A.   2012.

3       Q.   2012.

4       A.   2012.  2012, 2013, I cannot recall.

5       Q.   And before that period, you were just a regular

6   soldier, you were just a regular homeboy?

7       A.   Yes.

8       Q.   And, as a regular soldier or homeboy, you're

9   expected to produce for the gang, right?

10      A.   Yes.

11      Q.   You're expected to sell drugs for the gang?

12      A.   Um, if you have a job, they probably -- they

13  would just ask you for money.  If you're on the street,

14  of course, they're going to ask you --

15      Q.   You're expected, when you see a *chavala*, you're

16  supposed to fight with the *chavala*?

17           MS. MARTINEZ:  Again, objection to "you."

18           MR. LEIVA:  Well, this one I'm asking

19  specifically to him now.

20           THE COURT:  Okay.  Well, make the question

21  specific to him.  Ask if he sees somebody.  Go ahead.

22           MR. LEIVA:  Yes.

23  BY MR. LEIVA:

24      Q.   When you're a regular soldier, you were expected,

25  if you saw a *chavala*, you were supposed to fight the

1    *chavala*?

2        A.   I -- not me.

3        Q.   Not you.  All right.  So you didn't fight with

4    the *chavala*s.

5             Did you sell drugs during that time that you were

6    with the Silvas clique?

7        A.   No.

8        Q.   Didn't sell drugs, either?

9        A.   No.

10       Q.   Did you participate in extorting money from

11   people while you were a member of the Silvas?

12       A.   No, not that I remember.

13       Q.   Didn't do that either.

14            Did you participate in any form of prostituting

15   individuals while you were a member of the Silvas?

16       A.   No.

17       Q.   Didn't do that either?

18       A.   Nope.

19       Q.   All right.  Well, what else is there to do in

20   MS-13?

21            If you're not fighting *chavalas*, right?

22            You're not selling drugs, right?

23                 THE COURT:  Compound question.

24   BY MR. LEIVA:

25       Q.   Well, what criminal activity were you involved

1  in --

2      A.   Well, at that time --

3           (Simultaneous speaking.)

4      Q.   -- were with the Silvas?

5      A.   At that time when I was involved with them, we

6  pretty much -- we used to go to clubs and, yeah, we used

7  to get -- get into a fight; but not necessarily means

8  that it was a rival gang.  Could be a drunk guy that we

9  thought that he was disrespectful, we used to get into a

10  fight.

11          Most of the time when I was with them, it just

12  was fighting.  We knew that there were a lot of shooting

13  or criminal activity from different other cliques, but

14  that doesn't mean that I was part of it.

15     Q.   All right.  So, you're making it sound like your

16  particular clique was more of a social club.

17     A.   At that time, that's what it was, pretty much.

18     Q.   That's what it was.

19     A.   Yes.

20     Q.   So, you guys were more of a social club.

21          But you had agreed with me earlier that you guys

22  had a reputation as being a violent --

23     A.   Yes --

24     Q.   -- the Silvas --

25          MS. MARTINEZ:  Objection --

```
 1                    (Simultaneous speaking.)

 2                    THE WITNESS:  -- that was the gang.

 3                    MS. MARTINEZ:  -- compound question.

 4                    THE COURT:  Sustained.

 5                    THE WITNESS:  That was the MS-13, yes.

 6   BY MR. LEIVA:

 7       Q.   But I asked you earlier if the Silvas had a

 8   reputation for being a violent clique, and --

 9       A.   Yes.

10       Q.   -- you agreed.  And you said yes.

11       A.   Yes.

12       Q.   All right.  But you're saying, really, you guys

13   were just more of a social club?

14       A.   Yes.  I mean, remember, at that point, from 2002

15   to 2012, doesn't mean that I was there with them all the

16   time.  I wasn't all the time with them.  So, if they --

17   they could have become more crazy, but doesn't mean that

18   I was with them at that time.

19       Q.   You were the exception, is what you're saying?

20       A.   Wasn't exception.  I would say I was the smartest

21   one.

22       Q.   You were the smartest one.

23            So, as the smartest one -- or let me -- let me

24   strike that.

25            So, it sounds like during that whole decade, you
```

J. Garcia - Cross

1    didn't participate in any criminal activity.

2        A.   I'm not saying that.

3        Q.   All right.  Other than maybe getting in

4    drunks with -- in fights with some drunks at clubs?

5        A.   Yes.

6        Q.   All right.  And, somehow the homeboys thought

7    that you were leadership material --

8        A.   Yes.

9        Q.   -- right, that they elevated you to the position

10   of running a criminal organization?

11       A.   Yes.

12       Q.   Now, you testified back in 2006 --

13       A.   Yes.

14       Q.   -- on a murder, right?

15            And it was in court just like this?

16       A.   Yes.

17       Q.   And, it was in open court just like this?

18       A.   Yes.

19       Q.   And, you testified on behalf of the government?

20       A.   Yes.

21       Q.   I'm sure after that, Mr. Garcia, there were

22   probably some rumors that were spread about you, right?

23       A.   Yes.

24       Q.   In the MS-13 community?

25       A.   All the time.

J. Garcia - Cross

1    Q.   Yeah.
2         And there were rumors that were spread about you,
3    that you were a snitch?
4    A.   Yes.
5    Q.   All right.  And, I'm sure you had to do something
6    to -- to quell those rumors.  Do you understand what I
7    mean by that?
8    A.   Not at that time.  I didn't have to do anything.
9    Q.   All right.  So, people had confronted you and
10   said, "Hey, listen, homie, we hear that you're a
11   snitch."  Is that true?
12   A.   Someone -- I heard rumors, that, yes.
13   Q.   And, as you previously testified, that if you're
14   a snitch, you get green lighted?
15   A.   Yes.
16   Q.   All right.  So, I'm assuming, then, that you had
17   to prove your loyalty to the gang, didn't you?
18   A.   No.
19   Q.   No?
20        So, people in MS-13 were confronting you about
21   being a snitch, and no one told you you had to commit an
22   act to prove yourself?
23   A.   They -- they didn't have anything concrete that I
24   was a snitch.  They were just gossiping around.  It's
25   pretty much they didn't have any paper on me that says I

1   was a snitch.

2       Q.   But they had the guys who you testified against

3   saying that you testified against them?

4       A.   Not really.  As far as I know, I don't remember,

5   I don't recall that the guy I testify, he says that I

6   was.

7       Q.   All right.  Given your experience in MS-13, guys

8   talk a lot in the jail.  Would you agree with that?

9       A.   Yes.

10      Q.   They pass information about who served as

11  witnesses against them?

12      A.   Yes.

13      Q.   All right.  And your belief is that the two

14  guys -- is it one guy or two guys that you testified

15  against?

16      A.   It really was just one.

17      Q.   That the one guy who you testified against,

18  didn't tell the other homeboys that you had snitched on

19  him?

20      A.   I'm not sure if he did.

21      Q.   You're not sure.

22          And just to be clear, you weren't sent on a

23  mission to prove your loyalty to MS-13 -- (pause) --

24              THE COURT:  I was waiting for him to finish

25  his question.

| | |
|---|---|
| 1 | MR. LEIVA:  He threw me off, Your Honor.  We |
| 2 | can take the break. |
| 3 | THE COURT:  He did it on purpose. |
| 4 | MR. JENKINS:  I apologize. |
| 5 | THE COURT:  Okay. |
| 6 | Ladies and gentlemen, we're going to recess |
| 7 | for the evening.  Please do not discuss the case.  Don't |
| 8 | permit the case to be discussed in your presence.  Leave |
| 9 | your notes in the jury deliberation room. |
| 10 | I say this every night because I want you to |
| 11 | do just what I'm saying. |
| 12 | We will see you tomorrow at 10:00 a.m. |
| 13 | Thank you. |
| 14 | If you all will remain in place, Counsel. |
| 15 | (Jury excused at 5:00 p.m.) |
| 16 | THE COURT:  You may be seated. |
| 17 | So, I have two questions for -- you can step |
| 18 | aside. |
| 19 | I want to ask the government counsel a |
| 20 | question and I want to ask Mr. Aquino a question. |
| 21 | So, Ms. Martinez, what am I supposed to do |
| 22 | with this declaration? |
| 23 | MS. MARTINEZ:  Your Honor, the declaration |
| 24 | is in response to Your Honor's order asking for |
| 25 | information. |

1          THE COURT:  Okay.

2          MS. MARTINEZ:  The government is not asking

3     you to do anything.  We were trying to comply with Your

4     Honor's order.  We thought this was the most prudent way

5     to do so --

6          THE COURT:  Okay.

7          MS. MARTINEZ:  -- directly from the SAC,

8     with the policies attached.

9          Your Honor --

10         THE COURT:  He's excused.  I'm sorry.  I

11    didn't see him sitting there.  I'm sorry.  I apologize.

12         MS. MARTINEZ:  I didn't notice either, Your

13    Honor.  Sorry.  Fortunately, it wasn't relevant to this

14    witness.

15         THE COURT:  No, it's not.

16         (Thereupon, the witness withdrew from the

17    stand.)

18         THE COURT:  This is just in response to my

19    order.

20         MS. MARTINEZ:  It is just in response to

21    your order, Your Honor.

22         THE COURT:  All right.

23         Mr. Aquino?  Tell me what you want to do

24    with this, and how do you -- how would you intend to do

25    it.

1    MR. AQUINO:  Sure.  We want to admit that
2    into evidence.  That is a document that comes from the
3    Department of Justice.  And, in particular, that is a,
4    an assessment of the foreign language program conducted
5    by the FBI.
6    So, what we're asking that you do is to come
7    in on the issue -- into evidence on the issue of the --
8    how much the jury should rely upon the testimony of
9    those linguist monitors.
10   Now --
11   THE COURT:  Your theory of admissibility is
12   what?
13   MR. AQUINO:  The theory of admissibility,
14   and what we're asking the Court to do is, that is a
15   document from the Department of Justice.  Okay?  We
16   believe it's relevant to the reliability -- not on the
17   admissibility; you've already ruled on that -- but on
18   the reliability and -- of those linguist monitors.
19   THE COURT:  So, your theory is because it's
20   from the FBI, it's admissible?
21   MR. AQUINO:  I'm sorry?
22   THE COURT:  Is your theory because it's from
23   the FBI, it's admissible?
24   MR. AQUINO:  I'm saying it's admissible
25   because it's relevant in this case.

1          THE COURT:  That's not my question.  I
2    understand why you think it's relevant.  My question is:
3    What is your theory of admissibility?
4          MR. AQUINO:  On the authentication of that
5    document, if that's what your getting at, is --
6          THE COURT:  Well, the Federal Rules of
7    Evidence require that predicate be laid.  I can't just
8    give this to the jury without knowing your theory of
9    admissibility.  So I'm asking:  What is your theory of
10   admissibility?
11         MR. AQUINO:  The admissibility on this issue
12   is that there has been cross-examination on the issue of
13   the reliability of the linguist monitors that came last
14   week.
15         And so, the point of those documents is
16   simply to show the FBI's -- or the Inspector General's
17   position on the reliability of those linguist monitors'
18   testimony.
19         THE COURT:  Okay.  I'm going to recess and
20   give you a chance to answer the question tomorrow.
21   Thank you.
22         (Proceedings concluded at 5:03 p.m.)
23                        ---
24
25

CERTIFICATE OF REPORTER

I, Renecia Wilson, an official court reporter for the United States District Court of Virginia, Alexandria Division, do hereby certify that I reported by machine shorthand, in my official capacity, the proceedings had upon the jury trial in the case of UNITED STATES OF AMERICA v. JOSE LOPEZ TORRES, et al.

I further certify that I was authorized and did report by stenotype the proceedings in said jury trial, and that the foregoing pages, numbered 1 to 244, inclusive, constitute the official transcript of said proceedings as taken from my shorthand notes.

IN WITNESS WHEREOF, I have hereto subscribed my name this  15th  day of  May , 2016.


                              /s/
                              Renecia Wilson, RMR, CRR
                              Official Court Reporter