IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Docket No.: 1:14-306-005 |
| | : | Hon. Gerald Bruce Lee |
| CHRISTIAN LEMUS CERNA, | : | |
| | : | |
| Defendant | : | |

**MOTION TO ADOPT CO-DEFENDANT'S RENEWED MOTION FOR NEW TRIAL**

COMES NOW the Defendant, Christian Lemus Cerna, by and through counsel, and hereby moves this Honorable Court for leave to adopt the renewed motion for new trial filed by counsel for Mr. Benitez(Document number 1052). The new trial motion raises extremely serious issues.

Respectfully submitted,

CHRISTIAN LEMUS CERNA
By Counsel

_____/s_____        ____/s_____
Christopher Amosch              Frank Salvato
Virginia Bar No.: 43800          Virginia Bar No.: 30453
Attorney for Lemus Cerna      Attorney for Lemus Cerna

12005 Sunrise Valley Dr.         1203 Duke Street
Suite 200                               Alexandria, Virginia 22314
Reston, Va.20191                  (703) 548-5000
(703) 969-2214                      (703) 739-0179 (fax)
chrisamolsch@gmail.com      frank@salvatolaw.com

<u>Certificate of Service</u>

I HEREBY CERTIFY that on the 1st day of September, 2016 this motion was filed with the Electronic Filing System which system will send a copy of such motion to:

Julia Martinez
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria Virginia 22314
Julia.Martinez@usdoj.gov


_____/s_____          ____/s_____
Christopher Amosch              Frank Salvato
Virginia Bar No.: 43800         Virginia Bar No.: 30453
Attorney for Lemus Cerna        Attorney for Lemus Cerna

12005 Sunrise Valley Dr.        1203 Duke Street
Suite 200                       Alexandria, Virginia 22314
Reston, Va.20191                (703) 548-5000
(703) 969-2214                  (703) 739-0179 (fax)
chrisamolsch@gmail.com          frank@salvatolaw.com

.