UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:14cr306-004 (GBL) |
| | ) | |
| ALVIN GAITAN BENITEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ALVIN GAITAN BENITEZ'S MOTION
TO ADOPT CERNA'S REPLY TO GOVERNMENTS' RESPONSE**

COMES NOW, the defendant, Alvin Gaitan Benitez, by and through counsel, Amy L. Austin and Jeffrey Daniel Zimmerman, and hereby moves to adopt the Reply filed by Defendant Christopher Lemus Cerna to the Government's Response to Mr. Gaitan Benitez's Renewed Motion for a New Trial (Dist. Ct. Docket # 1062).

Respectfully submitted,

ALVIN GAITAN BENITEZ
By Counsel

_____/s/_____
Amy L. Austin, Esquire
Virginia State Bar No. 46579
Counsel for Defendant Alvin Gaitan Benitez
The Law Office of Amy L. Austin, PLLC
101 Shockoe Slip, Suite M
Richmond, Virginia 23219
Telephone Number: (804) 343-1900
Facsimile Number: (804) 343-1901
Email Address: amyaustinlawyer@gmail.com

1

/s/
Jeffrey Zimmerman, Esquire
Virginia State Bar No. 38858
Counsel for Defendant Alvin Gaitan Benitez
Jeffrey Zimmerman, PLLC
108 N. Alfred Street
Alexandria, VA 22314
Telephone Number: (703) 548-8911
Facsimile Number: (703) 548-8935
Email Address: www.zimpacer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September 2016, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record.

/s/
AMY L. AUSTIN