IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.     : | Case No.:  14cr306 |
| : | |
| JOSE LOPEZ TORRES,    : | |
| Defendant.   : | |

**MOTION TO ADOPT/JOIN CO-DEFENDANT'S RENEWED MOTION FOR NEW TRIAL**

Comes now the defendant, JOSE LOPEZ TORRES, and moves this Honorable Court to adopt/join his co-defendant's renewed motion for new trial.

Respectfully submitted,
JOSE LOPEZ TORRES,
By Counsel


_____/S/_____
Robert L. Jenkins, Jr.
Bynum & Jenkins
1010 Cameron Street
Alexandria, VA  22314
703 309 0899 Telephone
703 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JOSE LOPEZ TORRES

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2016, I caused a true and accurate copy of the foregoing was not served on all counsel of record via ECF.

_____/S/_____
Robert L. Jenkins, Jr.
Bynum & Jenkins
1010 Cameron Street
Alexandria, VA  22314
703 309 0899 Telephone
703 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JOSE LOPEZ TORRES