IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:14-CR-306 |
| v. | ) | |
| | ) | The Honorable Gerald Bruce Lee |
| ALVIN GAITAN BENITEZ, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **PROTECTIVE ORDER**

This matter comes before the Court upon the Motion of the United States for a Protective

Order to prevent the unauthorized disclosure or dissemination of sensitive information produced

by the government.  Having found that the government has demonstrated good cause to justify a

Protective Order for the immigration documents referenced in the government's prior pleading

(Dkt. No. 1060) (hereafter "Protected Documents"), it is hereby

ORDERED that the Protected Documents shall be subject to the following protective

measures:

1. The government shall disclose the Protected Documents to the defendants' attorneys
   of record who will be responsible for safeguarding the Protected Documents;

2. Access to the Protected Documents shall be restricted to the attorneys of record, and
   any other attorneys, paralegals, investigators, experts, and support staff employees
   working for the attorneys of record on behalf of the defendant;

3. The attorneys may discuss the substance of the Protected Documents with their client,
   but they shall not provide the client with direct access to the documents;

4. No copies of any kind shall be made of the Protected Documents;

5. The Protected Documents shall not be used for any purpose other than preparing to
   defend the client against the charges filed in this case;

6.  The attorneys of record shall inform any person to whom disclosure is made of the existence and terms of this Order;

7.  The attorneys of record shall return the Protected Documents to the government within at the conclusion of this case and any direct appeal.


ENTERED this *14th* day of *October*, 2016
Alexandria, Virginia

                                                    /s/
                                    _____
                                    Gerald Bruce Lee
                                    United States District Judge
                                    _____
                                    **The Honorable Gerald Bruce Lee**
                                    **United States District Judge**